AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| Walter Liew | ) Case No. |
| | ) |
| Defendant | ) 1 11 70865 |

**FILED**
AUG 05 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MEJ**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Walter Liew,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state: San Francisco, California          Hon. Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/27/2011, and the person was arrested on *(date)* 07/28/2011
at *(city and state)* Orinda, California.

Date: 08/05/2011

*Arresting officer's signature*

Cynthia Ho, Special Agent, FBI
*Printed name and title*