AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America
v.
Walter Liew

Defendant

Case No.

1 11 70865

**FILED**
AUG 10 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Walter Liew,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state: San Francisco, California    Hon. Maria-Elena James, U.S. Magistrate Judge

**EXECUTED**

*Printed name and title*

### Return

This warrant was received on *(date)* 07/27/2011, and the person was arrested on *(date)* 07/28/2011
at *(city and state)* Orinda, CA.

Date: 08/09/2011

By _____ USMS NDCA 011
*Arresting officer's signature*
FBI SA White/FBI SA Ho
J. HARKIN    DEPUTY US MARSHAL
*Printed name and title*