| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 4 min | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | **DEPUTY CLERK** Lili M. Harrell | | | | **REPORTER/FTR** FTR: 9:54am - 9:58am | | |
| **MAGISTRATE JUDGE** Nathanael Cousins | | **DATE** August 26, 2011 | | | | **NEW CASE** ☐ | **CASE NUMBER** CR 11-0573 RS -01 | |
| **APPEARANCES** | | | | | | | | |
| **DEFENDANT** Walter Liew | | **AGE** | **CUST** Y | **P/NP** P | **ATTORNEY FOR DEFENDANT** John Williams | | **PD.** ☐ **APPT.** ☐ | **RET.** ☐ |
| **U.S. ATTORNEY** Pete Axelrod, John Hemann | | **INTERPRETER** | | | ☐ **FIN. AFFT SUBMITTED** | | ☐ **COUNSEL APPT'D** | |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** LaDreena Walton | | | | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | | **PARTIAL PAYMENT OF CJA FEES** ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☒ DETENTION HRG Further | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☒ DETAINED | ☐ RELEASED | | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |
| **PLEA** | | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | | OTHER: | | |
| **CONTINUANCE** | | | | | | | | |
| TO: 9/13/2011 (previously set) | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | | ☐ STATUS RE: CONSENT | ☒ STATUS TRIAL SET ☐ | |
| AT: 2:30pm | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | | | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. Seeborg | ☐ DETENTION HEARING | | | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | |

Counsel to reset matter for further detention hearing after review of documents. Defendant remains detained.

DOCUMENT NUMBER:

*FILED AUG 26 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*