MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WALTER LIEW AND CHRISTINA LIEW,<br><br>    Defendants. | No. CR-11-0573-RS<br><br>NOTICE OF RELATED CASE |
| E.I. DUPONT DE DEMOURS AND COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>    Defendants. | No. C-11-1665-JSW |

    1.    The United States hereby notifies the Court pursuant to Criminal L.R. 8-1 that United States v. Walter Liew and Christina Liew, No. CR-11-0573-RS, may be related to E.I.

1  DuPont De Nemours and Company v. USA Performance Technology, Inc., et al., No. C-11-
2  1665-JSW, a previously filed civil action.
3        2(a). E.I. DuPont De Nemours and Company v. USA Performance Technology, Inc.
4  (USAPTI), et al., No. C-11-1665-JSW, was filed on April 6, 2011. The complaint alleges that
5  the defendants "wrongfully obtained and possess confidential, proprietary, trade secret materials
6  providing detailed specifications for DuPont's chloride-route titanium dioxide ('TiO2') pigment
7  manufacturing process." The complaint alleges that DuPont discovered that defendant JOHN
8  LIU possessed a number of specific items of information that were derived from proprietary
9  DuPont technologies and that LIU obtained this information from defendant WALTER LIEW
10 and his company USAPTI.
11       2(b). United States v. Walter Liew and Christina Liew, No. CR-11-0573-RS, was filed
12 on August 23, 2011. The indictment alleges that WALTER LIEW and his wife, CHRISTINA
13 LIEW, tampered with a witness in the above-referenced civil case filed by DuPont (No. C-11-
14 1665-JSW), by among other things, telling the witness not to reveal his knowledge of certain
15 employees of defendant USAPTI because it would not be good for the witness or his family, and
16 instructing the witness to lie about his knowledge of certain individuals relevant to the trade
17 secret case, in violation of 18 U.S.C. § 1512. The indictment also alleges that WALTER LIEW
18 and CHRISTINA LIEW engaged in misleading conduct towards agents of the Federal Bureau of
19 Investigation and made false statements during the execution of a search warrant by intentionally
20 lying to the agents about the whereabouts of a safe deposit box that contained evidence relevant
21 to the FBI's investigation, in violation of 18 U.S.C. §§ 1001 and 1512.
22       3. The two actions concern a common defendant, WALTER LIEW. The criminal
23 action alleges an effort to tamper with a witness in an effort to obstruct the civil action.
24 Accordingly, the two actions may be related according to the criteria set forth in Criminal L.R. 8-
25 1(b).
26 ///
27 ///
28 ///

4. Assignment of these two actions to a single Judge is likely to conserve judicial resources and promote and efficient determination of the action.

DATED: September 2, 2011   Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys