UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),                          No. CR 11-00573 JSW

  v.                                  **CLERK'S NOTICE**

WALTER LIEW (Deft. No 1),
CHRISTINA LIEW (Deft. No. 2),

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on Thursday, September 22, 2011 at 2:00 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct a Trial Setting / Status Conference in this matter.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: September 12, 2011

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.