MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0573 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 13, 2011 TO SEPTEMBER 20, 2011 |
| WALTER LIEW, and CHRISTINA LIEW, | |
| Defendants. | |

      On September 9, 2011, defendants Walter Liew and Christina Liew appeared before the Honorable Jacqueline Scott Corely, United States Magistrate Judge, for identification of counsel. Doron Weinberg appeared specially for Christina Liew and John Williams appeared specially for Walter Liew. Assistant United States Attorneys Peter B. Axelrod and John H. Hemann appeared for the United States. The matter was continued to September 20, 2011 at 9:30 a.m. before the Court for identification of counsel.

      At the hearing, the parties jointly requested that time be excluded between September 13, 2011 and September 20, 2011 under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense counsel and continuity of counsel. Both defendants explicitly stated their

agreement on the record.[1]

Based upon the parties' representations and for good cause shown, the Court finds that failing to exclude the time between September 13, 2011 and September 20, 2011 would unreasonably deny defendants Walter Liew and Christina Liew continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 13, 2011 and September 20, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between September 13, 2011 and September 20, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 12, 2011

JACQUELINE SCOTT CORELY
United States Magistrate Judge

---

[1] In a prior appearance on August 24, 2011, the Honorable Nathanael Cousins, Magistrate Judge, excluded time under the Speedy Trial Act between August 24, 2011 and September 13, 2011.

ORDER EXCLUDING TIME
CR 11-0573 JSW                            2