**FILED**

SEP 2 0 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *Plaintiff*

v.

*Christina Liew,*
*Walter Liew,*
*Defendants*

No. 11-CR- 0573 JSW

**ORDER EXCLUDING TIME**

At the parties' joint request on September _9_, 2011, the Court finds that the ends of justice are served by excluding the time from September _9_, 2011 and _20_, 2011 from computation under the Speedy Trial Act because

- ✓ the failure to exclude time would unreasonably deny counsel for Defendant or counsel for the Government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence;

- ✓ the failure to exclude time would unreasonably deny Defendant ~~or the Government~~ continuity of counsel;

- ___ the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

The Court further finds that the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant[s] in a speedy trial. 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated: September 20, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE