F I L E D

SEP 20 2011

﹍ W. WIEKING
U.S. DISTRICT COURT
﹍﹍ DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Walter Liew & Christina Liew

_____/

No. 11-CR- 573 JSW

**ORDER EXCLUDING TIME**

~~At the parties' joint request~~ On September 20, 2011, the Court finds that the ends of justice are served by excluding the time from September 20, 2011 and Sep. 22, 2011 from computation under the Speedy Trial Act because

✓    the failure to exclude time would unreasonably deny counsel for Defendant ~~or counsel for the Government~~ the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence;

_____ the failure to exclude time would unreasonably deny Defendant ~~or the Government~~ continuity of counsel;

_____ the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

The Court further finds that the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant[s] in a speedy trial. 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated: September 20, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE