UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: September 22, 2011                    Time in Court: 5 minutes

Case No.:  CR-11-573-01   JSW           Judge:  Jeffrey S. White

United States of America   v.   Walter Liew
                                Defendant
                                Present ( X ) Not Present ( ) In-Custody ( X )

    John Hemann / Pete Axelrod            Thomas Nolan
    U.S. Attorney                         Defense Counsel

Deputy Clerk: Jennifer Ottolini           Court Reporter:  Debra Pas

## PROCEEDINGS

REASON FOR HEARING: Trial Setting

RESULT OF HEARING:    The Government intends to file additional charges.

                      Counsel shall submit a joint status report on or before November 23, 2011.


Case Continued to 12-1-11 at 2:00 p.m. for Further Status



**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted**