MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER LIEW and ) <br> CHRISTINA LIEW, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 11-0573 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 22, 2011 TO DECEMBER 1, 2011 |

    The parties, by and through their undersigned counsel, stipulate and agree as follows:

    1. On September 22, 2011, defendants Walter Liew and Christina Liew appeared before the Court for an initial status conference in the above-captioned action. Doron Weinberg appeared for Christina Liew and Tom Nolan appeared for Walter Liew. Assistant United States Attorneys Peter B. Axelrod and John H. Hemann appeared for the United States.

    2. The United States informed the Court that the discovery to be produced in connection with the charges alleged in the Indictment is voluminous, and consists of both electronic and paper documents, many of which are in Chinese; the United States and counsel for the

ORDER EXCLUDING TIME
CR 11-0573 JSW    1

defendants will negotiate and enter into a protective order designed to protect any trade secret information contained in discovery. In addition, the United States informed the Court that it intends to file additional charges against both defendants, arising from the trade secret investigation that is the subject of the instant Indictment.

3. Under these circumstances, the parties jointly request that time under the Speedy Trial Act be excluded between September 22, 2011 and December 1, 2011, pursuant to 18 U.S.C. § 3161(h) for effective preparation of defense counsel and continuity of counsel.[1] The parties agree that such an exclusion is supported by the United States' representations to the Court regarding discovery and the record of proceedings before the Magistrate Court.

4. Defendants Walter Liew and Christina Liew have been advised of their right to a Speedy Trial and consent to the exclusion of time as set forth in this Stipulation.

SO STIPULATED AND AGREED,

DATED: September 26, 2011          MELINDA HAAG
                                   United States Attorney


                                   _____/s/_____
                                   PETER B. AXELROD
                                   JOHN H. HEMANN
                                   Assistant United States Attorneys


DATED: September 26, 2011          _____/s/_____
                                   DORON WEINBERG
                                   Counsel for Christina Liew


DATED: September 26, 2011          _____/s/_____
                                   THOMAS NOLAN
                                   Counsel for Walter Liew

---

[1] Time was previously excluded by the Honorable Jacqueline Scott Corley from the defendants' entries of not guilty pleas to the instant Indictment on September 20, 2011, to September 22, 2011.

ORDER EXCLUDING TIME
CR 11-0573 JSW                                                                    2

**[PROPOSED] ORDER**

Based upon the parties' stipulation and for good cause shown, the Court finds that failing to exclude the time between September 22, 2011 and December 1, 2011, would unreasonably deny defendants Walter Liew and Christina Liew continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7). The Court further finds that the ends of justice served by excluding the time between September 22, 2011 and December 1, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between September 22, 2011 and December 1, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____          _____
                                        JEFFREY S. WHITE
                                        United States District Judge