MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER LIEW and CHRISTINA LIEW,<br>Defendants. | No. CR 11-00573 JSW<br><br>JOINT STATUS REPORT<br><br>Hearing Date: December 1, 2011<br>Hearing Time: 2:00 pm |

Through counsel, the United States and defendants Walter Liew and Christina Liew jointly file this status report.

On August 23, 2011, the defendants were indicted for witness tampering (in violation of 18 U.S.C. § 1512(b)(1)), conspiracy to tamper with witnesses and evidence (in violation of 18 U.S.C. § 1512(k)), and false statements (in violation of 18 U.S.C. § 1001(a)(2), all involving allegations that the defendants wrongfully obtained trade secrets related to E.I. DuPont de Nemours and Company's (DuPont) chloride-route titanium dioxide (TiO2) manufacturing process.

Since that time, the United States has been actively working on a superseding indictment related to its on-going investigation.

On September 22, 2011, the parties appeared before the Court for an initial appearance. At that time, the United States advised the Court that it had intended to supersede the indictment prior to the December 1, 2011 status conference. While the United States will not meet the December 1, 2011 goal, it intends to seek a superseding indictment next month.

Since the last appearance before this Court, the United States has provided partial discovery to the defense and the parties have negotiated a stipulated protective order governing the production of confidential materials related to the trade secrets at-issue. The parties will submit the protective order to the Court shortly and once a protective order is in place, the United States will provide additional materials to the defense.

Thomas J. Nolan, counsel for Mr. Liew, has retained James Thomson to assist Mr. Liew with issues relating to bail and pretrial release. Mr. Thomson has been working diligently to address these matters, and he has been awaiting the filing of a superseding indictment before raising these issues with the Court. Mr. Nolan has informed the government about the need to revisit bail, and the government expects to speak with Mr. Thomson shortly. The government acknowledges that Mr. Liew's custody status should be addressed in the near future. The parties will attempt to resolve any differences in their positions informally.

Since the defendants have made their initial appearances on the indictment, time has been excluded under the Speedy Trial Act (18 U.S.C. § 3161), with the exception of one day. See, e.g., Clerk's Record 17, 30, 33, 34 and 38.

//

//

//

Respectfully submitted,

DATED: November 23, 2011

MELINDA HAAG
United States Attorney

/s/
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

DATED: November 23, 2011

/s/
THOMAS J. NOLAN
Counsel for Walter Liew

DATED: November 23, 2011

/s/
DORON WEINBERG
Counsel for Christina Liew

**ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Joint Status Report. In compliance with General Order 45, X.B., I hereby attest that Peter B. Axelrod, John H. Hemann, and Doron Weinberg have concurred with this filing.