UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  December 1, 2011                              Time in Court: 8 minutes

Case No.:  CR-11-573  JSW           Judge:  Jeffrey S. White

**United States of America**

v.

**Walter Liew (1) Present ( X ) Not Present ( ) In-Custody ( X )**
**Counsel: Thomas Nolan**

**Christina Liew Defendant (2) Present ( X ) Not Present ( ) In-Custody ( )**
**with Mandarin Int.: Amanda Chen Peeters**
**Counsel: Doron Weinberg**

**U.S. Attorney:  John Hemann and Peter Axelrod**

**Deputy Clerk: Jennifer Ottolini**           **Court Reporter: Sarah Goekler**

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Government Counsel indicated that a Superseding Indictment would be sought in this matter.

A request for a Stipulated Protective Order shall be e-filed.

Counsel shall submit a Joint Status Report on or before January 26, 2012.

This case is deemed *Complex* for speedy trial act purposes.

**Case Continued to 2- 2 12 at 2:00 p.m. for Further Status**

submitted