Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**
600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Walter Liew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>WALTER LIEW and CHRISTINA LIEW,<br><br>        Defendants. | No. CR 11-00573 JSW<br><br>NOTICE OF SPECIAL APPEARANCE |

NOTICE IS HEREBY GIVEN that James Thomson, 819 Delaware Street, Berkeley, California, will be appearing specially on behalf of defendant Walter Liew in matters relating to bail and pretrial release.

NOTICE IS FURTHER GIVEN that Thomas J. Nolan, attorney of record in this case for defendant Walter Liew, has conferred with Assistant U.S. Attorneys Peter B. Axelrod and John H. Hemann, and the parties agree that Mr. Thomson is included within the list of individuals who are permitted to view discovery material designated as Confidential Material that is contained in Paragraph 3 of the Stipulated Protective Order.  Additionally, out of an abundance of caution, Mr. Thomson has executed the Acknowledgement of Order found on page 9 of Docket Number 43,

indicating that he has read, understands, and agrees to the terms of the Stipulated Protective Order. A copy of the executed Acknowledgement of Order is attached to this Notice of Special Appearance.

DATED: December 21, 2011        \_\_\_\_/s/_____
                                THOMAS J. NOLAN
                                Counsel for Walter Liew

DATED: December 21, 2011        \_\_\_\_/s/_____
                                JAMES THOMSON
                                Specially Appearing for Walter Liew

**ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Joint Status Report. In compliance with General Order 45, X.B., I hereby attest that James Thomson has concurred with this filing.