MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0573 JSW (NC) |
| Plaintiff, | |
| v. | *EX PARTE* MOTION TO SCHEDULE BAIL REVIEW HEARING FOR FEBRUARY 2, 2012, AND SET BRIEFING SCHEDULE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN H. HEMANN |
| WALTER LIEW, and CHRISTINA LIEW, | |
| Defendants. | |

MOTION

The United States hereby moves ex parte to schedule the bail review hearing noticed by defendant Walter Liew for February 2, 2012, at 11:00 am, and to require the United States' opposition to the motion to be filed on January 27, 2012.

MEMORANDUM OF POINTS AND AUTHORITIES

1. On January 18, 2012, Defendant Walter Liew filed a 35-page motion (supported by approximately 139 pages of exhibits) to be released from pre-trial detention and noticed that motion to be heard on January 25, 2012.

*EX PARTE* MOTION
CR 11-0573 JSW (NC)

2. Counsel for the United States requested more time - one week - to respond to the motion; counsel for defendant declined. Counsel for the United States asked, yesterday, whether defense counsel would agree to a brief telephone conference with the Court to discuss scheduling; counsel for defendant objected. Counsel for the United States asked whether defendant counsel objected to a short letter to the Court asking for a new hearing date and briefing schedule; counsel for defendant refused to agree.

3. Accordingly, we file this ex parte motion requesting the following: (1) that the United States have until January 27, 2012, to respond to the bail motion; and (2) that the motion be scheduled for hearing on February 1, 2012, at 11:00 am.

4. On January 9, 2011, defense counsel met with the assigned Assistant U.S. Attorneys and explained some of their arguments that Defendant Liew should be released from custody, including the availability of sureties to secure his release. Counsel represented that one of the attorneys had been working "nearly full time" on preparing the arguments in support of release. The parties agreed on a January 25, 2012, hearing date. The next day, defense counsel sent a letter listing the names of the sureties.

5. Defendant, however, did not file his motion seeking release until January 18, 2012 -- seven days before the scheduled hearing date. Moreover, when filed, the motion was 35 pages long and with it were approximately 139 pages of exhibits. The arguments address every factor the court is required to consider under the bail reform act. The brief makes myriad factual assertions regarding defendant's financial circumstances, his background and connections to the United States, and the merits of the case. It also identifies numerous proposed sureties who would be willing to sign bonds for defendant.

6. Counsel for the United States does not have time to investigate and respond articulately to this long motion and the many arguments presented by defense counsel before the scheduled hearing. Even if the assigned Assistant U.S. Attorneys had no other obligations this week and next -- which is not the case -- responding to a 35-page, factually-intensive motion in less than a week would be unreasonable. Indeed, the assigned AUSAs have significant work-related obligations the remaining days of this week and the first two days of next week that cannot be

1  rescheduled.

2      7. If the defendant's arguments are serious, which we assume they are, the United States is
3  entitled to a reasonable amount of time to respond in a serious and thorough fashion.
4  Accordingly, we respectfully request that the Court order that the government's response to
5  defendant's motion is due on January 27, 2012, and that the hearing on the motion will take place
6  on Feburary 1, 2012, at 11:00 am.

7  DATED: January 19, 2012                  MELINDA HAAG
8                                                United States Attorney

9                                               /s/
10                                              JOHN H. HEMANN
                                             PETER B. AXELROD

11                     DECLARATION OF JOHN H. HEMANN

12     I, John H. Hemann, declare:

13     1. I am one of the Assistant U.S. Attorneys assigned to this case.

14     2. I have knowledge of the factual assertions set forth in the above-memorandum. Those
15 assertions are true and correct to the best of my recollection.

16     Executed under penalty of perjury, January 19, 2012, at San Francisco, California.

17

18                                              /s/
                                           John H. Hemann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0573 JSW (NC) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO SCHEDULE BAIL REVIEW HEARING FOR FEBRUARY 2, 2012, AND SETTING BRIEFING SCHEDULE |
| WALTER LIEW and CHRISTINA LIEW, | |
| Defendants. | |

ORDER

The United States's *ex parte* motion is GRANTED. The bail review hearing for defendant Walter Liew shall take place on February 2, 2012, at 11:00 am. The United States shall files its opposition to the motion on or before January 27, 2012.

IT IS SO ORDERED.

Dated: _____

                                                                 Nathaneal Cousins
                                                                 United States Magistrate Judge