THOMAS J. NOLAN, JR.

**Nolan, Armstrong & Barton, LLP**

California SBN: 48413
600 University Ave.
Palo Alto, Ca. 94301
Tel. (650) 326-2980
Fax (650) 326-9704

JAMES S. THOMSON
California SBN 79658
Attorney & Counselor at Law
819 Delaware Street
Berkeley, CA 94710
Telephone: (510) 525-9123
Facsimile: (51) 525-9124
james@ycbtal.net

Attorneys for Defendant
WALTER LIEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER LIEW and<br>CHRISTINA LIEW,<br><br>    Defendants.<br>_____ | Case No. CR 11-00573 JSW<br><br>**ERRATA TO DEFENDANT'S MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE**<br><br>Date: January 25, 2012<br>Time: 11:00 A.M.<br><br>Dept: Hon. Magistrate Judge<br>       Nathaniel Cousins |

The undersigned prepared defendant WALTER LIEW's motion for an order revoking the detention order and granting pretrial release, which was filed on January 18, 2012.  See Doc #48.  After reviewing the motion, counsel has discovered errors in the pleading.  An errata sheet has been prepared and notes the following errors:

    1.    Page 16, lines 13-15, under Opening/Closing Date for the Mega International Commercial Letter of Credit, should read: Received in 2009 or 2010 for

1

1   projects involving Pangang Group Company, Ltd.

2       2.      Page 16, lines 16-18, under Opening/Closing Date for the Mega
3   International Commercial Letter of Credit, should read: Received in late 2010 or early
4   2011 for projects involving Jinzhou Company.

5       3.      Pages 31-32, lines 23-3 should read: Prior to his arrest, Mr. Liew spoke
6   with the vice president of Altairnano Technologies of Reno, Nevada about contracting
7   work to complete the process and production engineering for an LTO production plant.

8       The undersigned also prepared Mr. Liew's declaration that was submitted as
9   Exhibit F in support of his motion for an order revoking the detention order and granting
10  pretrial release.  See Doc #48-7.  After reviewing the declaration, counsel has discovered
11  errors in the document.  An errata sheet has been prepared and notes the following errors:

12      1.      Page 5, paragraph 29 should read: One L/C was received from Jinzhou
13  Company in late 2010 or early 2011 for a 30,000 tons per year project based on an order
14  for equipment.  The other L/C was received from Pangang Group Company Ltd. in late
15  2009 or 2010 for a 100,000 tons per year project for engineering services.

16      2.      Page 7, paragraph 36.A should read: I was not invited to a banquet at the
17  Diaoyutai State Guesthouse and did not meet with Zhuzhou Tan, Yujie Zhang, Shichang
18  Qiao, and Deyao Kang at that time.

19      3.      Page 8, paragraph 37.B should read: He then became an editor of a
20  medical journal before retiring around 1990.

21      4.      Page 9, paragraph 38.B should read: Prior to my arrest, I spoke with the
22  vice-president of Alairnano Technologies of Reno, Nevada about contracting work to
23  complete the process and production engineering for an LTO production plant.

24      I declare under penalty of perjury, as defined by the laws of the state of California
25  and the United States, that the foregoing is true and correct to the best of my knowledge,
26  except as to those items alleged on information and belief and, as to those items, I believe
27  them to be true.

28  //

1  Executed in Berkeley, California on this 25th day of January, 2012.

*/s/ James S. Thomson*
_____
JAMES S. THOMSON