MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0573-JSW |
| Plaintiff, | JOINT STATUS REPORT |
| v. | Date: February 2, 2012<br>Time: 2:00 pm |
| WALTER LIEW and CHRISTINA LIEW, | |
| Defendants. | |

1. The United States has informed defense counsel that it remains on schedule to obtain a superseding indictment prior to February 2, 2012.

2. The parties believe that the nature and content of that superseding indictment will guide the substance and timing of the next steps in this action. Accordingly, the parties suggest that at the hearing on February 2, 2012, the Court schedule a further status conference for sometime in March 2012.

3. The parties have begun to meet and confer regarding the production of voluminous discovery and will provide an update to the Court.

///

STATUS REPORT
Case No. CR 11-0573-JSW

Respectfully submitted,

DATED: January 26, 2012    MELINDA HAAG
United States Attorney

    /s/
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

DATED: January 26, 2012        /s/
THOMAS J. NOLAN
Counsel for Walter Liew

DATED: January 26, 2012        /s/
DORON WEINBERG
Counsel for Christina Liew

STATUS REPORT
Case No. CR 11-0573-JSW