MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALTER LIEW and <br> CHRISTINA LIEW, <br><br> Defendants. | No. CR 11-0573 JSW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM FEBRUARY 2, 2012, TO FEBRUARY 9, 2012 |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. The parties are scheduled to appear before the Court on February 2, 2012, for a status conference. The United States had informed the Court and defendants that it anticipated that a superseding indictment would be returned prior to that date.

2. On January 30, 2012, a witness who had provided material information to the government in connection with the investigation died unexpectedly.

3. The government informed counsel for defendants that, as a result of this event, it did not anticipate that a superseding indictment would be returned prior to February 2, 2012, but

1 instead the next week.

2     4. Accordingly, the parties agree that to conserve time and resources, it would be appropriate to continue the scheduled status conference for one week, from February 2, 2012, to February 9, 2012, at 2:00 pm.

    5. The parties have previously agreed and the Court has ordered that time under the Speedy Trial Act should be excluded for complexity and effective preparation of counsel. The parties continue to agree that such exclusion is appropriate and, therefore, ask that time be excluded from February 2, 2012, to February 9, 2012.

    SO STIPULATED AND AGREED,

DATED: February 1, 2012                  MELINDA HAAG
                                                  United States Attorney

                                                  /s/
                                                  PETER B. AXELROD
                                                  JOHN H. HEMANN
                                                  Assistant United States Attorneys

DATED: February 1, 2012                    /s/
                                                  DORON WEINBERG
                                                  Counsel for Christina Liew

DATED: February 1, 2012                    /s/
                                                  THOMAS NOLAN
                                                  Counsel for Walter Liew

### [PROPOSED] ORDER

Based upon the parties' stipulation and for good cause shown, the status conference scheduled for February 2, 2012, is continued to February 9, 2012, at 2:00 pm. Based upon the findings the Court has previously made, it is further ordered that the time between February 2, 2012, and February 9, 2012, shall be excluded from computation under the Speedy Trial Act.

DATED: _____              _____
                                                      JEFFREY S. WHITE
                                                      United States District Judge