MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> WALTER LIEW and ) <br> CHRISTINA LIEW, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 11-0573 JSW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM FEBRUARY 2, 2012, TO FEBRUARY 9, 2012 |

     The parties, by and through their undersigned counsel, stipulate and agree as follows:

     1.    The parties are scheduled to appear before the Court on February 2, 2012, for a status conference. The United States had informed the Court and defendants that it anticipated that a superseding indictment would be returned prior to that date.

     2.    On January 30, 2012, a witness who had provided material information to the government in connection with the investigation died unexpectedly.

     3.    The government informed counsel for defendants that, as a result of this event, it did not anticipate that a superseding indictment would be returned prior to February 2, 2012, but

1  instead the next week.

2      4. Accordingly, the parties agree that to conserve time and resources, it would be

3  appropriate to continue the scheduled status conference for one week, from February 2, 2012, to

4  February 9, 2012, at 2:00 pm.

5      5. The parties have previously agreed and the Court has ordered that time under the

6  Speedy Trial Act should be excluded for complexity and effective preparation of counsel.  The

7  parties continue to agree that such exclusion is appropriate and, therefore, ask that time be

8  excluded from February 2, 2012, to February 9, 2012.

9      SO STIPULATED AND AGREED,

10 DATED: February 1, 2012                    MELINDA HAAG
                                               United States Attorney

13                                             _____/s/_____
                                               PETER B. AXELROD
                                               JOHN H. HEMANN
14                                             Assistant United States Attorneys

16 DATED: February 1, 2012                     _____/s/_____
                                               DORON WEINBERG
                                               Counsel for Christina Liew

18 DATED: February 1, 2012                     _____/s/_____
                                               THOMAS NOLAN
19                                             Counsel for Walter Liew

21 **[PROPOSED] ORDER**

22     Based upon the parties' stipulation and for good cause shown, the status conference

23 scheduled for February 2, 2012, is continued to February 9, 2012, at 2:00 pm.  Based upon the

24 findings the Court has previously made, it is further ordered that the time between February 2,

25 2012, and February 9, 2012,  shall be excluded from computation under the Speedy Trial Act.

27 DATED: February 1, 2012                     _____/s/ Jeffrey S. White_____
                                               JEFFREY S. WHITE
28                                             United States District Judge