UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: February 9, 2012                                          Time in Court: 4 minutes

Case No.: CR-11-573  JSW            Judge: Jeffrey S. White

United States of America   v.   Walter Liew Defendant
Present ( X ) Not Present ( ) In-Custody ( X )
with Counsel: Thomas Nolan

Christina Liew Defendant Present ( X ) Not Present ( )
with Mandarin Int.: Michael Zhu
with Counsel: Doron Weinberg

U.S. Attorney: John Hemann and Peter Axelrod

Deputy Clerk: Jennifer Ottolini            Court Reporter: Kathy Wyatt

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Superseding Indictment has been filed.
Newly added defendants will be scheduled for 3-8-12 at 2:00 p.m.

Joint Status Report due: 3-6-12

Case Continued to 3-8-12 at 2:00 p.m. for Further Status

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted