MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0573 JSW |
|     Plaintiff, | )<br>) | |
| | ) | STIPULATION AND [PROPOSED] |
|     v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | FEBRUARY 9, 2012 TO MARCH 8, 2012 |
| WALTER LIEW, and<br>CHRISTINA LIEW, | )<br>) | |
| | ) | |
|     Defendants. | ) | |

      The parties, by and through the undersigned counsel, hereby stipulate and agree as follows:

      1.     On February 9, 2011, defendants Walter Liew and Christina Liew appeared before the Honorable Jeffrey S. White, United States District Judge, for a status hearing. Doron Weinberg appeared for Christina Liew, who was assisted by a court-appointed Chinese (Mandarin) interpreter, and Tom Nolan appeared for Walter Liew. Assistant United States Attorneys Peter B. Axelrod and John H. Hemann appeared for the United States. Prior to the hearing, a grand jury returned a fourteen-count superseding indictment charging Walter and

Christina Liew and others with economic espionage (18 U.S.C. § 1831), theft of trade secrets (18 U.S.C. § 1832), tampering (18 U.S.C. § 1512), and false statements (18 U.S.C. § 1001) offenses. Further, the United States had previously produced 300 gigabytes of discovery, including voluminous materials in the Chinese language.

    2. At the hearing, the parties jointly requested that time be excluded between February 9, 2012 and March 8, 2012 under the Speedy Trial Act (18 U.S.C. § 3161) on grounds of complexity and for effective preparation of defense counsel. Specifically, the Court has previously declared the case complex under 18 U.S.C. § 3161(h)(7)(B)(ii) – it involves charges of economic espionage and theft of trade secrets related to a complicated industrial process, the manufacture of titanium dioxide (TiO2) through the chloride route, and it also involves a vast array of documents in the Chinese language. Further, defense counsel will need additional time to review the voluminous discovery, including foreign language documents, to effectively prepare the defense.

    3. Defendants Walter and Christina Liew have been advised of their right to a speedy trial and consent to the exclusion of time set forth in this Stipulation.

SO STIPULATED.

DATED: 2/22/12

MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

DATED: 2/22/12

/S/
_____
TOM NOLAN
Counsel for Walter Liew

DATED: 2/22/12

/S/
_____
DORON WEINBERG
Counsel for Christina Liew

**[PROPOSED] ORDER**

Based upon the parties' stipulation, the record in this case, including the information presented at the February 9, 2012 hearing, and for good cause shown, the Court finds that, under 18 U.S.C. § 3161(h)(7)(B)(ii), the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial within the time limits set forth in 18 U.S.C. § 3161. The Court further finds that the ends of justice served by excluding the time between February 9, 2012 and March 8, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between February 9, 2012 and March 8, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

DATED: _____

_____
JEFFREY S. WHITE
United States District Judge