1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   PETER B. AXELROD (CABN 190843)
    JOHN H. HEMANN (CABN 165823)
5   Assistant United States Attorneys

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
7       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
8       E-Mail: peter.axelrod@usdoj.gov

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 11-0573 JSW
                                        )
15          Plaintiff,                  )
                                        )   STIPULATION AND [PROPOSED]
16  v.                                  )   ORDER EXCLUDING TIME FROM
                                        )   FEBRUARY 9, 2012 TO MARCH 8, 2012
17  WALTER LIEW, and                    )
    CHRISTINA LIEW,                     )
18                                      )
            Defendants.                 )
19  _____ )

20

21          The parties, by and through the undersigned counsel, hereby stipulate and agree as

22  follows:

23          1.      On February 9, 2011, defendants Walter Liew and Christina Liew appeared before

24  the Honorable Jeffrey S. White, United States District Judge, for a status hearing.  Doron

25  Weinberg appeared for Christina Liew, who was assisted by a court-appointed Chinese

26  (Mandarin) interpreter, and Tom Nolan appeared for Walter Liew.  Assistant United States

27  Attorneys Peter B. Axelrod and John H. Hemann appeared for the United States.  Prior to the

28  hearing, a grand jury returned a fourteen-count superseding indictment charging Walter and

1   Christina Liew and others with economic espionage (18 U.S.C. § 1831), theft of trade secrets (18

2   U.S.C. § 1832), tampering (18 U.S.C. § 1512), and false statements (18 U.S.C. § 1001) offenses.

3   Further, the United States had previously produced 300 gigabytes of discovery, including

4   voluminous materials in the Chinese language.

5       2.   At the hearing, the parties jointly requested that time be excluded between

6   February 9, 2012 and March 8, 2012 under the Speedy Trial Act (18 U.S.C. § 3161) on grounds

7   of complexity and for effective preparation of defense counsel.  Specifically, the Court has

8   previously declared the case complex under 18 U.S.C. § 3161(h)(7)(B)(ii) – it involves charges

9   of economic espionage and theft of trade secrets related to a complicated industrial process, the

10  manufacture of titanium dioxide (TiO2) through the chloride route, and it also involves a vast

11  array of documents in the Chinese language.  Further, defense counsel will need additional time

12  to review the voluminous discovery, including foreign language documents, to effectively

13  prepare the defense.

14      3.   Defendants Walter and Christina Liew have been advised of their right to a speedy

15  trial and consent to the exclusion of time set forth in this Stipulation.

16      SO STIPULATED.

17
18  DATED:    2/22/12          MELINDA HAAG
                               United States Attorney
19
                                   /S/
20                             _____
                               PETER B. AXELROD
21                             JOHN H. HEMANN
                               Assistant United States Attorneys
22
23  DATED:    2/22/12              /S/

24                             _____
                               TOM NOLAN
                               Counsel for Walter Liew
25  DATED:    2/22/12              /S/

26                             _____
                               DORON WEINBERG
                               Counsel for Christina Liew
27
28

ORDER EXCLUDING TIME
CR 11-0573 JSW                                                                              2

## [PROPOSED] ORDER

Based upon the parties' stipulation, the record in this case, including the information presented at the February 9, 2012 hearing, and for good cause shown, the Court finds that, under 18 U.S.C. § 3161(h)(7)(B)(ii), the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial within the time limits set forth in 18 U.S.C. § 3161. The Court further finds that the ends of justice served by excluding the time between February 9, 2012 and March 8, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between February 9, 2012 and March 8, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

DATED: February 23, 2012

JEFFREY S. WHITE
United States District Judge

ORDER EXCLUDING TIME
CR 11-0573 JSW

3