MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> WALTER LIEW, ) <br> CHRISTINA LIEW, ) <br> ROBERT J. MAEGERLE, ) <br> USA PERFORMANCE ) <br> TECHNOLOGY, INC., ) <br> TZE CHAO, ) <br> HOU SHENGDONG, ) <br> PANGANG GROUP COMPANY, ) <br> LTD., ) <br> PANGANG GROUP STEEL ) <br> VANADIUM & TITANIUM ) <br> COMPANY, LTD., ) <br> PANGANG GROUP TITANIUM ) <br> INDUSTRY COMPANY, LTD., and ) <br> PANGANG GROUP ) <br> INTERNATIONAL ECONOMIC & ) <br> TRADING COMPANY, ) <br> ) <br>         Defendants. ) <br> ) | No. CR 11-00573 JSW <br><br> JOINT STATUS REPORT <br><br> <u>Hearing Date</u>:   March 8, 2012 <br> <u>Hearing Time</u>:   2:00 pm |

\\

JOINT STATUS REPORT
CR 11-00573 JSW

Through counsel, the United States and defendants Walter Liew and Christina Liew jointly file this status report.

Since the defendants Walter Liew and Christina Liew last appeared before the Court, the following events have occurred in the case:

1. Defendant Tze Chao pleaded guilty to count one of the superseding indictment (conspiracy to commit economic espionage).

2. Counsel for defendants Pangang Group Company, Ltd.; Pangang Group Steel Vanadium & Titanium Company, Ltd.; Pangang Group Titanium Company, Ltd.; and Pangang Group International Economic & Trading Company (collectively the Pangang Group defendants) entered a special appearance to move to dismiss the indictment for insufficiency of service. Counsel for the Pangang Group defendants are scheduled to appear before the Court on March 8, 2012 , to schedule dates related to their motion to dismiss.

3. Defendant Robert Maegerle, who was previously arrested in Delaware, is scheduled to make his initial appearance before the Court on March 8, 2012.

4. Defendants Walter Liew, Christina Liew, and USA Performance Technology, Inc. (USAPTI), are scheduled for arraignment on the superseding arraignment before the duty magistrate on March 8, 2012.

Additionally, prior to the March 8, 2012 appearance, counsel for Walter Liew, Christina Liew, USAPTI, and Robert Maegerle are meeting with government counsel to discuss discovery.

Respectfully Submitted,

DATED:   3/6/12

MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

1  DATED: 3/6/12

                                                                      /S/

                                        THOMAS J. NOLAN
                                        Counsel for Walter Liew

DATED: 3/6/12
                                                          /S/

                                        DORON WEINBERG
                                        Counsel for Christina Liew