Thomas J. Nolan (SBN: 48413)

Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704
Attorney for Defendant,
Walter Liew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00573 JSW |
| Plaintiff, | SUPPLEMENTAL STATUS UPDATE OF DEFENDANT WALTER LIEW |
| vs. | Date: March 8, 2012 |
| WALTER LIEW, | Time: 2:00 P.M. |
| Defendant | Courtroom: 11, 19th Floor |

With the permission of opposing counsel, defendant WALTER LIEW files the following supplemental status update:

1. Mr. Liew wishes to retain new counsel to defend him on the charges in the superseding indictment.  To that end, he has been seeking new representation since the superseding indictment was filed.

2. The above-named attorney, Thomas J. Nolan, has been attempting to assist with the speedy retention of substitute counsel.  He has facilitated jail visits by attorneys seeking to be retained by Mr. Liew.  He is prepared to turn over Mr. Liew's file and assist any new

- 1 -
*United States v. Walter Liew*, CR 11-573 – SUPPLEMENTAL STATUS UPDATE

lawyer become familiar with the case.

3. Mr. Nolan is endeavoring not to take any action that would have an adverse impact on new counsel, while at the same time not hindering progress in the case.

4. Mr. Liew is scheduled to be arraigned on the superseding indictment on the morning of March 8, before the duty magistrate. It does not appear that Mr. Liew will have finalized any arrangement to retain new counsel before that time. Therefore, it is Mr. Nolan's intention to attend the hearing and request that the arraignment be put over two weeks for identification of counsel.

5. It is Mr. Nolan's intention to appear on Thursday before this Court as well.

6. It is Mr. Nolan's understanding that, upon Mr. Liew's retention of new counsel, Mr. Nolan will need to be relieved by this Court. If his understanding is correct, then Mr. Nolan suggests that an additional status hearing be scheduled for Mr. Liew, in two weeks, at which point Mr. Liew will be able to identify his new counsel and Mr. Nolan will request to be relieved by the Court.

7. Mr. Nolan has been in contact with Assistant U.S. Attorneys Axelrod and Hemann regarding Mr. Liew's search for new counsel, and regarding the information contained within this supplemental status update. They have indicated that they do not oppose the filing of this supplemental status update.

Dated: March 6, 2012               Respectfully Submitted,

                                   NOLAN ARMSTRONG & BARTON LLP

                                   _____/s/_____
                                   Thomas J. Nolan
                                   Attorneys for Defendant
                                   Walter Liew

- 2 -
*United States v. Walter Liew*, CR 11-573 – SUPPLEMENTAL STATUS UPDATE