DOCUMENTS UNDER SEAL ☐        TOTAL TIME (mins):   5

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Kristen Seib | REPORTER/FTR FTR: 9:40-9:40, 9:41- 9:45 | |
|---|---|---|---|
| MAGISTRATE JUDGE Nathanael Cousins | DATE March 8, 2012 | NEW CASE ☐ | CASE NUMBER 11-cr-00573-JSW-1 |

## APPEARANCES

| DEFENDANT Walter Liew | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Thomas Nolan | PD. ☐ RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Pete Axelrod and John Hemann | INTERPRETER none | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Amaryllis Gonzalez | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT not held | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 3/21/2012 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. NC | ☐ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Mr. Liew is looking into obtaining new counsel. The Court orders that the defendant be allowed by the USM's to have a non-contact, legal visit with him wife to discuss new counsel options, today. The matter is also previously set for today at 2:00 p.m. before Judge White.      CC: TL, LMH

DOCUMENT NUMBER: