UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: March 8, 2012 (9 minutes)

Case No. CR-11-0573 JSW                    JUDGE: **Jeffrey S. White**

Walter Liew (in custody)
Christina Liew *
Robert Maegerle
Pangang Group Company, Ltd.
Pangang Group Steel Vanadium & Titanium Co.
Pangang Group Titanium Industry Co.
Pangang Group International Economic & Trading
         DEFENDANT(s)

|  |  |
|---|---|
|  | Thomas Nolan (Walter Liew) |
|  | Doron Weinberg (C. Liew) |
|  | Jerome Froelich, Jr. (Maegerle) |
| John Hemann/Peter Axelrod | John Potter/Robert Feldman (Corp defts) |
| U.S. ATTORNEY(S) | ATTORNEY(s) FOR DEFENDANT(s) |

Deputy Clerk: Tracy Lucero                Reporter: Belle Ball

**PROCEEDINGS**

REASON FOR HEARING     Status Conference

RESULT OF HEARING      Court set schedule for Chinese Corporate defendants motion
                       Re: Jurisdiction:
                       Defendants' to file by March 29, 2012.
                       Government's opposition due by April 19, 2012.
                       Defendants' reply due by May 10, 2012.
                       Motion hearing scheduled for June 7, 2012 at 2:00 p.m.
                       Pursuant to joint request of counsel:
                       Case referred to Magistrate Cousins for Discovery.
                       Counsel for Walter Liew (Robert Nolan) informed the Court that
                       he intends on withdrawing from case - referred to Duty Magistrate
                       for ID of Counsel.

Case continued to  March 21, 2012 at 9:30 a.m. for ID of Counsel (Defendant Walter Liew)
                                           Before Duty Magistrate Cousins

Case continued to  June 7, 2012 at 2:00 p.m. for Defendants' Motion re: Jurisdiction

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category)   Complexity   Begins 3/8/2012    Ends 6/7/2012

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

Case3:11-cr-00573-JSW Document92 Filed03/08/12 Page2 of 2