IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER LIEW,<br><br>    Defendant.<br>_____ | No. CR 11-0573 JSW<br><br>[PROPOSED] ORDER RE: STIPULATION REGARDING THE FILING OF DEFENDANT LIEW'S MOTION FOR AN ORDER REVOKING THE MAGISTRATE JUDGE'S DETENTION ORDER<br><br>Dept: Hon. Judge Jeffrey White |

Based upon the parties' stipulation, the record in this case, and for good cause shown, IT IS HEREBY ORDERED that defendant WALTER LIEW has until March 29, 2012 to file his motion to revoke the February 28, 2012 detention order entered by Magistrate Judge Nathanael Cousins. See Doc #74.

DATE: March 12, 2012

JEFFREY S. WHITE
United States District Judge