IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WALTER LIEW, et al.,

    Defendants.
                                      /

No. CR 11-00573 JSW

**ORDER RE HEARING DATE OF JUNE 7, 2012**

This matter is scheduled for a hearing on June 7, 2012, on a motion to quash service of the indictment, which has been filed on behalf of specially appearing defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic and Trading Company. None of the other defendants have filed any motions to be heard on that date. Accordingly, as to Defendants Walter and Christina Liew and Robert Maegerle, the Court HEREBY CONVERTS the motion hearing date to a status date for those defendants.

    **IT IS SO ORDERED.**

Dated: April 2, 2012

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE