UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CRIMINAL MINUTES

Date:   April 18, 2012

Case No: CR 11-00573 JSW

Case name: United States of America v. Walter Liew, et al

Counsel for Plaintiff: Pete Axelrod

Counsel for Defendants: Stuart Gasner, Steven Ragland, Simona Agnolucci (Deft W. Liew)
            Doron Weinberg (Deft C. Liew)
            Jerome Froelich (Deft R. Maegerle)

| | | | |
|---|---|---|---|
| Deputy Clerk: | Lili M. Harrell | FTR Recording: 11:12am-11:24am | |
| | | (Time: 12 min ) | |

**PROCEEDINGS:**                                                                                   **RULINGS:**

Discovery Hearing                                                                                   Continued

**ORDER:**  Parties shall meet and confer regarding proposal for deadlines. Stipulated proposal shall be submitted by 5/14/2012.

Case continued to:  **5/16/2012 at 11:00 AM for further discovery status.**

Notes:

cc: