UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CRIMINAL MINUTES

Date:     May 16, 2012

Case No: CR 11-00573 JSW

Case name: United States of America v. Walter Liew, et al

Counsel for Plaintiff:  Pete Axelrod, John Hemann

Counsel for Defendants: Stuart Gasner, Steven Ragland, Simona Agnolucci (Deft W. Liew)
            Doron Weinberg (Deft C. Liew)
            Jerome Froelich (Deft R. Maegerle)

Deputy Clerk:      Lili M. Harrell          FTR Recording: 11:17am - 11:43am
                                            (Time: 26 min )


**PROCEEDINGS:**                                      **RULINGS:**

Discovery Hearing                                     Held



**ORDER:**  Govt to submit joint status report, including an agreed upon briefing schedule regarding proposed protective order, by 6/13/2012.

Case continued to:  **6/20/2012 at 11:00 AM for further discovery status.**



Notes:

cc: