```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  MORGAN K. LOPEZ, Bar No. 215513
    JONATHAN A. ELDREDGE, Bar No. 238559
 3  One Walnut Creek Center
    100 Pringle Avenue, Suite 500
 4  Walnut Creek, CA 94596
    Telephone: (925) 210-2800
 5  Facsimile: (925) 945-1975

 6  MORRIS JAMES LLP
    P. Clarkson Collins, Jr., Pro Hac Vice Pending
 7  Jason C. Jowers, Pro Hac Vice Pending
    500 Delaware Avenue, Suite 1500
 8  Wilmington, Delaware 19801
    Telephone: (302) 888-6800
 9  Facsimile: (302) 571-1750
    E-mail: pcollins@morrisjames.com
10          jjowers@morrisjames.com

11  Attorneys for E. I. du Pont de Nemours and Company
```

ORIGINAL FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALTER LIAN-HEEN LIEW, CHRISTINA HONG QIAO LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, <br><br> Defendants. | Case No. CR 11-0573-JSW (NC) <br><br> **DECLARATION OF DOCTOR AUSTIN REID, JR. IN SUPPORT OF E. I. DUPONT DE NEMOURS AND COMPANY'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER** <br><br> Date: June 20, 2012 <br> Time: 11:00 a.m. <br> Place: Courtroom A – 15th Floor <br> Before: Hon. Nathanael Cousins |

I, Austin Reid, Jr., say:

1. I am a Research Fellow with E.I. du Pont de Nemours & Company ("DuPont") and I have personal knowledge of the following facts to which I could and would testify if called as a witness.

DECLARATION OF AUSTIN REID, JR. ISO OPP TO JOINT MOT. FOR PROTECTIVE ORDER

2. I have worked for DuPont for 26 years in its TiO$_2$ business, performing, among other things, technology and marketing functions at multiple TiO$_2$ plant sites and laboratories. Accordingly, I am familiar with DuPont's advancements in TiO$_2$ manufacturing technology, as well as the history thereof.

3. I am also familiar with the five trade secrets identified in the government's Superseding Indictment. While the Indictment identifies specific DuPont documents, much of the information contained in those documents also appears in multiple other DuPont confidential internal documents.

4. At the request of the FBI, I have personally reviewed confidential DuPont documents obtained by the United States bearing DuPont's logo or other indicia of DuPont's ownership.

5. I have also personally reviewed documents in the government's possession that are derived directly from DuPont's proprietary documents. For example, a table of DuPont confidential technical information was reproduced in a third-party document I reviewed.

6. Pursuant to my position as Research Fellow, I am extremely knowledgeable regarding the TiO$_2$ manufacturing industry. There are relatively few individuals who would be considered industry experts and almost all of these individuals work for either DuPont or one of its competitors.

7. Based on my long involvement in this industry, I know of, and in many cases have met, the major players. However, before becoming aware of the acts giving rise to this action and the related civil action, I had never heard of Walter Liew or his company USAPTI. To the best of my knowledge, Mr. Liew had never developed technology for DuPont or any of the other companies that use a chloride-route TiO$_2$ manufacturing process. Furthermore, I have searched the patents associated with the chloride-route TiO$_2$ manufacturing process and Mr. Liew is not listed as an inventor on any of these patents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of June, 2012 in Pass Christian, Mississippi.

*Austin Reid, Jr.*
Austin Reid, Jr.

DECLARATION OF AUSTIN REID, JR. ISO OPP TO JOINT MOT. FOR PROTECTIVE ORDER