ORIGINAL

FILED 2012 JUN -6 P 3 24

1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5
    MORRIS JAMES LLP
6   P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
    Jason C. Jowers, *Pro Hac Vice Pending*
7   500 Delaware Avenue, Suite 1500
    Wilmington, Delaware 19801
8   Telephone: (302) 888-6800
    Facsimile: (302) 571-1750
9   E-mail: pcollins@morrisjames.com
            jjowers@morrisjames.com
10
    Attorneys for E. I. du Pont de Nemours and Company
11

12                      UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

15                                          )   **Case No. CR 11-0573-JSW (NC)**
    UNITED STATES OF AMERICA,               )
16                                          )   **PROOF OF SERVICE BY U.S. MAIL**
                                            )
17              Plaintiff,                  )
                                            )
18       v.                                 )
                                            )
19   WALTER LIAN-HEEN LIEW,                 )
                                            )
20   CHRISTING HONG QIAO LIEW, USA          )
     PERFORMATNCE TECHNOLOGY, INC.,         )
21   and ROBERT MAEGERLE,                   )
                                            )
22              Defendants.                 )
                                            )
23   ─────────────────────────────────

24   ///

25   ///

26   ///

27   ///

28   ///

PROOF OF SERVICE OF CIVIL STANDING ORDERS , Case No. 3:11-cv-01665-JSW

1       I, <u>Gina M. Bentley</u>, the undersigned, hereby certify and declare under penalty of

2   perjury that the following statements are true and correct:

3       1.      I am over the age of 18 years and am not a party to the within cause.

4       2.      My business address is One Walnut Creek Center, 100 Pringle Avenue,

5   Suite 500, Walnut Creek, CA 94596.

6       3.      I am familiar with my employer's mail collection and processing practices;

7   know that said mail is collected and deposited with the United States Postal Service on the same

8   day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

9       4.      Following said practice, on June 6, 2012 I served a true and correct copy

10  of the attached document(s) entitled exactly:

11  **<u>E. I. DUPONT DE NEMOURS AND COMPANY'S OPPOSITION TO DEFENDANTS'
    JOINT MOTION FOR PROTECTIVE ORDER</u>;**

12

13  **<u>DECLARATION OF CLEMENT L. GLYNN IN SUPPORT OF OF E. I. DUPONT DE
    NEMOURS AND COMPANY'S OPPOSITION TO DEFENDANTS' JOINT MOTION
    FOR PROTECTIVE ORDER</u>;**

14

15  **<u>DECLARATION OF DOCTOR AUSTIN REID, JR. IN SUPPORT OF E. I. DUPONT DE
    NEMOURS AND COMPANY'S OPPOSITION TO DEFENDANTS' JOINT MOTION
    FOR PROTECTIVE ORDER</u>**

16

17  by placing it in an addressed, sealed envelope and depositing it in regularly maintained

18  interoffice mail to the following:

19      SEE ATTACHED SERVICE LIST

20      Executed this <u>6th</u> day of <u>June, 2012</u> at Walnut Creek, California.

21

22      /Gina M. Bentley

23

24

25

26

27

28

PROOF OF SERVICE OF CIVIL STANDING ORDERS, Case No. 3:11-cv-01665-JSW

1

*USA v. LIEW, et al.*
*U.S. District Court, Northern District of California-San Francisco Division*
*Case No.: cr 11-0573-JSW (NC)*

2

3   Peter Benjamin Axelrod
    United States Attorney's Office

4   450 Golden Gate Avenue
    San Francisco, CA 94102

5   *Attorneys for Plaintiff USA*
    **T: 415-436-6774; F: 415-436-7234**

6   Peter.axelrod@usdoj.gov

John Henry Hemann
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
*Attorneys for Plaintiff USA*
**T: 415-436-7478; F: 415-436-7234**
John.hemann@usdoj.gov

7

8   Simona Alessandra Agnolucci
    Steven Paul Ragland
    Keker & Van Nest LLP

9   633 Battery Street
    San Francisco, CA 94111

10  Attorney for Walter Liew
    T: 415-391-5400; F: 415-397-7188

11

Robert P. Feldman
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Fl.
Redwood Shores, CA 94065
Attorneys for Pangang Group Company Ltd.
(def. 7, 8, 9 and 10)
T: 650-801-5069; F: 650-801-5100

12  Jerome J. Froelich, Jr.
    McKenney & Froelich

13  1349 West Peachtree Street
    Two Midtown Plaza, Suite 1250

14  Atlanta, GA 30309
    Attorneys for Robert J. Maegerle (def. 3)

15  T: 404-881-1111

Stuart L. Gasner
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111
Attorney for Walter Liew
T: 415-391-5400; F: 415-397-7188

16

17  Edward Arthur Kraus
    Creech Liebow & Kraus
    333 West San Carlos Street, Suite 1600

18  San Jose, CA 95110
    Attorney for Walter Liew

19  T: 408-993-9911; F: 408-993-1335

Edmund Daniel Lyons
Lyons Law Firm
1526 Gilpin Avenue
Wilmington DE 19806
Attorney for Tze Chao (def. 5)
T: 302-777-5698; F: 302-777-5051

20  Thomas Joseph Nolan, Jr.
    Nolan, Armstron, Barton LLP

21  600 University Avenue
    Palo Alto, CA 94301

22  Attorney for Walter Liew
    T: 650-326-2980

23

John Mark Potter
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Attorneys for Pangang Group Company, Ltd.
(def. 7, 8 9 and 10)
T: 415-875-6600; F: 415-875-6760

24  Ismail Jomo Ramsey
    Ramsey & Ehrlich LLP

25  803 Hearst Avenue
    Berkeley, CA 94710

26  Attorney for Christina Liew (def 2)
    T: 510-548-3600; F: 510-548-3601

27

James Scott Thomson
Law Offices of James S. Thomson
819 Delaware Street
Berkeley, CA 94710
Attorney for Walter Liew
T: 510-525-9123; F: 510-525-9124

28

1

*USA v. LIEW, et al.*
*U.S. District Court, Northern District of California-San Francisco Division*
*Case No.: cr 11-0573-JSW (NC)*

2

3    Doron Weinberg                    John Lyle Williams, Jr.
   Law Offices of Doron Weinberg     Manchester, Williams & Seibert

4    523 Octavia Street               125 S. Market Street, Suite 1100
   San Francisco, CA 94102        San Jose, CA 95113

5    Attorney for Walter Liew and Christina Liew    Attorney for Walter Liew
   (defs 1 and 2)                  T: 408-287-6193; F: 408-287-1554

6    T: 415-431-3472; F: 415-552-2703

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF CIVIL STANDING ORDERS, Case No. 3:11-cv-01665-JSW