# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date: June 7, 2012**                                      **Time in Court: 9 minutes**

**Case No.:  CR-11-573  JSW**          **Judge:  Jeffrey S. White**

**United States of America   v.**       **Walter Liew Defendant (1)**
**Present ( X ) Not Present (  ) In-Custody ( X )**
**with Counsel: Steven Ragland**

**Christina Liew Defendant (2)**
**with Mandarin Int.: Amy Lo Brockett**
**Present ( X ) Not Present (  ) In-Custody ( )**
**with Counsel: Doron Weinberg**

**Robert J. Maegerle (3)**
**Present ( X ) Not Present (  ) In-Custody ( )**
**with Counsel: Jerome Froelich**

**U.S. Attorney:  John Hemann and Peter Axelrod**

**Deputy Clerk: Jennifer Ottolini**                    **Court Reporter: Jim Yeomans**

### PROCEEDINGS

**REASON FOR HEARING:    Status Conference**

**RESULT OF HEARING: The parties shall submit a Joint Status Report on 8-16-12.**

**Case Continued to 8-23-12 at 2:00 p.m. for Further Status**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted**