MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER LIEW, ) <br> CHRISTINA LIEW, ) <br> ROBERT J. MAEGERLE, ) <br> USA PERFORMANCE ) <br> TECHNOLOGY, INC., ) <br> ) <br> Defendants. ) <br> ) | No. CR 11-00573 JSW (NC) <br><br> UNITED STATES' STATUS REPORT RE: DISCOVERY <br><br> Hearing Date:   June 20, 2012 <br> Hearing Time:   11:00 am |

     The United States submits this report to advise the Court of the status of discovery in the above-captioned case.

     Prior to the parties' May 16, 2012 appearance before the Court for a discovery conference, the United States had produced a hard drive containing approximately 280,000 megabytes of information (which is the equivalent to 140,000,000 pages of double-spaced text) from electronic files seized at a bank safe deposit box, several

STATUS REPORT
CR 11-00573 JSW (NC)                     1

hundred pages of documents related to the execution of search warrants at the Liew's residence and the bank safe deposit box, and reports of interviews of a cooperating witness. The United States also provided 4,500 pages of documents from the residence of Robert Maegerle to his counsel.

Since the May 16, 2012, court appearance, the United States has provided several hundred additional pages of discovery, which include the defendants' statements and search warrant pleadings.

In an effort to produce additional discovery *prior to* the Court's resolution of the protective order motion, the government offered to produce – (1) an electronic version of the hard copy materials seized from the execution of search warrants at the Liew's residence, USAPTI's office, and the Maegerle residences; (2) emails obtained from various search warrants on internet service providers – subject to an interim letter agreement. The United States circulated a draft interim letter agreement to defense counsel. On May 24, 2012, government counsel met and conferred with Mr. Weinberg about defense objections to the letter agreement and the United States agreed to modify it in response to defense concerns about emailing documents. Mr. Weinberg advised that he would confer with defense counsel about whether the defense would agree to the terms of such a revised letter agreement. The United States never received a response to that proposal. These materials are ready to be produced subject to the entry of a protective order.

The United States also anticipates producing computer file names shortly and ESI after the entry of a protective order.

Respectfully Submitted,

DATED:    6/13/12

MELINDA HAAG
United States Attorney

/S/

_____
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

STATUS REPORT
CR 11-00573 JSW (NC)                   2