```
 1                        PAGES 1 - 6
 2                UNITED STATES DISTRICT COURT
 3               NORTHERN DISTRICT OF CALIFORNIA
 4        BEFORE THE HONORABLE JEFFREY S. WHITE, JUDGE
 5  UNITED STATES OF AMERICA,
 6                                    )
                     PLAINTIFF,       )
 7                                    )
    VS.                               ) NO. CR 11-573 JSW
 8                                    )
    WALTER LIEW AND CHRISTINA LIEW,   )
 9                                    ) SAN FRANCISCO, CALIFORNIA
                     DEFENDANTS.      ) THURSDAY
10                                    ) FEBRUARY 9, 2012
    _____ ) 2:15 O'CLOCK P.M.
11
```

12                    **TRANSCRIPT OF PROCEEDINGS**

13  **APPEARANCES:**

14  **FOR PLAINTIFF:**          **OFFICE OF THE UNITED STATES ATTORNEY**
                                450 GOLDEN GATE AVE.
15                              SAN FRANCISCO, CALIFORNIA  94102
                         **BY:  PETER AXELROD AND JOHN HEMANN,**
16                       **ASSISTANT UNITED STATES ATTORNEYS**

17  **FOR DEFENDANT**           **NOLAN, ARMSTRONG, BARTON LLP**
    **WALTER LIEW:**            600 UNIVERSITY AVENUE
18                              PALO ALTO, CALIFORNIA 94301
                         **BY:  THOMAS NOLAN, JR., ESQUIRE**
19

20  FURTHER APPEARANCES ON NEXT PAGE.

21  *REPORTED BY:   KATHERINE WYATT, CSR 9866, RMR, RPR*
              *OFFICIAL REPORTER - US DISTRICT COURT*

22

23

24

25

          KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR   925-212-5224

```
 1   FURTHER APPEARANCES:
 2   FOR DEFENDANT CHRISTINA LIEW:
 3   DORON WEINBERG, ESQUIRE
 4   523 OCTAVIA STREET
 5   SAN FRANCISCO, CALIFORNIA 94102
 6   MICHAEL YU ZHU, CERTIFIED MANDARIN INTERPRETER
```

|    |                                                                           |
|----|---------------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                                 |
| 2  | **FEBRUARY 9, 2012**                          2:15 O'CLOCK P.M.           |
| 3  |                                                                           |
| 4  | **THE CLERK:** CALLING CASE NUMBER CR-11-573, UNITED                      |
| 5  | STATES VERSUS WALTER LIEW AND UNITED STATES VERSUS CHRISTINA              |
| 6  | LIEW.                                                                     |
| 7  | COUNSEL, PLEASE STEP FORWARD TO THE PODIUMS AND STATE YOUR                |
| 8  | APPEARANCES.                                                              |
| 9  | **MR. NOLAN:** GOOD AFTERNOON, YOUR HONOR. TOM NOLAN                      |
| 10 | FOR WALTER LIEW, WHO IS PRESENT IN CUSTODY.                               |
| 11 | **THE COURT:** GOOD AFTERNOON.                                            |
| 12 | **MR. WEINBERG:** GOOD AFTERNOON, YOUR HONOR. DORON                       |
| 13 | WEINBERG APPEARING WITH CHRISTINA LIEW WHO IS PERSONALLY                  |
| 14 | PRESENT.                                                                  |
| 15 | **THE COURT:** GOOD AFTERNOON.                                            |
| 16 | **MR. AXELROD:** GOOD AFTERNOON, YOUR HONOR. PETE                         |
| 17 | AXELROD AND JOHN HEMANN FOR THE UNITED STATES.                            |
| 18 | **MR. HEMANN:** GOOD MORNING, YOUR HONOR.                                 |
| 19 | **THE COURT:** GOOD AFTERNOON.                                            |
| 20 | **MR. HEMANN:** OR GOOD AFTERNOON.                                        |
| 21 | **THE COURT:** AND MR. INTERPRETER, WILL YOU PLEASE                       |
| 22 | INTRODUCE YOURSELF?                                                       |
| 23 | **THE INTERPRETER:** YES, YOUR HONOR. MICHAEL ZHU,                        |
| 24 | MANDARIN INTERPRETER. I'VE BEEN SWORN.                                    |
| 25 | **THE COURT:** ALL RIGHT. TO THE DEFENDANTS (COURT                        |

```
 1   SPEAKS MANDARIN.)
 2              THE INTERPRETER:  (SPEAKS MANDARIN BACK TO COURT.)
 3              THE COURT:  SO I UNDERSTAND THERE HAS BEEN A
 4   SUPERSEDING INDICTMENT. WHAT ARE THE PARTIES SUGGESTING?  I
 5   ASSUME YOU'LL WANT SOME SORT OF A DELAY TO GET THE OTHER
 6   DEFENDANTS BEFORE THE COURT, BUT OBVIOUSLY I AM INTERESTED IN
 7   WHAT CURRENT -- THE CURRENT DEFENDANTS WISHES ARE IN THE CASE
 8   BECAUSE THEY HAVE A RIGHT TO HAVE THE CASE PROCEED, AS WELL.
 9        SO I GUESS I'LL START WITH GOVERNMENT COUNSEL TO FIND OUT
10   WHAT YOUR PROPOSAL WILL BE.  AND THEN, I'LL SEE WHETHER THAT
11   COMPORTS WITH WHAT THE DEFENDANTS WISH.
12              MR. AXELROD:  VERY WELL, YOUR HONOR. THANK YOU.
13        WE'VE SPOKEN WITH COUNSEL FOR THE DEFENDANTS WHO ARE HERE,
14   PRESENT TODAY. AND WHAT WE PROPOSE DOING IS COMING BACK ON
15   MARCH 8, SO IN ABOUT A MONTH, TO HAVE A FURTHER STATUS WITH THE
16   OTHER DEFENDANTS IN THE CASE.
17        AND IN THAT MEANWHILE WE WILL HAVE DISCUSSIONS BOTH WITH
18   COUNSEL FOR THE LIEWS AND FOR THE NEW DEFENDANTS ABOUT MOVING
19   THE CASE FORWARD AND THE DISCOVERY AND THOSE TYPES OF ISSUES.
20              THE COURT:  ALL RIGHT.
21        AND WHAT'S THE -- MR. NOLAN, WHAT'S YOUR CLIENT'S POSITION
22   ON THAT?
23              MR. NOLAN:  MY CLIENT'S POSITION IS THAT'S AGREEABLE,
24   YOUR HONOR.
25
```

