UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

**CRIMINAL MINUTES**

Date:    July 10, 2012

Case No:  CR 11-00573 JSW

Case name: United States of America v. Walter Liew, et al

Counsel for Plaintiff:   John Hemann

Counsel for Defendants: Stuart Gasner, Steven Ragland, Simona Agnolucci
            Doron Weinberg, Jerome Froelich (ph)

| Deputy Clerk: | Lili M. Harrell | Court Reporter: Sahar Bartlett (Time: 7 min ) |

Mandarin Interpreter:  Edward Chu

**PROCEEDINGS:**                                              **RULINGS:**

Discovery Hearing                                              Held


**ORDER:**

Case continued to:   **8/8/12 at 11:00 a.m. for further status re discovery.**


Notes: Defendants Walter Liew and Christina Liew shall be present. Counsel may notify the
       Court one week before the hearing if necessary to waive their presence.


cc: