MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>WALTER LIEW,<br>CHRISTINA LIEW,<br>ROBERT J. MAEGERLE,<br>USA PERFORMANCE<br>TECHNOLOGY, INC.,<br><br>        Defendants. | No. CR 11-00573 JSW (NC)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING ON DISCOVERY MATTERS |

    The United States and counsel for defendants continue to meet and confer regarding discovery matters. Accordingly, the parties have no issues that are ripe for presentation to the Court at this time and stipulate and agree the hearing scheduled for August 8, 2012, should be continued.

        The parties request that the Court reschedule the hearing for September 6, 2012, at 11:00 am. If the parties have issues they wish the Court to address at that hearing, they

STIPULATION AND [PROPOSED] ORDER
CR 11-00573 JSW (NC)

will address them in letter briefs to be filed no later than August 27, 2012. Any responses to the letter briefs shall be filed no later than September 3, 2012.

SO STIPULATED AND AGREED,

MELINDA HAAG
United States Attorney

Dated: 8/7/12

/s/
_____
JOHN H. HEMANN
Assistant United States Attorney

Dated: 8/7/12

/s/
_____
STUART GASNER
Counsel for Defendant Walter Liew
and USA Performance Techonology

Dated: 8/7/12

/s/
_____
DORON WEINBERG
Counsel for Defendant Christina Liew

Dated: 8/7/12

/s/
_____
JERRY FROELICH
Attorney for Defendant Robert Maegerle

[PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED

Dated:

_____
NATHANAEL COUSINS
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 11-00573 JSW (NC)                    2