MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER LIEW, ) <br> CHRISTINA LIEW, ) <br> ROBERT J. MAEGERLE, ) <br> USA PERFORMANCE ) <br> TECHNOLOGY, INC., ) <br> ) <br> Defendants. ) <br> ) | No. CR 11-00573 JSW (NC) <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING ON DISCOVERY MATTERS |

    The United States and counsel for defendants continue to meet and confer regarding discovery matters. Accordingly, the parties have no issues that are ripe for presentation to the Court at this time and stipulate and agree the hearing scheduled for August 8, 2012, should be continued.

    The parties request that the Court reschedule the hearing for September 6, 2012, at 11:00 am. If the parties have issues they wish the Court to address at that hearing, they

STIPULATION AND [PROPOSED] ORDER
CR 11-00573 JSW (NC)

1

2 will address them in letter briefs to be filed no later than August 27, 2012. Any responses

3 to the letter briefs shall be filed no later than September 3, 2012.

4       SO STIPULATED AND AGREED,

5

6                                   MELINDA HAAG
United States Attorney

7                                        /s/

8 Dated: 8/7/12       _____
JOHN H. HEMANN

9                                       Assistant United States Attorney

10

11 Dated: 8/7/12                            /s/

12                                       STUART GASNER
Counsel for Defendant Walter Liew

13                                       and USA Performance Techonology

14

15                                      /s/

16 Dated: 8/7/12       _____
DORON WEINBERG

17                                       Counsel for Defendant Christina Liew

18

19 Dated: 8/7/12                            /s/

20                                       JERRY FROELICH
Attorney for Defendant Robert Maegerle

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 11-00573 JSW (NC)         2

**ORDER No. CR 11-00573 JSW (NC)**

Pursuant to Stipulation, IT IS SO ORDERED, as MODIFIED here:

1. Discovery hearing continued to Wednesday, September 5, 11:00 a.m., Courtroom A.
2. Joint Discovery Status Report due August 28.
3. Any opposition to the Joint Status Report due August 31.
4. No reply without leave of court.

Dated: August 7, 2012

_____
NATHANAEL COUSINS
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-00573 JSW (NC)          3