KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STATUS REPORT RE: DISCOVERY**<br><br><br>Hearing Date: September 5, 2012<br><br>Hearing Time: 11:00 a.m. |
|---|---|

The United States and counsel for defendants continue to meet and confer regarding discovery matters. Accordingly, the parties have no issues that are ripe for presentation to the Court at this time and request that the hearing scheduled for September 5, 2012, be continued.

The parties request that the Court reschedule the hearing for October 10, 2012 at 11:00 a.m. If the parties have issues they wish the Court to address at that hearing, they will address them in letter briefs to be filed no later than October 1, 2012. Any responses to the letter briefs shall be filed no later than October 5, 2012.

Dated: August 28, 2012                                       KEKER & VAN NEST LLP

                                                    By:    */s/ Stuart L. Gasner*
                                                           STUART L. GASNER
                                                           STEVEN P. RAGLAND
                                                           SIMONA A. AGNOLUCCI

                                                           Attorneys for Defendants
                                                           WALTER LIEW and
                                                           USA PERFORMANCE TECHNOLOGY, INC.

Dated: August 28, 2012                                       LAW OFFICES OF DORAN WEINBERG

                                                    By:    */s/ Doron Weinberg*
                                                           DORON WEINBERG

                                                           Attorneys for Defendant
                                                           ROBERT J. MAEGERLE

Dated: August 28, 2012                                       MCKENNEY & FROELICH

                                                    By:    */s/ Jerome J. Froelich, Jr.*
                                                           JEROME J. FROELICH, JR.

                                                           Attorneys for Defendant
                                                           ROBERT J. MAEGERLE

1  Dated:  August 28, 2012                    MELINDA HAAG
                                              United States Attorney
2

3                                             */s/ John H. Hemann*
                                              PETER B. AXELROD
4                                             JOHN H. HEMANN
                                              Assistant United States Attorneys
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
JOINT STATUS REPORT RE:  DISCOVERY
Case No. CR 11-0573-JSW (NC)

688116.01