1   KEKER & VAN NEST LLP
    STUART L. GASNER - #164675
2   sgasner@kvn.com
    STEVEN P. RAGLAND - #221076
3   sragland@kvn.com
    SIMONA A. AGNOLUCCI - #246943
4   sagnolucci@kvn.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendant WALTER LIEW and
    USA PERFORMANCE TECHNOLOGY, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  | UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
    |---|---|
    | Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING** |
    | v. | |
    | WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Hearing Date: October 10, 2012 |
    | Defendants. | Hearing Time: 11:00 a.m. |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

699086.01

1    The United States and counsel for defendants continue to meet and confer regarding

2 discovery matters.  Accordingly, the parties have no issues that are ripe for presentation to the

3 Court at this time and request that the hearing scheduled for October 10, 2012, be continued.

4    The parties request that the Court reschedule the hearing for November 7, 2012 at 11:00

5 a.m.  If the parties have issues they wish the Court to address at that hearing, they will address

6 them in letter briefs to be filed no later than October 31, 2012.  Any responses to the letter briefs

7 shall be filed no later than November 5, 2012.

8

9 Dated:  October 9, 2012                    KEKER & VAN NEST LLP

10

11                                    By:  */s/ Stuart L. Gasner*
                                          STUART L. GASNER
12                                        STEVEN P. RAGLAND
                                          SIMONA A. AGNOLUCCI
13
                                          Attorneys for Defendants
14                                        WALTER LIEW and
                                          USA PERFORMANCE TECHNOLOGY, INC.
15

16 Dated:  October 9, 2012                    LAW OFFICES OF DORAN WEINBERG

17
                                    By:  */s/ Doron Weinberg*
18                                        DORON WEINBERG

19                                        Attorneys for Defendant
                                          ROBERT J. MAEGERLE
20
 Dated:  October 9, 2012                    MCKENNEY & FROELICH
21

22                                    By:  */s/ Jerome J. Froelich, Jr.*
                                          JEROME J. FROELICH, JR.
23
                                          Attorneys for Defendant
24                                        ROBERT J. MAEGERLE

25

26

27

28

STIPULATION CONTINUING HEARING
Case No. CR 11-0573-JSW (NC)

699086.01

1    Dated:  October 9, 2012                          MELINDA HAAG
                                                      United States Attorney
2

3                                                     */s/ John H. Hemann*
                                                      PETER B. AXELROD
4                                                     JOHN H. HEMANN
                                                      Assistant United States Attorneys
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

699086.01