KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING** AND ORDER THEREON |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Hearing Date: October 10, 2012 |
| Defendants. | Hearing Time: 11:00 a.m. |

The United States and counsel for defendants continue to meet and confer regarding discovery matters.  Accordingly, the parties have no issues that are ripe for presentation to the Court at this time and request that the hearing scheduled for October 10, 2012, be continued.

The parties request that the Court reschedule the hearing for November 7, 2012 at 11:00 a.m.  If the parties have issues they wish the Court to address at that hearing, they will address them in letter briefs to be filed no later than October 31, 2012.  Any responses to the letter briefs shall be filed no later than November 5, 2012.

Dated:  October 9, 2012                         KEKER & VAN NEST LLP

                                                By:   */s/ Stuart L. Gasner*
                                                      STUART L. GASNER
                                                      STEVEN P. RAGLAND
                                                      SIMONA A. AGNOLUCCI

                                                      Attorneys for Defendants
                                                      WALTER LIEW and
                                                      USA PERFORMANCE TECHNOLOGY, INC.

Dated:  October 9, 2012                         LAW OFFICES OF DORAN WEINBERG

                                                By:   */s/ Doron Weinberg*
                                                      DORON WEINBERG

                                                      Attorneys for Defendant
                                                      ROBERT J. MAEGERLE

Dated:  October 9, 2012                         MCKENNEY & FROELICH

                                                By:   */s/ Jerome J. Froelich, Jr.*
                                                      JEROME J. FROELICH, JR.

                                                      Attorneys for Defendant
                                                      ROBERT J. MAEGERLE

---

1
STIPULATION CONTINUING HEARING
Case No. CR 11-0573-JSW (NC)

699086.01

| | | |
|---|---|---|
| 1 | Dated: October 9, 2012 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | */s/ John H. Hemann*<br>PETER B. AXELROD |
| 4 | | JOHN H. HEMANN<br>Assistant United States Attorneys |

Dated: October 10, 2012

IT IS SO ORDERED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA