KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 8, 2012 TO DECEMBER 13, 2012**<br><br>Judge:         Hon. Jeffrey S. White<br><br>Hearing Date: November 8, 2012<br><br>Hearing Time: 2:30 p.m. |

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM
NOVEMBER 8, 2012 TO DECEMBER 13, 2012
Case No. CR 11-0573-JSW (NC)

705249.01

1. Status of Discovery

The United States has produced several initial tranches of discovery to counsel for defendants Walter Liew, Christina Liew, Robert Maegerle, and USAPTI. Defendants are reviewing the discovery that has been produced and have advised the government of a number of issues and questions. The parties continue to meet and confer regarding these issues and questions.

In addition, the United States intends to produce another tranche of discovery to defendants next week.

2. Speedy Trial

The Court has previously determined the case to be complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and excluded time under the Speedy Trial Act. Due to the volume of discovery and complexity of the issues, the parties agree that the Court should continue to exclude time under section 3161(h)(7)(B)(ii), as well as for the reasonable preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The United States believes that time is also properly excluded under 18 U.S.C. § 3161(h)(6) because the time for trial has not run as to the Pangang Group defendants and they have neither been severed nor dismissed from the case.

The attorneys for the defendants verify, by their agreement to this Status Conference Statement, that they have advised their clients of their rights under the Speedy Trial Act and each of their clients has expressly agreed that time should be excluded as set forth above. The Court has previously excluded time until November 8, 2012. The parties stipulate and agree that for the reasons stated above time should be excluded from November 8, 2012, until December 13, 2012.

3. Next Appearance Before the Court

The parties are working through discovery and related issues. The parties request that the Court continue the status conference to December 13, 2012, at 2:30 p.m., and that the Court order that a joint status statement be filed on or before December 6, 2012.

4. Service of Pangang Defendants

On or before December 6, 2012, the United States will file a notice with the Court identifying the measures taken to serve the summonses on the Pangang Defendants and asserting

1

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 8, 2012 TO DECEMBER 13, 2012
Case No. CR 11-0573-JSW (NC)

705249.01

1  the government's position regarding whether service has been properly effected.  The United
2  States proposes that if the Pangang Defendants do not agree with the government's position
3  regarding service, the parties will propose a briefing schedule for a further motion to quash and
4  address the schedule with the Court at the status conference on December 13.

6  Dated:  November 1, 2012                KEKER & VAN NEST LLP

8                                          By:  */s/ Stuart L. Gasner*
                                                STUART L. GASNER
9                                               STEVEN P. RAGLAND
                                                SIMONA A. AGNOLUCCI
10
                                                Attorneys for Defendants
11                                              WALTER LIEW and
                                                USA PERFORMANCE TECHNOLOGY, INC.

13  Dated:  November 1, 2012               By:  */s/ Doron Weinberg*
                                                DORON WEINBERG
14
                                                Attorney for Defendant
15                                              ROBERT J. MAEGERLE

16  Dated:  November 1, 2012               By:  */s/ Jerome J. Froelich, Jr.*
                                                JEROME J. FROELICH, JR.
17
18                                              Attorney for Defendant
                                                ROBERT J. MAEGERLE

20  Dated:  November 1, 2012                    MELINDA HAAG
                                                United States Attorney
21
22                                              */s/ John H. Hemann*
                                                PETER B. AXELROD
23                                              JOHN H. HEMANN
                                                Assistant United States Attorneys

2

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM
NOVEMBER 8, 2012 TO DECEMBER 13, 2012
Case No. CR 11-0573-JSW (NC)

705249.01

**[PROPOSED] ORDER**

Based upon the parties' stipulation, the record in this case, and for good cause shown, the Court continues the status conference currently scheduled for November 8, 2012, to December 13, 2012, at 2:30 p.m. The Court finds that, under 18 U.S.C. § 3161(h)(7)(B)(ii), the case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for trial within the time limits set forth in 18 U.S.C. § 3161. The Court further finds that this exclusion of time will allow for the reasonable preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by excluding the time between November 8, 2012, and December 13, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, time is properly excluded as to the Pangang Group defendants pursuant to 18 U.S.C. § 3161(h)(6), because the time for trial has not run and they have neither been severed nor dismissed from the case.

Therefore, IT IS HEREBY ORDERED that the time between November 8, 2012, and December 13, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(B)(ii), and (h)(B)(iv).

Dated: _____    _____
JEFFREY S. WHITE
United States District Judge

3
JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM
NOVEMBER 8, 2012 TO DECEMBER 13, 2012
Case No. CR 11-0573-JSW (NC)

705249.01