KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>                Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STIPULATION TO CONTINUE HEARING**<br><br><br>Hearing Date: November 7, 2012<br><br>Hearing Time: 11:00 a.m. |

The United States and counsel for defendants continue to meet and confer regarding discovery matters.  Accordingly, the parties have no issues that are ripe for presentation to the Court at this time and request that the hearing scheduled for November 7, 2012 be continued.

The parties request that the Court reschedule the hearing for December 12, 2012 at 11:00 a.m.  If the parties have issues they wish the Court to address at that hearing, they will address them in letter briefs to be filed no later than December 3, 2012.  Any responses to the letter briefs shall be filed no later than December 10, 2012.

Dated:  November 5, 2012                    KEKER & VAN NEST LLP

                                            By:  */s/ Stuart L. Gasner*
                                                 STUART L. GASNER
                                                 STEVEN P. RAGLAND
                                                 SIMONA A. AGNOLUCCI

                                                 Attorneys for Defendants
                                                 WALTER LIEW and
                                                 USA PERFORMANCE TECHNOLOGY, INC.

Dated:  November 5, 2012                    LAW OFFICES OF DORAN WEINBERG

                                            By:  */s/ Doron Weinberg*
                                                 DORON WEINBERG

                                                 Attorneys for Defendant
                                                 ROBERT J. MAEGERLE

Dated:  November 5, 2012                    MCKENNEY & FROELICH

                                            By:  */s/ Jerome J. Froelich, Jr.*
                                                 JEROME J. FROELICH, JR.

                                                 Attorneys for Defendant
                                                 ROBERT J. MAEGERLE

| | |
|---|---|
| 1  Dated: November 5, 2012 | MELINDA HAAG<br>United States Attorney |
| 3 | */s/ John H. Hemann*<br>PETER B. AXELROD<br>JOHN H. HEMANN<br>Assistant United States Attorneys |

2
STIPULATION CONTINUING HEARING
Case No. CR 11-0573-JSW (NC)

706923.01