KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING** |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Hearing Date: November 7, 2012 |
| Defendants. | Hearing Time: 11:00 a.m. |

APPROVED

Judge Nathanael M. Cousins

STIPULATION CONTINUING HEARING
Case No. CR 11-0573-JSW (NC)

706923.01

1    The United States and counsel for defendants continue to meet and confer regarding
2    discovery matters.  Accordingly, the parties have no issues that are ripe for presentation to the
3    Court at this time and request that the hearing scheduled for November 7, 2012 be continued.
4    The parties request that the Court reschedule the hearing for December 12, 2012 at 11:00
5    a.m.  If the parties have issues they wish the Court to address at that hearing, they will address
6    them in letter briefs to be filed no later than December 3, 2012.  Any responses to the letter briefs
7    shall be filed no later than December 10, 2012.

Dated:  November 5, 2012                            KEKER & VAN NEST LLP

                                                    By:  */s/ Stuart L. Gasner*
                                                         STUART L. GASNER
                                                         STEVEN P. RAGLAND
                                                         SIMONA A. AGNOLUCCI

                                                         Attorneys for Defendants
                                                         WALTER LIEW and
                                                         USA PERFORMANCE TECHNOLOGY, INC.

Dated:  November 5, 2012                            LAW OFFICES OF DORAN WEINBERG

                                                    By:  */s/ Doron Weinberg*
                                                         DORON WEINBERG

                                                         Attorneys for Defendant
                                                         ROBERT J. MAEGERLE

Dated:  November 5, 2012                            MCKENNEY & FROELICH

                                                    By:  */s/ Jerome J. Froelich, Jr.*
                                                         JEROME J. FROELICH, JR.

                                                         Attorneys for Defendant
                                                         ROBERT J. MAEGERLE

1
STIPULATION CONTINUING HEARING
Case No. CR 11-0573-JSW (NC)

706923.01

1 | Dated:  November 5, 2012

MELINDA HAAG
United States Attorney

*/s/ John H. Hemann*
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys