KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF STUART L. GASNER IN SUPPORT OF RENEWED MOTION FOR ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE OF WALTER LIEW**<br><br>Place:　　Courtroom A, 15th Floor<br>Dept.:　　Hon. Magistrate Judge<br>　　　　　Nathanael Cousins |

Pursuant to Civil Local Rule 79-5, defendant Walter Liew hereby moves the Court for an administrative order to file under seal the following:

- Exhibits A, B, C, D, I and J to the Declaration of Stuart L. Gasner in Support of Defendant Walter Liew's Renewed Motion for an Order Revoking the Detention Order and Granting Pretrial Release of Walter Liew (the "Gasner Declaration").

Paragraph 11 of the Protective Order entered by this Court on June 21, 2012 (Dkt. No. 168) provides that "[a]ny court filings containing Confidential Materials or a description thereof shall be made under seal. In addition, the Confidential Materials or descriptions thereof shall be clearly identified in such sealed filing."

As explained in the accompanying Declaration of Simona A. Agnolucci, Exhibits A-D to the Gasner Declaration consist entirely of materials that have been designated by the Government as Confidential Materials.

Exhibits I and J to the Gasner Declaration consist of materials produced by the Government on a hard drive seized from a safety deposit box allegedly belonging to the Defendant. Although the Government has not yet designated any specific documents on that hard drive as confidential, it has indicated that it believes some of the materials on the hard drive may be confidential and subject to the Court's Protective Order. In an abundance of caution, Liew believes that Exhibits I and J to the Gasner Declaration should be treated as confidential unless the Government indicates otherwise.

Accordingly, Liew respectfully requests that the Court enter the proposed Order filed herewith and order that all of the above-described exhibits to the Gasner Declaration be filed under seal.

Liew respectfully requests that the Court order that the Clerk of the Court maintain the above-described materials in accordance with the provisions of Civil Local Rule 79-5(f).

As provided in paragraph 4 of the Protective Order entered by this Court on June 21, 2012 (Dkt. No. 168), Liew's current treatment of the above-described documents as confidential under the Protective Order does not constitute a waiver of his right to challenge the Government's

1  designation of them as confidential, nor does it constitute a waiver by Liew of the right to contest
2  that all or any portion(s) of the above-described documents constitute "trade secret" information.

4  Dated:  November 20, 2012                     KEKER & VAN NEST LLP

6                                          By:   */s/ Simona A. Agnolucci*
                                                 STUART L. GASNER
7                                                SIMONA A. AGNOLUCCI

8                                                Attorneys for Defendants WALTER LIEW and
                                                 USA PERFORMANCE TECHNOLOGY, INC.