KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>              Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DECLARATION OF JOSHUA MAREMONT IN SUPPORT OF RENEWED MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE**<br><br>Date:       December 19, 2012<br>Time:      11:00 a.m.<br>Place:      Courtroom A, 15th Floor<br>Dept.:      Hon. Magistrate Judge<br>                 Nathanael Cousins |

DECLARATION OF JOSHUA MAREMONT IN SUPPORT OF RENEWED MOTION FOR AN ORDER
REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW (NC)

692814.02

I, Joshua D. Maremont, declare and state that:

1. I am Practice Support Coordinator at Keker & Van Nest LLP (hereafter "KVN") and have worked in this capacity since 1998.

2. In my role as Practice Support Coordinator, I oversee and provide consultation on the collection and processing of electronically stored information and its conversion for use in document databases.

3. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

4. The Government's initial productions of documents to Keker & Van Nest in this case were in July 2012. The vast majority of these initial document productions were in the form of electronic EnCase images. EnCase is a forensic imaging application designed to record the placement of all data, including not only active files but also deleted and partially overwritten files, on a hard drive or flash drive. The EnCase application, or software in which the EnCase format is supported, is necessary in order to read the data captured in an EnCase image. Although I am informed and believe that EnCase is an application that many government entities, such as the Department of Justice, commonly use, Keker & Van Nest does not own a copy of the EnCase application.

5. In order to make use of the EnCase images produced, Keker & Van Nest must process them. Just the cost of "processing" a single terabyte of the EnCase images that the Government has provided into a viewable and easily printable format (such as TIFF) would be would be $450,000 at current rates of $450 per gigabyte. It would cost over $8 million to process 18 terabytes of discovery.

6. To date, Keker & Van Nest has received from the Government 5 terabytes of EnCase image data from 62 separate devices, including computers, servers, and external storage drives.

7. To date, Keker & Van Nest has received 19GB of email data collected from multiple users' accounts at three ISPs, which even after de-duplication yielded 110,442 documents (276,371 pages). These emails would fill approximately 100 banker's boxes. These

1
DECLARATION OF JOSHUA MAREMONT IN SUPPORT OF RENEWED MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW (NC)

692814.02

emails represent less than 1%, by file size, of the data produced by the Government as EnCase images. In other words, the EnCase images produced to date, if processed and converted to TIFF images, could easily yield an additional 250 million pages, enough to fill another 90,909 banker's boxes.

8. In addition, to date, Keker & Van Nest has received 14 discs of material scanned from paper files in multiple locations.

9. The emails described in paragraph 5 above reside on a Concordance database on the Keker & Van Nest network, which I understand cannot be accessed from the Dublin detention center where Mr. Liew is incarcerated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 20, 2012, at San Francisco, California.

*/s/ Joshua D. Maremont*
JOSHUA D. MAREMONT

2
DECLARATION OF JOSHUA MAREMONT IN SUPPORT OF RENEWED MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW (NC)

692814.02