KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>             Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER GRANTING RENEWED MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE OF WALTER LIEW**<br><br>Date:     December 19, 2012<br>Time:    11:00 a.m.<br>Place:    Courtroom A, 15th Floor<br>Dept.:    Hon. Magistrate Judge<br>             Nathanael Cousins |

[PROPOSED] ORDER GRANTING RENEWED MOTION FOR AN ORDER REVOKING THE
DETENTION ORDER AND GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW (NC)

694262.01

The Renewed Motion of Defendant Walter Liew for an Order Revoking the Detention Order and Granting Pretrial Release Of Walter Liew came on for hearing on December 19, 2012, before the Honorable Nathanael Cousins, Magistrate Judge of the United States District Court for the Northern District of California.  After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the Court rules that Defendant's. motion is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2012

_____
Honorable Nathanael Cousins
Judge, United States District Court

1
[PROPOSED] ORDER GRANTING RENEWED MOTION FOR AN ORDER REVOKING THE
DETENTION ORDER AND GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW (NC)

694262.01