KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

RECEIVED
2012 NOV 20 P 5: 26
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF STUART L. GASNER IN SUPPORT OF RENEWED MOTION FOR ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE OF WALTER LIEW<br><br>Place:     Courtroom A, 15th Floor<br>Dept.:     Hon. Magistrate Judge Nathanael Cousins |

1  As set forth in the Administrative Motion to File Under Seal Renewed Motion of
2  Defendants Walter Liew and USA Performance Technology, Inc. for an Order Revoking the
3  Detention Order and Granting Pretrial Release, Defendants have lodged under seal with the Court
4  the Declaration of Stuart L. Gasner and exhibits thereto. For the reasons set forth in the motion
5  and the declaration and for good cause appearing therefor,

- An unredacted copy of the Declaration of Stuart L. Gasner and accompanying exhibits shall be filed under seal; and
- A redacted version of the Declaration of Stuart L. Gasner, with Exhibits A, B, C, D, I, and J thereto redacted, shall be filed in the public record.

In accordance with paragraph 4 of the Protective Order, Defendant's compliance with the Government's designation of the redacted materials as "confidential" is not a waiver of Mr. Liew's right to challenge such designation and does not constitute a waiver of his right to contest that any or all portions of the redacted materials constitute "trade secret" information.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
Honorable Nathanael Cousins
Judge, United States District Court

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CR 11-0573-JSW (NC)

710747.01