KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>WALTER LIEW,<br><br>            Defendant. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE**<br><br>Hearing Date: December 21, 2012<br><br>Hearing Time: 11:00 a.m. |

Defendant Walter Liew and the Government jointly request that the Court reschedule the hearing on Defendant's motion for an order revoking the detention order and granting him pretrial release, currently set for December 19, 2012, at 11:00 a.m., for December 21, 2012, at 11:00 a.m. The parties jointly request that the Government's opposition to the motion be filed no later than December 12, 2012, and Defendant's reply be filed no later than December 19, 2012.

Dated:  December 4, 2012                                KEKER & VAN NEST LLP

                                                By:    */s/ Simona A. Agnolucci*
                                                       SIMONA A. AGNOLUCCI

                                                       Attorneys for Defendant
                                                       WALTER LIEW

Dated:  December 4, 2012                                MELINDA HAAG
                                                        United States Attorney

                                                        */s/ John H. Hemann*
                                                        PETER B. AXELROD
                                                        JOHN H. HEMANN
                                                        Assistant United States Attorneys

IT IS SO ORDERED.

Dated: _____, 2012

                                                        _____
                                                        HONORABLE NATHANAEL COUSINS
                                                        Judge, United States District Court

---

1
STIPULATION CONTINUING HEARING AND SETTING BRIEFING SCHEDULE
Case No. CR 11-0573-JSW (NC)

714001.01