KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>WALTER LIEW,<br><br>              Defendant. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE**<br><br>Hearing Date: December 21, 2012<br><br>Hearing Time: 11:00 a.m. |

1  Defendant Walter Liew and the Government jointly request that the Court reschedule the
2  hearing on Defendant's motion for an order revoking the detention order and granting him pretrial
3  release, currently set for December 19, 2012, at 11:00 a.m., for December 21, 2012, at 11:00 a.m.
4  The parties jointly request that the Government's opposition to the motion be filed no later than
5  December 12, 2012, and Defendant's reply be filed no later than December 19, 2012, *at noon.*

Dated: December 4, 2012

KEKER & VAN NEST LLP

By: /s/ Simona A. Agnolucci
    SIMONA A. AGNOLUCCI

Attorneys for Defendant
WALTER LIEW

Dated: December 4, 2012

MELINDA HAAG
United States Attorney

/s/ John H. Hemann
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

IT IS SO ORDERED, *as modified.*

Dated: 12/4 , 2012

HONORABLE NATHANAEL COUSINS
Judge, United States District Court

---

1
STIPULATION CONTINUING HEARING AND SETTING BRIEFING SCHEDULE
Case No. CR 11-0573-JSW (NC)

714001.01