KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Judge:   Hon. Jeffrey S. White |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Hearing Date: December 13, 2012 |
| | Hearing Time: 2:30 p.m. |
| Defendants. | |

In accordance with the Court's November 6, 2012 Order, defendants Walter Liew, Christina Liew, Robert Maegerle, and USAPTI ("Defendants") on the one hand, and the United States, on the other hand, submit the following Joint Status Report setting forth the status of this case.

### A.      Renewed Motion for Bail.

A threshold issue for the defense before a trial date and pretrial schedule can be set is whether or not Defendant Walter Liew will be released on conditions that will allow meaningful trial preparation. He has been detained pending trial since July 2011.  On November 20, 2012, Mr. Liew's new counsel at Keker & Van Nest filed a renewed bail motion.  (Dkt. No. 198).  The Government will be filing an Opposition on December 12, 2012.  The bail motion is scheduled to be heard by Magistrate Judge Nathanael Cousins on December 21, 2012, and it is likely that an appeal by one or both parties will follow.  The defense believes that whether or not Mr. Liew is incarcerated will have a significant effect on the length of time needed to prepare for trial.  There are also several other pending issues (discussed below) that remain unresolved.  Accordingly, while the parties disagree vigorously on the merits, they agree that a trial date and complete pretrial schedule cannot be set at this time.

### B.      Status of Discovery

Over the course of the last several months, the parties have been meeting and conferring about discovery, and the Government has produced approximately 5 terabytes of hard copy documents and electronically stored information.  The Government has indicated that there is more discovery to come.  In addition, there are a few areas of dispute between the parties as to whether Defendants are entitled to certain documents.  Defendants raised both the schedule for additional discovery and those areas of dispute in a letter brief filed with Magistrate Judge Cousins on December 3, 2012.  Dkt. No. 203.  The parties anticipate that Magistrate Judge Cousins will address those discovery issues at a hearing scheduled for December 12, 2012.

### C.      Superseding indictment

The Government has been investigating a further superseding indictment, and anticipates

seeking its return sometime in the New Year. In the interest of moving the case forward expeditiously, Defendants propose discussing, at the December 13 hearing before this Court, any specifics of the Government's anticipated timeline that the Government is prepared to share. While the Government is not in a position to share the specifics of its timeline with the defense, it is prepared to provide additional information to the Court ex parte and under seal, if requested. Defendants object to any such ex parte discussions.

### D.   Service of the Pangang defendants

The Government will file a separate notice regarding service of the Pangang defendants.

### E.   Motions Practice

Defendants anticipate a variety of motions, including at a minimum, motions regarding whether the acts alleged fall within the scope of the Economic Espionage Act, to what extent the Government should list the alleged trade secrets with specificity, the propriety of the searches undertaken and statements made in this case, and whether and to what extent all parties and issues ultimately made part of the indictment should be tried in one case. There are also likely to be discovery and *Brady/Giglio* issues that require District Court attention. Defendants anticipate being in a position to determine and brief these and other potential issues after discovery on the current indictment is complete and they have the benefit of all of the potentially relevant documents.

### F.   Experts

There is likely to be considerable expert testimony in this matter. The parties anticipate discussing procedures for dealing with experts and ideally to be in a position to seek Court approval of a mutually acceptable procedure.

In sum, Defendants hope to be in a position to discuss a trial date as early in the New Year as possible. The parties further request that the Court set an additional hearing for late January at which progress regarding the issues outlined above will be addressed.

705249.01

| | | | |
|---|---|---|---|
| 1 | Dated:  December 6, 2012 | | KEKER & VAN NEST LLP |
| 2 | | | |
| 3 | | By: | */s/ Stuart R. Gasner* |
| | | | STUART L. GASNER |
| 4 | | | SIMONA A. AGNOLUCCI |
| 5 | | | Attorneys for Defendants |
| | | | WALTER LIEW and |
| 6 | | | USA PERFORMANCE TECHNOLOGY, INC. |
| 7 | Dated:  December 6, 2012 | By: | */s/ Doron Weinberg* |
| 8 | | | DORON WEINBERG |
| 9 | | | Attorney for Defendant |
| | | | ROBERT J. MAEGERLE |
| 10 | | | |
| 11 | Dated:  December 6, 2012 | By: | */s/ Jerome J. Froelich, Jr.* |
| | | | JEROME J. FROELICH, JR. |
| 12 | | | |
| | | | Attorney for Defendant |
| 13 | | | ROBERT J. MAEGERLE |
| 14 | Dated:  December 6, 2012 | | MELINDA HAAG |
| 15 | | | United States Attorney |
| 16 | | | |
| | | | */s/ John H. Hemann* |
| 17 | | | PETER B. AXELROD |
| | | | JOHN H. HEMANN |
| 18 | | | Assistant United States Attorneys |