UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

### CRIMINAL MINUTES

Date:     December 12, 2012

Case No:  CR 11-00573 JSW

Case name: United States of America v. Walter Liew, et al

Counsel for Plaintiff:   John Hemann, Pete Axelrod

Counsel for Defendants: Stuart Gasner, Steven Ragland, Simona Agnolucci
              Jerome Froelich

| | | |
|---|---|---|
| Deputy Clerk: | Lili M. Harrell | Court Reporter: Kathy Wyatt (Time: 1 hour) |
| Mandarin Interpreter: | Edward Chu | |

**PROCEEDINGS:**                                                         **RULINGS:**

Discovery Hearing                                                         Held


**ORDER:**  Govt shall produce large schematics by 12/20/12. The physical inspection of all seized evidence shall take place by 12/20/12. Tze Chao related documents shall be produced at a date to be determined on 12/21/12.  Documents from John Liu shall be produced by 1/7/13. Missing bank records shall be produced by 1/7/13 or, Govt shall provide a status as to what's missing and the process to identify what is missing.  Defendants shall inspect the large schematics and parties to work out if they will be produced for inspection or copied and produced by govt. Court may address these issues further, if needed, on 12/21/12.

Case continued to: December 21, 2012 at 11:00 a.m. for Defendant Walter Liew's Motion for Release



Notes: Defendant Robert Maegerle's presence is waived for 12/21/12.


cc: