## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date: December 13, 2012**                                     **Time in Court: 18 minutes**

**Case No.:  CR-11-573  JSW**           **Judge:  Jeffrey S. White**

**United States of America   v.**     **Walter Liew Defendant (1)**
                                       **Present ( X  ) Not Present (  ) In-Custody ( X )**
                                       **with Counsel: Stuart Gasner and Simona Agnolucci**

                                       **Christina Liew Defendant (2)  with Mandarin Int.: Aidong Ni**
                                       **Present ( X  ) Not Present (  ) In-Custody ( )**
                                       **with Counsel: Stuart Gasner for Doron Weinberg**

                                       **Robert J. Maegerle (3)**
                                       **Present ( X  ) Not Present (  ) In-Custody ( )**
                                       **with Counsel: Jerome Froelich**

                                       **USA Performance Technology, Inc. (4)**
                                       **Appeared by Counsel Stuart Gasner and Simona Agnolucci**

                                       **Pangang Group Company, Ltd. (7)**
                                       **Pangang Group Steel Vanadium & Titanium Company, Ltd.(8)**
                                       **Pangang Group Titanium Industry Company, Ltd. (9)**
                                       **Pangang Group International Economic & Trading Company (10)**
                                       **Appeared by counsel: Robert Feldman**

**U.S. Attorney:  John Hemann and Peter Axelrod**

**Deputy Clerk: Jennifer Ottolini**                    **Court Reporter: Belle Ball**

### PROCEEDINGS

**REASON FOR HEARING: Status Conference**

**RESULT OF HEARING:**
**The Court set the following briefing schedule in the event the parties anticipate an appeal**
**of any action taken by Mag. Judge Cousins re: Motion for Release of Walter Liew:**

          **Opening brief due: 12-27-12 by 3:00 p.m.**
          **Opposition due: 12-31-12 by 3:00 p.m.**
          **Reply due: 1-2-13 by 12:00 p.m.**
          **Hearing on Appeal of Release: 1-3-13 at 2:00 p.m.**

**The parties agree to stay any release order pending the availability of Judge White.**

**Defendants 1, 2, 3 and 4 - Continued to 3-21-13 at 2:00 p.m. for Further Status**

**Pangang Group Defendants - Motion to Quash shall be filed by 2-7-13.**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted**