KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
STEVEN P. RAGLAND - #221076
sragland@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>          Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR HEARING ON MOTION AND RENEWED MOTION FOR AN ORDER REVOKING THE DETENTION ORDER AND GRANTING PRETRIAL RELEASE OF WALTER LIEW**<br><br>Date:    December 21, 2012<br>Time:   11:00 a.m.<br>Place:   Courtroom A, 15th Floor<br>Dept.:   Hon. Magistrate Judge<br>           Nathanael Cousins |

**[PROPOSED] ORDER**
Case No. CR 11-0573-JSW (NC)

717085.01

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the following equipment into the courthouse on December 21, 2012:

1. Laptop computers
2. Projector
3. Easel
4. Oversize demonstrative exhibit
4. Various accessory extension cords, cables, and a power strip.

IT IS SO ORDERED.

Dated: _____, 2012

_____
Honorable Nathanael Cousins
Judge, United States District Court