UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CRIMINAL MINUTES

Date:     December 21, 2012

Case No:  CR 11-00573 -01 JSW

Case name: United States of America v. Walter Liew (Custody)

Counsel for Plaintiff:   Pete Axelrod, John Hemann

Counsel for Defendants: Stuart Gasner, Simona Agnolucci

Deputy Clerk:      Lili M. Harrell            Court Reporter: Lydia Zinn
                                              (Time: 1 hour, 11 minutes)
Mandarin Interpreter:  Edward Chu (for Christina Liew)

**PROCEEDINGS:**                                              **RULINGS:**

Hearing re: defendant's renewed motion for bail and to revoke        Held
detention order

**ORDER**:  By December 31, 2012 at 12:00 p.m., defendant must lodge with the Court for *in camera* review a declaration and documentation regarding (1) the total amount of assets presently available to or controlled by Mr. and Mrs. Liew and (2) the source of the funds ($2 million) defendant proposes to submit in order to assure his reappearance.

The government must file and serve any objections to the Court's *in camera* review by December 27, 2012 at 4:00 p.m.  Defendant may reply to the government's objections by December 28, 2012 at 4:00 p.m.

Any order by this Court on the motion to release will be stayed pending review by the District Court.