IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WALTER LIEW,

    Defendant.
                                     /

No. CR 11-00573-1 JSW

**ORDER VACATING BRIEFING SCHEDULE AND HEARING AND DIRECTING PARTIES TO MEET AND CONFER**

The Court VACATES the hearing scheduled for January 3, 2013 at 2:00 p.m., as well as the briefing schedule previously set by the Court, pending a final ruling from Magistrate Judge Cousins on Defendant's motion to revoke the detention order. Once Magistrate Judge Cousins has issued a ruling, if either party intends to ask this Court to review that ruling, the parties are HEREBY ORDERED to meet and confer to schedule a hearing date and a mutually agreeable briefing schedule.

    **IT IS SO ORDERED.**

Dated: January 2, 2013

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Case3:11-cr-00573-JSW Document229 Filed01/02/13 Page2 of 2