KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT- #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WALTER LIEW AND USA PERFORMANCE TECHNOLOGY, INC.'S MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SPECIFY KEY DOCUMENTS UNDER RULE 16(A)(1)(E)(II)**<br><br>Date:　　February 27, 2013<br>Time:　　11:00 a.m.<br>Judge:　　Hon. Nathanael Cousins<br>Place:　　Courtroom A, 15th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER REQUIRING THE
GOVERNMENT TO SPECIFY KEY DOCUMENTS UNDER RULE 16(A)(1)(E)(II)
Case No. CR 11-0573-JSW (NC)

726077.01

Pending before the Court is Defendants' Motion for an Order Requiring the Government to Specify Key Documents.  After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, Defendants' Motion is **GRANTED**.

The Court orders the Government, no later than thirty (30) days from the date of this Order, to produce and identify the key documents that the Government intends to use in its case-in-chief that are relevant to the current indictment.  Thereafter, the Government is required to supplement its list of key documents on a rolling basis, within thirty (30) days of the production of new discovery.

The Government's key documents production shall include at a minimum: (1) all documents defining the alleged trade secrets; (2) the USAPTI plans and documents alleged to contain trade secrets; (3) the contracts and other business documents defining the relationships between and among the parties; (4) documents demonstrating participation of a foreign government or instrumentality; and (5) documents that the Government contends show a conspiracy or wrongful intent on any individual's part.

IT IS SO ORDERED.

Dated: _____, 2013

HON. NATHANAEL COUSINS
JUDGE, UNITED STATES DISTRICT COURT

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SPECIFY KEY DOCUMENTS UNDER RULE 16(A)(1)(E)(II)
Case No. CR 11-0573-JSW (NC)

726077.01