1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Robert P. Feldman (Bar No. 69602)
2      bobfeldman@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:   (650) 801-5000
4  Facsimile:   (650) 801-5100

5      John M. Potter (Bar No. 165843)
    johnpotter@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone:   (415) 875-6600
   Facsimile:   (415) 875-6700
8

9  Attorneys for Specially-Appearing Defendants
   Pangang Group Company, Ltd., Pangang Group
10 Steel Vanadium & Titanium Company, Ltd.,
   Pangang Group Titanium Industry Company,
11 Ltd., and Pangang Group International Economic
   & Trading Company
12

                        UNITED STATES DISTRICT COURT
13
            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
14

15

16 | UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
| --- | --- |
| Plaintiff, | **SPECIALLY-APPEARING DEFENDANTS' NOTICE OF MOTION AND SECOND MOTION TO QUASH SERVICE OF SUMMONSES** |
| vs. | |
| PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY, | Hearing Date: March 21, 2013 at 2:00 p.m. |
| Defendants. | |

04675.51961/5162744.1

TO THE COURT, THE GOVERNMENT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2013 at 2:00 p.m., or as soon thereafter as the parties may be heard, in Courtroom 11 on the 19th Floor of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, specially appearing defendants Pangang Group Co., Ltd., Pangang Group Titanium Industry Co., Ltd., and Pangang Group International Economic & Trading Co. will and hereby do move to quash the service of summonses purportedly made as asserted in the Government's Notice Regarding Service of Summonses on Pangang Group Defendants (Dkt. No. 210), filed on December 6, 2012.

This motion is made on the grounds that the Government has not complied with the requirements for service of process under Rules 4 and 9 of the Federal Rules of Criminal Procedure.

This motion is based on this Notice of Motion and Motion; the supporting Memorandum and Points of Authorities, and the Declarations of Lai Yizhong, Liu Yanxiong, Song Chengbin, Wang Gang, and Zhou Xia, filed concurrently herewith; the records and files of this Court, and all other matters of which the Court may take judicial notice.

DATED: February 7, 2013         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By */s/ Robert P. Feldman*
                                   Robert P. Feldman
                                   John M. Potter
                                   Attorneys for Specially-Appearing Defendants
                                   Pangang Group Company, Ltd., Pangang Group
                                   Steel Vanadium & Titanium Company, Ltd.,
                                   Pangang Group Titanium Industry Company,
                                   Ltd., and Pangang Group International Economic
                                   & Trading Company