QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Specially-Appearing Defendants
Pangang Group Company, Ltd., Pangang Group
Steel Vanadium & Titanium Company, Ltd.,
Pangang Group Titanium Industry Company,
Ltd., and Pangang Group International Economic
& Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PANGANG GROUP COMPANY, LTD.,<br>PANGANG GROUP STEEL VANADIUM &<br>TITANIUM COMPANY, LTD.,<br>PANGANG GROUP TITANIUM<br>INDUSTRY COMPANY, LTD., and<br>PANGANG GROUP INTERNATIONAL<br>ECONOMIC & TRADING COMPANY,<br><br>          Defendants. | CASE NO. CR 11-0573 JSW<br><br>**DECLARATION OF SONG CHENGBIN IN SUPPORT OF SPECIALLY-APPEARING DEFENDANTS' SECOND MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: March 21, 2013 at 2:00 p.m. |

# 宋成滨的声明

我，宋成滨，声明如下：

1. 我目前是攀钢国际经济贸易有限公司（"PIETC"）营销管理部部长。我从 2004 开始就在 PIETC 工作。作为我工作职责的一部分，我熟悉 PIETC 在美国的经营情况。我就个人的第一手知识以及我对自己主要负责的 PIETC 业务类型的回顾，做出本声明，如果被传唤并以证人身份来宣誓，我能够并且将会胜任作证。

2. 2003 年至 2008 年期间，PIETC 在美国加州佩塔鲁玛有过一个销售处。PIETC 在 2003 年 8 月于加州州务卿处注册为外资公司。

3. 随附证据 A 是一份真实无误的州内业务交易权利放弃证明书，该证明书确认了自 2008 年 12 月 18 日起 PIETC 对其在加州开展业务权利的放弃。

4. 在 2003 年注册时，PIETC 的主要办公地是 1310 Redwood Way, Suite 220, Petaluma, California 94954（简称为"Redwood Address"），注册为公司使用的是该地址。2007 年，PIETC 将其地址更改为 775 Baywood Drive, Suite 214A, Petaluma, California 94954(简称为"Baywood Address"），并于加州州务卿处对其信息进行了更新来反映地址的变化。PIETC 从未将 906 Hogwarts Circle, Petaluma, California 94954（简称"Hogwarts Address"）这一地址于加州州务卿处进行过注册。

5. 2003 年 3 月 PIETC 雇用了胡少琼先生来经营其佩塔鲁玛办事处，胡先生即开始为 PIETC 工作直至 2008 年 12 月该办事处关闭之时。自 2009 年 1 月起，胡先生不再为 PIETC 工作或以任何身份跟公司有关联。

6. 自 2009 年 1 月起，PIETC 没有在美国聘请过任何人或在美国有任何办事处或经营。

7. 我知道政府称其已给 Hogwarts Address 和 Redwood Address 这两个地址向胡先生邮寄了给 PIETC 的传票。胡先生从未向 PIETC 发送或通知 PIETC 关于收到任何传票的情况。2012 年 12 月之前，PIETC 并不知道传票被邮寄给了胡先生。

8. 据我所知，自 2003 年胡先生开始为 PIETC 工作起，攀钢集团有限公司并未聘请过胡先生。

基于美国法律中伪证罪的规定，我声明上述内容是真实、准确的。

2013 年 2 月 4 日在中国成都签署。

_____
Song Chengbin

2

# DECLARATION OF CERTIFIED COURT INTERPRETER

**Marilyn Luong, MA**
Master of Arts in Translation and Interpretation
1534 Plaza Lane #339
Burlingame, CA 94010

I, **Marilyn Luong**, declare that I am a certified court interpreter in Cantonese and Mandarin Chinese by the Judicial Council of California. My Certification Number is **#301081.** I also hold a Master's Degree in Chinese Translation and Interpretation from the Monterey Institute of International Studies.

I declare that this is a true and correct translation from Chinese into English to the best of my abilities and belief:

*Declaration from SONG Chengbin dated Feb 4, 2013*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration signed this 6th day of February, 2013 in Burlingame, California.

**Marilyn Luong**

Printed name of Certified Court Interpreter

_____
Signature of Certified Court Interpreter

## DECLARATION OF SONG CHENGBIN

I, SONG Chengbin, declare:

1. I am currently Director of Marketing Management Department at Pangang International Economic and Trade Co., Ltd ("PIETC"). I have worked for PIETC since 2004. As part of my job responsibilities, I am knowledgeable about the business operations of PIETC in the United States. I make this declaration of personal, firsthand knowledge, and my review the type of PIETC's business records of which I am mainly in charge, and if called and sworn as a witness, I could and would competently testify hereto.

2. During the years 2003 to 2008, PIETC did have a sales office Petaluma California, United States. PIETC registered as a foreign corporation with the California Secretary of State in August 2003.

3. Attached is Exhibit A, a true and correct copy of a Certificate of Surrender of Right to Transact Intrastate Business, which confirms the surrender by PIETC of PIETC's right to do business in California as of December 18, 2008.

4. When it registered in 2003, PIETC's principal office was at 1310 Redwood Way, Suite 220, Petaluma, California, 94954 ("Redwood Address"), and it registered the company using this address. In 2007, PIETC changed its address to 775 Baywood Drive, Suite 214A, Petaluma, CA 94954 ("Baywood Address"), and updated its information with the California Secretary of State to reflect this change of address. PIETC has never registered the address 906 Hogwarts Circle, Petaluma, CA, 94954 ("Hogwarts Address") with the California Secretary of State.

5. In March 2003, PIETC hired Mr. HU Shaocong to run its Petaluma office in March 2003, and Mr. HU worked for PIETC through the closure of this office in December 2008. Since January 2009, Mr. HU has not worked for PIETC, or been affiliated with the company in any other capacity.

6. Since January 2009, PIETC has not employed any persons in the United States or otherwise maintained any office or operations in the United States.

7. I understand that the government claims that it mailed a summons to PIETC, to the attention of Mr. HU, the Hogwarts Address and to the Redwood Address. Mr. HU never sent or informed PIETC about receiving any summons. Before December 2012, PIETC had no knowledge of a summons that may have been mailed to Mr. HU.

8. To the best of my knowledge, from 2003 when Mr. HU began working for PIETC, Pangang Group Company, Ltd. never employed Mr. HU.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of February 2013 in Chengdu, China.

                                                        [Signature of SONG Chengbin]
                                                        SONG Chengbin

# EXHIBIT A

D0946908

FILED
in the office of the Secretary of State
of the State of California

DEC 1 8 2008

See Secretary of State's
records for exact entity name.

## CERTIFICATE OF SURRENDER OF RIGHT TO TRANSACT INTRASTATE BUSINESS

On behalf and by authority of **PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING CORPORATION**, a corporation organized under the laws of the People's Republic of China, the undersigned officer of said corporation does hereby certify and declare:

1. Said corporation hereby surrenders its right and authority to transact intrastate business in the State of California.

2. Said corporation hereby revokes its designation of agent for service of process in California.

3. Said corporation consents that process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender of Right to Transact Intrastate Business may be served upon the California Secretary of State.

4. The post office address to which the California Secretary of State may mail copies of any process against the corporation that is served upon the Secretary of State is: Dadukou, Panzhihua, Sichuan, China 617067

5. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

X _____
Zusheng Zhang, President