QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Specially-Appearing Defendants
Pangang Group Company, Ltd., Pangang Group
Steel Vanadium & Titanium Company, Ltd.,
Pangang Group Titanium Industry Company,
Ltd., and Pangang Group International Economic
& Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>           Defendants. | CASE NO. CR 11-0573 JSW<br><br>**DECLARATION OF WANG GANG IN SUPPORT OF SPECIALLY-APPEARING DEFENDANTS' SECOND MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: March 21, 2013 at 2:00 p.m. |

04675.51961/5164203.1

WANG DECLARATION

## DECLARATION OF WANG GANG

I, WANG GANG, declare as follows:

1. I make this declaration of personal, firsthand knowledge and if called and sworn as a witness, I could and would testify competently thereto.

2. I, along with my wife, are the sole owners of the Chengdu West Union Chemical Corporation, located Chengdu, Sichuan Province, China ("West Union"). West Union is a trade and technical consultancy company. West Union is not owned, affiliated, operated or controlled by Pangang Group Company Ltd. ("Pangang Group"), Pangang Group Titanium Industry Co., Ltd., ("Pangang Group Titanium") or any of their affiliated companies.

3. I also control a company called Tinox Chemical LLC ("Tinox"). This company is located in Chicago, Illinois. Mr. Hao Xie is an investor in Tinox. Tinox is not owned, affiliated, operated or controlled by Pangang Group or Pangang Group Titanium or any of their affiliated companies. Thus far, Tinox has not conducted any business of any kind. There are no actual employees of Tinox.

4. In 2011, I caused the creation of Pangang Titanium Industry Co., Ltd., in Hong Kong ("HK Titanium"). Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Incorporation. HK Titanium is not owned, affiliated, operated or controlled by Pangang Group or Pangang Group Titanium or any of their affiliated companies. To the best of my knowledge, no one from any Pangang Group or Pangang Group Titanium company knew about the existence of HK Titanium until December, 2012.

5. I directed the creation of the website www.pangang-titanium.com. This website is not affiliated with Pangang Group or Pangang Group Titanium or any affiliated company in any way. To the best of my knowledge, neither Pangang Group nor Pangang Group Titanium or any of their affiliated companies knew of this website until December, 2012 and had no input into the creation of that website or its contents. Attached hereto as Exhibit 2 is the domain name registration receipt of website www.pangang-titanium.com. Mr. Bin Zhu, whose name appears on the receipt, is my brother-in-law.

6. In fact, none of West Union, Tinox Chemical and HK Titanium is affiliated with Pangang Group or Pangang Group Titanium or any of their affiliated companies in any way. Neither Pangang Group or Pangang Group Titanium or any of their affiliated companies directed the formation of West Union, Tinox Chemical, or HK Titanium. No Pangang Group company has ever had any ownership interest in West Union, Tinox Chemical, or HK Titanium.

7. To the best of my knowledge, no one at Pangang Group or Pangang Group Titanium or any of their affiliated companies was aware of the creation of HK Titanium or Tinox, the website www.pangang-titanium.com, or our use of the email address bella@pangang-titanium.com.

8. I directed Ms. Zhou and Mr. Xie to attend a conference hosted by the Society of Plastics Engineers Color and Appearance in Louisville, Kentucky in October 2012 ("SPECA Conference"). Ms. Zhou attended the SPECA Conference in her capacity as a West Union employee and Mr. Xie attended the conference in his capacity as a Tinox Chemical representative. To my knowledge, neither Pangang Group or Pangang Group Titanium or any of their affiliated companies or employees had any knowledge of their attendance at this conference.

9. Mr. Xie told me he had received papers from the FBI. I did not know what the papers were. I did not tell anyone about these papers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23 day of January 2013 in Beijing, China.

