1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>          Defendants. | CASE NO. CR 11-0573 JSW<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANTS' SECOND MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: March 21, 2013 at 2:00 p.m. |

04675.51961/5162750.1

[PROPOSED] ORDER GRANTING 2D MOTION TO QUASH

1   Upon due consideration of specially-appearing defendants Pangang Group Company,
2 Ltd.'s, Pangang Group Titanium Industry Company, Ltd.'s and Pangang Group International
3 Economic & Trading Company's Second Motion to Quash Service of Summonses and finding
4 good cause therefore,
5   IT IS HEREBY ORDERED that the specially appearing defendants' motion is
6 GRANTED.   Service of the summonses on specially-appearing defendants Pangang Group
7 Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading
8 Company is QUASHED, and the Court declines to find that the government has satisfied the
9 mailing requirement with respect to Pangang Group Company, Ltd.

12  DATED: _____

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE