1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   PETER B. AXELROD (CABN 190843)

5  Assistant United States Attorneys

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102

7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234

8     E-Mail: john.hemann@usdoj.gov

9  Attorneys for Plaintiff

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR-11-0573 JSW (NC)
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER SETTING BRIEFING
16     v.                              )   SCHEDULE ON DEFENDANTS'
                                       )   DISCOVERY MOTION
17  WALTER LIEW, CHRISTINA LIEW AND )
    USA PERFORMANCE TECHNOLOGY,        )   Date: February 27, 2013
18  INC.,                              )   Time: 11:00 am
                                       )   Hon. Nathanael Cousins
19          Defendants.                )
                                       )
20  _____    )

21         1.     On February 1, 2013, defendants Walter Liew and USA Performance Technology,

22  Inc. filed a motion seeking certain discovery orders from the Court.  The hearing on the motion is

23  scheduled for February 27, 2013, at 11:00 am before Magistrate Judge Cousins.

24         2.     The parties agree that the United States should have to and until February 13,

25  2013, to file an opposition to the motion.

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR-11-0573-JSW (NC)

3.      The parties further agree that defendants should have to and until February 20, 2013, to reply to the government's opposition.

SO STIPULATED AND AGREED,

DATED:                                                      MELINDA HAAG
                                                                    United States Attorney


                                                                    _____
                                                                    JOHN H. HEMANN
                                                                    PETER B. AXELROD
                                                                    Assistant United States Attorneys


DATED:                                                      _____
                                                                    STUART GASNER
                                                                    Counsel for Walter Liew


DATED:                                                      _____
                                                                    STUART GASNER
                                                                    Counsel for USA Performance Technology


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


DATED: _____               _____
                                                                    NATHANAEL COUSINS
                                                                    United States Magistrate Judge