MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>WALTER LIEW, CHRISTINA LIEW AND )<br>USA PERFORMANCE TECHNOLOGY, )<br>INC., )<br>)<br>   Defendants. )<br>) | No. CR-11-0573 JSW (NC)<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SETTING BRIEFING<br>SCHEDULE ON DEFENDANTS'<br>DISCOVERY MOTION<br><br>Date: February 27, 2013<br>Time: 11:00 am<br>Hon. Nathanael Cousins |

    1.    On February 1, 2013, defendants Walter Liew and USA Performance Technology, Inc. filed a motion seeking certain discovery orders from the Court. The hearing on the motion is scheduled for February 27, 2013, at 11:00 am before Magistrate Judge Cousins.

    2.    The parties agree that the United States should have to and until February 13, 2013, to file an opposition to the motion.

///

///

///

3. The parties further agree that defendants should have to and until February 20, 2013, to reply to the government's opposition.

SO STIPULATED AND AGREED,

DATED: February 13, 2013     MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

DATED: February 13, 2013

/s/
_____
STUART GASNER
Counsel for Walter Liew

DATED: February 13, 2013

/s/
_____
STUART GASNER
Counsel for USA Performance Technology

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __February 13, 2013__     _____
NATHANAEL COUSINS
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR-11-0573-JSW (NC)