KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
WALTER LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM MARCH 21, 2013, TO APRIL 18, 2013** |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. The parties are scheduled to appear before the Court on March 21, 2013, at 2:00 p.m. for a status conference.

2. Due to the unavailability of defense counsel, the parties jointly request that the Court continue the scheduled status conference from March 21, 2013, to April 18, 2013, at 2:00 p.m.

3. The parties have previously agreed and the Court has ordered that time under the Speedy Trial Act should be excluded for complexity and effective preparation of counsel. The parties continue to agree that such exclusion is appropriate and, therefore, ask that time be excluded from March 21, 2013, to April 18, 2013.

SO STIPULATED AND AGREED,

Dated: February 26, 2013　　　　　　　　KEKER & VAN NEST LLP

By: /s/ Simona A. Agnolucci
STUART L. GASNER
SIMONA A. AGNOLUCCI
KATHERINE M. LOVETT

Attorneys for Defendant
WALTER LIEW

Dated: February 26, 2013　　　　　　　　LAW OFFICES OF DORON WEINBERG

By: /s/ Doron Weinberg
DORON WEINBERG

Attorney for Defendant
CHRISTINA LIEW

Dated: February 26, 2013　　　　　　　　MCKENNEY & FROELICH

By: /s/ Jerome J. Froelich, Jr.
JEROME J. FROELICH, JR.

Attorney for Defendant
ROBERT MAEGERLE

1

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME
Case No. CR 11-0573-JSW (NC)

729141.03

1  Dated: February 26, 2013                                  MELINDA HAAG
2                                                            UNITED STATES ATTORNEY
3                                                   By:  /s/ John H. Hemann
4                                                        JOHN H. HEMANN
                                                         PETER B. AXELROD
5                                                        Assistant United States Attorneys

6
7                                      [~~PROPOSED~~] ORDER

8    Based upon the parties' stipulation and for good cause shown, the status conference
9  scheduled for March 21, 2013, is continued to April 18, 2013 at 2:00 p.m. Based upon the
10 findings the Court has previously made, it is further ordered that the time between March 21,
11 2013 and April 18, 2013, shall be excluded from computation under the Speedy Trial Act.
12
13
14 Dated: February 27, 2013                      _____
                                                  JEFFREY S. WHITE
15                                                United States District Judge