# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-cr-00573 JSW (NC) |
| Plaintiff, | **ORDER SETTING DEADLINE FOR DISCLOSURE UNDER RULE 16(a)(1)(E)(ii)** |
| v. | |
| WALTER LIEW, | Re: Dkt. No. 234 |
| Defendant. | |

After a hearing on the matter, the Court orders the Government, by April 30, 2013, to comply with Federal Rule of Criminal Procedure 16(a)(1)(E)(ii) and identify for the defense "literally all" of the items it intends to use in its case-in-chief at trial. *See United States v. W.R. Grace*, 526 F.3d 499, 509-13 (9th Cir. 2008) (holding that the district court, as part of its inherent authority to manage its docket and ensure the effective administration of the criminal justice system, has "discretionary authority to order pretrial discovery and disclosures from the government" and to set deadlines for doing so). If the Government files additional charges against any defendant in this case after April 30, it must supplement for the defense the items it intends to use to prove the additional charges.

//

1  In addition, by March 8, 2013, the Government must produce to the defense the Tze
2 Chao documents, along with an index and descriptions of the documents produced. *See*
3 Dkt. Nos. 206, 212.

4  IT IS SO ORDERED.

5  Date: February 28, 2013

                                         Nathanael M. Cousins
6                                          United States Magistrate Judge