UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CRIMINAL MOTION MINUTES

Date:          February 27, 2013

Case No:       CR 11-00573 JSW

Case name:     United States   v.   Walter Liew (Custody)
                                    Christina Liew (Mandarin)
                                    Robert Maegerle (not present)

Counsel for Plaintiff:   Pete Axelrod, John Hemann

Counsel for Defendants: Stuart Gasner, Katherine Lovett, Simona Agnolucci
                        Doron Weinberg, Jerome Froelich

Deputy Clerk:     Lili M. Harrell          Court Reporter: Debra Pas
                                           (Time: 1 hour)

**PROCEEDINGS:**                                          **RULINGS:**

Defendants' Motion for Order Requiring Government to      Granted
Specify Key Documents


**ORDER:**  Bond in the amount of $2,000,000 completed in Court. Security to be posted prior to defendant's release. Bond is **stayed** pending further Court order.


Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

Case continued to:

Notes:

cc: Jen