KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
WALTER LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW<br><br>**AGNOLUCCI DECLARATION IN SUPPORT OF DEFENDANT'S PROPOSED BRIEFING SCHEDULE FOR APPEAL FROM ORDER GRANTING PRETRIAL RELEASE** |

AGNOLUCCI DECL. ISO DEFENDANT'S PROPOSED BRIEFING SCHEDULE FOR APPEAL FROM
ORDER GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW

I, Simona A. Agnolucci, declare and state that:

1.      I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for defendants Walter Liew and USA Performance Technology, Inc. in the above-captioned action.  I am duly admitted to practice law before this Court.  Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      Following the Order of Magistrate Judge Cousins granting Defendant Walter Liew's pretrial release dated February 26, 2013, my colleague Stuart Gasner and I met and conferred extensively with Assistant United States Attorneys John Hemann and Peter Axelrod regarding a proposed briefing and hearing schedule for the Government's appeal of the Magistrate Judge's Order.

3.      Over the course of those discussions, Mr. Gasner and I expressed a preference for one of three dates for the hearing on the Government's appeal—March 5, March 12 and March 18—with the ability to appear on March 6, 7, or 8 if necessary.

        a.      We indicated that we preferred March 5, which was within the 7-day period of the stay in the Judge Cousins' release order, and was consistent with the schedule that this Court initially set for any appeal of a bail order.

        b.      We indicated that March 12 was our second choice, because Mr. Gasner and I both will be out of town from March 6-8 attending the ABA White Collar Conference; however, we offered to forego attending the conference in order to have the appeal heard during one of those days.

        c.      We further offered March 18 as an outer limit of what we could agree to voluntarily.  This is the first date after March 12 available on the Court's calendar.

4.      Messrs. Hemann and Axelrod declined to accept all of our proposed dates, stating that they needed until at least March 12 to file their opening brief due to the complexity of the

AGNOLUCCI DECL. ISO DEFENDANT'S PROPOSED BRIEFING SCHEDULE FOR APPEAL FROM
ORDER GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW

732318.01

issues, because they had a brief due in this case, and because they have an out-of-town meeting the week of March 5 related to the forthcoming Superseding Indictment in this case.

5.      The Government's suggested hearing dates are impractical or unduly burdensome:

a.      The earliest hearing dates offered by the Government were March 21 and 22, but these dates are in the middle of a trip Mr. Gasner has committed to attend with his wife, mother, and in-laws.  His flight departs the evening of March 18, and he returns on March 23. Although Mr. Gasner explored the possibility of returning early so as to be available for a hearing on March 21 or 22, the trip is to a remote part of Baja Mexico, and there is no practical means of transportation available to allow an early return apart from the group.

b.      Messrs. Hemann and Axelrod advise that the matter cannot be heard the week of March 25 because Mr. Axelrod will be out of town for a family vacation.

c.      The Government has suggested having the hearing during the week of April 1 or thereafter, which is at least 33 days after Judge Cousins' release order.

6.      It appears that the only dates in March on which this appeal can be heard consistent with the Court's calendar and the parties' pre-existing commitments are March 12 and the morning of March 18.

7.      In an effort to compromise on the March 18 date, I proposed to Messrs. Hemann and Axelrod that the briefing schedule be tightened so that their opening brief be due two days earlier than their preferred date, that is, by noon on March 10; that our opposition be due by 5 p.m. on March 13; and that their reply be due by noon on March 15.  Messrs. Hemann and Axelrod have declined to agree to that schedule, insisting that the earliest their brief can be filed is March 12.

8.      Part of the Government's expected response is that delay in filing and hearing its appeal is not unfair to Mr. Liew given delays on the defense side is submitting certain bail-related materials.  On January 14, Magistrate Judge Cousins ordered Mr. Liew to file an *in camera*, under seal declaration regarding the source of the funds he proposes as collateral for bail.  Dkt. 232.  My colleagues and I worked diligently to obtain the required information, which included records

AGNOLUCCI DECL. ISO DEFENDANT'S PROPOSED BRIEFING SCHEDULE FOR APPEAL FROM ORDER GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW

from overseas.  We submitted Mr. Liew's under seal, *in camera* declaration as soon as we could, on February 15, 2013.  The month that it took to submit the declaration was due to matters out of our control and not due to delay attributable to us or Mr. Liew.

9.      I am informed that the process for posting Mr. Liew's bond of $2 million has been underway since before Magistrate Judge Cousins' Order granting Mr. Liew's release.  I am informed that the bond is expected to be available by March 18 or, at the very latest, a few days thereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 1, 2013, at San Francisco, California.

*/s/ Simona A. Agnolucci*
SIMONA A. AGNOLUCCI

AGNOLUCCI DECL. ISO DEFENDANT'S PROPOSED BRIEFING SCHEDULE FOR APPEAL FROM
ORDER GRANTING PRETRIAL RELEASE
Case No. CR 11-0573-JSW

732318.01