IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00573-1 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |
| WALTER LIEW, | |
| Defendant. | |

The Court has reviewed the parties' competing proposals on the anticipated review of Magistrate Judge Cousins' Order Granting Defendant Walter Liew's Motion for Pretrial Release. The Court HEREBY ORDERS that the Government's brief shall be due by no later than **12:00 p.m. on Sunday, March 10, 2013, with a chambers copy delivered to chambers by 9:00 a.m. on Monday, March 11, 2013**. Defendant shall file his opposition brief by **4:00 p.m. on Wednesday, March 13, 2013, with a chambers copy by no later than 4:30 p.m. on that date.** The Government's reply brief shall be due by **12:00 p.m. on Friday, March 15, 2013**, **with a chambers copy by no later than 12:30 p.m. on that date.** The Court shall hold a hearing on the Government's appeal on Monday, March 18, 2013 at 10:00 a.m., and the stay of Defendant's release shall continue in effect pending further order of the Court.

**IT IS SO ORDERED.**

Dated: March 1, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE