IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendants.<br>_____ / | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br><br>**ORDER CONTINUING HEARING ON GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE'S ORDER OF DISCLOSURE UNDER RULE 16(a)(1)(E)(ii)** |

On March 14, 2013, the Government filed an appeal of Magistrate Judge Cousins' Order, dated February 28, 2013, setting a deadline for disclosure under Federal Rule of Criminal Procedure 16(a)(1)(E)(ii). The Government noticed that hearing for March 28, 2013. Although that hearing date comports with Criminal Rule 47 and the Order approving the parties' stipulation regarding discovery disputes, it does not comport with this Court's Guidelines for Motions in Criminal Cases. Accordingly, the Court CONTINUES the hearing scheduled for March 28, 2013 to April 18, 2013, when the parties are scheduled to appear for a status hearing. Defendants' opposition shall be due by March 21, 2013, and the Government's reply shall be due by March 28, 2013. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

//

//

The Court FURTHER ORDERS the parties to meet and confer to determine whether Docket No. 105 can, and should, be modified to permit the parties to proceed under the procedures set forth in Northern District Civil Local Rule 72-2.

**IT IS SO ORDERED.**

Dated: March 18, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2