UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: March 18, 2013                              Time in Court: 36 minutes

Case No.: CR-11-573-01  JSW           Judge: Jeffrey S. White

United States of America  v.  Walter Liew
                                        Defendant
                                        Present ( X ) Not Present ( ) In-Custody ( X )

| John Hemann / Pete Axelrod | Stuart Gasner / Simona Agnolucci |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini                    Court Reporter: Sarah Goekler

## PROCEEDINGS

**REASON FOR HEARING:** Appeal of Magistrate Judge Release Order

**RESULT OF HEARING:**

Defendant shall submit ex parte / in camera documents on 3-18-13.

Briefing on Issue re: Privilege Log / 5th Amendment:

- **Defendant's Opening Brief due: 3-25-13**
- **Government's Reply brief due: 4-1-13 (or 1 week after Defendant's brief is e-filed)**
- **Defendant's Reply due: 4-4-13 (or 3 days after Government's brief is e-filed)**

(Counsel are reminded to submit chambers copies of all documents e-filed by noon the day following filing.)