IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER LIEW,<br><br>    Defendant.<br>_____ / | No. CR 11-00573-1 JSW<br><br>**ORDER VACATING BRIEFING SCHEDULE** |

The Court has read and considered the *Ex Parte* and *In Camera* submission in support of Walter Liew's renewed motion for order revoking the detention order. Based upon the Court's review of that submission, the Court VACATES the briefing schedule set in Court on March 18, 2013. The Court advises the parties that it intends to GRANT the Government's motion to revoke, and it shall issue a written order setting forth its reasons by no later than March 20, 2013 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: March 19, 2013

                                                        JEFFREY S. WHITE<br>
                                                        UNITED STATES DISTRICT JUDGE