KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WALTER LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>       Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR GOVERNMENT'S APPEAL OF ORDER SETTING DEADLINE FOR DISCLOSURE UNDER RULE 16** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. The parties are scheduled to appear before the Court on April 18, 2013, at 2:00 p.m. for, among other things, a hearing on the Government's appeal of Magistrate Judge Cousins' order setting a deadline for the Government's disclosure of documents under Rule 16(a)(1)(E)(ii) (the "Rule 16 appeal").

2. The Government filed its brief on the Rule 16 appeal on March 14, 2013. On the morning of March 18, the Court ordered the Defendant to submit his opposing brief by March 21, 2013, and the Government to submit its reply brief by March 28, 2013. Dkt. 277.

3. Later on the morning of March 18, the parties appeared before the Court on the Government's motion to revoke Mr. Liew's detention order and were ordered to submit additional briefing regarding the *in camera* declaration Mr. Liew submitted in support of his detention order. Dkt. 278. Defense counsel began working exclusively on that additional briefing and immediately asked counsel for the Government whether they would stipulate to extend the briefing schedule on the Rule 16 appeal. Counsel for the Government agreed, and the parties have since been working on this joint stipulation.

4. Two of the three attorneys representing Mr. Liew, Stuart Gasner and Katherine Lovett, are out of the country without regular access to a computer. Mr. Gasner is out of the country through the rest of the week, and Ms. Lovett is out of the country through next Monday. Accordingly, only one attorney for Defendant (Ms. Agnolucci), who is staffed on other matters, currently is able to work on this matter.

5. It would pose a significant hardship on defense counsel to complete the defendant's opposition to the Rule 16 appeal in two days, by March 21, 2013.

6. All counsel agree to extend the briefing schedule for the Rule 16 appeal.

7. The parties hereby stipulate and agree that Mr. Liew's opposition brief on the Rule 16 appeal be filed by March 29, 2013, and that the Government's reply brief be filed by April 5, 2013.

SO STIPULATED AND AGREED,

Dated:  March 19, 2013                    KEKER & VAN NEST LLP

                                    By:   */s/ Simona A. Agnolucci*
                                          STUART L. GASNER
                                          SIMONA A. AGNOLUCCI
                                          KATHERINE M. LOVETT

                                          Attorneys for Defendant
                                          WALTER LIEW


Dated:  March 19, 2013                    MELINDA HAAG
                                          UNITED STATES ATTORNEY


                                    By:   */s/ John H. Hemann*
                                          JOHN H. HEMANN
                                          PETER B. AXELROD
                                          Assistant United States Attorneys

## [PROPOSED] ORDER

Based upon the parties' stipulation and for good cause shown, Defendant's Opposition to the Government's appeal of Magistrate Judge Cousins' order setting a deadline for the Government's disclosure of documents under Rule 16(a)(1)(E)(ii) shall be filed by March 29, 2013, and the Government's reply thereto shall be filed by April 5, 2013.


Dated:                                    _____
                                          JEFFREY S. WHITE
                                          United States District Judge