KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>           Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STATUS REPORT BY WALTER LIEW, USAPTI, CHRISTINA LIEW, ROBERT MAEGERLE AND THE UNITED STATES**<br><br>Judge:          Hon. Jeffrey S. White<br><br>Hearing Date: April 18, 2013<br><br>Hearing Time: 2:00 p.m. |

Defendants Walter Liew, Christina Liew, Robert Maegerle, and USAPTI ("Defendants") on the one hand, and the United States, on the other hand, submit the following Joint Status Report setting forth the status of this case.

### A. Status of Discovery.

Since the parties' last appearance before the Court, the government has produced additional documents to the defense and the parties have continued to meet and confer about discovery. The government currently anticipates producing a few remaining categories of documents in the near future.

The parties agree that a deadline should be set for defendants to produce reciprocal discovery pursuant to Rule 16(b)(1)(A)(ii). The government proposes June 28, 2013. Defendants propose July 26, 2013.

### B. Trial Date.

The parties agree that this case should be tried in 2013. In light of court closures for holidays and the Court's schedule in October and November, defendants propose that trial begin on October 21 or 28. The government understands that the Court has another criminal trial scheduled to begin on October 28, and accordingly requests that the Court set this trial for the first available date on its calendar after October 1, 2013.

The parties estimate that the trial will take four to six weeks to complete.

### C. Motions Practice.

Defendants anticipate a variety of motions, including at a minimum:

- An omnibus discovery motion;
- Motions for Rule 17 subpoenas;
- A motion for a bill of particulars seeking specification of the alleged trade secrets;
- Motions attacking the indictment;
- Motions regarding the propriety of the searches undertaken and statements made; and
- A motion regarding whether and to what extent all parties and issues should be tried in one case.

747396.01

The parties propose that all motions, other than motions in limine and *Daubert* motions, be filed by June 27, 2013; oppositions to be filed on July 25, 2013; replies filed on August 8, 2013; and a hearing on the motions on August 29, 2013.

### D.   Experts.

There is likely to be considerable expert testimony in this matter.  The parties propose that, pursuant to Rule 16(a)(1)(G), the government produce a summary of any expert testimony it intends to use no later than July 1, 2013.  The government proposes that defendants produce a summary of any expert testimony they intend to use no later than July 31, 2013; defendants propose their expert disclosure date to be August 28, 2013.  The parties further propose that the Court set deadlines for *Daubert* motions for after the production of expert reports.

### E.   Other Pretrial Deadlines.

The parties understand that the Court intends to deviate from the deadlines set forth in its Guidelines for Criminal Jury Trials, and that the Court intends to order the parties to exchange and file their pretrial submissions farther in advance of the pretrial conference than it ordinarily requires.  The parties propose that the pretrial submissions described in paragraphs 5 and 6 of the Court's Guidelines for Criminal Jury Trials be exchanged and filed 30 days before the pretrial conference rather than 2 weeks before.  Defendants further propose that the page limitation for pretrial briefs be extended to 30 pages.  The government leaves to the Court's discretion the page limit for pretrial briefs.

Dated:  April 17, 2013                                           KEKER & VAN NEST LLP


                                                                 By:   */s/ Stuart L. Gasner*
                                                                       STUART L. GASNER
                                                                       SIMONA A. AGNOLUCCI
                                                                       KATHERINE M. LOVETT

                                                                       Attorneys for Defendants
                                                                       WALTER LIEW and
                                                                       USA PERFORMANCE TECHNOLOGY, INC.

1 | Dated:  April 17, 2013 | By: | */s/ Doron Weinberg*
  |                        |     | DORON WEINBERG

Attorney for Defendant
ROBERT J. MAEGERLE

Dated:  April 17, 2013 | By: | */s/ Jerome J. Froelich, Jr.*
                       |     | JEROME J. FROELICH, JR.

Attorney for Defendant
ROBERT J. MAEGERLE


Dated:  April 17, 2013        MELINDA HAAG
                              United States Attorney


                              */s/ John H. Hemann*
                              PETER B. AXELROD
                              JOHN H. HEMANN
                              Assistant United States Attorneys

---

3

JOINT STATUS REPORT
Case No. CR 11-0573-JSW (NC)

747396.01