UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: April 18, 2013                                    Time in Court: 28 minutes

**Case No.: CR-11-573 JSW**              **Judge: Jeffrey S. White**

**United States of America  v.  Walter Liew Defendant (1)** Present  In-Custody
  with Counsel: Stuart Gasner and Simona Agnolucci

**Christina Liew Defendant (2)** Present with Mandarin Int.: Amy Lo
with Counsel: Doron Weinberg

**Robert J. Maegerle (3)** Present with Counsel: Jerome Froelich

**USA Performance Technology, Inc. (4)**
Appeared by Counsel Stuart Gasner and Simona Agnolucci

**Pangang Group Company, Ltd. (7)**
**Pangang Group Steel Vanadium & Titanium Company, Ltd.(8)**
**Pangang Group Titanium Industry Company, Ltd. (9)**
**Pangang Group International Economic & Trading Company (10)**
Appeared by counsel: Robert Feldman

U.S. Attorney:  John Hemann and Peter Axelrod

Deputy Clerk: Jennifer Ottolini                Court Reporter: Sarah Goekler

## PROCEEDINGS

**REASON FOR HEARING**: Status Conference

**RESULT OF HEARING:**

Regarding Defendants 1, 2, 3 and 4:

Discovery has been referred to Magistrate Judge Cousins and counsel are directed to raise discovery issues with him.

Motions for Bills of Particulars/Attack on the Second Superseding Indictment:
    Opening briefs due on 5/2/2013
    Opposition briefs due on 5/16/2013
    Replies due on 5/23/2013
    **Hearing on 6/6/2013 at 2:00 p.m.**

Motions to Suppress and to Sever / Bifurcate issues:
    Opening briefs due on 6/27/2013
    Opposition briefs due on 7/11/2013
    Replies due on 7/18/2013
    **Hearing on 7/25/2013 at 2:00 p.m.**

The Court will hold a further hearing on *Daubert* motions thirty days before the final pretrial conference.

Defendants 1, 2, 3 and 4 are referred to Magistrate Judge Beeler for Settlement Conference.
The parties will contact Judge Beeler re: appropriateness of a settlement conference at this time.

Defendants 7, 8, 9 and 10 are continued to 5-23-13 at 2:00 p.m. for Status Conference.

TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted

cc:  L. Scott
     L. Harrell
     Mag Ref Clk