United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW,<br>ROBERT J. MAEGERLE, and USA<br>PERFORMANCE TECHNOLOGY, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER OF REFERRAL FOR**<br>**SETTLEMENT CONFERENCE** |

　　　　Pursuant to Northern District Criminal Local Rule 11-1, and the consent of the parties to appear before a Magistrate Judge for purposes of a settlement conference, this matter is HEREBY REFERRED to Magistrate Judge Laurel Beeler for purposes of conducting a settlement conference.

　　　　**IT IS SO ORDERED.**

Dated: April 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　Magistrate Judge Laurel Beeler
　　　　Lashanda Scott
　　　　Magistrate Referral Clerk