KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:      415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>             Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Place:       Courtroom 11, 19th Floor<br><br>Dept.:       Hon. Jeffrey S. White |

748423.01

1    PLEASE TAKE NOTICE that the undersigned counsel, Steven P. Ragland, hereby

2  withdraws his appearance as counsel for Defendants Walter Liew and USA Performance

3  Technology, Inc. in the above-captioned matter.

4    Stuart L. Gasner, Simona A. Agnolucci, and Katherine M. Lovett of the law firm of Keker

5  & Van Nest LLP will continue to represent Mr. Liew and USA Performance Technology, Inc.

6

7  Dated:  April 22, 2013                    KEKER & VAN NEST LLP

8

9                                     By:   /s/ Steven P. Ragland
                                           STEVEN P. RAGLAND
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

748423.01