KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AND/OR STRIKE TRADE SECRETS NOS. 1 AND 5 AND COUNTS 3, 4, 5 AND 8** |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | |
| Defendants. | Date: June 6, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th Floor<br>Dept.: Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AND/OR STRIKE TRADE SECRETS NOS. 1 AND 5 AND COUNTS 3, 4, 5 AND 8
Case No. CR 11-0573-JSW (NC)

750910.01

Pending before the Court is the Joint Motion of Defendants Walter Liew, Christina Liew, Robert Maegerle, and USAPTI to Dismiss the Second Superseding Indictment and/or Strike Trade Secrets Nos. 1 and 5 and Counts 3, 4, 5 and 8. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the courts GRANTS defendants' motion and ORDERS that the following be stricken from the Second Superseding Indictment: (a) Trade Secrets 1 and 5, at ¶¶ 14(a) and (e), and any references thereto; and (b) Counts 3, 4, 5 and 8.

IT IS SO ORDERED.

Dated: _____, 2013

_____
Hon. Jeffrey S. White
Judge, United States District Court

1
[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AND/OR STRIKE TRADE SECRETS NOS. 1 AND 5 AND COUNTS 3, 4, 5 AND 8
Case No. CR 11-0573-JSW (NC)

750910.01