KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>             Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR BILL OF PARTICULARS**<br><br>Date:         June 6, 2013<br>Time:        2:00 p.m.<br>Place:       Courtroom 11, 19th Floor<br>Dept.:       Hon. Jeffrey S. White |

1    Pending before the Court is the Joint Motion of Defendants Walter Liew, Christina Liew,
2 Robert Maegerle, and USAPTI for a Bill of Particulars.  After considering the papers submitted
3 by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the
4 arguments of counsel, and good cause appearing therefor, Defendants' Motion is **GRANTED.**
5    IT IS SO ORDERED.

7 Dated: _____, 2013
8                                                          Hon. Jeffrey S. White
                                                           Judge, United States District Court