MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
| Plaintiff, | ORDER ON ADMINSTRATIVE MOTION FOR RELIEF |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

On May 9, 2013, the United States filed an Administrative Motion for Relief from Order Re Motion to Seal.

For the reasons set forth in that motion and for good cause appearing, the Court hereby grants that motion.

The Court orders that Exhibits P, Q, R, S, U, V, W, X, and Y to the Declaration of Simona A. Agnolucci in Support of Joint Motion for Bill of Particulars shall be filed under seal by the Clerk of the Court until further Order of the Court. Docket 311.

The Court sets a hearing for **[insert date]** for the parties to appear before the Court to address

ORDER RE: ADMINISTRATIVE MOT.
CR 11-0573 JSW

appropriate procedures for filing documents under seal in pretrial litigation in this case. By no later than **[insert date]**, the parties shall file briefs of no more than 10 pages setting forth their positions on such procedures.

    IT IS SO ORDERED.

DATED:

                                                         JEFFREY S. WHITE
                                                         United States District Judge

ADMINSTRATIVE MOTION
CR 11-0573 JSW

2