# EXHIBIT D

DuPont Home   Global [change]                                              Search DuPont
Our Company   Science   Sustainability   Investor Center   Media Center   Career Center

Select Industry
- Select -

# Titanium Technologies

DuPont Home « Titanium Technologies « Sales & Support «   About Us «   Manufacturing Sites

Titanium Technologies Home
Products
Uses & Applications
Sales & Support
   About Us
      History
      Manufacturing Sites
      Quality
   FAQ
   Find a Distributor
   Package Recovery
News & Events
Technical Info
MSDS
REACH
Product Stewardship
ISO Certificates

CONTACT US
Printer Friendly Version

DuPont Products & Services
DuPont Brands & Trademarks

**Altamira, Mexico**
Located in the southern part of Tamaulipas, Mexico, the Altamira site has produced $TiO_2$ since 1960. In 1974, new technology provided greater application diversity for coatings customers. In 1986, DuPont increased its role from commercial partner to owner of the site. The following year, the site completed a global quality project, expanding to serve Coatings markets in Latin America, South America, Europe, and Asia. The Plant also now provides grades for the paper and laminates markets.
Altamira, Mexico

**DeLisle, Mississippi, USA**
The DuPont DeLisle site is located on the wooded north shore of the Bay of St. Louis, where 1,000 acres on the site are maintained as a wildlife habitat. Since 1979 the site has grown to 570 DuPont employees and 400 contract employees, and has achieved an impressive production rate. This makes DeLisle one of the largest $TiO_2$ plants in the world.
DeLisle, Mississippi

**Edgemoor, Delaware, USA**
Situated on land once owned by William Penn, the Edgemoor site has been a working farm, an iron mill that produced the Brooklyn Bridge girders, a creative retreat for F. Scott Fitzgerald when he started writing *Tender is the Night*, and finally, a DuPont white pigment plant.
Edgemoor, Delaware

**Johnsonville, Tennessee, USA**
The New Johnsonville site is located on a 1,500-acre National Wildlife Habitat, next to Kentucky Lake and the Tennessee River. Titanium dioxide production has increased by 800% since production began in 1959.
Johnsonville, Tennessee

**Kuan Yin, Taiwan**
The Kuan Yin site is the newest DuPont $TiO_2$ manufacturing facility. Located about 30 miles west of Taipei, the 28-hectare plant started up in 1994 and has nearly doubled its capacity for today's customers in Taiwan and throughout Asia.
Kuan Yin, Taiwan

**Starke, Florida, USA**
Since 1949, DuPont has extracted heavy minerals from its only domestic U.S. mining operation-the Florida Plant located along the Trail Ridge sands east of Starke, Florida.
Starke, Florida

FAQ  |  Site Map  |  Legal Notices & Terms of Use  |  PRIVACY

Copyright © 2013 DuPont or its affiliates. All rights reserved. The DuPont Oval Logo, DuPont™, The miracles of science™ and all products denoted with ® or ™ are registered trademarks or trademarks of E. I. du Pont de Nemours and Company or its affiliates.