# EXHIBIT E

42 Morning News, Wilmington, Del. • • • Friday, August 18, 1967

# Morning News Business

# Ohio firm to share Du Pont process

The Du Pont Co. has entered an agreement to furnish Sherwin-Williams Co. with technological information for manufacturing titanium dioxide white pigment by Du Pont's chloride process.

Under the agreement, announced yesterday, Du Pont will also assist Sherwin-Williams of Cleveland, Ohio, in the construction of a titanium dioxide plant adjoining Sherwin-Williams' barium carbonate and barium monohydrate plants now nearing completion in Ashtabula, Ohio.

The white pigment is used widely in manufacture of paint, paper, plastic, rubber and other products.

The production of pigments by the chloride process was first accomplished by Du Pont's Edgemoor plant in a pilot plant built in 1949 to produce titanium dioxide.

Five more years of work and an expenditure of about $15 million were required by the company to produce the product commercially, a Du Pont spokesman said.

Du Pont then enjoyed exclusive production by the chloride process, keeping it a closely guarded secret, for about 10 years before other companies — through their own research — developed some form of the chloride process.

The estimated cost of the new Sherwin-Williams plant, which will have a capacity of over 25,000 tons annually, is $20 million. Completion is expected in late fall of 1969.

Sherwin-Williams will use the output of the plant principally in its own manufacturing operations. Du Pont said licensing of its chloride process know-how will not affect production of titanium dioxide at its plant in Edemoor, New Johnsonville, Tenn., and Antioch, Calif.

# Juice patent not infringed

# Auto pact negotiations sluggish

DETROIT (UPI) — New con-

# Backing from Va proposed

CAPE CHARLES, Va. — The Chesapeake Bay Bridge Tunnel Commission, faced with lagging traffic revenues, is considering asking the state to place its credit behind the million bond issue on the facility.

Commissioner Chairman cius J. Kellam said a closed meeting this was several methods of refin being discussed by the commission.

But "just what we will ... we don't know yet," h

On Tuesday the comm heard a report that traff ing the first two weeks o ust, traditionally the tunnel's busiest month, v 6.3 per cent from last y

During July, another month of the span, it wa 4.5 per cent, the report sa

"We are very much cor about the traffic," Kellar "And we are doing eve possible to promote traffi

Kellam noted that an ment to the state con would be required to en state to stand behi bridge-tunnel's bond issu

There has been inc speculation in recent wee the 1968 general assemt abolish the state's pay-as financing and allow the issue bonds. But Kella Tuesday, "as far as w there has been no speci by anybody for refinanc project."

