# EXHIBIT F



# Global TiO2 Pigment Producers
*Comparative Cost Study 2006*

*The essential reference for comparative operating costs in the global TiO2 pigment industry*

**OUT NOW**

" Issues and uncertainty surround China's first greenfields chloride plant. "

" Operations were adversely affected by the higher energy costs being experienced across the global resources sector. "



**The 2nd TiO2 pigment industry benchmarking cost analysis study by TZ Minerals International**



# Global TiO2 Pigment Producers
## Comparative Cost Study 2006

### New to this edition

Strategic analysis and commentary including:
- The significant impact of rising energy costs on pigment producers' manufacturing costs in 2005.
- Developments in corporate structure and ownership, drawing particular attention to an increase in IPO activity across the industry.
- The continued rapid expansion of regional producers, especially in China and central and eastern Europe and the potential effects on western European producers.
- The business interruptions associated with Hurricanes Katrina and Rita, in particular, at DuPont's DeLisle MS plant.

### The essential benchmarking publication for industry participants including producers, new industry entrants and the financial community

This value driven study provides:
- An introduction to the $TiO_2$ pigment industry, outlining major participants, technologies employed and market dynamics.
- An illustrative industry cost curve for 32 sulfate and 24 chloride route pigment plants, including six of China's leading pigment plants, accounting for over 90% of global pigment production in 2005.
- Operational level cost analysis, providing estimated cash costs for 2005 by plant.
- A cost competitive outlook for the period 2006-2012, focussing on the key factors of profitability and re-investment economics that affect the whole industry.
- A detailed analysis of industry and plant key cost drivers and issues.

TZMI has developed a methodology that surmounts the persistent difficulty with cost studies of establishing an appropriate base from which to derive consistent comparisons of different producers. The methodology developed allows all pigment plants to be compared across the industry, whilst taking into consideration the individual cost positions of each plant, specific technologies employed at each facility, plant ages, feedstock choice and particular regional cost factors.

TZMI offer a full set manufacturing cost statements in spreadsheet form (POA). Please contact David McCoy (dmccoy@tzmi.com.au) for further details regarding this data set.

## TiO2 pigment plants included in the study



## Sulfate process TiO2 pigment plant profiles

### Chloride process TiO2 pigment plant profiles

| | |
|---|---|
| CRISTAL | Yanbu, Saudi Arabia |
| DuPont Titanium Technologies | Altamira, Mexico |
| DuPont Titanium Technologies | Kuan Yin, Taiwan |
| DuPont Titanium Technologies | DeLisle, US |
| DuPont Titanium Technologies | Edgemoor, US |
| DuPont Titanium Technologies | New Johnsonville, US |
| Huntsman Tioxide | Greatham, UK |
| Ishihara Sangyo Kaisha Ltd | Yokkaichi, Japan |
| Ishihara Sangyo Kaisha Ltd | Jurong, Singapore |
| Jinzhou Titanium Industry Co Ltd of Pangang Group | Liaoning, China |
| Kronos Worldwide Inc | Langerbrugge, Belgium |
| Kronos Worldwide Inc | Varennes, Canada |
| Kronos Worldwide Inc | Leverkusen, Germany |
| Kronos Worldwide Inc/ Huntsman Tioxide | Lake Charles, US |
| Millennium Chemicals Inc | Kemerton, Australia |
| Millennium Chemicals Inc | Stallingborough, UK |
| Millennium Chemicals Inc | Ashtabula 1, US |
| Millennium Chemicals Inc | Ashtabula 2, US |
| Millennium Chemicals Inc | Baltimore, US |
| The Kerala Minerals and Metals Ltd | Quilon, India |
| Tiwest Joint Venture | Kwinana, Australia |
| Tronox Incorporated | Botlek, Netherlands |
| Tronox Incorporated | Hamilton, US |
| Tronox Incorporated | Savannah, US |

