# EXHIBIT K

# Insulating Firebrick, Firebrick, Mortars

## product overview

## Introduction to our Products

Thermal Ceramics is a single-source provider of insulation and refractory technology: fiber, insulating and dense firebricks, monolithics and specialized insulation. Each product line has a number of well-known global brands.

**Fiber:** in blanket, module, paper, vacuum forming, mastic and textile forms for a variety of manufacturing applications. Brands include Superwool®, Kaowool®, Cera®, Pyro-Bloc®, FireMaster®.

**Insulating and Dense Firebrick:** in straight or slab form, in standard or custom-designed shapes. Brands include K®, JM™, TC®, TJM™ and SR™-90.

**Monolithics:** include insulating, general purpose and special duty dense castables. Brands include Tri-Mor®, Kaolite®, Firelite®, Kaocrete®, Firecrete®.

**Specialized Insulation:** microporous, fired dense refractories, including BTU-BLOCK™, Min-K®, Cerox® and Valcor®.

## Insulating and Dense Firebrick Offering

Thermal Ceramics Insulating Firebrick (IFB) offers unsurpassed performance in a wide variety of markets requiring structural insulation. Ten grades are manufactured to ISO 9002 certified standards, and operate in temperatures up to 3250°F (1787°C), and IFB can be specially engineered to meet special shape requirements.

In addition, a line of high alumina (90+%) dense firebrick, SR® can handle very difficult applications. These high purity bricks have excellent load-bearing strength at temperatures above 3000°F (1649°C), and provide good thermal shock resistance.

To compliment the Insulating and Dense Firebrick, a complete line of mortars are available in wet and dry grades. These mortars combine ease of use and high-temperature performance.

### Low-Temperature IFB Grades
- K®-23, TC-23, IFB 23 Tile and K-25
- Extremely low "K" factors
- Low densities and heat storage
- Excellent strength at room and high temperatures
- Excellent resistance to alkali attack
- Excellent service in applications involving special atmospheres

### High-Temperature IFB Grades
- K-26, TJM-26, TJM-28 and JM-30
- Excellent strength and thermal stability
- Low heat storage
- High purity
- Excellent thermal conductivity

### Firebrick
- SR-90, SR-99, SR-99 LS and Insalcor
- 90 and 99% alumina firebrick
- Excellent low $SiO_2$ contents for use in Hydrogen atmospheres
- Excellent high temperature stability

### Mortars
- High-Temp, Smoothset, Air-Set, K-Bond, Mul-Set F, Coastal 90
- Matched for use with each Thermal Ceramics firebrick and insulating firebrick
- Both heat setting and air setting grades are available
- Temperature use limits range from 2850°F to 3200°F (1566°C to 1760°C)

Morgan Crucible                                                                                                   www.thermalceramics.com

# Insulating Firebrick, Firebrick, Mortars

## Typical Applications

**IFB:**
- Furnace and kiln builders
- Aluminum pot cells
- Carbon baking pits
- Iron and steel reheat and blast furnaces
- Petrochem heaters
- Technical ceramic kilns

**Firebricks:**
- Chlorinator linings
- Incinerators
- Steel Furnaces
- Sulphur recovery units
- Coke ovens
- Secondary ammonia reformers





### Modular Units
Special brick lining designs are also available from Thermal Ceramics. Specially designed arches, domes, doors, and roofs are produced to meet the demanding requirements of our customers. Each modular unit is custom designed to meet the needs of the customer's application.



### Extra Purity
The very low levels of iron and other impurities in our IFB make them especially resistant to tough, reducing atmosphere conditions. As temperatures increase and dew points drop, high refractory purity is needed for long life.



**Thermal Ceramics**
Insulating Our World

tell me more
www.thermalceramics.com

P203/12.09



BEWARE OF IMITATIONS
Look for the Logo