# EXHIBIT M

# Titanium Minerals*

LANGTRY E. LYND †

STANLEY J. LEFOND ‡

Elemental titanium has become famous as a space age metal, because of its high strength/weight ratio and resistance to corrosion. However, the major use is in the form of titanium dioxide pigment, which because of its whiteness, high refractive index, and resulting light-scattering ability, is unequaled for whitening paints, paper, rubber, plastics, and other materials. A relatively minor use is in welding rod coatings, in the form of the mineral rutile. United States consumption of titanium dioxide in concentrates for these applications in 1982 was as follows: pigments, 630,000 st; titanium metal, 31,000 st; and welding rod coatings, 5,000 st. The only commercially important titanium ore minerals at the present time are ilmenite and its alteration products, and rutile.

Titanium was discovered by Gregor in 1790, as a white oxide which he recovered from menaccanite, a variety of ilmenite occurring as a black sand near Falmouth, Cornwall. Barksdale (1966) stated that the fundamental chemical reactions on which the present day titanium industry is based were known before 1800, although it was not until 1918 that these pigments were available commercially on the American market.

Pings (1972) outlined the early history of the titanium industry in the United States, referring to the work of Guise (1964) and others:

> Mining of titanium minerals in the United States began sometime between 1880 and 1900, in Chester County, Pennsylvania. Small quantities of rutile were also produced during that time in North Carolina and Georgia. In 1901 rutile was mined from a deposit near Roseland, VA, and was used in making titanium chemicals and for coloring ceramics. Ilmenite in the deposit was produced as a separate item in 1913, and rutile and ilmenite were obtained from this deposit through 1921.
>
> The mining of titanium bearing beach sands began in 1916 near Mineral City and Pablo Beach, FL, for the purpose of making titanium tetrachloride to be used in tracer bullets, flares, and smokescreens. The titanium pigment industry was founded in 1918. By 1928 a large part of the domestic production of rutile, ilmenite, and zircon came from Florida. However production ceased in 1929 in Florida with the mining of newly discovered deposits in Virginia which were mined until 1968. The discovery of new deposits in Florida, and the development of better mining and concentrating methods for low-grade sands, led to a return of activities in this area. The large deposits near Tahawus, NY, were brought into production in 1942 by National Lead Co. (now NL Industries, Inc.), and by 1949 this company was the leading producer of ilmenite in the world. In 1948 the extensive deposits of ilmenite and ilmenite-bearing iron ores were discovered in eastern Quebec.

The large Trail Ridge sand deposit in Florida was discovered by E. I. du Pont de Nemours & Co., Inc. geologists in cooperation with the US

* The writers are indebted to many sources of information for material used in this chapter. We especially wish to thank Stanford O. Gross for geological, mining, milling, and production information on the MacIntyre Development, and H. Leroy Scharon for his contribution on methods of exploration for hard-rock ilmenite deposits. Special thanks are also due the US Bureau of Mines; NL Industries, Inc.; W. P. Dyrenforth of Colorado School of Mines Research Institute, Golden, CO; A. G. Naguib, Vice President, Mineral Development International, Orange Park, FL; and Thomas E. Garnar, Jr., E. I. du Pont de Nemours & Co., Inc., for their cooperation and valuable assistance in preparing the manuscript.

† Physical Scientist, US Bureau of Mines, Division of Nonferrous Metals, Washington, DC.

‡ Industrial Minerals Consultant, Evergreen, CO.

O32-MISC_3_MAPS-000442

Bureau of Mines and the Florida Geological Survey, and was developed by Du Pont in the late 1940s (Garnar, 1980).

The beginning of the modern titanium metal industry was in 1948, when Du Pont produced the first metal. US Bureau of Mines reports, which gave details of the Kroll process, together with the attractive properties of the metal for military aircraft, led to a concerted effort by industry and government to develop a large-scale titanium metal industry, which reached a peak capacity of over 36,000 stpy from six producers by 1958 (Pings, 1972a).

The major developments affecting the titanium metal industry since the late 1950s have been fluctuations in the production rate of military aircraft, and the increasing use of the metal in commercial aircraft and for industrial applications. A major change in the titanium dioxide pigment industry starting in 1957 was the development and expansion of the chloride process, which generally uses higher grade $TiO_2$ raw materials such as rutile in contrast to the relatively low $TiO_2$ ilmenite feed used in the older sulfate process. The resulting increased demand for rutile led to higher prices, which in turn stimulated the development of processes for making rutile substitutes by beneficiation of ilmenite.

Since 1960, new deposits of sand ilmenite were developed in New Jersey, Georgia, and Florida. Annual domestic titanium dioxide pigment production was 635,000 st in 1982, 19% below the peak of 787,000 st reached in 1974.

## Production and Consumption of Titanium Concentrates and Products

United States production and consumption of ilmenite plus slag in 1982 were down appreciably from 1978 levels. Consumption of rutile also decreased, resulting in a 9% drop in United States pigment production from 1978 through 1982. World production of ilmenite plus slag has declined since 1978, and rutile production has increased (Table 1).

**TABLE 1—Salient Titanium Statistics**

| | 1978 | 1979 | 1980 | 1981 | 1982 |
|---|---|---|---|---|---|
| United States: | | | | | |
| Ilmenite concentrate: | | | | | |
| Mine shipments, st | 580,878 | 646,399 | 593,704 | 523,681 | 233,063 |
| Value, 1000 $ | $25,628 | $32,965 | $32,041 | $37,013 | $19,093 |
| Imports for consumption, st | 308,671 | 184,478 | 357,488 | 236,217 | 348,366 |
| Consumption, st | 792,289 | 791,063 | 848,607 | 856,116 | 583,250 |
| Titanium slag: | | | | | |
| Imports for consumption, st | 149,172 | 111,210 | 194,994 | 268,825 | 247,845 |
| Consumption, st | 128,826 | 144,708 | 181,582 | 252,826 | 225,541 |
| Rutile concentrate, natural and synthetic: | | | | | |
| Imports for consumption, st | 289,617 | 283,479 | 281,605 | 202,373 | 163,325 |
| Consumption, st | 263,184 | 313,761 | 297,582 | 285,371 | 238,937 |
| Sponge metal: | | | | | |
| Imports for consumption, st | 1,476 | 2,488 | 4,777 | 6,490 | 1,354 |
| Consumption, st | 19,854 | 23,937 | 26,943 | 31,599 | 17,328 |
| Price, Dec. 31, per lb | $3.28 | $3.98 | $7.02 | $7.65 | $5.55 |
| Titanium dioxide pigments: | | | | | |
| Production, st | 700,755 | 742,081 | 727,245 | r761,190 | 635,061 |
| Imports for consumption, st | 117,708 | 104,968 | 97,590 | 124,906 | 138,922 |
| Apparent consumption, st | 801,728 | 837,042 | 753,480 | r806,040 | 722,362 |
| *Price, Dec. 31, cents per lb:* | | | | | |
| Anatase | 46.0 | 53.0 | 57.0 | 69.0 | 69.0 |
| Rutile | 51.0 | 59.0 | 63.0 | 75.0 | 75.0 |
| World production: | | | | | |
| Ilmenite concentrate, st | r3,874,661 | r3,874,586 | 4,015,772 | p4,009,737 | e3,371,090 |
| Titaniferous slag, st | 1,037,193 | r842,038 | 1,343,200 | p1,245,000 | e1,170,000 |
| Rutile concentrate, natural, st | *332,690 | *r393,807 | *459,634 | *p409,220 | *e381,253 |

Source: US Bureau of Mines.
e Estimated. p Preliminary. r Revised.
* Excludes US production data to avoid disclosing company proprietary data.

**TABLE 2—Consumption of Titanium Concentrates in the United States, by Products**
**Short Tons**

| Year and Product | Ilmenite* | | Titanium slag | | Rutile (natural and synthetic) | |
|---|---|---|---|---|---|---|
| | Gross weight | $TiO_2$ content[e] | Gross weight | $TiO_2$ content[e] | Gross weight | $TiO_2$ content[e] |
| 1978 | 792,289 | 475,448 | 128,826 | 91,490 | 263,184 | 245,184 |
| 1979 | 791,063 | 487,228 | 144,708 | 106,346 | 313,761 | 292,912 |
| 1980 | 848,607 | 513,315 | 181,582 | 133,933 | 297,582 | 277,882 |
| **1981:** | | | | | | |
| Alloys and carbide | § | § | # | # | — | — |
| Pigments | 843,055 | 501,301 | 252,826 | 186,020 | [¶]206,257 | [¶]192,779 |
| Welding-rod coatings and fluxes | § | § | — | — | 7,389 | 6,944 |
| Miscellaneous‖ | 13,061 | 9,721 | — | — | 71,725 | 66,873 |
| Total | 856,116 | 511,022 | 252,826 | 186,020 | [¶]285,371 | [¶]266,596 |
| **1982:** | | | | | | |
| Alloys and carbide | § | § | # | # | — | — |
| Pigments | 574,634 | 345,618 | 225,541 | 168,433 | [¶]194,994 | [¶]184,403 |
| Welding-rod coatings and fluxes | § | § | — | — | 5,607 | 5,275 |
| Miscellaneous‖ | 8,616 | 6,775 | — | — | 38,336 | 35,435 |
| Total | 583,250 | 352,393 | 225,541 | 168,433 | [¶]238,937 | [¶]225,113 |

Source: US Bureau of Mines.
[e] Estimated. [r] Revised.
* Includes a mixed product containing rutile, leucoxene, and altered ilmenite.
† Includes estimate of imported ilmenite used to make synthetic rutile in the United States.
‡ Includes imported synthetic rutile, but excludes synthetic rutile made in the United States from imported ilmenite.
§ Included with "Miscellaneous" to avoid disclosing company proprietary data.
\# Included with "Pigments" to avoid disclosing company proprietary data.
‖ Includes ceramics, chemicals, glass fibers, and titanium metal.
¶ Includes synthetic rutile made in the United States.

Table 2 shows that about 94% of total United States $TiO_2$ consumption in 1982 was used in titanium dioxide pigment manufacture. Table 3 shows that paper and plastics are the fastest growing uses for titanium pigments. As shown in Table 4, the major imports of titanium concentrates are ilmenite and rutile from Australia, and titanium slag from Canada.

World production of titanium concentrates, shown in Table 5, comes mainly from four major producing countries, Australia, Norway, the United States, and the USSR, with about 230,000 to 1,300,000 stpy each, and from Finland, India, and Malaysia, each producing 120,000 to 200,000 stpy. Australia is by far the largest producer of rutile, while Canada and the Republic of South Africa produce nearly all of the world's titaniferous slag.

Prices of titanium concentrates and products (Table 6) generally increased significantly in the years 1978–1981, due to increased production costs and to development of a tight metal supply in 1979–1980 caused mainly by sharply increased demand for commercial aircraft. The prices of rutile and titanium sponge metal dropped in 1982 because of the economic recession, and collapse of the commercial aircraft market.

## Titanium Dioxide Pigments

Titanium dioxide pigments are made by two basic processes. In the older sulfate process, ilmenite (43 to 65% $TiO_2$) or slag (70 to 74% $TiO_2$ or 85% $TiO_2$) is converted to water-soluble sulfates, and the $TiO_2$ is recovered by hydrolysis of high-$TiO_2$ solutions. In the chloride process, rutile (95% $TiO_2$), high-$TiO_2$ ilmenite (60 to 70% $TiO_2$), or rutile substitutes (85 to 95% $TiO_2$, including 85% $TiO_2$ slag), are converted to volatile chlorides, and the $TiO_2$ is recovered by vapor phase oxidation of titanium tetrachloride.

Until the early 1950s, titanium dioxide pigments were produced entirely by the sulfate

**TABLE 3—Distribution of US Titanium-Pigment Shipments, by Industry, $TiO_2$ Content**
**Percent**

| Industry | 1978 | 1979 | 1980 | 1981 | 1982 |
|---|---|---|---|---|---|
| Paints, varnishes, lacquers | 47.9 | 47.4 | 44.1 | 43.4 | 43.3 |
| Paper | 20.8 | 21.8 | 24.3 | 23.8 | 24.6 |
| Plastics (except floor covering and vinyl-coated fabrics and textiles) | 11.6 | 11.8 | 10.6 | 11.4 | 11.4 |
| Rubber | 2.8 | 2.9 | 2.1 | 2.2 | 2.3 |
| Printing ink | 2.0 | 1.9 | 2.8 | 1.3 | 0.9 |
| Ceramics | 2.1 | 1.9 | 1.7 | 1.4 | 1.1 |
| Other | 6.7 | 7.1 | 8.2 | 8.6 | 6.4 |
| Exports | 6.1 | 5.2 | 6.2 | 7.9 | 10.0 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

Source: US Bureau of Mines.

**TABLE 4—US Imports for Consumption of Titanium Concentrates by Countries**
**Short Tons**

| Country | 1978 | 1979 | 1980 | 1981 | 1982 |
|---|---|---|---|---|---|
| Ilmenite: | | | | | |
| Australia | 308,649 | 184,478 | 338,676 | 234,562 | 342,279 |
| Finland | — | — | 27 | — | — |
| Germany, Federal Republic of | — | — | — | — | 24 |
| India | — | — | 18,739 | — | — |
| Netherlands* | — | — | 46 | — | — |
| Norway | 22 | — | — | 1,656 | — |
| Sri Lanka | — | — | — | — | 6,063 |
| Total† | 308,671 | 184,478 | 357,488 | 236,217 | 348,366 |
| Titanium slag: | | | | | |
| Canada | 149,172 | 81,289 | 145,475 | 246,137 | 201,168 |
| South Africa, Republic of | — | 29,921 | 49,519 | 22,685 | 45,685 |
| Other | — | — | — | 3 | 992 |
| Total | 149,172 | 111,210 | 194,994 | 268,825 | 247,845 |
| Rutile, natural: | | | | | |
| Australia | 242,505 | 140,291 | 143,038 | 88,345 | 74,501 |
| Malaysia | — | — | 267 | 11 | — |
| Sierra Leone | — | 7,980 | 40,900 | 25,236 | 53,308 |
| South Africa, Republic of | 5,453 | 10,819 | 18,907 | 47,406 | 11,320 |
| Sri Lanka | 6,063 | 6,305 | — | — | — |
| Thailand | — | — | 197 | — | — |
| Other | 8 | 18 | 33 | 25 | 2 |
| Total | 254,029 | 165,413 | 203,342 | 161,022 | 139,131 |
| Rutile, synthetic: | | | | | |
| Australia | 23,546 | 72,218 | 60,962 | 39,708 | 22,744 |
| Germany, Federal Republic of* | — | — | 2 | — | — |
| India | 11,011 | 22,134 | 10,471 | 440 | — |
| Japan | 675 | 1,243 | 6,590 | 1,200 | 1,450 |
| Taiwan | 356 | 22,471 | 238 | — | — |
| Other | — | — | — | 3 | — |
| Total† | 35,588 | 118,066 | 78,263 | 41,351 | 24,194 |
| Titaniferous iron ore‡: | | | | | |
| Canada | 51,640 | 153,714 | 10,185 | 12,271 | 6,996 |

* Country of transshipment rather than country of production.
† Data may not add to totals shown because of independent rounding.
‡ Includes materials consumed for purposes other than production of titanium commodities, principally heavy aggregate and steel furnace flux.

Case3:11-cr-00573-JSW Document321-13 Filed05/10/13 Page6 of 49

**TABLE 5—World Production of Titanium Concentrates—Ilmenite, Leucoxene, Rutile, and Slag, by Country,* St**

| Concentrate type and country | 1978 | 1979 | 1980 | 1981[p] | 1982[e] |
|---|---|---|---|---|---|
| Ilmenite and leucoxene† | | | | | |
| Australia: | | | | | |
| Ilmenite | 1,383,400 | [r]1,267,656 | 1,442,924 | 1,452,033 | #1,276,463 |
| Leucoxene | [r]17,752 | [r]24,001 | 26,393 | 21,657 | #22,198 |
| Brazil | 22,131 | [r]14,541 | 18,562 | 16,631 | 17,000 |
| China | NA | NA | NA | 150,000 | 150,000 |
| Finland | 145,395 | 131,947 | 175,267 | 178,023 | 176,000 |
| India§ | 178,063 | 161,867 | 185,078 | 208,147 | 209,000 |
| Malaysia # | 205,929 | 220,262 | 208,470 | 190,432 | 121,000 |
| Norway | 845,461 | 903,690 | 912,508 | 724,907 | #608,215 |
| Portugal | 358 | 295 | 258 | 368 | 370 |
| Sri Lanka | 36,421 | 61,035 | 37,430 | 88,197 | 88,000 |
| USSR[e] | 450,000 | 450,000 | 460,000 | 470,000 | 475,000 |
| United States‖ | 589,751 | 639,292 | 548,882 | 509,342 | #227,844 |
| Total | [r]3,874,661 | [r]3,874,586 | 4,015,772 | 4,009,737 | 3,371,090 |
| Rutile: | | | | | |
| Australia | 283,376 | [r]307,435 | 323,801 | 263,729 | #243,343 |
| Brazil | 402 | 484 | 472 | 190 | 220 |
| India§ | 6,239 | 5,445 | 5,908 | 9,647 | 8,800 |
| Sierra Leone | — | [r]8,267 | 52,356 | 55,992 | #52,590 |
| South Africa, Republic of[e] | 20,000 | 46,000 | 53,000 | 55,000 | 52,000 |
| Sri Lanka | 12,673 | 16,176 | 14,097 | 14,662 | 14,300 |
| USSR[e] | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| United States | W | W | W | W | W |
| Total | 332,690 | [r]393,807 | 459,634 | 409,220 | 381,253 |
| Titaniferous slag: | | | | | |
| Canada¶ | 937,000 | [r]525,840 | 964,200 | 837,000 | 750,000 |
| Japan¶ | 193 | 198 | — | — | — |
| South Africa, Republic of[e]** | 100,000 | 316,000 | 379,000 | 408,000 | 420,000 |
| Total | 1,037,193 | [r]842,038 | 1,343,200 | 1,245,000 | 1,170,000 |

Source: US Bureau of Mines.

[e]Estimated. [p]Preliminary. [r]Revised. NA Not available. W Withheld to avoid disclosing company proprietary data.

*Table excludes production of anatase ore in Brazil (4,298,731 tons produced prior to 1979 and apparently largely mined in 1978; 7,373,074 tons mined during 1979; and unreported quantities mined in 1980 and 1981), all of which was stockpiled without beneficiation. This material reportedly contains 20% $TiO_2$. The table includes data available through June 15, 1983.

†Ilmenite is also produced in Canada and in the Republic of South Africa, but this output is not included here because an estimated 90% of it is duplicative of output reported under titaniferous slag and the rest is used for purposes other than production of titanium commodities, principally as steel furnace flux and heavy aggregate.

‡Reported figure.

§Data are for fiscal year beginning Apr. 1 of year stated.

# Exports.

‖Includes a mixed product containing ilmenite, leucoxene, and rutile.

¶Contains 70% to 72% $TiO_2$.

**Contains 85% $TiO_2$.

process. However, by 1981, as shown by the listings of US and world production capacities in Tables 7 and 8, the proportion of pigment produced by the chloride process was about 78% in the United States, and was substantial in the rest of the world as well. Total world production capacity in 1982 was about 1,900,000 stpy chloride process pigment and 900,000 stpy sulfate process pigment. Future annual growth in consumption of $TiO_2$ pigments has been estimated at 2 to 3% in the United States, and at 3 to 4% in the rest of the world.

The chloride and sulfate process $TiO_2$ pigments have each demonstrated superior prop-

TABLE 6—US Prices of Titanium Concentrates and Products

| | Yearend prices | | | | |
|---|---|---|---|---|---|
| | 1978 | 1979 | 1980 | 1981 | 1982 |
| Concentrates: $ per st: | | | | | |
| Domestic ilmenite, 64% $TiO_2$ | — | — | 35* | 35* | 40* |
| Imported ilmenite, 54% $TiO_2$, f.o.b. Atlantic ports | 45 | 50 | 50 | 65 | 65 |
| Imported rutile, 95% $TiO_2$, f.o.b. Atlantic ports: | | | | | |
| Small lots | 325-350 | 425-450 | 425-450 | 450-475 | 450-475 |
| Large lots, long term, estimate | 250-275 | 350-375 | 350-375 | 325-350 | 275-300 |
| Titanium slag: | | | | | |
| 70-72% $TiO_2$, f.o.b. Quebec | 100 | 100 | 104 | 121 | 134 |
| 85% $TiO_2$, f.o.b. Republic of South Africa | — | 120 | 124 | 156 | 156 |
| Synthetic rutile, f.o.b. Mobile, AL | — | — | 310 | 340 | 350 |
| Products: $ per lb | | | | | |
| $TiO_2$ pigments, regular grade: | | | | | |
| Rutile, carlots, f.o.b. plant | 0.51 | 0.59 | 0.63 | 0.75 | 0.75 |
| Anatase, carlots, f.o.b. plant | 0.46 | 0.53 | 0.57 | 0.69 | 0.69 |
| Titanium sponge metal: | | | | | |
| Domestic, f.o.b. plant | 3.28 | 3.98 | 7.02 | 7.65 | 5.55 |
| Imported, Japanese, c.i.f. US ports, not including import duty | 3.20 | 3.60 | 7.50-8.70 | 7.50-8.50 | No quotation |

*Bulk, large lots, f.o.b. Green Cove Springs, FL. Open market price not available in previous years.

erties over the other in various applications. The chloride process, being a continuous process is inherently simpler, consisting of fewer steps, and has less waste material to dispose of, as it uses feed materials with higher $TiO_2$ content and lower iron content than the sulfate process. Chloride process manufacturers are increasing their ability to use lower grade feed materials, at the expense of having to dispose of more iron chloride or iron oxide. The sulfate process has the advantage of lower cost raw materials, but has the greater quantity of waste material for disposal.

TABLE 7.—United States Titanium Dioxide Pigment Producers In 1982.

| | Estimated Dec. 31, 1982 Annual Capacity, st | |
|---|---|---|
| Company and plant location | Sulfate process | Chloride process |
| American Cyanamid Co., Savannah, GA | 64,000 | 46,000 |
| E. I. du Pont de Nemours & Co., Inc.: | | |
| Antioch, CA | — | 35,000 |
| De Lisle, MS | — | 150,000 |
| Edge Moor, DE | — | 110,000 |
| New Johnsonville, TN | — | 228,000 |
| Gulf + Western Natural Resources Group, Chemicals Div.: | | |
| Ashtabula, OH | — | 35,000 |
| Gloucester City, NJ | 44,000 | — |
| Kerr-McGee Chemical Corp., Hamilton, MS | — | 56,000 |
| NL Industries, Inc., Sayreville, NJ* | — | — |
| SCM Corp., Glidden Pigments Group, Chemical/Metallurgical Div: | | |
| Ashtabula, OH | — | 42,000 |
| Baltimore, MD | 66,000 | 42,000 |
| Total | 174,000 | 744,000 |

*Closed 100,000 stpy sulfate process plant in September 1982.

TABLE 8—World Titanium Dioxide Pigment Production Capacity, Dec. 31, 1982

| Country | Producing Companies | Estimated Annual Capacity, st | |
|---|---|---|---|
| | | Sulfate | Chloride |
| **North America:** | | | |
| Canada | Canadian Titanium Pigments, Tioxide Canada | 76,000 | — |
| Mexico | Pigmentos y Productos Quimicos | 33,000 | — |
| United States | American Cyanamid, Du Pont, Gulf & Western, Kerr-McGee, NL Industries, SCM | 174,000 | 744,000 |
| **South America:** | | | |
| Brazil | Titanio do Brasil (Tibras) | 33,000 | — |
| **Europe, Western:** | | | |
| Belgium | Kronos SA-NV, Bayer SA | 72,000 | — |
| Finland | Kemira Oy | 88,000 | — |
| France | Thann et Mulhouse, Tioxide SA | 182,000 | — |
| Germany, Federal Republic of | Bayer, AG, Kronos Titan GmbH, Sachtleben Chemie | 298,000 | 66,000 |
| Italy | Montedison | 44,000 | — |
| Netherlands | Tiofine | 39,000 | — |
| Norway | Kronos Titan A/S | 28,000 | — |
| Spain | Dow-Uniquinesa, Titanio SA | 77,000 | — |
| United Kingdom | BTP Tioxide, Laporte Industries | 143,000 | 100,000 |
| **Europe, Eastern:** | | | |
| Czechoslovakia | Prerovske Chemiske | 22,000 | — |
| Poland | ZPN | 40,000 | — |
| USSR | State Authority | 137,000 | — |
| Yugoslavia | Cinkarna Celje | 22,000 | — |
| **Asia:** | | | |
| China, Mainland | State Authority | 20,000 | — |
| Taiwan | ISK Taiwan | 10,000 | — |
| India | Travancore Titanium Products | 15,000 | — |
| Japan | Fuji Titanium, Furukawa Mining, Sakai Chemical, Teikoku Kaku, Titan Kogyo, Tohuku Chemical, Titanium Industries | 224,000 | 26,000 |
| Korea, Republic of | Hankuk Titanium, Donhwa Titanium | 10,000 | — |
| **Africa:** | | | |
| South Africa, Republic of | South African Titan Products | 35,000 | — |
| Australia | Tioxide Australia, Laporte Titanium (Australia) | 75,000 | — |
| Totals | | 1,897,000 | 936,000 |
| Total, chloride plus sulfate | | 2,833,000 | |

Source: Modified from Coope, 1982.

