MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CSBN 165823)
PETER B. AXELROD (CSBN 190843)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-11-0573-JSW |
| Plaintiff, | DECLARATION OF JOHN HEMANN IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (DKT. 312) AND MOTION FOR A BILL OF PARTICULARS (DKT. 314) |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., AND ROBERT MAEGERLE, | |
| Defendants. | Date: June 6, 2013<br>Time: 2:00 pm |

I, John Hemann, declare as follows:

1. I am one of the Assistant United States Attorneys assigned to prosecution the above-captioned action.

2. I am knowledgeable about the government's production of discovery to the defendants. I have also reviewed the record of discovery production that has been maintained by my office.

3. The government has produced a large quantity of discovery to the defendants, much of which consists of documents seized from the defendants and their business during the execution of search warrants. In addition to the broad categories of discovery required to be produced under Fed. R.

DECLARATION OF JOHN HEMANN
CR-11-0573-JSW                                                  1

Crim. P. 16(a), the government has produced certain information is discrete and separation productions of information, including:

- On May 24, 2012, the government produced the relevant search warrants and related records, certain FBI 302s, and bank records.
- On June 19, 2012, the government produced an index of seized electronic devices and a corresponding list of computer files for each device, including name, path, file size, and create, access, and modification dates for the computer files.
- On March 8, 2013, the government produced DuPont confidential documents seized from co-defendant Tze Chao.
- On April 10 and 11, 2013, the government produced FBI 302s memorializing witness interviews conducted by FBI agents through the course of their investigation.
- On April 17, 2013, the government produced the documents government counsel considers to be significant or "key" to the prosecution, and specifically identified trade secret documents that had previously been produced.
- On May 16, 2013, the government produced a complete set of tax records related to the false tax return charges.

4. The government has produced 8000 pages of documents it considers to be DuPont proprietary information (other than the information seized from Tze Chao) and designated "C-1" under the Protective Order. On July 3, 2012, the government produced nearly 1800 pages of hard copy documents considered to be DuPont proprietary information, including trade secrets. These documents were obtained by the government during the execution of search warrants. On December 5, 2012, the government produced approximately 6000 additional hard copy documents considered to be DuPont propriety information, including trade secrets. This production included detailed analysis by DuPont TiO2 experts.

5. The government has responded to each of defendants' requests for better or more legible copies of certain documents, including on December 5 and 12, 2012, by providing new copies of documents defendants and their attorneys had a difficult time reading. The government also has made the original documents and evidence available for defense counsel to review at the FBI. I believe that

1 counsel for defendants have visited the FBI twice to review discovery.

2 I declare under penalty of perjury that the foregoing is true to the best of my knowledge and
3 recollection. Executed this 16th day of May 2013 at San Francisco, California.

/s/ *John H. Hemann*

John Hemann

DECLARATION OF JOHN HEMANN
CR-11-0573-JSW                                      3