MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0573 JSW |
|      Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING TO JUNE 20, 2013 |
| WALTER LIEW, CHRISTINA LIEW, USA ) PERFORMANCE TECHNOLOGY, INC., ) AND ROBERT MAEGERLE, ) | |
|      Defendants. ) | |

     Through counsel, the parties hereby stipulate and agree as follows:

     1.    Defendants Walter Liew, Christina Liew, USA Performance Technology, Inc. (USAPTI), and Robert Maegerle have filed two motions, which are currently set for hearing on June 6, 2013. *See* Docket No. 312 (Motion to Dismiss), 314 (Motion for Bill of Particulars).

     2.    The parties have submitted their briefs pursuant to the schedule previously set by the Court.

     3.    At the government's request, the parties have agreed to a two-week continuance

STIP/ORDER CONTINUING HEARING
CR 11-0573 JSW                                                                                    1

of the hearing date to June 20, 2013. Government counsel has made this request based on significant scheduling conflicts associated with AUSA Axelrod's trial in *U.S. v. Ibrahim et al.*, CR 11-0811 EMC, which is set to begin on June 24, 2013, and AUSA Hemann's previously scheduled out-of-district travel. Counsel for Christina Liew joins in the stipulation and notes that he will not be able to attend the hearing on June 20, 2013, and Ms. Liew will be represented by other counsel at the hearing. Counsel for Christina Liew was not intending to argue these motions.

   4.  Subject to the Court's approval, the parties request that the Court reset the hearing on these motions from June 6, 2013 at 2:00 pm to June 20, 2013 at 2:00 pm or any other time that is convenient to the Court on that date.

   SO STIPULATED:

5/30/13                 /s/
DATE                 PETER B. AXELROD
                  Assistant United States Attorney

5/30/13                 /s/
DATE                 STUART GASNER
                  SIMONA AGNOLUCCI
                  Attorney for Walter Liew and USAPTI

5/30/13                 /s/
DATE                 DORON WEINBERG
                  Attorney for Christina Liew

5/30/13                 /s/
DATE                 JEROME FROELICH
                  Attorney for Robert Maegerle

\\
\\
\\
\\

1 \\
2 \\
3 \\

4 **<u>ORDER</u>**

Based on the parties' stipulation, and for good cause appearing, the Court continues the hearing on the defendants' motion to dismiss and motion for a bill of particulars (Docket No. 312 and 314), currently set for June 6, 2013, to June 20, 2013, at 2:00pm.

IT IS SO ORDERED.

DATED:_____    _____
                          JEFFREY S. WHITE
                          United States District Judge