KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
WALTER LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>             Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STIPULATION BY WALTER LIEW, USAPTI, AND THE UNITED STATES REGARDING LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS** |

JOINT STIPULATION BY WALTER LIEW, USAPTI, AND THE UNITED STATES REGARDING
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

748346.02

Walter Liew and USAPTI, on the one hand, and the United States, on the other hand, by and through their undersigned counsel, stipulate and agree as follows:

1. The parties appeared at a status conference before Judge White on April 18, 2013, and raised, among other things, the timing of any disclosures relating to expert witness testimony under Federal Rules of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C).

2. At that status conference, Judge White stated that issues relating to Rule 16 expert disclosures, including the deadlines for any such disclosures, are within the scope of Judge White's referral order (*see* Docket no. 303) and should be raised with this Court.

3. The parties have met and conferred and are unable to resolve their differences regarding the timing of their Rule 16 expert disclosures. The parties feel that there are compelling reasons justifying their respective positions that should be raised with the Court.

4. Accordingly, the parties propose that the issue of the timing of Walter Liew's and USAPTI's expert disclosures be briefed by letter to this Court on or before June 7, 2013.

SO STIPULATED AND AGREED.

Dated: June 4, 2013                         KEKER & VAN NEST LLP

                                            By: */s/ Simona A. Agnolucci*
                                                STUART L. GASNER
                                                SIMONA A. AGNOLUCCI
                                                KATHERINE M. LOVETT

                                                Attorneys for Defendant
                                                WALTER LIEW

Dated: June 4, 2013                         MELINDA HAAG
                                            UNITED STATES ATTORNEY

                                            By: */s/ John H. Hemann*
                                                JOHN H. HEMANN
                                                PETER B. AXELROD
                                                Assistant United States Attorneys

1
JOINT STIPULATION BY WALTER LIEW, USAPTI, AND THE UNITED STATES REGARDING
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

748346.02