1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                       **NORTHERN DISTRICT OF CALIFORNIA**

6                         **SAN FRANCISCO DIVISION**

7

8   UNITED STATES OF AMERICA,              Case No. (NC)

9                   Plaintiff,
                                           **ORDER SETTING HEARING**
10          v.
                                           Re: Dkt. No. 333
11  WALTER LIEW, CHRISTINA LIEW,
    ROBERT MAEGERLE and USA
12  PERFORMANCE TECHNOLOGY, INC.,

13                  Defendants.

14

15      The joint stipulation by Walter Liew, USAPTI, and the United States regarding

16  letter briefs addressing timing of Rule 16 expert witness statements is GRANTED. Letter

17  briefs shall be filed by June 7, 2013. The court will hold a hearing on June 12, 2013 at

18  11:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

19      IT IS SO ORDERED.

20      DATED:   June 5, 2013

21

22                                         _____
                                           NATHANAEL M. COUSINS
23                                         United States Magistrate Judge

24

25

26

27

28