KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
WALTER LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS** |

760693.01

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1.      The parties filed a stipulation to submit letter briefs regarding the timing of Rule 16 expert witness statements on June 7, 2013.  Dkt. 333.

2.      The Court entered an Order ordering the filing of letter briefs on June 7, 2013 and setting a hearing on the parties' letter briefs for June 12, 2013.  Dkt. 334.

3.      None of the three attorneys representing Mr. Liew, Stuart Gasner, Simona Agnolucci, and Katherine Lovett, are available for a June 12 hearing.  Mr. Gasner will be in a deposition; Ms. Agnolucci will be out of the country on another matter; and Ms. Lovett will be in trial on another matter.

4.      Counsel for Mr. Liew and the Government are available for a hearing one week later, on June 19, 2013.  Accordingly, the parties stipulate and agree to extend the hearing date regarding the timing of Rule 16 expert witness statements to June 19, 2013.

5.      In light of the proposed extension of the hearing date, all counsel hereby stipulate and agree to extend the deadline for submitting letter briefs by one week, or until June 14, 2013.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

760693.01

1    SO STIPULATED AND AGREED,

2

3    Dated:  June 6, 2013                    KEKER & VAN NEST LLP

4

5                                  By:   */s/ Simona A. Agnolucci*
                                         STUART L. GASNER
6                                        SIMONA A. AGNOLUCCI
                                         KATHERINE M. LOVETT
7
                                         Attorneys for Defendant
8                                        WALTER LIEW

9

10

11   Dated:  June 6 , 2013                  MELINDA HAAG
                                            UNITED STATES ATTORNEY
12

13                                 By:   */s/ John H. Hemann*
                                         JOHN H. HEMANN
14                                       PETER B. AXELROD

15                                       Assistant United States Attorneys

16
                                    **CONCURRENCE**
17

18         I, Simona Agnolucci, am the ECF user whose ID and password are being used to file this

19   STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND

20   DEADLINE FOR LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT

21   WITNESS STATEMENTS.  In compliance with General Order 45, X.B., I hereby attest that

22   John H. Hemann has concurred in this filing.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

### [PROPOSED] ORDER

2

3        Based upon the parties' stipulation and for good cause shown, the hearing regarding the

4   timing of Rule 16 expert witness is set for June 19, 2013 at 11:00 a.m.  The parties' letter briefs

5   shall be filed by June 14, 2013.

6

7

8   Dated:                                    _____
                                              NATHANAEL COUSINS
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

760693.01