1  KEKER & VAN NEST LLP
   STUART L. GASNER - #164675
2  sgasner@kvn.com
   SIMONA A. AGNOLUCCI - #246943
3  sagnolucci@kvn.com
   KATHERINE M. LOVETT - #276256
4  klovett@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendant
   WALTER LIEW
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              Case No. CR 11-0573-JSW (NC)

13              Plaintiff,                 STIPULATION AND [PROPOSED]
                                           ORDER TO CHANGE HEARING DATE
14        v.                               AND DEADLINE FOR LETTER BRIEFS
                                           ADDRESSING TIMING OF RULE 16
15  WALTER LIEW, CHRISTINA LIEW, USA       EXPERT WITNESS STATEMENTS
    PERFORMANCE TECHNOLOGY, INC.,
16  and ROBERT MAEGERLE,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

760693.01

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1.      The parties filed a stipulation to submit letter briefs regarding the timing of Rule 16 expert witness statements on June 7, 2013.  Dkt. 333.

2.      The Court entered an Order ordering the filing of letter briefs on June 7, 2013 and setting a hearing on the parties' letter briefs for June 12, 2013.  Dkt. 334.

3.      None of the three attorneys representing Mr. Liew, Stuart Gasner, Simona Agnolucci, and Katherine Lovett, are available for a June 12 hearing.  Mr. Gasner will be in a deposition; Ms. Agnolucci will be out of the country on another matter; and Ms. Lovett will be in trial on another matter.

4.      Counsel for Mr. Liew and the Government are available for a hearing one week later, on June 19, 2013.  Accordingly, the parties stipulate and agree to extend the hearing date regarding the timing of Rule 16 expert witness statements to June 19, 2013.

5.      In light of the proposed extension of the hearing date, all counsel hereby stipulate and agree to extend the deadline for submitting letter briefs by one week, or until June 14, 2013.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

760693.01

1      SO STIPULATED AND AGREED,

2

3    Dated:  June 6, 2013                    KEKER & VAN NEST LLP

4

5                                   By:   /s/ Simona A. Agnolucci
                                        STUART L. GASNER
6                                        SIMONA A. AGNOLUCCI
                                        KATHERINE M. LOVETT
7
                                        Attorneys for Defendant
8                                        WALTER LIEW

9

10
    Dated:  June 6 , 2013                   MELINDA HAAG
11                                       UNITED STATES ATTORNEY

12

13                                  By:   /s/ John H. Hemann
                                        JOHN H. HEMANN
14                                       PETER B. AXELROD

15                                       Assistant United States Attorneys

16
                              **CONCURRENCE**
17

18       I, Simona Agnolucci, am the ECF user whose ID and password are being used to file this

19    STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND

20    DEADLINE FOR LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT

21    WITNESS STATEMENTS.  In compliance with General Order 45, X.B., I hereby attest that

22    John H. Hemann has concurred in this filing.

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

760693.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Based upon the parties' stipulation and for good cause shown, the hearing regarding the timing of Rule 16 expert witness is set for June 19, 2013 at 11:00 a.m.  The parties' letter briefs shall be filed by June 14, 2013.

Dated:  June 7, 2013



GRANTED

Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND DEADLINE FOR
LETTER BRIEFS ADDRESSING TIMING OF RULE 16 EXPERT WITNESS STATEMENTS
Case No. CR 11-0573-JSW (NC)

760693.01