

633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
kvn.com

**Simona A. Agnolucci**
(415) 676-2259
sagnolucci@kvn.com

June 14, 2013

**VIA ECF AND HAND DELIVERY**

Hon. Magistrate Judge Nathanael Cousins
United States District Court
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:     *United States of America v. Walter Liew, et al.*
          U.S. District Court, Northern District of California, Case No. CR 11-0573-JSW (NC)

Dear Judge Cousins:

Defendants Walter Liew and USA Performance Technology, Inc. (collectively, "Defendants")
submit this letter brief regarding the deadlines for Rule 16 expert disclosures in accordance with
the Court's June 5, 2013 Order.  Dkt. 334.

## I.      Introduction.

This case has been pending for nearly two years—since July 2011, when the Government
arrested Walter Liew and filed its criminal complaint against him.  While Mr. Liew lingers in
jail, unable to meaningfully assist the defense, defense counsel have tried every which way to
get the Government to define the vague and sweeping allegations against Mr. Liew.  Although
defense counsel hoped that the Government's identification of "case-in-chief" documents would
assist in narrowing the issues and streamlining this case in preparation for trial, it has done the
opposite.  The "identification," which consists primarily of lists of hundreds of thousands of
documents, has only created more work for defense counsel, because many of the listed
documents are impossible to locate.  Of particular relevance here, one of the many lists in the
Government's "identification" contains over a *quarter million* documents, "some" of which,
according to the Government, will be the basis of its expert testimony.

Given this state of affairs, prompt disclosure of the Government's Rule 16 expert reports, which
will assist the defense in understanding the nature of the Government's allegations, is essential
to the progress of this case.  All motions attacking the Second Superseding Indictment have been
decided, and Judge White has indicated that, on July 25, he will set the earliest possible trial date
for some time in 2013.  The time is ripe to order the disclosure of the Government's expert
reports, which Defendants have been requesting since at least April and which the Government
originally promised to provide by July 1.

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 2


## II.        Relevant Background.

The parties were last before the Court on February 27, when Defendants asked that the Government be required to identify the items it intends to use in its case in-chief pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E)(ii).  The Court ordered the Government to produce "literally all" of its "case-in-chief" documents by April 30, 2013.  Dkt. 257.  Judge White upheld that ruling on appeal and ordered the Government to comply with the Court's disclosure order by May 30, 2013.  Dkt. 294.

On April 17, 2013, the parties filed a Joint Status Report with Judge White in anticipation of the April 18 status conference on calendar, during which the parties expected the Court to set schedules for motion practice and trial.  Dkt. 298.  The Government represented that it anticipated producing only a few remaining categories of documents in the near future.  *Id.*  The parties agreed that this case should be tried in 2013, and jointly proposed that trial begin on October 21.  *Id.*  Defendants listed the types of motions they intend to bring before trial, and the parties proposed deadlines for expert reports.  *Id.*  The parties jointly proposed that, pursuant to Rule 16(a)(1)(G), the Government would produce a summary of any expert testimony it intends to use by July 1, 2012, but they disagreed about the deadline for the Defendants' responsive expert disclosure—the Government proposed July 31, 2013 and Defendants proposed August 28, 2013.  *Id.*

After the parties' status conference, Judge White ordered that the Defendants' motions be heard in two tranches.  Dkt. 303.  He ordered that the motions for bills of particulars and the motions attacking the Second Superseding Indictment be heard on June 6, and that the motions to suppress and motions to sever and bifurcate be heard on July 25.  *Id.*  Judge White stated that he intends to set a trial date at the July 25 motions hearing, and that he will choose the "earliest time that this case could go to trial."  Exh. A (hearing transcript) at 21; *see also id.* at 16-17 (stating "the court's desire to have this case move forward expeditiously"); *id.* at 15 ("This case is going to go forward, and it's going to go forward expeditiously").  Judge White also stated that deadlines for expert submissions are within the scope of the Order referring discovery issues to this Court and should be raised with this Court in the first instance.  Exh. A at 8, 19-20.

### A.        Expert report deadlines.

The parties immediately met and conferred about deadlines for expert reports, but continued to disagree about the number of days defendants should have to file their responsive report after the Government's July 1 report.  On April 22, defense counsel sent the Government a stipulation setting forth the parties' positions—that all parties agreed that the Government's report would be due on July 1, that defendants proposed that their report be due 60 days later, and that the Government proposed that defendants' report instead be due 30 days later.  Exh. B.  On May 8, counsel for the Government responded with a change of position from the July 1 deadline the Government originally agreed to for its expert report, stating that "we should not decide on the expert disclosure schedule until Judge White decides the motions and selects a trial date.  Given

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 3

the motions that have been and will be filed, and the lack of a trial date, it doesn't make sense to start working on expert reports yet." *Id.*

  B.  The Government's identification of case-in-chief documents.

On May 31, the Government sent a letter identifying its "case-in-chief" documents.  That identification is not the "exhibit list" the Government complained it was being asked to file prematurely.  Dkt. 291.  Far from it.  The May 31 letter identifies a *massive* universe of documents, including (1) DVDs containing thousands of files and (2) "attachments" to the letter consisting of Excel spreadsheets that themselves list hundreds of thousands of documents (including untranslated Chinese documents).  Exh. C.[1]  Most troublingly, many of the lists of files provided by the Government do not give defense counsel sufficient information to locate the underlying documents.  By way of example only:

- Many of the entries on Attachment A do not have corresponding SVE evidence numbers, so there is no way for defense counsel to know what documents the Government is identifying.

- Attachment C is a list of bank accounts and/or "wire transfers" that does not indicate which *actual documents* the Government is identifying.

- Attachment G (which itself identifies *a quarter million documents*) consists of lists of files that include some (but not all) file path names and several unfamiliar image names.

- The same is true of Attachment D.  (Moreover, one of the lists of files in that attachment is a bulk listing of *all 47 drive images* the Government produced early last summer in their entirety.)

In other words, this "identification" of key documents does nearly nothing to expedite this case and assist defense counsel in preparing for trial.  It points counsel to the same old haystack (albeit a slightly smaller one) and asks that we continue to hunt for the proverbial needle.  *Of particular relevance to this letter brief, the Government expects that "some" of the quarter million documents in Attachment G will be the subject of expert testimony.*  Exh. C at 3-4.

Defense counsel raised the deficiencies in the Government's "case-in-chief" identification and asked the Government to produce a single hard drive containing the hundreds of thousands of documents it has identified.  Exh. D.  The Government has promised to meet and confer with defense counsel regarding these issues on June 17.  Exh. D.  Unless the Government agrees to give defense counsel a single hard drive with all of the actual "case-in-chief" documents in native form, that meeting will be the beginning of a very long effort to actually find the

---

[1] Because the attachments to the Government's letter are extremely voluminous, are marked as attorney work product and/or contain third-party bank account numbers, we do not attach them here in their entirety, but instead provide redacted representative excerpts.

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 4

hundreds of thousands of documents identified by the Government, which defense counsel anticipates will take months. *Id*.

      C.      Motions attacking the Second Superseding Indictment ("Indictment").

Aside from requesting a set of case-in-chief documents, defense counsel attempted to narrow and streamline the issues in this case by filing a motion to dismiss certain counts of the Indictment and a motion for bill of particulars on May 2, 2013. Both motions focused on the vagueness and overbreadth of alleged trade secrets 1 and 5, which make it impossible for defendants to understand what they are accused of misappropriating (or attempting to misappropriate). Dkts. 312, 314. Trade Secret 1 is defined as "*the* DuPont chloride-route process to manufacture TiO2," including "ways and means in which proprietary and non-proprietary components were compiled and combined by DuPont to form substantial portions of the TiO2 manufacturing process." Dkt. 269 at ¶ 14(a) (emphasis added). In a similar spirit, Trade Secret 5 is defined as both (a) the entirety of a 407-page DuPont manual created in 1985 to set design criteria for titanium dioxide plants, as well as (b) "numerous discrete trade secrets within in [sic] it." *Id*. at ¶ 14(e).

Defendants requested that all allegations relating to trade secrets 1 and 5 be dismissed (Dkt. 312), and in the alternative sought a bill of particulars regarding all of the financial and trade secret allegations. Dkt. 314. Defendants noted that the chloride route process for manufacturing titanium dioxide is complex, combining thousands of pieces of equipment with a myriad of operating parameters. Dkt. 314 at 1. Discovery has revealed that DuPont engineers have advised the Government of hundreds of perceived "similarities" between the USAPTI designs and features at various DuPont plants. *Id*. This means that thousands of *potential* trade secrets fall within the allegations of the Indictment or are suggested by discovery. The Defendants noted that trial preparation is simply impossible in this posture. *Id*. This is especially true given the volume of public disclosures in the titanium dioxide field, the volume of discovery materials produced in this case, the Government's "derivative use" theory at the heart of its case, and Mr. Liew's inability to assist in his defense given his lengthy and continued incarceration. *Id*.

On June 9, Judge White denied Defendants' motion to dismiss the counts in the Indictment that depend on trade secrets 1 and 5. Dkt. 338. He also denied Defendants' request for a bill of particulars as to trade secrets 2-5, considering it significant that "the Court ordered the United States to provide the Defendants with the documents it intends to introduce in its case in chief by May 30, 2013." Dkt. 338 at 11. Judge White ordered the Government to provide a bill of particulars as to trade secret 1 by June 25, noting:

> Specifically, in light of the fact that these counts charge Defendants with attempt, the United States shall provide a bill of particulars that sets forth its theory of what Defendants reasonably believed the trade secret to be, *e.g.,* whether the United States will argue that Defendants reasonably believed the entire chloride-route process to manufacture TiO2 was a trade secret or whether it will argue the Defendants reasonably believed a subset of the process was a trade secret. If the

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 5

> latter, the United States, taking into account the EEA's definition of a trade
> secret, shall identify with particularity: (1) the "ways and means," described in
> paragraph 14.a; and (2) the "proprietary and non-proprietary components,"
> described in paragraph 14.a.; (3) and the resulting compilations and combinations
> that formed substantial portions of the TiO2 manufacturing process.

Dkt. 338 at 11-12.

## III. Argument.

    A.    The Government's expert reports should be due no later than July 15, 2013.

Rule 16(a)(1)(G) provides that "[a]t the defendant's request, the government must give to the defendant a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial." Fed. R. Crim. Pro. 16(a)(1)(G). This summary "must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications." *Id.* Under Rule 16, "it is expected that the parties will make their requests and disclosures in a timely fashion." *See* Fed. R. Crim. Pro. 16 advisory committee's note.

Defendants have requested since mid-April that the Government make its expert report disclosures by July 1. Although the Government initially agreed to that deadline (Dkt. 298), it has now changed its tune, asserting that deadlines for expert reports should not be set until after Judge White sets a trial date, which the parties anticipate will be on July 25. Exh. B. The Government's proposed course of events will not allow the parties sufficient time to prepare for trial and will delay resolution of this case, which already has dragged on for nearly two years while Mr. Liew remains incarcerated.

*First*, waiting until the end of July to even set a deadline for expert reports does not allow either party sufficient time to prepare for a 2013 trial. Judge White made it very clear that, on July 25, he intends to choose the "earliest time that this case could go to trial." (Exh. A at 21), and that he wants to "have this case move forward expeditiously." *Id.* at 16-17; *see also id.* at 15 ("This case is going to go forward, and it's going to go forward expeditiously"). Defendants intend to continue to request an October trial date, and expect that Judge White will choose a trial date sometime this fall, and before the end of 2013. If this case is tried in October, the parties cannot wait until after July 25 to even discuss expert report deadlines. The Government's Rule 16 expert disclosures should be due no later than July 15, and Defendants' responsive disclosures should be due 60 days later, by September 13. This is the only way to allow for the October trial that all the parties agreed on. Dkt. 298.

