UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CRIMINAL MOTION MINUTES

Date:              June 19, 2013

Case No:           CR 11-00573 JSW

Case name:    United States   v.   Walter Liew (Custody)
                                   Christina Liew (Mandarin)
                                   USA Performance Technology
                                   Robert Maegerle (presence waived)

Counsel for Plaintiff:    John Hemann

Counsel for Defendants: Simona Agnolucci, Jerome Froelich

Deputy Clerk:      Lili M. Harrell          FTR: 11:07am - 11:29am
                                            (Time: 22 min)

**PROCEEDINGS:**                                         **RULINGS:**

Discovery Hearing                                        Held

**ORDER:**

The Court held a hearing on the parties' joint discovery letter brief regarding the disclosure under Rule 16 of expert reports.  The Court imposes the following deadlines:
- by July 22, 2013, the government must disclose its expert reports to defendants;
- by September 13, 2013, defendants must disclose their expert reports to the government.

Case continued to:

Notes:

cc: