```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorneys

6      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7200
       Fax: (415) 436-7234
8      E-Mail: john.hemann@usdoj.gov

9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0573 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING BILL OF PARTICULARS DEADLINE |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, ROBERT MAEGERLE, AND USA PERFORMANCE TECHNOLOGY, INC., | |
| Defendants. | |

1. On June 22, 2013, defense counsel requested that the government provide certain information to them on an expedited basis. The government agreed to this request.

2. In order to provide the government with the necessary time to provide the requested information, defendants agree that the government should be given additional time to file the bill of particulars.

3. Accordingly, the parties stipulate and agree that the government may have until July 2, 2013, to file the bill of particulars.

1
2          SO STIPULATED AND AGREED,
3    DATED:      June 25, 2013            MELINDA HAAG
                                          United States Attorney
4
                                                 /s/
5                                         _____
                                          JOHN H. HEMANN
6                                         PETER B. AXELROD
                                          Assistant United States Attorneys
7
8                                                /s/
     DATED:      June 25, 2013            _____
9                                         STUART GASNER
                                          Counsel for Walter Liew
10
11                                               /s/
     DATED:      June 25, 2013            _____
12                                        STUART GASNER
                                          Counsel for USA Performance Technology
13
14                                               /s/
     DATED:      June 25, 2013            _____
15                                        DORON WEINBERG
                                          Counsel for Christina Liew
16
17                                               /s/
     DATED:      June 25, 2013            _____
18                                        JERRY FROELICH
                                          Counsel for Robert Maegerle
19
20
21
                              [PROPOSED] ORDER
22
          Pursuant to stipulation, IT IS SO ORDERED.
23
24   DATED:  __June 26, 2013_____         _____
                                           JEFFREY S. WHITE
25                                         United States District Judge
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No. CR-11-0573-JSW