MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0573 JSW (NC) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR EXPERT DISCLOSURES |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, ROBERT MAEGERLE, AND USA PERFORMANCE TECHNOLOGY, INC., | |
| Defendants. | |

    1. On June 22, 2013, defense counsel requested that the government provide certain information to them on an expedited basis.  The government agreed to this request.

    2. In order to provide the government with the necessary time to provide the requested information, defendants agree that the government should be given additional time to complete its expert disclosures.

    3.  Accordingly, the parties stipulate and agree that the government may have until July 29, 2013, to complete its expert disclosures pursuant to the Order of this Court.  The parties

further stipulate that defendants may have until September 20, 2013, for their expert disclosures.

SO STIPULATED AND AGREED,

DATED: June 26, 2013

MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

DATED: June 26, 2013

/s/
_____
STUART GASNER
Counsel for Walter Liew

DATED: June 26, 2013

/s/
_____
STUART GASNER
Counsel for USA Performance Technology

DATED: June 26, 2013

/s/
_____
DORON WEINBERG
Counsel for Christina Liew

DATED: June 26, 2013

/s/
_____
JERRY FROELICH
Counsel for Robert Maegerle

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: ___June 26, 2013___

IT IS SO ORDERED
Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER
Case No. CR-11-0573-JSW (NC)