KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALTER LIEW'S MOTION TO SEVER COUNTS 15-22 OF THE SECOND SUPERSEDING INDICTMENT**<br><br>Date:　　　　July 25, 2013<br>Time:　　　　2:00 p.m.<br>Place:　　　Courtroom 11, 19th Floor<br>Dept.:　　　Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING DEFENDANT WALTER LIEW'S MOTION TO SEVER
COUNTS 15-22 OF THE SECOND SUPERSEDING INDICTMENT
Case No. CR 11-0573-JSW (NC)

766918.01

Pending before the Court is defendant Walter Liew's Motion to Sever Counts 15-22 of the Second Superseding Indictment. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the Court GRANTS defendant's motion and ORDERS that Counts 15 through 22 of the Second Superseding Indictment be severed and tried separately from the remaining counts.

IT IS SO ORDERED.

Dated: _____ ,2013

_____
Hon. Jeffrey S. White
Judge, United States District Court

1

**[PROPOSED] ORDER GRANTING DEFENDANT WALTER LIEW'S MOTION TO SEVER COUNTS 15-22 OF THE SECOND SUPERSEDING INDICTMENT**
Case No. CR 11-0573-JSW (NC)

766918.01