MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0573 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR FILINGS RELATED TO MOTIONS FILED BY DEFENDANTS |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, ROBERT MAEGERLE, AND USA PERFORMANCE TECHNOLOGY, INC., | |
| Defendants. | |

    1. On June 22, 2013, defense counsel requested that the government provide certain information to them on an expedited basis.  The government agreed to this request.

    2. On June 27, 2013, defendants filed a total of five motions, two motions to suppress and three motions to sever.  The government's oppositions to these motions would be due on July 11, 2013, and the defendants' replies on July 18.

    3. In order to provide the government with the necessary time to provide the information requested by the defense and also to respond to the motions, defendants agree that the government should be given some additional time to file its oppositions to the motions.

4. Accordingly, the parties stipulate and agree that the government may have until July 15, 2013, to file oppositions to the motions, and the defendants may have until July 19, 2013, to file replies. This stipulation does not propose any change to the date for hearing on the motions, currently scheduled for July 25, 2013.

SO STIPULATED AND AGREED,

DATED: July 11, 2013

MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

DATED: July 11, 2013

/s/
_____
STUART GASNER
Counsel for Walter Liew

DATED: July 11, 2013

/s/
_____
STUART GASNER
Counsel for USA Performance Technology

DATED: July 11, 2013

/s/
_____
DORON WEINBERG
Counsel for Christina Liew

DATED: July 11, 2013

/s/
_____
JERRY FROELICH
Counsel for Robert Maegerle

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____    _____
JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR-11-0573-JSW