1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   SIMONA A. AGNOLUCCI - # 246943
3  sagnolucci@kvn.com
   KATHERINE M. LOVETT - # 276256
4  klovett@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendants WALTER LIEW and
   USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
|---|---|
| Plaintiff, | **DECLARATION OF KATHERINE M. LOVETT RE RE-FILING OF DKTS. 356 AND 357** |
| v. | |
| WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Date:    July 25, 2013<br>Time:    2:00 p.m.<br>Place:    Courtroom 11, 19th Floor<br>Dept.:    Hon. Jeffrey S. White |
| Defendants. | |

I, Katherine M. Lovett, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for defendants Walter Liew and USA Performance Technology, Inc. in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On July 11, 2013, I was informed by the Court that a technical error had been made during the electronic filing of Defendants Christina and Walter Liew's Amended Notice of Motion and Motion to Suppress Evidence and the accompanying documents (Dkts. 356 and 357), such that the motion appeared on the docket as if filed solely by Defendant Christina Liew.

3. Accompanying this declaration is an unaltered copy of Defendants Christina and Walter Liew's Amended Notice of Motion and Motion to Suppress Evidence and the accompanying documents, which I am re-filing solely on behalf of Walter Liew in order to correct the earlier inadvertent technical error and clarify the docket in this case. This re-filing is intended to reflect Defendants' original intention that the motion be filed on behalf of both Walter and Christina Liew.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 11, 2013, at San Francisco, California.

/s/ Katherine M. Lovett
KATHERINE M. LOVETT