1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorneys

6    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
7    Telephone:  (415) 436-7200
     Fax: (415) 436-7234
8    E-Mail: john.hemann@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR-11-0573 JSW
                                       )
15         Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   CONTINUING DATES FOR FILINGS
16    v.                               )   RELATED TO MOTIONS FILED BY
                                       )   DEFENDANTS
17 WALTER LIEW, CHRISTINA LIEW,        )   AND CONTINUING HEARING DATE
   ROBERT MAEGERLE, AND USA            )
18 PERFORMANCE TECHNOLOGY, INC.,       )
                                       )
19         Defendants.                 )
                                       )
20

21         1. On June 22, 2013, defense counsel requested that the government provide certain

22 information to them on an expedited basis.  The government agreed to this request.

23         2. On June 27, 2013, defendants filed a total of five motions, two motions to suppress

24 and three motions to sever.  The government's oppositions to these motions would be due on

25 July 11, 2013, and the defendants' replies on July 18.

26         3. In order to provide the government with the necessary time to provide the information

27 requested by the defense and also to respond to the motions, defendants agree that the

28 government should be given some additional time to file its oppositions to the motions.

4.  Accordingly, the parties stipulate and agree that the government may have until July 15, 2013, to file oppositions to the motions, and the defendants may have until July 19, 2013, to file replies.  This stipulation does not propose any change to the date for hearing on the motions, currently scheduled for July 25, 2013.

SO STIPULATED AND AGREED,

DATED:   July 11, 2013

MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

DATED:   July 11, 2013

/s/
_____
STUART GASNER
Counsel for Walter Liew

DATED:   July 11, 2013

/s/
_____
STUART GASNER
Counsel for USA Performance Technology

DATED:   July 11, 2013

/s/
_____
DORON WEINBERG
Counsel for Christina Liew

DATED:   July 11, 2013

/s/
_____
JERRY FROELICH
Counsel for Robert Maegerle

The Court GRANTS the stipulated [PROPOSED] ORDER  request to continue the briefing schedule. However, in order to provide the Court with adequate time to evaluate the motions, it CONTINUES the hearings ~~Pursuant to stipulation, IT IS SO ORDERED.~~ from July 25, 2013 to August 8, 2013 at 2:00 p.m. If the Court finds that any of the motions are suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

DATED:   July 12, 2013

*/s/ Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR-11-0573-JSW