MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0573 JSW |
| Plaintiff, | **UNITED STATES' MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO SUPPRESS IN EXCESS OF TWENTY-FIVE PAGE LIMIT AND [PROPOSED] ORDER** |
| v. | |
| WALTER LIEW and CHRISTINA LIEW, | |
| Defendants. | |

The government respectfully requests leave to file a brief in opposition to defendant' motion to suppress slightly in excess of the 25-page limit set forth in Criminal L.R. 47-2(b), incorporating by reference Civil L.R. 7-4.  The brief is due on July 15, 2013, pursuant to the parties stipulation and the Court's order.

The government's memorandum in opposition to Defendants' Motion to Suppress will be less than 30 pages if the Court grants this order.  In their motion, defendants raise the following issues: probable cause, particularity, overbreadth, good faith, and severance of parts of the search warrant.  In response, the government is required to engage in an extensive legal and factual analysis with regard to each one of these arguments.  The Affidavit is 50 pages long and the

Warrant identified 13 items for which to search.  In addition to the brief, the government will be filing an affidavit by Special Agent Ho regarding the conduct of the search. The analysis of the surfeit of relevant Fourth Amendment case law is factually intensive.

      A brief sightly in excess of the generally-prescribed page limits is necessary to adequately address the legal and factual issues presented by defendants' motion.  Government counsel attempted to address adequately all of the arguments raised by defendants within the 25-page limit, but finds it impossible given the breadth of the issue. Accordingly, the government respectfully requests leave to file a brief in excess of twenty-five pages.

DATED: July 15, 2013                    Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                        _____/s/_____
                                      JOHN H. HEMANN
                                       PETER B. AXELROD
                                       Assistant United States Attorneys

### [PROPOSED] ORDER

      For good cause shown, the United States is hereby granted leave to file a brief in opposition to the Liew Motion to Suppress in excess of twenty-five pages.

DATED: _____                        _____
                                        JEFFREY S. WHITE
                                        United States District Judge