IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>    Defendants.<br>_____/ | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER GRANTING GOVERNMENT'S EX PARTE MOTION FOR ADDITIONAL PAGES AND NOTICE TO ALL PARTIES RE FILING DEADLINES**<br><br>**(Docket No. 371)** |

On July 15, 2013, the date on which its opposition briefs were due, the Government filed an *Ex Parte* application for additional pages to oppose the motion to suppress filed by Mr. and Mrs. Liew. The Court shall grant the request, and it shall grant the Liews permission to file an oversized reply brief, if necessary.

However, the Court HEREBY ADVISES all parties that going forward, requests to continue deadlines or requests to file oversized briefs, whether by stipulation or by way of an administrative motion, must be made in advance of the deadlines set by the Court. This will give the Court a full and fair opportunity to consider the request and will give a party who may oppose such a request to file an opposition in advance of the deadline. Further, if the Court denies such a request, it will permit the party to file their brief on time and in accordance with the page limits set by this Court.

**IT IS SO ORDERED.**

Dated: July 18, 2013

                                                            JEFFREY S. WHITE<br>
                                                            UNITED STATES DISTRICT JUDGE