IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER LIEW, and CHRISTINA LIEW,<br><br>    Defendants.<br>_____/ | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br><br>**ORDER GRANTING AS UNOPPOSED CHRISTINA LIEW'S REQUEST FOR LEAVE TO RESERVE MOTION TO SEVER TRIAL PURSUANT TO FED. R. CRIM. P. 14 AND WALTER LIEW'S REQUEST FOR LEAVE TO RESERVE MOTION TO SEVER COUNTS 15-22 ON ADDITIONAL GROUNDS**<br><br>**(Docket Nos. 358 and 362.)** |

This matter comes before the Court upon consideration of the motion filed by Christina Liew for leave to file a motion to sever her trial from her co-defendants at a later date, because the basis for such a motion is not yet fully developed. This matter also comes before the Court upon consideration of the motion for Walter Liew to file and/or supplement his motion to sever Counts 15-22 from the remaining counts of the indictment on the basis that he has not yet decided whether he will testify at trial. The deadline for the Government to file oppositions to those motions has passed, and the Government has not opposed either motion.

The Court finds good cause to grant the requests, in part. The Court will not permit Mr. and Mrs. Liew to raise the issue of severance at the pretrial conference. Rather, it will set a further deadline to hear such motions.

Thus, the Court will hear any further motions to sever no later than 30 days prior to the date the Court sets for the pretrial conference.

//

Pursuant to that deadline, Mr. and Mrs. Liew must file their motions no later than 35 days prior to the hearing date. The Government's opposition will be due two weeks after the motions are filed, and the Liews' reply briefs will be due one week after the Government's opposition briefs are filed.

The hearings set for August 9, 2013 on Docket Nos. 358 and 362 are VACATED by this Order. All other motions remain scheduled for hearing on that date, pending further order of this Court.

**IT IS SO ORDERED.**

Dated: July 18, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE