KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant CHRISTINA LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>        Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE**<br><br>Date:        August 8, 2013<br>Time:       2:00 p.m.<br>Place:       Courtroom 11, 19th Floor<br>Dept.:       Hon. Jeffrey S. White |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF
CHRISTINA BLAIS IN SUPPORT OF REPLY ISO JOINT MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770515.01

Pursuant to Civil Local Rule 79-5, defendants Christina Liew and Walter Liew hereby move the Court for an administrative order to file under seal the following:

- Exhibit A to the Declaration of Christina Blais in Support of Reply in Support of Joint Motion to Suppress Evidence (the "Blais Declaration").

As explained in the accompanying Declaration of Simona A. Agnolucci, the above-described document is an FBI interview memo of the type that typically is treated by the FBI as confidential.

In addition, Paragraph 11 of the Protective Order entered by this Court on June 21, 2012 (Dkt. No. 168) provides that "[a]ny court filings containing Confidential Materials or a description thereof shall be made under seal. In addition, the Confidential Materials or descriptions thereof shall be clearly identified in such sealed filing."

As explained in the accompanying Declaration of Simona A. Agnolucci, Exhibit A to the Blais Declaration has been designated by the Government as C-2 under the Protective Order.

Accordingly, Mr. and Mrs. Liew respectfully request that the Court enter the Proposed Order filed herewith and order that the above-described exhibit to the Blais Declaration be filed under seal.

Dated: July 19, 2013              KEKER & VAN NEST LLP

                         By:   */s/ Simona A. Agnolucci*
                               STUART L. GASNER
                               SIMONA A. AGNOLUCCI
                               KATHERINE M. LOVETT

                               Attorneys for Defendants WALTER LIEW and
                               USA PERFORMANCE TECHNOLOGY, INC.

Dated: July 19, 2013              LAW OFFICES OF DORON WEINBERG

                         By:   */s/ Doron Weinberg*
                               DORON WEINBERG

                               Attorney for Defendant CHRISTINA LIEW

2
ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF
CHRISTINA BLAIS IN SUPPORT OF REPLY ISO JOINT MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770515.01