KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant CHRISTINA LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>            Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE**<br><br>Date:         August 8, 2013<br>Time:        2:00 p.m.<br>Place:       Courtroom 11, 19th Floor<br>Dept.:       Hon. Jeffrey S. White |

DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF ADMINISTRATIVE MOTION TO
FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF
REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770516.01

I, Simona A. Agnolucci, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for defendants Walter Liew and USA Performance Technology, Inc. in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Exhibit A to the Declaration of Christina Blais in Support of Reply in Support of Joint Motion to Suppress Evidence (the "Blais Declaration") is an FBI interview memo. I am informed and believe that it is the type of document that the FBI ordinarily treats as confidential. For example, the document states on its face that its contents are not to be distributed outside the FBI.

3. Exhibit A to the Blais Declaration consists entirely of materials that have been designated by the Government as C-2 under the Protective Order entered by the Court on June 21, 2012 (Dkt. No. 168).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 19, 2013, at San Francisco, California.

*/s/ Simona A. Agnolucci*
SIMONA A. AGNOLUCCI

2
DECLARATION OF SIMONA A. AGNOLUCCI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770516.01