KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant CHRISTINA LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>            Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE**<br><br>Date:       August 8, 2013<br>Time:      2:00 p.m.<br>Place:      Courtroom 11, 19th Floor<br>Dept.:     Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A
TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT
MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770517.01

As set forth in their Administrative Motion to File Under Seal, Defendants have lodged under seal with the Court Exhibit A to the Declaration of Christina Blais in Support of Reply in Support of Joint Motion to Suppress Evidence ("Blais Declaration").  For the reasons set forth in the motion and the declaration and for good cause appearing, Exhibit A to the Blais Declaration shall be filed under seal.

IT IS SO ORDERED.

Dated: _____, 2013

_____
Honorable Jeffrey S. White
Judge, United States District Court

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770517.01