DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant CHRISTINA LIEW

KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DECLARATION OF CHRISTINA M. BLAIS IN SUPPORT OF DEFENDANTS CHRISTINA LIEW AND WALTER LIEW'S REPLY MOTION TO SUPPRESS EVIDENCE**<br><br>Date:    August 8, 2013<br>Time:   2:00 p.m.<br>Place:   Courtroom 11, 19th Floor<br>Dept.:   Hon. Jeffrey S. White |

DECLARATION OF CHRISTINA M. BLAIS IN SUPPORT OF DEFENDANTS CHRISTINA LIEW AND
WALTER LIEW'S REPLY MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770511.01

I, CHRISTINA M. BLAIS, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am an attorney with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for defendants Walter Liew and USA Performance Technology, Inc. in the above-captioned action. I am not admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as Exhibit A is a true and correct copy of Federal Bureau of Investigation's memorandum of the July 30, 2011 interview of Peter Wong, bearing the Bates numbers C2-000468 through C2-000471.

3. I have reviewed the Federal Bureau of Investigation's memorandum of the June 30, 2011 interview of Peter Wong, bearing the Bates numbers C2-000306 through C2-000307. According to that memorandum, Peter Wong did not indicate to the FBI on June 30, 2011 that he had had a dispute with, or had been terminated by, Walter Liew.

4. I have reviewed the Federal Bureau of Investigation's memorandum of the July 11, 2011 interview of Peter Wong, bearing the Bates numbers C2-000315 through C2-000317. According to that memorandum, Peter Wong did not indicate to the FBI on July 11, 2011 that he had had a dispute with, or had been terminated by, Walter Liew.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on July 19, 2013 at San Francisco, California.

_____
CHRISTINA M. BLAIS

1

DECLARATION OF CHRISTINA M. BLAIS IN SUPPORT OF DEFENDANTS CHRISTINA LIEW AND WALTER LIEW'S REPLY MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770511.01

# EXHIBIT A
# DOCUMENT SUBMITTED UNDER SEAL