MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CSBN 165823)
PETER B. AXELROD (CSBN 190843)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-11-0573-JSW |
|     Plaintiff, ) | EX PARTE MOTION BY THE UNITED STATES TO CONTINUE STATUS HEARING REGARDING PANGANG GROUP DEFENDANTS AND [PROPOSED] ORDER |
|     v. ) | |
| PANGANG GROUP COMPANY, LTD., ) PANGANG GROUP STEEL VANADIUM & ) TITANIUM COMPANY, LTD., PANGANG ) GROUP TITANIUM INDUSTRY COMPANY, ) LTD., PANGANG GROUP ) INTERNATIONAL ECONOMIC & ) TRADING COMPANY, ) | |
|     Defendants. ) | |

    The United States moves *ex parte* pursuant to Criminal Local Rule 47-3 to continue the status conference in the above-captioned action from July 25, 2013, to August 8, 2013, at 2:00 pm. The United States has communicated with counsel for the Pangang Group defendants and counsel concurs that proceeding by *ex parte* motion is appropriate.

    The reasons for this motion are as follows:

    1. The Court has granted defendants' motion to quash and held that the United States has not

1 effectively served summonses on defendants pursuant to Fed. R. Crim. P. 4. The Court scheduled a
2 status conference so that the government could advise the Court and defendants how it intends to
3 proceed with the pending prosecution of the Pangang Group defendants

4     2. The United States Department of Justice has been considering the available options. The
5 Department of Justice has not reached a final determination as to the most appropriate way to proceed,
6 though a decision will be made shortly.

7     3. The defendants in this case who are before the Court – Walter Liew, Christina Liew, Robert
8 Maegerle, and USAPTI – are scheduled to appear on August 8, 2013, for a hearing on motions and
9 various other matters.

10     4. The government anticipates that will be in a position to advise the Court on August 8, 2013, how
11 it wishes to proceed with the prosecution of the Pangang Group defendants.

12     5. Counsel for the United States has notified counsel for the Pangang Group defendants that the
13 United States will request a continuance from July 25, 2013, to August 8, 2013. Counsel for the
14 Pangang Group defendants advised that the government should represent to the Court that his client has
15 no position regarding the date of the status conference.

16     6. Given that Pangang Group defendants' are appearing specially through counsel and their
17 counsel's representation that defendants have no position regarding the date of the status hearing,
18 proceeding by *ex parte* motion is appropriate.

19     For these reasons, the United States respectfully requests that the Court continue the status
20 hearing regarding the Pangang Group defendants from July 25, 2013, to August 8, 2013.

Respectfully submitted,

MELINDA HAAG
United States Attorney

*John H. Hemann*

Dated: July 21, 2013     _____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

EX PARTE MOTION TO CONTINUE STATUS CONF.
CASE NO. CR-11-0573-JSW     2

1 **[PROPOSED] ORDER**

2 The government's *ex parte* motion is GRANTED. The status hearing in the above-captioned
3 action is continued from ~~July 23, 2013~~ July 25, 2013, to August 8, 2013, at 2:00 pm.

4 IT IS SO ORDERED.

5 Dated: July 22, 2013

      */s/ Jeffrey S. White*
6 JEFFREY S WHITE
   United States District Judge