**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-cr-00573 JSW (NC) |
| Plaintiff, | **ORDER RE: EXPERT DISCLOSURES DEADLINE** |
| v. | Re: Dkt. No. 393 |
| WALTER LIEW, and others, | |
| Defendants. | |

On July 23, 2013, the Government submitted a letter brief asking the Court to extend the deadline for it to complete its expert disclosures from July 29, 2013 to August 19, 2013. The Government stated that defendants oppose this extension, but defendants' position was not articulated in the letter brief. By July 26, 2013 at 12:00 p.m., defendants must submit a statement of non-opposition to the Government's request or an opposition of no more than two pages in length.

IT IS SO ORDERED.

Date: July 23, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge