1  Jerome J. Froelich Jr. (Georgia Bar No. 278150)
2  jerryfroelich@comcast.net  Akeesee@mckfroeatlaw.com
3  1349 West Peachtree Street
4  Two Midtown Plaza, Suite 1250
5  Atlanta, Georgia 30309
6
7  Attorney for Defendant Robert J. Maegerle
8
9
10              UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA          :    No. CR 11-0573 JSW
15                                    :
16       Plaintiff,                   :    STIPULATION TO WITHDRAW
17                                    :    DEFENDANT ROBERT
18                                    :    MAEGERLE'S MOTION TO
19                                    :    SUPPRESS HIS
20                                    :    JULY 19, 2011 STATEMENT
21  v.                                :
22                                    :
23                                    :    DATE:    August 8, 2013.
24                                    :    TIME:    2:00pm
25  ROBERT J. MAEGERLE et al.,        :    PLACE:   Courtroom 11, 19th Floor
26                                    :    JUDGE:   Hon. Jeffrey S. White
27       Defendant                    :
28                                    :
29
30       Comes now the Defendant, Robert J. Maegerle, by and through his attorney,

31  Jerome J. Froelich Jr., and pursuant to Civil Rule 7-7(e) and Criminal Rule 47-1(a)(3) of

32  the Local Rules of the Northern District of California, and stipulates that he withdraws his

33  motion to suppress his July 19, 2011 statement.

34

1

2  Respectfully Submitted,
3
4
5  **S/ Jerome J. Froelich Jr.**
6  Jerome J. Froelich, Jr.
7  State Bar No. 270150
8
9  McKENNEY & FROELICH
10 Two Midtown Plaza, Suite 1250
11 1349 West Peachtree Street
12 Atlanta, Georgia  30309-2920
13 (404) 881-1111
14
15
16

STIPULATION TO WITHDRAW DEFENDANT ROBERT MAEGERLE'S MOTION TO SUPPRESS HIS JULY 19, 2011 STATEMENT                                -2-