KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant CHRISTINA LIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br>REGARDING<br>[PROPOSED] ORDER ~~GRANTING~~ ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE<br><br>Date:       August 8, 2013<br>Time:      2:00 p.m.<br>Place:     Courtroom 11, 19th Floor<br>Dept.:     Hon. Jeffrey S. White |

~~[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE~~
Case No. CR 11-0573-JSW (NC)

770517.01

1   As set forth in their Administrative Motion to File Under Seal, Defendants have lodged
2   under seal with the Court Exhibit A to the Declaration of Christina Blais in Support of Reply in
3   Support of Joint Motion to Suppress Evidence ("Blais Declaration"). ~~For the reasons set forth in~~
4   ~~the motion and the declaration and for good cause appearing, Exhibit A to the Blais Declaration~~
5   ~~shall be filed under seal.~~ The Government has not filed a declaration in support of the motion to seal Exhibit A. The Government shall file a declaration in support of the motion by
6   IT IS SO ORDERED. no later than August 8, 2013, or the Court shall deny the motion to seal.
7   Dated: August 2, _____, 2013
8
9   _____
    Honorable Jeffrey S. White
    Judge, United States District Court

2

~~[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL, EXHIBIT A TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT MOTION TO SUPPRESS EVIDENCE~~
Case No. CR 11-0573-JSW (NC)

770517.01