MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>WALTER LIEW, CHRISTINA LIEW, )<br>ROBERT MAEGERLE, AND USA )<br>PERFORMANCE TECHNOLOGY, INC., )<br><br>Defendants. )<br> ) | CASE NO. CR 11-0573 JSW<br><br>UNITED STATES' NOTICE OF WITHDRAWAL FROM SETTLEMENT CONFERENCE; [PROPOSED] ORDER VACATING FURTHER SETTLEMENT CONFERENCE |

**NOTICE OF WITHDRAWAL FROM SETTLEMENT CONFERENCE**

On April 19, 2013, District Court Judge Jeffrey S. White referred this matter for a settlement conference before Magistrate Judge Laurel Beeler.  Docket No. 304.  On April 22, 2013, Magistrate Judge Beeler issued a settlement conference order.  Docket No. 306.  Thereafter, on June 13, 2103, through a Clerk's Notice, Judge Beeler set a settlement conference for August 19, 2013.

On June 13, 2013, the Supreme Court issued its decision in *United States v. Davila*, 133 S.Ct. 2139, which raised concerns about criminal settlement conferences under Rule 11 of the Federal Rules

NOTICE OF WITHDRAWAL; ORDER
CR 11-0573 JSW           1

1  of Criminal Procedure under certain circumstances.  In light of *Davila* and pursuant to Criminal Local

2  Rule 11-1(d), which provides for a party's withdrawal from the settlement conference, the United States

3  hereby files a notice of withdrawal of its participation in this settlement conference.  The United States

4  has advised counsel for the defendants of its intention to withdraw from this settlement conference and

5  they have no objection.

6

7  DATED:  August 2, 2013                Respectfully submitted,
                                         MELINDA HAAG
8                                        United States Attorney

9                                                        /S/

10  _____
                                         PETER B. AXELROD
11                                       JOHN H. HEMANN
                                         Assistant United States Attorneys
12

13

14                                   **[PROPOSED] ORDER**

15

16

17        Based on the foregoing, and good cause appearing, the Court vacates the settlement conference

18  set for August 19, 2013 and terminates any further settlement conference based on Judge White's order

19  of referral.

20        IT IS SO ORDERED.

21  DATED: August 5, 2013

22  _____
                                         LAUREL BEELER
23                                       United States Magistrate Judge

24

25

26

27

28

NOTICE OF WITHDRAWAL; ORDER
CR 11-0573 JSW                                    2