1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
   JOHN H. HEMANN (CABN 165823)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6774
       FAX: (415) 436-7234
8      Peter.axelrod@usdoj.gov

9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           ) CASE NO. CR 11-0573 JSW
                                         )
15 |     Plaintiff,                      )
                                         )
16 |   v.                                ) UNITED STATES' NOTICE OF NON-
                                         ) OPPOSITION TO PUBLIC FILING OF EXHIBIT A
17 | WALTER LIEW, CHRISTINA LIEW,        ) TO BLAIS DECLARATION
   | ROBERT MAEGERLE, AND USA            )
18 | PERFORMANCE TECHNOLOGY, INC.,       )
                                         )
19 |     Defendants.                     )
                                         )
20 |                                     )

21

22      Pursuant to the Court's August 2, 2013 order regarding defendants' administrative motion to file

23 under seal Exhibit A to the Blais declaration (Docket Nos. 382, 401), the United States files this notice

24 to advise the Court that it has no objection to a public filing of Exhibit A to the Blais declaration and

25 \\

26 \\

27 \\

28 \\

NOTICE OF NON-OPPOSITION
CR 11-0573 JSW                                       1

1  therefore will not file any declaration to support the continued sealing of that document.

2

3  DATED:  August 7, 2013          Respectfully submitted,
                                    MELINDA HAAG
4                                   United States Attorney

5                                              /S/
6                                   _____
                                    PETER B. AXELROD
7                                   JOHN H. HEMANN
                                    Assistant United States Attorneys
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF NON-OPPOSITION
CR 11-0573 JSW                              2