1  KEKER & VAN NEST LLP
   STUART L. GASNER - #164675
2  sgasner@kvn.com
   SIMONA A. AGNOLUCCI - #246943
3  sagnolucci@kvn.com
   KATHERINE M. LOVETT - #276256
4  klovett@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
6  Facsimile:   415 397 7188

7  Attorneys for Defendants WALTER LIEW and
   USA PERFORMANCE TECHNOLOGY, INC.
8
   DORON WEINBERG (SBN 46131)
9  LAW OFFICES OF DORON WEINBERG
   523 Octavia Street
10 San Francisco, CA 94102
   Telephone: (415) 431-3472
11 Facsimile:  (415) 552-2703
   Email: doronweinberg@aol.com
12
   Attorney for Defendant CHRISTINA LIEW
13
                      UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15
                           SAN FRANCISCO DIVISION
16

17 | UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC)
   |                           | DENYING
18 |         Plaintiff,        | [PROPOSED] ORDER ~~GRANTING~~
   |                           | ADMINISTRATIVE MOTION TO FILE
19 |    v.                     | UNDER SEAL EXHIBIT A TO THE
   |                           | DECLARATION OF CHRISTINA BLAIS
20 | WALTER LIEW, CHRISTINA LIEW, USA | IN SUPPORT OF REPLY IN SUPPORT
   | PERFORMANCE TECHNOLOGY, INC.,    | OF JOINT MOTION TO SUPPRESS
21 | and ROBERT MAEGERLE,             | EVIDENCE
   |                           |
22 |         Defendants.       | Date:   August 8, 2013
   |                           | Time:   2:00 p.m.
23 |                           | Place:  Courtroom 11, 19th Floor
   |                           | Dept.:  Hon. Jeffrey S. White
24

25

26

27

28

~~[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A
TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT
MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)~~

770517.01

1   ~~As set forth in their Administrative Motion to File Under Seal, Defendants have lodged~~
2   ~~under seal with the Court Exhibit A to the Declaration of Christina Blais in Support of Reply in~~
3   ~~Support of Joint Motion to Suppress Evidence ("Blais Declaration"). For the reasons set forth in~~
4   ~~the motion and the declaration and for good cause appearing, Exhibit A to the Blais Declaration~~
5   ~~shall be filed under seal.~~   The motion to seal is denied. Defendants shall file Exhibit A in the public record.
6      IT IS SO ORDERED.
7   Dated: August 7, _____, 2013

8                                           _____
9                                           Honorable Jeffrey S. White
                                            Judge, United States District Court

10
11
12
...
28

2
[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A
TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT OF REPLY IN SUPPORT OF JOINT
MOTION TO SUPPRESS EVIDENCE
Case No. CR 11-0573-JSW (NC)

770517.01