KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>    Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL AN *EX PARTE* MOTION FOR ISSUANCE OF A RULE 17(c) SUBPOENA<br> AS MODIFIED<br><br>Place:    Courtroom 11, 19th Floor<br>Dept.:    Hon. Jeffrey S. White |

As set forth in the Administrative Motion to File Under Seal an *Ex Parte* Motion for Issuance of a Rule 17(C) Subpoena, defendants have lodged under seal with the Court an *Ex Parte* Motion for Order Granting Issuance of a Rule 17(c) Subpoena and accompanying documents. For the reasons set forth in the Motion to File Under Seal and for good cause appearing, defendants' Administrative Motion is **GRANTED** and defendants' *Ex Parte* Motion and exhibits thereto, the accompanying declarations of Katherine Lovett and Robert Maegerle and exhibits thereto, and the accompanying Proposed Order Granting Issuance of a Rule 17(c) Subpoena shall be filed under seal in their entirely. pending further Order of the Court.

IT IS SO ORDERED.

Dated: August 7, 2013

_____
Honorable Jeffrey S. White
Judge, United States District Court