**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CRIMINAL MINUTE ORDER

Date: August 8, 2013                                              Time in Court: 1 hour 17 minutes

Case No.: CR-11-573 JSW                    Judge: Jeffrey S. White

United States of America   v.   Walter Liew Defendant (1)
                                                  Present ( X ) Not Present ( ) In-Custody ( X )
                                                  with Counsel: Steven Ragland

                                              Christina Liew Defendant (2) with Mandarin Int.: Aidong Ni and Amy Lo
                                                  Present ( X ) Not Present ( ) In-Custody ( )
                                                  with Counsel: Doron Weinberg

                                              Robert J. Maegerle (3)
                                                  Present ( X ) Not Present ( ) In-Custody ( )
                                                  with Counsel: Jerome Froelich

                                              USA Performance Technology, Inc. (4)
                                                  Appeared by Counsel Steven Ragland

U.S. Attorney: Peter Axelrod

Deputy Clerk: Jennifer Ottolini                          Court Reporter: Jaimie Hopp

### PROCEEDINGS

**REASON FOR HEARING:** Motion to Suppress (1, 2, and 4) and Status Conference (all defendants)

**RESULT OF HEARING:**

For defendants Walter Liew (1), Christina Liew (2) and USA Performance Technology, Inc. (4) the Court set the following schedule for Franks Evidentiary Hearing:
    Defendants' materiality brief due: by noon 8-12-13
    Government's opposition due: by noon 8-14-13
    Defendants' reply due: by noon 8-16-13
The Court will inform the parties by close of 8-19-13 re: need to hold evidentiary hearing.

The Court set 8-23-13 at 8:00 a.m. for Franks Evidentiary Hearing (Placeholder)

For defendants Walter Liew (1), Christina Liew (2), Robert J. Maegerle (3) and USA Performance Technology, Inc. (4):

The Court set the following deadlines and dates:

    Daubert / Severance motions due: 10-11-13
    Opposition due: 10-25-13
    Reply due: 11-1-13
    Hearing on Daubert / Severance: 11-14-13 at 2:00 p.m.

Pretrial Filings due: 11-15-13
Pretrial Conference: 12-16-13 at 2:00 p.m.
Jury Selection / Jury Trial: 1-6-14 at 8:00 a.m.

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted