IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>    Defendants.<br>_____/ | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT ON MOTION TO SEAL EXHIBITS TO AGNOLUCCI DECLARATION - DOCKET NO. 311** |

On May 10, 2013, the Court issued an Order directing that Exhibits P-S and U-Y of the Declaration of Simona A. Agnolucci in Support of the Defendants' Joint Motion for a Bill of Particulars be maintained under seal until further order, because the United States required more time to make a showing that the items were sealable. (*See* Docket Nos. 318, 320.)

In that Order, the Court directed the parties to meet and confer about modifying the Protective Order in this case to address the procedures for filing documents under seal. The Court directed that the parties should strive to have those procedures conform as closely as possible to Criminal Local Rules 55-1(b) and Civil Local Rule 79-5. The Court further directed that if the parties could not reach an agreement, they should present any disputes to Magistrate Judge Cousins in the first instance.

There has been no further action on this motion to seal, since the Court issued the Order directing the parties to meet and confer. Thus, the Court has not yet made a final ruling on the motion to seal.

//

Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court on this issue by no later than August 16, 2013.

**IT IS SO ORDERED.**

Dated: August 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE