**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,

    Defendants.

_____/

No. CR 11-00573-1 JSW
No. CR 11-00573-2 JSW
No. CR 11-00573-3 JSW
No. CR 11-00573-4 JSW

**ORDER GRANTING REQUEST TO LATE FILE**

In their supplemental brief on the necessity and scope of a *Franks* hearing, Defendants request leave to file their brief late due to staffing difficulties. That request shall be granted, and the Government may have until 1:30 on August 14, 2013 to file its response. The Defendants *shall* meet the noon deadline on Friday, August 16, 2013 for filing their reply.

**IT IS SO ORDERED.**

Dated: August 13, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE