**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,

10     Plaintiff,                No. CR 11-00573-1 JSW
                                 No. CR 11-00573-2 JSW

11     v.

12 WALTER LIEW, and CHRISTINA LIEW,     **ORDER VACATING
PLACEHOLDER HEARING**

13     Defendants.

14 ———————————————————/

15     On August 8, 2013, the Court scheduled a hearing on August 23, 2013, in the event the

16 Court required an evidentiary hearing on the Liews' motion to suppress and their subsequent

17 request for a hearing pursuant to *Franks v. Delaware*, 438 US. 154 (1978). The Court has

18 carefully considered the parties' papers, including all supplemental briefs, the parties'

19 arguments, as set forth in their briefs and those made during oral argument, and the record in

20 this case. The Court intends to deny the motion to suppress in its entirety, concludes that it can

21 resolve the motion to suppress without an evidentiary hearing, and concludes that a *Franks*

22 hearing is not required. Accordingly, the Court VACATES the hearing scheduled for August

23 23, 2013. The Court shall issue a written ruling on the motion to suppress by no later than

24 August 30, 2013.

25     **IT IS SO ORDERED.**

26 Dated: August 16, 2013                         _____

27                               JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

28