KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DEFENDANTS' STATUS REPORT RE MOTION TO SEAL EXHIBITS**<br><br>Place:　　Courtroom 11, 19th Floor<br>Dept.:　　Hon. Jeffrey S. White |

On August 12, 2013, the Court ordered the parties in this case to submit a joint status report to the Court by August 16, 2013 concerning modifications to the Protective Order in this case to address the procedures for filing documents under seal. Dkt. 418. Defense counsel contacted Messrs. Hemann and Axelrod via email on August 13, 2013 in an attempt to meet and confer concerning the joint status report, but did not receive any response. Defense counsel again emailed Messrs. Hemann and Axelrod in an attempt to meet and confer on August 16, 2013, but received automated replies indicating that both attorneys were out of the office and unavailable by telephone or email. Accordingly, Defendants file this report to reflect the status of modifications to the procedures for filing documents under seal, from Defendants' perspective.

Defendants believe that the Government has overdesignated a great deal of their production as C-1 or C-2 material, because much of the Government's so-called trade secret information is in the public domain already or the designated material is not truly technical or otherwise deserving of under-seal treatment. This has caused a great deal of unnecessary work for both the defense and Court personnel, as the defense has to prepare the requisite sealing papers only to have the Government not insist on their remaining sealed. At the same time, however, the Government has also produced *some* material (much of it from DuPont or Tze Chao or other third parties) that is appropriately designated confidential. Consequently, whether to seal a document must remain a document-by-document determination.

Defendants therefore propose that the parties continue to follow Civil Local Rule 79-5(d). Pursuant to that rule, if Defendants have an independent reason for filing a document under seal, Defendants will request that it be sealed using the procedures laid out in Rule 79-5. If Defendants do not have an independent reason to file a document under seal, but the Government has designated the document C-1 or C-2, Defendants will so state and the Government will bear the burden of requesting that the document be sealed.

Whenever possible, Defendants will meet and confer with the Government in advance of a filing to inform the Government of a specific document Defendants intend to file under seal and attempt to ascertain the Government's position on sealing. A helpful modification to the procedure would be to require the Government to respond within a relatively short period of time,

in the hopes that the number of under-seal filings can be minimized.

Defendants will continue to make efforts to meet and confer with the Government to ascertain the Government's position as to modifications to the protective order.  In the event of a disagreement, Defendants will present the dispute to Magistrate Judge Cousins, as ordered by this Court.  Dkt. 418.

Dated: August 16, 2013                    KEKER & VAN NEST LLP

                                          By:  */s/ Stuart L. Gasner*
                                               STUART L. GASNER
                                               SIMONA A. AGNOLUCCI
                                               KATHERINE M. LOVETT

                                               Attorneys for Defendants WALTER LIEW and
                                               USA PERFORMANCE TECHNOLOGY, INC.

Dated:  August 16, 2013                   By:  */s/ Doron Weinberg*
                                               DORON WEINBERG

                                               Attorney for Defendant CHRISTINA LIEW

Dated:  August 16, 2013                   By:  */s/ Jerome F. Froelich, Jr.*
                                               JEROME J. FROELICH, JR.

                                               Attorney for Defendant ROBERT J. MAEGERLE