IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW,<br>ROBERT MAEGERLE, and USA<br>PERFORMANCE TECHNOLOGY, INC.,<br><br>    Defendants.<br>_____/ | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER RE STATUS REPORTS ON MOTION TO SEAL EXHIBITS TO AGNOLUCCI DECLARATION - DOCKET NO. 311** |

The Court has received and considered the parties' status reports regarding the Motion to Seal Exhibits to the Agnolucci Declaration, Docket No. 311. Although the parties' recently submitted a stipulated modification of the Protective Order to Magistrate Judge Cousins, they have not yet addressed the issues raised by this Court regarding the procedures for filing under seal.

It is HEREBY ORDERED that by no later than September 26, 2013, the parties shall submit a stipulated modification to the Protective Order that addresses these issues or shall present any disputes to Magistrate Judge Cousins in accordance with his procedures for resolving discovery disputes.

**IT IS SO ORDERED.**

Dated: August 26, 2013

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Cousins