**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WALTER LIEW, CHRISTINA LIEW, ROBERT MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,

    Defendants.

No. CR 11-00573-1 JSW
No. CR 11-00573-2 JSW
No. CR 11-00573-3 JSW
No. CR 11-00573-4 JSW

**ORDER RE EXCLUSIONS OF TIME**

    The Court has now resolved all pending pretrial motions. If the parties believe that there are periods of time between resolution of those motions and the next court date that should be excluded from the Speedy Trial Act, they shall submit stipulations and proposed orders to that effect.

    **IT IS SO ORDERED.**

Dated: August 26, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE