KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>    Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**ADMINISTRATIVE MOTION FOR A SEALING ORDER RE PARAGRAPHS 4-9 OF AND EXHIBITS C-H TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT MOTION TO COMPEL AMENDED BILL OF PARTICULARS** |

ADMINISTRATIVE MOTION FOR A SEALING ORDER RE PARAGRAPHS 4-9 OF AND EXHIBITS C-H TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT MOTION TO COMPEL AMENDED BILL OF PARTICULARS
Case No. CR 11-0573-JSW (NC)

777772.01

Pursuant to Local Criminal Rule 55-1(b) and Local Civil Rule 79-5(d), Defendants Walter Liew, Christina Liew, Robert Maegerle, and USAPTI ("Defendants") hereby move the Court for an administrative order sealing the following:

- Paragraphs 4-9 of the Declaration of Christina Blais in Support of Motion to Compel Amended Bill of Particulars ("Blais Declaration"), and
- Exhibits C-H to the Blais Declaration.

The above-described exhibits have been identified by the Government in its Rule 16 identification as confidential materials. Relevant excerpts of the exhibits are contained in paragraphs 4 through 9 of the Blais Declaration. Paragraph 11 of the Protective Order entered by this Court on June 21, 2012 (Dkt. No. 168) provides that "[a]ny court filings containing Confidential Materials or a description thereof shall be made under seal. In addition, the Confidential Materials or descriptions thereof shall be clearly identified in such sealed filing."

Defendants believe that Exhibits C through H are appropriate for public filing and contain no confidential information. Accordingly, on August 25, 2013, defense counsel provided the Government with forty-eight hours' notice that Defendants intended to file these exhibits and sought the Government's position concerning whether those exhibits needed to be filed under seal.

The Government has informed defense counsel that it is consulting with DuPont and that it has not yet finalized its position concerning the confidentiality of the documents at issue. Accordingly, Defendants hereby provisionally file the Blais Declaration and its accompanying exhibits under seal as required by Local Civil Rule 79-5(d) until further action is taken by the Government to maintain the documents under seal.

1
ADMINISTRATIVE MOTION FOR A SEALING ORDER RE PARAGRAPHS 4-9 OF AND EXHIBITS C-H TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT MOTION TO COMPEL AMENDED BILL OF PARTICULARS
Case No. CR 11-0573-JSW (NC)

777772.01

| | | |
|---|---|---|
| Dated:  August 28, 2013 | | KEKER & VAN NEST LLP |
| | By: | */s/ Stuart L. Gasner* <br> STUART L. GASNER <br> SIMONA A. AGNOLUCCI <br> KATHERINE M. LOVETT |
| | | Attorneys for Defendants WALTER LIEW and USA PERFORMANCE TECHNOLOGY, INC. |
| Dated:  August 28, 2013 | By: | */s/ Doron Weinberg* <br> DORON WEINBERG |
| | | Attorney for Defendant CHRISTINA LIEW |
| Dated:  August 28, 2013 | By: | */s/ Jerome F. Froelich, Jr.* <br> JEROME J. FROELICH, JR. |
| | | Attorney for Defendant ROBERT J. MAEGERLE |

2

ADMINISTRATIVE MOTION FOR A SEALING ORDER RE PARAGRAPHS 4-9 OF AND EXHIBITS C-H TO THE DECLARATION OF CHRISTINA BLAIS IN SUPPORT MOTION TO COMPEL AMENDED BILL OF PARTICULARS
Case No. CR 11-0573-JSW (NC)

777772.01