KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**PROOF OF SERVICE OF DECLARATION OF CHRISTINA M. BLAIS IN SUPPORT OF MOTION TO COMPEL AMENDED BILL OF PARTICULARS [UNDER SEAL VERSIONS]**<br><br>Date: October 3, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th Floor<br>Dept.: Hon. Jeffrey S. White |

PROOF OF SERVICE OF DECL. OF CHRISTINA M. BLAIS IN SUPPORT OF MTN. TO COMPEL
AMENDED BILL OF PARTICULARS [UNDER SEAL VERSIONS]
Case No. CR 11-0573-JSW (NC)

778203.01

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **August 28, 2013**, I served the following document(s):

**DECLARATION OF CHRISTINA M. BLAIS IN SUPPORT OF MOTION TO COMPEL AMENDED BILL OF PARTICULARS [FILED PROVISIONALLY UNDER SEAL]**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

*Attorneys for United States:*
John H. Hemann / Peter B. Axelrod
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Executed on August 28, 2013, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Dawn Curran

---

1

PROOF OF SERVICE OF DECL. OF CHRISTINA M. BLAIS IN SUPPORT OF MTN. TO COMPEL
AMENDED BILL OF PARTICULARS [UNDER SEAL VERSIONS]
Case No. CR 11-0573-JSW (NC)

778203.01