KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>             Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE FED. RULE CRIM. P. 17(C) SUBPOENA**<br><br>Place:    Courtroom 11, 19th Floor<br>Dept.:    Hon. Jeffrey S. White |

The undersigned, by and through their undersigned counsel, stipulate and agree as follows:

1. On August 8, 2013, this Court granted Defendants' *Ex Parte* Application for a Rule 17(c) Subpoena.  Dkt. 410.

2. On August 12, 2013, Defendants served the Rule 17(c) subpoena issued by the Court on E.I. du Pont de Nemours and Company ("DuPont"), with a return date of September 2, 2013, twenty-one days from the date of service.

3. On August 27, 2013, counsel for DuPont and defense counsel met and conferred about DuPont's efforts to locate documents responsive to the subpoena, and counsel for DuPont indicated that DuPont would be unable to fully respond to the subpoena by the return date. However, DuPont's counsel indicated that DuPont would be willing to produce documents on a rolling basis in order to expedite the Court's, the Government's, and defense counsel's review of documents responsive to the subpoena.

4. Defense counsel and counsel for DuPont have therefore agreed that DuPont should be granted a three-week extension for its response to the subpoena until September 23, 2013, to allow DuPont to further determine the expense and burden associated with producing the categories of documents enumerated in the subpoena, including whether certain categories can be modified to allow for expedited production.  By September 23, defendants and DuPont will update the Court regarding the status of DuPont's efforts and determine whether further extensions of time are required.

5. Defendants and DuPont further stipulate DuPont may produce documents to the Court that are responsive to the subpoena on a rolling basis in order to expedite the resolution of the subpoena given the impending trial date in this case.  DuPont agrees to produce to the Court its initial set of documents responsive to the subpoena by September 13, 2013, subject to the entry of a protective order providing for confidential treatment of documents produced by DuPont.

6. By entering into this stipulation, DuPont in no way waives, but rather expressly reserves, its right to move to quash those categories of documents that it determines are overly

1  broad, would require an undue burden to locate and produce, or otherwise fail to satisfy the
2  standards set forth in *United States v. Nixon.*

3    7.    Likewise, by entering into this stipulation, defendants in no way waive, but rather
4  expressly reserve, their right to move to compel DuPont's compliance with the Rule 17(c)
5  subpoena.

6    8.    Additionally, defense counsel and counsel for DuPont anticipate that the
7  production in response to the subpoena may be voluminous and therefore inquire as to the Court's
8  preference for the method of receiving the documents.  In lieu of an expressed preference by the
9  Court, DuPont intends to produce bates numbered copies of the documents to the Court in both
10 hard copy and electronic format.

11 **IT IS SO STIPULATED.**

Dated:  September 10, 2013                KEKER & VAN NEST LLP

                                          By:  */s/ Stuart L. Gasner*
                                               STUART L. GASNER
                                               SIMONA A. AGNOLUCCI
                                               KATHERINE M. LOVETT

                                               Attorneys for Defendants WALTER LIEW and
                                               USA PERFORMANCE TECHNOLOGY, INC.

Dated:  September 10, 2013                GLYNN & FINLEY

                                          By:  */s/ Clement S. Glynn*
                                               CLEMENT GLYNN
                                               MORGAN LOPEZ
                                               Attorneys for E. I. DU PONT DE NEMOURS
                                               AND COMPANY

**[PROPOSED] ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the September 2, 2013 deadline for DuPont's response to the Rule 17(c) subpoena is continued to September 23, 2013. Defendants and DuPont shall update the Court by no later than that date regarding the status of DuPont's response. DuPont may produce documents for the Court's review on a rolling basis in both hard copy and electronic format.

**IT IS SO ORDERED.**

Dated: _____

JEFFREY S. WHITE
United States District Judge