MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
| Plaintiff, | DECLARATION OF PETER B. AXELROD IN SUPPORT OF SEALING CERTAIN EXHIBITS TO AGNOLUCCI DECLARATION RE: DEFENDANTS' ADMINSTRATIVE MOTION TO SEAL (DOCKET NO. 311) |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

I, Peter B. Axelrod, declare and state as follows:

1. I am an Assistant United States Attorney assigned to the prosecution of the above-caption matter.

2. I make this declaration in response to an administrative motion filed by defendants Walter Liew and USA Performance Technology, Inc. (USAPTI) to file under seal certain exhibits to the declaration of Simona Agnolucci in support of defendants' joint motion for bill of particulars. Docket No. 311. In her declaration, Ms. Agnolucci attached nine exhibits – P, Q, R, S, U, V, W, X, and Y – with a request that those documents be filed under seal. Docket No. 315. Thereafter, the Court ordered that those exhibits remain under seal pending further order of the Court. Docket No. 320. On August 20, 2013,

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

the United States advised the Court that it intended to confer with DuPont and thereafter provide a declaration related to the seal-ability of those exhibits. Docket No. 429.

3. On August 29, 2013, the United States conferred with representatives from DuPont concerning the sealed exhibits and whether those exhibits contained proprietary DuPont information that is not in the public record. Prior to that consultation, the United States had provided DuPont with copies of the exhibits.

4. Pursuant to Criminal Local Rule 55-1(b) and Civil Local Rule 79-5(d), the United States requests that the Court maintain six of those exhibits under seal and will lodge concurrently an appropriate sealing order. The United States has no objection to the public filing of exhibits U, V, and Y. Based on its conversations with DuPont, the United States believes that Exhibits P, Q, R, S, W, and X contain proprietary DuPont information that is not in the public record and therefore these documents should remain under seal.

5. Exhibit P is comprised of two DuPont drawings, Drawing No. W1245258, entitled "Edge Moor Plant Oxidation W/RPS System Drawing," and Flow Sheet No. EK2411, entitled "Edge Moor Pigments Plant Flow Sheet," that are specifically identified as Trade Secrets 2 and 4 respectively in the Second Superseding Indictment (hereinafter, Indictment). Docket No. 269, ¶ 14(b) and (d). As set forth in the Indictment, the drawing identified as Trade Secret 2 contained information about the titanium dioxide (TiO2) oxidation area process and explicitly stated that the "information and know-how [] may not be used nor the drawing reproduced without the written permission of DuPont." *Id*. at ¶ 14(b). The drawing identified as Trade Secret 4 contained information about the TiO2 reaction area process, was marked "DuPont Confidential – Special Control," and provided that the "employee receiving this registered print will sign and print the attached acknowledging card, will properly safeguard this print and will be held personally accountable for this print." *Id*. at ¶ 14(d).

6. Exhibit Q is a series of hand-drawn sketches that appear to be from defendant Robert Maegerle. According to DuPont, these drawings contain DuPont specific designs and dimensions.

7. Exhibit R contains specifications for certain pieces of equipment and plans and equipment specifications with a USAPTI legend for Panzhihua Iron & Steel (Group) Company (*e.g.*, Pangang

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

Group), for the 100,000 MTPY TiO2 project. According to DuPont, these documents contain DuPont technology, including information related to its Edge Moor plant and flue pond in particular.

8. Exhibit S is a series of DuPont analyses of various documents encountered in the course of the investigation related to this prosecution. The analyses identify particular proprietary DuPont information, including information from the Basic Data Document, which is Trade Secret 5 in the Indictment. Docket No. 269 at ¶ 14(e).

9. Exhibit W is selected portions of DuPont Document EM-C-8510-0148, titled "60,000 Metric Tons Per Year Scope/Basic Data," dated October 31, 1985, addressed to R.J. Maegerle (the "Basic Data Document"), which is identified as Trade Secret 5 in the Indictment. As set forth more fully in the Indictment, the Basic Data Document is designed "Confidential – Special Control," and its security statement provided that it is "highly confidential" and "[m]uch of the report data are considered in the 'trade secret' category." Docket No. 269 at ¶ 14(e).

10. Exhibit X is a spreadsheet related to documents obtained from searches associated with co-defendant Tze Chao and identified as confidential by the United States under the terms of the Protective Order in this case. The vast majority of these documents are from DuPont, and the spreadsheet was prepared by the United States with DuPont's assistance. The spreadsheet contains a column called Reviewer's Abstract which contains DuPont's description of the nature of each particular document and, according to DuPont, those descriptions refer to confidential DuPont information that is not in the public domain.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on September 12, 2013 in San Francisco, California.

MELINDA HAAG
United States Attorney

 /s/
PETER B. AXELROD
Assistant United States Attorney

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 11-0811 EMC |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER SEALING CERTAIN |
| v. | ) EXHIBITS TO AGNOLUCCI DECLARATION RE: |
| | ) DEFENDANTS' ADMINSTRATIVE MOTION TO |
| WALTER LIEW; CHRISTINA LIEW; USA | ) SEAL (DOCKET NO. 311) |
| PERFORMANCE TECHNOLOGY, INC.; | ) |
| AND ROBERT MAEGERLE, | ) |
| Defendants. | ) |

      Pursuant to Criminal Local Rule 55-1(b), Civil Local Rule 79-5, and based on the parties' submissions in response to defendant Walter Liew's administrative motion to file under seal certain exhibits to the declaration of Simona A. Agnolucci in Support of Joint Motion for Bill of Particulars (Docket No. 311), including the declaration of Assistant United States Attorney Peter B. Axelrod, the Court hereby GRANTS IN PART and DENIES IN PART defendant's administrative sealing motion.

      The Court finds that Exhibits P, Q, R, S, W, and X to the Agnolucci Declaration (Docket No. 315) are sealable. Thus, the Court hereby ORDERS that the Clerk of the Court maintain Exhibits P, Q,

[PROPOSED] SEALING ORDER
CR 11-00573 JSW

1  R, S, W, and X to the Agnolucci Declaration (Docket No. 315) under seal absent further order of the
2  Court.  The Court further finds that Exhibits U, V, and Y are not sealable.  Thus, the Court ORDERS
3  that Exhibits U, V, and Y to the Agnolucci Declaration (Docket No. 315) shall be filed in the public
4  docket for this case.
5        IT IS SO ORDERED.

Date: _____

JEFFREY S. WHITE
United States District Judge

[PROPOSED] SEALING ORDER
CR 11-00573 JSW

2