MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
| Plaintiff, | DECLARATION OF PETER B. AXELROD IN SUPPORT OF SEALING CERTAIN EXHIBITS TO AND PARAGRAPHS IN BLAIS DECLARATION RE: DEFENDANTS' ADMINSTRATIVE MOTION TO SEAL (DOCKET NO. 435) |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

    I, Peter B. Axelrod, declare and state as follows:

1.     I am an Assistant United States Attorney assigned to the prosecution of the above-caption matter.

2.     I make this declaration in response to an administrative motion filed by defendants Walter Liew, Christina Liew, USA Performance Technology, Inc. (USAPTI), and Robert Maegerle to file under seal certain exhibits to and paragraphs in the declaration of Christina Blais in support of defendants' motion to compel amended bill of particulars. Docket No. 435. The administrative motion seeks to seal six exhibits (C through H) attached to the Blais declaration together with the paragraphs referencing those exhibits (paragraphs 4 through 9).

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

3. On August 29, 2013 and September 11, 2013, the United States conferred with representatives from DuPont concerning the sealed exhibits and whether those exhibits contained proprietary DuPont information that is not in the public record. Prior to those consultations, the United States had provided DuPont with copies of the exhibits.

4. Pursuant to Criminal Local Rule 55-1(b) and Civil Local Rule 79-5(d), the United States requests that the Court maintain under seal Exhibits C through H to the Blais Declaration and paragraphs 4 through 9 of the declaration and will lodge concurrently an appropriate sealing order. Based on its conversations with DuPont, the United States believes that Exhibits C through H contain proprietary DuPont information that is not in the public domain and therefore these documents and the related paragraphs of the Blais declaration should remain under seal.

5. Exhibit C is a document attached to an email, which is identified as "361951_Yahoo (Yahoo Mail) Search_entry #266373411_Attached to Email" and is entitled "Technical Attachments." It appears to relate to a 100,000 metric ton per year TiO2 project for Pangang Group. According to DuPont, information contained in this exhibit pertains to proprietary DuPont TiO2 technology that is not in the public domain, including material of construction and temperature ratings for a TiO2 manufacturing facility.

6. Exhibit D, identified as O22_Process_Volume_1_0006.pdf, is entitled "TiO2 Balance Diagram." According to DuPont, this document contains proprietary DuPont information including the layout of the DuPont TiO2 process and ratios of numbers that relate to the DuPont process.

7. Exhibit E, identified as H2_Operational_Desc_0002.pdf, is entitled "30,000 MTPY TiO2 Fluid-Bed Chlorination and Purification Chloride Route Project of Pangang Jinzhou Titanium Industry Co. Ltd." According to DuPont, this set of drawings contains proprietary DuPont information that is not in the public domain.

8. Exhibit F, identified as 100K_PFD [303866].pdf, is a series of drawings identified as process flow diagrams. According to DuPont, this exhibit contains non-public, proprietary DuPont technology throughout.

9. Exhibit G, identified as Oxidation [364815].doc, is entitled "Oxidation – Scope of Facilities."

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

According to DuPont, this exhibit contains non-public DuPont information such as temperatures and materials of construction drawn from DuPont, including information from the Basic Data document, which is alleged as Trade Secret 5 in the Second Superseding Indictment.

10. Exhibit H, identified as O30_White_Binder_1_00024.pdf, contains 12 sheets of drawings entitled "Equipment Specification." According to DuPont, this exhibit contains proprietary, non-public information, including information relating to the oxidation technology from DuPont's Edge Moor facility.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on September 12, 2013 in San Francisco, California.

MELINDA HAAG
United States Attorney

_____/s/_____
PETER B. AXELROD
Assistant United States Attorney

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 11-0811 EMC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER SEALING CERTAIN |
| ) | EXHIBITS IN AND PARAGRAPHS OF BLAIS |
| v. ) | DECLARATION RE: DEFENDANTS' |
| ) | ADMINSTRATIVE MOTION TO SEAL (DOCKET |
| WALTER LIEW; CHRISTINA LIEW; USA ) | NO. 435) |
| PERFORMANCE TECHNOLOGY, INC.; ) | |
| AND ROBERT MAEGERLE, ) | |
| ) | |
| Defendants. ) | |

    Pursuant to Criminal Local Rule 55-1(b), Civil Local Rule 79-5, and based on the parties' submissions in response to defendants' administrative motion to file under seal certain exhibits to the declaration of Christina Blais in Support of Motion for Amended Bill of Particulars (Docket No. 435), including the declaration of Assistant United States Attorney Peter B. Axelrod, the Court hereby GRANTS defendants' administrative sealing motion.

    The Court finds that Exhibits C through H to the Blais Declaration and Paragraphs 4 through 9 of that declaration are sealable. Thus, the Court hereby ORDERS that the Clerk of the Court maintain

[PROPOSED] SEALING ORDER
CR 11-00573 JSW

1  Exhibits C through H to and Paragraphs 4 through 9 of the Blais Declaration under seal absent further
2  order of the Court.
3      IT IS SO ORDERED.

6  Date: _____

JEFFREY S. WHITE
United States District Judge

[PROPOSED] SEALING ORDER
CR 11-00573 JSW

2