1  KEKER & VAN NEST LLP
   STUART L. GASNER - # 164675
2  sgasner@kvn.com
   SIMONA A. AGNOLUCCI - # 246943
3  sagnolucci@kvn.com
   KATHERINE M. LOVETT - # 276256
4  klovett@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendants WALTER LIEW and
   USA PERFORMANCE TECHNOLOGY, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        | Case No. CR 11-0573-JSW (NC)
   |                                  |
   |              Plaintiff,          | **STIPULATION AND [PROPOSED]**
13 |                                  | **ORDER RE FED. RULE CRIM. P. 17(C)**
   |                                  | **SUBPOENA** AS MODIFIED HEREIN
   |         v.                       |
14 |                                  |
   | WALTER LIEW, CHRISTINA LIEW, USA |
15 | PERFORMANCE TECHNOLOGY, INC.,    | Place:    Courtroom 11, 19th Floor
   | and ROBERT MAEGERLE,             | Dept.:    Hon. Jeffrey S. White
16 |                                  |
   |              Defendants.         |
17

18

19

20

21

22

23

24

25

26

27

28

The undersigned, by and through their undersigned counsel, stipulate and agree as follows:

1.      On August 8, 2013, this Court granted Defendants' *Ex Parte* Application for a Rule 17(c) Subpoena.  Dkt. 410.

2.      On August 12, 2013, Defendants served the Rule 17(c) subpoena issued by the Court on E.I. du Pont de Nemours and Company ("DuPont"), with a return date of September 2, 2013, twenty-one days from the date of service.

3.      On August 27, 2013, counsel for DuPont and defense counsel met and conferred about DuPont's efforts to locate documents responsive to the subpoena, and counsel for DuPont indicated that DuPont would be unable to fully respond to the subpoena by the return date. However, DuPont's counsel indicated that DuPont would be willing to produce documents on a rolling basis in order to expedite the Court's, the Government's, and defense counsel's review of documents responsive to the subpoena.

4.      Defense counsel and counsel for DuPont have therefore agreed that DuPont should be granted a three-week extension for its response to the subpoena until September 23, 2013, to allow DuPont to further determine the expense and burden associated with producing the categories of documents enumerated in the subpoena, including whether certain categories can be modified to allow for expedited production.  By September 23, defendants and DuPont will update the Court regarding the status of DuPont's efforts and determine whether further extensions of time are required.

5.       Defendants and DuPont further stipulate DuPont may produce documents to the Court that are responsive to the subpoena on a rolling basis in order to expedite the resolution of the subpoena given the impending trial date in this case.  DuPont agrees to produce to the Court its initial set of documents responsive to the subpoena by September 13, 2013, subject to the entry of a protective order providing for confidential treatment of documents produced by DuPont.

6.      By entering into this stipulation, DuPont in no way waives, but rather expressly reserves, its right to move to quash those categories of documents that it determines are overly

broad, would require an undue burden to locate and produce, or otherwise fail to satisfy the standards set forth in *United States v. Nixon.*

7.     Likewise, by entering into this stipulation, defendants in no way waive, but rather expressly reserve, their right to move to compel DuPont's compliance with the Rule 17(c) subpoena.

8.     Additionally, defense counsel and counsel for DuPont anticipate that the production in response to the subpoena may be voluminous and therefore inquire as to the Court's preference for the method of receiving the documents.  In lieu of an expressed preference by the Court, DuPont intends to produce bates numbered copies of the documents to the Court in both hard copy and electronic format.

     **IT IS SO STIPULATED.**


Dated:  September 10, 2013                    KEKER & VAN NEST LLP


                                             By:   */s/ Stuart L. Gasner*
                                                   STUART L. GASNER
                                                   SIMONA A. AGNOLUCCI
                                                   KATHERINE M. LOVETT

                                                   Attorneys for Defendants WALTER LIEW and
                                                   USA PERFORMANCE TECHNOLOGY, INC.

Dated:  September 10, 2013                    GLYNN & FINLEY


                                             By:   */s/ Clement S. Glynn*
                                                   CLEMENT GLYNN
                                                   MORGAN LOPEZ
                                                   Attorneys for E. I. DU PONT DE NEMOURS
                                                   AND COMPANY

### [PROPOSED] ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the September 2, 2013 deadline for DuPont's response to the Rule 17(c) subpoena is continued to September 23, 2013. Defendants and DuPont shall update the Court by no later than that date  regarding the status of DuPont's response. ~~DuPont may produce documents for the Court's review on a rolling basis in both hard copy and electronic format.~~ Unless DuPont files a motion to quash, the Court's intends to follow the following procedure with respect to any documents produced to the Court. The Court shall produce those documents to the Defendants on an ex parte basis initially, and shall issue an Order to Show Cause directing the Defendants to show cause why the documents should not also be produced to the Government.

**IT IS SO ORDERED.**

Dated: _____

JEFFREY S. WHITE
United States District Judge

In light of this intent, DuPont shall produce the documents to the Court in electronic format. September 23, 2013

*[signature: Jeffrey S White]*

**STIPULATION AND [PROPOSED] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

778611.02