IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, ROBERT J. MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendant.<br>_____ / | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER OF PRODUCTION AND ORDER TO SHOW CAUSE** |

The Court has received the first wave of production of documents produced by E.I. DuPont de Nemours and Company ("DuPont"), which are bates numbered DWL0000001-78. The Court HEREBY ORDERS that these documents shall be produced to Defendants on an *ex parte* basis, subject to the terms and conditions of the protective order issued by Magistrate Judge Cousins on September 17, 2013. Defendants may contact the Court's chambers at 415-522-4150 to pick up the documents.

The Court notes, however, that it will still require the parties to follow Criminal Local Rule 55-1 and Northern District Civil Local Rule 79-5 when filing documents under seal. The mere fact that a document is designated "Confidential" for purposes of discovery does not establish that it may be sealed.

It is FURTHER ORDERED that Defendants shall show cause in writing why they should not be required to produce these documents to the Government. Defendants' response //

shall be due by no later than October 1, 2013.

**IT IS SO ORDERED.**

Dated: September 24, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE