1   KEKER & VAN NEST LLP
    STUART L. GASNER - # 164675
2   sgasner@kvn.com
    SIMONA A. AGNOLUCCI - # 246943
3   sagnolucci@kvn.com
    KATHERINE M. LOVETT - # 276256
4   klovett@kvn.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendants WALTER LIEW and
    USA PERFORMANCE TECHNOLOGY, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12   | UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
     |---|---|
     | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE FED. RULE CRIM. P. 17(C) SUBPOENA** |
13   | v. | |
14   | WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Place:    Courtroom 11, 19th Floor Dept.:    Hon. Jeffrey S. White |
15   | | |
16   | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

778611.02

1    The undersigned, by and through their undersigned counsel, stipulate and agree as

2    follows:

3    1.    On August 8, 2013, this Court granted Defendants' *Ex Parte* Application for a

4    Rule 17(c) Subpoena.  Dkt. 410.

5    2.    On August 12, 2013, Defendants served the Rule 17(c) subpoena issued by the

6    Court on E. I. du Pont de Nemours and Company ("DuPont"), with a return date of September 2,

7    2013, twenty-one days from the date of service.

8    3.    On August 27, 2013, counsel for DuPont and defense counsel met and conferred

9    about DuPont's efforts to locate documents responsive to the subpoena, and counsel for DuPont

10    indicated that DuPont would be unable to fully respond to the subpoena by the return date.

11    However, DuPont's counsel indicated that DuPont would be willing to produce documents on a

12    rolling basis in order to expedite the Court's, the Government's, and defense counsel's review of

13    documents responsive to the subpoena.

14    4.    On September 10, 2013, counsel for defendants Walter Liew and USA

15    Performance Technology, Inc. ("USAPTI") and counsel for DuPont filed a Stipulation and

16    [Proposed] Order re Fed. Rule Crim P.17(c) Subpoena (Dkt. 439) advising the Court as to the

17    status of DuPont's response to the subpoena.  The parties to that stipulation also represented that

18    they would update the Court further on September 23, 2013.  The Court signed this Order, as

19    modified, on September 23, 2013.  Dkt. 451.

20    5.    On September 13, 2013, counsel for Walter Liew and USAPTI met and conferred

21    further with counsel for DuPont.  Counsel for DuPont represented that DuPont would produce to

22    the Court its first set of documents responsive to categories E.1 and E.2 of the subpoena upon the

23    entry of a mutually agreeable protective order.  They also updated defendants regarding

24    procedures DuPont has implemented to collect and review documents potentially responsive to

25    the remaining categories set forth in the subpoena.

26    6.    On September 16, 2013, the parties filed a Stipulation and [Proposed] Order re

27    Protection of Material Produced by E. I. Du Pont de Nemours and Company Pursuant to Rule

28

1

**STIPULATION AND [PROPOSED] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

778611.02

1  17(c) Subpoena.  Dkt.  445.  The following day, Magistrate Judge Cousins signed the protective

2  order and DuPont produced its first set of responsive documents.  Dkt. 446.

3          7.      Defendants and DuPont continue to work in good faith to identify and produce

4  documents in response to the subpoena.  Pursuant to their most recent meet-and-confer

5  discussion, defense counsel and counsel for DuPont have agreed that DuPont will update

6  defendants again on September 27, 2013, regarding the status of DuPont's efforts.  Accordingly,

7  defendants and DuPont stipulate that DuPont should be granted an extension until October 4,

8  2013, to allow DuPont to further:  1) collect and review documents; 2) determine the expense and

9  burden associated with producing the categories of documents enumerated in the subpoena; 3)

10  meet and confer with defense counsel regarding whether certain requests can be modified to

11  allow for expedited production.  By October 4, defendants and DuPont will update the Court

12  regarding the status of DuPont's efforts and determine whether further extensions of time are

13  required.

14          8.      By entering into this stipulation, DuPont in no way waives, but rather expressly

15  reserves, its right to move to quash those categories of documents that it determines are overly

16  broad, would require an undue burden to locate and produce, or otherwise fail to satisfy the

17  standards set forth in *United States v. Nixon.*

18          9.      Likewise, by entering into this stipulation, defendants in no way waive, but rather

19  expressly reserve, their right to move to compel DuPont's compliance with the Rule 17(c)

20  subpoena.

21          10.     Consistent with the expressed preference of the Court (Dkt. 451), DuPont will

22  produce bates numbered copies of the documents to the Court in electronic format.

23          **IT IS SO STIPULATED.**
Dated:  September 23, 2014                          KEKER & VAN NEST LLP

24

25
                                                By:   */s/ Stuart L. Gasner*
26                                                    STUART L. GASNER
                                                      SIMONA A. AGNOLUCCI
27                                                    KATHERINE M. LOVETT

28                                                    Attorneys for Defendants WALTER LIEW and
                                                      USA PERFORMANCE TECHNOLOGY, INC.

2

**STIPULATION AND [PROPOSED] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

778611.02

Dated:  September 23, 2014             GLYNN & FINLEY

                         By:   */s/ Clement S. Glynn*
                                 CLEMENT GLYNN
                                 MORGAN LOPEZ
                                 Attorneys for E. I. DU PONT DE NEMOURS
                                 AND COMPANY

## ~~[PROPOSED]~~ ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the deadline for

DuPont's response to the Rule 17(c) subpoena is continued to October 4, 2013.  Defendants and

DuPont shall update the Court by no later than that date regarding the status of DuPont's

response.

**IT IS SO ORDERED.**

Dated: September 24, 2013                                                    

                                       JEFFREY S. WHITE
                                       United States District Judge

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

778611.02