# EXHIBIT V

# DOCUMENT SUBMITTED UNDER SEAL

# PERFORMANCE GROUP(USA), INC.

OAKLAND, CALIFORNIA, USA

www.performanceusainc.com



## COMPRESS Pressure Vessel Design Calculations

|  |  |
|---|---|
| **Item:** | Head Tank |
| **Vessel No:** | T-552 |
| **Customer:** | Pangang Group Jinzhou Titanium Industry, Inc. |
| **Contract:** | PJTY-FEI-07-02 |
| **Designer:** | BJ Bhatnagar |
| **Date:** | Dec. 20, 2007 |

You can edit this page by selecting ***Cover Page settings...*** in the ***report*** menu.

Performance Group (USA), Inc

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552      2/130

Performance Group (USA), Inc



| DESIGN DATA | |
|---|---|
| Design Pressure | 344.8kPa |
| Vacuum Pressure | 101.1kPa |
| Test Pressure-Shop | 448.2kPa |
| Design Temperature | 200.0°C |
| DBHT | -29.0°C |
| Corrosion Allowance | 0.000mm |
| Radiography | FTS |
| PAINT | NT |

| Estimated Weights | | |
|---|---|---|
| Dry: | 1571kg | Wet: | 5,403kg |

| Materials | |
|---|---|
| Cylinder: | SA-285-C |
| Heads: | SA-285-C |
| Transition: | |
| Support | SA-36 |

## NOZZLE SCHEDULE

| MARK | NOZZLE | ORIENTATION | FLANGE | MARK | NOZZLE | ORIENTATION | FLANGE |
|---|---|---|---|---|---|---|---|
| N9 | Outlet | 4" Dia 40 Grb DH 400 | 4" WH A105Class 150 | | | | |
| N7 | Scrubbie Port | 10" Dia 80 DH 400 | 10" DO A105 Class 150 | | | | |
| N6 | Nozzle Fill | 2" Dia 40 Grb DH 60 | 2" WH A105 Class 150 | | | | |
| N4 | Nozzle Fill | 2" Dia 40 Grb DH 60 | 2" WH A105Class 150 | | | | |
| N3 | Drain | 2" Dia 40 Grb DH 60 | 2" WH A105Class 150 | | | | |
| N2 | Ventboretor | 2" Dia 40 Grb DH 60 | 2" WH A105Class 150 | | | | |
| N1 | Liquid Level | 6" Dia 40 Grb DH 150 | 6" DO A105Class 150 | | | | |

### PERFORMANCE GROUP (USA), INC.

1300 Clay Street, Suite 600
Oakland, CA 94612, USA

| REVISIONS | | | |
|---|---|---|---|
| REV | DATE | DESCRIPTION | |
| 0 | 10/05/07 | Preliminary | |

DWN BY: BJ
CHK BY: RMML

Head Tank T-552

| DWG NO. | Rev |
|---|---|
| ES-07-003 | 0 |

**Performance Group (USA), Inc**

**Deficiencies Summary**

*No deficiencies found.*

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⬤ Performance Group (USA), Inc**

## Nozzle Schedule

| Nozzle mark | Service | Size | Materials | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nozzle | Impact | Norm | Fine Grain | Pad | Impact | Norm | Fine Grain | Flange |
| N1 | Liquid Level | 6" Sch 40 (Std) DN 150 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | SO A105 Class 150 |
| N2 | Vent/Overflow | 4" Sch 40 (Std) DN 100 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | WN A105 Class 150 |
| N3 | Spare | 2" Sch 40 (Std) DN 50 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | WN A105 Class 150 |
| N4 | Water Fill | 2" Sch 40 (Std) DN 50 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | WN A105 Class 150 |
| N5 | NaOH Fill | 2" Sch 40 (Std) DN 50 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | WN A105 Class 150 |
| N6 | Outlet | 4" Sch 40 (Std) DN 100 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | WN A105 Class 150 |
| N7 | Inspection Port | 16" Sch 60 DN 400 | SA-106 B Smls. Pipe | No | No | No | N/A | N/A | N/A | N/A | SO A105 Class 150 |

**Performance Group (USA), Inc**

## Nozzle Summary

| Nozzle mark | OD (mm) | $t_n$ (mm) | Req t$_n$ (mm) | A$_1$? | A$_2$? | Shell | | | Reinforcement Pad | | Corr (mm) | A$_a$/A$_r$ (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Nom t (mm) | Design t (mm) | User t (mm) | Width (mm) | t pad (mm) | | |
| N1 | 168.27 | 7.11 | 7.11 | Yes | Yes | 9.00* | 6.22 | | N/A | N/A | 0.00 | 100.0 |
| N2 | 114.30 | 6.02 | 6.02 | Yes | Yes | 9.00* | 5.49 | | N/A | N/A | 0.00 | 100.0 |
| N3 | 60.33 | 3.91 | 3.91 | Yes | Yes | 9.00* | N/A | | N/A | N/A | 0.00 | Exempt |
| N4 | 60.33 | 3.91 | 3.91 | Yes | Yes | 9.00* | N/A | | N/A | N/A | 0.00 | Exempt |
| N5 | 60.33 | 3.91 | 3.91 | Yes | Yes | 9.00* | N/A | | N/A | N/A | 0.00 | Exempt |
| N6 | 114.30 | 6.02 | 6.02 | Yes | Yes | 9.00* | 6.33 | | N/A | N/A | 0.00 | 100.0 |
| N7 | 406.40 | 16.66 | 7.02 | Yes | Yes | 9.00 | 7.69 | | N/A | N/A | 0.00 | 100.0 |

$t_n$:          Nozzle thickness
Req t$_n$:     Nozzle thickness required per UG-45/UG-16
Nom t:        Vessel wall thickness
Design t:    Required vessel wall thickness due to pressure + corrosion allowance per UG-37
User t:       Local vessel wall thickness (near opening)
A$_a$:          Area available per UG-37, governing condition
A$_r$:          Area required per UG-37, governing condition
Corr:          Corrosion allowance on nozzle wall
*                Head minimum thickness after forming

**● Performance Group (USA), Inc**

## Pressure Summary

**Pressure Summary for Chamber bounded by F&D Head #2 and F&D Head #1**

| Identifier | P Design ( kPa ) | T Design (°C) | MAWP ( kPa) | MAP ( kPa ) | MAEP ( kPa) | $T_e$ external (°C) | MDMT (°C) | MDMT Exemption | Total Corrosion Allowance (mm) | Impact Test |
|---|---|---|---|---|---|---|---|---|---|---|
| F&D Head #1 | 344.0 | 200.0 | 537.26 | 649.45 | 317.46 | 200.0 | -105.0 | Note 1 | 1.50 | No |
| Straight Flange on F&D Head #1 | 344.0 | 200.0 | 917.12 | 1106.91 | 192.62 | 200.0 | -105.0 | Note 2 | 1.50 | No |
| Cylinder #1 | 344.0 | 200.0 | 897.53 | 1106.91 | 192.62 | 200.0 | -105.0 | Note 3 | 1.50 | No |
| Straight Flange on F&D Head #2 | 344.0 | 200.0 | 897.03 | 1106.91 | 192.62 | 200.0 | -105.0 | Note 5 | 1.50 | No |
| F&D Head #2 | 344.0 | 200.0 | 587.33 | 713.43 | 364.30 | 200.0 | -105.0 | Note 4 | 1.50 | No |
| Legs #1 | 344.0 | 200.0 | 344.00 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Liquid Level (N1) | 344.0 | 200.0 | 397.91 | 463.34 | 192.62 | 200.0 | -48.0 | Note 6 | 0.00 | No |
| Vent/Overflow (N2) | 344.0 | 200.0 | 702.01 | 815.59 | 192.62 | 200.0 | -48.0 | Note 7 | 0.00 | No |
| Spare (N3) | 344.0 | 200.0 | 1112.86 | 1338.99 | 192.62 | 200.0 | -48.0 | Note 8 | 0.00 | No |
| Water Fill (N4) | 344.0 | 200.0 | 1112.38 | 1338.99 | 192.62 | 200.0 | -48.0 | Note 8 | 0.00 | No |
| NaOH Fill (N5) | 344.0 | 200.0 | 1112.36 | 1338.99 | 192.62 | 200.0 | -48.0 | Note 8 | 0.00 | No |
| Outlet (N6) | 344.0 | 200.0 | 741.79 | 889.39 | 192.62 | 200.0 | -48.0 | Note 9 | 0.00 | No |
| Inspection Port (N7) | 344.0 | 200.0 | 658.57 | 799.36 | 120.79 | 200.0 | -48.0 | Note 10 | 0.00 | No |

Chamber design MDMT is -28.89°C
Chamber rated MDMT is -48.00°C @ 344.00 kPa

Chamber MAWP hot & corroded is 344.00 kPa @ 200.0°C

Chamber MAP cold & new is 463.34 kPa @ 21.1°C

Chamber MAEP is 120.79 kPa @ 200.0°C
Vacuum rings did not govern the external pressure rating.

**Notes for MDMT Rating:**

| Note # | Exemption | Details |
|---|---|---|
| 1. | Straight Flange governs MDMT | |
| 2. | Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.32217) | |
| 3. | Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.34027) | |
| 4. | Straight Flange governs MDMT | |
| 5. | Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.34073) | |
| 6. | Flange rating governs:<br>Flange rated MDMT = -105 °C (UCS-68(c) applies.)<br>Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C | UCS-66(b)(3): Coincident ratio = 0.175361 |
| 7. | Flange rating governs:<br>Flange rated MDMT = -105 °C (UCS-68(c) applies.)<br>Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C | UCS-66(b)(3): Coincident ratio = 0.1754077 |
| 8. | Flange rating governs:<br>Flange rated MDMT = -105 °C (UCS-68(c) applies.)<br>Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C | UCS-66(b)(3): Coincident ratio = 0.1750631 |

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

| | | |
|---|---|---|
| 9. | Flange rating governs:<br>Flange rated MDMT = -105 °C (UCS-68(c) applies.)<br>Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C | UCS-66(b)(3): Coincident ratio = 0.189694 |
| 10. | Flange rating governs:<br>Flange rated MDMT = -105 °C (UCS-68(c) applies.)<br>Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C | UCS-66(b)(3): Coincident ratio = 0.1798077 |

Design notes are available on the <u>Settings Summary</u> page.

**⊕ Performance Group (USA), Inc**

### Revision History

| No. | Date | Operator | Notes |
|-----|------|----------|-------|
| 0 | 12/20/2007 | BJ | New vessel created ASME Section VIII Division 1 [Build 6256] |

● Performance Group (USA), Inc

**Settings Summary**

**COMPRESS Build 6256**

**Units: SI**

**Datum Line Location: 0.00 mm from bottom seam**

**Design**

ASME Section VIII Division 1, 2007 Edition Metric

| | |
|---|---|
| Design or Rating: | Get Thickness from Pressure |
| Minimum thickness: | 1.50 mm per UG-16(b) |
| Design for cold shut down only: | No |
| Design for lethal service (full radiography required): | No |
| Design nozzles for: | Design P, find nozzle MAWP and MAP |
| Corrosion weight loss: | 100% of theoretical loss |
| UG-23 Stress Increase: | 1.20 |
| Skirt/legs stress increase: | 1.0 |
| Minimum nozzle projection: | 152.40 mm |
| Juncture calculations for α > 30 only: | Yes |
| Preheat P-No 1 Materials > 1.25&#34 and <= 1.50" thick: | No |

Butt welds are tapered per Figure UCS-66.3(a).

**Hydro/Pneumatic Test**

| | |
|---|---|
| Shop Hydrotest Pressure: | 1.3 times vessel MAWP |
| Test liquid specific gravity: | 1.00 |
| Maximum stress during test: | 90% of yield |

**Required Marking - UG-116**

| | |
|---|---|
| UG-116 (e) Radiography: | RT3 |
| UG-116 (f) Postweld heat treatment: | HT |

**Code Interpretations**

| | |
|---|---|
| Use Code Case 2547: | No |
| Apply interpretation VIII-1-83-66: | Yes |
| Apply interpretation VIII-1-86-175: | Yes |
| Apply interpretation VIII-1-83-115: | Yes |
| Apply interpretation VIII-1-01-37: | Yes |
| Disallow UG-20(f) exemptions: | No |

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⦿ Performance Group (USA), Inc**

**UG-22 Loadings**

| | |
|---|---|
| UG-22 (a) Internal or External Design Pressure : | Yes |
| UG-22 (b) Weight of the vessel and normal contents under operating or test conditions: | Yes |
| UG-22 (c) Superimposed static reactions from weight of attached equipment (external loads): | No |
| UG-22 (d)(2) Vessel supports such as lugs, rings, skirts, saddles and legs: | Yes |
| UG-22 (f) Wind reactions: | No |
| UG-22 (f) Seismic reactions: | No |

Note: UG-22 (b),(c) and (f) loads only considered when supports are present.

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⦿ Performance Group (USA), Inc**

### Thickness Summary

| Component Identifier | Material | Diameter (mm) | Length (mm) | Nominal t (mm) | Design t (mm) | Joint E | Load |
|---|---|---|---|---|---|---|---|
| F&D Head #1 | SA-285 C | 1500.00 OD | 284.93 | 9.00* | 6.33 | 0.8500 | Internal |
| Straight Flange on F&D Head #1 | SA-285 C | 1500.00 OD | 50.80 | 9.00 | 7.33 | 0.8500 | External |
| Cylinder #1 | SA-285 C | 1500.00 OD | 2000.00 | 9.00 | 7.33 | 0.8500 | External |
| Straight Flange on F&D Head #2 | SA-285 C | 1500.00 OD | 50.80 | 9.00 | 7.33 | 0.8500 | External |
| F&D Head #2 | SA-285 C | 1500.00 OD | 280.61 | 9.00* | 6.19 | 0.8500 | Internal |

Nominal t:   Vessel wall nominal thickness

Design t:   Required vessel thickness due to governing loading + corrosion

Joint E:   Longitudinal seam joint efficiency

*       Head minimum thickness after forming

Load

Internal:   Circumferential stress due to internal pressure governs

external:   External pressure governs

Wind:   Combined longitudinal stress of pressure + weight + wind governs

Seismic:   Combined longitudinal stress of pressure + weight + seismic governs

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

🔴 **Performance Group (USA), Inc**

### Weight Summary

| Component | Weight ( kg) Contributed by Vessel Elements | | | | | | |
|---|---|---|---|---|---|---|---|
| | Metal New* | Metal Corroded* | Insulation & Supports | Lining | Piping + Liquid | Operating Liquid | Test Liquid |
| F&D Head #1 | 160.89 | 133.70 | 0.00 | 0.00 | 0.00 | 360.47 | 360.37 |
| Cylinder #1 | 651.29 | 542.10 | 0.00 | 0.00 | 0.00 | 3,462.08 | 3,461.92 |
| F&D Head #2 | 164.36 | 136.59 | 0.00 | 0.00 | 0.00 | 368.91 | 368.90 |
| Legs #1 | 89.59 | 89.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL: | 1,066.13 | 901.99 | 0.00 | 0.00 | 0.00 | 4,191.47 | 4,191.19 |

\* Shells with attached nozzles have weight reduced by material cut out for opening.

| Component | Weight ( kg) Contributed by Attachments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Body Flanges | | Nozzles & Flanges | | Packed Beds | Ladders & Platforms | Trays & Supports | Rings & Clips | Vertical Loads |
| | New | Corroded | New | Corroded | | | | | |
| F&D Head #1 | 0.00 | 0.00 | 34.16 | 34.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cylinder #1 | 0.00 | 0.00 | 162.78 | 162.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F&D Head #2 | 0.00 | 0.00 | 8.17 | 8.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legs #1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL: | 0.00 | 0.00 | 205.12 | 205.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Vessel operating weight, Corroded: 5,299 kg
Vessel operating weight, New:  5,463 kg
Vessel empty weight, Corroded: 1,107 kg
Vessel empty weight, New:  1,271 kg
Vessel test weight, New:  5,462 kg

### Vessel center of gravity location - from datum - lift condition

Vessel Lift Weight, New: 1,271 kg
Center of Gravity:  991.95 mm

### Vessel Capacity

Vessel Capacity** (New):  4,174 liters
Vessel Capacity** (Corroded): 4,174 liters
**The vessel capacity does not include volume of nozzle, piping or other attachments.

**⊕ Performance Group (USA), Inc**

## Hydrostatic Test

**Shop test pressure determination for Chamber bounded by F&D Head #2 and F&D Head #1 based on MAWP per UG-99(b)**

Shop hydrostatic test gauge pressure is 447.2 kPa at 21.11 °C (the chamber MAWP = 344 kPa)

The shop test is performed with the vessel in the horizontal position.

| Identifier | Local test pressure kPa | Test liquid static head kPa | UG-99 stress ratio | UG-99 pressure factor | Stress during test MPa | Allowable test stress MPa | Stress excessive? |
|---|---|---|---|---|---|---|---|
| F&D Head #1 (1) | 461.72 | 14.52 | 1 | 1.30 | 37.194 | 184.5 | No |
| Straight Flange on F&D Head #1 | 461.72 | 14.52 | 1 | 1.30 | 38.245 | 184.5 | No |
| Cylinder #1 | 461.72 | 14.52 | 1 | 1.30 | 38.245 | 184.5 | No |
| Straight Flange on F&D Head #2 | 461.72 | 14.52 | 1 | 1.30 | 38.245 | 184.5 | No |
| F&D Head #2 | 461.72 | 14.52 | 1 | 1.30 | 34.568 | 184.5 | No |
| Inspection Port (N7) | 463.3 | 16.1 | 1 | 1.30 | 82.275 | 276.75 | No |
| Liquid Level (N1) | 460.28 | 13.08 | 1 | 1.30 | 83.643 | 276.75 | No |
| NaOH Fill (N5) | 456.68 | 9.48 | 1 | 1.30 | 48.87 | 276.75 | No |
| Outlet (N6) | 454.96 | 7.76 | 1 | 1.30 | 50.258 | 276.75 | No |
| Spare (N3) | 457.17 | 9.97 | 1 | 1.30 | 48.525 | 276.75 | No |
| Vent/Overflow (N2) | 460.03 | 12.83 | 1 | 1.30 | 62.437 | 276.75 | No |
| Water Fill (N4) | 457.49 | 10.29 | 1 | 1.30 | 48.957 | 276.75 | No |

Notes:
(1) F&D Head #1 limits the UG-99 stress ratio.
(2) $P_L$ stresses at nozzle openings have been estimated using the method described in PVP-Vol. 399, pages 77-82.
(3) VIII-2, AD-151.1(b) used as the basis for nozzle allowable test stress.
(4) The zero degree angular position is assumed to be up, and the test liquid height is assumed to the top-most flange.

The field test condition has not been investigated for the Chamber bounded by F&D Head #2 and F&D Head #1.

The test temperature of 21.11 °C is warmer than the minimum recommended temperature of -31 °C so the brittle fracture provision of UG-99(h) has been met.

13/130

**P** Performance Group (USA), Inc

## Vacuum Summary

| Component | Line of Support | Elevation above Datum (mm) | Length Le (mm) |
|---|---|---|---|
| F&D Head #1 | - | 2315.73 | N/A |
| - | 1/3 depth of F&D Head #1 | 2136.11 | N/A |
| Straight Flange on F&D Head #1 Top | - | 2050.80 | 2277.45 |
| Straight Flange on F&D Head #1 Bottom | - | 2000.00 | 2277.45 |
| Cylinder #1 Top | - | 2000.00 | 2277.45 |
| Cylinder #1 Bottom | - | 0.00 | 2277.45 |
| Straight Flange on F&D Head #2 Top | - | 0.00 | 2277.45 |
| Straight Flange on F&D Head #2 Bottom | - | -50.80 | 2277.45 |
| - | 1/3 depth of F&D Head #2 | -141.34 | N/A |
| F&D Head #2 | - | -331.41 | N/A |

| Note |
|---|
| For main components, the listed value of 'Le' is the largest unsupported length for the component. |

● **Performance Group (USA), Inc**

**Engineering Notes**

Note: Unit to be Externally Sand Blasted and painted with an Epoxy primer and (2) high build coats of Catalyzed Epoxy Overcoat.

**⊕ Performance Group (USA), Inc**

Cylinder #1

**ASME Section VIII Division 1, 2007 Edition Metric**

Component:                                     Cylinder
Material specification:                    SA-285 C (II-D Metric p. 10, ln. 3)
Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.34027)

Internal design pressure: P = 344 kPa @ 200°C
External design pressure: $P_e$ = 103.421 kPa @ 200°C

**Static liquid head:**

$P_s$ =24.0207 kPa (SG=1.0000, $H_s$=2451.47 mm Operating head)
$P_{th}$ =14.5213 kPa (SG=1.0000, $H_s$=1482.00 mm, Horizontal test head)

Corrosion allowance:        Inner C = 0.00 mm        Outer C = 1.50 mm

Design MDMT = -28.89°C              No impact test performed
Rated MDMT = -105.00°C             Material is not normalized
                                                      Material is not produced to Fine Grain Practice
                                                      PWHT is performed

Radiography:        Longitudinal joint -         Spot UW-11(b) Type 1
                              Top circumferential joint -   Spot UW-11(b) Type 2
                              Bottom circumferential joint - Spot UW-11(b) Type 1

Estimated weight:  New = 660.4310 kg        corr = 549.7228 kg
Capacity:               New = 3449.9780 liters    corr = 3449.9780 liters
OD = 1500.00 mm
Length $L_c$ = 2000.00 mm
t = 9.00 mm

**Design thickness, (at 200.00°C) Appendix 1-1**

$t$   =   $P*R_o/(S*E + 0.40*P)$ + Corrosion
     =   368.02*750.00/(108000*0.85 + 0.40*368.02) + 1.50
     =   4.5034 mm

**Maximum allowable working pressure, (at 200.00°C) Appendix 1-1**

$P$   =   $S*E*t/(R_o - 0.40*t) - P_s$
     =   108000*0.85*7.4989 / (750.00 - 0.40*7.4989) - 24.0207
     =   897.5255 kPa

**Maximum allowable pressure, (at 21.11°C) Appendix 1-1**

$P$   =   $S*E*t/(R_o - 0.40*t)$
     =   108000*0.85*9.0000 / (750.00 - 0.40*9.0000)
     =   1106.9132 kPa

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

# ⓕ Performance Group (USA), Inc

## External Pressure, (Corroded & at 200.00°C) UG-28(c)

$L/D_o = 2277.4470/1500.0000 = 1.5183$
$D_o/t = 1500.0000/5.833334 = 257.1428$

From table G:          A = 0.000210
From table CS-2 Metric:  B = 19.9455 MPa

$P_a = 4*B/(3*(D_o/t))$
$= 4*19.9455/(3*(1500.0000/5.833334))$
$= 103.4212$ kPa

## Design thickness for external pressure $P_a = 103.4212$ kPa

= t + Corrosion = 5.833334 + 1.50 = 7.33 mm

## Maximum Allowable External Pressure, (Corroded & at 200.00°C) UG-28(c)

$L/D_o = 2277.4470/1500.00 = 1.5183$
$D_o/t = 1500.00/7.4989 = 200.0304$

From table G:          A = 0.000303
From table CS-2 Metric:  B = 28.8971 MPa

$P_a = 4*B/(3*(D_o/t))$
$= 4*28.8971/(3*(1500.00/7.4989))$
$= 192.6183$ kPa

## % Extreme fiber elongation - UCS-79(d)

$= (50 * t / R_f) * (1 - R_f / R_o)$
$= (50 * 9.00 / 745.5001) * (1 - 745.5001 / \infty)$
$= 0.6036$ %

## External Pressure + Weight Check (Bergman, ASME paper 54-A-104)

$P_v = W / (2*\pi*R_m) + M / (\pi*R_m^2)$
$= 875.80 / (2*\pi*744.7495) + 1586.11 / (\pi*744.7495^2)$
$= 27.4568$ N/cm

$\alpha = P_v / (P_e*D_o)$
$= 27.456818 / (103.4214*1500.0000)$
$= 0.0177$

$n = 5$

$m = 1.23 / (L/D_o)^2$
$= 1.23 / (2277.447021/1500.0000)^2$
$= 0.5336$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

Ratio $P_e$ = $(n^2 - 1 + m + m*\alpha) / (n^2 - 1 + m)$
      = $(5^2 - 1 + 0.533570 + 0.533570*0.017699) / (5^2 - 1 + 0.533570)$
      = 1.0004
Ratio $P_e * P_e \le$ MAEP design cylinder thickness is satisfactory.

