KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE COURT'S RULE 16(A)(1)(E)(II) ORDER**<br><br>Date:          October 2, 2013<br>Time:          11:00 a.m.<br>Place:        Courtroom A, 15th Floor<br>Dept.:        Hon. Nathanael Cousins |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE COURT'S
RULE 16(A)(1)(E)(II) ORDER
Case No. CR 11-0573-JSW (NC)

782610.01

TO ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Civil Local Rule 7-7, Defendants Walter Liew and USA Performance Technology, Inc. ("USAPTI") hereby withdraw without prejudice their pending Motion to Compel Compliance with the Court's Rule 16(a)(1)(E)(ii) Order filed on September 18, 2013 at Docket No. 449 ("Motion to Compel").  After Defendants filed their Motion to Compel, the Government produced the set of the "Attachment E" documents flagged at FBI headquarters that Defendants had requested.  In addition, after Defendants filed their Motion to Compel, the Government met and conferred with Defendants regarding the majority of Defendants' questions regarding the "Attachment C" documents.  The Government has represented that it will continue to meet and confer with Defendants regarding their remaining questions.  Accordingly, at this time, Defendants' Motion to Compel has become moot.

Defendants further request that the hearing set for October 2, 2013 before this Court be vacated.

Dated:  September 25, 2013                          KEKER & VAN NEST LLP


By:   */s/ Stuart L. Gasner*
STUART L. GASNER
SIMONA A. AGNOLUCCI
KATHERINE M. LOVETT

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

1

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH THE COURT'S
RULE 16(A)(1)(E)(II) ORDER COMPLIANCE WITH THE COURT'S RULE 16(A)(1)(E)(II) ORDER
Case No. CR 11-0573-JSW (NC)

782610.01