MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
|     Plaintiff, | STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER; [PROPOSED] ORDER |
|     v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE,, | |
|     Defendant. | |

       Pursuant to the Court's August 26, 2013 order regarding procedures for filing documents under seal (Docket No. 432), the United States and defendants Walter Liew, Christina Liew, USA Performance Technology, Inc., and Robert Maegerle (collectively, the parties) hereby stipulate as follows:

1. On June 21, 2012, the Court entered a Protective Order governing the production of discovery in this matter. Docket No. 168. On August 23, 2013, the Court modified the Protective Order pursuant to the parties' stipulation. Docket No. 431.

1. 2. Paragraph 11 of the Protective Order shall be replaced with the following: "Disclosure to the Court. Any court filings containing confidential materials or description thereof shall be submitted to the court in conformity with Criminal L.R. 55-1 and Civil L.R. 79-5, with the exception that the time period for the designating party to respond to a filing under Civil L.R. 79-5(d) shall be 10 business days instead of 7 days."

3. Except as modified by this stipulation, all other terms and conditions of the modified Protective Order remain in effect.

SO STIPULATED.

DATED: September 26, 2013
MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
JOHN H. HEMANN
Assistant United States Attorneys

DATED: September 26, 2013
/S/
_____
STUART GASNER
Attorney for Defendants Walter Liew and USA PTI

DATED: September 26, 2013
/S/
_____
DORON WEINBERG
Attorney for Defendant Christina Liew

DATED: September 26, 2013
/S/
_____
JEROME FROELICH
Attorney for Defendant Robert Maegerle

\\
\\
\\

STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER; [PROPOSE STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER; [PROPOSED] ORDER
CR 11-0573 JSW

## [PROPOSED] ORDER

Based on the foregoing, the Protective Order is modified as set forth in the above-referenced stipulation.

IT IS SO ORDERED.

DATED:

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER; [PROPOSE STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER; [PROPOSED] ORDER
CR 11-0573 JSW