KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>         Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DEFENDANTS' NOTICE RE ORDER TO SHOW CAUSE**<br><br>Place:    Courtroom 11, 19th Floor<br>Dept.:    Hon. Jeffrey S. White |

On September 24, 2013, the Court ordered Defendants to show cause in writing by October 1, 2013 why they should not be required to produce the documents bates numbered DWL0000001-78 to the Government.  Dkt. 453.  Defendants hereby notify the Court and Government counsel that they have no objection to the production of those documents to the Government and will produce them by October 1, 2013.

Dated:  September 30, 2013           KEKER & VAN NEST LLP

                                     By:  */s/ Stuart L. Gasner*
                                          STUART L. GASNER
                                          SIMONA A. AGNOLUCCI
                                          KATHERINE M. LOVETT

                                          Attorneys for Defendants WALTER LIEW and
                                          USA PERFORMANCE TECHNOLOGY, INC.

Dated:  September 30, 2013           By:  */s/ Doron Weinberg*
                                          DORON WEINBERG

                                          Attorney for Defendant CHRISTINA LIEW

Dated:  September 30, 2013           By:  */s/ Jerome F. Froelich, Jr.*
                                          JEROME J. FROELICH, JR.

                                          Attorney for Defendant
                                          ROBERT J. MAEGERLE

1
**DEFENDANTS' NOTICE RE ORDER TO SHOW CAUSE**
Case No. CR 11-0573-JSW (NC)

783577.01