**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WALTER LIEW, and others,

Defendants.

Case No. 11-cr-0573 JSW

**ORDER DENYING STIPULATED MODIFICATION NO. 2 TO PROTECTIVE ORDER**

Re: Dkt. No. 462

On September 26, 2013, the parties submitted a stipulation to allow 10 business days for the designating party to respond to a filing under Civil Local Rule 79-5(d). Dkt. No. 462. The local rule allows 7 total days to respond to such a filing. The Court will not permit the parties to stipulate in contravention of the local rules without cause. The Court finds no good cause as to why the parties should be permitted nearly double the time allotted by the local rules to respond to a filing under seal. The stipulated modification is therefore DENIED.

Case3:11-cr-00573-JSW Document468 Filed10/02/13 Page2 of 2

IT IS SO ORDERED.

Date: October 2, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cr-0573 JSW
ORDER DENYING STIP. MOD. NO. 2 TO PROTECTIVE ORDER
2