1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  JOHN H. HEMANN (CSBN 165823)
   PETER B. AXELROD (CSBN 190843)
5  Assistant United States Attorneys
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      john.hemann@usdoj.gov
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-11-0573-JSW |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO SET BRADY/GIGLIO DISCLOSURE DEADLINE |
| v. | ) ) | |
| WALTER LIEW, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

The United States agreed to an October 25, 2013, deadline by which the government will produce materials in its possession that the prosecutors believe are subject to disclosure under *Brady* and *Giglio*. *See* Agnolucci Decl., Ex. B (Oct. 7, 2013, email from Hemann to Agnolucci).

A court order is not necessary, given the constitutional nature of the government's obligation. Moreover, as is common and for myriad different reasons, information that is subject to *Brady* or *Giglio* disclosure may come to light after a deadline but prior to the conclusion of trial. Accordingly, the government understands its continuing obligation to notify the defense of exculpatory evidence.

The procedural vehicle being used by defendants – an administrative motion under Civil Local

1  Rule 7-11 – is not appropriate.  First, the proposed order submitted by defendants does not conform to
2  the language to which the government agreed after meeting and conferring with defense counsel, as set
3  forth in the October 7 email attached to counsel's declaration.  Second, there is a dispute as to the
4  necessity of a court order given the independent constitutional obligation to produce exculpatory
5  information.  Accordingly, an administrative motion does not appear to be appropriate.

Respectfully submitted,

MELINDA HAAG
United States Attorney

*John H. Hemann*

Dated: October 10, 2013

JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys