KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**PROOF OF SERVICE**<br><br>Date: November 14, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th Floor<br>Dept.: Hon. Jeffrey S. White |

1

PROOF OF SERVICE

786413.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **October 11, 2013**, I served the following document(s):

1. **Declaration of Katherine M. Lovett in Support of Motion to Exclude Expert Testimony of Robert Gibney and Exhibits Attached Thereto**

2. **Declaration of Stuart L. Gasner in Support of Motion to Exclude Expert Testimony of Daniel Dayton and Exhibits Attached Thereto**

3. **Declaration of Katherine M. Lovett in Support of Administrative Motion for an Order to Seal Exhibit C to the Declaration of Stuart L. Gasner in Support of Motion to Exclude Expert Testimony of Daniel Dayton**

4. **Declaration of Simona A Agnolucci in Support of Administrative Motion for an Order to Seal Exhibit C to the Declaration of Katherine M. Lovett in Support of Motion to Exclude Expert Testimony of Robert Gibney**

☒ by **COURIER**, by placing copies in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

*Attorneys for United States:*

John H. Hemann / Peter B. Axelrod
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Executed on October 11, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Robert W. Thomas