MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-Mail: john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER LIEW; CHRISTINA LIEW;<br>USA PERFORMANCE TECHNOLOGY,<br>INC.; AND ROBERT MAEGERLE,<br><br>    Defendants. | CASE NO. 11-573-JSW<br><br>DECLARATION OF SPECIAL AGENT CYNTHIA HO IN SUPPORT OF MOTION TO EXCLUDE DEFENSE EXPERTS GORDON L. KLEIN AND GERALD L. COX<br><br>Date: November 14, 2013<br>Time: 2:00 p.m.<br>Courtroom: 19th Floor, Ctrm. 11 |

I, Cynthia Ho, pursuant to 28 U.S.C. § 1746, based on my investigation I declare as follows:

1.     I am employed as a Special Agent with the Federal Bureau of Investigation.

2.     As part of my responsibilities, I have been assigned to assist in the investigation of the above-captioned case.

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW

3.  I learned that Walter Liew was a resident of California after moving to the United States and becoming a naturalized citizen in 1993. Walter Liew was an owner and executive of USA Performance Technology ("USAPTI") and Performance Group (USA) ("Performance Group").

4.  Walter Liew is married to Christina Liew, who was also an owner and executive of USAPTI and Performance Group.

5.  USAPTI was a California corporation that was headquartered in Oakland and offered engineering services. USAPTI was the successor company to Performance Group and LH Performance.

6.  During 2006 through 2011, Performance Group and USAPTI received payments from their Chinese TiO2 customers at Mega International Commercial Bank, and then sent portions of those payments to domestic banks controlled by Walter Liew. Some of the payments were also sent to at least six entities holding bank accounts in Singapore. Below, I am detailing information that I reviewed related to those transfers.

A.  ***Huadong Equipment Solutions Pte. Ltd. (Huadong)***

7.  As part of this investigation, the government obtained information and documents related to entities in Singapore from Singapore's Accounting and Corporate Regulatory Authority ("ACRA"). According to information obtained from ACRA, Walter Liew was listed as a Director and the sole shareholder of Huadong, and a Singapore citizen Shirley Sue Lan Chin, was listed as Huadong's Director with an address in Singapore; Shirley Chin is Walter Liew's niece. Huadong was registered in Singapore as an equipment procurement and services company on July 27, 2006, using address 637 Veerasamy Road, #02-107, Singapore 200637, and Huadong's corporate status was "struck off" from June 6, 2009.

8.  Based on records I have reviewed, including bank records and email seized in the course of this investigation, Walter Liew had signature authority over account #xxxx-022 held by a company called Huadong Equipment Solutions Pte. Ltd. at the Development Bank of Singapore Ltd. (DBS),

According to a document that I reviewed, both accounts may have been closed sometime after November 2008 at the instruction of Walter Liew.

### *Huadong Monetary Transactions*

9. Agents that I work with and I reviewed evidence of money movement from the Liews and their companies in the United States to Huadong, and then to the Liews' relatives in the PRC. No evidence was recovered indicating that Huadong provided any products or services in exchange for the money, such as correspondence, invoices, work orders, etc. The FBI has conducted internet searches for information regarding Huadong's business activities. Huadong does not have a website, and internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

10. Pursuant to Letter of Credit # LCxxxx0197A, on August 1, 2006, Pangang Group wired $1,394,773 from China Everbright Bank to Performance Group through Chiao Tung Bank.[1] On August 8, 2006, Performance Group wired $1,272,100 from Chiao Tung Bank to Huadong's Singapore DBS account #xxxx-022. On August 18, 2006, Huadong withdrew $1,200,000 from its Singapore DBS account #xxxx-022.

11. On March 5, 2007, Pangang Group wired $272,966 from China Everbright Bank to Performance Group through Mega International Commercial Bank. Performance Group received $272,592. On March 6, 2007, Performance Group wired $272,592 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. On April 5, 2007, Huadong withdrew $340,000 from its Singapore DBS account #xxxx-022.

12. On December 19, 2007, Pangang Group wired $149,985 from the Bank of Communications in China to Performance Group through Mega International Commercial Bank. On

---

[1] Chiao Tung was subsequently acquired by Mega International Commercial Bank sometime in 2006.

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW 3

December 19, 2007, Performance Group wired $149,955 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. Huadong received $149,955.

13. On January 23, 2008, Pangang Group wired $1,749,982 from Jinzhou City Commercial Bank to Performance Group through Mega International Commercial Bank. On January 23, 2008, Performance Group wired $1,749,952 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. On February 4, 2008, Huadong withdrew $1,902,000 from its Singapore DBS account #xxxx-022.

