MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-0573 JSW |
| Plaintiff, | AMENDED [PROPOSED] ORDER SEALING EXHIBIT C TO LOVETT DECLARATION RE: DEFENDANTS' ADMINSTRATIVE MOTION TO SEAL (DOCKET NO. 481) |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

    Pursuant to Criminal Local Rule 56-1, and based on the parties' submissions in response to defendants' administrative motion to file under seal Exhibit C to the declaration of Katherine M. Lovett in Support of Motion to Exclude Expert Testimony of Robert Gibney (Docket No. 481), including the declaration of Assistant United States Attorney Peter B. Axelrod, the Court hereby GRANTS defendants' administrative sealing motion.

    The Court finds that Exhibits C to the Lovett Declaration is sealable. Thus, the Court hereby ORDERS that the Clerk of the Court maintain Exhibits C of the Lovett Declaration under seal absent

[PROPOSED] SEALING ORDER
CR 11-00573 JSW

1 | further order of the Court.
2 |     IT IS SO ORDERED.
3 |
4 |
5 | Date: _____
                                  JEFFREY S. WHITE
                                United States District Judge

[PROPOSED] SEALING ORDER
CR 11-00573 JSW