| | |
|---|---|
| 1 | **THE COURT:** ALL RIGHT. |
| 2 | MR. WEINBERG? |
| 3 | **MR. WEINBERG:** WE ARE ALSO AGREEABLE WITH THAT |
| 4 | SCHEDULE, YOUR HONOR. |
| 5 | **THE COURT:** AND MR. WEINBERG AND MR. NOLAN, WHAT'S |
| 6 | YOUR POSITION WITH RESPECT TO WHETHER THIS TIME COULD BE |
| 7 | PROPERLY EXCLUDED UNDER THE SPEEDY TRIAL ACT? |
| 8 | **MR. NOLAN:** I BELIEVE THE CASE HAS BEEN DECLARED |
| 9 | COMPLEX, YOUR HONOR. |
| 10 | **THE COURT:** IT HAS. |
| 11 | **MR. NOLAN:** I BELIEVE IT IS EXCLUDABLE ON THAT |
| 12 | GROUND, AS WELL, AS PREPARATION AND CONTINUITIES OF |
| 13 | REPRESENTATION. |
| 14 | **MR. WEINBERG:** AND I WOULD AGREE WITH THAT. |
| 15 | **THE COURT:** ALL RIGHT. IF THE CASE WASN'T COMPLEX |
| 16 | BEFORE, IT CERTAINLY IS COMPLEX NOW. BUT I THINK I ALREADY |
| 17 | MADE THAT FINDING; IS THAT CORRECT? |
| 18 | **MR. AXELROD:** THAT'S CORRECT, YOUR HONOR. |
| 19 | **THE COURT:** SO, MS. OTTOLINI, LET'S SET THIS CASE FOR |
| 20 | MARCH 8. BUT I WOULD LIKE TO GET BY, LET'S SAY, MARCH 6TH A |
| 21 | STATUS, A WRITTEN STATUS REPORT, JOINT STATUS BY AS MANY OF THE |
| 22 | DEFENDANTS' COUNSEL AND THE GOVERNMENT, OF COURSE, AS POSSIBLE |
| 23 | SO THE COURT CAN MAKE ADEQUATE PLANS IN TERMS OF ITS SCHEDULE |
| 24 | BEFORE THE MARCH 8TH HEARING, OKAY? |
| 25 | **MR. AXELROD:** VERY WELL, YOUR HONOR. |

1    **THE COURT:**  ALL RIGHT.

2    MS. OTTOLINI, SO WOULD YOU PLEASE SET THIS FOR MARCH 8 FOR

3    JUST A STATUS?

4    **THE CLERK:**  MARCH 8 AT 2:00 P.M. FOR FURTHER STATUS,

5    AND JOINT STATUS REPORTS DUE ON MARCH 6TH.

6    **THE COURT:**  AND I ASSUME, MR. AXELROD, THAT THE

7    GOVERNMENT WILL -- AS NEW DEFENDANTS RETAIN COUNSEL, THE

8    GOVERNMENT WILL BE PRESENTING THE DISCOVERY TO THEM WITHOUT

9    NEED FOR A MOTION OR ANYTHING?

10   **MR. AXELROD:**  THAT'S CORRECT, YOUR HONOR.

11   **THE COURT:**  ALL RIGHT. VERY WELL.

12   THANK YOU, COUNSEL.

13   **MR. WEINBERG:**  THANK YOU, YOUR HONOR.

14   **MR. HEMANN:**  THANK YOU.

15   **MR. AXELROD:**  AND WOULD THE COURT LIKE THE GOVERNMENT

16   TO PREPARE A PROPOSED ORDER EXCLUDING TIME?

17   **THE COURT:**  YES, PLEASE, STIPULATION AND ORDER.

18   **MR. AXELROD:**  VERY WELL.  THANK YOU.

19   (THEREUPON, THIS HEARING WAS CONCLUDED.)

20   STENOGRAPHY CERTIFICATION

21   "I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER."

22   /S/ KATHERINE WYATT
     DATE 7-7-12

23   KATHERINE WYATT
     TYPED OR PRINTED NAME

24

25