Wang Gang

# EXHIBIT 1

No. 1549357
編號



Certified to be true and correct
..............................................
STEPHEN. M. S. LAI & CO.
CERTIFIED PUBLIC ACCOUNTANTS
(Practising)

# CERTIFICATE OF INCORPORATION
## 公 司 註 冊 證 書

\*\*\*

I hereby certify that
本 人 謹 此 證 明

## PANGANG TITANIUM INDUSTRY CO., LIMITED

is this day incorporated in Hong Kong under the Companies Ordinance
於 本 日 根 據 《 公 司 條 例 》（ 香 港 法 例 第 32 章 ）

(Chapter 32 of the Laws of Hong Kong) and that this company is limited.
在 香 港 註 冊 成 為 有 限 公 司 。

Issued on   6 January 2011.
本 證 書 於 二 〇 一 一 年 一 月 六 日 發 出 。

Ms Ada L L CHUNG
**Registrar of Companies**
**Hong Kong**
香港公司註冊處處長鍾麗玲

Note 註：
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。

Certified to be true and correct

..................................................
STEPHEN. M. S. LAI & CO.
CERTIFIED PUBLIC ACCOUNTANTS
(Practising)

表格 2
FORM 2
《商業登記條例》（第 310 章）
BUSINESS REGISTRATION ORDINANCE (Chapter 310)
《商業登記規則》
BUSINESS REGISTRATION REGULATIONS
商業／分行登記證
Business/Branch Registration Certificate

正　本
ORIGINAL

| 業務/法團所用名稱<br>Name of Business/<br>Corporation | PANGANG TITANIUM INDUSTRY CO., LIMITED |
|---|---|
| 業務/分行名稱<br>Business/<br>Branch Name | ************************************<br>************************************ |
| 地　址<br>Address | FLAT/RM A5    15/F<br>HILLIER COMM BLDG<br>65-67 BONHAM STRAND EAST<br>SHEUNG WAN                    HK |
| 業務性質<br>Nature of Business | TRADING |
| 法律地位<br>Status | BODY CORPORATE |

| 生效日期<br>Date of Commencement | 屆滿日期<br>Date of Expiry | 登記證號碼<br>Certificate No. | 登記費及徵費<br>Fee and Levy |
|---|---|---|---|
| 06/01/2011 | 05/01/2012 | 53580934-000-01-11-9 | $450<br>(登記費 FEE = $  0)<br>(徵費 LEVY = $450) |

請注意下列《商業登記條例》的規定 (SEE OVERLEAF FOR ENGLISH VERSION)

第 6(6) 條規定就任何業務發出商業登記證或分行登記證，不得當作隱含以下意思：有關該業務或經營該業務的人或受僱於該業務的僱員的任何法律規定已獲遵從。

第 7(2) 條規定任何經營業務人士，倘在現有商業登記證期滿後未有收到繳款通知書，須於 1 個月內以書面通知稅務局局長。

第 8 條規定凡申請登記表格內所列業務詳情有任何變更時或凡某項業務經已結束，任何經營有關業務的人或任何在結束前經營該項業務的人須於該變更發生時或該項業務結束時起計 1 個月內，以書面通知局長。

第 12 條規定各業務須將其有效的商業登記證或有效的分行登記證於每一營業地點展示。

第 15(1) 條規定對觸犯本條例者可施行的罰則，包括罰款 $5,000 及監禁 1 年。

第 21 條規定須將收取徵費所得的全部款項撥付破產欠薪保障基金。

繳款時請將此商業登記證及繳款通知書完整交出。在付款後，本繳款通知書方成為有效的商業登記證。
PLEASE PRODUCE THIS CERTIFICATE AND DEMAND NOTE INTACT AT TIME OF PAYMENT. THIS DEMAND NOTE WILL ONLY BECOME A VALID BUSINESS REGISTRATION CERTIFICATE UPON PAYMENT.

機印所示登記費及徵費收訖。（請參閱背頁繳款辦法所載內容）
RECEIVED FEE AND LEVY HERE STATED IN PRINTED FIGURES. (Please see payment instructions overleaf.)