| | |
|---|---|
| Kerala Minerals Chemicals Ltd | Kollam, India |
| Huntsman Tioxide | Calais, France |
| Huntsman Tioxide | Grimsby, UK |
| Huntsman Tioxide | Huelva, Spain |
| Huntsman Tioxide | Scarlino, Italy |
| Huntsman Tioxide | Teluk Kalung, Malaysia |
| Huntsman Tioxide | Umbogintwini, RSA |
| Ishihara Sangyo Kaisha Ltd | Yokkaichi, Japan |
| JSC Crimea Titan (Krymsky Titan) | Armyansk, Ukraine |
| Kemira Pigments Oy | Pori, Finland |
| Kronos Worldwide Inc | Fredrikstad, Norway |
| Kronos Worldwide Inc | Leverkusen, Germany |
| Kronos Worldwide Inc | Nordenham, Germany |
| Kronos Worldwide Inc | Varennes, Canada |
| Millennium Chemicals Inc | Arembepe, Brazil |
| Millennium Chemicals Inc | Le Havre, France |
| Millennium Chemicals Inc | Thann, France |
| OJSC Sumykhimprom | Sumy, Ukraine |
| Precheza a.s. Přerov | Přerov, Czech Republic |
| Sachtleben Chemie GmbH | Duisburg, Germany |
| Sakai Chemical Industry Co Ltd | Onahama, Japan |
| Shandong Jinhong Titanium Dioxide Chemicals Co Ltd | Zibo, China |
| Sichuan Lomon Titanium Industry Co Ltd | Mianzhu, China |
| Tayca Corporation | Saidaji, Japan |
| Travancore Titanium Products Ltd | Trivandrum, India |
| Tronox Incorporated | Uerdingen, Germany |
| Zaklady Chemiczne "POLICE" SA | Police, Poland |





### About the publisher

TZ Minerals International Pty Ltd (TZMI) is an independent international consulting and publishing company, established in 1994. TZMI specialises in the collection, analysis and distribution of information and data on the titanium minerals, zircon and TiO2 pigment industries. We provide confidential consulting services covering a wide range of industry issues as well as publishing specialised titles and reports based on our comprehensive database of production and market data.

TZMI's principals have been closely involved in the mineral sands and TiO2 pigment industries, and together have over 88 years accumulated experience.

TZMI employs full-time research staff who collect and analyse data for our comprehensive database which includes up-to-date supply/demand models, technical data and operating cost data for all major feedstock and pigment producers.

TZMI's Publications and Data Services support our consulting activities, providing clients with a comprehensive range of authoritative data and informed commentary on all aspects of the titanium minerals, zircon and TiO2 pigment industries.

**The 2nd TiO2 pigment industry benchmarking cost analysis study by TZ Minerals International**



# Global TiO2 Pigment Producers
*Comparative Cost Study 2006*

## Table of contents

**Executive summary**

1 **Introduction**
   1.1 Objectives of this study
   1.2 Framework of the study
   1.3 Confidentiality and disclaimer

2 **The global TiO₂ pigment industry**
   2.1 Historical overview
   2.2 The structure of the global industry
   2.3 The market for TiO₂ pigment

3 **Methodology**
   3.1 Introduction
   3.2 Chart presentation
   3.3 Definitions
   3.4 Base year
   3.5 Weighted average analysis

4 **Operations included in the study**
   4.1 Sulfate plants
   4.2 Chloride plants

5 **Cost data for existing operations**
   5.1 Costs reviewed
   5.2 Data sources

6 **Factors affecting results**
   6.1 Feedstock market
   6.2 Chemicals markets
   6.3 Energy costs
   6.4 Co-product credits
   6.5 Exchange rates
   6.6 Location of operations
   6.7 Scale of operation
   6.8 Age of operation and maintenance
   6.9 Technology employed
   6.10 Waste treatment solutions
   6.11 Product portfolio
   6.12 Logistics
   6.13 Capacity utilisation
   6.14 Accounting and disclosure practices
   6.15 Ownership
   6.16 Major announcements made in 2005