### Sulfate Process

**Specifications for Sulfate Plant Feed:** There are no rigid specifications for feed material to be used in the sulfate process, but certain impurities such as chromium, vanadium, columbium, manganese, and phosphorus are known to seriously impair pigment properties, so the degree of freedom from these elements is an important factor in selection of concentrates for this process. The $TiO_2$ content must be high enough to be recovered economically, and capable of dissolution in sulfuric acid at practical temperatures. Some typical commercial concentrates with their chemical and mineralog-

Case3:11-cr-00573-JSW Document321-13 Filed05/10/13 Page9 of 49

**TABLE 9—Composition of Typical Commercial Ilmenite Concentrates and Titaniferous Slag Weight Percent**

| | United States | | Australia | | | India | | Malaysia | Canada | Republic of South Africa |
|---|---|---|---|---|---|---|---|---|---|---|
| | New York | Florida | Cable Bunbury | Western Titanium | Norway | Quilon | MK | Amang | QIT Slag | RB Slag |
| $TiO_2$ (total) | 46.1 | 64.00 | 54.4 | 55.4 | 45.0 | 60.6 | 54.2 | 53.1 | 70-74 | 85.0 (min) |
| $Ti_2O_3$ | | | | | | | | | 10-15 | 25.0* |
| $Fe_2O_3$ | 6.7 | 28.48 | 19.0 | 11.1 | 12.5 | 24.2 | 14.2 | 8.7 | | |
| FeO | 39.3 | 1.33 | 19.8 | 22.5 | 34.0 | 9.3 | 26.6 | 33.6 | 12-15 | |
| $Al_2O_3$ | 1.4 | 1.23 | 1.5 | | 0.6 | 1.0 | 1.3 | | 4-6 | |
| $SiO_2$ | 1.5 | 0.28 | 0.7 | 1.4 | 2.8 | 0.7 | | | 3.5-5 | |
| CaO | 0.5 | 0.007 | 0.04 | | 0.25 | | | | 1.2* | 0.15* |
| MgO | 1.9 | 0.20 | 0.45 | | 5.0 | 0.9 | 1.0 | | 4.5-5.5 | 1.3* |
| $Cr_2O_3$ | 0.009 | | 0.2 | 0.03 | <0.076 | 0.12 | 0.07 | 0.005 | 0.25 | 0.3* |
| $V_2O_5$ | 0.05 | | 0.12 | 0.13 | 0.16 | 0.15 | 0.16 | 0.02 | 0.5-0.6 | 0.6* |
| $ZrO_2$ | 0.01 | | | | | 0.9 | 0.8 | | | |
| S | 0.6 | | <0.01 | | <0.05 | 0.21 | 0.12 | | 0.03-0.10 | |
| $P_2O_5$ | 0.008 | 0.12 | 0.02 | | <0.04 | | | 0.065 | 0.025* | |
| MnO | 0.5 | | 1.4 | | 0.25 | 0.4 | 0.4 | 4.0 | 0.2-0.3 | 2.5* |
| $H_2O$ (loss on ignition) | 1.3 | | 0.4 | | | 2.0 | 0.3 | | | |
| Rare earths | | | | | | trace | 0.12 | | | |
| C | 0.22 | | | | <0.055 | | | | 0.03-0.10 | |
| Reference | (1) | (2) | (3) | (3) | (4) | (3) | (3) | (3) | (5) | (6) |

References: (1) NL Industries; (2) DuPont; (3) Anon., 1971c; (4) Anon., 1973c; (5) Guimond, 1964; (6) Anon., 1977, chloride grade.
*Maximum

ical compositions are listed in Table 9. It will be noted that the $TiO_2$ contents range from about 45% for unaltered ilmenite concentrates to 85% for slag.

**Processing to Pigment:** In the sulfate process finely ground ilmenite or high-$TiO_2$ slag is digested with strong sulfuric acid, forming a solid, porous cake which is dissolved in dilute acid and water to yield a solution of titanyl sulfate ($TiOSO_4$) and iron sulfate. Any ferric iron present is reduced to the ferrous state by adding scrap iron. This is done to avoid precipitation of ferric iron later in the process and to facilitate washing the precipitated titania, since ferrous iron is less strongly adsorbed. After reduction, the solution is clarified by settling and filtration. With ilmenite solutions, some of the iron is usually crystallized out as ferrous sulfate heptahydrate (copperas). The solution is then concentrated, and the titania is precipitated by hydrolysis, filtered, washed, calcined at 900° to 1000°C to the oxide, and further treated prior to the finished pigment stage. The nature of the various special treatments determines the grade and type of the finished pigment, i.e., whether it is anatase or rutile, chalking or nonchalking, oil or water dispersible, etc.

The estimated tons of raw material required to produce one ton of $TiO_2$ are as follows:

| | |
|---|---|
| Ilmenite or titanium slag | 1.5–2.8 |
| Sulfuric acid | 3.0–4.0 |
| Iron scrap | 0.1–0.2 |

**Chloride Process**

In the chloride process, titanium tetrachloride ($TiCl_4$) is produced by chlorinating titaniferous, higher-grade materials at about 850° to 900°C in the presence of petroleum coke. The estimated tons of raw materials required to produce one ton of $TiO_2$ are as follows:

| | |
|---|---|
| Rutile | 1.1–1.2 |
| Chlorine | 0.1–0.2 |
| Petroleum coke | 0.1–0.2 |
| Oxygen | 0.4–0.5 |
| Aluminum chloride | 0.03 |

All the commercial $TiCl_4$ plants in the United States use fluid-bed chlorinators but static-bed chlorinators also can be used.

Titanium tetrachloride is a highly reactive liquid at room temperatures and reacts violently with moisture. Hence, all handling of the $TiCl_4$ is carried out under inert conditions to avoid contamination by oxygen or moisture in the air.

Unfortunately, the inherent impurities in the ore also form chlorides which have to be removed by fractional condensation before the next step, otherwise they are precipitated with the titanium dioxide and cause off-color pigments. Iron, vanadium, and silicon are the more deleterious impurities. Trace impurities are removed by distillation and/or chemical treatment.

O32-MISC_3_MAPS-000449

**Processing to Pigment:** The purified titanium tetrachloride is converted directly to titanium dioxide by oxidizing the $TiCl_4$ with air or oxygen at a high temperature. The resulting fine grained $TiO_2$ is calcined at about 500° to 600°C to remove any residual chlorine and hydrochloric acid that may have been formed in the reaction. The calcination also helps to improve some of the pigment characteristics. Aluminum chloride is added to the titanium tetrachloride to assure that virtually all of the titanium is oxidized in the rutile crystalline form. The chlorine formed during oxidation is recovered and recycled.

The process can produce pigments in either the anatase or rutile form. The cost per ton of pigment is believed to be less by the chloride process than by the sulfate process.

## Titanium Metal

Titanium has two major advantages over other structural metals—its high strength/weight ratio, and its outstanding corrosion resistance. Disadvantages are its relatively high cost and difficulty in fabrication.

### Applications and Consumption

The major applications of titanium metal have been in the aerospace industry, and consumption has been strongly dominated by military aircraft demands. The proportion of titanium consumption used for military planes has decreased somewhat but in 1981 was still estimated to be 35% compared to 40% for commercial planes, and 25% for nonaerospace applications. The heavy dependence on aerospace markets has led to severe fluctuations in demand. The most serious setback was in 1958–1959, when military aircraft production was cut back in favor of missile development, with a drop in titanium sponge production from about 17,000 tons in 1957 to 4600 tons in 1958 and 4000 tons in 1959. Gradual recovery and further fluctuations in demand led to successive new peaks in mill product shipments of 16,000 tons in 1969, 17,000 tons in 1974, and about 27,000 tons in 1980, with intervening lows coinciding approximately with cancellation of the supersonic transport program in 1971 and of the B-1 bomber program in 1977. The strong market in 1978 through 1981 resulted mainly from sharply increased rates of ordering for commercial aircraft such as the Boeing 747, Lockheed L1011, and McDonnell-Douglas DC10 in 1978–1979, and for the Boeing 757 and 767 in 1979–1981, as well as moderately increased demand for tubing to be used in nuclear power plant condensers in 1979.

Of the titanium used for airplanes in 1980–1981, about 55% was for commercial, and 45% for military aircraft. The main use in engines is for compressor disks and blades, and other compressor components. In airframe structures titanium is used to reduce the weight of various parts such as frames, bulkheads, longerons, skin, fasteners, firewalls, ducts, tubes, fairings, landing gear assemblies, and for parts subjected to high temperature. Titanium is also used extensively in missile and space vehicle components.

Nonaerospace consumption was only 5 to 6% of mill product shipments for many years, but reached 20% of shipments or about 3,000 tons in 1973, and about 25% of shipments, or 6,700 tons in 1980. Besides the use in power plant condensers, the largest industrial application, nonaerospace applications for titanium metal include heat exchangers in the chemical and petroleum industries; anodes in electrochemical processing; evaporators for water desalination; and pumps, valves, tanks, piping, and other chemical processing equipment. Anticipated new growth areas include power plant gas turbine blades; salt water environment uses, including offshore drilling platforms, titanium-hulled submarines, and ocean temperature energy conversion; and possible automotive applications.

### Processing to Metal

**Kroll Process:** Commercial production of titanium metal involves the reduction of $TiCl_4$ with magnesium or sodium metal, using various modifications of the Kroll process (Kroll, 1940).

The titanium tetrachloride used for manufacture of titanium metal is produced by chlorination of rutile, blends of rutile with altered ilmenite, or other high-$TiO_2$ concentrates, using fluid-bed chlorinators. Coke is used as a reductant, and the reaction is generally carried out at temperatures of 850° to 950°C. The liquid $TiCl_4$ from the chlorinator is purified by chemical treatment and distillation.

Titanium sponge producers in the United States and their 1982 production capacities are listed in Table 10.

At the Titanium Metals Corp. of America plant at Henderson, NV (Lloyd, 1956), reduction of $TiCl_4$ is carried out with magnesium in steel pots in gas-fired furnaces, under a helium

**TABLE 10—1982 United States Titanium Sponge Capacity**

| Sponge Producers | Annual Capacity, St |
|---|---|
| Titanium Metals Corp. of America (NL Industries, Inc. and Allegheny International, Inc.), Henderson, NV | 15,000 |
| RMI Co. (US Steel Corp. and National Distillers Corp.), Ashtabula, OH | 9,500 |
| Oregon Metallurgical Corp. (Publicly owned, with Armco Steel Co. as major stockholder), Albany, OR | 4,500 |
| International Titanium, Inc. (Wyman-Gordon Co.; Ishizuka Research Institute and Mitsui & Co., Ltd., Japan; and other US and Japanese interests) | 2,500 |
| Teledyne Wah Chang Albany, Albany, OR (Teledyne, Inc.) | 1,500 |
| Western Zirconium Co. (Westinghouse Electric Corp.) | 500 |
| Total | 33,500 |

atmosphere, at a temperature above the melting point of magnesium chloride, but below the melting point of the titanium metal, which forms as a spongelike mass. The sponge is removed from the reactor in a dry room to avoid absorption of moisture and is crushed and leached with acid to remove residual magnesium and magnesium chloride. The magnesium chloride drained from the reactors is transported molten to the magnesium plant, where magnesium and chlorine are recovered by electrolysis.

Oregon Metallurgical Corp. (Oremet) and Teledyne Wah Chang Albany also use magnesium to reduce the $TiCl_4$ to metal, while RMI Co. uses sodium for reduction. Oremet uses an inert gas sweep to remove nearly all of the magnesium chloride from the sponge, ITI and Teledyne use vacuum distillation, and RMI uses dilute acid leaching.

Titanium sponge is converted to ingot by compacting and double or triple vacuum arc-melting, along with scrap and alloying constituents, as a consumable electrode, using a water-cooled copper crucible. Vacuum melting removes hydrogen, residual magnesium chloride, and other volatile impurities.

All of the sponge manufacturers except ITI are integrated producers. Producers of ingots from titanium sponge and scrap in 1982, besides the sponge producers, included Martin-Marietta Aluminum, Inc., Teledyne Allvac, Howmet Corp., and Lawrence Aviation Industries, Inc.

A National Materials Advisory Board report (Anon., 1983) on availability of titanium provides a broad, integrated overview of the titanium field.

**Electrolytic Titanium:** Electrolytic procedures for producing titanium metal have been extensively investigated with the object of developing a continuous process which would be more economical than the batch Kroll process (Cobel et al., 1980; Leone et al., 1967; Priscu, 1966; Ramsdell and Mathews, 1960; Snyder, 1966). Early work was done by the US Bureau of Mines in Boulder City, NV. National Lead Co. was also involved in electrolytic titanium research as early as 1950. Titanium Metals Corp. of America built a semi-works plant and produced about 68,000 kg (150,000 lb) of electrolytic sponge titanium, but discontinued the operation in 1968 because of overcapacity for making sponge by the Kroll process. In 1980 D-H Titanium Co., a joint venture of Dow Chemical Co. and Howmet Turbine Components Corp., announced startup of an electrolytic titanium demonstration plant in Freeport, TX. The D-H process, which involves reduction of titanium tetrachloride in a fused salt bath, is based on early work done by the Bureau of Mines (Leone et al., 1967), research work by Dow, and pilot plant operation by Howmet at Whitehall, MI (Cobel et al., 1980). It is claimed that electrolytic processes will produce a higher purity product, require less capital investment, and consume less energy than plants using magnesium or sodium reduction (Minkler, 1980). The D-H venture was terminated in late 1982, mainly because of adverse market conditions.

### Production and Prices

United States annual sponge and ingot production up to 1963, and ingot production from 1964–1980 are given in Table 11. Recovery to the 1957 peak of 17,249 st was not achieved until 1966, and two subsequent peaks were reached in 1969, 1974, and 1981.

From 1948 until 1954 the price of domestic titanium sponge metal was $5.00 per lb. Since then the price dropped many times, reaching a low of $1.32 in 1964 through 1972, before rising to reach $2.70 in 1975, $3.98 in 1979, $7.02 in 1980, and $7.65 per lb in mid-1981.

| Annual Capacity, St |
|---|
| 15,000 |
| 9,500 |
| 4,500 |
| 2,500 |
| 1,500 |
| 500 |
| 33,500 |

ɜt al., 1967; Priscu, ɜws, 1960; Snyder, ɔne by the US Bu- Ɔity, NV. National 1 in electrolytic ti- ıs 1950. Titanium built a semi-works ·8,000 kg (150,000 titanium, but dis- 1968 because of onge by the Kroll ınium Co., a joint Co. and Howmet announced startup emonstration plant process, which in- ı tetrachloride in a ıarly work done by ɜ et al., 1967), re- pilot plant opera- , MI (Cobel et al., ·ctrolytic processes / product, require consume less en- ıesium or sodium The D-H venture !, mainly because ).

ge and ingot pro- t production from ɜ 11. Recovery to was not achieved uent peaks were 981. price of domestic ¡.00 per lb. Since times, reaching a ıgh 1972, before 5, $3.98 in 1979, r lb in mid-1981.

**TABLE 11—United States Production* of Titanium Sponge and Ingot (Short tons)**

| Year | Sponge | Ingot |
|---|---|---|
| 1950–54, average | 1,851 | NA |
| 1955 | 7,398 | 4,573 |
| 1956 | 14,595 | 11,688 |
| 1957 | 17,249 | 10,009 |
| 1958 | 4,585 | 5,408 |
| 1959 | 3,898 | 6,017 |
| 1960 | 5,311 | 8,297 |
| 1961 | 6,727 | 9,371 |
| 1962 | 6,730 | 10,400 |
| 1963 | 7,879 | 11,138 |
| 1964 | — | 13,964 |
| 1965 | — | 15,294 |
| 1966 | — | 24,253 |
| 1967 | — | 25,960 |
| 1968 | — | 19,234 |
| 1969 | — | 28,490 |
| 1970 | — | 24,331 |
| 1971 | — | 18,450 |
| 1972 | — | 20,267 |
| 1973 | — | 28,932 |
| 1974 | — | 36,132 |
| 1975 | — | 25,560 |
| 1976 | — | 21,614 |
| 1977 | — | 26,302 |
| 1978 | — | 31,385 |
| 1979 | — | 37,414 |
| 1980 | — | 41,864 |
| 1981 | — | 45,923 |
| 1982 | — | 25,236 |

Source: *Minerals Yearbooks* and *Mineral Industry Surveys*, US Bureau of Mines.

*After 1963, the US Bureau of Mines no longer reported data on sponge production, to avoid disclosing company proprietary information. Data for ingot production, 1964-1980, include alloying constituents and the use of imported as well as domestically produced sponge.

NA–Not available.

### Miscellaneous Uses

Fairly large amounts of rutile concentrate (about 7,000 st US consumption in 1980) are used for welding-rod coatings. Ilmenite, slag, or manufactured $TiO_2$ may also be used as a source of $TiO_2$ for welding-rod coatings, but rutile is considered to be the most desirable for this purpose (Stamper, 1970). The titanium dioxide stabilizes the electric arc, reduces the viscosity of the slag formed, and decreases the surface tension of the metal droplets on the electrodes, resulting in a smooth weld (Peterson, 1966).

Titanium dioxide also is used in producing ceramic capacitors and electromechanical transducers, in producing glass fibers, and for making titanium carbides. Commercial carbide cutting tools contain 8 to 85% titanium carbide, with or without tungsten carbide, in a matrix of molybdenum, nickel, or cobalt. Organotitanium compounds such as alkyl and butyl titanates, derived from alcohols by reaction with titanium tetrachloride, and titanium esters are used as catalysts for various polymerization processes, as water repellents, and in dyeing processes (Stamper, 1970).

Titanium, formerly used mainly as a deoxidizer, has assumed considerable importance in the manufacture of stainless steels as a carbon- and nitrogen-stabilizing element to inhibit intergranular corrosion. The titanium is usually added as ferrotitanium, which is generally made by melting titanium scrap and iron together in an electric furnace. Ferrotitanium contains 15 to 70% titanium and 7 to 0.03% carbon. US consumption of titanium in steel and other alloys in 1982 was about 2,000 tons.

Large crystals of rutile, and certain titanates, especially strontium titanate, have been produced commercially, mainly by NL Industries, Inc., using a flame fusion process (Lynd and Merker, 1955; Moore, 1955). Because the refractive index of strontium titanate (1.41) is almost identical to that of diamond, strontium titanate gemstones look very much like diamonds, except that strontium titanate has more fire (flashes of spectral color) due to its higher dispersion. Strontium titanate also has been used in optical applications, such as for infrared detection devices (Beals and Merker, 1960).

## Geology

### Mineralogy

Although titanium is the ninth most abundant element of the lithosphere, comprising an estimated 0.62% of the earth's crust, there are only a few minerals in which it occurs in major amounts: rutile, anatase, and brookite (which are polymorphs of $TiO_2$), ilmenite and its alteration products, including leucoxene, perovskite ($CaTiO_3$), and sphene ($CaTiSiO_5$). Anatase may be emerging as a significant ore mineral of the future, but ilmenite, altered ilmenite, leucoxene, and rutile have been the only large volume ore minerals through 1980.

**Ilmenite:** The chemical formula of theo-

retically pure ilmenite is $FeO.TiO_2$. It was shown by Ramdohr (1950) that up to 6% $Fe_2O_3$ may be dissolved in solid solution, and at 1050°C a continuous solid solution series exists between ilmenite and hematite (Nicholls, 1955). Hematite may, and often does, occur with ilmenite as minute exsolution lamellae. Magnesium and manganese may substitute for the ferrous iron in ilmenite, which can produce the rare end-members $MgTiO_3$ (geikelite) and $MnTiO_3$ (pyrophanite), but usually these two elements are present as minor impurities. Magnetite is a common associate of ilmenite in igneous and metamorphic rocks, and in such coexisting pairs chromium, nickel, and vanadium tend to concentrate in magnetite while manganese concentrates in ilmenite.

In basic igneous rocks, notably anorthosites, gabbros, and basic lavas, ilmenite frequently occurs in intimate intergrowths with magnetite. The ilmenite forms lenses following octahedral parting planes in the magnetite host, and magnetite may, in turn, form crystallographically oriented inclusions within the ilmenite lenses.

**Altered Ilmenite and Leucoxene:** In sand deposits ilmenite frequently exhibits a degree of alteration caused by oxidation and removal of iron. The end product is essentially $TiO_2$. The process was described by Temple (1966) as follows:

> Alteration is initiated along grain boundaries and structural discontinuities within the grain. After going through an amorphous stage, oxidation and partial removal of iron from the ilmenite lattice results in an intermediate iron titanate of definite structure for which the name pseudorutile has been proposed. The alteration product at the stage of complete oxidation of the original iron in the ilmenite analyses 65–70% $TiO_2$ as compared with the 52% $TiO_2$ of ilmenite. Complete removal of iron from the pseudorutile lattice results in a grain composed of crystallites of the mineral rutile. Only the three mineral phases: ilmenite, pseudorutile and rutile have been identified in the commercial titanium mineral concentrates studied. Natural occurrence, in sand deposits, indicates that in weathering final removal of iron from pseudorutile to give the rutile end product takes place only either above or in the zone of the fluctuating water table.

The alteration products of the mineral ilmenite are herein termed "altered ilmenite." Many commercial ilmenite concentrates actually consist of altered ilmenite. However, the term "leucoxene" is also applied to high-$TiO_2$ products of alteration. Commercial justification for distinguishing between the high- and low-iron products of alteration lies in the fact that the former are used in the sulfate process by pigment manufacturers whereas the latter are not economically soluble in sulfuric acid but are used, as is rutile, for the production of titanium tetrachloride used for pigment and titanium metal manufacture.

Alteration is an extremely slow process which is aided by elevated temperature, so that older sand deposits in temperate and tropical regions of the world generally contain high-$TiO_2$ ilmenite. Younger deposits, for example, those found on modern beaches, and those in the higher latitudes usually contain unaltered ilmenite with a $TiO_2$ content around 50%, near the theoretical level for pure ilmenite.

**Rutile:** Rutile, the high pressure, high temperature polymorph of $TiO_2$, is the commonest form in nature and is a widespread accessory mineral in high grade metamorphic gneisses and schists and in igneous rocks. It is also a common detrital mineral.

Commercial rutile concentrates run 95% $TiO_2$ or more, with $SiO_2$, $Cr_2O_3$, $V_2O_3$, $Al_2O_3$, and iron oxides comprising the remainder. Analyses of rutile from other occurrences may show major amounts of tantalum and columbium, which can enter titanium minerals because of the close similarity in ionic radius between $Ti^{+4}$ and both $Cb^{+5}$ and $Ta^{+5}$. There is also a high iron variety termed ferroan rutile.

Rutile may form by alteration from ilmenite or anatase, and while it is very stable over a broad range of geologic conditions, occasionally processes may be reversed so that rutile alters to sphene, possibly ilmenite, and more rarely anatase.

The characteristic color of rutile is reddish brown, but it may be black, violet, yellow, or green.

## Classification of Deposits

Titanium minerals have been mined from both rock and sand deposits. Until about 1942, nearly all of the ilmenite and rutile produced commercially came from sand deposits, but about one third of the world's ilmenite in 1982 came from rock deposits. Rutile, however, is now produced exclusively from sand deposits.