*Second*, requiring the Government to provide its expert report sooner rather than later will assist in narrowing the issues and in streamlining this case for trial. Although Defendants had hoped that the Government's case-in-chief identification would accomplish those ends, it falls woefully short, and in fact has created *more* work for defendants, who must go on a wild goose hunt to locate the hundreds of thousands of documents the Government has "identified." *See supra,*

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 6

p. 2-3.  This will take months.  In the meantime, the Defendants must prepare to respond at a 2013 trial to complex and highly technical allegations of trade secret theft.  Those allegations will be supported by expert testimony that relies (among other things) on "some" of the quarter million documents identified in Attachment G to the Government's May 30 letter.  Exh. C at 3-4.  The only way for the Defendants to prepare a defense against the sweeping and complex charges against them is with the benefit of an expert report that lays out the bases of the Government's allegations.

*Third*, there is no reason not to order the Government to make its Rule 16 expert disclosures by July 15.  The Government has culled through the 55 million documents produced in this case and identified the ones it intends to use in its case-in-chief.  Although that identification does little to narrow the universe of documents produced in discovery, presumably the exercise required the Government to make strategic decisions about the presentation of its case-in-chief and the nature of its allegations against the Defendants.  Moreover, by June 25, the Government will have provided a Bill of Particulars regarding trade secret 1, which requires that the Government specify the nature of its allegation that Defendants attempted to misappropriate the entire chloride route process.  Accordingly, much of the work relevant to the Government's expert reports has already been done.

*Fourth*, all motions attacking the pleadings have been decided.  The fact that the Defendants have not yet filed their motions to suppress and sever (which will be heard on July 25) is no reason to delay the exchange of expert reports.  Any motions to sever defendants or charges will, if successful, result in multiple trial dates.  They will not substantially affect the content of the Government's expert testimony.  It is true that the motions to suppress may result in the suppression of evidence that could be considered by the Government's experts in forming their opinions.  If the Defendants' motions to suppress are successful, Defendants agree to give the Government two weeks to amend their expert reports in light of any suppressed evidence.

> B. Defendants' responsive report should be due 60 days later, or on September 13, 2013.

Rule 16(b)(1)(C) provides that a defendant must furnish a written summary of any testimony he intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial *if* he has requested the same of the Government under Rule 16 *and* the Government has complied.  Fed. R. Crim. Pro. 16(b)(1)(C).  Accordingly, Defendants' obligation to provide the Government with the defense experts' reports is not even triggered until the Government has produced its reports.

Defendants respectfully request that they be given sixty days, or until September 13, to respond to the Government's expert reports.  At the time of the parties' April 17 Joint Status Report, Defendants had given the Government a total of approximately two and a half months (until July 1) to provide its report.  Dkt. 298.  Defendants have now extended that proposed deadline to July 15—nearly three months after Defendants' initial request.  Given the amount of time the

Hon. Magistrate Judge Nathanael Cousins
June 14, 2013
Page 7

Government has had, it would be equitable to give Defendants at least 60 days to provide their expert report.

Moreover, Defendants will need at least sixty days to respond to whatever report the Government produces.  As this Court now has heard many times, the charges in this case are highly technical and complex, and the Defendants' expert will require time to understand and respond to them (once they have been properly defined, which the Government's expert report presumably will do).  Moreover, a substantial amount of the information on which the Defendants' expert will rely is contained in the C-1 documents, which under the Protective Order cannot be copied, emailed, or kept on a computer connected to the Internet.  Dkt. 168. This means that Defendants' expert must travel to San Francisco and view the C-1 documents in defense counsel's offices—hardly an efficient way to prepare expert reports.[2]  In light of these restrictions, a 60-day response time is appropriate.

**IV.     Conclusion.**

For the foregoing reasons, we respectfully request that the Court order that:

> (1)  The Government's Rule 16 expert reports be due no later than July 15, 2013; and

> (2)  The Defendants' responsive Rule 16 expert reports be due no later than September 13, 2013.

Respectfully submitted,

*/s/ Simona A. Agnolucci*

Simona A. Agnolucci

cc:     John H. Hemann, United States Attorney's Office
        Peter B. Axelrod, United States Attorney's Office
        John M. Potter, Quinn Emanuel
        Robert P. Feldman, Quinn Emanuel
        Edmund D. Lyons
        Jerome J. Froelich, Jr.
        Doron Weinberg

---

[2] In contrast, the Government presumably will have the benefit of being able to show whatever documents it wishes to its consultants at DuPont over email.

# EXHIBIT A

Pages 1 – 22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JEFFREY S. WHITE, JUDGE


UNITED STATES OF AMERICA           )
                                   )
                 Plaintiff,        )
                                   )   No. C-11-0573 JSW
       vs.                         )
                                   )
WALTER LIEW, ET AL.,               )
                                   )   San Francisco, California
                                   )   Thursday, April 18, 2013
                 Defendants.       )
                                   )


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**           United States Attorneys' Office
                             450 Golden Gate Ave., 11th Floor
                             San Francisco, California 94102
                      BY:    **JOHN HENRY HEMANN, ESQ.**
                             **PETER BENJAMIN AXELROD, ESQ.**


**For Defendant**            Keker & Van Nest, LLP
**Walter Liew:**             633 Battery Street
                             San Francisco, California 94111
                      BY:    **STUART L. GASNER, ESQ.**
                             **SIMONA A. AGNOLUCCI, ESQ.**


**Also Present:**            **AMY LO, MANDARIN INTERPRETER**


(FURTHER APPEARANCES ON NEXT PAGE.)