**External Pressure + Weight Check at Bottom Seam (Bergman, ASME paper 54-A-104)**

$P_v$     = $W / (2*\pi*R_m) + M / (\pi*R_m^2)$
      = $875.80 / (2*\pi*744.7495) + 0.00 / (\pi*744.7495^2)$
      = 18.3543 N/cm

$\alpha$     = $P_v / (P_e*D_o)$
      = $18.354259 / (103.4214*1500.0000)$
      = 0.0118

$n$     = 5

$m$     = $1.23 / (L/D_o)^2$
      = $1.23 / (2277.447021/1500.0000)^2$
      = 0.5336

Ratio $P_e$ = $(n^2 - 1 + m + m*\alpha) / (n^2 - 1 + m)$
      = $(5^2 - 1 + 0.533570 + 0.533570*0.011831) / (5^2 - 1 + 0.533570)$
      = 1.0003
Ratio $P_e * P_e \le$ MAEP design cylinder thickness is satisfactory.

**Design thickness = 7.33 mm**

The governing condition is due to external pressure.

The cylinder thickness of 9.00 mm is adequate.

**Thickness Required Due to Pressure + External Loads**

| Condition | Pressure P ( kPa) | Allowable Stress Before UG-23 Stress Increase ( MPa) | | Temperature (°C) | Corrosion C (mm) | Location | Load | Req'd Thk Due to Tension (mm) | Req'd Thk Due to Compression (mm) |
|---|---|---|---|---|---|---|---|---|---|
| | | $S_t$ | $S_c$ | | | | | | |
| Operating, Hot & Corroded | 344.00 | 108.00 | 81.47 | 200.00 | 1.5000 | top | Weight | 1.1708 | 1.1539 |
| | | | | | | Bottom | Weight | 1.1624 | 1.1624 |
| Operating, Hot & New | 344.00 | 108.00 | 85.17 | 200.00 | 0.0000 | top | Weight | 1.1681 | 1.1513 |
| | | | | | | Bottom | Weight | 1.1697 | 1.1597 |
| Hot Shut Down, Corroded | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | top | Weight | 0.0114 | 0.0337 |
| | | | | | | Bottom | Weight | 0.0225 | 0.0225 |
| Hot Shut Down, New | 0.00 | 108.00 | 85.17 | 200.00 | 0.0000 | top | Weight | 0.0142 | 0.0356 |
| | | | | | | Bottom | Weight | 0.0249 | 0.0249 |
| Empty, Corroded | 0.00 | 108.00 | 90.27 | -17.78 | 1.5000 | top | Weight | 0.0102 | 0.0304 |
| | | | | | | Bottom | Weight | 0.0203 | 0.0203 |

18/130

**🔅 Performance Group (USA), Inc**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Empty, New | 0.00 | 108.00 | 95.01 | -17.78 | 0.0000 | top | Weight | 0.0128 | 0.0319 |
| | | | | | | Bottom | Weight | 0.0223 | 0.0223 |
| Vacuum | -103.42 | 108.00 | 81.47 | 200.00 | 1.5000 | top | Weight | 0.4816 | 0.5039 |
| | | | | | | Bottom | Weight | 0.4927 | 0.4927 |
| Hot Shut Down, Corroded, Weight & Eccentric Moments Only | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | top | Weight | 0.0114 | 0.0337 |
| | | | | | | Bottom | Weight | 0.0225 | 0.0225 |

**Allowable Compressive Stress, Hot and Corroded- $S_{cHC}$, (table CS-2 Metric)**

$A$     =     $0.125 / (R_o / t)$

       =     $0.125 / (750.0000 / 7.4989)$

       =     $0.001250$

$B$     =     $81.4695$ MPa

$S$     =     $108.0000 / 1.0000$

       =     $108.0000$ MPa

$S_{cHC}$     =     $81.4695$ MPa

**Allowable Compressive Stress, Hot and New- $S_{cHN}$, (table CS-2 Metric)**

$A$     =     $0.125 / (R_o / t)$

       =     $0.125 / (750.0000 / 9.0000)$

       =     $0.001500$

$B$     =     $85.1720$ MPa

$S$     =     $108.0000 / 1.0000$

       =     $108.0000$ MPa

$S_{cHN}$     =     $85.1720$ MPa

**Allowable Compressive Stress, Cold and New- $S_{cCN}$, (table CS-2 Metric)**

$A$     =     $0.125 / (R_o / t)$

       =     $0.125 / (750.0000 / 9.0000)$

       =     $0.001500$

$B$     =     $95.0147$ MPa

$S$     =     $108.0000 / 1.0000$

       =     $108.0000$ MPa

$S_{cCN}$     =     $95.0147$ MPa

**Allowable Compressive Stress, Cold and Corroded- $S_{cCC}$, (table CS-2 Metric)**

$A$     =     $0.125 / (R_o / t)$

       =     $0.125 / (750.0000 / 7.4989)$

       =     $0.001250$

$B$     =     $90.2737$ MPa

$S$     =     $108.0000 / 1.0000$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⑥ Performance Group (USA), Inc**

|   | = | 108.0000 MPa |
| $S_{eCC}$ | = | 90.2737 MPa |

**Allowable Compressive Stress, Vacuum and Corroded- $S_{cVC}$, (table CS-2 Metric)**

| A | = | 0.125 / ($R_o$ / t) |
|   | = | 0.125 / (750.0000 / 7.4989) |
|   | = | 0.001250 |
| B | = | 81.4695 MPa |
| S | = | 108.0000 / 1.0000 |
|   | = | 108.0000 MPa |
| $S_{cVC}$ | = | 81.4695 MPa |

**Operating, Hot & Corroded, Above Support Point**

$t_p$ = P*R/(2*$S_t$*$K_s$*$E_c$ + 0.40*|P|)        (Pressure)
   = 344.00*741.0000/(2*108000*1.0000*1.00 + 0.40*|344.0000|)
   = 1.18 mm

$t_m$ = M/($\pi$*$R_m^2$*$S_t$*$K_s$*$E_c$) * MetricFactor        (bending)
   = 1586/($\pi$*744.7495$^2$*108000*1.0000*1.00) * $10^6$
   = 0.01 mm

$t_w$ = W/(2*$\pi$*$R_m$*$S_t$*$K_s$*$E_c$) * MetricFactor        (Weight)
   = 876/(2*$\pi$*744.7495*108000*1.0000*1.00) * $10^4$
   = 0.02 mm

$t_t$ = $t_p$ + $t_m$ - $t_w$        (total required, tensile)
   = 1.179360 + 0.008428 - (0.016995)
   = 1.17 mm

$t_c$ = |$t_{mc}$ + $t_{wc}$ - $t_{pc}$|        (total, net tensile)
   = |0.008428 + (0.016995) - (1.179360)|
   = 1.15 mm

**Maximum allowable working pressure, Longitudinal Stress**

P = 2*$S_t$*$K_s$*$E_c$*(t-$t_m$+$t_w$) / (R - 0.40*(t-$t_m$+$t_w$))
   = 2*108000*1.0000*1.00*(7.4989-0.008428+(0.016995)) / (741.0000 - 0.40*(7.4989-0.008428+(0.016995)))
   = 2197.30 kPa

**Operating, Hot & New, Above Support Point**

$t_p$ = P*R/(2*$S_t$*$K_s$*$E_c$ + 0.40*|P|)        (Pressure)
   = 344.00*741.0000/(2*108000*1.0000*1.00 + 0.40*|344.0000|)
   = 1.18 mm

$t_m$ = M/($\pi$*$R_m^2$*$S_t$*$K_s$*$E_c$) * MetricFactor        (bending)

**Performance Group (USA), Inc**

$$= 1586/(\pi * 745.5001^2 * 108000 * 1.0000 * 1.00) * 10^6$$
$$= 0.01 \text{ mm}$$

$t_w = W/(2 * \pi * R_m * S_l * K_s * E_c) * \text{MetricFactor}$     (Weight)
$$= 1013/(2 * \pi * 745.5001 * 108000 * 1.0000 * 1.00) * 10^4$$
$$= 0.02 \text{ mm}$$

$t_t = t_p + t_m - t_w$     (total required, tensile)
$$= 1.179360 + 0.008411 - (0.019633)$$
$$= \underline{1.17 \text{ mm}}$$

$t_c = |t_{mo} + t_{wc} - t_{pc}|$     (total, net tensile)
$$= |0.008411 + (0.019633) - (1.179360)|$$
$$= \underline{1.15 \text{ mm}}$$

**Maximum allowable working pressure, Longitudinal Stress**

$P = 2 * S_l * K_s * E_c * (t - t_m + t_w) / (R - 0.40 * (t - t_m + t_w))$
$$= 2 * 108000 * 1.0000 * 1.00 * (9.0000 - 0.008411 + (0.019633)) / (741.0000 - 0.40 * (9.0000 - 0.008411 + (0.019633)))$$
$$= 2639.59 \text{ kPa}$$

**Hot Shut Down, Corroded, Above Support Point**

$t_p = 0.00 \text{ mm}$     (Pressure)
$t_m = M/(\pi * R_m^2 * S_c * K_s) * \text{MetricFactor}$     (bending)
$$= 1586/(\pi * 744.7495^2 * 81469 * 1.0000) * 10^6$$
$$= 0.01 \text{ mm}$$

$t_w = W/(2 * \pi * R_m * S_c * K_s) * \text{MetricFactor}$     (Weight)
$$= 876/(2 * \pi * 744.7495 * 81469 * 1.0000) * 10^4$$
$$= 0.02 \text{ mm}$$

$t_t = |t_p + t_m - t_w|$     (total, net compressive)
$$= |0.000000 + 0.011173 - (0.022529)|$$
$$= \underline{0.01 \text{ mm}}$$

$t_c = t_{mo} + t_{wo} - t_{pc}$     (total required, compressive)
$$= 0.011173 + (0.022529) - (0.000000)$$
$$= \underline{0.03 \text{ mm}}$$

**Hot Shut Down, New, Above Support Point**

$t_p = 0.00 \text{ mm}$     (Pressure)
$t_m = M/(\pi * R_m^2 * S_c * K_s) * \text{MetricFactor}$     (bending)
$$= 1586/(\pi * 745.5001^2 * 85172 * 1.0000) * 10^6$$
$$= 0.01 \text{ mm}$$

$t_w = W/(2 * \pi * R_m * S_c * K_s) * \text{MetricFactor}$     (Weight)
$$= 1013/(2 * \pi * 745.5001 * 85172 * 1.0000) * 10^4$$

🔴 **Performance Group (USA), Inc**

$= 0.02$ mm

$t_t = |t_p + t_m - t_w|$                         (total, net compressive)
$= |0.000000 + 0.010666 - (0.024895)|$
$= \underline{0.01}$ mm

$t_c = t_{mc} + t_{wc} - t_{pc}$                (total required, compressive)
$= 0.010666 + (0.024895) - (0.000000)$
$= \underline{0.04}$ mm

### Empty, Corroded, Above Support Point

$t_p = 0.00$ mm                                (Pressure)
$t_m = M/(\pi * R_m^2 * S_c * K_s) * MetricFactor$    (bending)
$= 1586/(\pi * 744.7495^2 * 90274 * 1.0000) * 10^6$
$= 0.01$ mm

$t_w = W/(2 * \pi * R_m * S_c * K_s) * MetricFactor$    (Weight)
$= 876/(2 * \pi * 744.7495 * 90274 * 1.0000) * 10^4$
$= 0.02$ mm

$t_t = |t_p + t_m - t_w|$                         (total, net compressive)
$= |0.000000 + 0.010083 - (0.020332)|$
$= \underline{0.01}$ mm

$t_c = t_{mc} + t_{wc} - t_{pc}$               (total required, compressive)
$= 0.010083 + (0.020332) - (0.000000)$
$= \underline{0.03}$ mm

### Empty, New, Above Support Point

$t_p = 0.00$ mm                                (Pressure)
$t_m = M/(\pi * R_m^2 * S_c * K_s) * MetricFactor$    (bending)
$= 1586/(\pi * 745.5001^2 * 95015 * 1.0000) * 10^6$
$= 0.01$ mm

$t_w = W/(2 * \pi * R_m * S_c * K_s) * MetricFactor$    (Weight)
$= 1013/(2 * \pi * 745.5001 * 95015 * 1.0000) * 10^4$
$= 0.02$ mm

$t_t = |t_p + t_m - t_w|$                         (total, net compressive)
$= |0.000000 + 0.009561 - (0.022316)|$
$= \underline{0.01}$ mm

$t_c = t_{mc} + t_{wc} - t_{pc}$               (total required, compressive)
$= 0.009561 + (0.022316) - (0.000000)$
$= \underline{0.03}$ mm

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

🅵 **Performance Group (USA), Inc**

---

**<u>Vacuum, Above Support Point</u>**

$t_p$ = $P*R/(2*S_c*K_s + 0.40*|P|)$  (Pressure)
  = $-103.42*741.0000/(2*81469*1.0000 + 0.40*|103.4214|)$
  = $-0.47$ mm

$t_m$ = $M/(\pi*R_m^2*S_c*K_s)$ * MetricFactor  (bending)
  = $1586/(\pi*744.7495^2*81469*1.0000) * 10^6$
  = $0.01$ mm

$t_w$ = $W/(2*\pi*R_m*S_c*K_s)$ * MetricFactor  (Weight)
  = $876/(2*\pi*744.7495*81469*1.0000) * 10^4$
  = $0.02$ mm

$t_t$ = $|t_p + t_m - t_w|$  (total, net compressive)
  = $|-0.470212 + 0.011173 - (0.022529)|$
  = <u>0.48 mm</u>

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$  (total required, compressive)
  = $0.011173 + (0.022529) - (-0.470212)$
  = <u>0.50 mm</u>

**<u>Hot Shut Down, Corroded, Weight & Eccentric Moments Only, Above Support Point</u>**

$t_p$ = $0.00$ mm  (Pressure)

$t_m$ = $M/(\pi*R_m^2*S_c*K_s)$ * MetricFactor  (bending)
  = $1586/(\pi*744.7495^2*81469*1.0000) * 10^6$
  = $0.01$ mm

$t_w$ = $W/(2*\pi*R_m*S_c*K_s)$ * MetricFactor  (Weight)
  = $876/(2*\pi*744.7495*81469*1.0000) * 10^4$
  = $0.02$ mm

$t_t$ = $|t_p + t_m - t_w|$  (total, net compressive)
  = $|0.000000 + 0.011173 - (0.022529)|$
  = <u>0.01 mm</u>

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$  (total required, compressive)
  = $0.011173 + (0.022529) - (0.000000)$
  = <u>0.03 mm</u>

**<u>Operating, Hot & Corroded, Below Support Point</u>**

$t_p$ = $P*R/(2*S_t*K_s*E_c + 0.40*|P|)$  (Pressure)
  = $344.00*741.0000/(2*108000*1.0000*1.00 + 0.40*|344.0000|)$
  = $1.18$ mm

$t_m$ = $M/(\pi*R_m^2*S_t*K_s*E_c)$ * MetricFactor  (bending)
  = $0/(\pi*744.7495^2*108000*1.0000*1.00) * 10^6$
  = $0.00$ mm

**⊕ Performance Group (USA), Inc**

$t_w = W/(2*\pi*R_m*S_t*K_s*E_c) *$ MetricFactor     (Weight)
   $= 876/(2*\pi*744.7495*108000*1.0000*1.00) * 10^4$
   $= 0.02$ mm

$t_t = t_p + t_m - t_w$     (total required, tensile)
   $= 1.179360 + 0.000000 - (0.016995)$
   $= \underline{1.16}$ mm

$t_o = |t_{mc} + t_{wc} - t_{pc}|$     (total, net tensile)
   $= |0.000000 + (0.016995) - (1.179360)|$
   $= \underline{1.16}$ mm

**Maximum allowable working pressure, Longitudinal Stress**

$P = 2*S_t*K_s*E_c*(t-t_m+t_w) / (R - 0.40*(t-t_m+t_w))$
   $= 2*108000*1.0000*1.00*(7.4989-0.000000+(0.016995)) / (741.0000 - 0.40*(7.4989-0.000000+(0.016995)))$
   $= 2199.78$ kPa

**<u>Operating, Hot & New, Below Support Point</u>**

$t_p = P*R/(2*S_t*K_s*E_c + 0.40*|P|)$     (Pressure)
   $= 344.00*741.0000/(2*108000*1.0000*1.00 + 0.40*|344.0000|)$
   $= 1.18$ mm

$t_m = M/(\pi*R_m^2*S_t*K_s*E_c) *$ MetricFactor     (bending)
   $= 0/(\pi*745.5001^2*108000*1.0000*1.00) * 10^6$
   $= 0.00$ mm

$t_w = W/(2*\pi*R_m*S_t*K_s*E_c) *$ MetricFactor     (Weight)
   $= 1013/(2*\pi*745.5001*108000*1.0000*1.00) * 10^4$
   $= 0.02$ mm

$t_t = t_p + t_m - t_w$     (total required, tensile)
   $= 1.179360 + 0.000000 - (0.019633)$
   $= \underline{1.16}$ mm

$t_o = |t_{mc} + t_{wc} - t_{pc}|$     (total, net tensile)
   $= |0.000000 + (0.019633) - (1.179360)|$
   $= \underline{1.16}$ mm

**Maximum allowable working pressure, Longitudinal Stress**

$P = 2*S_t*K_s*E_c*(t-t_m+t_w) / (R - 0.40*(t-t_m+t_w))$
   $= 2*108000*1.0000*1.00*(9.0000-0.000000+(0.019633)) / (741.0000 - 0.40*(9.0000-0.000000+(0.019633)))$
   $= 2642.07$ kPa

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

**Hot Shut Down, Corroded, Below Support Point**

$t_p$ = 0.00 mm                                    (Pressure)
$t_m$ = $M/(\pi*R_m{}^2*S_c*K_s)$ * MetricFactor            (bending)
   = $0/(\pi*744.7495^2*81469*1.0000) * 10^6$
   = 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_a*K_s)$ * MetricFactor             (Weight)
   = $876/(2*\pi*744.7495*81469*1.0000) * 10^4$
   = 0.02 mm

$t_t$ = $|t_p + t_m - t_w|$                            (total, net compressive)
   = $|0.000000 + 0.000000 - (0.022529)|$
   = <u>0.02 mm</u>

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$                          (total required, compressive)
   = $0.000000 + (0.022529) - (0.000000)$
   = <u>0.02 mm</u>

**Hot Shut Down, New, Below Support Point**

$t_p$ = 0.00 mm                                    (Pressure)
$t_m$ = $M/(\pi*R_m{}^2*S_c*K_s)$ * MetricFactor            (bending)
   = $0/(\pi*745.5001^2*85172*1.0000) * 10^6$
   = 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_a*K_s)$ * MetricFactor             (Weight)
   = $1013/(2*\pi*745.5001*85172*1.0000) * 10^4$
   = 0.02 mm

$t_t$ = $|t_p + t_m - t_w|$                            (total, net compressive)
   = $|0.000000 + 0.000000 - (0.024895)|$
   = <u>0.02 mm</u>

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$                          (total required, compressive)
   = $0.000000 + (0.024895) - (0.000000)$
   = <u>0.02 mm</u>

**Empty, Corroded, Below Support Point**

$t_p$ = 0.00 mm                                    (Pressure)
$t_m$ = $M/(\pi*R_m{}^2*S_c*K_s)$ * MetricFactor            (bending)
   = $0/(\pi*744.7495^2*90274*1.0000) * 10^6$
   = 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_a*K_s)$ * MetricFactor             (Weight)
   = $876/(2*\pi*744.7495*90274*1.0000) * 10^4$
   = 0.02 mm

$t_t$ = $|t_p + t_m - t_w|$                            (total, net compressive)

**⦿ Performance Group (USA), Inc**

$\qquad = |0.000000 + 0.000000 - (0.020332)|$

$\qquad = \underline{0.02\ mm}$

$t_c = t_{mc} + t_{wc} - t_{pc}$ \qquad\qquad (total required, compressive)

$\qquad = 0.000000 + (0.020332) - (0.000000)$

$\qquad = \underline{0.02\ mm}$

## Empty, New, Below Support Point

$t_p = 0.00\ mm$ \qquad\qquad (Pressure)

$t_m = M/(\pi * R_m^2 * S_c * K_s) * \text{MetricFactor}$ \qquad (bending)

$\qquad = 0/(\pi * 745.5001^2 * 95015 * 1.0000) * 10^6$

$\qquad = 0.00\ mm$

$t_w = W/(2 * \pi * R_m * S_c * K_s) * \text{MetricFactor}$ \qquad (Weight)

$\qquad = 1013/(2 * \pi * 745.5001 * 95015 * 1.0000) * 10^4$

$\qquad = 0.02\ mm$

$t_t = |t_p + t_m - t_w|$ \qquad\qquad (total, net compressive)

$\qquad = |0.000000 + 0.000000 - (0.022316)|$

$\qquad = \underline{0.02\ mm}$

$t_c = t_{mc} + t_{wc} - t_{pc}$ \qquad\qquad (total required, compressive)

$\qquad = 0.000000 + (0.022316) - (0.000000)$

$\qquad = \underline{0.02\ mm}$

## Vacuum, Below Support Point

$t_p = P * R/(2 * S_c * K_s + 0.40 * |P|)$ \qquad (Pressure)

$\qquad = -103.42 * 741.0000/(2 * 81469 * 1.0000 + 0.40 * |103.4214|)$

$\qquad = -0.47\ mm$

$t_m = M/(\pi * R_m^2 * S_c * K_s) * \text{MetricFactor}$ \qquad (bending)

$\qquad = 0/(\pi * 744.7495^2 * 81469 * 1.0000) * 10^6$

$\qquad = 0.00\ mm$

$t_w = W/(2 * \pi * R_m * S_c * K_s) * \text{MetricFactor}$ \qquad (Weight)

$\qquad = 876/(2 * \pi * 744.7495 * 81469 * 1.0000) * 10^4$

$\qquad = 0.02\ mm$

$t_t = |t_p + t_m - t_w|$ \qquad\qquad (total, net compressive)

$\qquad = |-0.470212 + 0.000000 - (0.022529)|$

$\qquad = \underline{0.49\ mm}$

$t_c = t_{mc} + t_{wc} - t_{pc}$ \qquad\qquad (total required, compressive)

$\qquad = 0.000000 + (0.022529) - (-0.470212)$

$\qquad = \underline{0.49\ mm}$

**Performance Group (USA), Inc**

**Hot Shut Down, Corroded, Weight & Eccentric Moments Only, Below Support Point**

$t_p$  = 0.00 mm                 (Pressure)