14. On April 15, 2008, Pangang Group wired $759,982 from Jinzhou City Commercial Bank to Performance Group through Mega International Commercial Bank. On April 17, 2008, Performance Group wired $759,952 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. On May 29, 2008, Walter Liew authorized a telegraphic transfer of $750,000 from Huadong's Singapore DBS account #xxxx-022 to HSBC account #xxxx-833 in Hong Kong, which is in the name of Christina Liew's father, Qiao Hua. Walter Liew has signature authority on Qiao Hua's HSBC account #xxxx-833.

15. On June 12, 2008, Pangang Group wired $349,982 from Jinzhou City Commercial Bank, to Performance Group through Mega International Commercial Bank. On June 13, 2008, Performance Group wired $349,952 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. On June 25, 2008, Huadong transferred $359,972 from Singapore DBS account #xxxx-022 to HSBC account #xxxx-833 in Hong Kong belonging to Qiao Hua.

16. On August 21, 2008, Pangang Group wired $399,980 from Jinzhou City Commercial Bank to Performance Group through Mega International Commercial Bank. On August 29, 2008, Performance Group wired $149,935 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. Also on August 29, 2008, Performance Group wired $250,000

from Mega International Commercial Bank to USAPTI's Citibank account #xxxx046 located in Oakland, California.

17. On October 22, 2008, Pangang Group wired $1,359,980 from Jinzhou City Commercial Bank to Performance Group through Mega International Commercial Bank. On October 23, 2008, Performance Group wired $1,109,935 from Mega International Commercial Bank to Huadong's Singapore DBS account #xxxx-022. Also on October 23, 2008, Performance Group wired $250,000 from Mega International Commercial Bank to USAPTI's Citibank account #202666046 in Oakland, California. On November 4, 2008, Walter Liew directed DBS in Singapore to transfer $1,250,000 from Huadong's DBS Singapore account #xxxx-022 to HSBC account #xxxx-833 in Hong Kong, which is in the name of Qiao Hua.

**B.  ESI Equipment and Engineering Pte. Ltd. (ESI)**

18. According to ACRA information, ESI provided environmental engineering services and was a manufacturer of water treatment, waste treatment and oilfield chemicals. ESI was registered in Singapore on June 27, 2008, with an address of 637 Veerasamy Road, #02-107, Singapore 200637 – the very same registration address as Huadong, as noted above.

19. PRC national Qiao Mu, Christina Liew's brother, was appointed director of ESI on June 27, 2008 and was identified as ESI's sole shareholder.

20. An internet search conducted by the FBI for ESI produced a Singapore business directory listing from localbuzz.sg, and provided a Singapore address for ESI as 190 Middle Road, #19-05 Fortune Center Rochor, Singapore 188979. However, ESI does not have a website and, other than the address found on the business directory, internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

21. Information received from the Bank of China New York branch shows that ESI had an address in the PRC, 3-13-1 Building No. 60, Nanshi Malu, Heping District, Liaoning, China 110005.

Documents obtained in a search of the Liews' residence in the United States show that this address is also used as a mailing address for Huadong. This address also corresponds to an address used by Christina Liew's father, Qiao Hua, for his Hong Kong HSBC bank account #xxxx-833.

### *ESI Monetary Transactions*

22. Evidence of monetary transfers from the Liews and their companies in the United States to ESI, and then to the Liews' relatives in the PRC was also uncovered. In its review of documents and records seized from the Liews' residence and USAPTI's office, the FBI has not located any evidence (correspondence, invoices, work orders, etc.) that shows ESI provided any products or services in exchange for the money.

23. On February 26, 2009, Pangang Group wired $499,975 from Jinzhou City Commercial Bank to Performance Group through Mega International Commercial Bank. On February 27, 2009, Performance Group wired $399,930 from Mega International Commercial Bank to ESI's Oversea-Chinese Banking Corp Ltd (OCBC) account #xxxx-301 in Singapore. Also on February 27, 2009, Performance Group wired $100,000 from Mega International Commercial Bank to USAPTI's Citibank account #xxxx-046 in Oakland, California.

24. On July 3, 2009, Pangang Group wired $2,669,985 from the Bank of China to USAPTI through California Pacific Bank (CPB) in San Francisco, California. On July 6, 2009, USAPTI wired $438,000 from CPB to ESI's OCBC account #xxxx-301 in Singapore. On September 15, 2009, USAPTI wired $790,000 from CPB to ESI's OCBC account #xxxx-301 in Singapore.

25. On December 22, 2009, USAPTI wired $469,970 from Mega International Commercial Bank to ESI's OCBC account #xxxx-301 in Singapore.