#20201  07/01/11  56839152  432045  CHQ               $450.00        M

IRDB 101B (3/2010)

![CR logo] 公司註冊處 / Companies Registry

法團成立表格
(股份有限公司)
Incorporation Form
(Company Limited by Shares)

(《公司條例》第 14A 條)
(Companies Ordinance s. 14A)

表格 Form **NC1**

Certified to be true and correct

.................................................
STEPHEN. M. S. LAI & CO.
CERTIFIED PUBLIC ACCOUNTANTS
(Practising)

重要事項  **Important Notes**
- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

(註 Note 7)   **1**   擬採用的公司名稱 **Intended Company Name**

擬採用的公司英文名稱 Intended English Company Name

> PANGANG TITANIUM INDUSTRY CO., LIMITED

擬採用的公司中文名稱 Intended Chinese Company Name

(註 Note 8)   **2**   公司類別 **Type of Company**
請在適用的空格內加上 ✓ 號   Please tick the relevant box

[✓] 私人 Private          [ ] 非私人 Non-private

(註 Note 9)   **3**   公司在香港的註冊辦事處擬採用的地址
**The Intended Address of the Company's Registered Office in Hong Kong**

> Rm A, GCCD0396, 15/F Hillier Commercial Bldg
> 65-67 Bonham Strand East Sheung Wan Hong Kong

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 10)   **4**   電郵地址 **E-mail Address**

(註 Note 3)   提交人的資料 **Presentor's Reference**
姓名 Name :   Global-Fortune Irap Limited

地址 Address :
Flat A, 15/F Hillier Commercial Building
65-67 Bonham Strand East, Sheung Wan Hong Kong

電話 Tel :              傳真 Fax :

電郵地址 E-mail Address :

檔號 Reference :

指明編號 1/2008 (2008 年 7 月)
Specification No. 1/2008 (July 2008)

請勿填寫本欄 **For Official Use**

Acknowledgement
Companies Registry
H.K.

31/12/2010 16:10:21
Submission No/Seq No:       234212136/4
CR No:                                NC1
Sh. Form.

表格 Form **NC1**

(註 Note 11)  5  股本 **Share Capital**

| | 擬註冊股本 Share Capital to be Registered | | | 創辦成員共承購各類股份的*總*面值 ***Total*** Nominal Value of Each Class of Shares to be Taken by Founder Member(s) † |
|---|---|---|---|---|
| 股份類別 Class of Shares | 股份數目 Number of Shares (a) | 每股的面值 Nominal Value of Each Share † (b) | 各類股份的*總*面值 ***Total*** Nominal Value of Each Class † (a) x (b) | |
| Ordinary | 10,000 | HKD1 | HKD 10,000 | HKD 10,000 |
| | | | | |
| | | | | |
| | | 總值 Total | HKD 10,000 | HKD 10,000 |

† 請註明貨幣單位(例如：港元、美元)
Please specify the currency (e.g. HKD, USD)

(註 Note 12)  6  創辦成員 **Founder Members**
(如有超過兩名創辦成員，請用續頁 A 填報  Use Continuation Sheet A if more than 2 founder members)

1  中文姓名／名稱 Name in Chinese: 朱小琴

英文姓名／名稱 Name in English: ZHU XIAOQIN

地址 Address: 12F-F, DAYE BUILDING, NO.39, DAYE ROAD, JINJIANG DISTRICT, CHENGDU, SICHUAN, CHINA.

承購的股份 Shares to be taken:
Ordinary — 股份類別 Class of shares
7,000 — 股份數目 Number of shares

2  中文姓名／名稱 Name in Chinese: 朱斌

英文姓名／名稱 Name in English: ZHU BIN

地址 Address: 12F-F, DAYE BUILDING, NO.39, DAYE ROAD, JINJIANG DISTRICT, CHENGDU, SICHUAN, CHINA.