7 **Analysis of results and trends**
   7.1 Overview
   7.2 Global vs regional producers
   7.3 Comparison by technology type
   7.4 Comparison by feedstock type
   7.5 Comparison by geographical region
   7.6 The comparative advantage of Chinese and Eastern European sulfate plants
   7.7 Summary

8 **Perspectives for the future**
   8.1 The role of global producers
   8.2 The future role of energy & water costs
   8.3 Growth options
   8.4 The overall industry outlook

**Appendix 1: Overview of technologies employed**
**Appendix 2: Pigment plant profiles**





## Tables included in the study

Table 3.1: Chloride process model options
Table 3.2: Sulfate process model options
Table 3.3: Classification of geographical regions used in the study
Table 4.1: Sulfate process plants included in the study
Table 4.2: Chloride TiO₂ pigment plants included in the study
Table 5.1: Typical pigment plant cost categories
Table 6.1: Average US$ exchange rates: 2005
Table 7.1: Manufacturing cash costs – all plants
Table 7.2: Global vs regional producer cash costs by manufacturing region
Table 7.3: Manufacturing cash cost summary for five global producers
Table 7.4: Chloride vs sulfate process cash costs by manufacturing region
Table 7.5: Summarised key manufacturing costs

## Figures included in the study

| Figure | Description |
|---|---|
| Figure 2.1: | Pigment capacity by production process: 1990-2005 |
| Figure 2.2: | Global TiO$_2$ pigment capacity by major company: 2005 |
| Figure 2.3: | Pigment capacity by region and process type: 2005 |
| Figure 2.4: | TiO$_2$ end-use by application: 2005 |
| Figure 2.5: | TiO$_2$ end-use consumption by region: 2005 |
| Figure 2.6: | Global pigment demand: 1970-2005 |
| Figure 2.7: | Average US real 2005 TiO$_2$ pigment prices: 1970-2005 |
| Figure 3.1: | Example bubble chart |
| Figure 3.2: | Example waterfall chart |
| Figure 6.1: | Historical nominal high grade feedstock prices by product category |
| Figure 6.2: | Historical nominal chlorine prices: 1996-2005 |
| Figure 6.3: | Historical calcined coke prices: 2002-2006 |
| Figure 6.4: | Historical nominal Canadian sulfur prices: 1996-2005 |
| Figure 7.1: | Location map of pigment plants |
| Figure 7.2: | Manufacturing cash cost breakdown: global producers vs regional producers |
| Figure 7.3: | Cost bridging chart: global vs regional producers |
| Figure 7.4: | Manufacturing cash cost breakdown: global producers vs regional producers |
| Figure 7.5: | Fixed costs vs average plant size: global producers |
| Figure 7.6: | Fixed vs variable cost breakdown: global producers |
| Figure 7.7: | Manufacturing cash cost by category: DuPont |
| Figure 7.8: | Producer cost bridging chart: non-DuPont vs DuPont plants |
| Figure 7.9: | Chloride process cost bridging chart: non-DuPont vs DuPont plants |
| Figure 7.10: | Manufacturing cash cost by category: Lyondell |
| Figure 7.11: | Manufacturing cash cost by category: Tronox |
| Figure 7.12: | Manufacturing cash cost by category: Kronos |
| Figure 7.13: | Manufacturing cash cost by category: Huntsman Tioxide |
| Figure 7.14: | Cost bridging chart: sulfate vs chloride plants |
| Figure 7.15: | Manufacturing cash cost by category: chloride process plants |
| Figure 7.16: | Manufacturing cash cost curve: chloride process plants |
| Figure 7.17: | Variable cash costs: chloride process plants |
| Figure 7.18: | Fixed cash costs: chloride process plants |
| Figure 7.19: | Manufacturing cash cost by category: sulfate process plants |
| Figure 7.20: | Manufacturing cash cost curve: sulfate process plants |
| Figure 7.21: | Variable cash costs: sulfate process plants |
| Figure 7.22: | Fixed cash costs: sulfate process plants |
| Figure 7.23: | Western European cost bridging chart: chloride vs sulfate plants |
| Figure 7.24: | Chloride cost bridging chart: ilmenite vs high TiO$_2$ producers |
| Figure 7.25: | Manufacturing cash cost vs feedstock type: sulfate process |
| Figure 7.26: | Manufacturing cash cost vs net waste: sulfate process - feedstock |
| Figure 7.27: | Sulfate cost bridging chart: ilmenite vs slag plants |
| Figure 7.28: | Manufacturing cash cost by region: chloride process |
| Figure 7.29: | Manufacturing cash cost category by region – sulfate |
| Figure 7.30: | Manufacturing cash cost vs net waste: sulfate process – regional |
| Figure 7.31: | Regional cost bridging chart: Asia-Pacific vs western European plants |
| Figure 7.32: | Sulfate process cost bridging chart: non-Chinese vs Chinese plants |
| Figure 7.33: | Cost bridging chart: Chinese vs Japanese plants |
| Figure 7.34: | European cost bridging chart: central vs western plants |
| Figure 8.1: | Energy and water costs: chloride vs sulfate |
| Figure 8.2: | Energy cost bridging chart: major regions |
| Figure 8.3: | Manufacturing cash cost vs energy cost: sulfate process – regional |
| Figure 8.4: | Waste treatment variable cost bridging chart: sulfate plants |
| Figure 8.5: | Manufacturing cash cost vs energy cost: chloride process |
| Figure 8.6: | Manufacturing cash cost vs raw pigment cost: all plants |
| Figure 8.7: | Manufacturing cash cost vs finishing cost: all plants |
| Figure A.1: | Sulfate process flowsheet |
| Figure A.2: | Chloride process flowsheet |