**Rock Deposits:** *Anorthositic Deposits*—Nearly all of the known commercially important rock deposits of titanium minerals are associated with anorthositic or gabbroic rocks, and are of three main types: ilmenite-magnetite (titaniferous magnetite), ilmenite-hematite, and ilmenite-rutile. Ilmenite-magnetite deposits usually contain ilmenite and magnetite as

O32-MISC_3_MAPS-000453

mer are used in
nt manufacturers
:onomically solu-
ised, as is rutile,
um tetrachloride
um metal manu-

ely slow process
mperature, so that
erate and tropical
ally contain high-
osits, for example,
ches, and those in
contain unaltered
around 50%, near
lmenite.
n pressure, high
$TiO_2$, is the com-
is a widespread
rade metamorphic
gneous rocks. It
eral.
ntrates run 95%
$O_3$, $V_2O_3$, $Al_2O_3$,
; the remainder.
occurrences may
alum and colum-
ium minerals be-
y in ionic radius
nd $Ta^{+5}$. There is
ed ferroan rutile.
eration from il-
: it is very stable
gic conditions, oc-
reversed so that
bly ilmenite, and

: rutile is reddish
violet, yellow, or

een mined from
Until about 1942,
d rutile produced
nd deposits, but
s ilmenite in 1982
utile, however, is
om sand deposits.
*sitic Deposits*—
ommercially im-
ium minerals are
r gabbroic rocks,
ilmenite-magne-
ilmenite-hematite,
nagnetite deposits
nd magnetite as

granular intergrowths that can be separated rather readily to yield concentrates of ilmenite and magnetite which may be essentially homogeneous minerals, or may consist of intimate intergrowths of one mineral in the other. Ilmenite-hematite deposits usually contain these minerals as intimate intergrowths and yield an ilmenite-hematite, or hemo-ilmenite concentrate rather than a separate concentrate of each mineral. Ilmenite-rutile deposits contain rutile and ilmenite either as separate concentrations or occurring together.

*Miscellaneous Deposits*—Other types of rock deposits in the United States that have been mined, or seriously considered as sources of titanium, include a deposit of ilmenite disseminated in schist in Yadkin Valley, North Carolina (Broadhurst, 1955), and a complex deposit of rutile, anatase, and brookite in a pegmatitic phase of alkalic rocks surrounding sediments at Magnet Cove, Arkansas (Fryklund and Holbrook, 1950; Fryklund et al., 1954).

A perovskite deposit in southwestern Colorado owned by Buttes Gas & Oil Co. was estimated to contain about 50 million tons of $TiO_2$ (Thompson, 1977). Processes to convert perovskite to titanium dioxide were being investigated through 1982.

The US Bureau of Mines (Llewellyn et al., 1980) and the US Geological Survey (Force, 1980) investigated the porphyry copper ores and mill tailings as a possible source of rutile. It was concluded that this material, which contains about 0.3% of potentially recoverable fine-grained rutile, could constitute a sizeable domestic resource, but more work is needed to develop an economic recovery process.

Major occurrences of anatase and ilmenite in weathered carbonatite bodies at Tapirá, Salitre, and Catalão in Minas Gerais, Brazil, are under investigation as new raw material sources. Feasibility and pilot plant studies to determine grades and recoveries of possible future commercial titanium mineral concentrates have been carried out. Modifications in pigment manufacturing processes may be necessary to accommodate potential production as a feed, or beneficiation or slagging may be used to make concentrates acceptable to existing pigment plants, but successful exploitation by any avenue will cause these and possibly other carbonatite occurrences to be classed as an important rock ore type.

Occurrences of titanium minerals in other types of rocks are known, but are not considered to be of commercial significance (Force et al., 1976).

**Sand Deposits:** Beaches, bars, dunes, and stream sands in many parts of the world are enriched by gravity segregation of the heavy minerals that are chemically resistant to weathering and physically hard enough to withstand considerable abrasive action. The energy of currents, waves, and to a lesser extent, winds, mobilizes the sand grains and permits them to behave as individuals within a fluid medium. Where the energy decreases, the heavier particles fall out while the lighter ones are carried farther. The composition of the heavy mineral concentrate depends on the nature of the geologic terrane being subjected to weathering and erosion and supplying materials to transporting streams. If available at the source, titanium-bearing minerals, zircon, magnetite, chromite, rare earth minerals such as monazite, staurolite, kyanite, sillimanite, garnet, xenotime, precious metals, and diamonds may be concentrated in this way. The resultant gravity segregations are usually dark colored and are called "black sands." Not all black sands are ore mineral occurrences; those found on the beaches of volcanic islands, for example, may be mostly amphibole and pyroxene.

There is a wide variation in titaniferous black sands in terms of heavy mineral concentration, percentage of titanium minerals within the heavy mineral suite, and $TiO_2$ content of the titanium mineral concentrate. All of these factors interact in rating deposits according to quality and as to whether they are today's reserves or possible resources of the future. Furthermore, the presence or absence of valuable coproduct or byproduct minerals such as zircon is a complicating factor. A classification on the basis of mineralogy, as suggested in the following section, is only broadly applicable.

Sand deposits in which rutile is the only economically important titanium mineral occur along the eastern shore of Australia. Ilmenite, altered ilmenite, and rutile form inland elevated strand-line deposits in Western Australia and in older sands of the Atlantic Coastal Plain of the United States. Ilmenite and altered ilmenite are the principal titanium ore minerals in other Western Australian districts; in Kerala, India; in deposits north of the Black Sea in the USSR; and in Florida and Georgia. Relatively unaltered ilmenite is found in large beach and dune occurrences along the northeastern coast of South Africa, in the Nile Delta of Egypt, and in still other Western Australian deposits, those closest to the pres-

ent coast. Sand deposits of titaniferous iron ores occur as dune and beach deposits in many volcanic areas, of which those in New Zealand are the outstanding examples.

### Mode of Occurrence and Origin

**Rock Deposits:** The anorthositic deposits contain titanium minerals either as massive ore, or disseminated in rock ranging from anorthosite to gabbro in composition, and varying in grade from solid ore to almost barren rock. While there are metamorphic and hydrothermal features in some parts of these deposits, for the most part, they seem to have formed at magmatic temperatures by magmatic processes.

The only other type of ilmenite rock deposit to be exploited commercially was the Yadkin Valley deposit in Caldwell County, North Carolina (Broadhurst, 1955), which was operated by a Glidden Co. subsidiary from 1942 to 1952. The ore consists of small masses of ilmenite disseminated throughout a talcose body which lies conformably with the enclosing quartzite and mica schist.

The Hot Spring County, Arkansas, deposits have been studied extensively for possible commercial development, and some rutile was recovered from the Magnet Cove deposit from 1932 to 1944. The deposits occur in a complex mixture of alkalic igneous rocks intruding folded sedimentary and metamorphic rocks. Much of the titanium is in the form of rutile or brookite, but many other titanium minerals have been identified. The ore minerals are intimately associated with gangue (Fryklund and Holbrook, 1950; Fryklund et al., 1954; Toewe et al., 1971).

**Sand Deposits:** Titanium-bearing black sands are found mainly in ancient or modern ocean and sea beaches around and occasionally within continental land masses. They frequently form highly visible surficial layers between the high and low water marks which may extend intermittently along coasts for miles, but such concentrations, containing perhaps 80% heavy minerals, are not mined on a large scale because they are usually too shallow and narrow to represent major reserves. Minable bodies are multilayered occurrences of a similar nature left behind by retreating seas, or coastal dunes formed when heavy minerals from black sand beaches were being transported inland by wind action. Heavy minerals tend to be disseminated within such dunes rather than layered as in beach-type deposits.

The history of a black sand ore body may be simple or complex. The essential elements are: (1) a "hinterland" of crystalline rocks in which the heavy minerals were accessory constituents, (2) a period of deep weathering, (3) uplift with rapid erosion and quick dumping into the sea of the products of stream erosion, and (4) emergence of the coastline with longshore drift and high-energy waves acting during the process of shoreline straightening. There may be intermediate stages such as partial concentration of the heavy minerals in a coastal plain sediment and subsequent elevation, erosion, and reconcentration. The sand brought to the sea by rivers is picked up and carried away from their mouths by longshore currents, forming offshore bars and filling in bays between headlands, particularly during storms. Where bars are formed, the sand-carrying waves drag bottom and lose their energy so that the heavy minerals fall on the seaward side while the light minerals are cast over the bar and into the quieter water beyond. Layer upon layer of varying concentrations of heavy minerals accumulates on the growing bar in this way. Where bays are being filled with sand, both heavy and light minerals are churned from the bottom by landward-rushing waves and are hurled up the beach slope. The smoother, slower retreat of each wave mobilizes the uppermost layer of sand deposited there, and draws away the light minerals, to be picked up again and again by waves as currents move them along the coast, while leaving the heavy minerals behind. Alternating periods of stormy and calm weather leave alternating layers of high and low concentrations of heavy minerals in the beach sand as it advances toward the sea.

## Distribution of Deposits

### Reserves

Ilmenite resources in rock and sand deposits in the United States, recoverable under the economic and technological conditions of 1981, were estimated to contain 18 million tons of titanium dioxide. Rock deposits in New York account for 29% of the total. The remainder is in beach and river sands in Florida (Garnar, 1980), Georgia, New Jersey (Markewicz, 1969), and Tennessee. An additional 94 million tons of titanium dioxide in ilmenite and 48 million tons in perovskite (Thompson, 1977), not recoverable under present conditions, occur in identified resources, widely dispersed throughout the United States. Major occurrences lie in Colorado, Minnesota, New Jersey, New York, and Wyoming.

Reserves of rutile in the United States are in sand deposits in Florida, Georgia, and Tennessee. The rutile in these deposits contains about 1.7 million tons of titanium dioxide.

sory constituents, ering, (3) uplift dumping into the erosion, and (4) :h longshore drift during the proc- . There may be ıartial concentra- ı a coastal plain tion, erosion, and ıght to the sea by away from their forming offshore ween headlands, Where bars are ıves drag bottom ıe heavy minerals the light minerals into the quieter layer of varying ırals accumulates 'ay. Where bays ı heavy and light the bottom by ıre hurled up the slower retreat of ɔermost layer of ws away the light ain and again by along the coast, ırals behind. Al- nd calm weather gh and low con- in the beach sand

ːposits

ınd sand deposits ıle under the eco- ditions of 1981, million tons of its in New York . The remainder Florida (Garnar, ey (Markewicz, dditional 94 mil- in ilmenite and 'hompson, 1977), t conditions, oc- widely dispersed ;. Major occur- ıota, New Jersey,

ited States are in ːorgia, and Ten- deposits contains itanium dioxide.

**TABLE 12—World Reserves of Ilmenite and Rutile**
**Thousands of Short Tons of $TiO_2$ Content**

| Country | Ilmenite | Rutile |
|---|---|---|
| Arab Republic of Egypt | — | — |
| Australia | 27,000 | 10,000 |
| Brazil | 2,000 | 67,000* |
| Canada | 26,000 | — |
| China | 34,000 | — |
| Finland | 3,400 | — |
| India | 22,000 | 3,000 |
| Norway | 52,000 | — |
| Sierra Leone | — | 3,000 |
| South Africa, Republic of | 57,000 | 5,500 |
| Sri Lanka | 21,000 | 5,000 |
| United States | 18,000 | 1,700 |
| USSR | 7,000 | 3,000 |
| Total | 270,000 | 140,000 |

* Mainly anatase.

Identified but presently subeconomic deposits in Arizona, Arkansas, California, Florida, North Carolina, South Carolina, Tennessee, Utah, and Virginia contain an estimated 13 million tons of titanium dioxide in the form of rutile. The rutile in the Arizona and Utah resources occurs mainly as an accessory mineral in porphyry copper ores and mill tailings (Force, 1980; Llewellyn and Sullivan, 1980).

Estimates for world titanium reserves and resources are shown in Table 12. World reserves of ilmenite are estimated to contain 266 million tons of titanium dioxide, of which US reserves account for 7%. The titanium dioxide content of world rutile reserves is estimated at 97 million tons; US reserves represent 1.6% (Lynd, 1983).

### Rock Deposits—Principal Producing Countries

**United States:** *Sanford Lake District, New York*—The Sanford Lake deposits (Gross, 1968), are located in the heart of the Adirondack Mountains. Discovery of these titaniferous magnetite deposits dates back to 1826. Several attempts to exploit the ores for iron prior to 1942 proved uneconomical because of difficulties with the associated titanium, and the isolated location (Bachman, 1914; Masten, 1923). Since 1942, National Lead Co. (now NL Industries, Inc.) has produced ilmenite concentrates for the titanium pigment industry, and a magnetite byproduct used in the steel and refractory industries and as heavy media in coal cleaning operations. The district is within the large anorthosite massif making up the central high peak area of the Adirondacks. All of the various low silica rock types associated with the massif are found within the boundaries of the district. These consist of both the Marcy and Whiteface types of anorthosite and of gabbroic anorthosite, gabbro, and different grades of titaniferous magnetite ores. All of the rocks contain the same minerals and differ only in the percentages of these constituents.

There are four mineralized areas where an economic grade of ore has been found. Three of these have both gabbroic-type ore and anorthositic-type ore. The fourth has only gabbroic ore. The $TiO_2$ contents of the ores range from 9.5% to over 30.0% $TiO_2$. Ore bodies of both types are related to gabbro and conform to the configuration of the gabbro bodies within the anorthosite.

Except for a few thousand tons mined before 1900, all ore production has come from the Sanford Hill-South Extension ore body. Mining began on Sanford Hill in 1942, and as a result of further exploration and development work, was transferred in the early 1960s to the South Extension part of the ore body, which was overlain by glacial till and Sanford Lake.

General Geology—Rocks of the Sanford Lake district are regarded as members of a genetically related anorthositic series, the whole being part of the large Adirondack anorthosite massif. Locally, anorthosite grades into gabbro by an increase in the content of mafic minerals. Buddington (1939) divided this sequence into four rock types depending upon the amount of ferromagnesian minerals present: anorthosite with 0 to 10%, gabbroic anorthosite with 10 to 22.5%, anorthositic gabbro with 22.5 to 35%, and gabbro with over 35% mafic minerals.

For mine mapping purposes, rock types are designated as anorthosite, gabbroic-anorthosite, gabbro, and the various grades of ore. The relationship of rock and ore type to $TiO_2$ assay is shown in Table 13.

Economic Geology—The titaniferous magnetite ore bodies of the district are of two types. One type, referred to locally as "anorthositic ore," is associated with anorthosite waste rock as coarse-grained massive lenses of irregular shape, with little structure and having sharp contacts with the anorthosite. The second ore type, "gabbroic ore," occurs as fine to medium grained oxide-enriched bands within the gabbro, with well defined structures similar to those in the gabbro. Contacts with the gabbro range from distinct to gradational.

In the Sanford Hill-South Extension ore body, both types of ore occur. The anortho-

TABLE 13—$TiO_2$ Assay of Various MacIntyre Mine Rock Types

| Classification | %$TiO_2$ |
|---|---|
| Anorthosite | 0–5.4 |
| Gabbro | 5.5–9.4 |
| Low grade protore | 9.5–13.4 |
| Medium grade ore | 13.5–17.4 |
| High grade ore | 17.5+ |

sitic type forms a footwall ore body and the gabbroic ore forms a hanging wall ore body. These are separated by various widths of anorthosite and/or gabbro rock. In some instances the two types of ore are in direct contact.

The ore body is designated by two names because it has been developed in two pits. Mining started where ore was exposed in outcrops on the west side of Sanford Hill. Diamond drilling indicated the ore lenses as becoming very narrow where they extended underneath the basin of Sanford Lake. Later magnetometer results, along with aerial work in 1955 and ground followup in 1959, revealed a change in strike and width of the magnetic anomalies. Diamond drilling proved the South Extension of the Sanford Hill ore body to be of commercial grade and tonnage. At Cheney Pond, about 2 km (1½ miles) west of the South Extension pit, a development drill program proved commercial tonnages of gabbroic ore, and revealed none of the massive anorthositic type. Oxide rock bands up to 30 m (100 ft) thick are found within a synclinal body of fine grained gabbro, which is in sharp contact with the underlying anorthosite. An extensive study of the petrology of the Cheney Pond deposit was carried out by Sun (1971).

Ore of both types occurs in two smaller ore bodies: the Mount Adams ore body, about two miles northeast of Sanford Hill, and the Upper Works or Calamity-Mill Pond ore body about three miles north of Sanford Hill.

MINERALOGY OF THE ORE BODIES—The ores of the Sanford Lake district contain both ilmenite and magnetite as granular aggregates and disseminated grains. The ratio of total Fe: $TiO_2$ is generally 2:1 or greater in the anorthositic ore, and is less than 2:1 in the gabbroic ore. Gabbroic ore is finer-grained than anorthositic ore.

The magnetite grains are seldom homogeneous, and normally contain some ilmenite in solid solution and up to 35% of ilmenite as exsolution intergrowths. The intergrown ilmenite occurs as tabular plates oriented parallel to the octahedral planes of the magnetite or along the boundary between magnetite grains.

A second highly magnetic phase, ulvospinel ($Fe_2TiO_4$), has been identified as a fine network within the magnetite of the Sanford Hill-South Extension ores. This ulvospinel was first identified by Ramdohr (1956), using high magnification metallography. Kays (1965) used X-ray techniques along with chemical assay data to estimate that the magnetite grains may have an ulvospinel content of 34%.

About 0.5% vanadium occurs in solid solution within the magnetite. No separate vanadium mineral has yet been identified.

Ilmenite occurs as a matrix around magnetite and is observed under the microscope to be corroded by magnetite. It is finer-grained than magnetite and can be distinguished megascopically in coarse-grained anorthositic ore by its high luster and conchoidal fracture, compared to the dull luster and parting planes in magnetite. In finer-grained ore, the ilmenite and magnetite are more equigranular and cannot be recognized individually in hand specimens.

The typical ore and gangue minerals and their weight percentages in both ore types are shown in Table 14.

Other minor minerals identified in the Sanford Hill-South Extension ore body include

TABLE 14—Typical Mineral Analysis of Ore Types in Sanford Hill Ore Body

| | Gabbroic or Hanging Wall Ore, wt % | Anorthositic or Footwall Ore, wt % |
|---|---|---|
| Black opaques, total | 61.5 | 77.3 |
| Magnetics (magnetite) | 25.7 | 40.8 |
| Nonmagnetics (ilmenite) | 35.8 | 36.5 |
| Feldspar | 19.2 | 10.3 |
| Garnet | 8.1 | 3.4 |
| Pyroxene (mostly clinopyroxenes) | 6.6 | 4.7 |
| Amphiboles (green and brown hornblende) | 2.3 | 1.5 |
| Sulfides (pyrrhotite and pyrite) | 1.5 | 1.7 |
| Apatite, spinel, chlorite, calcite | <1.0 | <1.0 |

ORE BODIES—The ores
strict contain both il-
s granular aggregates
The ratio of total Fe:
greater in the anortho-
1 2:1 in the gabbroic
finer-grained than

are seldom homoge-
ntain some ilmenite in
35% of ilmenite as
The intergrown ilmen-
es oriented parallel to
the magnetite or along
agnetite grains.
etic phase, ulvospinel
entified as a fine net-
e of the Sanford Hill-
his ulvospinel was first
(1956), using high
phy. Kays (1965) used
with chemical assay
magnetite grains may
it of 34%.
n occurs in solid solu-
e. No separate vana-
een identified.
natrix around magne-
ler the microscope to
te. It is finer-grained
e distinguished mega-
ed anorthositic ore by
hoidal fracture, com-
and parting planes in
ned ore, the ilmenite
equigranular and can-
dually in hand speci-

gangue minerals and
in both ore types are

identified in the San-
on ore body include

Body

| Anorthositic or Footwall Ore, wt % |
|---|
| 77.3 |
| 40.8 |
| 36.5 |
| 10.3 |
| 3.4 |
| 4.7 |
| 1.5 |
| 1.7 |
| <1.0 |

chalcopyrite, sphalerite, molybdenite, prehnite, barite, leucoxene, scapolite, epidote, orthoclase, and quartz.

In his extensive study of mineral paragenesis, Stephenson (1945) concluded that the large plagioclase phenocrysts were first to develop, followed by the finer-grained plagioclase, and later by the sequence: apatite, hypersthene, augite, hornblende, garnet, and ore minerals. The chlorites, carbonates, and scapolite formed as later alteration minerals as a result of deformation and minor hydrothermal activity. Kays (1965), in a study of Sanford Hill pit, agreed in general with the sequence given by Stephenson (1945), but pointed out that no one single paragenetic sequence holds rigorously for all rock types in the Sanford Lake district.

ORE GENESIS—Investigators have generally considered the Sanford Lake ores to have formed by magmatic segregation, as a result of such processes as simple segregation, filter-pressing of residual liquid with injection into the wall rock, and gravitational purification of the oxide melt by floating out of crystallized silicates with later injection, with replacement playing a minor role (Balsley, 1943; Bateman, et al., 1951; Buddington et al., 1955; Evrard, 1949; Osborne, 1928; Stephenson, 1945). Gillson (1956), however, related the variations in the anorthosites and the origin of the gabbro and ore to a series of pneumatolylic replacements involving andesination of Marcy anorthosite. Later solutions were assumed to be the source of the ferromagnesian and ore minerals.

Heyburn (1960) made reference to two stages of gabbro emplacement, one of them associated with the anorthosites, and the second a gabbroic intrusive rich in iron and titanium with sufficient volatiles to allow partial replacement of anorthosite by ore minerals.

Kays (1965) proposed that during granulation and shearing of the anorthosite, calcium and aluminum were released from the original laboradorite plagioclase, resulting in andesinization, but by a different means than proposed by Gillson (1956). Creation of pressure gradients by rock fracturing was then postulated to cause iron, magnesium, and titanium to migrate to the low pressure fractured areas, where they reacted with the calcium and aluminum released by andesinization to form ferromagnesian silicates, garnet, ilmenite, and magnetite. The resulting replacement could be partial, as in gabbro, or complete over large volumes, as in anorthosite.

Sun (1971) concluded that the Cheney Pond deposit is more likely to be of magmatic rather than replacement or metamorphic origin, stressing evidence of magmatic crystallization temperatures and the layered nature of the ore bands, which resembles the structure of ultramafic stratiform sheets.

Gross (1968), after working for several years at the MacIntyre Development, concluded:

> No one theory can explain satisfactorily all of the rock and mineral relationships now in evidence.
>
> It is quite certain that all the rocks of the district are genetically related as shown by their mineral constituents. The primary mode of emplacement is partially or wholly obscured by subsequent metamorphic processes. It is likely that certain portions of the rocks have been remobilized one or more times by deformation pressures. Different degrees of plasticity are evident . . .
>
> There is evidence that volatiles were present at some point in the history of the deposits, probably in both early and late stages. The faults and joints now exposed show movement along many surfaces. Along the major breaks there are breccia fragments of ore or gabbro in a matrix of carbonates. These are also the areas of recrystallized magnetite, large ilmenite crystal masses, and minor sulfide minerals . . .
>
> The present faults and associated hydrothermal minerals represent the last minor sequence in a very long and complicated series of geologic events.

*Virginia Titanium Deposits*—The titanium ores of Virginia are also associated with anorthosite, and are of two types: (1) rutile and ilmenite disseminated in the border facies of the anorthosite and bordering gneiss, and (2) rutile and/or ilmenite with apatite in the form of dikelike masses which Watson and Taber (1913) named nelsonite after the county in which they are most common. Deposits of both types have been mined commercially, utilizing mainly the soft, saprolite portions of the ore bodies which form an upper layer about 9 to 37 m (30 to 120 ft) thick.

Rutile was first mined commercially at Roseland, VA, in 1900 by the American Rutile Co. The ore was obtained by open cut mining of both saprolite and hard rock. The mine was operated intermittently until 1949 when increased labor costs, low grade ore, and low market prices for rutile led to a shutdown of operations. The ore consists almost exclusively of disseminated rutile in the anorthosite (Fish, 1962; Hillhouse, 1960).

Commercial surface mining for ilmenite began in 1930 from a large saprolite ore body along the Piney River on the old Warwick

Tract. This mine was first operated by the Vanadium Corp. of America, and later by the Southern Mineral Products Corp. (Hillhouse, 1960) until it was acquired by the American Cyanamid Co. in 1944. In 1958 the company transferred operations to the deposit on the S.V. Wood property near Lowesville about 5 km (3 miles) to the West (Fish, 1962), supplying ilmenite to its nearby sulfate process pigment plant until 1971, when both mine and pigment plant were closed down, mainly because the supply of readily mined soft ore at this location was running out.