REPORTED BY: SARAH GOEKLER, CSR NO. 13446
Computerized Technology By Eclipse

```
 1  FURTHER APPEARANCES:(CONT'D)

 2  For Defendant            Law Offices of Doron Weinberg
    Christina Liew:          523 Octavia Street
 3                           San Francisco, California 94102
                       BY:   DORON WEINBERG, ESQ.
 4
    For Defendant            McKenney & Roelich
 5  Robert Maegerle:         1349 West Peachtree Street
                             Two Midtown Plaza, Suite 1250
 6                           Atlanta, Georgia 30309
                       BY:   JEROME J. FROELICH, JR., ESQ.
 7

 8  For Defendant            Quinn Emanuel
    Pangang Group:           555 Twin Dolphin Drive, 5th Floor
 9                           Redwood Shores, California 94065
                       BY:   ROBERT P. FELDMAN, ESQ.
10

11

12                          ---o0o---

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 Thursday, April 18, 2013                              2:15 p.m.

2                          **P R O C E E D I N G S**

3         **THE CLERK:**  Calling case 11-573, United States versus

4 Walter Liew, United States versus Christina Liew, United States

5 versus Robert Maegerle, United States versus USA Performance

6 Technology, United States versus Pangang Group Company, United

7 States versus Pangang Group Steel Vanadium & Titanium Company,

8 United States versus Pangang Group Titanium Industry Company,

9 and United States versus Pangang Group International Economic &

10 Trading Company.

11     Counsel, please state your appearances.

12         **MR. HEMANN:**  Good afternoon, Your Honor.  John Hemann

13 and Pete Axelrod for the United States.

14         **THE COURT:**  Good afternoon.

15         **MR. AXELROD:**  Good afternoon.

16         **MR. GASNER:**  Good afternoon, Your Honor, Stuart

17 Gasner and Simona Agnolucci, Keker & Van Nest for defendants

18 Walter Liew and USA Performance Technology, Inc.

19         **THE COURT:**  Good afternoon.

20     Hello, sir.

21         **MR. FROELICH:**  Your Honor, Jerome Froelich for

22 Mr. Maegerle, who's standing right next to me.

23         **THE COURT:**  Good afternoon.

24         **MR. WEINBERG:**  Doron Weinberg appearing on behalf of

25 Christina Liew, who is here and assisted by the Mandarin

1    interpreter.

2              **THE COURT:**  Good afternoon.

3         (Judge greets defendant in Mandarin.)

4              **MR. FELDMAN:**  Good afternoon.  Robert Feldman

5    appearing specially.

6              **THE COURT:**  On behalf of the so-called Pangang

7    defendants?

8              **MR. FELDMAN:**  Correct.

9              **THE COURT:**  So the first question I have -- I

10   reviewed your status -- joint status report, and I appreciate

11   that.  And I've been thinking about how best to manage this

12   case in light of the parties' positions, and I have a couple of

13   questions, and then I'm going to -- acting on the information

14   that counsel has provided to the Court, I'm going to set some

15   deadlines here.

16        So the first question is, how do the parties -- now, I'll

17   ask the Government first:  How do the parties intend to proceed

18   regarding the Pangang defendants?  I'll just say the Court

19   knows that it's not been requested to dismiss the indictment as

20   to those defendants, so it remains outstanding.

21              **MR. HEMANN:**  So, Your Honor, firstly, we don't

22   believe that there are other steps that the United States can

23   take to effect service on the Pangang defendants, in light of

24   the Court's two orders.  So we're at a standstill in terms of

25   further efforts to bring them into the case.

1     We would ask the Court, in the absence of the Court taking

2  some action the Court contemplates on its own, for 30 days.

3  We're consulting with the appropriate Department of Justice

4  entities in Washington about what possible next steps would be,

5  given the number of folks that need to be involved, we're

6  looking at about 30 days.  We'd like to come back and talk to

7  Your Honor and let you know the Government's position 30 days

8  from now.

9          **THE COURT:**  I know, Mr. Feldman -- I know you are

10  here specially, but do you have a position on this?

11          **MR. FELDMAN:**  None other than when Mr. Hemann -- I

12  would ask Your Honor -- I would ask, through the Court, that

13  Mr. Hemann consider that his department has requested a rule

14  change to Rule 4, which changes -- requested in October of last

15  year unbeknownst to me, and I assume unbeknownst to the Court.

16  And in that connection, I would ask that Mr. Hemann consult

17  with whoever made that request as he considers how to further

18  proceed.

19          **THE COURT:**  All right.  Well, he's heard your

20  message.  I'm sure he's aware of that.  And that -- and I think

21  that's probably a prudent way to go.

22     The only thing I'll say, and I think this is probably

23  implicit of what Mr. Hemann has just said, is that whatever the

24  Court does today vis-a-vis set dates, is not going to be

25  stalled by the Pangang defendants.

1          **MR. HEMANN:**  That's correct, Your Honor.

2          **THE COURT:**  Their status.  Whatever happens with them

3   is almost certainly going to happen separately, if it happens

4   at all.

5          **MR. HEMANN:**  Indeed.  We would urge the Court to go

6   forward with regard to dates, et cetera, with Mr. Liew and

7   Mrs. Liew, Mr. Maegerle and USA PTI, separate from what we're

8   considering to do with regard to the Pangang defendants.

9          **THE COURT:**  All right.  So what -- Ms. Ottolini,

10  let's set a status date for -- just for the Pangang defendants,

11  unless events overtake that.  In other words, if there's a

12  change in the Government's position or a motion filed by the

13  Pangang defendants, then that may -- one may supersede the

14  other.  I don't know.  But let's at least set a date so we have

15  a date to come back here and see where we are.

16         **MR. FELDMAN:**  And I'm sure Mr. Hemann will agree to

17  let me know ahead of time what he plans to do so that -- it may

18  be that it's not necessary for us to appear.

19         **THE COURT:**  Of course.  And it may be -- one

20  possibility is the Government -- I'm not saying they would or

21  they should, but they can, is file an appeal, and that clearly

22  would -- well, at least temporarily arrest the court of

23  jurisdiction, and everybody should note, at least Mr. Feldman

24  and the Court should know, so we can vacate that date.

25         **MR. HEMANN:**  Absolutely, Your Honor.

1           **THE COURT:**  Ms. Ottolini, please set a date and make

2   sure that all counsel for those defendants and the Government

3   are available.

4           **THE CLERK:**  May 16 at 2:00 p.m.

5           **MR. FELDMAN:**  I can't do it that day.  I could do it

6   the day -- I can't do it that day.

7           **THE CLERK:**  May 23rd at 2:00 p.m.

8           **MR. FELDMAN:**  Somebody could be here that day.

9           **THE COURT:**  The 23rd.

10          **MR. FELDMAN:**  Somebody could be here.

11          **THE COURT:**  Let's do the 23rd, then.

12       Is that acceptable to the Government?

13          **MR. HEMANN:**  Yes, Your Honor.

14          **THE COURT:**  Very well.  So we'll take that -- let's

15   now talk about the other defendants.

16       You might want to step back.  You can certainly stand

17   there if you would.

18          **MR. FELDMAN:**  No.  I'm afraid something will change.

19   Thank you.

20          **THE COURT:**  Thank you.

21       So Mr. Feldman has stepped back.  So here's what I'm --

22          **MR. FELDMAN:**  Your Honor, excuse me.  I'm going to

23   leave if you may.

24          **THE COURT:**  Of course.  Yes, you may.  Or you can

25   stay if you want.

1      **MR. FELDMAN:**  No thank you.

2      (Mr. Feldman leaves the proceedings.)

3      **THE COURT:**  All right.  So on discovery, the first

4   issue that's been raised in the status report is discovery.

5   And if the parties have a dispute about the deadline for

6   reciprocal discovery and the deadline to disclose experts,

7   that's within the scope of the referral to Magistrate Judge

8   Cousins, and they should raise those issues with him in the

9   first instance.

10      And if the parties believe that because of the Court's

11   order with respect to disclosure by the Government in some ways

12   constitute a decision to take discovery back from the

13   magistrate judge, that wasn't the case.  That was an appeal,

14   and so -- and the matter is still before Judge Cousins, and

15   I've given him substantial delegated authority.  So that's the

16   first point; reciprocal discovery issues to Judge Cousins.

17      And in the same vein, any so-called omnibus motion for

18   discovery should be filed before Judge Cousins in the first

19   instance, since he's familiar with the matter, and that's part

20   of his charter.  So going to direct you to go back to

21   Judge Cousins.

22      **MR. GASNER:**  I believe, Your Honor, that the Court

23   has previously said that matters of *Brady* and *Giglio* discovery

24   are still retained by this Court.  So it may be that we will

25   need to file two different ones.

1          **THE COURT:**  Right.  That's very possible.  And I

2    would hope to avoid *Brady* motions because *Brady* motions --

3    well, I would hope to avoid a motion.  I would think that would

4    be a matter of case management, and my position on that is well

5    known, and that is I -- as I did with respect to the appeal,

6    I'm going to order -- now that we're going to have dates, those

7    dates are going to serve as a baseline for disclosures, and

8    they're going to be aggressive deadlines, and they're going to

9    be -- hoping that it won't require motion practice.  But

10   knowing the Government attorneys involved here, I don't expect

11   that there will be any issue with this, but we'll see.

12         So, yes, I'm retaining the *Brady* and *Giglio*.  So that may

13   take the omni out of the omnibus, but we'll do that on a

14   separate track.

15         So the next issue that you all raise are motions for

16   Rule 17 subpoenas.  They can be submitted to me at any time, as

17   early as you want on a rolling basis.  You don't need to do

18   that as a package.  Just keep submitting them.  Make sure --

19   don't do them on a routine, rote basis.  Sometimes we just get

20   sort of boilerplate language from the *Nixon* case.  I need

21   substance.

22         Keep in mind it's a discovery -- it's not a discovery

23   tool; it's a trial tool.  If it's used as a discovery tool, it

24   will not receive a sympathetic ear from this Court.

25         In that regard, the Court refers the parties to paragraph

1   4 of the Court's guidelines for motions -- final pretrial

2   conferences and trials, which the Court revised this month.  So

3   there's a new addition, and it has some rules with respect to

4   that.  So please look at that as well.

5       Now, let me just say -- I want to say something about a

6   trial date.  Because as all of you know -- most of you know,

7   this Court believes in truth in trial dates and reliability of

8   trial dates.  When I set a trial date, it doesn't change.  I

9   made a comment -- I wrote in my order that I intended to set a

10  trial date at this hearing, and have this case tried in 2013.

11      Having seen the status report and trying to work the dates

12  in a way that accomplishes that, it seems like that is -- with

13  all we have to do -- and I'm not saying any of it -- all of it

14  is substantive, and all of it is important -- that I'm not

15  going to set a trial date at this time.  I want to get these

16  motions resolved, and I want to get them resolved

17  expeditiously, so I'll tell you what I'm going to do, and then

18  we'll see where we go.

19      But I don't -- I would rather set a trial date at a time I

20  can live up to my mantra of truth in trial dates.  Because if I

21  set one now, it will just be like throwing a date out with

22  no -- if you saw the dates, you'd say that's incredible because

23  there's not enough time to do all this stuff and try the case

24  on the given day.

25      So what I'm going to do, however, is I'm going to stage

1    these motions so that the motions for a Bill of Particulars and

2    attacking the second superseding indictment will be heard

3    before the suppression and the severance motions.

4         So the -- again, you'll see that these deadlines are

5    fairly aggressive but reasonable.  Two can be side by side.

6         So with respect to motions for Bill of Particulars and any

7    attack on the second superseding indictment, the opening briefs

8    are due on May 2nd.

9         The opposition briefs will be due May 16th.

10        The replies will be due May 23rd.

11        And the hearing will be on June 6th at 2:00 p.m. on those

12   motions.

13        Now, there was a statement about -- in the status -- the

14   joint status about motions to suppress and to sever defendants

15   and bifurcate issues.  So the opening briefs for that round

16   will be June 27th at -- all of these are in 2013.

17        The opposition briefs will be due on July 11th.

18        The replies will be due on July -- so I'll say it again.

19        The 27th for the openings.  The opposition is on the

20   11th of July.  The reply is on the 18th of July, and the

21   hearing on July 25th at 2:00 p.m. on motions to suppress and to

22   sever defendants and bifurcate issues.

23        If those motions are not filed or they're filed -- they're

24   fairly simple to resolve, I might consider accelerating the

25   schedule.

1      In other words, I'm building in the things you said you

2   want to do -- mostly the defendants, and I'm going to give them

3   that full opportunity.  But these dates are -- these dates can

4   be moved more aggressively, should some of these things -- some

5   of these motions not be filed.

6      Now, there was some request or some discussion about

7   *Daubert* motions, and the Court would be inclined to have a

8   further hearing on *Daubert* motions 30 days before the final

9   pretrial conference.  We'll get into that a little bit more as

10  we get deeper into the case.  Once we've resolved all of these

11  issues, and depending upon the -- what happens at the hearing

12  on -- both sets of hearings; June 6th and July 25th, will drive

13  the Court's setting the trial date and pretrials with -- and I

14  would anticipate, in connection with the trial date -- when

15  that is set -- that there will be some further orders by this

16  Court with respect to discovery*, Giglio*, *Brady*, *Jencks*, and the

17  so-called open book policy that I recently learned the

18  U.S. Attorney had.  We have to figure out what volume of what

19  book before we know what book is open.

20     Anyway, that's the plan.  And I wanted to raise a

21  question, given that I have all of you here, and that -- by the

22  way, counsel is correct when they've stated that the Court had

23  another substantial trial coming up in October.  Depending upon

24  what happens in that case -- and I have no reason to believe

25  that one is not going to go one way or the other.  I think it's

1    not clear for sure that it will or won't. But I think it will.

2    And that -- if that goes away, that may open things up for this

3    case.

4         But I wanted to explore whether or not any defendant was

5    willing to consider at this point having the Court send them to

6    a settlement conference. Is there any interest -- have any of

7    the parties discussed that in a way that they're willing to

8    share with the Court?

9         Let me first ask the Government. Does the Government have

10   any interest in this?

11             **MR. HEMANN:** I think that we're not opposed to it,

12   Your Honor. There's some -- we're not opposed to it. Let me

13   just leave it at that. We're not opposed to it, Your Honor, if

14   Your Honor were to order it and, if the defendants would be

15   interested in it.

16             **THE COURT:** I don't know that I would order it.

17             **MR. HEMANN:** Or encourage it.

18             **THE COURT:** Yes. Mr. Weinberg, what's your view?

19             **MR. WEINBERG:** My view is that it would be of

20   interest for Christina Liew to explore the possibility of

21   settlement.

22        So on her behalf, I would accept the suggestion.

23             **THE WITNESS:** All right. What about from Mr. Liew's

24   perspective?

25             **MR. GASNER:** Well, Your Honor, I think it's unlikely

1    to be productive, would be my guess.  We're certainly open to

2    showing up and seeing whether the Government has changed its

3    attitude.  We're always open to that, but from the signals

4    they've sent so far, I don't think it's likely to be very

5    productive, but if they think it is, we'll show up.

6           **THE COURT:**  What about from your client's

7    perspective?

8           **MR. FROELICH:**  Yes, Your Honor.  I speak for -- I

9    think you never know until you sit, and there's not been any

10   sitting.

11          **THE COURT:**  Right.  I'm going to refer you all to --

12   I may be the proverbial cold dog -- to Judge Beeler,

13   unless anybody has any objection.

14          **MR. HEMANN:**  May I just have a quick word on this

15   with Mr. Gasner?

16          **THE COURT:**  Sure.

17          **MR. HEMANN:**  I'm sorry.

18          **THE COURT:**  Go ahead.

19      (Pause in proceedings.)

20          **MR. HEMANN:**  There's some complexity to this,

21   Your Honor.  Would it be acceptable to the Court if the parties

22   had a discussion with Judge Beeler about the advisability of a

23   settlement conference?  And I think in that confidential forum,

24   we could have a -- we could sort out whether as a group we feel

25   that it's an appropriate expenditure of our time.  And, if as a

```
 1    group, with Judge Beeler's assistance, we decide that it's not

 2    an appropriate use of our time, that we don't do it.

 3            THE COURT:  Of course.  And that's why I said I

 4    wouldn't order you, but I think to do this correctly, there

 5    would have to be a formal referral.  So I'll refer you.

 6        But I will say on the record that -- of course, I

 7    couldn't -- I won't and I -- I don't know if I even have the

 8    authority to do it, and I wouldn't use the authority if I had

 9    to -- order you.  You may decide to change your mind.  And

10    that's absolutely within the Court's -- so this is, shall we

11    say it's not mandatory; it's "courtitory" that you go to

12    Judge Beeler and have whatever discussions you think are

13    appropriate, even if they are preliminary, on the question of

14    whether -- as you mentioned, whether it's even appropriate to

15    have a settlement conference, and leave it to the parties,

16    based upon that to say we don't think it's productive to go

17    further, and that would be fine.

18        But those -- but that referral is without -- in no way

19    impedes the dates that I've already set.