$t_m$  = $M/(\pi * R_m^2 * S_c * K_s)$ * MetricFactor      (bending)
    = $0/(\pi * 744.7495^2 * 81469 * 1.0000)$ * $10^6$
    = 0.00 mm

$t_w$  = $W/(2*\pi * R_m * S_c * K_s)$ * MetricFactor      (Weight)
    = $876/(2*\pi * 744.7495 * 81469 * 1.0000)$ * $10^4$
    = 0.02 mm

$t_t$  = $|t_p + t_m - t_w|$                  (total, net compressive)
    = $|0.000000 + 0.000000 - (0.022529)|$
    = <u>0.02 mm</u>

$t_o$  = $t_{mc} + t_{wc} - t_{pc}$             (total required, compressive)
    = $0.000000 + (0.022529) - (0.000000)$
    = <u>0.02 mm</u>

**ⓕ Performance Group (USA), Inc**

### F&D Head #1

**ASME Section VIII, Division 1, 2007 Edition Metric**

| | |
|---|---|
| Component: | F&D Head |
| Material Specification: | SA-285 C (II-D Metric p.10, ln. 3) |
| Straight Flange governs MDMT | |

Internal design pressure: P = 344 kPa @ 200 °C
External design pressure: $P_e$ = 103.4214 kPa @ 200 °C

**Static liquid head:**

$P_s$ = 3.926 kPa (SG=1, $H_s$=400.67 mm Operating head)
$P_{th}$ = 14.5213 kPa (SG=1, $H_s$=1482 Horizontal test head)

Corrosion allowance:          Inner C = 0 mm          Outer C = 1.5 mm

Design MDMT = -28.89°C          No impact test performed
Rated MDMT = -105°C              Material is not normalized
                                Material is not produced to fine grain practice
                                PWHT is performed
                                Do not Optimize MDMT / Find MAWP

| Radiography: | Category A joints - | Seamless No RT |
|---|---|---|
| | Head to shell seam - | Spot UW-11(b) Type 2 |

| Estimated weight*: | new = 160.9 kg | corr = 133.7 kg |
|---|---|---|
| Capacity*: | new = 355.8 liters | corr = 355.8 liters |

* includes straight flange

| | | |
|---|---|---|
| Outer diameter | = | 1500 mm |
| Crown radius L | = | 1450 mm |
| Knuckle radius r | = | 90 mm |
| Minimum head thickness | = | 9 mm |
| Straight flange length $L_{sf}$ | = | 50.8 mm |
| Nominal straight flange thickness $t_{sf}$ | = | 9 mm |

**Results Summary**

The governing condition is internal pressure.

| | | |
|---|---|---|
| Minimum thickness per UG-16 | = | 1.5 mm + 1.5 mm = 3 mm |
| Design thickness due to internal pressure (t) | = | 6.33 mm |
| Design thickness due to external pressure ($t_e$) | = | 5.79 mm |
| Maximum allowable working pressure (MAWP) | = | 537.26 kPa |
| Maximum allowable pressure (MAP) | = | 649.45 kPa |

**M (Corroded)**

$M = 1/4*[3 + (L/r)^{1/2}] = 1/4*[3 + (1,450/90)^{1/2}] = 1.753466$

**⬆ Performance Group (USA), Inc**

**M (New)**

$M = 1/4*[3 + (L/r)^{1/2}] = 1/4*[3 + (1,450/90)^{1/2}] = 1.753466$

**Design thickness for internal pressure, (Corroded at 200 °C) Appendix 1-4(d)**

$$t = P*L_o*M / (2*S*E + P*(M - 0.2)) + Corrosion$$
$$= 347.93*1,457.5*1.7535 / (2*108,000*0.85 + 347.93*(1.7535 - 0.2)) + 1.5$$
$$= 6.33 \text{ mm}$$

The head internal pressure design thickness is 6.33 mm.

**Maximum allowable working pressure, (Corroded at 200 °C) Appendix 1-4(d)**

$$P = 2*S*E*t / (M*L_o - t*(M - 0.2)) - P_s$$
$$= 2*108,000*0.85*7.5 / (1.7535*1,457.5 - 7.5*(1.7535 - 0.2)) - 3.93$$
$$= 537.26 \text{ kPa}$$

The maximum allowable working pressure (MAWP) is 537.26 kPa.

**Maximum allowable pressure, (New at 21.11 °C) Appendix 1-4(d)**

$$P = 2*S*E*t / (M*L_o - t*(M - 0.2)) - P_s$$
$$= 2*108,000*0.85*9 / (1.7535*1,459 - 9*(1.7535 - 0.2)) - 0$$
$$= 649.45 \text{ kPa}$$

The maximum allowable pressure (MAP) is 649.45 kPa.

**Design thickness for external pressure, (Corroded at 200 °C) UG-33(e)**

Equivalent outside spherical radius ($R_o$)
$$= \text{Outside crown radius}$$
$$= 1,457.5 \text{ mm}$$

$$A = 0.125 / (R_o/t)$$
$$= 0.125 / (1,457.5/4.29)$$
$$= 0.000368$$

From Table CS-2 Metric: B=35,1462 MPa

$$P_a = B/(R_o/t)$$
$$= 35,146.15/(1,457.5/4.29)$$
$$= 103.4213 \text{ kPa}$$

$$t = 4.29 \text{ mm} + Corrosion = 4.29 \text{ mm} + 1.5 \text{ mm} = 5.79 \text{ mm}$$
Check the external pressure per UG-33(a)(1) Appendix 1-4(d)

$$t = 1.67*P_e*L_o*M / (2*S*E + 1.67*P_e*(M - 0.2)) + Corrosion$$
$$= 1.67*103.42*1,457.5*1.7535 / (2*108,000*1 + 1.67*103.42*(1.7535 - 0.2)) + 1.5$$
$$= 3.54 \text{ mm}$$

The head external pressure design thickness ($t_e$) is 5.79 mm.

**⬤ Performance Group (USA), Inc**

**Maximum Allowable External Pressure, (Corroded at 200 °C) UG-33(e)**

Equivalent outside spherical radius ($R_o$)
- =     Outside crown radius
- =     1,457.5 mm

$A$    =     0.125 / ($R_o/t$)
      =     0.125 / (1,457.5/7.5)
      =     0.000643

From Table CS-2 Metric: B=61.7028 MPa

$P_a$    =     $B/(R_o/t)$
      =     61,702.78/(1,457.5/7.5)
      =     317.462 kPa

**Check the Maximum External Pressure, UG-33(a)(1) Appendix 1-4(d)**

$P$    =     $2*S*E*t / ((M*L_o - t*(M - 0.2))*1.67) - P_{s2}$
      =     2*108,000*1*7.5 / ((1.7535*1,457.5 - 7.5*(1.7535 - 0.2))*1.67) - 0
      =     381.25 kPa

The maximum allowable external pressure (MAEP) is <u>317.46</u> kPa.

**% Extreme fiber elongation - UCS-79(d)**

      =     $(75*t / R_f)*(1 - R_f / R_o)$
      =     $(75*9 / 94.5)*(1 - 94.5 / \infty)$
      =     7.1429%

**⊕ Performance Group (USA), Inc**

### Straight Flange on F&D Head #1

**ASME Section VIII Division 1, 2007 Edition Metric**

Component:                                     Straight Flange
Material specification:                   SA-285 C (II-D Metric p. 10, ln. 3)
Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.32217)

Internal design pressure: P = 344 kPa @ 200 °C
External design pressure: $P_e$ = 103.421 kPa @ 200 °C

**Static liquid head:**

$P_s$ = 4.4238 kPa   (SG=1.0000, $H_s$=451.47 mm Operating head)
$P_{th}$ = 14.5213 kPa (SG=1.0000, $H_s$=1482.00 mm, Horizontal test head)

Corrosion allowance:        Inner C = 0.00 mm        Outer C = 1.50 mm

Design MDMT = -28.89 °C            No impact test performed
Rated MDMT = -105.00 °C            Material is not normalized
                                                    Material is not produced to Fine Grain Practice
                                                    PWHT is performed

Radiography:          Longitudinal joint -          Seamless No RT
                              Circumferential joint -      Spot UW-11(b) Type 2

Estimated weight:  New = 16.7749 kg        corr = 13.9630 kg
Capacity:          New = 87.6294 liters      corr = 87.6294 liters
OD = 1500.00 mm
Length $L_c$ = 50.80 mm
t = 9.00 mm

**Design thickness, (at 200.00 °C) Appendix 1-1**

$t$  =  $P*R_o/(S*E + 0.40*P)$ + Corrosion
     =  348.42*750.00/(108000*0.85 + 0.40*348.42) + 1.50
     =  4.3459 mm

**Maximum allowable working pressure, (at 200.00 °C) Appendix 1-1**

$P$  =  $S*E*t/(R_o - 0.40*t) - P_s$
     =  108000*0.85*7.4989 / (750.00 - 0.40*7.4989) - 4.4238
     =  917.1224 kPa

**Maximum allowable pressure, (at 21.11 °C) Appendix 1-1**

$P$  =  $S*E*t/(R_o - 0.40*t)$
     =  108000*0.85*9.0000 / (750.00 - 0.40*9.0000)
     =  1106.9132 kPa

31/130

**⬤ Performance Group (USA), Inc**

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o = 2277.4470/1500.0000 = 1.5183$
$D_o/t = 1500.0000/5.833334 = 257.1428$

From table G:          $A = 0.000210$
From table CS-2 Metric:  $B = 19.9455$ MPa

$P_a = 4*B/(3*(D_o/t))$
    $= 4*19.9455/(3*(1500.0000/5.833334))$
    $= 103.4212$ kPa

**Design thickness for external pressure $P_a = 103.4212$ kPa**

$= t + Corrosion = 5.833334 + 1.50 = 7.33$ mm

**Maximum Allowable External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o = 2277.4470/1500.00 = 1.5183$
$D_o/t = 1500.00/7.4989 = 200.0304$

From table G:          $A = 0.000303$
From table CS-2 Metric:  $B = 28.8971$ MPa

$P_a = 4*B/(3*(D_o/t))$
    $= 4*28.8971/(3*(1500.00/7.4989))$
    $= 192.6183$ kPa

**% Extreme fiber elongation - UCS-79(d)**

$= (50 * t / R_f) * (1 - R_f / R_o)$
$= (50 * 9.00 / 745.5001) * (1 - 745.5001 / \infty)$
$= 0.6036$ %

**Design thickness = 7.33 mm**

The governing condition is due to external pressure.

The cylinder thickness of 9.00 mm is adequate.

**Thickness Required Due to Pressure + External Loads**

| Condition | Pressure P ( kPa) | Allowable Stress Before UG-23 Stress Increase ( MPa) | | Temperature (°C) | Corrosion C (mm) | Load | Req'd Thk Due to Tension (mm) | Req'd Thk Due to Compression (mm) |
|---|---|---|---|---|---|---|---|---|
| | | $S_t$ | $S_c$ | | | | | |
| Operating, Hot & Corroded | 344.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 1.4708 | 1.4689 |
| Operating, Hot & New | 344.00 | 108.00 | 85.17 | 200.00 | 0.0000 | Weight | 1.4701 | 1.4682 |

🅟 Performance Group (USA), Inc

| Hot Shut Down, Corroded | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.0034 | 0.0054 |
|---|---|---|---|---|---|---|---|---|
| Hot Shut Down, New | 0.00 | 108.00 | 85.17 | 200.00 | 0.0000 | Weight | 0.0039 | 0.0058 |
| Empty, Corroded | 0.00 | 108.00 | 90.27 | -17.78 | 1.5000 | Weight | 0.0030 | 0.0049 |
| Empty, New | 0.00 | 108.00 | 95.01 | -17.78 | 0.0000 | Weight | 0.0035 | 0.0052 |
| Vacuum | -103.42 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.4736 | 0.4756 |
| Hot Shut Down, Corroded, Weight & Eccentric Moments Only | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.0034 | 0.0054 |

**Allowable Compressive Stress, Hot and Corroded- $S_{cHC}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
| | = | $0.125 / (750.0000 / 7.4989)$ |
| | = | $0.001250$ |
| B | = | $81.4695$ MPa |
| S | = | $108.0000 / 1.0000$ |
| | = | $108.0000$ MPa |
| $S_{cHC}$ | = | $\underline{81.4695}$ MPa |

**Allowable Compressive Stress, Hot and New- $S_{cHN}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
| | = | $0.125 / (750.0000 / 9.0000)$ |
| | = | $0.001500$ |
| B | = | $85.1720$ MPa |
| S | = | $108.0000 / 1.0000$ |
| | = | $108.0000$ MPa |
| $S_{cHN}$ | = | $\underline{85.1720}$ MPa |

**Allowable Compressive Stress, Cold and New- $S_{cCN}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
| | = | $0.125 / (750.0000 / 9.0000)$ |
| | = | $0.001500$ |
| B | = | $95.0147$ MPa |
| S | = | $108.0000 / 1.0000$ |
| | = | $108.0000$ MPa |
| $S_{cCN}$ | = | $\underline{95.0147}$ MPa |

**Allowable Compressive Stress, Cold and Corroded- $S_{cCC}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
| | = | $0.125 / (750.0000 / 7.4989)$ |
| | = | $0.001250$ |
| B | = | $90.2737$ MPa |
| S | = | $108.0000 / 1.0000$ |

**⚙ Performance Group (USA), Inc**

|   | = | 108.0000 MPa |
| $S_{cCC}$ | = | 90.2737 MPa |

**Allowable Compressive Stress, Vacuum and Corroded- $S_{cVC}$, (table CS-2 Metric)**

| A | = | 0.125 / ($R_o$ / t) |
|   | = | 0.125 / (750.0000 / 7.4989) |
|   | = | 0.001250 |
| B | = | 81.4695 MPa |
| S | = | 108.0000 / 1.0000 |
|   | = | 108.0000 MPa |
| $S_{cVC}$ | = | 81.4695 MPa |

**Operating, Hot & Corroded, Bottom Seam**

$t_p$ = $P*R/(2*S_t*K_s*E_c + 0.40*|P|)$ (Pressure)
= $344.00*741.0000/(2*108000*1.0000*0.80 + 0.40*|344.0000|)$
= 1.47 mm

$t_m$ = $M/(\pi*R_m^2*S_t*K_s*E_c)$ * MetricFactor (bending)
= $146/(\pi*744.7495^2*108000*1.0000*0.80) * 10^6$
= 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_t*K_s*E_c)$ * MetricFactor (Weight)
= $170/(2*\pi*744.7495*108000*1.0000*0.80) * 10^4$
= 0.00 mm

$t_t$ = $t_p + t_m - t_w$ (total required, tensile)
= 1.473965 + 0.000970 - (0.004130)
= 1.47 mm

$t_c$ = $|t_{mo} + t_{wc} - t_{pc}|$ (total, net tensile)
= |0.000970 + (0.004130) - (1.473965)|
= 1.47 mm

**Maximum allowable working pressure, Longitudinal Stress**

P = $2*S_t*K_s*E_c*(t-t_m+t_w) / (R - 0.40*(t-t_m+t_w))$
= $2*108000*1.0000*0.80*(7.4989-0.000970+(0.004130)) / (741.0000 - 0.40*(7.4989-0.000970+(0.004130)))$
= 1756.57 kPa

**Operating, Hot & New, Bottom Seam**

$t_p$ = $P*R/(2*S_t*K_s*E_c + 0.40*|P|)$ (Pressure)
= $344.00*741.0000/(2*108000*1.0000*0.80 + 0.40*|344.0000|)$
= 1.47 mm

$t_m$ = $M/(\pi*R_m^2*S_t*K_s*E_c)$ * MetricFactor (bending)

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

$= 146/(\pi*745.5001^2*108000*1.0000*0.80) * 10^6$

$= 0.00$ mm

$t_w = W/(2*\pi*R_m*S_t*K_s*E_c) * MetricFactor$        (Weight)

$= 198/(2*\pi*745.5001*108000*1.0000*0.80) * 10^4$

$= 0.00$ mm

$t_t = t_p + t_m - t_w$        (total required, tensile)

$= 1.473965 + 0.000969 - (0.004797)$

$= \underline{1.47}$ mm

$t_c = |t_{mc} + t_{wc} - t_{pc}|$        (total, net tensile)

$= |0.000969 + (0.004797) - (1.473965)|$

$= \underline{1.47}$ mm

**Maximum allowable working pressure, Longitudinal Stress**

$P = 2*S_t*K_s*E_c*(t-t_m+t_w) / (R - 0.40*(t-t_m+t_w))$

$= 2*108000*1.0000*0.80*(9.0000-0.000969+(0.004797)) / (741.0000 - 0.40*(9.0000-0.000969+(0.004797)))$

$= 2109.93$ kPa

**Hot Shut Down, Corroded, Bottom Seam**

$t_p = 0.00$ mm        (Pressure)

$t_m = M/(\pi*R_m^2*S_c*K_s) * MetricFactor$        (bending)

$= 146/(\pi*744.7495^2*81469*1.0000) * 10^6$

$= 0.00$ mm

$t_w = W/(2*\pi*R_m*S_c*K_s) * MetricFactor$        (Weight)

$= 170/(2*\pi*744.7495*81469*1.0000) * 10^4$

$= 0.00$ mm

$t_t = |t_p + t_m - t_w|$        (total, net compressive)

$= |0.000000 + 0.001029 - (0.004380)|$

$= \underline{0.00}$ mm

$t_c = t_{mc} + t_{wc} - t_{pc}$        (total required, compressive)

$= 0.001029 + (0.004380) - (0.000000)$

$= \underline{0.01}$ mm

**Hot Shut Down, New, Bottom Seam**

$t_p = 0.00$ mm        (Pressure)

$t_m = M/(\pi*R_m^2*S_c*K_s) * MetricFactor$        (bending)

$= 146/(\pi*745.5001^2*85172*1.0000) * 10^6$

$= 0.00$ mm

$t_w = W/(2*\pi*R_m*S_c*K_s) * MetricFactor$        (Weight)

$= 198/(2*\pi*745.5001*85172*1.0000) * 10^4$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

## ⊕ Performance Group (USA), Inc

$= 0.00$ mm

$t_t = |t_p + t_m - t_w|$        (total, net compressive)
$= |0.000000 + 0.000982 - (0.004866)|$
$= \underline{0.00 \text{ mm}}$

$t_c = t_{mc} + t_{wc} - t_{pc}$        (total required, compressive)
$= 0.000982 + (0.004866) - (0.000000)$
$= \underline{0.01 \text{ mm}}$

### Empty, Corroded, Bottom Seam

$t_p = 0.00$ mm        (Pressure)
$t_m = M/(\pi * R_m{}^2 * S_o * K_s) * \text{MetricFactor}$        (bending)
$= 146/(\pi * 744.7495^2 * 90274 * 1.0000) * 10^6$
$= 0.00$ mm

$t_w = W/(2 * \pi * R_m * S_o * K_s) * \text{MetricFactor}$        (Weight)
$= 170/(2 * \pi * 744.7495 * 90274 * 1.0000) * 10^4$
$= 0.00$ mm

$t_t = |t_p + t_m - t_w|$        (total, net compressive)
$= |0.000000 + 0.000929 - (0.003953)|$
$= \underline{0.00 \text{ mm}}$

$t_c = t_{mc} + t_{wc} - t_{pc}$        (total required, compressive)
$= 0.000929 + (0.003953) - (0.000000)$
$= \underline{0.00 \text{ mm}}$

### Empty, New, Bottom Seam

$t_p = 0.00$ mm        (Pressure)
$t_m = M/(\pi * R_m{}^2 * S_o * K_s) * \text{MetricFactor}$        (bending)
$= 146/(\pi * 745.5001^2 * 95015 * 1.0000) * 10^6$
$= 0.00$ mm

$t_w = W/(2 * \pi * R_m * S_o * K_s) * \text{MetricFactor}$        (Weight)
$= 198/(2 * \pi * 745.5001 * 95015 * 1.0000) * 10^4$
$= 0.00$ mm

$t_t = |t_p + t_m - t_w|$        (total, net compressive)
$= |0.000000 + 0.000881 - (0.004362)|$
$= \underline{0.00 \text{ mm}}$

$t_c = t_{mc} + t_{wc} - t_{pc}$        (total required, compressive)
$= 0.000881 + (0.004362) - (0.000000)$
$= \underline{0.01 \text{ mm}}$

🅕 **Performance Group (USA), Inc**

**Vacuum, Bottom Seam**

$t_p$ = $P*R/(2*S_c*K_s + 0.40*|P|)$                  (Pressure)
= $-103.42*741.0000/(2*81469*1.0000 + 0.40*|103.4214|)$
= -0.47 mm

$t_m$ = $M/(\pi*R_m^2*S_c*K_s) *$ MetricFactor                  (bending)
= $146/(\pi*744.7495^2*81469*1.0000) * 10^6$
= 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_c*K_s) *$ MetricFactor                  (Weight)
= $170/(2*\pi*744.7495*81469*1.0000) * 10^4$
= 0.00 mm

$t_t$ = $|t_p + t_m - t_w|$                  (total, net compressive)
= $|-0.470212 + 0.001029 - (0.004380)|$
= 0.47 mm

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$                  (total required, compressive)
= $0.001029 + (0.004380) - (-0.470212)$
= 0.48 mm

**Hot Shut Down, Corroded, Weight & Eccentric Moments Only, Bottom Seam**

$t_p$ = 0.00 mm                  (Pressure)
$t_m$ = $M/(\pi*R_m^2*S_c*K_s) *$ MetricFactor                  (bending)
= $146/(\pi*744.7495^2*81469*1.0000) * 10^6$
= 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_c*K_s) *$ MetricFactor                  (Weight)
= $170/(2*\pi*744.7495*81469*1.0000) * 10^4$
= 0.00 mm

$t_t$ = $|t_p + t_m - t_w|$                  (total, net compressive)
= $|0.000000 + 0.001029 - (0.004380)|$
= 0.00 mm

$t_c$ = $t_{mc} + t_{wc} - t_{pc}$                  (total required, compressive)
= $0.001029 + (0.004380) - (0.000000)$
= 0.01 mm

**⊕ Performance Group (USA), Inc**

Straight Flange on F&D Head #2

**ASME Section VIII Division 1, 2007 Edition Metric**

Component:                                    Straight Flange
Material specification:                        SA-285 C (II-D Metric p. 10, ln. 3)
Material is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.34073)

Internal design pressure: P = 344 kPa @ 200°C
External design pressure: $P_e$ = 103.421 kPa @ 200°C

**Static liquid head:**

$P_s$ = 24.5184 kPa (SG=1.0000, $H_s$=2502.27 mm Operating head)
$P_{ih}$ = 14.5213 kPa (SG=1.0000, $H_s$=1482.00 mm, Horizontal test head)

Corrosion allowance:          Inner C = 0.00 mm          Outer C = 1.50 mm

Design MDMT = -28.89°C              No impact test performed
Rated MDMT = -105.00°C              Material is not normalized
                                    Material is not produced to Fine Grain Practice
                                    PWHT is performed

Radiography:          Longitudinal joint -
                      Circumferential joint -          Seamless No RT
                                                       Spot UW-11(b) Type 1

Estimated weight: New = 16.7749 kg      corr = 13.9630 kg
Capacity:        New = 87.6294 liters   corr = 87.6294 liters
OD = 1500.00 mm
Length $L_c$ = 50.80 mm
t = 9.00 mm

**Design thickness, (at 200.00°C) Appendix 1-1**

$$t = P*R_o/(S*E + 0.40*P) + \text{Corrosion}$$
$$= 368.52*750.00/(108000*0.85 + 0.40*368.52) + 1.50$$
$$= 4.5085 \text{ mm}$$

**Maximum allowable working pressure, (at 200.00°C) Appendix 1-1**

$$P = S*E*t/(R_o - 0.40*t) - P_s$$
$$= 108000*0.85*7.4989 / (750.00 - 0.40*7.4989) - 24.5184$$
$$= 897.0277 \text{ kPa}$$

**Maximum allowable pressure, (at 21.11°C) Appendix 1-1**

$$P = S*E*t/(R_o - 0.40*t)$$
$$= 108000*0.85*9.0000 / (750.00 - 0.40*9.0000)$$
$$= 1106.9132 \text{ kPa}$$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Performance Group (USA), Inc**

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o = 2277.4470/1500.0000 = 1.5183$
$D_o/t = 1500.0000/5.833334 = 257.1428$

From table G:          $A = 0.000210$
From table CS-2 Metric:  $B = 19.9455$ MPa

$P_a = 4*B/(3*(D_o/t))$
$= 4*19.9455/(3*(1500.0000/5.833334))$
$= 103.4212$ kPa

**Design thickness for external pressure $P_a = 103.4212$ kPa**

$= t + Corrosion = 5.833334 + 1.50 = 7.33$ mm

**Maximum Allowable External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o = 2277.4470/1500.00 = 1.5183$
$D_o/t = 1500.00/7.4989 = 200.0304$

From table G:          $A = 0.000303$
From table CS-2 Metric:  $B = 28.8971$ MPa

$P_a = 4*B/(3*(D_o/t))$
$= 4*28.8971/(3*(1500.00/7.4989))$
$= 192.6183$ kPa

**% Extreme fiber elongation - UCS-79(d)**

$= (50 * t / R_f) * (1 - R_f / R_o)$
$= (50 * 9.00 / 745.5001) * (1 - 745.5001 / \infty)$
$= 0.6036$ %

**Design thickness = 7.33 mm**

The governing condition is due to external pressure.