26. On January 4, 2010, ESI wired $792,000 from ESI's OCBC account #xxxx-301 in Singapore to a Bank of China account in Hong Kong. Based on information the FBI has received from

the Bank of China, the account is assigned to Qiao Ning with account #xxxx-620 or xxxx-0101. Qiao Ning is Christina Liew's brother and the brother of ESI's director and sole shareholder Qiao Mu.

27. On August 18, 2010, USAPTI received $6,229,985 from a letter of credit with the Pangang Group. The money was wired through the Bank of China in the PRC to USAPTI through Mega International Commercial Bank. On August 19, 2010, USAPTI wired $925,972 from Mega International Commercial Bank to ESI's OCBC account #xxxx301 in Singapore. On the same day, USAPTI wired $2,630,000 from Mega International Commercial Bank to Dongbei (account at UOB in Singapore), and $2,670,000 to another Singapore company called Huan Qu (account at DBS in Singapore), as described below.

28. On January 25, 2011, USAPTI received $1,779,985 from a letter of credit with the Pangang Group. The money was wired from the Bank of China in the PRC to USAPTI through Mega International Commercial Bank. USAPTI received $1,778,985. On January 25, 2011, USAPTI wired $1,788,667 from Mega International Commercial Bank to ESI's OCBC account #xxxx-301 in Singapore.

29. On April 13, 2011, Jinzhou Titanium Industry Co Ltd wired $1,357,480 from China Merchants Bank, to USAPTI through Mega International Commercial Bank. On April 15, 2011, USAPTI wired $1,357,450 from Mega International Commercial Bank to ESI's OCBC account #xxxx-301 in Singapore.

C. *Dongbei Process Engineering (Dongbei)*

30. According to ACRA information, Dongbei is described as providing engineering activities. Dongbei was registered in Singapore on July 1, 2009, with an address of 10 Anson Road, #35-11, International Plaza, Singapore 079903.

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW                                    7

31. The ACRA information identifies three officers for Dongbei: Chinese national Li Rue, Singapore citizen Rick Khiong Choy, and Singapore citizen Elaine Shu Peng Chin. Elaine Chin is Walter Liew's niece.

32. Dongbei had a PRC address of 3-4-3 Building No. 46, Jixian Street, Heping District, Shengyang City, Liaoning Province, China. This is an address shown on an HSBC Premier bank account as belonging to Walter Liew that was seized from the Liew residence. This address also is associated with another HSBC bank account in the name of Qiao Hua (Christina Liew's father) for which Walter Liew had power of attorney.

33. The FBI has conducted internet searches for information regarding Dongbei's business activities. Dongbei does not have a website, and internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

### *Dongbei Monetary Transactions*

34. The FBI has discovered evidence of money movement from the Liews and their companies in the United States to Dongbei, and then to the Liews' relatives in the PRC. In its review of documents and records seized from the Liews' residence and USAPTI's office, the FBI has not located any evidence (correspondence, invoices, work orders, etc.) that shows Dongbei provided any products or services in exchange for the money.

35. On December 22, 2009, USAPTI wired $708,450 from Mega International Commercial Bank to Dongbei's United Overseas Bank Limited (UOB) account #xxxx-383 in Singapore. On January 4, 2010, Dongbei wired $701,985 from Dongbei's UOB account #xxxx-383 in Singapore to a Bank of China account in Hong Kong. Based on information received from the Bank of China, the account is assigned to Qiao Ning with account #xxxx620 or xxxx-101. This is the same day that ESI transferred $792,000 to Qiao Ning as noted above. Qiao Ning is Christina Liew's brother and the brother of ESI's director Qiao Mu as noted above.

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW                                           8

36. On June 28, 2010, Performance Group received $306,066 from a letter of credit with the Pangang Group. The money was wired from the China Everbright Bank in the PRC to Performance Group through Mega International Commercial Bank. On July 12, 2010, Performance Group wired $306,658 from Mega International Commercial Bank to Dongbei's UOB account #xxxxxx383 in Singapore.

37. On August 18, 2010, USAPTI received $6,229,985 in its account at the Mega International Commercial Bank from the Pangang Group. The same day, USAPTI wired $2,630,000 from Mega International Commercial Bank to Dongbei's UOB account #xxxx-383 in Singapore and wired $926,062 to ESI, as stated above.

### D. *Huan Qu Process Equipment Pte. Ltd. (Huan Qu)*

38. According to ACRA information, Huan Qu is in the business of environmental engineering services. Huan Qu was registered on July 1, 2009 (the same day Dongbei was registered as noted above), with an address as 10 Anson Road, #35-11, International Plaza, Singapore 079903 (the same registration address as Dongbei as noted above).

39. The ACRA information identified three officers for Huan Qu, who are the same three registered officers of Dongbei: Chinese national Li Rue; Singapore citizen Rick Khiong Choy; and Singapore citizen Elaine Shu Peng Chin, who is Walter Liew's niece.