承購的股份 Shares to be taken:
Ordinary — 股份類別 Class of shares
3,000 — 股份數目 Number of shares

指明編號 1/2008 (2008 年 7 月)
Specification No. 1/2008 (July 2008)

第二頁 Page 2

表格 Form **NC1**

(Note 13) **7 首任秘書 First Secretary**
(如有超過一名個人或法人團體秘書，請用續頁 B 填報  Use Continuation Sheet B if more than 1 individual or corporate secretary)

**A. 個人秘書 Individual Secretary**

中文姓名
Name in Chinese

英文姓名
Name in English

姓氏 Surname          名字 Other Names

前用姓名／別名
Previous Names/Alias

前用姓名 Previous Names          別名 Alias

(註 Note 14) 香港住址
Hong Kong Residential Address

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 15) 電郵地址
E-mail Address

(註 Note 16) 身份證明 Identification
a 香港身份證號碼
Hong Kong Identity Card Number

b 護照
Passport

簽發國家 Issuing Country          號碼 Number

**B. 法人團體秘書 Corporate Secretary**

(註 Note 17) 中文名稱
Name in Chinese

香港環澤國際註冊會計專業有限公司

(註 Note 17) 英文名稱
Name in English

GLOBAL-FORTUNE IRAP LIMITED

(註 Note 18) 香港地址
Hong Kong Address

Flat A, 15/F Hillier Commercial Building, 65-67 Bonham Strand East, Sheung Wan, Hong Kong

(「轉交」地址及郵政信箱號碼恕不接受 'Care of' addresses and post office box numbers are not acceptable)

(註 Note 15) 電郵地址
E-mail Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

1169967

第三頁 Page 3

指明編號 1/2008 (2008 年 7 月)
Specification No. 1/2008 (July 2008)

# EXHIBIT 2



RECEIPT

14455 North Hayden Road
Suite 219
Scottsdale, AZ 85260
(480) 505-8877

| Date: | 12/27/2010 at 6:06 PM |
| --- | --- |
| Receipt #: | 293606532 |
| Customer #: | 40656588 |

| Bill To: | Payment Information: |
| --- | --- |
| **BIN ZHU**<br>Room 906, Building A, Renhe Spring Plaza<br>Chengdu, Sichuan, 610072<br>008613982334433 | **BIN ZHU**<br>VISA ############1123<br>PAID: $454.23 |

| Item | List Price | Purchase Price | ICANN Fee | Discount | Total Price |
| --- | --- | --- | --- | --- | --- |
| .COM Domain Name Registration - 10 Years (recurring)<br>Term: 10<br>Name: PANGANG-TITANIUM.COM<br>*Item number: 110-1*<br>Quantity: 1 | $119.90 | $119.90 | $1.80 | $45.00 | $76.70 |
| Private Registration Services<br>Term: 1 Year(s)<br>Name: PANGANG-TITANIUM.COM<br>*Item number: 7001-1*<br>Quantity: 1<br><br>Manage your Domains By Proxy Account(s) by going to the "Domains By Proxy Accounts" page. | $9.99 | $9.99 | - | $3.00 | $69.90 |
| WebSite Tonight Premium - 999 Page Web Site w/Photo Album - 3 years (recurring)<br>Term: 3 Period(s)<br>Name: china-titanium.org<br>*Item number: 7516-1*<br>Quantity: 1 | $374.04 | $287.64 | - | - | $287.64 |
| Standard (Turbo) SSL (3 Years) (annual)<br>Term: 3<br>*Item number: 3606-1*<br>Quantity: 1 | $152.97 | - | - | - | - |
| Search Engine Visibility (annual)<br>Term: 1 Year(s)<br>Name: http://www.pangang-titanium.com/<br>*Item number: 1401-1*<br>Quantity: 1 | $29.99 | $29.99 | - | $10.00 | $19.99 |

| | |
| --- | --- |
| Subtotal: | $454.23 |
| Shipping: | - |
| Tax: | - |
| **Total:** | **$454.23** |