**The 2nd TiO$_2$ pigment industry benchmarking cost analysis study by TZ Minerals International**

| ORDER FORM | | | | |
|---|---|---|---|---|
| Item: | Code | Quantity | Price | Amount |
| *Global TiO$_2$ Pigment Producers: Comparative Cost Study 2006*<br>Full RRP: US$9,500.00* | PCS06 | | | |
| * For Australian subscribers, the US$ price will be converted to A$ at the prevailing exchange rate on date of purchase plus 10% GST. Prices include postage and handling. | | | TOTAL $ | |

### PAYMENT DETAILS

**Overseas Subscribers**
Please advise if invoice required - issued on confirmation of order.

☐ Telegraphic transfer to:
ANZ Bank International Services, Australia
A/c Name: TZ Minerals International Pty Ltd
A/c No. 2555-45838 ANZ Branch 016-498
Swift Code: ANZBAU3M

☐ Bank draft in **US$** drawn on **US Bank** by airmail:
TZ Minerals International Pty Ltd
PO Box 1252, Victoria Park East
WA 6981, Australia

**Australian Subscribers:**
Tax Invoice provided on confirmation of order.

☐ On-Line Banking to:
ANZ Bank West Perth, Western Australia
A/c Name: TZ Minerals International Pty Ltd
A/c No: 2555-45838
BSB: 016-498

☐ Cheque payable to:
TZ Minerals International Pty Ltd
PO Box 1252, Victoria Park East
WA 6981, Australia

☐ Credit Card: ☐ Visa ☐ Mastercard ☐ Amex ☐ Diners FOR TOTAL VALUE OF US$

Expiry Date: ____ / ____

Cardholder's Name: _____

Signature: _____
Payment of USD by Visa, M/Card or Diners may involve a small price variance due to the exchange conversion used by our Australian bank.

Name: _____
Position: _____
Company: _____
Postal Address: _____

Telephone: _____ Facsimile: _____
E-mail Address: _____ Website: _____

Please forward this form to TZMI by:
Fax: +61 8 9359 6050
E-mail: data@tzmi.com.au
Mail: PO Box 1252 Victoria Park East
Western Australia 6981 Australia

T Z M I