Fish (1962) estimated the saprolite deposits in the area to contain reserves of titanium-bearing material in excess of 20 million tons, averaging 7.0% $TiO_2$. Unweathered rock beneath the saprolite contains comparable titanium values, but mining and processing this ore would be more expensive. The ore is derived from two types of rocks; one, containing ilmenite as the dominant titanium mineral, is a diorite, and the other, containing ilmenite and rutile, is an anorthosite.

The nelsonite deposits are higher grade, but of limited size. Many of them are lenticular and pinch out at shallow depths (Fish and Swanson, 1964).

Davidson et al. (1946) studied the Piney River deposit and concluded that it was emplaced as a large dike fingering into its walls. Replacement was agreed to have occurred, but this was not regarded as proof that the main development of ore was by replacement.

Theories proposed regarding the origin of the Virginia titanium ores in general include magmatic segregation from the anorthosite, favored by Watson and Taber (1913), differentiation from a granodiorite magma, suggested by Moore (1940), and replacement by invading solutions, proposed by Ross (1941, 1947); and Hillhouse (1960).

*Yadkin Valley Deposit, North Carolina*—The Yadkin Valley deposit is about 21 km (13 miles) north of Lenoir, in Caldwell County. The ore occurs as a series of narrow, close-spaced lenses which form a nearly continuous vein about 305 m (1000 ft) long. The ore consists of small masses of ilmenite disseminated throughout a talcose body which lies conformably with the enclosing quartzite and mica schist (Broadhurst, 1955). Some rutile occurs as fine inclusions in the mica, but was not recovered.

The ore zone is parallel to the gneissic structure, is about 9 m (30 ft) thick, and was mined by quarrying, running about 30 to 35% $TiO_2$. The mine was operated from 1942 to 1952 by the Yadkin Mica and Ilmenite Co., a subsidiary of Glidden Co. A flotation ilmenite concentrate was produced which contained 49 to 52% $TiO_2$ (McMurray, 1944), unusually high grade for a rock ilmenite.

*Hot Spring County, Arkansas Deposits, (Magnet Cove, Christy, Hardy-Walsh)*—These deposits occur in a complex mixture of alkalic igneous rocks intruding folded sedimentary and metamorphic rocks, many of which contain various quantities of titanium-bearing minerals (Fryklund and Holbrook, 1950). Much of the titanium is in the form of rutile or brookite, but many other titanium minerals have been identified. Rutile was recovered commercially from the Magnet Cove (Reed, 1949a) deposit from 1932 to 1944. A considerable amount of work has been done on ore dressing techniques for these ores (Fine and Frommer, 1952; Fine et al., 1949). The features contributing most to the difficulty of utilizing these deposits are their comparatively low grade, the larger deposits averaging 3 to 6% recoverable $TiO_2$ (Fryklund et al., 1954), the formation of large amounts of slimes during grinding, and the intimate association of ore minerals and gangue, resulting in low recoveries and comparatively low grade concentrates (Toewe et al., 1971). No commercial output of titanium minerals has been reported from the Christy (Reed, 1949) or Hardy-Walsh deposits.

*Other US Deposits*—Other deposits of potential commercial importance include the titaniferous magnetite deposits in the Laramie Range, Wyoming (Diemer, 1941; Frey, 1946; Pinnell and Marsh, 1954). Metamorphic rocks were intruded by anorthosite, which in turn was cut by gabbro and titaniferous magnetite dikes. The main dike at Iron Mountain consists of a granular aggregate of homogeneous ilmenite and magnetite containing very small intergrown ilmenite inclusions. In the Taylor deposit, as much as 60% apatite is locally present. Resources of high grade ore containing about 45% Fe and 20% $TiO_2$ may amount to about 30 million tons. Further metallurgical research would be needed, and the geographical location is at present unattractive for commercial development.

Other large deposits occur in the San Gabriel Mountains in Los Angeles County, California, as disseminations in a gabbroic facies

ck, and was mined 30 to 35% $TiO_2$. m 1942 to 1952 enite Co., a sub- flotation ilmenite ich contained 49 1944), unusually ite.

*kansas Deposits, y-Walsh)*—These nixture of alkalic ded sedimentary y of which con- titanium-bearing olbrook, 1950). he form of rutile titanium minerals e was recovered net Cove (Reed, o 1944. A con- as been done on these ores (Fine al., 1949). The the difficulty of eir comparatively s averaging 3 to nd et al., 1954), ts of slimes dur- te association of ulting in low re- ow grade concen- No commercial as been reported or Hardy-Walsh

r deposits of po- ce include the ti- in the Laramie 941; Frey, 1946; etamorphic rocks which in turn was s magnetite dikes. tain consists of a geneous ilmenite ery small inter- n the Taylor de- te is locally pres- le ore containing 2 may amount to her metallurgical l the geographical ractive for com-

in the San Ga- les County, Cali- a gabbroic facies

of an anorthosite (Moorhouse, 1938). Very large tonnages may be available, but the average grade is only about 4.5% $TiO_2$.

Smaller deposits occur in nearly every one of the western states, for example in Montana (Wimmler, 1946); Minnesota (Broderick, 1917); Wichita Mountains of Oklahoma (Merritt, 1939); Boulder County, Colorado (Jennings, 1913); and the San Juan district, Colorado (Singewald, 1913).

**Canada:** *Quebec*—The geology and general characteristics of the Canadian titanium deposits were well described in an extensive and thorough report by Rose (1969). He concluded that the titaniferous magnetite and ilmenite deposits in eastern Canada were formed by magmatic differentiation and injection, mainly in Precambrian time, presumably from 850 million to 1,500 million years ago. There is an unmistakable genetic relationship between these deposits and anorthositic rocks. The anorthosite bodies, as exemplified by the Morin, St. Urbain, Lac St. Jean, Sept-Iles, and Lac Allard anorthosites, appear in general to be composite, multiple intrusions composed mainly of anorthositic and gabbroic (noritic) rock. According to Rose, (1969):

> True anorthosite characteristically is host to the massive ilmenite-hematite lodes, whereas gabbroic anorthosite characteristically is host to the extensive deposits of low-grade, disseminated, titaniferous magnetite containing mixtures of titanomagnetite, ilmenite, ilmenite-hematite, and other intermediate members that possibly form a solid solution series of iron-titanium oxide minerals. Although generally separate, in places the two types of deposits, as well as the host rocks, appear to be transitional.
>
> Although a few ilmenite and titaniferous magnetite occurrences have been found in rocks that were invaded by anorthositic magma, the major deposits are almost always within the intrusion itself. Low-titanium magnetite deposits are commonly found in Grenville-type rocks outside the anorthosite massifs.

The main deposits include: the sill-like Lac Tio ilmenite-hematite deposits being mined by QIT-Fer et Titane, Inc. (formerly Quebec Iron and Titanium Corp.), estimated to hold about 100 million tons of high grade open pit material; the dikelike Magpie Mountain medium grade titaniferous magnetite deposits, averaging 43% iron and 6% titanium, probably containing over 250 million tons of open pit material; the St. Urbain deposits with over 20 million tons of high grade ilmenite-hematite; and several million tons of slightly lower grade material near Ivry, and in the Lac du Pin-Rouge area, near St. Hippolyte-de-Kilkenny. Substantial amounts of low-grade titaniferous magnetite and ilmenite occur at many other localities in the Morin, Lac St. Jean, Sept-Iles, Lac Allard, and St. Urbain anorthosite areas (Rose, 1969).

Kish (1972) studied the chemical composition of the Quebec deposits, particularly with regard to the vanadium content, and reported that vanadium concentrations of economic importance have so far been found only in the titaniferous magnetite deposits. The composition and origin of selected titaniferous deposits were discussed by Lister (1966).

Allard Lake (Lac Tio) Deposits—The geology of the area in which the Allard Lake deposits occur was investigated by Retty (1944), who noted numerous concentrations of ilmenite within a mass of anorthosite, along the shores of several lakes. These ilmenite showings, while not large enough to warrant commercial development, led to detailed exploration of the anorthosite area in 1946 by Kennco Explorations, Ltd., which resulted in the discovery of the large Lac Tio deposit. The deposit lies between Allard Lake and Puyjalon Lake, about 40 km (25 miles) north of Havre St. Pierre on the north shore of the St. Lawrence River.

The geology of the area and the nature of the ilmenite deposits have been well described by Hammond (1949, 1952), and by Hargraves (1959). The most important lithological unit in the area is the Allard Lake anorthosite. It is one of several anorthosite masses occurring at intervals in the southeastern part of the Precambrian shield, in a line trending northeast from the Ontario-Quebec boundary to the Labrador coast. The Allard Lake anorthosite mass is about 145 km (90 miles) long, and 32 to 48 km (20 to 30 miles) wide, its length paralleling the Gulf of St. Lawrence. The several facies of the anorthosite range from almost pure feldspar rock through anorthositic gabbro, ilmenite-rich anorthosite, and norite. The norite occurs as steeply dipping sheets, as much as 6 km (4 miles) long and 914 m (3000 ft) thick, intruded into the anorthosite, and is rich in hemo-ilmenite and magnetite.

The Lac Tio deposit is a flat-lying, tabular body about 1097 m (3600 ft) long, and 1036 m (3400 ft) wide. With an estimated tonnage of 125,000,000 st of ilmenite averaging 32% $TiO_2$

and 36% Fe, it is the largest known ore body of its type in the world.

The ore consists of exsolution intergrowths of ilmenite and hematite, with coarse-grained ilmenite containing numerous blades and lenses of hematite up to 0.3 mm wide, which in turn may contain similarly shaped but smaller inclusions of ilmenite, in parallel orientation. The typical high grade ore contains about 75% ilmenite, 20% hematite, and 5% gangue minerals consisting of pyroxene, feldspar, and minor amounts of pyrite, pyrrhotite, and chalcopyrite.

The ore occurs in anorthosite and anorthositic gabbro and is identical in character with that in other deposits in the area. Inclusions of anorthosite are found in the ore, and do not show evidence of replacement by ilmenite. The ilmenite is very coarse-grained along its contacts with anorthosite, and the contacts are very sharp. Tiny dikelets of coarse granular ilmenite commonly cut the anorthosite at contacts with the ore bodies. On a basis of such direct field evidence, Hammond (1949, 1952) concluded that the Allard Lake ores are late magmatic, probably emplaced by a process of late gravitational liquid accumulation, with injection of the oxides into fractures within the anorthosite.

Hargraves (1959) recognized a genetically significant relationship between the ore deposits and the oxide-rich norite phases of the anorthosite rocks with which they are associated. The usual occurrence of the isolated ilmenite masses in anorthosite below norite sheets, with hemo-ilmenite concentrated at the base of the sheets, suggests that the norite sheets may have been the original source of the iron-titanium oxides. Hargraves (1959) presented evidence suggesting immiscibility between the oxide fraction and the silicate fraction from which pyroxenes crystallized, and emphasized that the crystallization of the oxide fraction was subsequent to all other primary crystallization. He suggested that:

> Gravitational concentration by downward settling within the sheets could have been accentuated by contemporaneous deformation ("filter pressing") which in some places, caused it to be squeezed out of the sheets, and injected into surrounding anorthosite. In this way the isolated deposits in anorthosite are postulated to have been formed.

Based on his own extensive study of the St. Urbain deposits, and the similarity between these and the Allard Lake deposits, Gillson (1932, 1949) felt that the St. Urbain and Allard Lake ore bodies are pneumatolytic replacement deposits.

The ilmenite-hematite ore produced from the Lac Tio operation contains about 34% $TiO_2$ and 40% Fe. Because of its high iron content it is not used directly for titanium dioxide pigment manufacture, but is subjected to further concentration and electric furnace smelting at Sorel, Que., to produce iron metal, and a high-$TiO_2$ slag which is widely used as a feed for sulfate process pigment plants.

**China:** The largest titanium deposit in China is reportedly the 1.1 billion ton Panzihua titaniferous magnetite deposit containing about 7% titanium in the form of ilmenite, near Dukou, Sechuan province (Brady, 1981).

**Norway:** The iron-titanium provinces of Norway have been described by Geis (1971), Vokes (1968), Carstens (1957), Michot (1956), Hubaux (1956), and others. There are three types of ilmenite deposits: (1) ilmenite, (2) vanadium-bearing magnetite-ilmenite, and (3) apatite-bearing magnetite-ilmenite. Production of ilmenite has come only from Type 1 deposits (Storgangen and Tellnes), except for a small amount produced from a Type 2 deposit (Rodsand), as a byproduct from magnetite production. These three commercial deposits all occur in the Egersund anorthosite in southwestern Norway.

*Storgangen Deposit*—The Storgangen ore body located near Hauge, was deposited in a fracture in anorthosite, forming a dike about 1585 m (5200 ft) long and 49 m (160 ft) wide, of unknown depth, dipping 45° to 50° N. The ore contains about 40% ilmenite and 9% magnetite with a gangue that consists mainly of hypersthene and plagioclase, with accessory biotite, pyrite, chalcopyrite, and spinel. The ilmenite contains about 13% hematite as exsolution lenses and lamellae in parallel orientation, ranging up to a few microns in width. The magnetite is essentially homogeneous, containing very little exsolved ilmenite. The ilmenite concentrate was produced by a combination of gravity, magnetic, and flotation methods. From this deposit, Titania A/S (NL Industries, Inc., subsidiary) mined 9 million st of ore from 1916 to 1966.

*Tellnes Deposit*—Around 1954, it became apparent that because of the increased demand for ilmenite, the amount of ore accessible at currently mined levels in the Storgangen deposit would be soon depleted. By 1956, two alternatives had been investigated: to extend operations to deeper levels at Storgangen, or to discover and develop a new ore source in nearby areas considered favorable to the oc-

currence of tit
Storgangen sh
depth was les
production ra
other 10 to 1
which was dis
vey in 1954,
220 million
probably pr
depth. After
plant work t
concentrate c
ore, which i
Storgangen
the Tellnes
operation (B
From 19
duced from
deposits. In
about 330,
at Storgang
pacity was
1974 produ
trate reache
The Tell
miles) east
sists essent
truded int
known out
and a surf
The ore
by its text
into the
anorthosit
ence of e
The Te
the Storga
ite and n
amount o
ore—only
Storgange
following
Tellnes o
hypersthe
sories, 3.
some py
per. As
minute e
tite.
Becau
liberate
high ph
extensiv
had to b
menite
to remc
contains
FeO, a

ɜumatolytic replace-

ɪre produced from ɪntains about 34% ɪse of its high iron rectly for titanium re, but is subjected nd electric furnace produce iron metal, h is widely used as pigment plants. ɪm deposit in China ı ton Panzihua tita- ontaining about 7% ɪenite, near Dukou, 1981).

n provinces of Nor- Geis (1971), Vokes , Michot (1956), 's. There are three (1) ilmenite, (2) ɜ-ilmenite, and (3) nenite. Production from Type 1 de- ɜllnes), except for ɪrom a Type 2 de- ɔduct from magne- ɜe commercial de- ɪund anorthosite in

e Storgangen ore was deposited in a ning a dike about ·9 m (160 ft) wide, 15° to 50° N. The ɜnite and 9% mag- ɔonsists mainly of e, with accessory and spinel. The % hematite as ex- in parallel orienta- microns in width. ɪomogeneous, con- ilmenite. The il- duced by a com- tic, and flotation Titania A/S (NL mined 9 million

1954, it became increased demand ore accessible at ɜe Storgangen de- d. By 1956, two gated: to extend at Storgangen, or ɪew ore source in orable to the oc-

currence of titanium ore. Diamond drilling at Storgangen showed that the ore available at depth was less than expected, and at current production rates would have lasted only another 10 to 12 years. At the Tellnes deposit which was discovered by an aeromagnetic survey in 1954, drilling showed ore reserves of 220 million st, with another 110 million st probably present, based on projection to depth. After extensive laboratory and pilot plant work to demonstrate that a satisfactory concentrate could be made from the Tellnes ore, which is much finer grained than the Storgangen ore, it was decided to develop the Tellnes deposit as an open pit mining operation (Brun, 1957).

From 1960 to 1966 ilmenite was produced from both the Storgangen and Tellnes deposits. In 1966 production at Tellnes reached about 330,000 stpy, and production ceased at Storgangen. Since that time, production capacity was increased in three steps, and in 1974 production of ilmenite flotation concentrate reached a peak of 935,000 st.

The Tellnes ore body is about 40 km (25 miles) east of the Storgangen deposit, and consists essentially of an ilmenite-rich norite intruded into anorthosite. The ore body has a known outcrop length of 2682 m (8800 ft), and a surface area of about 56 $hm^2$ (140 acres).

The ore is magmatic in character, as proved by its texture, by apophyses of ilmenonorite into the surrounding rocks, by xenoliths of anorthosite in the ore itself, and by the presence of eruptive breccia (Dybdahl, 1960).

The Tellnes ore is much finer-grained than the Storgangen ore, the intergrowth of ilmenite and magnetite is more intimate, and the amount of magnetite is lower in the Tellnes ore—only 2% compared to about 7% in the Storgangen ore. Dybdahl (1960) gave the following average mineral composition for Tellnes ore: ilmenite, 39%; plagioclase, 36%; hypersthene, 15%; biotite, 3.5%; and accessories, 3.5%, including a little apatite, and some pyrrhotite containing nickel and copper. As at Storgangen, the ilmenite contains minute exsolution lenses and lamellae of hematite.

Because of the fineness of grind needed to liberate the ore minerals, and the relatively high phosphorus content present as apatite, extensive changes in the ore dressing procedure had to be made, resulting in an all-flotation ilmenite concentrate, and an acid washing step to remove apatite. The ilmenite concentrate contains 44.5 to 45.5% $TiO_2$, about 34.0% FeO, and 12.5% $Fe_2O_3$.

Tellnes ilmenite concentrate is the major feed material for a large number of European sulfate process pigment plants, and is in a particularly strong market position because of relatively stable North Sea freight rates, and its proximity to the European market (Anon., 1973c; Anon., 1978a).

**Finland:** *Otanmäki Deposit*—The ilmenite-magnetite deposit at Otanmäki is located almost at the geographical center of Finland. The Otanmäki deposit and a neighboring deposit at Vuorokas were discovered in 1938 as a result of magnetic surveys by Veikko Okko of the Geological Survey of Finland (Harki et al., 1956).

As described by Harki et al. (1956), the deposit at Otanmäki extends about 2 km (1.2 miles) within an east-west zone which curves northward in a semicircle at its east end. This circle is the eastern boundary of a mass of amphibolite occupying most of a roughly elliptical area within which the ore bodies are found. The ore occurs as lenses which are usually located along contacts between amphibolite and anorthosite, or between anorthosite and rocks that occur in a heterogeneous band along the southeast border of the ore zone. The anorthosite appears as continuous conforming lenses in the innermost border of the curve. A mass of gabbro borders the southwest part of the ore zone. According to Harki et al. (1956), it has been established that the ore is intrusive in nature, except possibly in the case of lower grade stratified ores.

The ore minerals, magnetite and ilmenite, occur as independent grains which after fine grinding are separated to produce magnetite and ilmenite concentrates. There are no microscopic intergrowths of magnetite and ilmenite, although the ilmenite contains minor amounts of intergrown hematite (Harki et al., 1956; Vaasjoki, 1947). The main gangue minerals are chlorite, hornblende, and basic plagioclase, with accessory spinel and sphene.

Reserves are about 28 million st containing 40% magnetite, 30% ilmenite, 1 to 2% pyrite, and 0.25 to 0.3% vanadium associated with the magnetite (Anon., 1978b).

## Rock Deposits—Potential Sources

**Brazil:** *Tapira and Salitre Titanium Deposits*—These deposits are unique in that their major titanium mineral is the anatase (or octahedrite) polymorph of $TiO_2$, rather than rutile or ilmenite. The deposits occur in an alkaline pipe, 6 km (4 miles) in diameter, about 48 km (30 miles) southeast of Araxá in

Minas Gerais. According to the National Department of Mineral Production, proved and indicated reserves contain 108 million st of $TiO_2$ (Anon., 1980a). In places, anatase may make up as much as 70% of the ore. In preliminary tests concentrates containing up to 86% $TiO_2$ were produced with very low chromium and vanadium content, said to be suitable for producing $TiO_2$ pigments by the chloride process. These concentrates have some solubility in sulfuric acid (Anon., 1972).

Through 1979, about 12 million tons of anatase-bearing ore had been mined and stockpiled in conjunction with phosphate production.

**Mexico:** *Pluma Hidalgo Deposit, Oaxaca*—The Pluma Hidalgo Deposit occurs in an area known for some time to have scattered occurrences of rutile, and is located about 125 km (78 miles) south of the City of Oaxaca, the state capital. Starting in 1953, Republic Steel Corp. carried out an extensive program of exploration, but did not find high grade ore bodies large enough to justify a mining operation. In 1957, when the price of rutile dropped substantially, the project was discontinued.

Paulson (1964) described the dominant country rock as a quartz feldspar gneiss, or granulite, which may be classed as an anorthosite by analogy with the anorthosite associated with the similar Virginia titanium deposits. The common mineral association in ore zones is ilmenite, rutile, and apatite in a green rock that is mostly chlorite.

Regarding possible economic exploitation on the Pluma Hidalgo deposit, Paulson was of the opinion that instead of trying to find large zones of high grade ore, it might be better to block out a large tonnage of the irregularly distributed ore which, including the barren rock that would have to be removed with the ore, might have an overall grade that would permit mining by open pit methods.

## Sand Deposits—Principal Producing Countries

**United States:** All commercially important titanium mineral sand deposits in the United States are within the Atlantic and Gulf Coastal Plain geologic provinces. States which have established or potential exploitable heavy-mineral-bearing sands are Florida, Georgia, New Jersey, and Tennessee.

Concentrations of heavy minerals in the coastal areas of the southeast are related to both recent and ancient marine shorelines, the latter of Pleistocene age. Up to seven old shorelines have been identified by different investigators (Cooke, 1941, 1945; Flint, 1940, 1942, 1947; MacNeil, 1949; Parker and Cooke, 1944), but the most widely recognized are: (1) Okefenokee, 46 m (150 ft), (2) Wicomico, 31 m (100 ft), (3) Pamlico, 8 to 11 m (25–35 ft), and (4) Silver Bluff, 2 to 3 m (8–10 ft) above sea level. All are regarded as lines of farthest marine transgression during interglacial and postglacial periods, and all have produced commercial heavy mineral deposits. Mining began where black sands were exposed on modern beaches, and when these deposits were exhausted operations moved inland to the larger and harder-to-find deposits of the older elevated strands. Florida has three heavy mineral mines operating with possibilities for more in the future; Georgia's only deposit exploited to date recently has been worked out but, again, other occurrences of possibly economic size and grade are known.

In central New Jersey two operations have recovered titanium minerals and byproducts from Pliocene sands of the Cohansey formation, about 24 km (15 miles) inland from the present shore.

The host for heavy mineral deposits in western Tennessee which have been considered for mining is the Cretaceous McNairy sand, outcropping within the Mississippi embayment of the Gulf Coastal Plain. Past, present, and possible future ore bodies in each of the three areas of occurrence are considered in turn below.

*Florida and Georgia*—Storm-line concentrations of heavy minerals in modern beach sands have been mined for ilmenite at two locations on Florida's eastern beaches. Mining began at Pablo Beach near Ponta Vedra in 1916 (Martens, 1928), and Riz Mineral exploited a deposit on the ocean front near Vero Beach in later years. Similar modern beach, bar, and barrier island black sands are found on the northeast and west coasts of the peninsula and along the shore of the western panhandle. The ratios among species in heavy mineral suites in the western Florida occurrences are different from those in eastern deposits, probably because of dissimilar ultimate sources on opposite sides of the southern Appalachian Mountains. The potential ore reserves in the known near-shore concentrations are small, with the possible exception of Amelia Island in extreme northeastern Florida, Cumberland Island just to the north in Georgia, and several others of the Sea Island chain formed as barrier islands during the development of the Silver Bluff shoreline. Land values in the islands have increased because of their growing popularity as resort areas over approximately three decades

Cooke, 1944), but
are: (1) Okefeno-
icomico, 31 m (100
m (25–35 ft), and
'8–10 ft) above sea
is lines of farthest
ıg interglacial and
all have produced
deposits. Mining
were exposed on
these deposits were
inland to the larger
of the older elevated
ıeavy mineral mines
. for more in the
sit exploited to date
ut but, again, other
conomic size and

wo operations have
ls and byproducts
: Cohansey forma-
s) inland from the

'al deposits in west-
ɔeen considered for
McNairy sand, out-
ippi embayment of
Past, present, and
n each of the three
considered in turn

.orm-line concentra-
modern beach sands
ıite at two locations
:s. Mining began at
edra in 1916 (Mar-
lineral exploited a
t near Vero Beach
ern beach, bar, and
are found on the
of the peninsula and
ern panhandle. The
eavy mineral suites
rrences are different
ɔosits, probably be-
e sources on oppo-
Appalachian Moun-
serves in the known
are small, with the
ia Island in extreme
ıberland Island just
nd several others of
ed as barrier islands
of the Silver Bluff
the islands have in-
'owing popularity as
ıately three decades

since the heavy mineral deposits were first drilled, so that mining may not be economically competitive with tourism and recreation.