20            MR. HEMANN:  Thank you, Your Honor.

21            THE COURT:  This case is going to go forward, and

22    it's going to go forward expeditiously.  And as I've told you,

23    I think I've taken into account all of the concerns of counsel.

24    And in so doing, I really intend to move this case along toward

25    a trial date and get this case -- if it goes that far.  Of
```

1  course, there's going to be preemptive motions to get to trial.

2  So that's what the parties should be working toward.

3      So that takes care of the Court's agenda, which I've

4  essentially built from the statuses.  And then I don't know

5  that we need another -- I would think that on any of these

6  dates when we're going to have hearings, there'll also be

7  status.

8      So I think to -- unless your client wishes to waive their

9  appearance, which they can do if they want, I'd like the

10 clients there as well, the parties, so that we can have a

11 substantive discussion about the case and be thinking about

12 the -- I will know my schedule in June, and you'll all know

13 your schedule, and we can see where the trial might fit in this

14 process.

15     So with that said, Mr. Hemann and Mr. Axelrod, is there

16 anything further?

17         **MR. HEMANN:**  Your Honor, the only motion that I think

18 might --

19         **THE COURT:**  I wanted to say one other thing.  I've

20 said throughout the papers, and I think I want to make it clear

21 that, although I have observed as part of the Court's interest

22 in moving this case along, that Mr. Liew is currently in

23 custody.  That I want to make it clear, Number 1, that although

24 that is a factor, it is not the only factor.  I have said in my

25 order with respect to release that my order is without

1  prejudice to Mr. Liew to try to make a further presentation for

2  the Court to -- perhaps a different outcome.  And so I don't

3  want anything that I've said or done today to change my

4  openmindedness toward further information being brought to the

5  Court's attention.  But if that status were to change -- his

6  custodial status -- that would not dampen the Court's desire to

7  have this case move forward expeditiously.

8      All right.  Now, I'm sorry.

9          **MR. HEMANN:**  Your Honor, the one motion that the

10 Court didn't set a date for that I think it might be worth

11 discussing, at least briefly, is Mr. Froelich had talked

12 about -- with us -- about filing a motion to suppress that

13 might involve challenging a search warrant.  And I think that

14 to the extent that that is raised, it might be useful --

15         **THE COURT:**  I did set that.

16         **MR. HEMANN:**  Oh, I'm sorry.

17         **THE COURT:**  I said motions to suppress and sever.

18         **MR. HEMANN:**  Sever and suppress.  I just didn't hear

19 that, Your Honor.

20         **THE COURT:**  I think that's going to await both

21 further discovery, and I think then we'll know -- because I've

22 said the Bill of Particulars and the motion to dismiss, if any.

23 So we'll at least have the pleadings finalized in some fashion

24 in which the defendants are going first, et cetera.  And then I

25 think it would be appropriate to have a suppression.

1          **MR. HEMANN:**  I'm sorry, Your Honor.  I didn't hear

2    Your Honor say suppress.  I apologize.

3          **MR. FROELICH:**  I heard Your Honor and everything.  I

4    wasn't sure -- or will Your Honor notify us after you see the

5    pleas.  One of the motions to suppress -- I'll attack the

6    search warrant, and that probably is not going to require an

7    evidentiary hearing.  There may be one small issue, which I'm

8    still researching on the search warrant.  But there will be as

9    to the statements, and I believe that would be an evidentiary

10   hearing.  I just wanted to --

11         **THE COURT:**  Fine.  And what I would ask counsel to do

12   is list -- mention that in -- obviously request it, but I would

13   also like you to meet and confer with Government counsel to

14   figure out if the Court would allow such an evidentiary

15   hearing, what would be the contours of it; how many witnesses?

16   How long?  Because then I may well specially set it, if it's

17   going to be an evidentiary hearing.

18         **MR. FROELICH:**  I don't think it would be very long,

19   but I do believe it will be -- I'll put it in the motion,

20   Your Honor.

21         **THE COURT:**  Right.  And because if we're going to

22   need interpreters, there's lead time -- yeah, but the other

23   defendants may have a desire to -- the non-English-speaking may

24   have a desire -- they have a right to be there.

25         **MR. FROELICH:**  That's fine.  I understand.

1          **THE COURT:**  So there's some logistics that need to --

2          **MR. FROELICH:**  That's why I was bringing it up.

3          **THE COURT:**  Anything, Mr. Hemann?

4          **MR. HEMANN:**  Nothing from the Government, Your Honor.

5          **THE COURT:**  Anything from the defense counsel?

6          **MR. GASNER:**  Yes, Your Honor.  Because the floodgates

7    of discovery have opened a bit, we have a lot of 302s the

8    Government has been kind enough to present.  And it includes

9    material from DuPont that basically claims that everything

10   under the sun is a trade secret.  Hundreds, if not thousands,

11   of documents claim to be trade secrets and the like.  Only when

12   we get an expert report are we going to know what we really

13   need to try.

14       So my preparation is just hugely broader now, based on

15   what I've heard.  The indictment alleges one really broad trade

16   secret and four really narrow ones.  The discovery shows

17   potentially hundreds of things that they're going to assert.

18   And I think the expert report is probably the point at which

19   I'll really know what they're serious about and what I need to

20   address at the trial.

21       So I'd ask that the Court set a deadline for the

22   Government's expert reports as part of this first tranche of

23   deadlines.

24          **THE COURT:**  Well, one of the first things I said was

25   if there's a dispute about the disclosure of experts, that's

1   within the scope of the referral to Judge Cousins.

2           **MR. GASNER:**  Okay.  I wasn't sure --

3           **THE COURT:**  So he, as you saw -- and I will reconnect

4   with them, which will probably be overkill, but I will do it to

5   say he needs to give this fairly high priority.

6           **MR. GASNER:**  Fantastic.  Thank you.

7           **THE COURT:**  So you'll get priority on his calendar, I

8   can assure you.

9       Yes?

10          **MR. FROELICH:**  Your Honor, would you have any idea,

11  Your Honor, not when you're going to -- not the trial date

12  you're going to set, but when you would set the date?

13          **THE COURT:**  Yes.  My intention would be in or around

14  July when we have the -- because that will be the last set of

15  motions.  We'll know who's in, who's out, who's severed, who's

16  going to trial, what the contours of the trial look like.  And

17  at that point, either right at that time or in the order with

18  respect to -- you know, if it comes out of that.  I'm going to

19  set a trial date.

20      Now, when that will be -- given the period of time that I

21  think is necessary for *Daubert* motions and to have a more

22  robust trial conference in a case of this complexity, it's not

23  going to be, like, the next month.  We need -- if you think

24  about it, there are these 30-day periods that we're going to

25  have to have for hearings and pretrial and in limines and all

 1    that kind of thing.

 2         And so I would say that this summer I'll be setting a

 3    trial date for some time that is reasonably related to the

 4    Court's schedule, counsel's schedule, and the -- what has to be

 5    done, but I'm not going -- it's not going to be very long.

 6         It's going to be the minimum amount of time necessary to

 7    do the things that this case requires and this Court's standing

 8    order requires with respect to pretrial conference and trying

 9    cases.  So don't get your schedules too busy -- you can figure

10    it out.  You can sit down with a calendar and say, "Well, if

11    the judge sets it on July 25th, we have to do" -- and you look

12    at my order and you add some days because I'm going to give you

13    a more relaxed pretrial for yours and our benefit.  You could

14    pretty much figure out the earliest time that this case could

15    go to trial.

16         **MR. FROELICH:**  I was asking because I have another

17    major case where the Court and the Assistant U.S. Attorneys

18    have said, "We'll work with you on this one.  There's no

19    pressure on that."  So I was just trying to give them a date

20    when I can give them a date.

21         **THE COURT:**  You can talk to Mr. Hemann and

22    Mr. Axelrod.  They're very powerful people in the office.

23         **MR. FROELICH:**  It's not here, Your Honor.  It's in

24    Macon, Georgia.

25         **THE COURT:**  I don't think their power goes that far.

1      **MR. HEMANN:**  There's a little tiny corner of the

2  office where Mr. Axelrod and I are very powerful and then

3  nowhere else really, Your Honor.  I hate to say.

4      **THE COURT:**  I will obviously accommodate.  But when

5  you have this number of counsel, the probability of anybody

6  being busy are pretty high, and I've had this come up in

7  actually the other case that's scheduled for the fall, and I

8  remissibly said, "I hear all your pain, but this is when we're

9  trying this case.  You need to figure out your schedule."  And

10  I may do that in this case too, because otherwise we would

11  never get this case to trial.

12      All right.  Anything further?

13      **MR. HEMANN:**  No, Your Honor.

14      **MR. GASNER:**  No, Your Honor.

15      **THE COURT:**  I appreciate counsel's cooperation, and

16  I'll see you all in June.

17      **MR. AXELROD:**  Thanks so much.

18      (Proceedings concluded at 2:42 p.m.)

19                      ---o0o---

20  I certify that the foregoing is a correct transcript from the

21  record of proceedings in the above-entitled matter.

22

23  _____              April 29, 2013

24  Signature of Court Reporter/Transcriber    Date
   Sarah L. Goekler

25

# EXHIBIT B

**From:** Hemann, John (USACAN) [mailto:John.Hemann@usdoj.gov]
**Sent:** Wednesday, May 08, 2013 1:43 PM
**To:** Simona A. Agnolucci; Axelrod, Peter (USACAN)
**Cc:** Stuart L. Gasner; Katherine M. Lovett
**Subject:** Re: United States v. Liew: Joint Stipulation re Letter Briefs

Simona -

We're thinking that we should not decide on the expert disclosure schedule until Judge White decides the motions and selects a trial date. Given the motions that have been and will be filed, and the lack of a trial date, it doesn't make sense to start working on expert reports yet.

Our potential expert opinions are going to be directly impacted by Judge White's decisions on the motions. And, given the motions and the exhibit designation deadline, we won't be able to get to the experts until after these items are wrapped up.

John

---

**From:** Simona A. Agnolucci [mailto:SAgnolucci@kvn.com]
**Sent:** Wednesday, May 08, 2013 04:34 PM Eastern Standard Time
**To:** Hemann, John (USACAN); Axelrod, Peter (USACAN)
**Cc:** Stuart L. Gasner <SGasner@KVN.com>; Katherine M. Lovett <KLovett@kvn.com>
**Subject:** RE: United States v. Liew: Joint Stipulation re Letter Briefs

John and Pete,

I am checking back in about the stipulation. We need to resolve this issue in short order, among other things so that we can give our expert sufficient notice to plan for his report. If you are willing to agree that his report be due 60 days after yours is submitted on July 1, then that will save us having to work out a stipulation and file letter briefs. If, however, you continue to take the position that his report should be due sooner, please let me know right away (and provide your suggested edits to the stipulation). If we don't hear from you, we will need to file a motion with Judge Cousins, which we would rather not do.

Thanks,
Simona

---

**From:** Simona A. Agnolucci
**Sent:** Monday, May 06, 2013 3:20 PM
**To:** 'Hemann, John (USACAN) (John.Hemann@usdoj.gov)'; 'Axelrod, Peter (USACAN) (Peter.Axelrod@usdoj.gov)'
**Cc:** Stuart L. Gasner; Katherine M. Lovett
**Subject:** RE: United States v. Liew: Joint Stipulation re Letter Briefs

John and Pete,

I don't think we ever heard back from you on our proposed stipulation regarding letter briefs addressing the schedule for Rule 16 expert disclosures.  Can you please let me know by the end of tomorrow if you consent to filing the attached?  It is the same document I sent you on April 22, except that we have now pushed out the proposed letter briefing schedule by one week.

Thanks,
Simona

---

**From:** Simona A. Agnolucci
**Sent:** Monday, April 22, 2013 3:13 PM
**To:** Hemann, John (USACAN) (John.Hemann@usdoj.gov); Axelrod, Peter (USACAN) (Peter.Axelrod@usdoj.gov)
**Cc:** Stuart L. Gasner; Katherine M. Lovett
**Subject:** United States v. Liew: Joint Stipulation re Letter Briefs

John and Pete,