The cylinder thickness of 9.00 mm is adequate.

**Thickness Required Due to Pressure + External Loads**

| Condition | Pressure P ( kPa) | Allowable Stress Before UG-23 Stress Increase ( MPa) | | Temperature (°C) | Corrosion C (mm) | Load | Req'd Thk Due to Tension (mm) | Req'd Thk Due to Compression (mm) |
|---|---|---|---|---|---|---|---|---|
| | | $S_t$ | $S_o$ | | | | | |
| Operating, Hot & Corroded | 344.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 1.4839 | 1.4839 |
| Operating, Hot & New | 344.00 | 108.00 | 85.17 | 200.00 | 0.0000 | Weight | 1.4844 | 1.4844 |

39/130

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⬤ Performance Group (USA), Inc**

| Hot Shut Down, Corroded | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.0966 | 0.0966 |
|---|---|---|---|---|---|---|---|---|
| Hot Shut Down, New | 0.00 | 108.00 | 85.17 | 200.00 | 0.0000 | Weight | 0.0971 | 0.0971 |
| Empty, Corroded | 0.00 | 108.00 | 90.27 | -17.78 | 1.5000 | Weight | 0.0033 | 0.0033 |
| Empty, New | 0.00 | 108.00 | 95.01 | -17.78 | 0.0000 | Weight | 0.0040 | 0.0040 |
| Vacuum | -103.42 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.3614 | 0.3614 |
| Hot Shut Down, Corroded, Weight & Eccentric Moments Only | 0.00 | 108.00 | 81.47 | 200.00 | 1.5000 | Weight | 0.0966 | 0.0966 |

**Allowable Compressive Stress, Hot and Corroded- $S_{cHC}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
|  | = | $0.125 / (750.0000 / 7.4989)$ |
|  | = | 0.001250 |
| B | = | 81.4695 MPa |
| S | = | 108.0000 / 1.0000 |
|  | = | 108.0000 MPa |
| $S_{cHC}$ | = | 81.4695 MPa |

**Allowable Compressive Stress, Hot and New- $S_{cHN}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
|  | = | $0.125 / (750.0000 / 9.0000)$ |
|  | = | 0.001500 |
| B | = | 85.1720 MPa |
| S | = | 108.0000 / 1.0000 |
|  | = | 108.0000 MPa |
| $S_{cHN}$ | = | 85.1720 MPa |

**Allowable Compressive Stress, Cold and New- $S_{cCN}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
|  | = | $0.125 / (750.0000 / 9.0000)$ |
|  | = | 0.001500 |
| B | = | 95.0147 MPa |
| S | = | 108.0000 / 1.0000 |
|  | = | 108.0000 MPa |
| $S_{cCN}$ | = | 95.0147 MPa |

**Allowable Compressive Stress, Cold and Corroded- $S_{cCC}$, (table CS-2 Metric)**

| A | = | $0.125 / (R_o / t)$ |
|---|---|---|
|  | = | $0.125 / (750.0000 / 7.4989)$ |
|  | = | 0.001250 |
| B | = | 90.2737 MPa |
| S | = | 108.0000 / 1.0000 |

**⒢ Performance Group (USA), Inc**

|  | = | 108.0000 MPa |
| --- | --- | --- |
| $S_{cC}$ | = | 90.2737 MPa |

**Allowable Compressive Stress, Vacuum and Corroded- $S_{cVC}$, (table CS-2 Metric)**

| A | = | 0.125 / ($R_o$ / t) |
| --- | --- | --- |
|  | = | 0.125 / (750.0000 / 7.4989) |
|  | = | 0.001250 |
| B | = | 81.4695 MPa |
| S | = | 108.0000 / 1.0000 |
|  | = | 108.0000 MPa |
| $S_{cVC}$ | = | 81.4695 MPa |

**Operating, Hot & Corroded, Top Seam**

$t_p$ = $P*R/(2*S_t*K_s*E_c + 0.40*|P|)$        (Pressure)
    = 344.00*741.0000/(2*108000*1.0000*0.85 + 0.40*|344.0000|)
    = 1.39 mm

$t_m$ = $M/(\pi*R_m^2*S_t*K_s*E_c)$ * MetricFactor        (bending)
    = $0/(\pi*744.7495^2*108000*1.0000*0.85)$ * $10^6$
    = 0.00 mm

$t_w$ = $W/(2*\pi*R_m*S_t*K_s*E_c)$ * MetricFactor        (Weight)
    = $-4230/(2*\pi*744.7495*108000*1.0000*0.85)$ * $10^4$
    = -0.10 mm

$t_t$ = $t_p + t_m - t_w$        (total required, tensile)
    = 1.387326 + 0.000000 - (-0.096563)
    = 1.48 mm

$t_c$ = $|t_{mc} + t_{wc} - t_{pc}|$        (total, net tensile)
    = |0.000000 + (-0.096563) - (1.387326)|
    = 1.48 mm

**Maximum allowable working pressure, Longitudinal Stress**

P = $2*S_t*K_s*E_c*(t-t_m+t_w)$ / $(R - 0.40*(t-t_m+t_w))$
    = 2*108000*1.0000*0.85*(7.4989-0.000000+(-0.096563)) / (741.0000 - 0.40*(7.4989-0.000000+(-0.096563)))
    = 1841.45 kPa

**Operating, Hot & New, Top Seam**

$t_p$ = $P*R/(2*S_t*K_s*E_c + 0.40*|P|)$        (Pressure)
    = 344.00*741.0000/(2*108000*1.0000*0.85 + 0.40*|344.0000|)
    = 1.39 mm

$t_m$ = $M/(\pi*R_m^2*S_t*K_s*E_c)$ * MetricFactor        (bending)

**⊕ Performance Group (USA), Inc**

$= 0/(\pi*745.5001^2*108000*1.0000*0.85) * 10^6$

$= 0.00$ mm

$t_w = W/(2*\pi*R_m*S_t*K_s*E_c) * MetricFactor$        (Weight)

$= -4258/(2*\pi*745.5001*108000*1.0000*0.85) * 10^4$

$= -0.10$ mm

$t_t = t_p + t_m - t_w$        (total required, tensile)

$= 1.387326 + 0.000000 - (-0.097101)$

$= \underline{1.48 \text{ mm}}$

$t_c = |t_{mc} + t_{wc} - t_{pc}|$        (total, net tensile)

$= |0.000000 + (-0.097101) - (1.387326)|$

$= \underline{1.48 \text{ mm}}$

**Maximum allowable working pressure, Longitudinal Stress**

$P = 2*S_t*K_s*E_c*(t-t_m+t_w) / (R - 0.40*(t-t_m+t_w))$

$= 2*108000*1.0000*0.85*(9.0000-0.000000+(-0.097101)) / (741.0000 - 0.40*(9.0000-0.000000+(-0.097101)))$

$= 2216.55$ kPa

**Hot Shut Down, Corroded, Top Seam**

$t_p$   $=$   $0.00$ mm        (Pressure)

$t_m$   $=$   $M/(\pi*R_m^2*S_t*K_s*E_c) * MetricFactor$        (bending)

      $=$   $0/(\pi*744.7495^2*108000*1.0000*0.85) * 10^6$

      $=$   $0.00$ mm

$t_w$   $=$   $W/(2*\pi*R_m*S_t*K_s*E_c) * MetricFactor$        (Weight)

      $=$   $-4230/(2*\pi*744.7495*108000*1.0000*0.85) * 10^4$

      $=$   $-0.10$ mm

$t_t$   $=$   $t_p + t_m - t_w$        (total required, tensile)

      $=$   $0.000000 + 0.000000 - (-0.096563)$

      $=$   $\underline{0.10 \text{ mm}}$

$t_c$   $=$   $|t_{mc} + t_{wc} - t_{pc}|$        (total, net tensile)

      $=$   $|0.000000 + (-0.096563) - (0.000000)|$

      $=$   $\underline{0.10 \text{ mm}}$

**Hot Shut Down, New, Top Seam**

$t_p$   $=$   $0.00$ mm        (Pressure)

$t_m$   $=$   $M/(\pi*R_m^2*S_t*K_s*E_c) * MetricFactor$        (bending)

      $=$   $0/(\pi*745.5001^2*108000*1.0000*0.85) * 10^6$

      $=$   $0.00$ mm

$t_w$   $=$   $W/(2*\pi*R_m*S_t*K_s*E_c) * MetricFactor$        (Weight)

**⬤ Performance Group (USA), Inc**

$$= \quad -4258/(2*\pi*745.5001*108000*1.0000*0.85) * 10^4$$
$$= \quad -0.10 \text{ mm}$$

$t_t$ $=$ $t_p + t_m - t_w$ (total required, tensile)

$$= \quad 0.000000 + 0.000000 - (-0.097101)$$
$$= \quad \underline{0.10 \text{ mm}}$$

$t_c$ $=$ $|t_{mc} + t_{wc} - t_{pc}|$ (total, net tensile)

$$= \quad |0.000000 + (-0.097101) - (0.000000)|$$
$$= \quad \underline{0.10 \text{ mm}}$$

## Empty, Corroded, Top Seam

$t_p$ $=$ 0.00 mm (Pressure)
$t_m$ $=$ $M/(\pi*R_m^2*S_t*K_s*E_c) * \text{MetricFactor}$ (bending)
$$= \quad 0/(\pi*744.7495^2*108000*1.0000*0.85) * 10^6$$
$$= \quad 0.00 \text{ mm}$$
$t_w$ $=$ $W/(2*\pi*R_m*S_t*K_s*E_c) * \text{MetricFactor}$ (Weight)
$$= \quad -145/(2*\pi*744.7495*108000*1.0000*0.85) * 10^4$$
$$= \quad -0.00 \text{ mm}$$

$t_t$ $=$ $t_p + t_m - t_w$ (total required, tensile)

$$= \quad 0.000000 + 0.000000 - (-0.003318)$$
$$= \quad \underline{0.00 \text{ mm}}$$

$t_c$ $=$ $|t_{mc} + t_{wc} - t_{pc}|$ (total, net tensile)

$$= \quad |0.000000 + (-0.003318) - (0.000000)|$$
$$= \quad \underline{0.00 \text{ mm}}$$

## Empty, New, Top Seam

$t_p$ $=$ 0.00 mm (Pressure)
$t_m$ $=$ $M/(\pi*R_m^2*S_t*K_s*E_c) * \text{MetricFactor}$ (bending)
$$= \quad 0/(\pi*745.5001^2*108000*1.0000*0.85) * 10^6$$
$$= \quad 0.00 \text{ mm}$$
$t_w$ $=$ $W/(2*\pi*R_m*S_t*K_s*E_c) * \text{MetricFactor}$ (Weight)
$$= \quad -173/(2*\pi*745.5001*108000*1.0000*0.85) * 10^4$$
$$= \quad -0.00 \text{ mm}$$

$t_t$ $=$ $t_p + t_m - t_w$ (total required, tensile)

$$= \quad 0.000000 + 0.000000 - (-0.003951)$$
$$= \quad \underline{0.00 \text{ mm}}$$

$t_c$ $=$ $|t_{mc} + t_{wc} - t_{pc}|$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

$$= |0.000000 + (-0.003951) - (0.000000)|$$ (total, net tensile)
$$= \underline{0.00 \text{ mm}}$$

### Vacuum, Top Seam

$$t_p = P*R/(2*S_c*K_s + 0.40*|P|)$$ (Pressure)
$$= -103.42*741.0000/(2*81469*1.0000 + 0.40*|103.4214|)$$
$$= -0.47 \text{ mm}$$

$$t_m = M/(\pi*R_m^2*S_c*K_s) * \text{MetricFactor}$$ (bending)
$$= 0/(\pi*744.7495^2*81469*1.0000) * 10^6$$
$$= 0.00 \text{ mm}$$

$$t_w = W/(2*\pi*R_m*S_c*K_s) * \text{MetricFactor}$$ (Weight)
$$= -4230/(2*\pi*744.7495*81469*1.0000) * 10^4$$
$$= -0.11 \text{ mm}$$

$$t_t = |t_p + t_m - t_w|$$ (total, net compressive)
$$= |-0.470212 + 0.000000 - (-0.108807)|$$
$$= \underline{0.36 \text{ mm}}$$

$$t_c = t_{mc} + t_{wc} - t_{pc}$$ (total required, compressive)
$$= 0.000000 + (-0.108807) - (-0.470212)$$
$$= \underline{0.36 \text{ mm}}$$

### Hot Shut Down, Corroded, Weight & Eccentric Moments Only, Top Seam

$$t_p = 0.00 \text{ mm}$$ (Pressure)
$$t_m = M/(\pi*R_m^2*S_t*K_s*E_c) * \text{MetricFactor}$$ (bending)
$$= 0/(\pi*744.7495^2*108000*1.0000*0.85) * 10^6$$
$$= 0.00 \text{ mm}$$

$$t_w = W/(2*\pi*R_m*S_t*K_s*E_c) * \text{MetricFactor}$$ (Weight)
$$= -4230/(2*\pi*744.7495*108000*1.0000*0.85) * 10^4$$
$$= -0.10 \text{ mm}$$

$$t_t = t_p + t_m - t_w$$ (total required, tensile)
$$= 0.000000 + 0.000000 - (-0.096563)$$
$$= \underline{0.10 \text{ mm}}$$

$$t_c = |t_{mc} + t_{wc} - t_{pc}|$$ (total, net tensile)
$$= |0.000000 + (-0.096563) - (0.000000)|$$
$$= \underline{0.10 \text{ mm}}$$

44/130

**⊕ Performance Group (USA), Inc**

<strong>F&D Head #2</strong>

**ASME Section VIII, Division 1, 2007 Edition Metric**

Component:                                   F&D Head
Material Specification:                       SA-285 C (II-D Metric p.10, ln. 3)
<u>Straight Flange</u> governs MDMT

Internal design pressure: P = 344 kPa @ 200 °C
External design pressure: $P_e$ = 103.4214 kPa @ 200 °C

**Static liquid head:**

$P_s$ = 27.1798 kPa (SG=1, $H_s$=2773.88 mm Operating head)
$P_{th}$ = 14.5213 kPa (SG=1, $H_s$=1482 mm Horizontal test head)

Corrosion allowance:        Inner C = 0 mm          Outer C = 1.5 mm

Design MDMT = -28.89 °C              No impact test performed
Rated MDMT = -105 °C                 Material is not normalized
                                     Material is not produced to fine grain practice
                                     PWHT is performed
                                     Do not Optimize MDMT / Find MAWP

Radiography:        Category A joints -        Seamless No RT
                    Head to shell seam -       Spot UW-11(b) Type 1

Estimated weight*:    new = 164.4 kg           corr = 136.6 kg
Capacity*:            new = 368.6 liters       corr = 368.6 liters
* includes straight flange

Outer diameter                        =  1500 mm
Crown radius L                        =  1347.6 mm
Knuckle radius r                      =  90 mm
Minimum head thickness                =  9 mm
Straight flange length $L_{sf}$       =  50.8 mm
Nominal straight flange thickness $t_{sf}$  =  9 mm
**Results Summary**

The governing condition is internal pressure.
Minimum thickness per UG-16                      =  1.5 mm + 1.5 mm = 3 mm
Design thickness due to internal pressure (t)    =  <u>6.19</u> mm
Design thickness due to external pressure ($t_e$) =  <u>5.49</u> mm
Maximum allowable working pressure (MAWP)        =  <u>567.33</u> kPa
Maximum allowable pressure (MAP)                 =  <u>713.43</u> kPa

**M (Corroded)**

$M = 1/4*[3 + (L/r)^{1/2}] = 1/4*[3 + (1,347.6/90)^{1/2}] = 1.717385$

**⚙ Performance Group (USA), Inc**

M (New)

$M = 1/4*[3 + (L/r)^{1/2}] = 1/4*[3 + (1,347.6/90)^{1/2}] = 1.717385$

**Design thickness for internal pressure, (Corroded at 200 °C) Appendix 1-4(d)**

$t \quad = \quad P*L_o*M / (2*S*E + P*(M - 0.2)) + \text{Corrosion}$
$\quad = \quad 371.18*1,355.1*1.7174 / (2*108,000*0.85 + 371.18*(1.7174 - 0.2)) + 1.5$
$\quad = \quad 6.19 \text{ mm}$

The head internal pressure design thickness is 6.19 mm.

**Maximum allowable working pressure, (Corroded at 200 °C) Appendix 1-4(d)**

$P \quad = \quad 2*S*E*t / (M*L_o - t*(M - 0.2)) - P_s$
$\quad = \quad 2*108,000*0.85*7.5 / (1.7174*1,355.1 - 7.5*(1.7174 - 0.2)) - 27.18$
$\quad = \quad 567.33 \text{ kPa}$

The maximum allowable working pressure (MAWP) is 567.33 kPa.

**Maximum allowable pressure, (New at 21.11 °C) Appendix 1-4(d)**

$P \quad = \quad 2*S*E*t / (M*L_o - t*(M - 0.2)) - P_s$
$\quad = \quad 2*108,000*0.85*9 / (1.7174*1,356.6 - 9*(1.7174 - 0.2)) - 0$
$\quad = \quad 713.43 \text{ kPa}$

The maximum allowable pressure (MAP) is 713.43 kPa.

**Design thickness for external pressure, (Corroded at 200 °C) UG-33(e)**

Equivalent outside spherical radius ($R_o$)
$\quad = \quad$ Outside crown radius
$\quad = \quad 1,355.1 \text{ mm}$

$A \quad = \quad 0.125 / (R_o/t)$
$\quad = \quad 0.125 / (1,355.1/3.99)$
$\quad = \quad 0.000368$

From Table CS-2 Metric: B=35.1462 MPa

$P_a \quad = \quad B/(R_o/t)$
$\quad = \quad 35,146.16/(1,355.1/3.99)$
$\quad = \quad 103.4214 \text{ kPa}$

$t \quad = \quad 3.99 \text{ mm} + \text{Corrosion} = 3.99 \text{ mm} + 1.5 \text{ mm} = 5.49 \text{ mm}$
Check the external pressure per UG-33(a)(1) Appendix 1-4(d)

$t \quad = \quad 1.67*P_e*L_o*M / (2*S*E + 1.67*P_e*(M - 0.2)) + \text{Corrosion}$
$\quad = \quad 1.67*103.42*1,355.1*1.7174 / (2*108,000*1 + 1.67*103.42*(1.7174 - 0.2)) + 1.5$
$\quad = \quad 3.36 \text{ mm}$

The head external pressure design thickness ($t_e$) is 5.49 mm.

**⊙ Performance Group (USA), Inc**

**Maximum Allowable External Pressure, (Corroded at 200 °C) UG-33(e)**

Equivalent outside spherical radius ($R_o$)
- = Outside crown radius
- = 1,355.1 mm

$A$ = 0.125 / ($R_o/t$)
- = 0.125 / (1,355.1/7.5)
- = 0.000692

From Table CS-2 Metric: B=65.8325 MPa

$P_a$ = $B/(R_o/t)$
- = 65,832.52/(1,355.1/7.5)
- = 364.3047 kPa

**Check the Maximum External Pressure, UG-33(a)(1) Appendix 1-4(d)**

$P$ = $2*S*E*t / ((M*L_o - t*(M - 0.2))*1.67) - P_{s2}$
- = 2*108,000*1*7.5 / ((1.7174*1,355.1 - 7.5*(1.7174 - 0.2))*1.67) - 0
- = 418.82 kPa

The maximum allowable external pressure (MAEP) is 364.3 kPa.

**% Extreme fiber elongation - UCS-79(d)**

- = $(75*t / R_f)*(1 - R_f / R_o)$
- = (75*9 / 94.5)*(1 - 94.5 / ∞)
- = 7.1429%

**⑤ Performance Group (USA), Inc**

### Inspection Port (N7)

**ASME Section VIII Division 1, 2007 Edition Metric**

$t_{w(lower)}$ = 9 mm
$Leg_{41}$ = 9 mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | Cylinder #1 |
| Liquid static head included: | 11.1509 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 16" Sch 60 DN 400 |
| Flange description: | 16 inch Class 150 SO A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |
| (UCS-66(b)(3): Coincident ratio = 0.1798077) | |
| (Flange rated MDMT = -105 °C (UCS-68(c) applies.) | |
| Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C) | |
| Liquid static head on flange: | 9.3231 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 180° |
| Local vessel minimum thickness: | 9 mm |
| Nozzle center line offset to datum line: | 1500 mm |
| End of nozzle to shell center: | 902.4 mm |
| Nozzle inside diameter, new: | 373.08 mm |

## ⬤ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle nominal wall thickness: | 16.66 mm |
| Nozzle corrosion allowance: | 0 mm |
| Projection available outside vessel, Lpr: | 135.74 mm |
| Projection available outside vessel to flange face, Lf: | 152.4 mm |

**❼ Performance Group (USA), Inc**

### Reinforcement Calculations for Internal Pressure

Available reinforcement per UG-37 governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 669.72 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| 17.3081 | 17.3284 | 10.6684 | 5.8497 | -- | -- | 0.8103 | 6.14 | 14.58 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(1) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld throat size (mm) | Actual weld throat size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 5.25 | 6.3 | weld size is adequate |

### Calculations for internal pressure 669.72 kPa @ 200 °C

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.32845).