40. The FBI has conducted internet searches for information regarding Huan Qu's business activities. Huan Qu does not have a website and internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

#### *Huan Qu Monetary Transactions*

41. The FBI has discovered evidence of money movement from the Liews and their companies in the United States to Huan Qu. In its review of documents and records seized from the Liews' residence and USAPTI's office, the FBI has not located any evidence (correspondence, invoices,

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW 9

work orders, etc.) that shows Huan Qu provided any products or services in exchange for the money that was transferred to its Singapore bank account.

42. On September 15, 2009, USAPTI wired $860,000 from CPB to Huan Qu's Singapore DBS account #xxxx-022. This is the same day that USAPTI wired $790,000 to ESI's OCBC account #xxxx-301 in Singapore as noted above.

43. On August 19, 2010, USAPTI received $6,229,985 from the Pangang Group, as stated above. The same day, USAPTI wired $2,670,000 from Mega International Commercial Bank to Huan Qu's Singapore DBS account #xxxx-022, as well as $925,972 to ESI and $2,630,000 to Dongbei, as described above.

### E. *LHV Equipment and Services (LHV)*

#### *Information regarding the LHV entity*

44. According to ACRA information, LHV is described as providing wholesale service establishment equipment and supplies. LHV was registered on May 4, 2011, with an address of 637 Veerasamy Road, #02-107, Singapore 200637 (the same registration address as Huadong and ESI as noted above).

45. The ACRA information identifies two officers for LHV, both of whom are also officers of Dongbei and Huan Qu, as described above: Chinese national Li Rue and Singapore citizen Elaine Shu Peng Chin, who is Walter Liew's niece.

46. The FBI has conducted internet searches for information regarding LHV's business activities. LHV does not have a website, and internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

#### *LHV Monetary Transaction*

47. The FBI has discovered evidence of money movement from the Liews and their companies in the United States to LHV. In its review of documents and records seized from the Liews'

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW          10

residence and USAPTI's office, the FBI has not located any evidence (correspondence, invoices, work orders, etc.) that shows LHV provided any products or services in exchange for the money that was transferred to its Singapore bank account.

48. On July 7, 2011, USAPTI received $1,779,985 from a letter of credit with the Pangang Group. The money was wired from the Bank of China in the PRC to Performance Group through Mega International Commercial Bank. On July 14, 2011, USAPTI wired $1,778,777 from Mega International Commercial Bank to LHV's Oversea-Chinese Banking Corporation Ltd (OCBC) account #xxxx-301 in Singapore.

### F. *Lawrence Process Engineers Pte. Ltd. (Lawrence)*

#### *Information regarding the Lawrence entity*

49. According to ACRA information, Lawrence is described as providing process and industrial plant engineering services. Lawrence was registered on July 25, 2006, with an address of 637 Veerasamy Road, #02-107, Singapore 200637 (the same registration address as Huadong and ESI as noted above). It was struck off on December 29, 2008.

50. The ACRA information identifies three officers for Lawrence: American national Christina Hong Qiao Liew; Singapore citizen Rick Khiong Choy; and Singapore citizen Elaine Shu Peng Chin, who is Walter Liew's niece.

51. According to the ACRA records, Christina Hong Qiao Liew is the sole listed shareholder.

52. The FBI has discovered the following address in evidence for Lawrence: 10 Anson Road, #35-11, International Plaza, Singapore 079903. This is the same address as the addresses used by Dongbei and Huan Qu, as noted above.

53. The FBI has conducted internet searches for information regarding Lawrence's business activities. Lawrence does not have a website, and internet searches regarding the company do not reveal information that is typical of companies with active, legitimate businesses.

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW                                  11

***Lawrence Monetary Transactions***

54. On July 11, 2006, Performance Group received $902,757 in its account at the Chiao Tung Bank from a letter of credit with the Pangang Group. The money was wired from China Everbright Bank to Performance Group through Chiao Tung Bank. On July 31, 2006, Performance Group wired $901,699 from Chiao Tung Bank to Lawrence's United Overseas Bank Limited (UOB) account #xxxx-302-0 in Singapore.

55. On November 10, 2006, Performance Group received $707,188 from a letter of credit with the Pangang Group. The money was wired from the China Everbright Bank to Performance Group through Chiao Tung Bank. On November 15, 2006, as president of Performance Group, Walter Liew directed Chiao Tung Bank to wire $707,188 to Lawrence's UOB account #xxxx-302-0 in Singapore.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 11, 2013 in San Francisco, California.

_____
CYNTHIA HO
Special Agent, Federal Bureau of Investigation

DECLARATION OF CYNTHIA HO RE: MOTION TO EXCLUDE
CR 11-573 JSW