Elevated sand bars were mined by Riz Mineral south of Vero Beach and by Humphreys Gold Corp., on behalf of Titanium Alloy Manufacturing Co., in a Pamlico shoreline feature just west of Jacksonville Beach. These deposits are now mined out.

Just south of the St. Marys River, which forms Florida's northern boundary, and northeast of the community of Yulee, ITT-Rayonier owns land containing an unmined heavy mineral deposit which has been drilled by several organizations, most recently by Pennsylvania Glass Sand Corp., the ITT-Rayonier subsidiary. Ore grade lenses form low north-south ridges, interspersed with shallow swamps, and rest on clay and shell beds. The Yulee deposit is also a Pamlico shoreline development.

In Georgia other black sand concentrations, all related to the Pamlico shoreline, are located north and south of Brunswick and south of Savannah. Potential ore reserves are modest in all known cases, as they are at Yulee, but exploitation might be possible if the same mining equipment could be used at several deposits sequentially, and if a heavy mineral concentrate could be economically transported to a central separating plant.

Trail Ridge, FL—The broad sand ridge that extends from the southern parts of Clay and Bradford counties in north-central peninsular Florida for 201 km (125 miles) northward into southeastern Georgia, called Trail Ridge, is thought to have formed by one or more of several processes in late Miocene or Pliocene time. It has been suggested that it developed as:

1) An accumulation of deltaic sediments from southward flowing rivers which was reworked by encroaching seas and partly washed away (Bishop, 1956).

2) A prograding bar built up on the seaward side of finer marine to estuarine deposits accumulating on its protected Gulf side (Brooks, 1966).

3) A residual sand ridge resulting from the weathering in situ of underlying sediments.

4) A barrier island originating as a ridge built up landward of a shoreline and cut by tidal inlets during coastal subsidence or sea level rise, forming lagoons behind the ridge (Hoyt, 1967).

5) A reworking, through the action of winds, waves, and currents, of the northern part of the remnant Lake Wales ridge, a possible deltaic deposit extending more than 241 km (150 miles) farther to the south (Pirkle and Yoho, 1970).

6) Sediments transported from the high terrace sands to the west of Trail Ridge (Pirkle, 1975).

Du Pont's Trail Ridge ore body occupies the southern 29 km (18 miles) of the western part of the feature, and is from 2 to 3 km (1 to 2 miles) wide. The base of the ore body is at an elevation of 44 m (145 ft) to more than 61 m (200 ft) above sea level, and the average thickness is 11 m (35 ft). It overlaps barren coarse sand on the east. An indurated layer of concentrated organic material comprised of decomposed remnants of roots, branches, and trunks of trees underlies the central portion, and the western margin lies on pre-Pleistocene clayey sand in many places (Grogan et al., 1964).

The heavy minerals are thinly layered and disseminated in brown, oxidized, cross-bedded sand. In random lenticular areas at various depths organic materials and clayey minerals cement the sand grains to form a poorly consolidated sandstone locally called "hardpan." The average grade in heavy minerals is low, only about 4%, but there are about 45% high-$TiO_2$ minerals in the heavy mineral suite (Pirkle and Yoho, 1970).

The titanium ore minerals are altered ilmenite, leucoxene, and a very little rutile. Staurolite, zircon, tourmaline, spinel, kyanite, sillimanite, monazite, corundum, and topaz are also present. Authigenic pyrite occurs in small amounts associated with present-day swamps. The absence of monazite, garnet, and epidote, which are common in the underlying formations and in other southeastern heavy mineral deposits, implies different source rocks and a different age for the Trail Ridge minerals. The absence of these three minerals makes the separation and marketing of staurolite possible (see "Staurolite" chapter).

Alteration of the titanium minerals by oxidation and leaching of iron has been extensive. Grogan et al. (1964) wrote:

> The $TiO_2$ content of the mineral grains is highest near the land surface, decreases rapidly from the surface to a depth of about 10 feet, and then remains essentially constant to the bottom. The iron content varies inversely with the $TiO_2$ content. The particle size of the titanium mineral grains ranges between 48 and 200 mesh, with the average size near 80 mesh. The grains are spherical, and some are porous as a result of leaching.

Their color ranges from black through brown, gray, and tan to light yellow or yellowish-white depending on the degree of alteration.

The term "ilmenite" is applied to the more magnetic of the titanium minerals. These particles are black with a metallic luster and range from 62 to 70% $TiO_2$.

The term "leucoxene" is applied to the less magnetic opaque titanium minerals which contain from 70 to 95% $TiO_2$. They have the same size and shape as the ilmenite grains but are lighter in color, and represent more advanced stages of alteration. Their magnetic susceptibility ranges from moderate for the darker grains to feeble for the very light colored grains.

Unaltered crystalline rutile is common in the nonmagnetic fraction. The grains are dark red in color and are mostly minus 150 mesh in size.

GREEN COVE SPRINGS, FL—About 32 km (20 miles) east-southeast of the south end of Trail Ridge an ilmenite-leucoxene-zircon-monazite heavy mineral deposit was mined by Titanium Enterprises, a joint venture of American Cyanamid and Union Camp Corp., until 1978 when mining ceased for economic reasons. In 1980 the property was purchased and mining resumed by Associated Minerals (U.S.A.) Ltd., Inc., a subsidiary of the Australian firm, Associated Minerals Consolidated Ltd. The ore body is near the eastern margin of the Duval Upland, which is thought to be a regressional beach ridge plain, and is probably related to an ancient shoreline at an elevation of 27 to 31 m (90 to 100 ft) above present sea level or to the Wicomico shoreline of MacNeil (1949).

The ore zone at Green Cove Springs is 16 to 19 km (10 to 12 miles) long, 1 km (¾ mile) wide, and it averages about 6 m (20 ft) thick. The heavy minerals comprise 3 or 4% of loose to slightly consolidated quartz sands which are underlain by subgrade quartz sands, by brown and gray sands containing some clay, by shell beds, and finally, at a depth of 31 m (100 ft) or more below surface, by limestone and dolomite.

The grain size of both quartz and heavy minerals is smaller than at Trail Ridge. Also, the heavy mineral suite, containing a significant percentage of monazite together with minor amounts of epidote and garnet, is different. It has been suggested (Pirkle et al., 1974) that while the Trail Ridge concentration of heavy minerals was derived from the Northern Highlands of the northwestern part of peninsular Florida, the Green Cove Springs deposit was formed from the sands of the Duval Upland to the east.

BOULOUGNE, FL—Humphreys Mining Co. in 1974 to 1979 mined a heavy mineral deposit about 3 km (2 miles) south of the town of Boulougne on the St. Marys River, which forms the boundary between extreme northern Florida and Georgia. It was located near the eastern edge of the Duval Upland at an elevation above sea level the same as that at Green Cove Springs, and had similarly fine sands containing monazite, garnet, and epidote. The two deposits probably had a common genesis.

The Boulougne ore body was 4 to 5 km (2½ to 3 miles) long north-south, 0.8 to 1.2 km (½ to ¾ mile) wide, and 2 to 8 m (5 to 25 ft) thick. The ore-bearing surface sands were underlain by sand with a diminished heavy mineral content, then by various colors of clayey sand, then by a thin shell bed, and finally by the sediments of the Hawthorne formation of middle to late Miocene age.

FOLKSTON, GA—Du Pont, in a program of systematic examination of elevated bars and old high level shorelines along the Atlantic Coast, discovered the Folkston heavy mineral deposit in 1952. It was situated in a flat, broad elevated area a few miles north of the Boulougne, FL, ore occurrence and the two may at one time have been one, later cut by the St. Marys River. The flat area is better described as a marine terrace rather than a sand bar or old shoreline, as it is up to 6 km (4 miles) wide and over 32 km (20 miles) long. The zone in which commercial deposits of heavy minerals were found, 8 km (5 miles) east of Trail Ridge, is not geomorphically different from the remainder of the terrace. It is a relatively thin layer of sand resting on clay. Three lenses were outlined in development drilling: the Main Area, the West Extension, and the North Extension. Each of the lenses was bounded by swamps, underlain by barren sand and clay, which were probably original depressions rather than erosion channels. Humphreys Mining Co. completed mining of the Main Area for Du Pont in 1974 and moved mining and primary concentrating equipment to Boulougne, FL.

Titanium minerals comprised 56% of the heavy mineral suite in the Main Area, and the average $TiO_2$ content of a combined titanium mineral concentrate was about 72%. The grain size averaged 90 to 94% −100 mesh. By-products were zircon and monazite.

*New Jersey*—The New Jersey Geological Survey, in an exploration program which grew

the Duval Upland

reys Mining Co. in
y mineral deposit
h of the town of
River, which forms
e northern Florida
l near the eastern
an elevation above
t at Green Cove
ine sands contain-
epidote. The two
mon genesis.
was 4 to 5 km
outh; 0.8 to 1.2 km
to 8 m (5 to 25 ft)
rface sands were
inished heavy min-
is colors of clayey
ied, and finally by
orne formation of

t, in a program of
elevated bars and
along the Atlantic
ton heavy mineral
ted in a flat, broad
north of the Bou-
and the two may
, later cut by the
area is better de-
rather than a sand
up to 6 km (4 miles)
miles) long. The
deposits of heavy
(5 miles) east of
orphically different
errace. It is a rela-
ing on clay. Three
velopment drilling:
Extension, and the
of the lenses was
lain by barren sand
bly original depres-
annels. Humphreys
ng of the Main Area
moved mining and
ment to Boulougne,

prised 56% of the
Main Area, and the
combined titanium
out 72%. The grain
—100 mesh. By-
monazite.

Jersey Geological
rogram which grew

out of observations of minor titanium mineral concentrations during investigation of monazite placers as sources of radioactive materials, identified the upper Tertiary sediments in the northern part of New Jersey's Coastal Plain as an ilmenite province in 1956 (Markewicz, 1969). The main heavy mineral formations were found to be the Miocene Kirkwood marine micaceous sand, silt, and clay, the Pliocene (?) Cohansey fluvial poorly sorted quartz sand, and the Pleistocene Cape May sands and gravels derived from the Kirkwood and Cohansey and from sediments farther inland. The Cohansey formation, which contains the greatest concentrations among these three, is ilmenite-rich in the northern third of its extent in New Jersey, in the vicinity of Lakehurst, about 48 km (30 miles) southeast of Trenton. Exploratory drilling by private companies resulted in the discovery of four ore bodies, and two heavy mineral mines were established.

Lakehurst, NJ—The deposit of Glidden Pigments Group of SCM Corp. was located at Legler, about 3 km (2 miles) due north of Lakehurst, and was mined from 1962 to 1978. A mantle of Pensauken sand and gravel from 0.3 to 3.0 m (1 to 10 ft) thick overlay the Cohansey ore body, which was from 6 m (20 ft) to more than 12 m (40 ft) thick, with the average being 8 m (25 ft). A barren red sandstone 6 to 12 m (20 to 40 ft) thick underlay the ore, and beneath it was a zone in the Kirkwood formation, more than 12 m (40 ft) thick in places, averaging 4.5% heavy minerals. Only the Cohansey ore was mined.

The Cohansey sand is highly variable in color and in ilmenite, clay, and ironstone content. Occasional pebbles and limited gravel layers are present, and a coarse, iron stained, barren sand unit forms a bottom marker horizon. Cross-bedding, slump structures, roots and other pieces of organic material, and clay bodies up to 152 mm (6 in.) in diam are fairly common. Partially and wholly indurated iron oxide lenses and masses occur randomly above and below the water table (Anon., 1974a). A black, silty, lignite-charcoal band up to 5 m (15 ft) thick, found within the ore in the northwestern portion of the deposit, was interpreted by Markewicz as possibly the remains of a partially burned wooded swamp.

Heavy mineral content of the ore varied from 3% to more than 15% over distances of a few feet, with 5% being the average. The composition of the heavy mineral suite was reported by Markewicz as follows:

| Mineral | Grain Count, |
|---|---|
| Ilmenite-leucoxene | 85–90 |
| Zircon | 2–4 |
| Kyanite-sillimanite | 1–2 |
| Staurolite | tr-1 |
| Rutile, anatase | tr-1 |
| Tourmaline | tr-2+ |
| Garnet, monazite, epidote, andalusite, hypersthene | tr |

Glidden produced about 90,000 stpy of 61.5% $TiO_2$ ilmenite-leucoxene concentrate for its own consumption from 1962 to 1978.

Manchester Mine—The Manchester mine of Asarco, Inc., also in the Cohansey formation, was about 97 km (60 miles) south of New York City, near Lakehurst, NJ. Geological features are similar to those at the Glidden operation at Lakehurst. Reserves were reported to be 180 million tons of sand averaging about 4% heavy minerals (Anon., 1974a) and 1.95% $TiO_2$ (Li, 1973). The operation was expected to have a 20- to 22-year life from 1973, when production began, based on a planned initial rate of 155,000 tons and a possible ultimate rate of 185,000 tpy of ilmenite, averaging 63% $TiO_2$. All ilmenite produced was under a sales contract to Du Pont. The mine was closed in March 1982 because of escalating costs and the prospect of a long-term oversupply situation. Figs. 1 to 4 are scenes of the operation.

*Tennessee*—A reconnaissance exploration program conducted by Du Pont to investigate reports of surface heavy minerals in 1957–1958 led to discoveries of ore grade occurrences of titanium minerals in the Cretaceous McNairy formation. McNairy is a poorly consolidated, clay-bearing fine-grained sandstone, about 91 m (300 ft) thick, which outcrops in a north-south belt just west of Kentucky Lake. The dip is very gentle to the west. Heavy minerals, including ilmenite, leucoxene, rutile, zircon, monazite, and minor amounts of kyanite, staurolite, tourmaline, and xenotime, are concentrated in the lower portion of the McNairy above the underlying Coon Creek formation. The ilmenite is somewhat altered, and concentrates have shown an average of about 62% $TiO_2$.

Ethyl Corp. and Kerr-McGee carried out exploratory drilling programs during the period 1970–1972, and both companies outlined several ore bodies. Production plans were deferred because of environmental problems and changing markets.

**Australia:** Australia is the world's most important heavy mineral sand mining country, producing 64% of the rutile mined in 1982, and 38% of the ilmenite.

FIG. 1—*General view of Asarco's dredge, pond, slurry pipeline, and pumping station at Manchester, NJ (courtesy of Asarco).*

FIG. 2—*Suction dredge recovered 20,000 gpm (20% solid) of titanium-bearing sands. The lake moved forward as the dredge advanced and closed in behind as clean sand from the concentration plant was returned (courtesy of Asarco).*

FIG
*dept*

F



pumping station at

-ing sands. The lake
-m the concentration

FIG. 3—*Asarco's custom-built Dixie CS–20 suction dredge was designed to excavate sands from a depth of 20 m (65 ft). The slurry was pumped by pipeline to a terminal for processing (courtesy of Asarco).*

FIG. 4—*View of a portion of the 1524 Humphrey spirals. They rejected over 95% of the slurry intake as waste in rougher, cleaner, and finisher cycles (courtesy of Asarco).*

Heavy mineral concentrations occur widely around the Australian coast, and small black sand deposits have been reported in Tasmania, Victoria, South Australia, and the Northern Territory. Those at Nepean Bay on Kangaroo Island have been mined in the past. In addition to onshore beach-type deposits, offshore occurrences have been discovered and explored in shallow water along portions of the New South Wales-Queensland coasts. In 1982, however, mining was restricted to three areas: (1) the coast of New South Wales and Queensland from Newcastle to Gladstone, (2) near Bunbury, Capel, and Busselton on the west coast of Western Australia south of Perth, and (3) near Eneabba 29 km (18 miles) inland and about 225 km (140 miles) north of Perth (Fig. 5).

As elsewhere, the heavy mineral grains were derived from the erosion of granites, intrusives, quartz reefs, and sandstones, and transported to the coast and concentrated by water and wind action. They occur in present-day beaches, fossil beaches, buried strand lines, and coastal dunes, and may be up to nearly 32 km (20 miles) inland as in Western Australia.

Ratios among individuals in Australian heavy mineral suites vary geographically. For example, between Sydney and Newcastle, rutile and zircon comprise about 90% of the concentrates, while farther north in New South Wales the rutile plus zircon content drops to 60 to 70%. Continuing northward, in southern Queensland the ilmenite level increases to about 60% of the heavy minerals. In the area between Busselton and Bunbury in Western Australia ilmenite makes up about 90% of the heavy mineral fraction, and near Eneabba concentrations contain 40 to 60% ilmenite, and about 10% rutile.

There is also a geographical variation in the chemical composition of ilmenite. Along the east coast ilmenite is generally too high in chromium to be suitable as a raw material for pigments manufacture by the sulfate process, and has found only a limited market in the Japanese steelmaking industry. The chromium content does, however, decrease from south to north, and the ilmenite is apparently suitable for upgrading to rutile grade material by some beneficiation processes. In Western Australia ilmenites from the Bunbury-Busselton area average 54 to 57% $TiO_2$, while Eneabba ilmenite grades around 61% $TiO_2$.

FIG. 5—*Location of principal ilmenite and rutile mineral sand reserves and mining operations in Australia, 1980 (Anon., 1980c, and Ward, 1972).*

bically. For exam-
ewcastle, rutile and
% of the concen-
ı New South Wales
ɜnt drops to 60 to
ɾard, in southern
level increases to
nerals. In the area
ɪnbury in Western
› about 90% of the
near Eneabba con-
60% ilmenite, and

ical variation in the
menite. Along the
erally too high in
a raw material for
the sulfate process,
ited market in the
try. The chromium
rease from south to
apparently suitable
le material by some
Western Australia
ɾ-Busselton area av-
le Eneabba ilmenite

INSET

Gladstone
Fraser I
Ipskip Point
Noosa (a)
BRISBANE
Nth. Stradbroke I
Currumbin
Cooloongatta
Cudgen
Byron Bay
Ballina
Woodburn
Yamba
Coffs Harbour
Mat Head
Crescent Head
Diamond Head
Harrington
Forster
Port Stephens
Swan Bay
Wyong
SYDNEY

ɪining operations suspended

2/213

mining operations in

Titanium mineral mining began in eastern Australia in 1934. Ore bodies were modern beach placers containing up to 50% heavy minerals, mostly rutile and zircon. All these high grade deposits have been exhausted over the past 40 years, and the average grade in the east by 1980 was about 3% heavy minerals. The increased cost of working lower grade deposits farther inland has been offset by improved techniques for mining and processing, and some ore bodies containing less than 0.25% $TiO_2$ as rutile (plus at least as much zircon) are now mined successfully on the east coast. In Western Australian ore bodies titanium minerals must be more highly concentrated because of the relative scarcity of rutile, and although there are wide variations within individual deposits, the average is between 5 and 10% heavy minerals. Mining of heavy mineral sands began in Western Australia in 1956.

The development of the large and important Eneabba ore field began in 1970. Rutile occurs in the heavy mineral suite there with ilmenite and leucoxene, so that with full-scale production commencing in 1974 and 1975, Western Australia became an important source of rutile for the first time.

Australia's titanium reserves are shown in Table 15. Table 16 lists company names, locations, estimated reserves, and 1980 production of rutile and ilmenite.

*Eastern Australia*—Ore bodies are in ancient beaches and bars in New South Wales and parts of Queensland. On North Stradbroke and Fraser Islands they are in high coastal dunes. A variety of mining equipment including dredges, bulldozers, front-end loaders, and bucket wheel excavators is employed by the seven producers.

Associated Minerals Consolidated Ltd. (AMC) is the world's leading producer of rutile and zircon, operating the world's largest mobile sand mineral concentrator on North Stradbroke Island off Brisbane. The suction-cutter dredge is 25 m (81 ft) long and 12 m (40 ft) wide. It is followed by a 34 x 34-m (110 x 110-ft) pontoon-mounted concentrator with a capacity of 1500 stph.

The Forster, N.S.W., mining plant of Mineral Deposits, Ltd., the second largest mineral sand producer in Australia, has a capacity of 900 to 1500 stph. It consists of a suction-cutter dredge, a 400-ton pontoon-mounted surge bin, and a concentrator mounted on a 24 x 31-m (80 x 103-ft) pontoon.

Consolidated Rutile Ltd. mines 91-m (300-ft) dunes on North Stradbroke Island by bulldozer, frequently moving a sand-receiving trommel and slurrying unit to keep it close to the mining site. The sand is pumped to a nearby wet concentrator built in several basic units for rapid dismantling and moving a few times a year. Heavy mineral concentrates are barged to the dry mill on the mainland at Meeandah near Brisbane.

**TABLE 15—Titanium Reserves of Australia, Thousands of Short Tons**

| | Rutile | Ilmenite |
|---|---|---|
| East coast | 6,500 | 14,400 |
| West coast | 3,500 | 36,000 |
| Total | 10,000 | 50,400 |

Source: Anon., 1980b.

The opposition of conservationists to sand mining on Fraser Island led to the withdrawal of export licenses for Fraser Island concentrates at the end of 1976, and to restrictions on sand mining in other areas in Queensland and New South Wales.

*Western Australia*—Heavy mineral concentrations occur in three separate strand lines in the Bunbury-Busselton area: the present beach, the Capel line, and the Yoganup line, with the Yoganup line being oldest and 16 km (10 miles) inland. The $TiO_2$ content of the titanium mineral fraction of the heavy minerals increases with distance from the present coast.

Longshore drift in the area is southward and westward toward Cape Naturaliste, and it appears that longshore currents acting in the past sorted sands brought to the coast by northwestward-flowing rivers, creating heavy mineral deposits along beaches near their mouths. The existence of the old Yoganup and Capel lines indicates two past episodes of shoreline standstill.

There are no mining operations now on the beach. Cable Sands Pty. Ltd. and AMC are mining the Capel line, and Westralian Sands is working the Yoganup line. Both dredging and dry mining with scrapers, bulldozers, draglines, front-end loaders, and backhoes are practiced. In some deposits iron oxide-cemented, hard lenses near the bottom of the ore, which contain up to about 70% heavy minerals, are drilled, blasted, removed from the pits in blocks, and stored for possible future milling.

The Yoganup line sand has a high clay content, requiring dewatering of tailings in a series of large settling ponds. Water is scarce, and is conserved by recycling.