Attached is a draft stipulation regarding the letter briefs we discussed submitting to Judge Cousins addressing the schedule for our Rule 16 expert disclosures.  Please let me know if you have any revisions.

Thanks,
Simona

---

**Simona A. Agnolucci**
Attorney at Law

# KEKER & VAN NEST LLP

415 676 2259 direct   |   vCard   |   sagnolucci@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com

# EXHIBIT C

**From:** Hemann, John (USACAN) [mailto█████████████]
**Sent:** Thursday, May 30, 2013 9:13 PM
**To:** Simona A. Agnolucci; Stuart L. Gasner; Doron Weinberg; Jerry Froelich
**Cc:** Axelrod, Peter (USACAN)
**Subject:** Rule 16 Letter

Counsel:

Attached is our Rule 16 disclosure letter and two Excel attachment, Attachments A and C.

Hard copies of the letter and enclosures will follow tomorrow – we had some computer issues today.  We will hand deliver to Keker and Doron, and Fed Ex to Jerry.

Thanks,

John


John H. Hemann
Assistant U.S. Attorney
450 Golden Gate Avenue
San Francisco, California 94102
████████████



*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*                    *(415)436-7200*
*450 Golden Gate Ave., Box 36055*               *FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

June 14, 2013

Simona Agnolucci
Stuart Gasner
Keker & Van Nest
633 Battery Street
San Francisco, California 94111

Doron Weinberg
523 Octavia Street
San Francisco, California 94102

Jerry Froelich
McKenney & Froelich
1349 West Peachtree Street
Two Midtown Plaza, Suite 1250
Atlanta, Georgia 30309

      Re:   *United States v. Walter Liew, et al.,* Case No. CR-11-0573-JSW

Counsel:

This letter constitutes our identification of items the government intends to use in its case-in-chief at trial, pursuant to Fed. R. Crim. P. 16(a)(1)(E)(ii) and the Court's order. The items we are identifying are those that are currently "within the government's possession, custody, or control," as provided by Rule 16(a)(1)(E). Our investigation and trial preparation are continuing and we expect that we will obtain additional items, including in connection with expert reports, which we will provide to you.

This production assumes that the government will be required to prove every element of every offense alleged in the Second Superseding Indictment, and that each element will be contested by one or more defendants. As such, it includes "literally" each and every item we have identified that we believe tends to prove the offenses charged (including knowledge and intent) and is likely substantially more evidence than actually will be introduced, given the way issues are narrowed and agreements reached in the weeks leading up to the actual trial.

*United States v. Liew, et al.*
May 30, 2013
Page 2

Because the documents exist in different places within our record-keeping system and/or were located in multiple locations or different searches, there are many duplicates among the documents we are identifying. The documents identified herein are narrowed from a total of over 55 million electronic and paper copy documents we have produced in discovery.

We are identifying the following items that we intend to use in our case-in-chief at trial:

1. On April 17, 2013, we provided you with a set of "key documents." On May 16, 2013, we produced a set of tax records and documents. We intend to use each of the documents provided in these two productions in our case-in-chief at trial.

2. Each of the trade secret documents specifically identified as Trade Secrets 2-5 in the Second Superseding Indictment will be used in our case-in-chief.

3. Enclosed are documents recently obtained from DuPont that we intend to introduce in our case-in-chief at trial. The documents bear Bates numbers DUP1888-2116.

4. We intend to offer at trial the complaint and answer filed in the civil case filed by DuPont against Mr. Liew and USAPTI. We also intend to offer the plea agreement between the United States and Tze Chao. These documents are available on PACER.

5. We intend to offer the following documents, copies of which are enclosed with this letter, including: the August 7, 2010, anonymous letter to DuPont; the December 14, 2011, Christmas card from the Liews to Timothy Spitler; the January 30, 1999, fax from Bob Maegerle to Walter Liew; and the May 24, 1996, letter from Bob Maegerle to Dennis Dakin.

6. We intend to offer in our case-in-chief the documents attached to the Declaration of Andrew Szamosszegi, Dkt. 124 (April19, 2012).

7. Attachments A, B, C, and D identify documents and groups of documents we intend to introduce in our case-in-chief. Some of these documents will be introduced in summary form pursuant to Fed. R. Evid. 1006.

   a. Attachment A is an Excel spreadsheet containing a list of items we intend to use in our case-in-chief. Most of the documents are identified by file path, so you can locate them on your computer system. Physical items are identified by name and you may examine them at the FBI at your convenience. Attachment A will be produced to you in electronic and paper form.

   b. Attachment B is a DVD containing approximately 1,704 pdf files of documents that we intend to use in our case-in-chief. These documents are from various electronic sources.

*United States v. Liew, et al.*
May 30, 2013
Page 3

    c. Attachment C is an Excel spreadsheet identifying the financial institution accounts that we will be introducing at trial. The documents included in these accounts will be introduced either individually or in summary form in our case-in-chief. We anticipate that, absent likely stipulations, full accounts will need to be summarized and introduced into evidence.

        i. In addition, the documents enclosed with this production in the folder "Financial Records," will be introduced in our case-in-chief. These documents include summaries of some of the financial evidence we anticipate we will offer at trial, albeit in different form. These summaries are offered to further identify certain of the documents on which we will rely. These documents have all been produced and also may be located in the electronic financial records or at the file-paths indicated on the documents.

    d. Attachment D is a DVD identifying 1,708 electronic documents that we intend to use in our case-in-chief.

8. Attachment E is a DVD that contains 3,705 pdf files that contain documents we intend to offer in our case in chief at trial, many in summary form (for example, collections of business cards located in the search of the Liews' residence). These pdf files consist of *groups* of documents that were scanned from the hard-copy documents seized in the various searches by the FBI; the locations from which the documents were seized are identified. The specific documents from within these groups that we intend to use at trial are tagged in the hard-copy boxes stored in the FBI office in Palo Alto and are available now for your review. This is original evidence, including large print-outs and binders. This method of identification is necessitated by the way in which the documents have been maintained; we will be further isolating the individual documents over the next several weeks for the purposes of trial display, and will provide the product to you when it is completed.

9. Enclosed at Attachment H is a DVD containing 102 documents recovered from the search of the email ████████████████████ A disc containing the entire email account and a copy of the search warrant and search warrant application will be produced separately.

10. Attachment F is a DVD listing 3,077 Chinese language documents, the translations of which are pending. We expect to further limit these documents and will provide you with an updated list.

11. Attachment G is a DVD listing 259,617 documents including .dwg files from the computers of Robert Maegerle and Hou Shendong, and electronic documents that we have identified through key word searches. We expect that some of these documents will

be the subject of expert testimony and will be included in summary exhibits. We expect to further limit these documents and will provide you with an updated list.

12. We are in the process of preparing English translations of Chinese documents for use at trial.

    a. Enclosed with this letter is a DVD labeled Attachment I which contains 126 FBI translations of documents we intend to use at trial. We are producing those translations in our possession that are FBI "verbatim translations," in other words translations that are substantially complete and that we believe would be admissible at trial. We intend to further review these and assume that they will be modified somewhat before trial.

    b. We do not have verbatim translations of all of the Chinese language documents that are identified herein. As additional verbatim translations are completed, we will produce them to you on a rolling basis. We are not at this time producing summary translations because those are not documents we intend to offer at trial.

We suggest a call to discuss this in more detail. Please let us know when next week you will be available.

            Very truly yours,

            MELINDA HAAG
            United States Attorney

            /s/

            _____

            JOHN H. HEMANN
            PETER B. AXELROD
            Assistant United States Attorneys

# Attachment C with redactions

Attachment C
Rule 16(a)(1)(E)(ii) Designation

| Item | Account Name | Financial Institution | Account Type | Account Number |
|---|---|---|---|---|
| | Christina H Liew | Bank of America | Prima Interest Checking | Account Number |
| | | | Balance Rewards MM | Account Number |
| | | | Investment CD | Account Number |
| | | | 4 Mo. Featured CD | Account Number |
| 1 | | | MyAccess Checking | Account Number |
| | Walter Lianheen Liew | Bank of America | MyAccess Checking | Account Number |
| | Christina H Liew | | Regular Savings | Account Number |
| 2 | | | | |
| 3 | Performance Group USA Inc | Bank of America | Business Checking | Account Number |
| 4 | Performance Group USA Inc | Bank of America | Business Interest Maximizer | Account Number |
| 5 | Walter Liew | Bank of America | | Account Number |
| 6 | Various | Bank of China | Wire Transfers | |
| 7 | Qiao Hong | Bank of China | | Account Number |
| 8 | Christina Hong Qiao Liew | Bank of China | | Account Number |
| 9 | Christina Hong Qiao Liew | Bank of China | | Account Number |
| 10 | | Bank of China | | Account Number |
| 11 | Qiao Hong | Bank of China | | Account Number |
| 12 | Qiao Hong | Bank of China | | Account Number |
| 13 | Walter Lianheen Liew | Bank of East Asia | Super YLD Savings | Account Number |
| 14 | | Bank of East Asia | NOW Checking | Account Number |
| 15 | Christina Hong Qiao Liew | Bank of East Asia | NOW Checking | Account Number |
| 16 | Performance Group (USA), Inc. | California Pacific Bank | Checking | Account Number |
| 17 | | California Pacific Bank | Demand Deposit/Checking | Account Number |
| 18 | | California Pacific Bank | Investor Checking/NOW Checking | Account Number |
| 19 | USA Performance Technology Inc | California Pacific Bank | Demand Deposit/Checking | Account Number |
| 20 | Performance Group (USA) Inc | Cathay Bank | Basic Business Checking | Account Number |
| 21 | Performance Group (USA) Inc | Cathay Bank | Smart Business Account Checking | Account Number |
| 22 | Performance Group (USA), Inc. | Cathay Bank | Certificate of Deposit | Account Number |
| 23 | Christina H Liew | Citibank | Interest Checking Money Market Plus Checking | Account Number |
| | Christina H Liew | Citibank | 3 Month CD | Account Number |
| 24 | | | 6 Month CD | Account Number |

Attachment C
Rule 16(a)(1)(E)(ii)

| # | Name | Bank | Designation | Account Number |
|---|------|------|-------------|----------------|
| 25 | Christina H Liew | Citibank | High Interest Checking | Account Number: |
|  | Walter Lianheen Liew | Citibank |  | Account Number: |
| 26 | Christina Hong Qiao Liew | Citibank | Saving Account | Account Number: |
| 27 | USA Performance Technology, Inc | Citibank | Checking | Account Number: |
| 28 | USA Performance Technology, Inc | Chinese Banking Corporation Limited |  | Account Number: |
|  | ESI Equipment and Engineering Pte Ltd |  |  |  |
| 29 |  | Comerica | Business Money Market | Account Number: |
| 30 | Walter Lianheen Liew [Trustee] | [redacted] |  | Account Number: |
| 31 | Huadong Equipment Solutions Pte Ltd | DBS Bank Ltd, Singapore |  | Account Number: |
| 32 | Huadong Equipment Solutions Pte Ltd | DBS Bank Ltd, Singapore |  | Account Number: |
| 33 | [redacted] | East West Bank | Contributory IRA | Account Number: |
| 34 | [redacted] | East West Bank | Contributory IRA | Account Number: |
| 35 | [redacted] | East West Bank | Certificate Of Deposit | Account Number: |
| 36 | [redacted] | East West Bank | Certificate Of Deposit | Account Number: |
| 37 | [redacted] | East West Bank | Certificate Of Deposit | Account Number: |
| 38 | Christina H Liew | East West Bank | Checking | Account Number: |
| 39 | Christina H Liew | East West Bank | Certificate Of Deposit | Account Number: |
| 40 | Christina H Liew | East West Bank | Money Market Checking | Account Number: |
| 41 | Christina H Liew | East West Bank | Money Market Checking | Account Number: |