Nozzle UCS-66 governing thk:  9   mm
Nozzle rated MDMT:       -105 °C

### Limits of reinforcement per UG-40

Parallel to the vessel wall:       d = 373.08 mm
Normal to the vessel wall outside:  2.5*(t - C) = 18.75 mm

### Nozzle required thickness per UG-27(c)(1)

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$
$$= 669.7165*186.54/(118,000*1 - 0.6*669.7165)$$
$$= 1.06 \text{ mm}$$

**Performance Group (USA), Inc**

**Required thickness $t_r$ from UG-37(a)**

$$t_r = P*R_o/(S*E + 0.4*P)$$
$$= 669.7165*750/(108,000*1 + 0.4*669.7165)$$
$$= 4.64 \text{ mm}$$

**Area required per UG-37(c)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser of 1 or $S_n/S_v = 1$

$$A = d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$$
$$= 373.08*4.64*1 + 2*16.66*4.64*1*(1 - 1)$$
$$= \underline{17.3081} \text{ cm}^2$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{10.6684}$ cm$^2$

$$= d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= 373.08*(1*7.5 - 1*4.64) - 2*16.66*(1*7.5 - 1*4.64)*(1 - 1)$$
$$= 10.6684 \text{ cm}^2$$

$$= 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= 2*(7.5 + 16.66)*(1*7.5 - 1*4.64) - 2*16.66*(1*7.5 - 1*4.64)*(1 - 1)$$
$$= 1.3819 \text{ cm}^2$$

$A_2$ = smaller of the following= $\underline{5.8497}$ cm$^2$

$$= 5*(t_n - t_{rn})*f_{r2}*t$$
$$= 5*(16.66 - 1.06)*1*7.5$$
$$= 5.8497 \text{ cm}^2$$

$$= 5*(t_n - t_{rn})*f_{r2}*t_n$$
$$= 5*(16.66 - 1.06)*1*16.66$$
$$= 12.9974 \text{ cm}^2$$

$$A_{41} = \text{Leg}^2*f_{r2}$$
$$= 9^2*1$$
$$= \underline{0.8103} \text{ cm}^2$$

$$\text{Area} = A_1 + A_2 + A_{41}$$

51/130

**⊕ Performance Group (USA), Inc**

$$= \quad 10.6684 + 5.8497 + 0.8103$$
$$= \quad \underline{17.3284} \text{ cm}^2$$

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 7.5 mm
$t_{c(min)}$ = lesser of 6 mm or $0.7 * t_{min}$ = $\underline{5.25}$ mm
$t_{c(actual)}$ = $0.7 * Leg = 0.7 * 9 = 6.3$ mm

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1} = 1.06$ mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2} = 6.14$ mm |
| Wall thickness per UG-16(b): | $t_{r3} = 1.5$ mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4} = 8.33$ mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5} = 6.14$ mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6} = 6.14$ mm |

**Ⓕ   Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6} = \underline{6.14}$ mm

Available nozzle wall thickness new, $t_n = 0.875*16.66 = 14.58$ mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for MAP

Available reinforcement per UG-37 governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm²)<br>For P = 799.36 kPa @ 21.11 °C<br>The opening is adequately reinforced | | | | | | | UG-45<br>Nozzle Wall<br>Thickness<br>Summary<br>(mm)<br>The nozzle<br>passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A<br>required | A<br>available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A<br>welds | $t_{req}$ | $t_{min}$ |
| 20.6484 | 20.6651 | 12.9284 | 6.9264 | -- | -- | 0.8103 | 5.53 | 14.58 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(1) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld<br>throat size (mm) | Actual weld<br>throat size (mm) | Status |
| Nozzle to shell fillet (Leg41) | 6 | 6.3 | weld size is adequate |

### Calculations for internal pressure 799.36 kPa @ 21.11 °C

### Limits of reinforcement per UG-40

Parallel to the vessel wall:          d = 373.08 mm
Normal to the vessel wall outside:   2.5*(t - C) = 22.5 mm

### Nozzle required thickness per UG-27(c)(1)

$t_{rn}$  =  $P*R_n/(S_n*E - 0.6*P)$
      =  799.3612*186.54/(118,000*1 - 0.6*799.3612)
      =  1.27 mm

### Required thickness $t_r$ from UG-37(a)

**⑰ Performance Group (USA), Inc**

$$t_r \quad = \quad P*R_o/(S*E + 0.4*P)$$
$$= \quad 799.3612*750/(108,000*1 + 0.4*799.3612)$$
$$= \quad 5.53 \text{ mm}$$

**Area required per UG-37(c)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser of 1 or $S_n/S_v = 1$

$$A \quad = \quad d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$$
$$= \quad 373.08*5.53*1 + 2*16.66*5.53*1*(1 - 1)$$
$$= \quad \underline{20.6484} \text{ cm}^2$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{12.9284}$ cm$^2$

$$= \quad d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 373.08*(1*9 - 1*5.53) - 2*16.66*(1*9 - 1*5.53)*(1 - 1)$$
$$= \quad 12.9284 \text{ cm}^2$$

$$= \quad 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 2*(9 + 16.66)*(1*9 - 1*5.53) - 2*16.66*(1*9 - 1*5.53)*(1 - 1)$$
$$= \quad 1.7787 \text{ cm}^2$$

$A_2$ = smaller of the following= $\underline{6.9264}$ cm$^2$

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t$$
$$= \quad 5*(16.66 - 1.27)*1*9$$
$$= \quad 6.9264 \text{ cm}^2$$

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t_n$$
$$= \quad 5*(16.66 - 1.27)*1*16.66$$
$$= \quad 12.8238 \text{ cm}^2$$

$$A_{41} \quad = \quad \text{Leg}^2*f_{r2}$$
$$= \quad 9^2*1$$
$$= \quad \underline{0.8103} \text{ cm}^2$$

$$\text{Area} = \quad A_1 + A_2 + A_{41}$$
$$= \quad 12.9284 + 6.9264 + 0.8103$$
$$= \quad \underline{20.6651} \text{ cm}^2$$

54/130

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊓ Performance Group (USA), Inc**

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 9 mm
$t_{c(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = 6 mm
$t_{c(actual)}$ = 0.7*Leg = 0.7*9 = 6.3 mm

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 1.27 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 5.53 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 8.33 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 5.53 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 5.53 mm |

**Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = 5.53 mm

Available nozzle wall thickness new, $t_n$ = 0.875*16.66 = 14.58 mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for External Pressure

| UG-37 Area Calculation Summary (cm$^2$) For Pe = 120.79 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| 11.5519 | 11.5522 | 4.8729 | 5.869 | -- | -- | 0.8103 | 2.34 | 14.58 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld throat size (mm) | Actual weld throat size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 5.25 | 6.3 | weld size is adequate |

### Calculations for external pressure 120.79 kPa @ 200 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:     d = 373.08 mm
Normal to the vessel wall outside:   2.5*(t - C) = 18.75 mm

**Nozzle required thickness per UG-28** $t_m$ = 1.01 mm

**From UG-37(d)(1) required thickness** $t_r$ = 6.19 mm

**Area required per UG-37(d)(1)**

Allowable stresses: $S_n$ = 118, $S_v$ = 108 MPa

56/130

**⬤ Performance Group (USA), Inc**

$f_{r1}$ = lesser of 1 or $S_n/S_v$ = 1
$f_{r2}$ = lesser of 1 or $S_n/S_v$ = 1

$$
\begin{aligned}
A \quad &= \quad 0.5*(d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})) \\
&= \quad 0.5*(373.08*6.19*1 + 2*16.66*6.19*1*(1 - 1)) \\
&= \quad \underline{11.5519} \text{ cm}^2
\end{aligned}
$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{4.8729}$ cm$^2$

$$
\begin{aligned}
&= \quad d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1}) \\
&= \quad 373.08*(1*7.5 - 1*6.19) - 2*16.66*(1*7.5 - 1*6.19)*(1 - 1) \\
&= \quad 4.8729 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
&= \quad 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1}) \\
&= \quad 2*(7.5 + 16.66)*(1*7.5 - 1*6.19) - 2*16.66*(1*7.5 - 1*6.19)*(1 - 1) \\
&= \quad 0.631 \text{ cm}^2
\end{aligned}
$$

$A_2$ = smaller of the following= $\underline{5.869}$ cm$^2$

$$
\begin{aligned}
&= \quad 5*(t_n - t_m)*f_{r2}*t \\
&= \quad 5*(16.66 - 1.01)*1*7.5 \\
&= \quad 5.869 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
&= \quad 5*(t_n - t_m)*f_{r2}*t_n \\
&= \quad 5*(16.66 - 1.01)*1*16.66 \\
&= \quad 13.0406 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
A_{41} \quad &= \quad \text{Leg}^2*f_{r2} \\
&= \quad 9^2*1 \\
&= \quad \underline{0.8103} \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
\text{Area} \quad &= \quad A_1 + A_2 + A_{41} \\
&= \quad 4.8729 + 5.869 + 0.8103 \\
&= \quad \underline{11.5522} \text{ cm}^2
\end{aligned}
$$

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 7.5 mm
$t_{c(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = $\underline{5.25}$ mm
$t_{c(actual)}$ = $0.7*\text{Leg}$ = $0.7*9$ = 6.3 mm

57/130

**⬤ Performance Group (USA), Inc**

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1} = 1.01$ mm |
| Wall thickness per UG-45(b)(2): | $t_{r2} = 2.34$ mm |
| Wall thickness per UG-16(b): | $t_{r3} = 1.5$ mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4} = 8.33$ mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5} = 2.34$ mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6} = 2.34$ mm |

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = 2.34 mm

Available nozzle wall thickness new, $t_n = 0.875*16.66 = 14.58$ mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o = 180.4513/406.4000 = 0.4440$
$D_o/t = 406.4000/1.009583 = 402.5424$

From table G:      A = 0.000382
From table CS-2 Metric:   B = 36.4659 MPa

$P_a = 4*B/(3*(D_o/t))$
    $= 4*36.4659/(3*(406.4000/1.009583))$
    $= 120.7854$ kPa

**Design thickness for external pressure $P_a = 120.7854$ kPa**

= t + Corrosion = 1.009583 + 0.00 = 1.01 mm

58/130

**Performance Group (USA), Inc**

**Liquid Level (N1)**

ASME Section VIII Division 1, 2007 Edition Metric

$t_{w(lower)} = 9$ mm
$Leg_{41} = 9$ mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #1 |
| Liquid static head included: | 2.4731 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 6" Sch 40 (Std) DN 150 |
| Flange description: | 6 inch Class 150 SO A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |

(UCS-66(b)(3): Coincident ratio = 0.175361)
(Flange rated MDMT = -105 °C (UCS-68(c) applies.)
Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C)

| | |
|---|---|
| Liquid static head on flange: | 0.5854 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 160° |
| Calculated as hillside: | yes |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | 2391.76 mm |

59/130

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

## ⊕ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle inside diameter, new: | 154.05 mm |
| Nozzle nominal wall thickness: | 7.11 mm |
| Nozzle corrosion allowance: | 0 mm |
| Opening chord length: | 166.5 mm |
| Projection available outside vessel, Lpr: | 145.29 mm |
| Projection available outside vessel to flange face, Lf: | 152.4 mm |
| Distance to head center, R: | 550 mm |

**⦿ Performance Group (USA), Inc**

**Reinforcement Calculations for Internal Pressure**

Available reinforcement per UG-37 governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 400.38 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | A₁ | A₂ | A₃ | A₅ | A welds | t_req | t_min |
| 7.8648 | 7.8671 | 4.6206 | 2.4361 | -- | -- | 0.8103 | 6.22 | 6.22 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(1) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld throat size (mm) | Actual weld throat size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | 4.98 | 6.3 | weld size is adequate |

**Calculations for internal pressure 400.38 kPa @ 200 °C**

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.03641).

Nozzle UCS-66 governing thk:   6.22 mm
Nozzle rated MDMT:          -105 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:        $d = 166.5$ mm
Normal to the vessel wall outside:   $2.5*(t_n - C_n) + t_e = 17.78$ mm

**Nozzle required thickness per UG-27(c)(1)**

$t_{rn}$ = $P*R_n/(S_n*E - 0.6*P)$
= 400.3837*77.03/(118,000*1 - 0.6*400.3837)
= 0.26 mm

**Performance Group (USA), Inc**

**Required thickness $t_r$ from UG-37(a)**

$$
\begin{aligned}
t_r &= P*L_o*M / (2*S*E + P*(M - 0.2)) \\
&= 400.38*1,457.5*1.7535 / (2*108,000*1 + 400.38*(1.7535 - 0.2)) \\
&= 4.72 \text{ mm}
\end{aligned}
$$

**Area required per UG-37(c)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v$ = 1
$f_{r2}$ = lesser of 1 or $S_n/S_v$ = 1

$$
\begin{aligned}
A &= d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1}) \\
&= 166.5*4.72*1 + 2*7.11*4.72*1*(1 - 1) \\
&= \underline{7.8648} \text{ cm}^2
\end{aligned}
$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{4.6206}$ cm$^2$

$$
\begin{aligned}
&= d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1}) \\
&= 166.5*(1*7.5 - 1*4.72) - 2*7.11*(1*7.5 - 1*4.72)*(1 - 1) \\
&= 4.6206 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
&= 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1}) \\
&= 2*(7.5 + 7.11)*(1*7.5 - 1*4.72) - 2*7.11*(1*7.5 - 1*4.72)*(1 - 1) \\
&= 0.811 \text{ cm}^2
\end{aligned}
$$

$A_2$ = smaller of the following= $\underline{2.4361}$ cm$^2$

$$
\begin{aligned}
&= 5*(t_n - t_{rn})*f_{r2}*t \\
&= 5*(7.11 - 0.26)*1*7.5 \\
&= 2.5684 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
&= 5*(t_n - t_{rn})*f_{r2}*t_n \\
&= 5*(7.11 - 0.26)*1*7.11 \\
&= 2.4361 \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
A_{41} &= \text{Leg}^2*f_{r2} \\
&= 9^2*1 \\
&= \underline{0.8103} \text{ cm}^2
\end{aligned}
$$

$$
\begin{aligned}
\text{Area} &= A_1 + A_2 + A_{41} \\
&= 4.6206 + 2.4361 + 0.8103
\end{aligned}
$$

62/130

**⒡ Performance Group (USA), Inc**

=    <u>7.8671</u> cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 7.11 mm
$t_{c(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = <u>4.98</u> mm
$t_{c(actual)}$ = 0.7*Leg = 0.7*9 = 6.3 mm

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):          $t_{r1}$ = 0.26 mm (E =1)
Wall thickness per UG-45(b)(1):       $t_{r2}$ = 6.23 mm
Wall thickness per UG-16(b):          $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):   $t_{r4}$ = 6.22 mm
The greater of $t_{r2}$ or $t_{r3}$:          $t_{r5}$ = 6.23 mm
The lesser of $t_{r4}$ or $t_{r5}$:          $t_{r6}$ = 6.22 mm

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>6.22</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*7.11 = 6.22 mm

The nozzle neck thickness is adequate.

**Reinforcement Calculations for MAP**

Available reinforcement per UG-37 governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 463.34 kPa @ 21.11 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| <u>9.1069</u> | <u>9.1097</u> | <u>5.8781</u> | <u>2.4213</u> | -- | -- | <u>0.8103</u> | <u>5.47</u> | 6.22 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(1) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld throat size (mm) | Actual weld throat size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | <u>4.98</u> | 6.3 | weld size is adequate |

Calculations for internal pressure 463.34 kPa @ 21.11 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:      d = 166.5 mm
Normal to the vessel wall outside:  2.5*($t_n$ - $C_n$) + $t_e$ = 17.78 mm

**Nozzle required thickness per UG-27(c)(1)**

$t_{rn}$ = $P*R_n/(S_n*E - 0.6*P)$

    = 463.336*77.03/(118,000*1 - 0.6*463.336)

    = 0.3 mm

**Required thickness $t_r$ from UG-37(a)**

**(P) Performance Group (USA), Inc**

$t_r$ = $P*L_o*M / (2*S*E + P*(M - 0.2))$
    = $463.34*1,459*1.7535 / (2*108,000*1 + 463.34*(1.7535 - 0.2))$
    = 5.47 mm

**Area required per UG-37(c)**

Allowable stresses: $S_n$ = 118, $S_v$ = 108 MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v$ = 1
$f_{r2}$ = lesser of 1 or $S_n/S_v$ = 1

A   = $d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$
    = $166.5*5.47*1 + 2*7.11*5.47*1*(1 - 1)$
    = <u>9.1069</u> cm²

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= <u>5.8781</u> cm²

    = $d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$
    = $166.5*(1*9 - 1*5.47) - 2*7.11*(1*9 - 1*5.47)*(1 - 1)$
    = 5.8781 cm²

    = $2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$
    = $2*(9 + 7.11)*(1*9 - 1*5.47) - 2*7.11*(1*9 - 1*5.47)*(1 - 1)$
    = 1.1374 cm²

$A_2$ = smaller of the following= <u>2.4213</u> cm²

    = $5*(t_n - t_{rn})*f_{r2}*t$
    = $5*(7.11 - 0.3)*1*9$
    = 3.0645 cm²

    = $5*(t_n - t_{rn})*f_{r2}*t_n$
    = $5*(7.11 - 0.3)*1*7.11$
    = 2.4213 cm²

$A_{41}$ = $Leg^2*f_{r2}$
    = $9^2*1$
    = <u>0.8103</u> cm²

Area = $A_1 + A_2 + A_{41}$
    = 5.8781 + 2.4213 + 0.8103
    = <u>9.1097</u> cm²

**Performance Group (USA), Inc**

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 7.11 mm
$t_{c(min)}$ = lesser of 6 mm or $0.7 * t_{min}$ = 4.98 mm
$t_{c(actual)}$ = $0.7 * Leg$ = $0.7 * 9$ = 6.3 mm

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.3 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 5.47 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 6.22 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 5.47 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 5.47 mm |

**❺  Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>5.47</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*7.11 = 6.22 mm

The nozzle neck thickness is adequate.

**Reinforcement Calculations for External Pressure**

| UG-37 Area Calculation Summary (cm$^2$) For Pe = 192.62 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| <u>4.8716</u> | <u>5.8013</u> | <u>2.7413</u> | <u>2.2497</u> | -- | -- | <u>0.8103</u> | <u>3.78</u> | 6.22 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld throat size (mm) | Actual weld throat size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | <u>4.98</u> | 6.3 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:        d = 166.48 mm
Normal to the vessel wall outside:  2.5*($t_n$ - $C_n$) + $t_e$ = 17.78 mm

**Nozzle required thickness per UG-28** $t_{rn}$ = 0.79 mm

**From UG-37(d)(1) required thickness** $t_r$ = 5.85 mm

**Area required per UG-37(d)(1)**

Allowable stresses: $S_n$ = 118, $S_v$ = 108 MPa

67/130

**⚙ Performance Group (USA), Inc**

$f_{r1}$ = lesser of 1 or $S_n/S_v$ = 1
$f_{r2}$ = lesser of 1 or $S_n/S_v$ = 1

A = $0.5*(d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1}))$

= $0.5*(166.48*5.85*1 + 2*7.11*5.85*1*(1 - 1))$

= $\underline{4.8716}$ cm$^2$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{2.7413}$ cm$^2$

= $d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $166.48*(1*7.5 - 1*5.85) - 2*7.11*(1*7.5 - 1*5.85)*(1 - 1)$

= $2.7413$ cm$^2$

= $2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $2*(7.5 + 7.11)*(1*7.5 - 1*5.85) - 2*7.11*(1*7.5 - 1*5.85)*(1 - 1)$

= $0.4813$ cm$^2$

$A_2$ = smaller of the following= $\underline{2.2497}$ cm$^2$

= $5*(t_n - t_{rn})*f_{r2}*t$

= $5*(7.11 - 0.79)*1*7.5$

= $2.3723$ cm$^2$

= $5*(t_n - t_{rn})*f_{r2}*t_n$

= $5*(7.11 - 0.79)*1*7.11$

= $2.2497$ cm$^2$

$A_{41}$ = $Leg^2*f_{r2}$

= $9^2*1$

= $\underline{0.8103}$ cm$^2$

Area = $A_1 + A_2 + A_{41}$

= $2.7413 + 2.2497 + 0.8103$

= $\underline{5.8013}$ cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(c) Weld Check**

Fillet weld: $t_{min}$ = lesser of 19 mm or $t_n$ or t = 7.11 mm
$t_{c(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = $\underline{4.98}$ mm
$t_{c(actual)}$ = $0.7*Leg$ = $0.7*9$ = 6.3 mm

**⊕ Performance Group (USA), Inc**

The fillet weld size is satisfactory.

Weld strength calculations are not required for this detail which conforms to Fig. UW-16.1, sketch (c-e).

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):     $t_{r1}$ = 0.79 mm
Wall thickness per UG-45(b)(2):     $t_{r2}$ = 3.78 mm
Wall thickness per UG-16(b):     $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):  $t_{r4}$ = 6.22 mm
The greater of $t_{r2}$ or $t_{r3}$:     $t_{r5}$ = 3.78 mm
The lesser of $t_{r4}$ or $t_{r5}$:     $t_{r6}$ = 3.78 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.78</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*7.11 = 6.22 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 221.0428/168.2750 = 1.3136
$D_o/t$ = 168.2750/0.785708 = 214.1700

From table G:     A = 0.000324
From table CS-2 Metric:  B = 30.9402 MPa

$P_a$ = 4*B/(3*($D_o$/t))
   = 4*30.9402/(3*(168.2750/0.785708))
   = 192.6205 kPa

**Design thickness for external pressure $P_a$ = 192.6205 kPa**

= t + Corrosion = 0.785708 + 0.00 = 0.79 mm

**Performance Group (USA), Inc**

NaOH Fill (N5)

ASME Section VIII Division 1, 2007 Edition Metric

$t_{w(lower)}$ = 6 mm
$Leg_{41}$ = 6 mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #1 |
| Liquid static head included: | 1.9657 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 2" Sch 40 (Std) DN 50 |
| Flange description: | 2 inch Class 150 WN A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |
| (UCS-66(b)(3): Coincident ratio = 0.1750631) | |
| (Flange rated MDMT = -105 °C (UCS-68(c) applies.) | |
| Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C) | |
| Liquid static head on flange: | 0 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 120° |
| Calculated as hillside: | yes |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | 2451.47 mm |
| Nozzle inside diameter, new: | 52.5 mm |

70/130

## ⓟ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle nominal wall thickness: | 3.91 mm |
| Nozzle corrosion allowance: | 0 mm |
| Opening chord length: | 54.62 mm |
| Projection available outside vessel, Lpr: | 164.35 mm |
| Projection available outside vessel to flange face, Lf: | 183.4 mm |
| Distance to head center, R: | 400 mm |

**⬤ Performance Group (USA), Inc**

---

### Reinforcement Calculations for Internal Pressure

The vessel wall thickness governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²)<br>For P = 1114.32 kPa @ 200 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm)<br>The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | A₁ | A₂ | A₃ | A₅ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | 3.42 | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | 2.74 | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | 2.74 | 6 | weld size is adequate |

### Calculations for Internal pressure 1114.32 kPa @ 200 °C

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.02253).