Commercial concentrates of ilmenite, leu-

**TABLE 16—Australian Producers of Titanium Minerals, 1980**

| Company | Location: Mines (m) and Separation plants (s) | | Reserves, Thousand st: Rutile | Reserves, Thousand st: Ilmenite | Production, Thousand st: Rutile | Production, Thousand st: Ilmenite | Associated Companies and Controlling Interests |
|---|---|---|---|---|---|---|---|
| **East coast** | | | | | | | |
| Associated Minerals Consolidated Ltd | N. Stradbroke Island, Qld.<br>Southport, Qld<br>Jerusalem Creek, N S.W.<br>Kempsey, N.S.W.<br>Hexham, N.S.W. | m,s<br>s<br>m<br>m<br>s | 800 | 2,000 | 71 | NA | Consolidated Goldfields Australia Ltd., 61.7% |
| Consolidated Rutile Ltd. | N. Stradbroke Island<br>Meeandah, Qld | m<br>s | 1,100 | 2,400 | 60 | NA | Cudgeon RZ, 50%, and Union Corp, Republic of South Africa |
| Currumbin Minerals Pty. Ltd. | Currumbin, Qld<br>Kingscliff, N.S.W. | m,s<br>m | 200 | 200 | 4 | NA | Neumann Associate Companies Pty. Ltd. |
| *Mineral Deposits Ltd.* | *Crescent Head, N.S.W.*<br>Myall Lakes/Hawks Nest, N.S.W. | m,s<br>m,s | 900 | 2,000 | 50 | NA | *Utah Mining Australia Ltd., 84%* |
| Rutile and Zircon Mines (Newcastle) Ltd. | Harrington, N.S.W.<br>Tomago, N S.W. | m,s<br>m,s | 300 | 700 | 39 | NA | Peko Wallsend Ltd., 50%, Kathleen Investments Australia Ltd. 50% |
| Reserves unavailable for mining because of environmental considerations | | | 3,100 | 7,100 | — | — | |
| Total east coast | | | 6,400 | 14,400 | 224 | 60 | |
| **West coast** | | | | | | | |
| Allied Eneabba Ltd. | Eneabba, W.A. | m,s | 2,000 | 10,000 | 60 | 325 | E I. du Pont de Nemours, 59% |
| Associated Minerals Consolidated Ltd. | Capel, W.A<br>Eneabba, W.A. | m,s<br>ms | 1,600 | 13,000 | 40 | 433 | Consolidated Goldfields Australia Ltd., 61.7% |
| *Cable Sands Pty. Ltd.* | *Capel, W.A.*<br>Bunbury, W.A. | m<br>s | — | 2,000 | — | 191 | *Kathleen Investments, principal shareholder.* |
| Westralian Sands Ltd. | Yoganup, W.A.<br>Capel, W.A.<br>North Capel, W.A. | m<br>s<br>m,s | — | 11,000 | — | 434 | Tioxide Australia Ltd., 40% |
| Total west coast | | | 3,600 | 36,000 | 100 | 1,383 | |
| Total Australia | | | 10,000 | 50,400 | 324 | 1,443 | |

Sources: Anon., 1980b; and industry contacts.
NA = Not available

coxene, zircon, and monazite are produced from this region of Western Australia.

Exploration northward toward Perth and beyond resulted in the discovery of heavy mineral occurrences in old strand lines at Boyanup, Waroona, Bull's Brook, and Gin Gin. Rutile appears significantly in the heavy mineral suites at Bull's Brook and Gin Gin. The ilmenite is reported to be high in chromium content and it could be more suitable as a raw material for beneficiation than for direct sale.

ENEABBA—It was suggested by Lissiman and Oxenford (1973) that the heavy mineral deposits at Eneabba were formed by agencies acting similarly to those which formed the ore bodies in the Bunbury-Busselton area. Rapid erosion of a Mesozoic sedimentary rock highland contributed sand to a westward-flowing stream which emptied into a bay partially protected on the southwest from south-to-north longshore currents by a headland. Longshore drift produced countercurrents within the bay which concentrated black sands on the beaches south of the mouth of the stream. There are several distinct strand lines marked by north-trending bands of high heavy mineral concentration at the bottom of the ore zone, and they are thought to have been formed during relatively brief periods of sea level standstill. The strand lines are at successively lower levels from east to west. The geologic history of the ore field is made complex by evidence of reworking of the higher strand lines by waves which must have been associated with a sea which rose again, perhaps repeatedly, and by wind which created disseminated heavy mineral sands between and over the strand line deposits. Ore bodies in the northern portion of the district, which is about 16 km (10 miles) long and over 2 km (1½ miles) wide, are thought to have been formed by wind concentration of heavy minerals from black sand dunes then exposed in areas to the south.

Total reserves of the Eneabba district are in excess of 20 million tons of heavy minerals. Rutile, ilmenite, leucoxene, zircon, and monazite are present in variable proportions from one area to another, but the average ratios may be 1:5:0.2:2:0.2, respectively. Shipments of concentrates are from the port of Geraldton.

The development of Eneabba for mining presented considerable challenge because of its remoteness and relative lack of labor, power, water, transportation, and nearby port facili-

ties. Furthermore, a portion of the ore, which occurs both in free-flowing sand and in harder, clay-rich sands, is bound up in nodules and in cellular and solid masses of iron oxide-cemented material locally called *laterite.* Extensive pilot testing of concentrating and separating methods and pilot mining were carried out to prove the physical and economic feasibility of heavy mineral operations. Production from Eneabba will make an important contribution to world titanium mineral and zircon markets for the next 15 years and more, and could compensate for diminishing production of rutile and zircon from the east coast.

KING ISLAND—Beach placers containing heavy minerals are located along the central part of the east coast from Naracoopa some 11 km (7 miles) along Sea Elephant Bay north to Cowper Point. The heavy mineral content is high, up to about 60%. Rutile and zircon occur in about equal proportions. Accessory minerals are leucoxene, ilmenite, magnetite, garnet, and cassiterite.

Naracoopa Rutile Ltd., a subsidiary of New Mount Costigan Mines Ltd., mined the sands by dragline and used trucks to haul to a wet plant stockpile. A dry plant had a production capacity of 10,000 stpy of rutile and 10,000 stpy of zircon. In early 1972 Buka Minerals N.L. acquired Naracoopa's mining properties and plant through its subsidiary, Kibuka Mines Pty. Ltd., and recommenced production after a reconstruction program.

**China:** Coastal sand deposits in Guandong and Guangxi provinces contain ilmenite, zircon, and other heavy minerals (Brady, 1981).

**India:** At one time India was a leading producer of ilmenite from the state of Kerala (formerly Travancore-Cochin). The beach sands were mined in the Manavalakurichi (M.K.) area and later the Quilon deposit of ilmenite near Chavra was put into production. These deposits supplied the bulk of the titanium ore used by the US prior to World War II.

The two deposits have more differences than similarities. The ilmenite in the M.K. deposit analysed only 54% $TiO_2$ and the sand was rich in garnet and monazite. The ilmenite in the Quilon deposit analyzes about 60% $TiO_2$. The sand carried almost no garnet and is high in monazite in only two places. Analyses of ilmenite from these areas are shown in Table 17.

The M.K. deposit consisted of buried seams of rich black sands at or just above the present ocean level. The beach sands were rich only when the monsoon storms sorted out the light minerals from the heavy ores.

**TABLE 17—Ilmenite Analyses, India**

| | 1, % | 2, % |
|---|---|---|
| $TiO_2$ | 54.1 | 60.4 |
| FeO | 25.6 | 9.55 |
| $Fe_2O_3$ | 15.3 | 24.6 |
| $Cr_2O_3$ | 0.09 | 0.17 |
| $V_2O_5$ | 0.23 | 0.36 |

Source: Gillson, 1959.

1. Travancore, "M.K."
2. Travancore; average "Quilon."

The Quilon deposit is not only much larger but the ilmenite is of a better grade. The deposit is a barrier beach extending parallel to the old shore in front of the mouths of two large rivers, the Panalur at Neendakara and Pallikal Todu. The ocean beach is black with layers carrying 80% heavy minerals and dunes on the beach are gray with 40 to 50% heavy minerals. Below them are old beaches now buried under dunes formed before the shore retreated, which are as rich as those now being washed by the waves. The extent of the old buried beaches has never been completely determined.

**Malaysia:** Substantial tonnages of ilmenite are produced in Malaysia as a byproduct of tin mining either as rough concentrates in mills using magnetic separation techniques or in the form of *Amang,* a crude mixture of heavy minerals which has to be further treated to recover the ilmenite content. The main centers of production are at Perak and Ipoh. The deposits are alluvial in nature.

**Sierra Leone:** A deposit along the Sherbro River was originally developed as a joint venture of Pittsburgh Plate Glass Co. and British Titan Products. Although relatively high grade (±1.5% $TiO_2$) the sands were extremely fine and disseminated in lumpy lateritic clay. Reserves are estimated to be between 3 and 30 million tons of contained rutile. The ore problems plus mechanical and political difficulties caused Sherbro Minerals to shut down in 1971 after only two years of operation.

Bethlehem Steel acquired 85% ownership of the property in 1976 (15% Nord Resources) and conducted an extensive prospecting and geological investigation that extended into 1977, finding higher grade deposits (±2.5% $TiO_2$) than that mined by Sherbro. Improvements were made in both the wet and dry flowsheets and as of 1981 the operation now called Sierra Rutile Limited was approaching specifications and design capacity of 110,000 stpy.

Rutile grades are highest in the topsoil, averaging 2.5% $TiO_2$, and in the basal sands and gravels, with up to 3.0% $TiO_2$. The average

ociated Companies and
Controlling Interests

olidated Goldfields
·alia Ltd, 61.7%

ieon RZ, 50%, and Union
rp., Republic of South Africa
nann Associate Companies
/. Ltd.
Mining Australia Ltd., 84%

Wallsend Ltd., 50%,
leen Investments Australia
l. 50%

du Pont de Nemours, 59%
solidated Goldfields
ustralia Ltd., 61.7%
lleen Investments, principal
areholder.
ide Australia Ltd., 40%

formed during rela-
level standstill. The
ssively lower levels
ologic history of the
by evidence of re-
and lines by waves
sociated with a sea
repeatedly, and by
inated heavy mineral
strand line deposits.
n portion of the dis-
(10 miles) long and
vide, are thought to
nd concentration of
ck sand dunes then
outh.
neabba district are in
of heavy minerals.
, zircon, and mona-
ile proportions from
ne average ratios may
ively. Shipments of
port of Geraldton.
Eneabba for mining
allenge because of its
ack of labor, power,
d nearby port facili-

grade of the Mogbwemo deposit where Sierra Rutile began mining in 1979 is over 2.0% $TiO_2$ (Anon., 1981).

**South Africa, Republic of:** Shipments of rutile and zircon were started in 1977 from the Richards Bay mineral sands operation in Natal. Richards Bay Minerals manages the combined affairs of Tisand Pty. Ltd. and Richards Bay Iron and Titanium Pty. Ltd., the companies responsible for the operation of the mine and the smelter, respectively. A high-$TiO_2$, low-magnesium-plus-calcium slag (RB slag) containing 85% $TiO_2$ has been produced from ilmenite since 1978, and is reportedly suitable for use in either the sulfate or chloride titanium dioxide pigment processes. Since 1980, production rates have approached planned annual capacities of 440,000 tons of RB slag, 220,000 tons of low-manganese iron, 53,000 tons of rutile, and 110,000 tons of zircon. Proven reserves were estimated at 770 million tons grading 5% ilmenite, 0.3% rutile, and 0.65% zircon. Principal shareholders at the end of 1980 were QIT-Fer et Titane, Inc. (32%), General Mining Union Corp. (30%), and the Industrial Development Corp. of South Africa Ltd. (16%).

Operations in 1980 were in an area 17 km (11 miles) long and 1 km (0.6 miles) wide adjacent and parallel to the shoreline. The ilmenite, rutile, and zircon, along with magnetite, are evenly distributed throughout the sands which occur as dunes up to about 38 m (125 ft) in height on a clay base (Anon., 1980d).

**Sri Lanka:** Sri Lanka contains extensive beach deposits of titanium-bearing sands at Pulmoddai, Tirukkovil, Kelani River, Kalu River, Modoragam River, Kudremalai Point, Negombo, and Induruwa.

The Pulmoddai area contains 5.6 million st of titaniferous material with 2.451 million st of contained $TiO_2$. The deposit extends for a distance of 7 km (4½ miles), has a maximum width of about 91 m (300 ft), and a thickness of about 2.4 m (8 ft). There is no overburden. The deposit contains about 80% ilmenite and rutile. The average mineralogical composition of the black sand is as follows (Anon., 1974):

| | |
|---|---|
| Ilmenite | 70–75% |
| Rutile | 10–12% |
| Zircon | 8–10% |
| Sillimanite | ±1% |
| Monazite | ±0.4% |

Other minerals present include spinels, garnet, tourmaline, etc., with quartz and shells as the main waste materials.

The separation of rutile has been adversely affected by the presence of excessive amounts of residual ilmenite and quartz in the tailings. The separation of zircon has been hampered by inadequate water and insufficient wet tabling equipment to handle the extremely fine-grained Pulmoddai ore.

### Sand Deposits—Potential Sources

**Brazil:** Brazilian deposits of heavy minerals on ocean beaches occur in a zone about 161 km (100 miles) long, extending north from the northeast corner of the state of Rio de Janeiro up into the state of Espirito Santo as far north as the Rio Doce. There is also a zone in southern Bahia. Deposits are known to exist near Natal in the state of Rio Grande do Norte. Fig. 6 shows the location of the ilmenite deposits of Brazil (Gillson, 1950). Rutile deposits also are found in the state of Goias.

The minerals of the Brazilian beaches are:

| Mineral | % Heavy Mineral |
|---|---|
| Magnetite | tr to 3 |
| Ilmenite | 35–75 |
| Monazite | 1–20 |
| Zircon | 5–35 |
| Rutile | 1/2–5 |
| Sillimanite | 1–1/2–5 |
| Kyanite | 1/2–2 |
| Corundum | tr-1/2 |
| Spinel | 1/4–5 |
| Staurolite | tr-3 |
| Others | tr-3 |

The ilmenite assays from 39.7 to 61.6% $TiO_2$. Table 18 lists Brazilian ilmenite and rutile analyses.

**Egypt:** Rich deposits of black sands occur along the northern beaches of the Nile Delta for about 241 km (150 miles). There are two types: one is dark in color and contains about 70 to 90% heavy minerals and a second which is grayish-yellow to dark gray and contains about 40% heavy minerals. The deposits cover areas 10 km (6 miles) long and a few meters (yards) wide and up to 0.5 m (1½ ft) in thickness.

The black sand concentrate is composed of ilmenite, magnetite, zircon, rutile, monazite, and garnet. Analysis of typical concentrates follows:

Ilmenite—55%
Magnetite—15–20%
Zircon—7–8%
Garnet—4–6%
Rutile—1.5%
Monazite—0.5–1%

ɔf excessive amounts
ɪuartz in the tailings.
has been hampered
nsufficient wet tabling
ːxtremely fine-grained

l Sources

ɜits of heavy minerals
ı a zone about 161 km
ding north from the
tate of Rio de Janeiro
ito Santo as far north
s also a zone in south-
known to exist near
io Grande do Norte.
n of the ilmenite de-
1950). Rutile deposits
; of Goias.
Brazilian beaches are:

% Heavy Mineral
tr to 3
35–75
1–20
5–35
1/2–5
1–1/2–5
1/2–2
tr-1/2
1/4–5
tr-3
tr-3

from 39.7 to 61.6%
Brazilian ilmenite and

; of black sands occur
ches of the Nile Delta
miles). There are two
ɔlor and contains about
'als and a second which
ark gray and contains
rals. The deposits cover
long and a few meters
to 0.5 m (1½ ft) in

:entrate is composed of
ircon, rutile, monazite,
of typical concentrates

-55%
—15–20%
-8%
⊢6%
.5%
—0.5–1%

FIG. 6—*The heavy mineral deposits of Brazil (Gillson, 1950).*

**New Zealand:** Ilmenite and associated heavy minerals are found in New Zealand on the west coast of South Island from Jackson Bay to Karamea and on the west coast of North Island at the mouth of Waikato River, Muriwai, and at Manukan Heads. Total reserves near Westport are estimated to be between 17 to 31 million tons. Tests of the sand from Westport indicate the titanium content of the ilmenite averages about 47%.

Approximately one billion tons of sand are available between Karamea and Jackson Bay from which ilmenite could be recovered. These deposits on the west coast of South Island are believed to be one of the world's major reserves of low chromium ilmenite.

**South Africa:** Ilmenite-bearing sands occur in scattered deposits along the east coast of the Republic of South Africa from the area of East London to the Mozambique border and northward. Ilmenite sands also occur along the west coast particularly in the Vannhyrodorp district.

Titanium minerals are found on the east coast in three types of deposits:

1) Older red and brown coastal sands.
2) Recent dunes and beach sands.
3) Alluvium in coastal lagoons.

Older red and brown coastal sands occur in a belt of undulating fixed dunes which is roughly parallel to the coast. The belt ranges from a few meters (yards) to 6 km (4 miles) or more in width. Some dunes are as much as 152 m (500 ft) high but the average height is much less.

The heavy mineral content varies from 2 to 25%. The heavy mineral content is about:

Ilmenite—70–80%
Leucoxene—2–5%
Rutile—2–5%
Zircon—8–10%
Magnetite—2–8%
Monazite—tr-0.3%
Garnet, pyroxene, etc. 1–5%

Recent dunes and beach sands are partially derived from the older sands and contain the same mineral suites.

**TABLE 18—Rutile and Ilmenite Analysis, %, Brazil**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $TiO_2$ | 58.5 | 61.6 | 55.6 | 38.9 | 66.5 | 70.5 | 79.3 | 69.0 | 75.2 | 96.7 | 92.9 | 93.5 | 97.8 | 97.1 | 95.6 |
| FeO | 35.4 | 32.0 | 36.6 | — | 26.2 | 24.6 | 19.8 | 30.9 | 21.7 | | | | | | |
| $Fe_2O_3$ | | | | 44.2 | 1.8 | | | | | 2.0 | 6.8 | 6.6 | 2.3 | 3.0 | 3.4 |
| $SiO_2$ | 0.2 | 2.5 | | 4.0 | 5.2 | | | | | 0.5 | 0.4 | 0.1 | 0.2 | | 0.7 |
| CaO | 0.9 | | | | | | | | | | | | | | |
| MnO | 0.1 | | | | | | | | | | | | | | |
| MgO | 2.5 | | | | | | | | | | | | | | |
| $H_2O$—110° | 0.1 | | | | | | | | | | | | | | |
| $H_2O$+110° | 2.7 | | | | | | | | | | | | | | |

Source: Abreu, 1962.

1. Ilmenite from coastal sand, S.G.
2. Ilmenite and rutile, Bom Jardin, M.G.
3. Ilmenite from Pissaguera, P.R.
4. Ilmenite from São Sebastiao, S.P.
5. Ilmenite and rutile, Bom Jardin, M.G.
6. Ilmenite and rutile, Anápolis, G.O.
7. Material from riverbed, Rio Grande, M.G.
8. Ilmenite and rutile, Santa Quitéria, C.E.
9. Ilmenite and rutile, Neopolis, S.E.
10. Rutile, Mossâmedes, G.O.
11. Rutile, Mossâmedes, G.O.
12. Rutile, Corumba, G.O.
13. Rutile, Pirenopolis, G.O.
14. Rutile, Santa Luzia, G.O.
15. Rutile, Average of shipment from G.O.

Ilmenite concentrates occur in the alluvium in coastal lagoons, i.e., lagoon sands and in the bars at river mouths.

On the west coast, ilmenite-bearing sands exist in the Vannhyrodorp District between Strandfontein and the mouth of the Zout River. One deposit, a recent dune, skirts the coast for 6 km (4 miles) and another on the Geelwae Karoo is found in a narrow modern beach about 8 km (5 miles) long. The sands are unconsolidated and fine to medium grained.

Analyses of ilmenites from South Africa are shown in Table 19.

Titaniferous sandstone containing up to about 50% ilmenite with lesser amounts of rutile and zircon occur in the Ecca series of the Karoo system. They outcrop in several areas, principally near Bothaville about 483 km (300 miles) from the east coast in the Orange Free State. Total reserves are estimated at 85 million tons of material, some of which might be recovered with future technological improvements.

The Cape Morgan Titanium Mining Co. has produced a small amount of ilmenite in the Komga District from coastal sands.

**Uruguay:** Black sands are found northeast of Montevideo at Agua Dulces, in the state of Rocha. The sands extend along the coast for a distance of 11 km (7 miles) with an average depth of 5.5 m (18 ft). Reserves are estimated at 3.3 million tons of heavy minerals, with an average 2.5% heavy mineral concentrate. The composition of the heavy mineral fraction is approximately:

| | |
|---|---|
| Ilmenite | 60% |
| Zircon | 5% |
| Rutile | 1% |
| Monazite | 0.6% |

In addition, titanium sand deposits are known to exist in the following areas:

**China:** At Luanping and Chente, and the coast of Jiangsu province.

**Korea:** Resources of 2,535,000 tons with 507,000 tons of contained $TiO_2$.

**Mozambique:** Rutile and ilmenite are known to exist on the coastal beaches of Mozambique north of 16° 30′ latitude and near Vila Luisa, about 40 km north of Lourenco Marques.

**TABLE 19—Analyses of South African Ilmenites**

| | 1, % | 2, % | 3, % |
|---|---|---|---|
| $TiO_2$ | 50.5 | 46.6 | 41.6 |
| FeO | 38.2 | 39.51 | 34.1 |
| $Fe_2O_3$ | 9.2 | 9.11 | 19.7 |
| $Cr_2O_3$ | 0.2 | 0.10 | 0.0 |
| $V_2O_5$ | 0.12 | 2.76 | 0.92 |

Source: Anon., 1959.

1. Ilmenite concentrate, Umgababa, Natal; Analysis Government Laboratory, Malaya.
2. Ilmenite concentrate, Isipingo, Natal; analysis, Div. of Chemical Services, Pretoria.
3. Ilmenite fraction, Vanrhynsdorp District, Cape Province; analysis, Div. of Chemical Services, Pretoria.

**USSR:** Black Sea deposits; Aldan River; Boludka River; Pit River in Siberia; Sylvista River; Chusovaya River; and Vizhai River in the Urals.

## Exploration and Evaluation

### Hardrock Ilmenite Deposits

Hardrock ilmenite deposits, because of their inherent magnetic properties, are readily amenable to the application of aero and ground magnetic geophysical surveys. With few exceptions, these deposits respond to such an application by reflecting abnormally positive magnetic intensities (gammas).

Examples can be cited, however, where negative magnetic anomalies are associated with such deposits. In such cases, the ore occurs either as a titaniferous-hematite concentration or a titaniferous-magnetite occurrence when the titanium content is greater than the iron content. Theoretically, it would seem possible that a commercial deposit may exist where no magnetic response would be obtained. Such a deposit has not yet been found.

Once such anomalies are mapped, further exploration may take place in the form of detailed surface geological observations and ultimate drilling to first test the anomalies and hopefully to delineate a viable ilmenite deposit.

**MacIntyre Development:** The original discovery of magnetite-ilmenite deposits at MacIntyre Development, Tahawus, NY, was made from surface outcrops. Extension of these outcrop locations has been made through use of geophysical methods and diamond drilling.

*Geophysical*—Since the ore is magnetic, the geophysical methods used have been for the purpose of outlining magnetic anomalies. Early work was by dip needle readings over a grid

·uth African Ilmenites

| 2, % | 3, % |
|---|---|
| 46.6 | 41.6 |
| 39.51 | 34.1 |
| 9.11 | 19.7 |
| 0.10 | 0.0 |
| 2.76 | 0.92 |

gababa, Natal; Analysis
lalaya.
ngo, Natal; analysis, Div.
ria.
ısdorp District, Cape Pro-
mical Services, Pretoria.

:posits; Aldan River;
:r in Siberia; Sylvista
; and Vizhai River in

d Evaluation

ɔsits

ɔosits, because of their
rties, are readily amen-
. of aero and ground
rveys. With few excep-
spond to such an ap-
ınormally positive mag-
s).
l, however, where nega-
:s are associated with
cases, the ore occurs
·hematite concentration
etite occurrence when
greater than the iron
it would seem possible
posit may exist where
/ould be obtained. Such
en found.
:s are mapped, further
ılace in the form of de-
al observations and ul-
test the anomalies and
ı viable ilmenite deposit.
ıent: The original dis-
nenite deposits at Mac-
'ahawus, NY, was made
ıs. Extension of these
been made through use
ls and diamond drilling.
the ore is magnetic, the
ısed have been for the
agnetic anomalies. Early
lle readings over a grid

pattern extending outward from surface outcrops. With the advent of the aerial magnetometer the entire property was flown. This produced anomalies well beyond any previous work extending to areas of deep overburden and under-lake area.

Aerial work was followed with detailed ground magnetometer readings taken on 15-m (50-ft) spacings along section lines 30 m (100 ft) apart. This served to guide the location of diamond drill holes for exploratory drilling on one or two sections with drill holes spaced 122 m (400 ft) apart on section.

The initial ground magnetometer work on any anomaly is a section across the center of the anomaly at right angles to the long axis indicated from aerial work. The magnitude and gradient of the ground anomaly compared to the magnitude and gradient of the aerial anomaly, along the same section, gives an indication of depth and configuration of the source of the anomaly.

*Drilling*—If initial diamond drilling indicates an economic deposit, development drilling proceeds on a set grid pattern of 61 or 91 m (200 or 300 ft). Intermediate holes are drilled where necessary to fill in major gaps in geologic interpretation of structure, or ore continuations.