| 42 | USA Performance Technology Inc. | East West Bank | Non-Personal Bonus MM Checking | Account Number: |
| 43 | USA Performance Technology Inc. | East West Bank | Standard Business Checking | Account Number: |
| 44 | [redacted] | East West Bank | Value Checking | Account Number: |
| 45 |  | HBSC | Premier account | Account Number: |
| 46 | Walter Lian-Heen Liew | HSBC | Premier account | Account Number: [redacted] |
| 47 | Huadong Equipment Solutions Pte. Ltd. | HSBC |  | Account Number: |
|  | Performance Group (USA) Inc |  |  |  |
| 48 | USA Performance Technology Inc. | Mega International Commercial Bank |  | N/A |
| 49 | [redacted] | TD Waterhouse | Stocks | Account Number: |
| 50 |  | TD Waterhouse | Money Market Fund; Stocks | Account Number: |

## Attachment C
### Rule 16(a)(1)(E)(ii) Designation

| | | | |
|---|---|---|---|
| 51 Christina H Q Liew | | | [redacted] |
| 52 Christina H Q Liew | US Bank | Checking | Account Number: |
| 53 Christina Hong Qiao Liew | US Bank | Elite Money Market | Account Number: |
| 54 Christina Hong Qiao Liew | Wells Fargo | Certificate of Deposit | Account Number: |
| 55 Christina Hong Qiao Liew | Wells Fargo | Credit Card | Account Number: |
| 56 Christina Hong Qiao Liew | Wells Fargo | Custom Checking | Account Number: |
| 57 Christina Hong Qiao Liew | Wells Fargo | Savings | Account Number: |
| 58 Christina Hong Qiao Liew | Wells Fargo | | Account Number: |
| 59 A Minor By Christina Hong Qiao Liew | Wells Fargo | Savings | Account Number: |
| | Wells Fargo | Savings | Account Number: |

# Excerpts of Attachment D

| Evidence Group | SVRCFL Evidence # | Item Code | Description | From Search Location |
|---|---|---|---|---|
| P | SVE034297 | Hard Drive | Seagate hard drive L1CC1 Server | Oakland Site |
| U | SVE034298 | Hard Drive | Seagate hard drive L1IC1H1 | Oakland Site |
| U | SVE034299 | Hard Drive | Seagate hard drive L1IC1H2 | Oakland Site |
| V | SVE034301 | Hard Drive | Hitachi hard drive L1IC3H1 | Oakland Site |
| N | SVE034302 | Hard Drive | Seagate hard drive L1IC4H1 | Oakland Site |
| N | SVE034303 | Hard Drive | Seagate hard drive L1IC4H2 | Oakland Site |
| X | SVE034305 | Hard Drive | Seagate hard drive L1KH1 (loose drive) | Oakland Site |
| R | SVE034306 | Hard Drive | Seagate hard drive L1KC1H1 | Oakland Site |
| P | SVE034309 | Hard Drive | Maxtor hard drive L1LC2H2 | Oakland Site |
| W | SVE034311 | Hard Drive | Seagate hard drive L1LC1H1 | Oakland Site |
| T | SVE034312 | Hard Drive | Seagate hard drive L1IC2 | Oakland Site |
| Q | SVE034313 | Hard Drive | Seagate hard drive L1LC3H1 | Oakland Site |
| S | SVE034314 | Hard Drive | Seagate hard drive L1MC1H1 | Oakland Site |
| P | SVE034315 | Hard Drive | Seagate hard drive L1QC1H1 | Oakland Site |
| O | SVE034317 | Hard Drive | Western Digital hard drive L1SC2H1 | Oakland Site |
| R | SVE034319 | Hard Drive | Western Digital hard drive L1SC1H2 | Oakland Site |
| R | SVE034320 | Hard Drive | Western Digital hard drive L1SC1H1 | Oakland Site |
| P | SVE034322 | Hard Drive | Western Digital hard drive L1BC1H1 | Oakland Site |
| D | SVE034329 | Hard Drive | WD Caviar 26400 | Orinda: 2 Crown Ct |
| M | SVE034330 | Hard Drive | WD External HDD (Attached to Server) | Oakland Site |
| G | SVE034332 | Hard Drive | WD HDD from SVE034294 | Safety Deposit Box |
| H | SVE034353 | Removable | SanDisk 8GB | Safety Deposit Box |
| H | SVE034354 | Removable | SanDisk 4GB | Safety Deposit Box |
| H | SVE034355 | Removable | AIGO | Safety Deposit Box |
| H | SVE034356 | Removable | Sony 256MB Flash Drive | Safety Deposit Box |
| H | SVE034357 | Removable | SanDisk Magic Gate | Safety Deposit Box |
| H | SVE034358 | Removable | SanDisk Magic Gate | Safety Deposit Box |
| H | SVE034359 | Removable | SanDisk Magic Gate | Safety Deposit Box |
| H | SVE034360 | Removable | SanDisk Cruzer 4GB | Safety Deposit Box |
| H | SVE034361 | Removable | SanDisk Cruzer 4GB | Safety Deposit Box |
| H | SVE034363 | Removable | Kingston Data Traveler 4GB | Safety Deposit Box |
| H | SVE034364 | Removable | JetFlash 512MB | Safety Deposit Box |
| L | SVE034365 | Removable | Maxell 4GB | Orinda: 2 Crown Ct |
| L | SVE034366 | Removable | SanDisk 4GB | Orinda: 2 Crown Ct |
| L | SVE034367 | Removable | SanDisk Flash Drive | Orinda: 2 Crown Ct |
| L | SVE034368 | Removable | SanDisk Cruzer Edge 8GB | Orinda: 2 Crown Ct |
| L | SVE034369 | Removable | Sony USB drive - Gray | Orinda: 2 Crown Ct |
| L | SVE034370 | Removable | Memory Stick | Orinda: 2 Crown Ct |
| L | SVE034372 | Removable | Memory Stick - Sony 32 GB | Orinda: 2 Crown Ct |
| L | SVE034373 | Removable | Memory Stick - Sony 256 MB | Orinda: 2 Crown Ct |
| E | SVE034409 | Hard Drive | Hitachi HDD from SVE034325 | Orinda: 2 Crown Ct |
| C | SVE034491 | Hard Drive | Seagate HDD from SVE034326 | Orinda: 2 Crown Ct |
| AE | SVE035862 | Hard Drive | HP Pocket Media Drive | Robert Maegerle |
| AE | SVE035863 | Hard Drive | HP Drive  Bob-PC | Robert Maegerle |
| AE | SVE035864 | Hard Drive | Toshiba Laptop | Robert Maegerle |
| AE | SVE035865 | Hard Drive | Desktop | Robert Maegerle |
| AE | SVE035866 | USB Drive | Robert Maegerle | Robert Maegerle |

| Path | Item # |
|------|--------|
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/RX723-OxidationReactor-30k Rev B.pdf | 254014 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/sample detail.jpg | 254015 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/TECHNOLOGY PACKAGE/START UP AND SHUT DOWN PROCEDURES.doc | 254062 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc1.dwg | 733511 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc2.dwg | 733831 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc3.dwg | 733843 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc4.dwg | 733868 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc5.dwg | 733910 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc6.dwg | 733922 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/RECYCLER/S-1-5-21-3888190022-2544031056-968938642-1005/Dc7.dwg | 733932 |
| sve035863.E01/Partition 2/HP [NTFS]/[root]/System Recovery Files/2010-05-17 200948/C/Users/BOB/P&ID's/Comments From/BI Meetng Memorandum 2009.12.doc | 910936 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0001.jpg | 4120012 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0002.jpg | 4120013 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0003.jpg | 4120014 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0004.jpg | 4120015 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0005.jpg | 4120016 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0007.jpg | 4120017 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0008.jpg | 4120018 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0009.jpg | 4120019 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/120 MT_0010.jpg | 4120020 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30 MT_0004.jpg | 4120021 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30 MT_0005.jpg | 4120022 |

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0007.jpg                                                                    4120023
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0010.jpg                                                                    4120024
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0011.jpg                                                                    4120025
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0012.jpg                                                                    4120026
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0013.jpg                                                                    4120027
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0014.jpg                                                                    4120028
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0015.jpg                                                                    4120029
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0016.jpg                                                                    4120030
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0017.jpg                                                                    4120031
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0018.jpg                                                                    4120032
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0019.jpg                                                                    4120033
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0020.jpg                                                                    4120034
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0021.jpg                                                                    4120035
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0022.jpg                                                                    4120036
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0023.jpg                                                                    4120037
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0025.jpg                                                                    4120038
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0026.jpg                                                                    4120039
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0027.jpg                                                                    4120040
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0028.jpg                                                                    4120041
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0029.jpg                                                                    4120042
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0030.jpg                                                                    4120043
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0031.jpg                                                                    4120044
sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0032.jpg                                                                    4120045

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0033.jpg                                                                                    4120046

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0036.jpg                                                                                    4120047

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0037.jpg                                                                                    4120048

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0038.jpg                                                                                    4120049

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0039.jpg                                                                                    4120050

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/30
MT_0040.jpg                                                                                    4120051

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0001.jpg                                                                                    4120052

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0002.jpg                                                                                    4120053

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0003.jpg                                                                                    4120054

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0004.jpg                                                                                    4120055

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0005.jpg                                                                                    4120056

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0006.jpg                                                                                    4120057

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0007.jpg                                                                                    4120058

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0008.jpg                                                                                    4120059

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0009.jpg                                                                                    4120060

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0010.jpg                                                                                    4120061

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0011.jpg                                                                                    4120062

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0012.jpg                                                                                    4120063

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0013.jpg                                                                                    4120064

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0014.jpg                                                                                    4120065

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0015.jpg                                                                                    4120066