Nozzle UCS-66 governing thk:  3.42 mm
Nozzle rated MDMT:      -105 °C

### Limits of reinforcement per UG-40

Parallel to the vessel wall:      d = 54.62 mm
Normal to the vessel wall outside:  $2.5*(t_n - C_n) + t_e = 9.78$ mm

### Nozzle required thickness per UG-27(c)(1)

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$

**Performance Group (USA), Inc**

$$= \quad 1{,}114.322 * 26.25 / (118{,}000 * 1 - 0.6 * 1{,}114.322)$$
$$= \quad 0.25 \text{ mm}$$

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r \quad = \quad P * L_o * M / (2 * S * E + P * (M - 0.2))$$
$$= \quad 1{,}114.322 * 1{,}459 * 1 / (2 * 108{,}000 * 1 + 1{,}114.322 * (1 - 0.2))$$
$$= \quad 7.5 \text{ mm}$$

**This opening does not require reinforcement per UG-36(c)(3)(a) .**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7 * t_{min}$ = <u>2.74</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25 * t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.25 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 14.58 mm |
| Wall thickness per UG-45-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 14.58 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for MAP

The vessel wall thickness governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 1338.99 kPa @ 21.11 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | <u>3.42</u> | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | <u>2.74</u> | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | <u>2.74</u> | 6 | weld size is adequate |

### Calculations for internal pressure 1338.99 kPa @ 21.11 °C

### Limits of reinforcement per UG-40

Parallel to the vessel wall: $d$ = 54.62 mm
Normal to the vessel wall outside: $2.5*(t_n - C_n) + t_e$ = 9.78 mm

### Nozzle required thickness per UG-27(c)(1)

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$
$$= 1,338.99*26.25/(118,000*1 - 0.6*1,338.99)$$
$$= 0.3 \text{ mm}$$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊙ Performance Group (USA), Inc**

---

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r = P*L_o*M/(2*S*E + P*(M - 0.2))$$
$$= 1,338.99*1,459*1/(2*108,000*1 + 1,338.99*(1 - 0.2))$$
$$= 9 \text{ mm}$$

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>2.74</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.3 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 15.71 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 15.71 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

**⬤ Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6} = \underline{3.42}$ mm

Available nozzle wall thickness new, $t_n = 0.875 \cdot 3.91 = 3.42$ mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for External Pressure

| UG-37 Area Calculation Summary (cm²)<br>For Pe = 192.62 kPa @ 200 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm)<br>The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | 3.42 | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 2.74 | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | 2.74 | 6 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:           $d = 54.61$ mm
Normal to the vessel wall outside:   $2.5 \cdot (t_n - C_n) + t_e = 9.78$ mm

**Nozzle required thickness per UG-28 $t_{rn} = 0.42$ mm**

**From UG-37(d)(1) required thickness $t_r = 5.85$ mm**

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**⬤ Performance Group (USA), Inc**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>2.74</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.42 mm |
| Wall thickness per UG-45(b)(2): | $t_{r2}$ = 3.78 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 3.78 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 200.5974/60.3250 = 3.3253
$D_o/t$ = 60.3250/0.418315 = 144.2094

From table G:        A = 0.000219
From table CS-2 Metric:  B = 20.8322 MPa

$P_a$ = $4*B/(3*(D_o/t))$
    = 4*20.8322/(3*(60.3250/0.418315))
    = 192.6109 kPa

**Design thickness for external pressure $P_a$ = 192.6109 kPa**

= t + Corrosion = 0.418315 + 0.00 = 0.42 mm

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊙ Performance Group (USA), Inc**

Outlet (N6)

ASME Section VIII Division 1, 2007 Edition Metric

$t_{w(lower)}$ = 6 mm
$Leg_{41}$ = 7 mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #2 |
| Liquid static head included: | 28.6615 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 4" Sch 40 (Std) DN 100 |
| Flange description: | 4 inch Class 150 WN A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |
| (UCS-66(b)(3): Coincident ratio = 0.189694) | |
| (Flange rated MDMT = -105 °C (UCS-68(c) applies.) | |
| Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C) | |
| Liquid static head on flange: | 28.7498 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200 °C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11 °C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11 °C |
| Nozzle orientation: | 0° |
| Calculated as hillside: | no |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | -482.6 mm |

78/130

**🅿 Performance Group (USA), Inc**

| | |
|---|---|
| Nozzle inside diameter, new: | 102.26 mm |
| Nozzle nominal wall thickness: | 6.02 mm |
| Nozzle corrosion allowance: | 0 mm |
| Projection available outside vessel, Lpr: | 128.52 mm |
| Projection available outside vessel to flange face, Lf: | 152.4 mm |
| Distance to head center, R: | 0 mm |

**🅕 Performance Group (USA), Inc**

**Reinforcement Calculations for Internal Pressure**

Available reinforcement per UG-37 governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 770.45 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| 4.934 | 4.9355 | 2.7342 | 1.711 | -- | -- | 0.4903 | 5.27 | 5.27 |

| Weld Failure Path Analysis Summary (N) All failure paths are stronger than the applicable weld loads | | | | |
|---|---|---|---|---|
| Weld load W | Weld load $W_{1-1}$ | Path 1-1 strength | Weld load $W_{2-2}$ | Path 2-2 strength |
| 27,235 | 23,774 | 151,082 | 33,524 | 152,604 |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 4.21 | 4,9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

**Calculations for internal pressure 770.45 kPa @ 200 °C**

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.03071).

Nozzle UCS-66 governing thk:  5.27 mm
Nozzle rated MDMT:          -105 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:        d = 102.26 mm
Normal to the vessel wall outside:  $2.5*(t_n - C_n) + t_e$ = 15.05 mm

**Nozzle required thickness per UG-27(c)(1)**

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$

**⚙ Performance Group (USA), Inc**

$$= \quad 770.4483*51.13/(118,000*1 - 0.6*770.4483)$$
$$= \quad 0.34 \text{ mm}$$

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r \quad = \quad P*L_o*M/(2*S*E + P*(M - 0.2))$$
$$= \quad 770.4483*1,356.6*1/(2*108,000*1 + 770.4483*(1 - 0.2))$$
$$= \quad 4.83 \text{ mm}$$

**Area required per UG-37(c)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1} =$ lesser of 1 or $S_n/S_v = 1$
$f_{r2} =$ lesser of 1 or $S_n/S_v = 1$

$$A \quad = \quad d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$$
$$= \quad 102.26*4.83*1 + 2*6.02*4.83*1*(1 - 1)$$
$$= \quad \underline{4.934} \text{ cm}^2$$

**Area available from FIG. UG-37.1**

$A_1 =$ larger of the following= $\underline{2.7342}$ cm$^2$

$$= \quad d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 102.26*(1*7.5 - 1*4.83) - 2*6.02*(1*7.5 - 1*4.83)*(1 - 1)$$
$$= \quad 2.7342 \text{ cm}^2$$

$$= \quad 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 2*(7.5 + 6.02)*(1*7.5 - 1*4.83) - 2*6.02*(1*7.5 - 1*4.83)*(1 - 1)$$
$$= \quad 0.7232 \text{ cm}^2$$

$A_2 =$ smaller of the following= $\underline{1.711}$ cm$^2$

$$= \quad 5*(t_n - t_m)*f_{r2}*t$$
$$= \quad 5*(6.02 - 0.34)*1*7.5$$
$$= \quad 2.1316 \text{ cm}^2$$

$$= \quad 5*(t_n - t_m)*f_{r2}*t_n$$
$$= \quad 5*(6.02 - 0.34)*1*6.02$$
$$= \quad 1.711 \text{ cm}^2$$

$$A_{41} \quad = \quad Leg^2*f_{r2}$$
$$= \quad 7^2*1$$
$$= \quad \underline{0.4903} \text{ cm}^2$$

⬤ **Performance Group (USA), Inc**

Area = $A_1 + A_2 + A_{41}$

= $2.7342 + 1.711 + 0.4903$

= <u>4.9355</u> cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>4.21</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):          $t_{r1}$ = 0.34 mm (E =1)
Wall thickness per UG-45(b)(1):       $t_{r2}$ = 9.76 mm
Wall thickness per UG-16(b):          $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):   $t_{r4}$ = 5.27 mm
The greater of $t_{r2}$ or $t_{r3}$:      $t_{r5}$ = 9.76 mm
The lesser of $t_{r4}$ or $t_{r5}$:       $t_{r6}$ = 5.27 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>5.27</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**Allowable stresses in joints UG-45(c) and UW-15(c)**

Groove weld in tension:   0.74*108 = 79.92 MPa
Nozzle wall in shear:     0.7*118 =  82.6 MPa
Inner fillet weld in shear:  0.49*108 = 52.92 MPa

**Strength of welded joints:**

(1) Inner fillet weld in shear
$(\pi/2)$*Nozzle OD*Leg*$S_l$ = $(\pi/2)$*114.3*7*52.92 = 66,509.55 N

(3) Nozzle wall in shear

82/130

**⚡ Performance Group (USA), Inc**

$(\pi/2)$*Mean nozzle dia*$t_n$*$S_n$ = $(\pi/2)$*108.28*6.02*82.6 = 84,572.88 N

(4) Groove weld in tension
$(\pi/2)$*Nozzle OD*$t_w$*$S_g$ = $(\pi/2)$*114.3*6*79.92 = 86,094 N

**Loading on welds per UG-41(b)(1)**

$$W \quad = \quad (A - A_1 + 2*t_n*f_{r1}*(E_1*t - F*t_i))*S_v$$
$$= \quad (493.4048 - 273.4188 + 2*6.02*1*(1*7.5 - 1*4.83))*108$$
$$= \quad \underline{27,235.27} \text{ N}$$

$$W_{1-1} \quad = \quad (A_2 + A_5 + A_{41} + A_{42})*S_v$$
$$= \quad (171.0964 + 0 + 49.0322 + 0)*108$$
$$= \quad \underline{23,773.89} \text{ N}$$

$$W_{2-2} \quad = \quad (A_2 + A_3 + A_{41} + A_{43} + 2*t_n*t*f_{r1})*S_v$$
$$= \quad (171.0964 + 0 + 49.0322 + 0 + 2*6.02*7.5*1)*108$$
$$= \quad \underline{33,524.49} \text{ N}$$

**⊙ Performance Group (USA), Inc**

Load for path 1-1 lesser W or $W_{1-1}$ = 23773.89 N
Path 1-1 through (1) & (3) = 66,509.55 + 84,572.88 = 151,082.42 N
Path 1-1 is stronger than $W_{1-1}$ so it is acceptable per UG-41(b)(1).

Load for path 2-2 lesser W or $W_{2-2}$ = 27235.27 N
Path 2-2 through (1), (4) = 66,509.55 + 86,094 = 152,603.56 N
Path 2-2 is stronger than W so it is acceptable per UG-41(b)(2).

**Reinforcement Calculations for MAP**

Available reinforcement per UG-37 governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm$^2$)<br>For P = 889.39 kPa @ 21.11 °C<br>The opening is adequately reinforced | | | | | | | UG-45<br>Nozzle Wall<br>Thickness<br>Summary<br>(mm)<br>The nozzle<br>passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A<br>required | A<br>available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A<br>welds | $t_{req}$ | $t_{min}$ |
| 5.6933 | 5.6961 | 3.5103 | 1.6955 | -- | -- | 0.4903 | 5.27 | 5.27 |

| Weld Failure Path Analysis Summary (N)<br>All failure paths are stronger than the applicable weld loads | | | | |
|---|---|---|---|---|
| Weld load<br>W | Weld load<br>$W_{1-1}$ | Path 1-1<br>strength | Weld load<br>$W_{2-2}$ | Path 2-2<br>strength |
| 28,039 | 23,607 | 151,082 | 35,309 | 152,604 |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld<br>size (mm) | Actual weld<br>size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 4.21 | 4.9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

**Calculations for internal pressure 889.39 kPa @ 21.11 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:          d = 102.26 mm
Normal to the vessel wall outside:   $2.5*(t_n - C_n) + t_e = 15.05$ mm

**Nozzle required thickness per UG-27(c)(1)**

**⊕ Performance Group (USA), Inc**

$t_{rn}$ = $P*R_n/(S_n*E - 0.6*P)$

= $889.3866*51.13/(118,000*1 - 0.6*889.3866)$

= 0.39 mm

### Required thickness $t_r$ from UG-37(a)(a)

$t_r$ = $P*L_o*M/(2*S*E + P*(M - 0.2))$

= $889.3866*1,356.6*1/(2*108,000*1 + 889.3866*(1 - 0.2))$

= 5.57 mm

### Area required per UG-37(c)

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser 1 or $S_n/S_v = 1$

A = $d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$

= $102.26*5.57*1 + 2*6.02*5.57*1*(1 - 1)$

= <u>5.6933</u> cm²

### Area available from FIG. UG-37.1

$A_1$ = larger of the following= <u>3.5103</u> cm²

= $d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $102.26*(1*9 - 1*5.57) - 2*6.02*(1*9 - 1*5.57)*(1 - 1)$

= 3.5103 cm²

= $2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $2*(9 + 6.02)*(1*9 - 1*5.57) - 2*6.02*(1*9 - 1*5.57)*(1 - 1)$

= 1.031 cm²

$A_2$ = smaller of the following= <u>1.6955</u> cm²

= $5*(t_n - t_{rn})*f_{r2}*t$

= $5*(6.02 - 0.39)*1*9$

= 2.5355 cm²

= $5*(t_n - t_{rn})*f_{r2}*t_n$

= $5*(6.02 - 0.39)*1*6.02$

= 1.6955 cm²

$A_{41}$ = $Leg^2*f_{r2}$

= $7^2*1$

= <u>0.4903</u> cm²

**⬤ Performance Group (USA), Inc**

Area = $A_1 + A_2 + A_{41}$

= 3.5103 + 1.6955 + 0.4903

= <u>5.6961</u> cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>4.21</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):          $t_{r1}$ = 0.39 mm (E =1)
Wall thickness per UG-45(b)(1):      $t_{r2}$ = 9.53 mm
Wall thickness per UG-16(b):          $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):  $t_{r4}$ = 5.27 mm
The greater of $t_{r2}$ or $t_{r3}$:       $t_{r5}$ = 9.53 mm
The lesser of $t_{r4}$ or $t_{r5}$:       $t_{r6}$ = 5.27 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ is <u>5.27</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**Allowable stresses in joints UG-45(c) and UW-15(c)**

Groove weld in tension:   0.74*108 = 79.92 MPa
Nozzle wall in shear:     0.7*118 =  82.6 MPa
Inner fillet weld in shear: 0.49*108 = 52.92 MPa

**Strength of welded joints:**

(1) Inner fillet weld in shear
$(\pi/2)*Nozzle OD*Leg*S_i = (\pi/2)*114.3*7*52.92 = 66,509.55 N$

(3) Nozzle wall in shear

**⑤ Performance Group (USA), Inc**

$(\pi/2)$*Mean nozzle dia*$t_n$*$S_n$ = $(\pi/2)$*108.28*6.02*82.6 = 84,572.88 N

(4) Groove weld in tension
$(\pi/2)$*Nozzle OD*$t_w$*$S_g$ = $(\pi/2)$*114.3*6*79.92 = 86,094 N

**Loading on welds per UG-41(b)(1)**

$$W = (A - A_1 + 2*t_n*f_{r1}*(E_1*t - F*t_r))*S_v$$
$$= (569.3272 - 351.0315 + 2*6.02*1*(1*9 - 1*5.57))*108$$
$$= \underline{28,039.23} \text{ N}$$


$$W_{1-1} = (A_2 + A_5 + A_{41} + A_{42})*S_v$$
$$= (169.548 + 0 + 49.0322 + 0)*108$$
$$= \underline{23,606.67} \text{ N}$$


$$W_{2-2} = (A_2 + A_3 + A_{41} + A_{43} + 2*t_n*t*f_{r1})*S_v$$
$$= (169.548 + 0 + 49.0322 + 0 + 2*6.02*9*1)*108$$
$$= \underline{35,309.16} \text{ N}$$

**⊕ Performance Group (USA), Inc**

Load for path 1-1 lesser of W or $W_{1-1}$ = 23606.67 N
Path 1-1 through (1) & (3) = 66,509.55 + 84,572.88 = 151,082.42 N
Path 1-1 is stronger than $W_{1-1}$ so it is acceptable per UG-41(b)(1).

Load for path 2-2 lesser of W or $W_{2-2}$ = 28039.23 N
Path 2-2 through (1), (4) = 66,509.55 + 86,094 = 152,603.56 N
Path 2-2 is stronger than W so it is acceptable per UG-41(b)(2).

**Reinforcement Calculations for External Pressure**

| UG-37 Area Calculation Summary (cm$^2$) For Pe = 192.62 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| 2.7824 | 4.2445 | 2.1039 | 1.6503 | -- | -- | 0.4903 | 3.57 | 5.27 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 4.21 | 4.9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall: d = 102.26 mm
Normal to the vessel wall outside: $2.5*(t_n - C_n) + t_e$ = 15.05 mm

**Nozzle required thickness per UG-28 $t_m$ = 0.54 mm**

**From UG-37(d)(1) required thickness $t_r$ = 5.44 mm**

**⬤ Performance Group (USA), Inc**

---

**Area required per UG-37(d)(1)**

Allowable stresses: $S_n$ = 118, $S_v$ = 108 MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v$ = 1
$f_{r2}$ = lesser of 1 or $S_n/S_v$ = 1

$$A \quad = \quad 0.5*(d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1}))$$
$$= \quad 0.5*(102.26*5.44*1 + 2*6.02*5.44*1*(1 - 1))$$
$$= \quad \underline{2.7824} \text{ cm}^2$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{2.1039}$ cm$^2$

$$= \quad d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 102.26*(1*7.5 - 1*5.44) - 2*6.02*(1*7.5 - 1*5.44)*(1 - 1)$$
$$= \quad 2.1039 \text{ cm}^2$$

$$= \quad 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 2*(7.5 + 6.02)*(1*7.5 - 1*5.44) - 2*6.02*(1*7.5 - 1*5.44)*(1 - 1)$$
$$= \quad 0.5561 \text{ cm}^2$$

$A_2$ = smaller of the following= $\underline{1.6503}$ cm$^2$

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t$$
$$= \quad 5*(6.02 - 0.54)*1*7.5$$
$$= \quad 2.0555 \text{ cm}^2$$

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t_n$$
$$= \quad 5*(6.02 - 0.54)*1*6.02$$
$$= \quad 1.6503 \text{ cm}^2$$

$$A_{41} \quad = \quad Leg^2*f_{r2}$$
$$= \quad 7^2*1$$
$$= \quad \underline{0.4903} \text{ cm}^2$$

$$Area = \quad A_1 + A_2 + A_{41}$$
$$= \quad 2.1039 + 1.6503 + 0.4903$$
$$= \quad \underline{4.2445} \text{ cm}^2$$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

---

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>4.21</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):      $t_{r1}$ = 0.54 mm
Wall thickness per UG-45(b)(2):   $t_{r2}$ = 3.57 mm
Wall thickness per UG-16(b):     $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):  $t_{r4}$ = 5.27 mm
The greater of $t_{r2}$ or $t_{r3}$:       $t_{r5}$ = 3.57 mm
The lesser of $t_{r4}$ or $t_{r5}$:        $t_{r6}$ = 3.57 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.57</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 152.4000/114.3000 = 1.3333
$D_o/t$ = 114.3000/0.537302 = 212.7297

From table G:       A = 0.000322
From table CS-2 Metric:  B = 30.7309 MPa

$P_a$ = 4*B/(3*($D_o/t$))
   = 4*30.7309/(3*(114.3000/0.537302))
   = 192.6132 kPa

**Design thickness for external pressure $P_a$ = 192.6132 kPa**

= t + Corrosion = 0.537302 + 0.00 = 0.54 mm

**⊕ Performance Group (USA), Inc**

Spare (N3)

**ASME Section VIII Division 1, 2007 Edition Metric**

$t_{w(lower)} = 6$ mm
$Leg_{41} = 6$ mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #1 |
| Liquid static head included: | 1.6299 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 2" Sch 40 (Std) DN 50 |
| Flange description: | 2 inch Class 150 WN A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |

(UCS-66(b)(3): Coincident ratio = 0.1750631)
(Flange rated MDMT = -105 °C (UCS-68(c) applies.)
Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C)

| | |
|---|---|
| Liquid static head on flange: | 0 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 180° |
| Calculated as hillside: | yes |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | 2451.47 mm |
| Nozzle inside diameter, new: | 52.5 mm |

91/130

### ⬤ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle nominal wall thickness: | 3.91 mm |
| Nozzle corrosion allowance: | 0 mm |
| Opening chord length: | 53.3 mm |
| Projection available outside vessel, $L_{pr}$: | 133.35 mm |
| Projection available outside vessel to flange face, $L_f$: | 152.4 mm |
| Distance to head center, R: | 250 mm |

**⊙ Performance Group (USA), Inc**

Reinforcement Calculations for Internal Pressure

The vessel wall thickness governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 1114.51 kPa @ 200 °C | | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|---|
| A required | A available | A₁ | A₂ | A₃ | A₅ | A welds | | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | | 3.42 | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | 2.74 | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | 2.74 | 6 | weld size is adequate |

Calculations for internal pressure 1114.51 kPa @ 200 °C

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.0225).