*Core Sampling*—Drill cores are visually logged and split for chemical assay. In ore areas, samples are taken of the entire core and composited in 1.5-m (5-ft) intervals for assay. In waste areas samples may be taken every 1.5 m (5 ft) and composited for a maximum of 8 m (25 ft) of core. Routine assaying is done to determine $TiO_2$ and total iron content. Based upon past experience, the nominal cutoff for ore is 13.5% $TiO_2$.

*Mill Testing*—Metallurgical laboratory work is done using core assay rejects to determine milling characteristics. Concentrates from the laboratory work are used for testing end use performance. Complete analyses are run on concentrates to determine presence and quantity of detrimental elements.

**Tellnes Deposit, Norway:** The Tellnes ilmenite deposit near Hauge-I-Dalane in Norway was discovered in 1954 as a result of an airborne magnetometer survey carried out for Titania A/S, with the object of locating new sources of ilmenite to provide an alternative to developing additional underground ore at Storgangen. Anomalies were also found at four other locations, so that ground geological study and diamond drilling had to be done at all of these sites to be certain that the best deposit was selected for devlopment. A total of 10,058 m (33,000 ft) of drill holes was completed in 1956, and showed the total amount of ore in the Tellnes deposit to be about 300 million tons, averaging 18% $TiO_2$ (Brun, 1957; Anon., 1978a).

**Allard Lake (Lac Tio) Deposit, Quebec:** *Ground Surveys*—Preliminary investigation of the original ilmenite discoveries at Allard Lake (Hammond, 1949), indicated that all of these were too small to be of commercial importance. A detailed exploration program was carried out in 1946 to more thoroughly explore the area of 647 km² (250 square miles) where ilmenite had been found along certain of the lakeshores.

Geologic prospecting parties carried out traverses originating from the shores of the larger lakes, at 0.4-km (¼-mile) intervals in an east-west direction, normal to the strike of the previously known ilmenite occurrences. Mapping along and on both sides of the line of traverse was supplemented by dip needle readings at 61-m (200-ft) intervals or less. This work resulted in the discovery of eight ilmenite deposits, among them the very large Lac Tio deposit.

*Drilling*—A diamond drilling program followed to explore the Lac Tio deposit in depth. A series of vertical holes was drilled at 61-m (200-ft) intervals along five east-west sections to an average depth of 91 m (300 ft). Cores were sampled in 8 m (25-ft) lengths where ore intersections were sufficiently long. The specific gravity was determined on all samples before shipment for analysis. Later drilling on the portions of the ore body to be mined was carried out on a 15-m (50-ft) grid pattern.

*Core Testing and Grade Control*—Because of the marked difference in specific gravity between ore and gangue, it was found that density measurements gave a reliable measure of ore content. The accuracy of the method is about 2%, sufficient for the method to be used for controlling grade during mining.

*Aeromagnetic Survey*—An airborne magnetometer survey was carried out to explore the remainder of the anorthosite mass for other ilmenite deposits closer to the coast which might be developed more economically. Flight traverses were flown in a northwest-southeast direction at 152-m (500-ft) elevation, completing some 7200 km (4500 miles) of air traverse in a two-month period. The survey was first carried out over the known ore occurrences to obtain an indication of what results to expect from a new ore body.

No new deposits were discovered as a result of the aeromagnetic survey, but strong negative anomalies were obtained over all the known major ore bodies. Areas of disseminated ilmenite in anorthosite generally showed positive magnetic anomalies.

**Otanmäki Deposit:** The Otanmäki ilmenite-magnetite deposit and a neighboring deposit at Vuorokas were discovered in 1938 as a result of magnetic surveys by the Geological Survey of Finland (Harki et al., 1956).

### Sand Deposits

**Exploration:** There are only a few large areas of the world where the granite-clan rocks and high-grade metamorphic gneisses which are likely to contain ilmenite (not titaniferous-magnetite) and rutile are close enough to continental margins to have contributed their erosion products to the sediments of coastal plains. Well-sorted sands are much more likely hosts than unsorted sands. These are the areas on which exploration efforts should be focused. Since the alteration of ilmenite to remove iron is aided by humic acid developed by the decomposition of organic material near the water table in hot and humid climates, it follows that the highest $TiO_2$ ilmenites are more likely to be found in the tropical and temperate regions of the world.

Titanium minerals are dark-colored and their concentration, as in black beach sands, tends to be fairly readily noticeable against the light brown or white quartz. Many sand ore bodies, therefore, have been discovered through surface observation of high-grade placer zones formed on beaches and along the courses of streams, and by following their traces into the larger, lower grade concentrations which constitute economic ore bodies.

There are areas in which potential heavy mineral concentrations in ancient beach sands may be masked by younger sand, gravel, or soil. Exploration under these circumstances then involves interpretation of geomorphic and subsurface geologic data to define areas which could have been beaches or dunes in the past, and then drilling to obtain samples.

*Field Techniques*—In areas where heavy mineral concentrations are suspected but where the concentration level is difficult to estimate because of dissemination, as in dunes, hand panning of samples is an excellent method of rapidly producing a clean concentrate. A hand magnet gives a quick identification between ilmenite and magnetite or titaniferous-magnetite. The presence of potentially valuable by-product zircon, monazite, kyanite-sillimanite, etc., can be determined with a hand lens. A Geiger counter or Scintillometer also helps in identifying radioactive minerals such as monazite and zircon. Wind and current action can develop very high-grade layers of heavy minerals on the surface which have no economic significance; thus samples for panning and examination should be taken from the maximum convenient depth. Often an idea of the vertical distribution of heavy minerals can be gained from observation of wave-cut cliffs in sands behind the beaches, cutbanks in stream margins, road cuts, construction excavations, and material encountered in sinking or drilling wells. Dark, heavy minerals may even be observed in the sand brought to surface by burrowing insects and small animals.

Hand augering with a two-man crew is possible to a depth of 6 m (20 ft) or more with a jointed auger stem and is reasonably rapid and inexpensive. Some heavy-mineral bearing sands contain so much clay that they are difficult to hand auger and a mechanical auger mounted on a light off-the-road vehicle (like a post-hole digger) is preferable. The samples so obtained are not precise because of the contamination of the hole by sand falling into it. The hole cannot be advanced nor reliable samples obtained below the water table when the material is free-flowing and easily disturbed by the auger.

*Drilling*—For the first phase of development, drilling equipment should have a depth capability of at least 15 m (50 ft) and preferably 30.5 m (100 ft). The selection of the type of drill will depend upon the "stiffness" of the ground as influenced by clay, hardpan, caliche, indurated and iron-oxide cemented layers; the presence of roots, stumps, and other organic material; as well as upon the elevation of the water table.

The truck-mounted jet drill is a popular exploration and development tool of the southeast US. One-inch flush-jointed steel pipe, with a chisel lower end or bit and perforations near the bit to permit water to jet forward and downward, is attached to a hammer of about 136 kg (300 lb) which is activated in 0.3-m (1-ft) strokes by a hand-held rope about a capstan winch. Water is supplied to the bit by a swivel connection above the hammer and by a duct through it. As the hammer rises, falls, and turns, it causes the bit to chop and churn into the ground and drives a 59-mm (2-in.) casing downward. The water pipe is within the 59-mm (2-in.) casing. The bit of the water pipe is

about 25.4
casing wher
The sand
continuousl
tween wate
the surface
favorable c
holes can d
Its disadvai
very hard
tenacious c
The aug
good deptł
ticularly ir
internal au
to collect
ternal auge
form a cas
drawn for
possibility
water tabl
ternal auge
In Aust
ered auger
crews, hav
low-cost d
ticularly st
A truck
strokes of
ful. The d
pressed ai
the sampl
pipe and
cutting ed
It is im
ing to avo
terial origi
The hole
loose sanc
before the
The nat
penetrated
geologist,
heavy min
a small p
Depend
(3 or 5-ft
tory requi
riffle may
2 kg (5 lt
be baggec
for future
*Geophy*
mineral c
be detect
airborne
shallow to

kyanite-sillimanite,
h a hand lens. A
neter also helps in
rals such as mona-
current action can
/ers of heavy min-
have no economic
or panning and ex-
from the maximum
idea of the vertical
rals can be gained
it cliffs in sands be-
in stream margins,
cavations, and ma-
ig or drilling wells.
even be observed
face by burrowing

o-man crew is pos-
0 ft) or more with
is reasonably rapid
avy-mineral bearing
that they are diffi-
mechanical auger
road vehicle (like a
ble. The samples so
because of the con-
sand falling into it.
ed nor reliable sam-
ater table when the
l easily disturbed by

ase of development,
ave a depth capabil-
ft) and preferably
ction of the type of
e "stiffness" of the
y, hardpan, caliche,
emented layers; the
and other organic
the elevation of the

lrill is a popular ex-
t tool of the south-
inted steel pipe, with
nd perforations near
to jet forward and
a hammer of about
activated in 0.3-m
eld rope about a cap-
plied to the bit by a
e hammer and by a
mmer rises, falls, and
chop and churn into
9-mm (2-in.) casing
is within the 59-mm
of the water pipe is

about 25.4-mm (1-in.) or less ahead of the casing when casing and hammer are in contact. The sand sample is flushed out of the hole continuously by water rising in the annulus between water pipe and casing, and is collected at the surface in vessels or tubs. A jet drill under favorable conditions with short moves between holes can drill about 61 m/d (200 fpd) of hole. Its disadvantages lie in its inability to penetrate very hard layers, and the casing can stick in tenacious clay.

The auger-within-an-auger type of drill has good depth and penetration capabilities, particularly in the less free-flowing sands. The internal auger is advanced about 1.5 m (5 ft) to collect a sample on its flights, then the external auger is put down to the same depth to form a casing, and the internal auger is withdrawn for sample collection. There is some possibility of particularly fluid sands below the water table invading the casing when the internal auger is raised.

In Australia extremely light, gasoline-powered augers, portable and operable by two-man crews, have been developed and used for rapid, low-cost depth investigations. They are particularly successful in high, clean dunes.

A truck-mounted rotary drill driven by rapid strokes of a hydraulic hammer is also very useful. The drill string is a double pipe, and compressed air forced down the inner pipe returns the sample in the annulus between the drill-pipe and casing. A drag bit with hardened cutting edges may be used.

It is important in all types of machine drilling to avoid contamination of samples by material originating higher in the walls of the hole. The hole and casing should be flushed free of loose sand after collecting each sample, and before the bit is advanced farther.

The nature of the sand and other materials penetrated by the drill is usually logged by a geologist, who makes a rough estimate of heavy mineral content and variation by panning a small portion of each sample.

Depending on hole diameter, a 0.9 or 1.5-m (3 or 5-ft) sample may be too large for laboratory requirements. If so, a simple heavy duty riffle may be used to reduce the weight to about 2 kg (5 lb). The bulk of the samples may then be bagged or drummed and left at the hole site for future reference.

*Geophysical Techniques*—Some titanium mineral ore bodies contain sufficient iron to be detectable by magnetometers in ground or airborne surveys, but many are too dilute and shallow to respond.

If monazite or radioactive zircon is present, low-level radiometric surveys may help in exploration. Scintillometers and Geiger counters are sometimes useful on the ground to define horizontal limits of ore and to detect internal variations in heavy mineral concentrations close to the surface.

The problem of downward contamination during drilling can lead to a misrepresentation of the total depth of ore because the heavy minerals, being higher in specific gravity, are hardest to remove by flushing with air or water and may be reported even when the hole has been advanced into barren underlying sand. A scintillometer probe with a surface recording instrument can show a sudden decrease in radioactivity from the walls of the hole at the true bottom of the ore. Radiometric surveying of all or at least some of the holes drilled during development of an ore body is a highly desirable check on the fidelity of drilling and sampling.

**Evaluation of Deposits:** An economic titanium mineral deposit must have reserves large enough to support depreciation over a period of at least 10 to 20 or more years. The capital investment in 1980 was in the range of $75 to $80 million in the US for a mine and mill plant with an output of 100 to 200 thousand stpy of ilmenite (or equivalent rutile) with given "normal" geologic parameters. Significant contributions can be made by zircon and other byproducts. Another general rule is that a new and separate ore body, if its production is to be all ilmenite which cannot be treated in an existing mill, should have a minimum reserve of about 1 million tons of recoverable $TiO_2$ in the titanium minerals. Small, high-grade concentrations are uneconomic under the present conditions.

The definition of economic reserves depends, of course, upon many factors, among them:

1) Cost of mining and milling, as influenced by depth of overburden (if any); cost of surface and mineral rights; and availability of water, power, labor, and transportation facilities for bulk shipments.

2) Recoverability in mining and milling.

3) Cost of treatment and disposal of waste slimes.

4) Cost of waste water treatment and land reclamation.

5) Distance to markets and cost of transport.

6) Ability of markets to absorb the type of titanium minerals to be produced, and prevailing prices for titanium minerals and byproducts.

*Specifications*—In the titanium mineral industry, as in some others, grade and reserve do not completely define the quality of a deposit. Titanium minerals for pigments manufacture must meet specifications regarding those chemical elements which would reduce the whiteness of the titanium pigment. These include chromium, manganese, vanadium, and columbium. To be considered economic for the chloride process, the ilmenite product should contain at least 60% $TiO_2$.

There are no industry-wide specifications for ilmenite in the pigments industry. Usually consumers and producers establish typical, maximum, and minimum levels, for $TiO_2$ and other oxides in the concentrates, in separate purchase contracts. In general terms, ilmenites containing not more than a few tenths of 1% of the elements—chromium, manganese, vanadium, and columbium—may be marketable. A few tenths of 1% of the oxides of aluminum and phosphorus may also be acceptable.

In ilmenite the ratio of ferric to ferrous oxide is important. Ferric oxide is objectionable in the sulfate process because it must be reduced to the ferrous condition in the processing, and this requires more handling and increases cost.

$TiO_2$ concentrates used in the chloride process (including ilmenite) must be low in Ca, P, and Mg. During chlorination, calcium and magnesium form gummy substances which cause plugging difficulties and which cannot be removed easily.

Thus, it is extremely difficult to generalize, since conditions and costs vary widely in different parts of the world, but some *minimum* guidelines for the industry in typical locations are about as follows:

*Southeastern United States*

Recoverable reserves, contained $TiO_2$: 1 million tons.

Average heavy mineral content: 3–4%, cutoff of 2%.

Average $TiO_2$ content of raw ore: 1% or a little less.

Average depth of ore: about 5 m (15 ft) for dredging, with a cutoff at 1.5 m (5 ft).

*Eastern Australia (Rutile and Zircon)*

Recoverable reserves, rutile: about 300 thousand tons.

Average heavy mineral content: 1%, cutoff around 0.5%.

Average $TiO_2$ content of raw ore: about 0.5%, cutoff around 0.2%.

*Western Australia (Ilmenite, Altered Ilmenite, Rutile, and Zircon)*

Recoverable reserves, heavy minerals: about 3 million tons.

Average heavy mineral content: about 5%, cutoff around 2.5%.

Clay minerals or slimes in heavy mineral sands are important because they must be removed. In addition, the disposition often calls for impoundment, sometimes with flocculation, and dewatering. Clay and other slimes require extra equipment and cost for removal and disposal, obscure the vision of operators who keep the equipment adjusted, and reduce the specific gravity contrast. Particle coatings make high tension separation more difficult, and in the case of zircon, may affect the sales value of the mineral. It is not unusual to find clay contents of 15% by weight, and some ore sands, notably at Eneabba in Western Australia, contain up to about 30% slimes in some places.

Particle size, shapes, and grain size distribution of the ore minerals can affect both mill recovery and marketability. Relatively coarse, well-rounded, uniformly sized grains are generally most desirable. A titanium mineral concentrate with the majority of the grains passing a 200-mesh screen may have limited market appeal, particularly to pigments manufacturers using the chloride process. The finer the particle size the more difficult it is to achieve good recovery in the three kinds of concentrating equipment normally used: gravity, high-tension, and magnetic.

Coating of particles by iron oxide or by secondary silica can change their natural magnetic and electrostatic properties, and such coatings may require removal prior to separation. Iron oxide cementation may produce nodules, cellular or even uniform masses of material so hard that the deposit requires drilling and blasting in mining. Liberation of grains can be poor in milling.

Angular minerals are more troublesome to separate in both wet and dry equipment and increase maintenance costs due to abrasion wear in pumps, screens, and piping.

*Deposits in which a high proportion of the* titanium content is in the form of secondary anatase present recovery problems. The anatase is the result of natural weathering of ilmenite and is both fine-grained and friable.

*Testing and Evaluation*—The number of drill holes required to give confidence in ore reserve calculations will vary directly with the irregularity of the deposit in depth, heavy mineral content, clay content, degree of concentration or development of hardpan or caliche, and abundance ratios among the members of the

ıvy minerals: about 3

I content: about 5%,

ıes in heavy mineral ɛcause they must be the disposition often ometimes with floccu- Clay and other slimes and cost for removal e vision of operators adjusted, and reduce ʼast. Particle coatings ration more difficult, ı, may affect the sales is not unusual to find weight, and some ore ı in Western Australia, slimes in some places. nd grain size distribu- ı can affect both mill ity. Relatively coarse, sized grains are gen- titanium mineral con- y of the grains passing have limited market igments manufacturers ss. The finer the par- lt it is to achieve good .inds of concentrating .: gravity, high-tension,

by iron oxide or by ıge their natural mag- properties, and such noval prior to separa- ntation may produce n uniform masses of the deposit requires mining. Liberation of ing.

more troublesome to d dry equipment and osts due to abrasion nd piping.

ıigh proportion of the he form of secondary problems. The anatase weathering of ilmenite and friable.

ı—The number of drill nfidence in ore reserve rectly with the irregu- depth, heavy mineral ɛgree of concentration dpan or caliche, and ; the members of the

heavy mineral suite. Ore bodies tend to be several times greater in length than in width, reflecting their origins in narrow beach zones. The frequency of holes across the strike in the direction of most rapid change in physical characteristics should be much greater than along the strike. Where physical conditions such as the absence of swamps or particularly steep dune slopes permit, a regular grid system of drilling leads to simpler and probably more reliable ore reserves estimates. Holes at 30.5 m (100-ft) intervals along lines spaced 91 m (300 ft) apart have been found to make a good pattern in some deposits. Reserves in other deposits have been defined with holes at 15-m (50-ft) intervals on lines 152 m (500 ft) apart.

There are two common tests for ore or non-ore indications: weight percent of heavy minerals as determined by separation in bromoform or acetylene tetrabromide (which has a slightly higher specific gravity and separates shell fragments from minerals more effectively) and weight percent $TiO_2$ in the raw sand by wet chemical analysis. Both imply a knowledge of the mineralogical composition of the heavy mineral suite. Thus the total heavy minerals or total $TiO_2$ can be more or less directly related to weight percent of titanium minerals in the sand. In new areas either or both of these tests should be preceded by petrographic examination of heavy mineral concentrates from panned samples.

Once the presence of ore has been indicated and drilling changes from exploration to development, material handling and rapid analysis become critical, as up to about 50 samples a day, each representing 1.5 m (5 ft) of hole, can be generated by a single drill. Each sample should be dried, weighed, and screened to remove coarse particles. It is then slurried, agitated, decanted to remove slimes, dried, and weighed again. The original weight minus the weight of the coarse fraction and the weight of the dry sample after desliming gives the weight of slimes. The sample may then be split to a convenient size, say 50 g, for heavy mineral determination. The "sink" fraction is washed, dried, and weighed, and its weight related to that of the original dried sample.

Heavy mineral concentrates from samples from one out of every few holes should be petrographically examined and their mineralogical compositions determined by grain counting. Magnetite, which can be mistaken for ilmenite under the microscope, and ilmenite, which can be difficult to differentiate from rutile, may be removed as discrete fractions with different settings of a magnetic separator prior to petrographic study. Grain counting should be by skilled technicians, and all laboratory personnel should be alert to the possibility of the introduction of error due to coatings of iron oxide, silica, and clay. An acid or caustic attrition scrub of the heavy mineral concentrate can improve the accuracy of identification. Data gathered in such detailed studies of both titanium minerals and byproducts can be valuable in guiding mining operations. The information is highly susceptible to computer analysis for projections of production rates and economics.

The precise methods of laboratory tests outlined can produce determinations of heavy mineral contents higher than those obtained in later production. The difference is due in part to recoverability in the concentrator phase of milling. The addition of a mechanical heavy mineral concentrator such as a jigging table or a spiral to the sample analysis flow pattern after desliming and before separation in a heavy liquid can lead to a better early knowledge of recoverable reserves.

The weight of sand per unit volume varies among ore bodies, and the volume to weight conversion factor for reliable ore reserve calculations should be established by careful measurement of excavated volumes of representative sand types, and by averaging their dried weights. In the southeastern United States the factor varies from 41 to 45 kg (90 to 100 lb) per 0.03 $m^3$ (cu ft). Exceptionally high grade sands have higher densities.

There is enough difference in physical characteristics of heavy mineral deposits that the best mining and milling methods for a new discovery may not be obvious. Pilot tests, either by commercial consulting organizations specializing in heavy mineral treatment and mill flowsheet design, or in a pilot plant erected at the site, are extremely valuable.

Garnar (1978) outlined a laboratory procedure for determination of separation characteristics, using a sample large enough to furnish at least 2 kg (5 lb) of heavy mineral concentrate. The heavy minerals are concentrated on a laboratory size shaking table, then split magnetically at 7,000 gauss to separate the ilmenite. The magnetic portion is passed over a laboratory high tension unit and the conductor fraction cleaned. The final conductor fraction is examined under the microscope, and if it contains 98% or more opaques, it is probably free from surface coatings that could interfere with dry milling. If coatings are pres-

ent they may be removed by high energy attritioning. However, some ores may require treatment with acid or sodium hydroxide to remove coatings.

Material for pilot tests may be gathered by excavation with standard earth moving equipment or, preferably, by sinking numerous regular, vertical pits through the ore body by backhoe and/or by hand. Cribbing or concrete culvert sections may be necessary to keep the pits from caving. Pit walls can be channel sampled and the collected sand assayed to check results from nearby drill holes. This provides confidence in exploration and development drilling and sampling.

The degree of alteration of ilmenite in the deposit, together with the presence or absence of rutile, will determine the $TiO_2$ level of the concentrates that can be produced. Pilot plant work should be directed to production of various concentrates and testing the marketability by close communications and providing bulk samples, up to a few thousand tons, to consumers. Technical liaison between would-be producer and consumers is vital at this stage.

Complete chemical analysis should be performed on all potential products. The most sensitive elements in titanium mineral concentrates which can affect the whiteness of the pigment or interfere with the pigment manufacturing process include chromium, calcium, and magnesium. Some pigments manufacturers permit only a few tenths of 1% of these elements in their raw materials. The sum of the oxides of iron and titanium is employed as a measure of the purity of titanium mineral concentrates in some cases.

Because titanium minerals have various physical and chemical properties, each mineral product is not always suitable for utilization by each consumer. There is considerable latitude and flexibility in some instances because of highly developed technology, but most pigments manufacturing plants operate within narrow limits as far as the quality of the raw material is concerned. Usually both the raw material and the plant have to be tailored to fit one another, and in all cases the chemical and physical properties of a titanium mineral product have to be well-known to enable a manufacturer to judge its suitability. In a relationship such as this, naturally the best way to effect accurate evaluation of a titanium mineral deposit is through very close cooperation between would-be producer and would-be consumer, through all stages of exploration, bulk sample testing, development, and plant design and operation.

**Evaluation of Results:** The titanium mineral industry is restricted, with relatively few producers worldwide supplying relatively few consumers. Evaluation of a newly discovered and developed deposit is therefore undertaken within a narrow framework of economic and materials supply considerations. Present and future prices for products and byproducts under long-term purchase contracts have to be established with pigment manufacturers, and production rates forecast from pilot plant information. All aspects of production costs including those involved with pollution control and reclamation are taken into account in the economic model. Again, close liaison with consumers is essential as these companies, dependent on steady supply, are reluctant to enter long-term arrangements unless they can have reasonable assurance that the project is economically viable.

## Preparation for Markets

### Hardrock Ilmenite Deposits

**MacIntyre Development, NY:** *Mining*—Geologic sections and plans, produced from drill results, are used to determine open pit mining plans including waste and ore tonnages, mining ratios, and mining sequence. These, in turn, determine equipment and manpower requirements, and overall mining costs.

Mining is carried out on 14-m (45-ft) benches in an open pit using large blasthole drills, electric shovels, and diesel-electric trucks.