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0016.jpg                                                                                    4120067

sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85
MT_0017.jpg                                                                                    4120068

| | |
|---|---|
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85 MT_0018.jpg | 4120069 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85 MT_0019.jpg | 4120070 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85 MT_0020.jpg | 4120071 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/PLANT PICS/85 MT_0021.jpg | 4120072 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/100K Chlorinator Drawing List Index.pdf | 765612 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/100K CHLORINATOR MANIFOLD ES-004-R300-2-01 to 06.pdf | 765613 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/100K Chlorinator Structural Drawings ES-004-R300-4-01 to 09.pdf | 765614 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/100k Rev Framing.pdf | 765615 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/ES-004-R3000-1-01 to 06 Details.pdf | 768553 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Users/BOB/AppData/Local/Temp/OX100K_Main_ASM_REV03.pdf | 768959 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0001.jpg | 4089047 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0002.jpg | 4089048 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0003.jpg | 4089049 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0004.jpg | 4089050 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0005.jpg | 4089051 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0007.jpg | 4089052 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0008.jpg | 4089053 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0009.jpg | 4089054 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/120 MT_0010.jpg | 4089055 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0004.jpg | 4089056 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0005.jpg | 4089057 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0007.jpg | 4089058 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0010.jpg | 4089059 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0011.jpg | 4089060 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0012.jpg | 4089061 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0013.jpg | 4089062 |

| | |
|---|---|
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0014.jpg | 4089063 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0015.jpg | 4089064 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0016.jpg | 4089065 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0017.jpg | 4089066 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0018.jpg | 4089067 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0019.jpg | 4089068 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0020.jpg | 4089069 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0021.jpg | 4089070 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0022.jpg | 4089071 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0023.jpg | 4089072 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0025.jpg | 4089073 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0026.jpg | 4089074 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0027.jpg | 4089075 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0028.jpg | 4089076 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0029.jpg | 4089077 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0030.jpg | 4089078 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0031.jpg | 4089079 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0032.jpg | 4089080 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0033.jpg | 4089081 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0036.jpg | 4089082 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0037.jpg | 4089083 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0038.jpg | 4089084 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0039.jpg | 4089085 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/30 MT_0040.jpg | 4089086 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0001.jpg | 4089087 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0002.jpg | 4089088 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0003.jpg | 4089089 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0004.jpg | 4089090 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0005.jpg | 4089091 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0006.jpg | 4089092 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0007.jpg | 4089093 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0008.jpg | 4089094 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0009.jpg | 4089095 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0010.jpg | 4089096 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0011.jpg | 4089097 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0012.jpg | 4089098 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0013.jpg | 4089099 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/FLOWSHEETS FROM WALTER/OxidationPFD.jpg | 4120275 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/FLOWSHEETS FROM WALTER/ChlorinationPFD.jpg | 4120276 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/FLOWSHEETS FROM WALTER/OxidationPFD.PDF | 4120278 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/FLOWSHEETS FROM WALTER/ChlorinationPFD.PDF | 4120281 |

| | |
|---|---|
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/BOB-PC/Backup Set 2011-07-17 202448/Backup Files 2011-07-17 202448/Backup files 2.zip/C\Users\BOB\Downloads\100K Chlorinator H55-0252(20101028).pdf | 2096678 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/BOB-PC/Backup Set 2011-07-17 202448/Backup Files 2011-07-17 202448/Backup files 2.zip/C\Users\BOB\Downloads\Flow Rates Chlorination with Sampled Values.pdf | 2096728 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/BOB-PC/Backup Set 2011-07-17 202448/Backup Files 2011-07-17 202448/Backup files 2.zip/C\Users\BOB\Downloads\OxidationReactor_R5500.pdf | 2096763 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/Pangang/2008_09_09/100T Gen.jpg | 4092724 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/Pangang/2008_09_09/100T Rx.jpg | 4092725 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/Pangang/2008_09_07/Plot Pl Sh 1.jpg | 4092728 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/Pangang/2008_09_07/Plot Pl Sh 2.jpg | 4092729 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0014.jpg | 4089100 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0015.jpg | 4089101 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0016.jpg | 4089102 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0017.jpg | 4089103 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0018.jpg | 4089104 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0019.jpg | 4089105 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0020.jpg | 4089106 |
| sve039311_e01_image.E01/Partition 1/Cruzer [FAT32]/[root]/PLANT PICS/85 MT_0021.jpg | 4089107 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_20/IMG.JPG | 4090803 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_20/PDI3.JPG | 4090804 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_17/Cond Head.jpg | 4090807 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_17/Factors.jpg | 4090808 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_08/Cl2-sh1.jpg | 4090811 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_10_08/Cl2-sh2.jpg | 4090812 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_06/conv arrgt.jpg | 4090821 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_04/Elev.jpg | 4090824 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_04/Grd Plan.jpg | 4090825 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_04/Pond.jpg | 4090826 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_04/Upper Flr.jpg | 4090828 |

| | |
|---|---|
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_02/Rx Elev sh 1.jpg | 4090830 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_02/Rx plan sh 1.jpg | 4090831 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_02/Rx-P Elev sh 2.jpg | 4090832 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_09_02/Rx-P plan sh2.jpg | 4090833 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_29/pipe spec 1.jpg | 4090838 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_29/pipe spec 2.jpg | 4090839 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_29/pipe spec 3.jpg | 4090840 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_29/Scrubbers.jpg | 4090841 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_24/Flash Tk.jpg | 4090844 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_24/P Col.jpg | 4090845 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_21/Cond Tks.jpg | 4090848 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_21/Crude Tks.jpg | 4090849 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_20/No2 CC.jpg | 4090852 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_19/No 1 CC.jpg | 4090855 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_18/SR Tank.jpg | 4090858 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_17/NR Cyclone.jpg | 4090861 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_16/SR Cond.jpg | 4090864 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_14/pond 1.jpg | 4090867 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_14/pond 2.jpg | 4090868 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_10/vent systems.jpg | 4090872 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_08_06/Fume Disposal.jpg | 4090874 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_19/Reactor O2 Nozzle 1.jpg | 4090877 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_19/Reactor O2 Nozzle 2.jpg | 4090878 |

| | |
|---|---|
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_17/Rx Slot.jpg | 4090881 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_13/layout sh1.jpg | 4090884 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_13/layout sh2.jpg | 4090885 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_13/layout sh3.jpg | 4090886 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_04/CD Chlor.sh1.jpg | 4090889 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_04/CD chlor.sh2.jpg | 4090890 |
| sve039310_e01_image.E01/Partition 1/NONAME [FAT32]/[root]/My Pictures/MP Navigator/2009_07_04/CD chlor.sh3.jpg | 4090891 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Backup Files/1/1/V0/C/Users/BOB/P&ID's/100K TiO2 PFD Complete Set 112009.pdf | 104843 |
| sve035862.E01/Partition 5/HP Pocket Media Drive [NTFS]/[root]/Backup Files/1/1/V0/C/Users/BOB/PFD's/100K TiO2 PFD Complete Set 112009.pdf | 104849 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/Info for Kick-off Meeting of Jinzhou Project/Chloride_TiO2_Process.doc | 248376 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/Info for Kick-off Meeting of Jinzhou Project/TECHNOLOGY PACKAGE/Chloride TiO2 Process.doc | 248387 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/Kick-off Meeting Jinzhou 2008-01/FATY ACID SPECIFICATIONS.doc | 248400 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/Kick-off Meeting Jinzhou 2008-01/General spec from Bob.pdf | 248401 |
| sve035864.E01/Partition 1/SQ003680 [NTFS]/[root]/Documents and Settings/Robert Maegerle/My Documents/OxidationReactor_R5500_INSULATOR RFQ.pdf | 248963 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Level Tank/level tk sh 3.jpg | 4086133 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Purif Col/manifold.jpg | 4086138 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Purif Col/manifold2.jpg | 4086139 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Purif Col/manifold3.jpg | 4086140 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Manifold/manifold xs.jpg | 4086147 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Manifold/spiral.jpg | 4086148 |
| sve039312_e01_image.E01/Partition 1/NONAME [FAT16]/[root]/Manway/manway.jpg | 4086151 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/Oxid. Data/2008_02_16/Calcs-sh1.jpg | 4120334 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/Oxid. Data/2008_02_16/Calcs-sh2.jpg | 4120335 |
| sve039308_e01_image.E01/Partition 1/TravelDrive [FAT16]/[root]/Oxid. Data/2008_02_16/Calcs-sh3.jpg | 4120336 |
| sve039307_e01_image.E01/Partition 1/KODAK [FAT16]/[root]/DCIM/100CASIO/CIMG0916.JPG | 4128010 |

# Excerpts of Attachment G

| Path | Item # |
|------|--------|
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/ç¡«é…æ³•ä¸„âˆ©/4183768/United States Patent | 11515 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/GB553135ç……çƒ§æ'˜è¦.htm | 11534 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/Seed for production of rutile titanium | 11568 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/æ»'ç›,åŒ…è†œç"Ÿä¤§§è€å€™æ€§é‡'ç°ºç½Ÿé'ç™½.htm | 11575 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/æ»'ç›,åŒ…è†œç"Ÿä¤§§è€å€™æ€§é‡'ç°ºç½Ÿé'ç½æ'˜è¦.htm | 11576 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/æ°'ç²‰åžŠâ¶é€ æµ¿tæ—™.htm | 11579 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/æ°'ç²‰åžŠâ¶é€ æµ¿tæ—™æ-£æ-‡.htm | 11580 |