Nozzle UCS-66 governing thk:  3.42 mm
Nozzle rated MDMT:       -105 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:     d = 53.3 mm
Normal to the vessel wall outside:  $2.5*(t_n - C_n) + t_e = 9.78$ mm

**Nozzle required thickness per UG-27(c)(1)**

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$

**⦿ Performance Group (USA), Inc**

$$= \quad 1{,}114.51{*}26.25/(118{,}000{*}1 - 0.6{*}1{,}114.51)$$
$$= \quad 0.25 \text{ mm}$$

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r = \quad P{*}L_o{*}M/(2{*}S{*}E + P{*}(M - 0.2))$$
$$= \quad 1{,}114.51{*}1{,}459{*}1/(2{*}108{,}000{*}1 + 1{,}114.51{*}(1 - 0.2))$$
$$= \quad 7.5 \text{ mm}$$

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = 2.74 mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2 = 10.2 >= 1.25{*}t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.25 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 14.58 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 14.58 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

**⊙ Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{t6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for MAP

The vessel wall thickness governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 1338.99 kPa @ 21.11 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | <u>3.42</u> | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | <u>2.74</u> | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | <u>2.74</u> | 6 | weld size is adequate |

### Calculations for internal pressure 1338.99 kPa @ 21.11 °C

### Limits of reinforcement per UG-40

Parallel to the vessel wall:          d = 53.3 mm
Normal to the vessel wall outside:   2.5*($t_n$ - $C_n$) + $t_e$ = 9.78 mm

### Nozzle required thickness per UG-27(c)(1)

$t_m$ = P*$R_n$/($S_n$*E - 0.6*P)

= 1,338.99*26.25/(118,000*1 - 0.6*1,338.99)

= 0.3 mm

**⊕ Performance Group (USA), Inc**

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r = P*L_o*M/(2*S*E + P*(M - 0.2))$$
$$= 1,338.99*1,459*1/(2*108,000*1 + 1,338.99*(1 - 0.2))$$
$$= 9 \text{ mm}$$

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = 2.74 mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):           $t_{r1}$ = 0.3 mm (E =1)
Wall thickness per UG-45(b)(1):        $t_{r2}$ = 15.71 mm
Wall thickness per UG-16(b):           $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):    $t_{r4}$ = 3.42 mm
The greater of $t_{r2}$ or $t_{r3}$:   $t_{r5}$ = 15.71 mm
The lesser of $t_{r4}$ or $t_{r5}$:    $t_{r6}$ = 3.42 mm

**⊙ Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

### Reinforcement Calculations for External Pressure

| UG-37 Area Calculation Summary (cm²) For Pe = 192.62 kPa @ 200 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | <u>3.42</u> | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | <u>2.74</u> | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | <u>2.74</u> | 6 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:        d = 53.3 mm
Normal to the vessel wall outside:   $2.5*(t_n - C_n) + t_e$ = 9.78 mm

**Nozzle required thickness per UG-28 $t_m$ = 0.38 mm**

**From UG-37(d)(1) required thickness $t_r$ = 5.85 mm**

**This opening does not require reinforcement per UG-36(c)(3)(a)**

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

🅕 **Performance Group (USA), Inc**

---

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = $\underline{2.74}$ mm
$t_{1(actual)}$ = $0.7*Leg$ = $0.7*6$ = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):         $t_{r1}$ = 0.38 mm
Wall thickness per UG-45(b)(2):       $t_{r2}$ = 3.78 mm
Wall thickness per UG-16(b):         $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):   $t_{r4}$ = 3.42 mm
The greater of $t_{r2}$ or $t_{r3}$:       $t_{r5}$ = 3.78 mm
The lesser of $t_{r4}$ or $t_{r5}$:        $t_{r6}$ = 3.42 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = $\underline{3.42}$ mm

Available nozzle wall thickness new, $t_n$ = $0.875*3.91$ = 3.42 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 162.8943/60.3250 = 2.7003
$D_o/t$ = 60.3250/0.381440 = 158.1506

From table G:          A = 0.000240
From table CS-2 Metric:  B = 22.8479 MPa

$P_a$ = $4*B/(3*(D_o/t))$
    = $4*22.8479/(3*(60.3250/0.381440))$
    = 192.6254 kPa

**Design thickness for external pressure $P_a$ = 192.6254 kPa**

= t + Corrosion = 0.381440 + 0.00 = 0.38 mm

**Performance Group (USA), Inc**

Vent/Overflow (N2)

**ASME Section VIII Division 1, 2007 Edition Metric**

$t_{w(lower)}$ = 6 mm
$Leg_{41}$ = 7 mm



Note: round Inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #1 |
| Liquid static head included: | 2.4731 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 4" Sch 40 (Std) DN 100 |
| Flange description: | 4 inch Class 150 WN A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |

(UCS-66(b)(3): Coincident ratio = 0.1754077)
(Flange rated MDMT = -105 °C (UCS-68(c) applies.)
Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C)

| | |
|---|---|
| Liquid static head on flange: | 0.6771 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 200° |
| Calculated as hillside: | yes |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | 2382.37 mm |

99/130

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

## ⓕ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle inside diameter, new: | 102.26 mm |
| Nozzle nominal wall thickness: | 6.02 mm |
| Nozzle corrosion allowance: | 0 mm |
| Opening chord length: | 110.52 mm |
| Projection available outside vessel, Lpr: | 128.52 mm |
| Projection available outside vessel to flange face, Lf: | 152.4 mm |
| Distance to head center, R: | 550 mm |

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Ⓟ  Performance Group (USA), Inc**

**Reinforcement Calculations for Internal Pressure**

Available reinforcement per UG-37 governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²)  For P = 704.48 kPa @ 200 °C  The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm)  The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | A₁ | A₂ | A₃ | A₅ | A welds | t req | t min |
| 5.2455 | 5.2516 | 3.0419 | 1.7194 | -- | --- | 0.4903 | 5.27 | 5.27 |

| Weld Failure Path Analysis Summary (N)  All failure paths are stronger than the applicable weld loads | | | | |
|---|---|---|---|---|
| Weld load W | Weld load W₁₋₁ | Path 1-1 strength | Weld load W₂₋₂ | Path 2-2 strength |
| 27,377 | 23,864 | 151,082 | 33,615 | 152,604 |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | 4.21 | 4.9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

**Calculations for internal pressure 704.48 kPa @ 200 °C**

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.02855).

Nozzle UCS-66 governing thk:  5.27 mm
Nozzle rated MDMT:                -105 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:         d = 110.52 mm
Normal to the vessel wall outside:  $2.5*(t_n - C_n) + t_e = 15.05$ mm

**Nozzle required thickness per UG-27(c)(1)**

$$t_{rn} = P*R_n/(S_n*E - 0.6*P)$$

101/130

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⟨f⟩ Performance Group (USA), Inc**

$$= \quad 704.4813 * 51.13/(118{,}000*1 - 0.6*704.4813)$$
$$= \quad 0.31 \text{ mm}$$

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r \quad = \quad P*L_o*M/(2*S*E + P*(M - 0.2))$$
$$= \quad 704.4813*1{,}459*1/(2*108{,}000*1 + 704.4813*(1 - 0.2))$$
$$= \quad 4.75 \text{ mm}$$

**Area required per UG-37(c)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser of 1 or $S_n/S_v = 1$

$$A \quad = \quad d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$$
$$= \quad 110.52*4.75*1 + 2*6.02*4.75*1*(1 - 1)$$
$$= \quad \underline{5.2455} \text{ cm}^2$$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{3.0419}$ cm²

$$= \quad d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 110.52*(1*7.5 - 1*4.75) - 2*6.02*(1*7.5 - 1*4.75)*(1 - 1)$$
$$= \quad 3.0419 \text{ cm}^2$$

$$= \quad 2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$$
$$= \quad 2*(7.5 + 6.02)*(1*7.5 - 1*4.75) - 2*6.02*(1*7.5 - 1*4.75)*(1 - 1)$$
$$= \quad 0.7445 \text{ cm}^2$$

$A_2$ = smaller of the following= $\underline{1.7194}$ cm²

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t$$
$$= \quad 5*(6.02 - 0.31)*1*7.5$$
$$= \quad 2.1419 \text{ cm}^2$$

$$= \quad 5*(t_n - t_{rn})*f_{r2}*t_n$$
$$= \quad 5*(6.02 - 0.31)*1*6.02$$
$$= \quad 1.7194 \text{ cm}^2$$

$$A_{41} \quad = \quad Leg^2*f_{r2}$$
$$= \quad 7^2*1$$
$$= \quad \underline{0.4903} \text{ cm}^2$$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⬤ Performance Group (USA), Inc**

Area =   $A_1 + A_2 + A_{41}$
       =   $3.0419 + 1.7194 + 0.4903$
       =   $\underline{5.2516}$ cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = $\underline{4.21}$ mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= 1.25*$t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied:

Wall thickness per UG-45(a):          $t_{r1}$ = 0.31 mm (E =1)
Wall thickness per UG-45(b)(1):       $t_{r2}$ = 9.79 mm
Wall thickness per UG-16(b):          $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):   $t_{r4}$ = 5.27 mm
The greater of $t_{r2}$ or $t_{r3}$:          $t_{r5}$ = 9.79 mm
The lesser of $t_{r4}$ or $t_{r5}$:           $t_{r6}$ = 5.27 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = $\underline{5.27}$ mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**Allowable stresses in joints UG-45(c) and UW-15(c)**

Groove weld in tension:   0.74*108 = 79.92 MPa
Nozzle wall in shear:     0.7*118 =  82.6 MPa
Inner fillet weld in shear:  0.49*108 = 52.92 MPa

**Strength of welded joints:**

(1) Inner fillet weld in shear
(π/2)*Nozzle OD*Leg*$S_t$ = (π/2)*114.3*7*52.92 = 66,509.55 N

(3) Nozzle wall in shear

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**ⓟ  Performance Group (USA), Inc**

$(\pi/2)$*Mean nozzle dia*$t_n$*$S_n$ = $(\pi/2)$*108.28*6.02*82.6 = 84,572.88 N

(4) Groove weld in tension
$(\pi/2)$*Nozzle OD*$t_w$*$S_g$ = $(\pi/2)$*114.3*6*79.92 = 86,094 N

**Loading on welds per UG-41(b)(1)**

$$W \quad = \quad (A - A_1 + 2*t_n*f_{r1}*(E_1*t - F*t_r))*S_v$$
$$= \quad (524.5451 - 304.1929 + 2*6.02*1*(1*7.5 - 1*4.75))*108$$
$$= \quad \underline{27,377.2} \text{ N}$$

$$W_{1-1} \quad = \quad (A_2 + A_5 + A_{41} + A_{42})*S_v$$
$$= \quad (171.9351 + 0 + 49.0322 + 0)*108$$
$$= \quad \underline{23,864.47} \text{ N}$$

$$W_{2-2} \quad = \quad (A_2 + A_3 + A_{41} + A_{43} + 2*t_n*t*f_{r1})*S_v$$
$$= \quad (171.9351 + 0 + 49.0322 + 0 + 2*6.02*7.5*1)*108$$
$$= \quad \underline{33,615.07} \text{ N}$$

**⦿ Performance Group (USA), Inc**

Load for path 1-1 lesser of W or $W_{1-1}$ = 23864.47 N
Path 1-1 through (1) & (3) = 66,509.55 + 84,572.88 = 151,082.42 N
Path 1-1 is stronger than $W_{1-1}$ so it is acceptable per UG-41(b)(1).

Load for path 2-2 lesser of W or $W_{2-2}$ = 27377.2 N
Path 2-2 through (1), (4) = 66,509.55 + 86,094 = 152,603.56 N
Path 2-2 is stronger than W so it is acceptable per UG-41(b)(2).

## Reinforcement Calculations for MAP

Available reinforcement per UG-37 governs the MAP of this nozzle.

| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
|---|---|---|---|---|---|---|---|---|
| **UG-37 Area Calculation Summary (cm²)** For P = 815.59 kPa @ 21.11 °C The opening is adequately reinforced | | | | | | | **UG-45 Nozzle Wall Thickness Summary (mm)** The nozzle passes UG-45 | |
| 6.0702 | 6.0716 | 3.8761 | 1.7052 | -- | -- | 0.4903 | 5.27 | 5.27 |

| **Weld Failure Path Analysis Summary (N)** All failure paths are stronger than the applicable weld loads | | | | |
|---|---|---|---|---|
| Weld load W | Weld load $W_{1-1}$ | Path 1-1 strength | Weld load $W_{2-2}$ | Path 2-2 strength |
| 28,257 | 23,711 | 151,082 | 35,414 | 152,604 |

| **UW-16 Weld Sizing Summary** | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 4.21 | 4.9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

## Calculations for internal pressure 815.59 kPa @ 21.11 °C

## Limits of reinforcement per UG-40

Parallel to the vessel wall:        d = 110.52 mm
Normal to the vessel wall outside:   $2.5*(t_n - C_n) + t_e$ = 15.05 mm

## Nozzle required thickness per UG-27(c)(1)

**⊕  Performance Group (USA), Inc**

$t_{rn}$ = $P*R_n/(S_n*E - 0.6*P)$

= $815.5867*51.13/(118,000*1 - 0.6*815.5867)$

= 0.36 mm

### Required thickness $t_r$ from UG-37(a)(a)

$t_r$ = $P*L_o*M/(2*S*E + P*(M - 0.2))$

= $815.5867*1,459*1/(2*108,000*1 + 815.5867*(1 - 0.2))$

= 5.49 mm

### Area required per UG-37(c)

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser of 1 or $S_n/S_v = 1$

A = $d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1})$

= $110.52*5.49*1 + 2*6.02*5.49*1*(1 - 1)$

= <u>6.0702</u> cm²

### Area available from FIG. UG-37.1

$A_1$ = larger of the following= <u>3.8761</u> cm²

= $d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $110.52*(1*9 - 1*5.49) - 2*6.02*(1*9 - 1*5.49)*(1 - 1)$

= 3.8761 cm²

= $2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$

= $2*(9 + 6.02)*(1*9 - 1*5.49) - 2*6.02*(1*9 - 1*5.49)*(1 - 1)$

= 1.0535 cm²

$A_2$ = smaller of the following= <u>1.7052</u> cm²

= $5*(t_n - t_{rn})*f_{r2}*t$

= $5*(6.02 - 0.36)*1*9$

= 2.549 cm²

= $5*(t_n - t_{rn})*f_{r2}*t_n$

= $5*(6.02 - 0.36)*1*6.02$

= 1.7052 cm²

$A_{41}$ = $Leg^2*f_{r2}$

= $7^2*1$

= <u>0.4903</u> cm²

**🅟 Performance Group (USA), Inc**

Area = $A_1 + A_2 + A_{41}$
 = 3.8761 + 1.7052 + 0.4903
 = <u>6.0716</u> cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = <u>4.21</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= 1.25*$t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):           $t_{r1}$ = 0.36 mm (E =1)
Wall thickness per UG-45(b)(1):         $t_{r2}$ = 9.6 mm
Wall thickness per UG-16(b):           $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):      $t_{r4}$ = 5.27 mm
The greater of $t_{r2}$ or $t_{r3}$:         $t_{r5}$ = 9.6 mm
The lesser of $t_{r4}$ or $t_{r5}$:          $t_{r6}$ = 5.27 mm

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>5.27</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**Allowable stresses in joints UG-45(c) and UW-15(c)**

Groove weld in tension:   0.74*108 = 79.92 MPa
Nozzle wall in shear:     0.7*118 =   82.6 MPa
Inner fillet weld in shear:  0.49*108 = 52.92 MPa

**Strength of welded joints:**

(1) Inner fillet weld in shear
$(\pi/2)$*Nozzle OD*Leg*$S_i$ = $(\pi/2)$*114.3*7*52.92 = 66,509.55 N

(3) Nozzle wall in shear

**⊕ Performance Group (USA), Inc**

$(\pi/2)*$Mean nozzle dia$*t_n*S_n = (\pi/2)*108.28*6.02*82.6 = 84,572.88$ N

(4) Groove weld in tension
$(\pi/2)*$Nozzle OD$*t_w*S_g = (\pi/2)*114.3*6*79.92 = 86,094$ N

**Loading on welds per UG-41(b)(1)**

$W$ = $(A - A_1 + 2*t_n*f_{r1}*(E_1*t - F*t_r))*S_v$

= $(607.0193 - 387.6121 + 2*6.02*1*(1*9 - 1*5.49))*108$

= $\underline{28,256.71}$ N


$W_{1-1}$ = $(A_2 + A_5 + A_{41} + A_{42})*S_v$

= $(170.5158 + 0 + 49.0322 + 0)*108$

= $\underline{23,711.18}$ N


$W_{2-2}$ = $(A_2 + A_3 + A_{41} + A_{43} + 2*t_n*t*f_{r1})*S_v$

= $(170.5158 + 0 + 49.0322 + 0 + 2*6.02*9*1)*108$

= $\underline{35,413.67}$ N

**Ⓟ Performance Group (USA), Inc**

Load for path 1-1 lesser of W or $W_{1-1}$ = 23711.18 N
Path 1-1 through (1) & (3) = 66,509.55 + 84,572.88 = 151,082.42 N
Path 1-1 is stronger than $W_{1-1}$ so it is acceptable per UG-41(b)(1).

Load for path 2-2 lesser of W or $W_{2-2}$ = 28256.71 N
Path 2-2 through (1), (4) = 66,509.55 + 86,094 = 152,603.56 N
Path 2-2 is stronger than W so it is acceptable per UG-41(b)(2).

**Reinforcement Calculations for External Pressure**

| UG-37 Area Calculation Summary (cm²) For Pe = 192.62 kPa @ 200 °C The opening is adequately reinforced | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| 3.2333 | 3.9413 | 1.8194 | 1.6316 | -- | -- | 0.4903 | 3.78 | 5.27 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 4.21 | 4.9 | weld size is adequate |
| Nozzle to shell groove (Lower) | 4.21 | 6 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall: d = 110.5 mm
Normal to the vessel wall outside: $2.5*(t_n - C_n) + t_e$ = 15.05 mm

**Nozzle required thickness per UG-28 $t_{rn}$ = 0.6 mm**

**From UG-37(d)(1) required thickness $t_r$ = 5.85 mm**

**⊕ Performance Group (USA), Inc**

---

**Area required per UG-37(d)(1)**

Allowable stresses: $S_n = 118$, $S_v = 108$ MPa

$f_{r1}$ = lesser of 1 or $S_n/S_v = 1$
$f_{r2}$ = lesser of 1 or $S_n/S_v = 1$

$A$ = $0.5*(d*t_r*F + 2*t_n*t_r*F*(1 - f_{r1}))$
= $0.5*(110.5*5.85*1 + 2*6.02*5.85*1*(1 - 1))$
= $\underline{3.2333}$ cm$^2$

**Area available from FIG. UG-37.1**

$A_1$ = larger of the following= $\underline{1.8194}$ cm$^2$

= $d*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$
= $110.5*(1*7.5 - 1*5.85) - 2*6.02*(1*7.5 - 1*5.85)*(1 - 1)$
= $1.8194$ cm$^2$

= $2*(t + t_n)*(E_1*t - F*t_r) - 2*t_n*(E_1*t - F*t_r)*(1 - f_{r1})$
= $2*(7.5 + 6.02)*(1*7.5 - 1*5.85) - 2*6.02*(1*7.5 - 1*5.85)*(1 - 1)$
= $0.4452$ cm$^2$

$A_2$ = smaller of the following= $\underline{1.6316}$ cm$^2$

= $5*(t_n - t_{rn})*f_{r2}*t$
= $5*(6.02 - 0.6)*1*7.5$
= $2.0323$ cm$^2$

= $5*(t_n - t_{rn})*f_{r2}*t_n$
= $5*(6.02 - 0.6)*1*6.02$
= $1.6316$ cm$^2$

$A_{41}$ = $Leg^2*f_{r2}$
= $7^2*1$
= $\underline{0.4903}$ cm$^2$

Area = $A_1 + A_2 + A_{41}$
= $1.8194 + 1.6316 + 0.4903$
= $\underline{3.9413}$ cm$^2$

As Area >= A the reinforcement is adequate.

**UW-16(d) Weld Check**

110/130

**Performance Group (USA), Inc**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 6.02 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = 4.21 mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*7 = 4.9 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.9 >= 1.25*$t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.6 mm |
| Wall thickness per UG-45(b)(2): | $t_{r2}$ = 3.78 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 5.27 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 3.78 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.78 mm |

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = 3.78 mm

Available nozzle wall thickness new, $t_n$ = 0.875*6.02 = 5.27 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 198.9682/114.3000 = 1.7408
$D_o/t$ = 114.3000/0.599356 = 190.7045

From table G:          A = 0.000289
From table CS-2 Metric:  B = 27.5504 MPa

$P_a$ = 4*B/(3*($D_o/t$))
    = 4*27.5504/(3*(114.3000/0.599356))
    = 192.6221 kPa

**Design thickness for external pressure $P_a$ = 192.6221 kPa**

= t + Corrosion = 0.599356 + 0.00 = 0.60 mm

**⊙ Performance Group (USA), Inc**

Water Fill (N4)

**ASME Section VIII Division 1, 2007 Edition Metric**

$t_{w(lower)} = 6$ mm
$Leg_{41} = 6$ mm



Note: round inside edges per UG-76(c)

| | |
|---|---|
| Located on: | F&D Head #1 |
| Liquid static head included: | 1.9657 kPa |
| Nozzle material specification: | SA-106 B Smls. Pipe (II-D Metric p. 14, ln. 5) |
| Nozzle longitudinal joint efficiency: | 1 |
| Nozzle description: | 2" Sch 40 (Std) DN 50 |
| Flange description: | 2 inch Class 150 WN A105 |
| Bolt Material: | SA-193 B7 Bolt <= 64 (II-D Metric p. 348, ln. 33) |
| Flange rated MDMT: | -48°C |
| (UCS-66(b)(3): Coincident ratio = 0.1750631) | |
| (Flange rated MDMT = -105 °C (UCS-68(c) applies.) | |
| Bolts rated MDMT per Fig UCS-66 note (e) = -48 °C) | |
| Liquid static head on flange: | 0 kPa |
| ASME B16.5 flange rating MAWP: | 1395.5 kPa @ 200°C |
| ASME B16.5 flange rating MAP: | 1965.01 kPa @ 21.11°C |
| ASME B16.5 flange hydro test: | 3102.64 kPa @ 21.11°C |
| Nozzle orientation: | 225° |
| Calculated as hillside: | yes |
| Local vessel minimum thickness: | 9 mm |
| End of nozzle to datum line: | 2451.47 mm |
| Nozzle inside diameter, new: | 52.5 mm |

### ⦿ Performance Group (USA), Inc

| | |
|---|---|
| Nozzle nominal wall thickness: | 3.91 mm |
| Nozzle corrosion allowance: | 0 mm |
| Opening chord length: | 54.62 mm |
| Projection available outside vessel, Lpr: | 164.35 mm |
| Projection available outside vessel to flange face, Lf: | 183.4 mm |
| Distance to head center, R: | 400 mm |

**⊕ Performance Group (USA), Inc**

---

Reinforcement Calculations for Internal Pressure

The vessel wall thickness governs the MAWP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 1114.32 kPa @ 200 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | $A_1$ | $A_2$ | $A_3$ | $A_5$ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | 3.42 | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg$_{41}$) | 2.74 | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | 2.74 | 6 | weld size is adequate |

**Calculations for internal pressure 1114.32 kPa @ 200 °C**

Fig UCS-66.2 general note (1) applies.

Nozzle is impact test exempt to -105 °C per UCS-66(b)(3) (coincident ratio = 0.02253).

Nozzle UCS-66 governing thk: 3.42 mm
Nozzle rated MDMT:           -105 °C

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:        d = 54.62 mm
Normal to the vessel wall outside:  $2.5*(t_n - C_n) + t_e = 9.78$ mm

**Nozzle required thickness per UG-27(c)(1)**

$$t_m = P*R_n/(S_n*E - 0.6*P)$$

**⟨f⟩ Performance Group (USA), Inc**

$$= \quad 1{,}114.322*26.25/(118{,}000*1 - 0.6*1{,}114.322)$$
$$= \quad 0.25 \text{ mm}$$

**Required thickness $t_r$ from UG-37(a)(a)**

$$t_r \quad = \quad P*L_o*M/(2*S*E + P*(M - 0.2))$$
$$= \quad 1{,}114.322*1{,}459*1/(2*108{,}000*1 + 1{,}114.322*(1 - 0.2))$$
$$= \quad 7.5 \text{ mm}$$

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or 0.7*$t_{min}$ = 2.74 mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2 = 10.2 >= 1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

Wall thickness per UG-45(a):           $t_{r1}$ = 0.25 mm (E =1)
Wall thickness per UG-45(b)(1):         $t_{r2}$ = 14.58 mm
Wall thickness per UG-16(b):            $t_{r3}$ = 1.5 mm
Standard wall pipe per UG-45(b)(4):     $t_{r4}$ = 3.42 mm
The greater of $t_{r2}$ or $t_{r3}$:    $t_{r5}$ = 14.58 mm
The lesser of $t_{r4}$ or $t_{r5}$:     $t_{r6}$ = 3.42 mm

**Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

**Reinforcement Calculations for MAP**

The vessel wall thickness governs the MAP of this nozzle.

| UG-37 Area Calculation Summary (cm²) For P = 1338.99 kPa @ 21.11 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | A₁ | A₂ | A₃ | A₅ | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | <u>3.42</u> | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| The nozzle is exempt from weld strength calculations per UW-15(b)(2) |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg₄₁) | <u>2.74</u> | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | <u>2.74</u> | 6 | weld size is adequate |

**Calculations for Internal pressure 1338.99 kPa @ 21.11 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall: $\quad$ d = 54.62 mm
Normal to the vessel wall outside: $\quad$ 2.5*($t_n$ − $C_n$) + $t_e$ = 9.78 mm

**Nozzle required thickness per UG-27(c)(1)**

$t_m$ = $\quad$ P*$R_n$/($S_n$*E − 0.6*P)
$\quad\quad$ = $\quad$ 1,338.99*26.25/(118,000*1 − 0.6*1,338.99)
$\quad\quad$ = $\quad$ 0.3 mm

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Performance Group (USA), Inc**

**Required thickness $t_r$ from UG-37(a)(a)**

$t_r$ = $P*L_o*M/(2*S*E + P*(M - 0.2))$

= $1,338.99*1,459*1/(2*108,000*1 + 1,338.99*(1 - 0.2))$

= 9 mm

**This opening does not require reinforcement per UG-36(c)(3)(a)**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ or t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = 2.74 mm
$t_{1(actual)}$ = $0.7*Leg$ = $0.7*6$ = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.3 mm (E =1) |
| Wall thickness per UG-45(b)(1): | $t_{r2}$ = 15.71 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 15.71 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

**⊕ Performance Group (USA), Inc**

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = 3.42 mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

**Reinforcement Calculations for External Pressure**

| UG-37 Area Calculation Summary (cm²) For Pe = 192.62 kPa @ 200 °C | | | | | | | UG-45 Nozzle Wall Thickness Summary (mm) The nozzle passes UG-45 | |
|---|---|---|---|---|---|---|---|---|
| A required | A available | A1 | A2 | A3 | A5 | A welds | $t_{req}$ | $t_{min}$ |
| This nozzle is exempt from area calculations per UG-36(c)(3)(a) | | | | | | | 3.42 | 3.42 |

| Weld Failure Path Analysis Summary |
|---|
| Weld strength calculations are not required for external pressure |

| UW-16 Weld Sizing Summary | | | |
|---|---|---|---|
| Weld description | Required weld size (mm) | Actual weld size (mm) | Status |
| Nozzle to shell fillet (Leg41) | 2.74 | 4.2 | weld size is adequate |
| Nozzle to shell groove (Lower) | 2.74 | 6 | weld size is adequate |

**Calculations for external pressure 192.62 kPa @ 200 °C**

**Limits of reinforcement per UG-40**

Parallel to the vessel wall:     d = 54.61 mm
Normal to the vessel wall outside:  2.5*($t_n$ - $C_n$) + $t_e$ = 9.78 mm

**Nozzle required thickness per UG-28 $t_m$ = 0.42 mm**

**From UG-37(d)(1) required thickness $t_r$ = 5.85 mm**

**This opening does not require reinforcement per UG-36(c)(3)(a)**

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⚙ Performance Group (USA), Inc**

**UW-16(d) Weld Check**

$t_{min}$ = lesser of 19 mm or $t_n$ = t = 3.91 mm
$t_{1(min)}$ or $t_{2(min)}$ = lesser of 6 mm or $0.7*t_{min}$ = <u>2.74</u> mm
$t_{1(actual)}$ = 0.7*Leg = 0.7*6 = 4.2 mm
The weld size $t_1$ is satisfactory.
$t_{2(actual)}$ = 6 mm
The weld size $t_2$ is satisfactory.