*Milling*—Ore from the mine is reduced in three stages of crushing to −14-mm (−9⁄16-in.) size. At the −64-mm (−2½-in.) size there is a magnetic separation step which discards about 20% by weight as a waste. Ore is reduced in size to −208 $\mu$m (−65 mesh) in rod mills and ball mills. Magnetic separators remove the magnetite fraction of the ore, and the nonmagnetics are treated by flotation to produce an ilmenite concentrate and tailing. A flowsheet of this milling process is shown in Fig. 7.

Prior to 1972, the ore was ground to −590 $\mu$m (−28 mesh) and was then fed to wet magnetic separators to remove magnetite. The nonmagnetic fraction was sized and fed to tables. Finer products went to a flotation plant to produce a flotation ilmenite concentrate. The wet table concentrate was dried and subjected to high intensity magnetic separation, producing a coarser ilmenite concentrate. A flowsheet of this earlier milling process is shown in Fig. 8.

Magnetite concentrate is dewatered on a filter and stockpiled. Ilmenite is filtered and then dried prior to shipment.

[The titanium mineral ı relatively few pro- .g relatively few con- ıewly discovered and ıerefore undertaken rk of economic and ations. Present and cts and byproducts contracts have to be manufacturers, and from pilot plant in- of production costs /ith pollution control into account in the , close liaison with these companies, de- are reluctant to enter ınless they can have the project is eco-

## r Markets

### .its

nt, NY: *Mining*— lans, produced from determine open pit ste and ore tonnages, sequence. These, in t and manpower re- ning costs. t on 14-m (45-ft) using large blasthole diesel-electric trucks. : mine is reduced in ) —14-mm (—9/16-in.) 2½-in.) size there is a which discards about e. Ore is reduced in esh) in rod mills and )arators remove the ᵋ ore, and the non- flotation to produce ınd tailing. A flow- ss is shown in Fig. 7. was ground to —590 then fed to wet mag- magnetite. The non- ed and fed to tables. lotation plant to pro- concentrate. The wet ıed and subjected to paration, producing a ate. A flowsheet of s is shown in Fig. 8. is dewatered on a ıenite is filtered and ıt.

FIG. 7—Flowsheet for all-flotation ilmenite, MacIntyre Development, NL Industries, Tahawus, NY (courtesy of NL Industries, Inc.).

Case3:11-cr-00573-JSW Document321-13 Filed05/10/13 Page43 of 49

1344 Industrial Minerals and Rocks

REGRIND SECTION
TABLE SECTION
FLOTATION SECTION
5,000-ton fine ore bin
Crusher product—7/16-in to mill
Middlings to regrind circuit
6- by 12-ft Marcy rodmill
7- by 7-ft Marcy ballmill
Classifier
2 Crockets
3 12-in DSM cyclones
No. 6 classifier
3 6-in Wilfley pumps
14 banks of 22 3-in cyclones
Magnetite to cleaner
Magnetite to sinter plant
Conditioners
Conditioner spill
2-way distributors
Roughers No. 1
Roughers No. 2
Roughers
Recleaners
Cleaners
Thickener
4 12-in DSM cyclones
Disk filter
Flotation storage
Loading
Hydroseparators
Wetherill tailings
Tailings
Tailings to storage
Hydroseparator
Spigot products pumps
Slimes
Rake dewaterer
Magnetic separators
Middlings
Concentrate
Dewatering cone
Dorrco filter
Dryer and fine ore bins
Dryer and coarse ore bins
Bucket elev.
Ilmenite storage bins
Ilmenite concentrate
Middlings to bin
13 fine Wetherill separators
8 coarse Wetherill separators
Pump

FIG. 8—Flowsheet for magnetic and flotation ilmenite concentrates, MacIntyre Development, Tahawus, NY (Peterson, 1966).

*Tran* —Ilme shippe mainly at Say ilmenit drilling blast heavy **Tell** *ing*—T 1978a; pit usi The pr ing, gri is locat tion c form t nel to fjord, out. T acid to trate is line th dewate ture, ar The and sul sulfides, watered The sul product thicken byprod netite 10,000 Ni and *Tran* —Fully underg drying materia Jossing Titar titaniun imports Finland import imity to the adv freight Telln for the fate pla Germa tad pla supplie

O32-MISC_3_MAPS-000483

FIG. 8—*Flowsheet for magnetic and flotation ilmenite concentrates, MacIntyre Development, Tahawus, NY (Peterson, 1966).*

*Transportation, Markets, and Consumption*—Ilmenite and magnetite concentrates are shipped by rail in open cars. Ilmenite went mainly to the NL Industries $TiO_2$ pigment plant at Sayreville, NJ. A relatively new use for ilmenite is as a substitute for barite in well-drilling muds. The magnetite has been used as blast furnace feed, in refractories, and for heavy media separation in the coal industry.

**Tellnes Deposit, Norway:** *Mining and Milling*—The ore at the Tellnes deposit (Anon., 1978a; 1973c; Brun, 1957) is mined in an open pit using 12 to 14-m (40 to 46-ft) benches. The primary processing plant, including crushing, grinding, magnetic separation, and flotation is located close to the mine. The ilmenite flotation concentrate passes by gravity in slurry form through a pipeline in an underground tunnel to the final processing plant near Jossingfjord, where leaching and drying are carried out. The leaching is done with dilute sulfuric acid to remove apatite. The magnetic concentrate is transported by means of a smaller pipeline through the same tunnel. The ilmenite is dewatered on disk filters, to about 7% moisture, and dried in a rotary kiln.

The magnetite slurry is partially dewatered and subjected to flotation treatment to remove sulfides. The sulfide-free magnetite is dewatered, filtered on drum filters, and stored. The sulfide fraction is combined with a sulfide product from the ilmenite flotation circuit, thickened, and filtered. Production of these byproducts has been about 40,000 stpy of magnetite concentrate (65 to 65.5% Fe) and 10,000 stpy of sulfide concentrate (4 to 4.5% Ni and 2 to 2.5% Cu).

*Transportation, Markets, and Consumption*—Fully processed concentrates are stored in underground silos beneath the leaching and drying plant. A belt conveyor in a tunnel takes material from the silos directly onto ships in Jossingfjord.

Titania A/S is by far the largest producer of titanium concentrates in Europe and is the only important exporter in Europe. Even Spain and Finland, which produce ilmenite themselves, import some from Norway. Besides its proximity to the European market, Titania A/S has the advantage of relatively stable North Sea freight rates.

Tellnes ilmenite is the major feed material for the Kronos (NL Industries) group of sulfate plants in Europe, including plants in West Germany and Belgium as well as the Frederikstad plant in Norway. In addition, Titania has supplied companies in the United Kingdom, Italy, Spain, and other European countries, including Czechoslovakia (Anon., 1973c).

**Allard Lake Deposite, Quebec:** *Mining*—The ore at the Allard Lake deposit is mined by open pit methods. The mined ore has a grade of 32 to 36% $TiO_2$ and 39 to 43% iron. It is shipped by rail and boat via Havre St. Pierre to the company's beneficiation and smelting plant at Sorel, Que., for further processing (Elliot, 1959; Hatch and Cuke, 1956; Guimond, 1964; Hammond, 1949; Peirce, 1949).

*Beneficiation*—The ilmenite-hematite ore is crushed, and beneficiated at Sorel by heavy media (magnetite) separation of the −6.4-mm + 1400 μm (−¼-in. + 14-mesh) fraction, and Humphreys spiral concentration of the −1400 μm (−14-mesh) portion. Sulfur is eliminated from the combined gravity concentrates by heating in rotary kilns, using as fuel excess carbon monoxide from the electric smelting furnaces.

Because of its intimate intergrowths of ilmenite and hematite, the physically beneficiated concentrate, averaging 36.8% $TiO_2$ and 41.8% Fe, is still not high enough in $TiO_2$ content for direct use as a pigment plant feed. It is, therefore, smelted by a process developed by QIT-Fer et Titane, Inc. for the purpose of utilizing this type of high iron titanium ore.

*Smelting*—The smelting process used by QIT uses little or no flux, the furnace charge consisting of ilmenite-hematite concentrate with 0 to 10% lime and 8 to 14% low ash coal. Due to the extremely corrosive nature of titanium slag, it is necessary to keep the melt within solid banks of ore to prevent the slag from attacking the refractory lining. The average furnace measures 15 × 6 × 6 m (50 × 20 × 20 ft), and has 610-mm (24-in.) diam graphite electrodes on 2-m (6-ft) centers, heating the charge to 1500° to 1700°C, to produce a titanium-rich slag containing 70 to 74% $TiO_2$, and a form of pig iron known as Sorelmetal. QIT planned to increase the $TiO_2$ content of the slag to 80% in 1984. A flowsheet of the Sorel beneficiation and smelting process is shown in Fig. 9.

*Transportation, Markets, and Consumption*—QIT slag is widely used as sulfate pigment plant feed and is shipped by rail and by boat to various plants in Canada, the United States, and Europe. Production capacity has been periodically increased from 240,000 stpy of slag in the mid-1950s to a capacity of about 960,000 stpy slag (2.0 million tons ore) in 1980.

**Otanmäki Deposit, Finland:** The ilmenite is produced as a flotation concentrate, amounting

Case3:11-cr-00573-JSW Document321-13 Filed05/10/13 Page45 of 49

1346 Industrial Minerals and Rocks

COAL STORAGE
TRIPPER
CAR SHAKE-OUT
CRUSHER
BENEFICIATION PLANT
TAILINGS
TAILINGS TO STOCK PILE
CONCENTRATES
ROTARY CALCINING KILN
COAL DRYER
ORE STORAGE
TRIPPER
TOWER UNLOADER
WHARF
ORE SHIP
DRY STORAGE BINS
BATCHING PLANT
BLENDERS
ELECTRIC ARC SMELTING FURNACE
IRON LADLE
BRIDGE CRANE
DESULPHURIZATION
FILTER
PIG CASTING MACHINE
TO CUSTOMER BY SHIP OR R.R. CAR
COVERED SLAG STORAGE
CRUSHING & SCREENING PLANT
COARSE STOCK PILE
SLAG BREAKING
SPRAY COOLING STATION
DIRECT
TIPPING
SLAG CAR

FIG. 9—Flowsheet for Quebec Iron and Titanium Corp. smelter, Sorel, Que., Canada (Lynd, 1960).

to
sum
othe
mag
197
noli
Bea
dep
dre
"sti
of
iror
and
on
rate
dep
abo
drec
muc
The
leve
proc
of
high
in
drec
high
by
som
a co
Part
near
depc
back
prec
dard
whic
sprea
mini
vate
a "w
milli
trom
mobi
remo
grave
ment
the v
mill f
move
vance
is loc
tailin

O32-MISC_3_MAPS-000485

FIG. 9—*Flowsheet for Quebec Iron and Titanium Corp. smelter, Sorel, Que., Canada (Lynd, 1960).*

to about 160,000 stpy. Most of this is consumed domestically, but some is exported to other European countries. A vanadium-bearing magnetite is produced as a byproduct (Anon., 1971c; Anon., 1978b; Harki et al., 1956; Runolinna, 1957).

**Beach and Alluvial Sand Deposits**

**Mining Methods:** Sand titanium mineral deposits are most commonly mined by suction dredge where the ground is not excessively "stiff" because of clay, hardpan, or induration of heavy mineral layers due to cementation by iron oxide. Dredges of widely different power and production capacity are used, depending on local conditions and desired production rates (see Figs. 1–4). The minimum dredging depth is about 1.5 m (5 ft), the maximum about 21 m (70 ft). The elevation of the dredge pond is adjusted to compensate as much as possible for variations in topography. The lowest practicable cutbank above the water level in the pond is maintained to avoid wave-producing shocks caused by sudden collapse of large volumes of sand into the pond, but high coastal dunes on North Stradbroke Island in Queensland, Australia, are successfully dredged with sloping banks over 15 m (50 ft) high.

Some deposits are mined by dragline, some by bulldozer, some by front-end loader, and some by bucket wheel excavator. Occasionally a combination of equipment types is employed. Particularly rich but highly cemented layers near the bottoms of some Western Australian deposits are mined in their softer portions by backhoe.

Clearing and stumping of the land surfaces precedes mining, and it is now becoming standard in the industry to remove any topsoil which may be present and to pile it aside for spreading over the refilled excavation after mining has passed through.

In all cases the object of mining is to excavate the heavy mineral sand and transport it to a "wet plant," which makes the first step of milling through gravity concentration. Large trommels, mounted either on dredges or on mobile supports in dry mining operations, remove roots, lumps of clay, and oversize gravel, boulders, and cemented nodules or fragments before the slurried sand is pumped to the wet mill. In dredging operations the wet mill floats on pontoons moored to the bank and moved periodically to keep up with dredge advances. In dry mining the gravity concentrator is located close to the mine. In both cases the tailings of quartz and other light materials are returned to the mined excavation, so that at any given time part of the ore body is being prepared for mining, part is being mined, part is being filled, and part is being reclaimed.

There is some expansion of the ore sand in mining due to disturbance of grain packing, so that the volume returned to the excavation may be 4% or so greater than that removed. The creation of unfilled excavations is not unavoidable in normal heavy mineral sand mining, although it is possible to resculpture the surface by planned distribution of tailings to leave low hills and small lakes or ponds if desired. Replanting can be accomplished by seeding fast-growing, hardy grasses and fertilizing, or simply by respreading the stockpiled topsoil with its retained fertile seeds of native plants. In the pine forests of the southeastern United States, where trees are valuable for papermaking, it has been demonstrated that pine seedlings planted in areas where sand dredging has been done grow at a natural rate.

**Processing Beach and Alluvial Sand Deposits §:** Throughout the world, there are mining companies producing titanium, zirconium, and rare earth minerals from marine beach deposits. To concentrate and separate these sandlike minerals, a combination of gravimetric, high tension (electrostatic), and magnetic separations is the standard method. The metallurgy is straightforward and well-understood, and the valuable minerals are produced from the sands with relative ease.

When the minerals occur in stream placer deposits the production of high-grade products along with a high recovery presents a more difficult task of ore dressing.

*Physical Characteristics of the Deposits and Minerals*—BEACH DEPOSITS—In the marine beach deposits, the sands are very well-sized and the entire mineral suite is usually well-classified. The deposits are, to a large degree, unconsolidated free grains of sand. In some cases, there is cementation of grains due to organic matter, iron, or carbonates. The mining engineer must be fully aware of these conditions as the presence of these coatings not only creates mining but recovery and grade problems as well when the marine deposit is mined and concentrated. This type of deposit being formed on a beach tends to be long and shallow and may not be uniform in mineral composition due to the concentration characteristics of the waves and of the wind. The evalua-

§ This portion of the chapter was written by W. P. Dyrenforth, formerly Vice President, Mountain States Engineers, Tucson, AZ, now Marketing Executive, Colorado School of Mines Research Institute, Golden, CO.

tion of this type of deposit cannot be done on the basis of heavy minerals alone (those heavier than quartz), since the distribution of rutile and ilmenite and other commercial minerals in relation to noncommercial heavy minerals may vary to a large degree throughout the deposits.

Besides being well-sized and classified, usually unconsolidated, and easy to mine, these deposits have presented the ideal situation of a maximum degree of weathering. This means that there will be very few grains that aren't clearly a single mineral and that usually the high iron materials such as magnetite have almost completely disappeared. Also the ilmenite will usually be weathered to the point that the iron has been sufficiently leached away to leave an ilmenite high in $TiO_2$. It is interesting to note that many of the beach deposits from which monazite and zircon are produced are worked primarily because of the quality of the ilmenite which they can produce.

Alluvial Deposits—Alluvial deposits formed in stream beds present an entirely different problem to the mining engineer. Instead of uniform grain size and the classified characteristics of a beach deposit, the commercial mineral values may vary from −75 µm to 2 mm (−200 mesh to 10 mesh) in size. Any one mineral such as monazite in an alluvial deposit may vary from −75 µm to +600 µm (−200 mesh to +30 mesh) in size. The deposits are usually a heterogeneous mixture from clay on up to boulders depending on the age and source material of the stream.

These deposits, of course, present an entirely different mining and concentration problem. Extensive weathering and smoothing of the grains has not taken place so that one may have to contend with cemented grains of two or more minerals, and/or the grains are more likely to be coated with iron or clay.

*Mining and Concentration Methods*—The beach-type deposits, providing they are deep and extensive enough, are usually exploited by suction dredging. This has been considered the least expensive way of mining, provided the material is unconsolidated and that the cross section of the deposit lends itself to maintaining a dredge pond. Due to irregular cross section of some deposits in Africa, dredging was found to be impractical, so they are being mined by draglines. Dragline-type mining is useful where comparatively rich deposits may be worked, in that this method allows selective winning of rich streaks and material in pockets. Draglines also are able to remove consolidated as well as unconsolidated overburden simultaneously.

A bucket-line dredge was planned for use on a marine beach deposit in the southeastern United States. It was believed that the higher capital cost of the equipment would be offset by more efficient mining of the ore, and that the ability of the large bucket-line dredge to carry its own concentration equipment should keep costly pumping of sand and water to a minimum. The plant was never built due to a titanium recession in the late 1950s.

Bucket-line dredges are almost a necessity for most stream-type deposits. They are required to break up the clay and other forms of consolidation as well as to handle the large stones, boulders, and even stumps and logs. Where only small gravel and stones occur, suction dredges have been used but they present a problem of lower mining recovery because the largest stones are left in the bottom of the pond. This is a mining recovery problem created by the loss of heavy minerals which are concentrated by water action into the interstices of the porous rocks.

Concentration of the minerals from sands is to date best done in small plants by use of wet shaking tables. For larger production, the spiral concentrator has been standard over a period of years. Flotation has been used to some degree. At the present time, there is a great deal of interest and work being done on various types of gravity concentrators to provide large tonnage rates of feed in comparatively light weight and low cost concentrating devices.

Jigs have been studied and adapted for this kind of concentration in many places. They were actively used in the British Titan Products' operation in Africa and are still being studied in a number of places. There are a number of separators being developed and used that incorporate the sluicing principle. In the United States, examples of this type of separation action are found in the Cannon ring-conformation pinched-sluice concentrators, the Lamflo sluice concentrator developed by Carpco, and the pan concentrator developed by Du Pont. In Australia the Reichert cone concentrator, which is also operated on the sluice principle, has been very successful for large tonnage operations (Paterson, 1977). All of the separators based on the sluice principle require a feed density of 55 to 60% solids which results in quite a saving in water when compared to other gravity methods.

For the separation of the minerals from

d overburden simul-

was planned for use it in the southeastern lieved that the higher ment would be offset of the ore, and that ɔucket-line dredge to on equipment should sand and water to a ; never built due to a ate 1950s.

'e almost a necessity posits. They are re- :lay and other forms ıs to handle the large en stumps and logs. :l and stones occur, used but they present ing recovery because in the bottom of the ıg recovery problem vy minerals which are ion into the interstices

minerals from sands nall plants by use of arger production, the ɪeen standard over a ɔn has been used to ːsent time, there is a work being done on concentrators to pro- of feed in compara- ɔw cost concentrating

and adapted for this many places. They 3ritish Titan Products', are still being studied 'here are a number of ed and used that in- nciple. In the United ; type of separation annon ring-conforma- ɜntrators, the Lamflo oped by Carpco, and' veloped by Du Pont. rt cone concentrator, ı the sluice principle, ıl for large tonnage 7). All of the separa- ; principle require a % solids which results ɜr when compared to

f the minerals from

stream-type deposits, the jig is usually chosen. The jig has long been used on alluvial deposits containing gravel and tests have indicated that they are the concentrating device least sensitive to extreme grain size variation. The jigs also allow large throughput capacity in a small space and can be mounted on the dredge. Mounting the concentration equipment on the dredge allows maximum maneuverability for the stream deposits that may be comparatively narrow and crooked.

SEPARATION OF THE VALUABLE HEAVY MINERALS FROM EACH OTHER—Two quite different flowsheets are required to separate the minerals and to produce commercial products from the two types of deposits. High-purity minerals are particularly difficult to produce at high recovery from stream deposits due primarily to the grain size distribution and also due to the unweathered characteristic of the deposits which means there are many middling products to be dealt with. These middlings create heavy circulating loads, are contaminants to finished products, and their disposal can cause losses in recovery.

Minerals concentrated from stream deposits will often require attrition scrubbing to remove surface coatings of organics, clay, and iron. The sands from beach deposits will often be uncoated. A beach mineral concentrate, however, that has been produced with the use of saltwater, may require a freshwater wash to remove salt prior to the dry separation steps.

Once the minerals are concentrated and the surfaces of the grains are clean, the next problem that confronts the ore dresser is the size range of the minerals. Table 20 shows the size range distribution of the heavy mineral concentrate from a typical Florida beach-type deposit as compared to the screen analysis of a concentrate from an alluvial deposit.

**TABLE 20—Comparison Chart of Screen Analyses**

| Alluvial Concentrate | | | Beach Concentrate | | |
|---|---|---|---|---|---|
| Screen Size, Mesh | | % | Screen Size, Mesh | | % |
| +20 | | 9.6 | +20 | | — |
| −20 | +28 | 9.8 | −20 | +28 | — |
| −28 | +35 | 14.2 | −28 | +35 | — |
| −35 | +40 | 9.5 | −35 | +40 | — |
| −40 | +48 | 14.5 | −40 | +48 | — |
| −48 | +65 | 18.6 | −48 | +65 | 0.5 |
| −65 | +100 | 13.9 | −65 | +100 | 7.8 |
| −100 | +150 | 6.1 | −100 | +150 | 37.0 |
| −150 | +200 | 1.9 | −150 | +200 | 45.0 |
| −200 | | 1.0 | −200 | | 9.7 |
| | | 100.0 | | | 100.0 |

Since the minerals from beach deposits are very well-sized and classified usually no further sizing is considered necessary. Normally grade of product and recoveries have been acceptable as produced without sizing. Further study seems to point out that even in beach-type deposits, sizing or classification may eventually be incorporated for optimum recoveries.

Sizing of the minerals concentrated from stream deposits is a must and can be accomplished in two ways. The entire feed to the dry separation plant can be sized into fractions which are handled separately in the mill or they may be introduced into the mill as unsized feed wherein the natural sizing effects of the various separation equipment are employed to do simultaneous separation and sizing.

A good example of taking advantage of the sizing effect of separating devices appears in nearly all of the plants producing rutile and its associated minerals. Grains of coarse quartz and/or staurolite or garnet are thrown off the rotors of both the high tension (electrostatic) and magnetic separators, since their mass and kinetic energy cannot be overcome by high voltage or magnetic fields present which are adjusted to the highest recovery of the bulk of the finer minerals present. These coarse grains report finally with the nonmagnetic conductor fraction which is typically rutile or cassiterite. It is considered a very simple system to purposely allow these coarse grains to follow through to the end of the flowsheet where they can be scalped off by a small screen rather than to attempt to screen the entire feed to the mill. At some plants, however, the occurrence of coarse-grained rutile requires a modification of this method. Screening is employed at two points in the circuit in conjunction with high tension sizing: (1) between the rougher and thrown cleaner rolls and (2) between the final pinned product of the pinned cleaner rolls and the primary magnetic separators used for zircon-quartz, monazite-staurolite separation. In the first case, coarse staurolite is rejected as oversize with some coarse rutile. This oversize product is then treated separately by magnetic and high tension separators at special settings to recover the rutile. In case two, the valuable minerals, zircon and monazite, are −500 μm (−35 mesh). Thus, screening at this point eliminates coarse quartz and staurolite, reduces the load on the magnets, and improves the overall efficiency. Figs. 10a and b are typical flowsheets for processing beach deposits and alluvial deposits.

If the entire feed to a plant is sized, it

FIGS. 10a, b—*Typical flowsheets for processing beach sands (left) and alluvial deposits (right).*

creates the problem of multiple lines of separation equipment or an alternate of bulk storage and batch processing which requires a large amount of operational attention and resetting of the circuit. Accordingly, an alluvial flowsheet is usually designed to accept an unsized feed on a continuous basis and to make use of the sizing effect occurring during separation. At first glance this gives the appearance of a complicated flowsheet but after the operation and technical personnel have had time to balance the flow of the various minerals in accordance with their size, the production of finished mineral products is accomplished with a minimum of operational changes. Highest recoveries can be gained by continual study and development of this type of return products system.

The rather simple flowsheet as commonly used for the production of titanium minerals and byproducts from beach sands is shown along with a flowsheet used for the production of same from an alluvial deposit. Notes on the various types of separation equipment are given, particularly on the alluvial flowsheet. The relative difference in the flowsheets required to produce valuable minerals from the two types of deposits is very apparent.