| sve034263 encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/é‡è¦æ—‡ä»¶/Dç¯/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/æ¸é'ç™½å·¥ä½œè®°å½•/æ—‡Œ®èµ„æ—™/æ¬§æ'²ä¸„âˆ©/é€ çº,ç"¨é'ç™½æµ¿tæ—™æ-£æ-‡.htm | 11582 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT | 12202 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT 05USSCY32PGJZ185 2006-Unlocked/Raw Materials and Utilities Requirements/Raw Material and Utilities Unit Requirements June 2006.doc | 12204 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT | 12217 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT | 12238 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT | 12240 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT | 12270 |
| sve034264 Encrypted.E01/Partition 1/Security | |
| [FAT32]/[root]/æ°'åŒ—æ³•é'ç™½æšŠ€æœ¬è™„æ—™ç¬¬ä¸'‰æ‰âºæœ¬'æ³'å'Œé—''æ—'è¡²è€â®³è®®è®'®è€â®³è¾®é/BASIC ENGINEERING ISSUED FOR CONTRACT 05USSCY32PGJZ185 2006-Unlocked/Equipment Specificationsè€¾å¤‡åŸºæœ¬è®¾è®¡è€â®³è¾®é/Master_Equipment_TiCl4 with newpowerloads | 12292 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•câ½2 [FAT16]/[root]/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/records/other/News of TZMI/News of TZMI 10.11.doc | 9039 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•câ½2 [FAT16]/[root]/ä¾˜ç››ä¸œç§˜æ—‡ä»¶/records/other/News of TZMI/News of TZMI 10.18.doc | 9040 |

| | |
|---|---|
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.htm | 9041 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/Welcome to TZMI News for the week commencing November 15.doc | 9042 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/Welcome to TZMI2.files/ldapapp.htm | 9043 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.files/ldapapp.htm | 9045 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.files/ldmsapp.htm | 9046 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.files/newtop.htm | 9047 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.files/ldmsapp.files/ldmsapp(1).htm | 9051 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/other/News of TZMI/NEWS OF TZMI2.files/ldmsapp.files/ldmsapp.htm | 9052 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/chloride/chloride/6ä‚‡å¨æ°¨å’æ³•é’ç™½é¡¹ç›®ä›ç›.doc | 9097 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/chloride/chloride/Ticl4çš‚ æ°§åŒ−.doc | 9099 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/records/backup/1/å«Nb(é˜ï¼‰äºŒæ°§åŒ−é›çš‚ç»™æ™™ç‰©æ€§åŒé¢ç¤œçœæ—™ç‰¹æ€§çš‚ç›‚å…³³æ€§.htm | 9208 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/é'ç™½æ—‡çŒ−‡çŒ®èµ„æ—™/é'ç™½å‚‚å¤œ°ç˜ç©¶¶š¥åˆŠ.pdf | 10323 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/é'ç™½æ—‡çŒ−‡çŒ®èµ„æ—™/ç°³ç³³æ—‡çŒ−é'ï¼ç™³çš‚ç³ä¹ï¼ˆç³³ç±³³äºŒæ°§åŒ−é'ï¼‰‰.doc | 10442 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æ°§åŒ−æŠ€æœ−/æŽ¶é'¨â−¹æ°ç›‚å^æ˜TiO2è¶…...ç»»†ç²²å−½ç¢æ€çš‚å½±±å°.pdf | 15256 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æ°§åŒ−æŠ€æœ−/æ°″æ°¼è¶¶å‚å¹â™'¨−å^æ˜TiO2è¶…...ç»»†é¼−ç²'.pdf | 15260 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æ°§åŒ−æŠ€æœ−/æ°″ç›‚æ°§åŒ−æ³•å^¶¦å¤‡è¥ä»¶...ç»»†TiO2ç²'å−çš‚ç›‚ç©©è¿¿å±•·.pdf | 15261 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æ°§åŒ−æŠ€æœ−/ç‴‴‴TiCl4å²¶å±•¥¨æ³³ç±³TiO2ç²š‚ç›‚ç»»†çš‚å±µ.pdf | 15278 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æœ¶é†è¦å…µµæ—™/ç°³äºŸåŒ″è¨−é†ä€æŠ€æœ−é‴³ï¼ˆåˆ³å±−åˆå¾−åˆŠ,å‡™¶æ−¨é¾ï¼1.doc | 15291 |
| sve034263 encrypted.E01/Partition 1/Security [FAT32]/[root]/é†è¦æ—‡ä»¶/Dç›˜/ä¾¯ç›‹ä¸œçš‚æ—‡ä»¶/æœ¶é†è¦å…µµæ—™/ç‴‴Žå½›çš‚,é'å·¥å³‚šçŒ²ç²š¶.doc | 15297 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(äºŒ). ç‴‴µæ°‴ã€ä»ª‡è¦‴å'Œæ‵ºäº‡æŽ§§ Electrical Instruments and Control/é©−è¾¾¾,…å• Motor List/Preliminary Motor List.pdf | 17901 |
| sve034263 Unencrypted Portion.E01/Partition 1/â•Îµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(äºŒ). ç‴‴µæ°‴ã€ä»ª‡è¦‴å'Œæ‵ºäº‡æŽ§§ Electrical Instruments and Control/è´Ÿè·è·è¯•¡ç®− Electrical Loads/è´Ÿè·è·è¯•¡ç®−.pdf | 17903 |

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä°Œ). ç"µæ°"ã€ä»ªè¡¨å'Œè‡ªæŽ§ Electrical Instruments and Control/æŽ§å^¶ç³»ç»Ÿé…ç½®å›¾ Control System Overview/CS-000-005 Layout1 (1).pdf    17905

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä°Œ). ç"µæ°"ã€ä»ªè¡¨å'Œè‡ªæŽ§ Electrical Instruments and Control/æŽ§å^¶ç³»ç»Ÿé…ç½®å›¾ Control System Overview/CS-000-010 Layout1 (1).pdf    17906

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä°Œ). ç"µæ°"ã€ä»ªè¡¨å'Œè‡ªæŽ§ Electrical Instruments and Control/æŽ§å^¶ç³»ç»Ÿé…ç½®å›¾ Control System Overview/CS-000-011 Layout1 (1).pdf    17907

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä°Œ). ç"µæ°"ã€ä»ªè¡¨å'Œè‡ªæŽ§ Electrical Instruments and Control/æŽ§å^¶ç³»ç»ŸåšŸé½¿è´¨˜ æ˜Ž Control System Architecture/100K Control System Architecture.pdf    17909

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä°Œ). ç"µæ°"ã€ä»ªè¡¨å'Œè‡ªæŽ§ Electrical Instruments and Control/IOç¸¹æ•°é‡ IO Counts/100K_IO_counts.pdf    17911

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‰). å…¶ä»– OTHERS/ç¼–ç ç³»ç»Ÿè˜˜ æ˜Ž Tagging and Numbering System/TAGGING AND NUMBERING SYSTEM.pdf    17914

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‰). å…¶ä»– OTHERS/ç®¡é"ç»¼å^æææ—™è¡¨ Piping Materials Summary/Piping Material Summary.pdf    17916

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‰). å…¶ä»– OTHERS/å›¾ä¾‹ LEGENDS/USAPTI Legend Sheet LS-001 to LS-007.pdf    17918

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/9. å®‰å…¨å«ç"Ÿåšèš,èƒ½æŽ²æ–½ Safety and Hygiene/Safety Guidelines.pdf    17921

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/8. æ±¡æŸ"æ°ç¸¹åšæ±¡æŸ"ä»è¨˜ç»,æˆ¿ç‰©é‡/ISBL Waste Summary.pdf    17923

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/8. æ±¡æŸ"æ°ç¸¹åšæ±¡æŸ"ä»è¨˜ç»,æˆ¿ç‰©é‡/å›ºæ¶²æ±½æµ¿æŽˆæ'¾.pdf    17924

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/7. åŽŸè¾…æ˜…æ˜šå…¬ç¸‹å·¥ç¢æ¶²è€—è¡¨ Raw Material and Utilities Summary/Raw Material and Utility Summary.pdf    17926

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/7. åŽŸè¾…æ˜…æ˜šå…¬ç¸‹å·¥ç¢æ¶²è€—è¡¨ Raw Material and Utilities Summary/Utilities Summary and Waste For Pangang.pdf    17927

sve034263 Unencrypted Portion.E01/Partition 1/â•Íµâ•©Ã³â•¢Â½2 [FAT16]/[root]/BI submitted to PIETC/(ä‚€). å·¥è‰‰º PROCESS/6. TiO2å¹³è¡¡å›¾ TiO2 Balance Drawing/TiO2 Balance Diagram Layout1 (1).pdf    17929

sve034264 Encrypted.E01/Partition 1/Security [FAT32]/[root]/è¿›å£è®¾å¤‡å±±è®¢å•å±±è®¢å‚µ,æ—™/é¡ç¿®éƒ¨è‚µ,æ—™å‡‡å›¼ä‚,Žæ³å¤¯Œé—˜æ¯å…¢,å†…å®²Ÿï¼ˆ2011.6.10ï¼‰æ³å¤¯Œé—˜æŠ¥ä¥»·100K equipment quotes/Quotes on TiCl4 Pumps from Hazleton/Quotes on TiCl4 Pumps by Hazleton.pdf    18411

sve034264 Encrypted.E01/Partition 1/Security [FAT32]/[root]/è¿›å£è®¾å¤‡å±±è®¢å•å±±è®¢å‚µ,æ—™/é¡ç¿®éƒ¨è‚µ,æ—™å‡‡å›¼ä‚,Žæ³å¤¯Œé—˜æ¯å…¢,å†…å®²Ÿï¼ˆ2011.6.9ç»"å^æ³å¤¯¡ä‚,è§ä¿æ°"ç‰°æšŒæ¶²æ˜™,ä»¶/FL Smidthæšå€šæ¶²æ˜™,ä»¶.doc    18465

sve034264 Encrypted.E01/Partition 1/Security [FAT32]/[root]/è¿›å£è®¾å¤‡å±±è®¢å•å±±è®¢å‚µ,æ—™/é¡ç¿®éƒ¨è‚µ,æ—™å‡‡å›¼ä‚,Žæ³å¤¯Œé—˜æ¯å…¢,å†…å®²Ÿï¼ˆ2011.6.9ç»"å^æ³å¤¯¡ä‚,è§ä¿æ°"ç‰°æšŒæ¶²æ˜™,ä»¶/æŽ"æ,£é¯€æšŒæ¶²æ˜™,ä»¶æ1.doc    18469

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.9å‡†å¤ ‡ç»™æ³ƒå¯Œé—¨æ–…â¬¬â¢²ŽŽ,å®¶æšŠ¥ä»·æœ—æ²/æŽ‡æ¸£é—€/Caldera/PanGang Tetrachloride Project___ Caldera Quotation_Technical 2011-04-28valvescom.pdf　　18495

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.9å‡†å¤ ‡ç»™æ³ƒå¯Œé—¨æ–…â¬¬â¢²Ž/Ticl4æ³µ/åšæ ¼æ¯â€Œâ€ŸTiCL4æ³µæŠ€æœ¯æ–…æ¡ˆ-20110413-1.pdf　　18502

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.8æ³ƒå¯ Œé—¨æ–…â¯è¯ä»·ä¹ç§…ä¿¡æ–™Inquiries in English - with__ markups - 6_03_2011/Inquiries in English - with markups/ï¼ˆâ·²â·ï¼‰Inquiry on Screw Pneumatic Pump - with markups AC 06_03_2011.doc　　18509

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.8æ³ƒå¯ Œé—¨æ–…â¯è¯ä»·ä¹ç§…ä¿æ–™Inquiries in English - with__ markups - 6_03_2011/Inquiries in English - with markups/ï¼ˆâ·²â·Žÿé€šï¼‰Inquiry on Al Pellet Weighing Volumetric Feeder - with markups AC 6_01_2011.doc　　18510

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.8æ³ƒå¯ Œé—¨æ–…â¯è¯ä»·ä¹ç§…ä¿æ–™"lInquiries in English - with__ markups - 6_03_2011/Inquiries in English - with markups/ï¼ˆâ·²â·Žÿé€šï¼‰Inquiry on High Temperature Slag Discharge Valve - with markups AC 6_01_2011.doc　　18512

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/2011.6.8æ³ƒå¯ Œé—¨æ–…â¯è¯ä»·ä¹ç§…ä¿æ–™"lInquiries in English - with__ markups - 6_03_2011/Inquiries in English - with markups/ï¼ˆâ·²â·Žÿé€šï¼‰Inquiry on Refractory Brick - with markups AC 6_01_2011.doc　　18515

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/0612èç›å£è®¾ å±¤æŠ€æœ¯é—™,ä»¶(äç¨"1ï¼‰/0612/FL SmidthæŠ€æœ¯é—™,ä»¶.doc　　18567

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/é¡¹ç›®éƒ¨èµ„æ–™å‡†å¤‡/2011å¹´5æœˆâ¢•éœ€èè¦ä¸Žæ³ƒå¯Œé—¨æ–…â¬¬â¢²Ÿé€šçŠ¡å†…å®¹/0612èç›å£è®¾ å±¤æŠ€æœ¯é—™,ä»¶(äç¨"1ï¼‰/0612/æŽ‡æ¸£é—€âˆæŠ€æœ¯é—™,ä»¶æ¸"1.doc　　18572

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/è¾……åŠ©èµ„æ–™/ä¸‰ç‰©åˆ—éˆæ‡è®®¾å±¤é‡‡†è´-å,è¢èµ„æ–™/å·²â·ˆèµ„æ–™2011.6.20/æ§åŒ-ç,‰/å,è¢f衰æ–‡/articleç»™æçŽé¢-/æ¸–âˆŒ¢—æ³•é·ç™½æ§åŒ-åå¥"å™¨æ"ä½"é°™æµ¦·å.pdf　　18798

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/è¾……åŠ©èµ„æ–™/ä¸‰ç‰©åˆ—éˆæ‡è®®¾å±¤é‡‡†è´-å,è¢èµ„æ–™/å·²â·ˆèµ„æ–™2011.6.20/æ§åŒ-ç,‰/å,è¢f衰æ–‡/articleç»™æçŽé¢-/é«¨æ¸©©æ"ç"ç,æ³•âˆåˆ˜æ¿§åŒ-âˆæŠ¥â¶¶ç±³æ³ç±TiO_2.pdf　　18802

sve034264 Encrypted.E01/Partition 1/Security
[FAT32]/[root]/èç›å£è®¾å±¤è®¢èç¨§å‡†å¤‡èµ„æ–™/è¾……åŠ©èµ„æ–™/ä¸‰ç‰©åˆ—éˆæ‡è®®¾å±¤é‡‡†è´-å,è¢èµ„æ–™/å·²â·ˆèµ„æ–™2011.6.20/æ§åŒ-åå¥"å™¨æ"ä½"é°™è¡å–âˆ—âˆ'æ-¥æ¯æ•·.pdf　　18808

# EXHIBIT D

**From:** Simona A. Agnolucci
**Sent:** Thursday, June 06, 2013 2:46 PM
**To:** 'Hemann, John (USACAN)'; Axelrod, Peter (USACAN)
**Cc:** Stuart L. Gasner; Katherine M. Lovett
**Subject:** RE: United States v. Liew--identification of case-in-chief documents

John,

Thanks.  Let's plan to sit down together on the 17th.  Let me know a couple of times that day
that would work for us to come by your office.

Simona

_____

**From:** Hemann, John (USACAN) [mailto:John.Hemann@usdoj.gov]
**Sent:** Thursday, June 06, 2013 1:28 AM
**To:** Simona A. Agnolucci; Axelrod, Peter (USACAN)
**Cc:** Stuart L. Gasner; Katherine M. Lovett
**Subject:** Re: United States v. Liew--identification of case-in-chief documents

Simona -

Thanks for your email. I think we should talk through these issues live.

I'm out from tomorrow through June 12 and tied up on the 13th and 14th. Pete is preparing for a
trial that starts in a couple of weeks.

Could we schedule a time to talk about these issues on June 17?

John

_____

**From:** Simona A. Agnolucci [mailto:SAgnolucci@kvn.com]
**Sent:** Wednesday, June 05, 2013 04:53 PM Eastern Standard Time
**To:** Hemann, John (USACAN); Axelrod, Peter (USACAN)
**Cc:** Stuart L. Gasner <SGasner@KVN.com>; Katherine M. Lovett <KLovett@kvn.com>
**Subject:** United States v. Liew--identification of case-in-chief documents

John and Pete,

Thanks for your letter regarding the identification of case-in-chief documents.  While we
appreciate your attempt to narrow the universe of 55 million documents to a more discrete
subset, the letter and accompanying production do very little to move the ball forward.

The letter refers to nine different "attachments," many of which are lists of files that don't
provide us with sufficient information to locate the underlying files themselves.  By way of

example only:

- Many of the entries on Attachment A do not have corresponding SVE evidence numbers, so there is no way for us to know what documents you are identifying.
- Attachment C is a list of bank accounts that does not tell us which actual documents you are identifying.
- Attachment G (which itself identifies a quarter million documents) consists of lists of files that include some (but not all) file path names and several unfamiliar image names.
- The same is true of Attachment D.  (Moreover, one of the list of files in that attachment is "evidence listing key 06202012.xlsx," which is a bulk listing of all 47 drive images you produced early last summer *in their entirety*.)

Because most of the electronic evidence you produced was in EnCase form, we have not necessarily processed the data.  (As we have noted in court filings in this case, processing all of the data would be prohibitively expensive.)  Accordingly, it would require significant man-power for us to search for the many individual documents identified among the 55 million you produced, and in the cases where we are missing critical identifying information, it is impossible for us to find the underlying documents.

We presume that you have all of these documents in native format and that you have isolated them in the process of identifying them.  If we provided you with a hard drive, could you produce the collection onto a hard drive for us?  Otherwise, we will have to spend *a lot* of time engaging in a back and forth about how to find the various individual documents on the lists you have provided, and it likely will take months before we have a complete set of "case-in-chief" documents to review.

Also, I don't believe we received the hard copies identified in item 5 of your letter.  Can you please pdf those to me at your earliest convenience?

Thanks,
Simona

---

**Simona A. Agnolucci**
Attorney at Law

**KEKER & VAN NEST** LLP

415 676 2259 direct   |   vCard   |   sagnolucci@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com