$t_1 + t_2$ = 10.2 >= $1.25*t_{min}$

The combined weld sizes for $t_1$ and $t_2$ are satisfactory.

**UG-45 Nozzle Neck Thickness Check**

Interpretation VIII-1-83-66 has been applied.

| | |
|---|---|
| Wall thickness per UG-45(a): | $t_{r1}$ = 0.42 mm |
| Wall thickness per UG-45(b)(2): | $t_{r2}$ = 3.78 mm |
| Wall thickness per UG-16(b): | $t_{r3}$ = 1.5 mm |
| Standard wall pipe per UG-45(b)(4): | $t_{r4}$ = 3.42 mm |
| The greater of $t_{r2}$ or $t_{r3}$: | $t_{r5}$ = 3.78 mm |
| The lesser of $t_{r4}$ or $t_{r5}$: | $t_{r6}$ = 3.42 mm |

Required per UG-45 is the larger of $t_{r1}$ or $t_{r6}$ = <u>3.42</u> mm

Available nozzle wall thickness new, $t_n$ = 0.875*3.91 = 3.42 mm

The nozzle neck thickness is adequate.

**External Pressure, (Corroded & at 200.00°C) UG-28(c)**

$L/D_o$ = 200.5974/60.3250 = 3.3253
$D_o/t$ = 60.3250/0.418315 = 144.2094

From table G:          A = 0.000219
From table CS-2 Metric:  B = 20.8322 MPa

$P_a$ = $4*B/(3*(D_o/t))$
    = 4*20.8322/(3*(60.3250/0.418315))
    = 192.6109 kPa

**Design thickness for external pressure $P_a$ = 192.6109 kPa**

= t + Corrosion = 0.418315 + 0.00 = 0.42 mm

⬤ **Performance Group (USA), Inc**

---

**Legs #1**

| | | | |
|---|---|---|---|
| Leg material: | | SA-36 | |
| Leg description: | | 4x4x3/8 Equal Angle (Leg in) | |
| Number of legs: | N = | 4 | |
| Overall length: | | 1,200 | mm |
| Base to girth seam length: | | 800 | mm |
| Bolt circle: | | 1,550.8 | mm |
| Anchor bolt size: | | 0.5 | inch series 8 threaded |
| Anchor bolt material: | | SA-193-B | |
| Anchor bolts/leg: | | 1 | |
| Anchor bolt allowable stress: | $S_b$ = | 137.895 | MPa |
| Anchor bolt corrosion allowance: | | 0 | mm |
| Anchor bolt hole clearance: | | 13 | mm |
| Base plate width: | | 254 | mm |
| Base plate length: | | 254 | mm |
| Base plate thickness: | | 10 | mm (6.6 mm required) |
| Base plate allowable stress: | | 165.474 | MPa |
| Foundation allowable bearing stress: | | 11.4 | MPa |
| Effective length coefficient: | K = | 1.2 | |
| Coefficient: | $C_m$ = | 0.85 | |
| Leg yield stress: | $F_y$ = | 248.211 | MPa |
| Leg elastic modulus: | E = | 199,948 | MPa |
| Leg to shell fillet weld: | | 6.35 | mm (0.33 mm required) |
| Legs braced: | | No | |

**⦿ Performance Group (USA), Inc**

Note: The support attachment point is assumed to be 25.4 mm up from the cylinder circumferential seam.

| Loading | Force attack angle ° | Leg position ° | Axial end load N | Shear resisted N | Axial $f_a$ MPa | Bending $f_{bx}$ MPa | Bending $f_{by}$ MPa | Ratio $H_{1-1}$ | Ratio $H_{1-2}$ |
|---|---|---|---|---|---|---|---|---|---|
| Weight operating corroded | | 0 | 11,925.7 | 0.0 | 6.463 | 15.405 | 0 | 0.1338 | 0.1374 |
| | | 90 | 12,983.1 | 0.0 | 7.036 | 16.771 | 0 | 0.1459 | 0.1496 |
| Moment = 1,586.1 N·m | 0 | 180 | 14,040.5 | 0.0 | 7.609 | 18.137 | 0 | 0.1580 | 0.1618 |
| | | 270 | 12,983.1 | 0.0 | 7.036 | 16.771 | 0 | 0.1459 | 0.1496 |

| Loading | Force attack angle ° | Leg position ° | Axial end load N | Shear resisted N | Axial $f_a$ MPa | Bending $f_{bx}$ MPa | Bending $f_{by}$ MPa | Ratio $H_{1-1}$ | Ratio $H_{1-2}$ |
|---|---|---|---|---|---|---|---|---|---|
| **Governing Condition** | | 0 | 12,327.6 | 0.0 | 6.681 | 15.924 | 0 | 0.1384 | 0.1421 |
| | | 90 | 13,385.0 | 0.0 | 7.254 | 17.29 | 0 | 0.1505 | 0.1543 |
| Weight operating new | | 180 | 14,442.4 | 0.0 | 7.827 | 18.656 | 0 | 0.1628 | 0.1684 |
| Moment = 1,586.1 N·m | 0 | 270 | 13,385.0 | 0.0 | 7.254 | 17.29 | 0 | 0.1505 | 0.1543 |

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Ⓟ  Performance Group (USA), Inc**

| Loading | Force attack angle ° | Leg position ° | Axial end load N | Shear resisted N | Axial $f_a$ MPa | Bending $f_{bx}$ MPa | Bending $f_{by}$ MPa | Ratio $H_{1-1}$ | Ratio $H_{1-2}$ |
|---|---|---|---|---|---|---|---|---|---|
| Weight empty corroded | | 0 | 1,656.8 | 0.0 | 0.898 | 2.14 | 0 | 0.0184 | 0.0191 |
| | | 90 | 2,714.3 | 0.0 | 1.471 | 3.506 | 0 | 0.0301 | 0.0313 |
| | 0 | 180 | 3,771.7 | 0.0 | 2.044 | 4.872 | 0 | 0.0419 | 0.0435 |
| Moment = 1,586.1 N·m | | | | | | | | | |
| | | 270 | 2,714.3 | 0.0 | 1.471 | 3.506 | 0 | 0.0301 | 0.0313 |

| Loading | Force attack angle ° | Leg position ° | Axial end load N | Shear resisted N | Axial $f_a$ MPa | Bending $f_{bx}$ MPa | Bending $f_{by}$ MPa | Ratio $H_{1-1}$ | Ratio $H_{1-2}$ |
|---|---|---|---|---|---|---|---|---|---|
| Weight empty new | | 0 | 2,059.3 | 0.0 | 1.116 | 2.66 | 0 | 0.0228 | 0.0237 |
| | | 90 | 3,116.7 | 0.0 | 1.689 | 4.026 | 0 | 0.0346 | 0.0359 |
| | 0 | 180 | 4,174.1 | 0.0 | 2.262 | 5.392 | 0 | 0.0464 | 0.0481 |
| Moment = 1,586.1 N·m | | | | | | | | | |
| | | 270 | 3,116.7 | 0.0 | 1.689 | 4.026 | 0 | 0.0346 | 0.0359 |

**⊕  Performance Group (USA), Inc**

| Loading | Force attack angle ° | Leg position ° | Axial end load N | Shear resisted N | Axial $f_a$ MPa | Bending $f_{bx}$ MPa | Bending $f_{by}$ MPa | Ratio $H_{1-1}$ | Ratio $H_{1-2}$ |
|---|---|---|---|---|---|---|---|---|---|
| Weight vacuum corroded | 0 | 0 | 11,925.7 | 0.0 | 6.463 | 15.405 | 0 | 0.1338 | 0.1374 |
| | | 90 | 12,983.1 | 0.0 | 7.036 | 16.771 | 0 | 0.1459 | 0.1496 |
| Moment = 1,586.1 N·m | | 180 | 14,040.5 | 0.0 | 7.609 | 18.137 | 0 | 0.1580 | 0.1618 |
| | | | | | | | | | |
| | | 270 | 12,983.1 | 0.0 | 7.036 | 16.771 | 0 | 0.1459 | 0.1496 |

## Leg Calculations (AISC manual ninth edition)

**Axial end load, $P_1$** (Based on vessel total bending moment acting at leg attachment elevation)

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**🅟  Performance Group (USA), Inc**

$P_1 = W/N + 48*M_t/(N*D)$
$= 53,540.15/4 + 48*1e3*132.2/(4*1,500)$
= <u>14,442.45</u> N

### Allowable axial compressive stress, $F_a$ (AISC chapter E)

Local buckling check (AISC 5-99)

$b/t = (4/0.375) < (76 / Sqr(36))$ so $Q_s = 1$

### Flexural-torsional buckling (AISC 5-317)

Shear center distance $w_o = 3.4215$
$r_o^2 = w_o^2 + (I_z + I_w)/A$
$= 3.4215^2 + (73.88 + 289.07)/18.4516$
$= 31.38 \ cm^2$

Torsional constant $J = 5.58 \ cm^4$
Shear modulus $G = 76.98$ GPa

$F_{ej} = G*J / (A*r_o^2)$
$= 76,979.96*5.58 / (18.4516*31.3767)$
$= 0.742$ GPa

$K*l/r_w = 1.2*749.2/39.58 = 22.714$

$F_{ew} = \pi^2*E/(Kl/r_w)^2$
$= \pi^2*199.948/(22.714)^2$
$= 3.825$ GPa

$H = 1 - (w_o^2 / r_o^2)$
$= 1 - (34.21^2 / 3,137.674)$
$= 0.6269051$

$F_e = ((F_{ew} + F_{ej})/(2*H))*(1 - Sqr(1 - (4*F_{ew}*F_{ej}*H)/(F_{ew} + F_{ej})^2))$
$= ((3.825 + 0.742)/(2*0.6269))*(1 - Sqr(1 - (4*3.825*0.742*0.6269)/(3.825 + 0.742)^2))$
$= 0.686$ GPa

Equivalent slenderness ratio

$Kl/r = \pi*Sqr(E/F_e)$
$= \pi*Sqr(199.948/0.686)$
$= 53.63401$

$C_o = Sqr(2*\pi^2*E/(F_y*Q_s))$
$= Sqr(2*\pi^2*199,948/(248.211*1))$
$= 126.0993$

$K*l/r = 1.2*749.2/20.01 = 44.9308$

$F_a = 1 * (1 - (Kl/r)^2/(2*C_o^2))*F_y / (5/3 + 3*(Kl/r)/(8*C_o)-(Kl/r)^3/(8*C_o^3))$
$= 1 * (1 - (53.634)^2/(2*126.0993^2))*248.211 / (5/3 + 3*(53.634)/(8*126.0993)-(53.634)^3/(8*126.0993^3))$
$= 124.28$ MPa

**⊙ Performance Group (USA), Inc**

---

**Allowable axial compression and bending (AISC chapter H)**

Note: r is divided by 1.35 - See AISC 6.1.4, pg. 5-314

$F'_{ex} = 1*12*\pi^2*E/(23*(Kl/r)^2)$
$= 1*12*\pi^2*199,948/(23*(60.6566)^2)$
$= 279.843$ MPa

$F'_{ey} = 1*12*\pi^2*E/(23*(Kl/r)^2)$
$= 1*12*\pi^2*199,948/(23*(30.6639)^2)$
$= 1,095.004$ MPa

$F_b = 1*0.66*F_y$
$= 1*0.66*248.211$
$= 163.819$ MPa

**Compressive axial stress**

$f_a = P_t/A$
$= 14,442.45/1,845.157$
$= \underline{7.827}$ MPa

**Bending stresses**

$f_{bx} = F*cos(\alpha)*L/(I_x/C_x) + P_t*E_{cc}/(I_x/C_x)$
$= 0*cos(0)*749.2/(1e4*73.8759/30.89) + 14,442.45*30.89/(1e4*73.8759/30.89)$
$= \underline{18.656}$ MPa

$f_{by} = F*sin(\alpha)*L/(I_y/C_y)$
$= 0*sin(0)*749.2/(1e4*289.07/71.84)$
$= \underline{0}$ MPa

**AISC equation H$_{1-1}$**

$H_{1-1} = f_a/F_a + C_{mx}*f_{bx}/((1 - f_a/F'_{ex})*F_{bx}) + C_{my}*f_{by}/((1 - f_a/F'_{ey})*F_{by})$
$= 7.827/124.28 + 0.85*18.656/((1 - 7.827/279.843)*163.819) + 0.85*0/((1 - 7.827/1,095.004)*163.819)$
$= \underline{0.1626}$

**AISC equation H$_{1-2}$**

$H_{1-2} = f_a/(0.6*1*F_y) + f_{bx}/F_{bx} + f_{by}/F_{by}$
$= 7.827/(0.6*1*248.211) + 18.656/163.819 + 0/163.819$
$= \underline{0.1664}$

4, 4x4x3/8 Equal Angle legs are adequate.

**Anchor bolts - Weight empty corroded condition governs**

Tensile loading per leg (1 bolt per leg)

$R = 48*M/(N*BC) - W/N$
$= 48*132.2/(4*1.5508) - 10,857/4$

**⊕ Performance Group (USA), Inc**

= -1,691.48 N
There is no net uplift (R is negative).

0.5 inch series 8 threaded bolts are satisfactory.

**Check the leg to vessel fillet weld, Bednar 10.3, Weight operating new governs**

Note: continuous welding is assumed for all support leg fillet welds.

The following leg attachment weld analysis assumes the fillet weld is present on three sides (leg top closure plate is used).

$Z_w = (2*b*d + d^2)/3$
$= (2*14.3685*45.08 + 45.08^2)/3$
$= 1,109.224 \text{ cm}^2$

$J_w = (b + 2*d)^3/12 - d^{2*}(b + d)^2/(b + 2*d)$
$= (14.3685 + 2*45.08)^3/12 - 45.08^{2*}(14.3685 + 45.08)^2/(14.3685 + 2*45.08)$
$= 26,465.83 \text{ cm}^3$

$E = d^2/(b + 2*d)$
$= 450.8^2/(143.69 + 2*450.8)$
$= 194.42 \text{ mm}$

Governing weld load $f_x = Cos(0)*0 = 0$ N
Governing weld load $f_y = Sin(0)*0 = 0$ N

$f_1 = P_t/L_{weld}$
$= 14,442.45/104.5285$
$= 138.17 \text{ N/cm}$ (V$_L$ direct shear)

$f_2 = f_y*L_{leg}*0.5*b/J_w$
$= 0*749.2*0.5*143.69/2,646,583.1228$
$= 0 \text{ N/cm}$ (V$_L$ torsion shear)

$f_3 = f_y/L_{weld}$
$= 0/104.5285$
$= 0 \text{ N/cm}$ (v$_o$ direct shear)

$f_4 = f_y*L_{leg}*E/J_w$
$= 0*749.2*194.42/2,646,583.1228$
$= 0 \text{ N/cm}$ (v$_c$ torsion shear)

$f_5 = f_x*L_{leg}/Z_w$
$= 0*74.92/1,109.224$
$= 0 \text{ N/cm}$ (M$_L$ bending)

$f_6 = f_x/L_{weld}$
$= 0/104.5285$
$= 0 \text{ N/cm}$ (Direct outward radial shear)

$f = Sqr((f_1 + f_2)^2 + (f_3 + f_4)^2 + (f_5 + f_6)^2)$
$= Sqr((138.17 + 0)^2 + (0 + 0)^2 + (0 + 0)^2)$

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**⊕ Performance Group (USA), Inc**

= 138.17 N/cm (Resultant shear load)

**Required leg to vessel fillet weld leg size** (welded both sides + top)

$t_w$ = f / (0.707*0.55*$S_a$)
= 13.82 / (0.707*0.55*108)
= 0.33 mm

The 6.35 mm leg to vessel attachment fillet weld size is adequate.

**Base plate thickness check, AISC 3-106**

$f_p$ = P/(B*N)
= 14,407.81/(254*254)
= 0.223 MPa

Required base plate thickness is the largest of the following: (6.6 mm)

$t_b$ = Sqr(0.5*P/$S_b$)
= Sqr(0.5*14,407.81/165.474)
= 6.6 mm

$t_b$ = 0.5*(N - d)*Sqr(3*$f_p$/$S_b$)
= 0.5*(254 - 101.6)*Sqr(3*0.223/165.474)
= 4.85 mm

The base plate thickness is adequate.


**Check the leg to vessel attachment stresses, WRC-107 (Weight operating corroded governs)**

**Applied Loads**

| | | | |
|---|---|---|---|
| Radial load: | $P_r$ = | 0 | N |
| Circumferential moment: | $M_c$ = | 0 | N-m |
| Circumferential shear: | $V_c$ = | 0 | N |
| Longitudinal moment: | $M_L$ = | 433.73 | N-m |
| Longitudinal shear: | $V_L$ = | 14,040.5 | N |
| Torsion moment: | $M_t$ = | 0 | N-m |
| Internal pressure: | P = | 368.02 | kPa |
| Mean shell radius: | $R_m$ = | 745.5 | mm |
| Local shell thickness: | t = | 7.5 | mm |
| Shell yield stress: | $S_y$ = | 177 | MPa |

**⬤ Performance Group (USA), Inc**

**Maximum stresses due to the applied loads at the leg edge (includes pressure)**

$R_m/t = 99.4151$

$C_1 = 71.84$, $C_2 = 287.37$ mm

Note: Actual lug $C_1/C_2 < 1/4$, $C_1/C_2 = 1/4$ used as this is the minimum ratio covered by WRC 107.

Local circumferential pressure stress = $P*R_i/t = 36.404$ MPa

Local longitudinal pressure stress = $P*R_i/2t = 18.202$ MPa

Maximum combined stress $(P_L+P_b+Q) = 42.18$ MPa
Allowable combined stress $(P_L+P_b+Q) = +-3*S = +-324$ MPa

The maximum combined stress $(P_L+P_b+Q)$ is within allowable limits.

Maximum local primary membrane stress $(P_l) = 37.76$ MPa
Allowable local primary membrane $(P_l) = +-1.5*S = +-162$ MPa

The maximum local primary membrane stress $(P_l)$ is within allowable limits.

| Stresses at the leg edge per WRC Bulletin 107 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Figure | value | β | $A_u$ | $A_l$ | $B_u$ | $B_l$ | $C_u$ | $C_l$ | $D_u$ | $D_l$ |
| 3C* | 2.9759 | 0.2853 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4C* | 9.958 | 0.2313 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1C | 0.0602 | 0.1696 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2C-1 | 0.0245 | 0.1696 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3A* | 4.0343 | 0.153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1A | 0.0626 | 0.1776 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3B* | 6.1927 | 0.2428 | -1.358 | -1.358 | 1.358 | 1.358 | 0 | 0 | 0 | 0 |
| 1B-1 | 0.014 | 0.1968 | -4.413 | 4.413 | 4.413 | -4.413 | 0 | 0 | 0 | 0 |
| Pressure stress* | | | 36.404 | 36.404 | 36.404 | 36.404 | 36.404 | 36.404 | 36.404 | 36.404 |
| Total circumferential stress | | | 30.633 | 39.459 | 42.175 | 33.35 | 36.404 | 36.404 | 36.404 | 36.404 |
| Primary membrane circumferential stress* | | | 35.046 | 35.046 | 37.763 | 37.763 | 36.404 | 36.404 | 36.404 | 36.404 |
| 3C* | 4.2218 | 0.2313 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4C* | 8.3789 | 0.2853 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1C-1 | 0.0313 | 0.2409 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2C | 0.0324 | 0.2409 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4A* | 8.3785 | 0.153 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2A | 0.0238 | 0.2221 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4B* | 3.151 | 0.2428 | -1.393 | -1.393 | 1.393 | 1.393 | 0 | 0 | 0 | 0 |
| 2B-1 | 0.0141 | 0.2722 | -3.213 | 3.213 | 3.213 | -3.213 | 0 | 0 | 0 | 0 |
| Pressure stress* | | | 18.202 | 18.202 | 18.202 | 18.202 | 18.202 | 18.202 | 18.202 | 18.202 |

**⬢ Performance Group (USA), Inc**

| Total longitudinal stress | 13.596 | 20.022 | 22.808 | 16.382 | 18.202 | 18.202 | 18.202 | 18.202 |
|---|---|---|---|---|---|---|---|---|
| Primary membrane longitudinal stress* | 16.809 | 16.809 | 19.595 | 19.595 | 18.202 | 18.202 | 18.202 | 18.202 |
| Shear from $M_t$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Circ shear from $V_c$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Long shear from $V_L$ | 0 | 0 | 0 | 0 | -1.627 | -1.627 | 1.627 | 1.627 |
| Total Shear stress | 0 | 0 | 0 | 0 | -1.627 | -1.627 | 1.627 | 1.627 |
| Combined stress ($P_L+P_b+Q$) | 30.633 | 39.459 | 42.175 | 33.35 | 36.549 | 36.549 | 36.549 | 36.549 |

Note: * denotes primary stress.

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552

**Performance Group (USA), Inc**

**Liquid Level bounded by F&D Head #2**

Location from datum                2451.47 mm

Operating Liquid Specific Gravity  1.0000
Test liquid specific gravity       1.0000

F:\Backup from 4G USB Black 20081017\Backup from BJ 20081018\CHLORINATION\Head Tank T-552