1 | KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
2 | sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
3 | sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
4 | klovett@kvn.com
633 Battery Street
5 | San Francisco, CA 94111-1809
Telephone:    415 391 5400
6 | Facsimile:    415 397 7188

7 | Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

8 

### UNITED STATES DISTRICT COURT

9 

### NORTHERN DISTRICT OF CALIFORNIA

10 

### SAN FRANCISCO DIVISION

11 

12 | UNITED STATES OF AMERICA,

        Plaintiff,

13 

        v.

14 

15 | WALTER LIEW, CHRISTINA LIEW,
USA PERFORMANCE TECHNOLOGY,
INC., and ROBERT MAEGERLE,

16 

        Defendants.

17 

Case No. CR 11-0573-JSW (NC)

**STIPULATION AND [~~PROPOSED~~] ORDER
RE FED. RULE CRIM. P. 17(C) SUBPOENA**
 AS MODIFIED

Place:        Courtroom 11, 19th Floor
Dept.:        Hon. Jeffrey S. White

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND [~~PROPOSED~~] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

787297.01

1    The undersigned, by and through their undersigned counsel, stipulate and agree as

2 follows:

3    1.    On August 8, 2013, this Court granted Defendants' *Ex Parte* Application for a

4 Rule 17(c) Subpoena.  Dkt. 410.

5    2.    On August 12, 2013, Defendants served the Rule 17(c) subpoena issued by the

6 Court on E. I. du Pont de Nemours and Company ("DuPont"), with a return date of September 2,

7 2013, twenty-one days from the date of service.

8    3.    On August 27, 2013, counsel for DuPont and defense counsel met and conferred

9 about DuPont's efforts to locate documents responsive to the subpoena, and counsel for DuPont

10 indicated that DuPont would be unable to fully respond to the subpoena by the return date.

11 However, DuPont's counsel indicated that DuPont would be willing to produce documents on a

12 rolling basis in order to expedite the Court's, the Government's, and defense counsel's review of

13 documents responsive to the subpoena.

14    4.    On September 10, 2013, counsel for defendants Walter Liew and USA

15 Performance Technology, Inc. ("USAPTI") and counsel for DuPont filed a Stipulation and

16 [Proposed] Order re Fed. Rule Crim P.17(c) Subpoena (Dkt. 439) advising the Court as to the

17 status of DuPont's response to the subpoena.  The parties to that stipulation also represented that

18 they would update the Court further on September 23, 2013.  The Court signed this Order, as

19 modified, on September 23, 2013.  Dkt. 451.

20    5.    On September 13, 2013, counsel for Walter Liew and USAPTI met and conferred

21 further with counsel for DuPont.  Counsel for DuPont represented that DuPont would produce to

22 the Court its first set of documents responsive to categories E.1 and E.2 of the subpoena upon the

23 entry of a mutually agreeable protective order.  They also updated defendants regarding

24 procedures DuPont has implemented to collect and review documents potentially responsive to

25 the remaining categories set forth in the subpoena.

26    6.    On September 16, 2013, the parties filed a Stipulation and [Proposed] Order re

27 Protection of Material Produced by E. I. Du Pont de Nemours and Company Pursuant to Rule

28

**STIPULATION AND [PROPOSED] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

787297.01

1    17(c) Subpoena.  Dkt.  445.  The following day, Magistrate Judge Cousins signed the protective

2    order and DuPont produced its first set of responsive documents.  Dkt. 446.

3           7.      On October 4, 2013, Defendants and DuPont stipulated to continue DuPont's

4    response date to October 18, 2013.  Dkt. 469.  The Court granted the requested continuance on

5    October 7, 2013.  Dkt. 470.

6           8.      Defendants and DuPont continue to work in good faith to identify and produce

7    documents in response to the subpoena.  Pursuant to their most recent meet-and-confer

8    discussion, defense counsel and counsel for DuPont have agreed that DuPont will update

9    defendants again on or about October 24, 2013, regarding the status of DuPont's efforts.

10   Accordingly, defendants and DuPont stipulate that DuPont should be granted an extension until

11   October 25, 2013, to allow DuPont to further:  1) collect and review documents; 2) determine the

12   expense and burden associated with producing the categories of documents enumerated in the

13   subpoena; 3) meet and confer with defense counsel regarding whether certain requests can be

14   modified to allow for expedited production.  By October 25, defendants and DuPont will update

15   the Court regarding the status of DuPont's efforts and determine whether further extensions of

16   time are required.

17          9.      By entering into this stipulation, DuPont in no way waives, but rather expressly

18   reserves, its right to move to quash those categories of documents that it determines are overly

19   broad, would require an undue burden to locate and produce, or otherwise fail to satisfy the

20   standards set forth in *United States v. Nixon.*

21          10.     Likewise, by entering into this stipulation, defendants in no way waive, but rather

22   expressly reserve, their right to move to compel DuPont's compliance with the Rule 17(c)

23   subpoena.

24          11.     Consistent with the expressed preference of the Court (Dkt. 451), DuPont will

25   produce bates numbered copies of the documents to the Court in electronic format.

26

27

28

2

**STIPULATION AND [PROPOSED] ORDER RE RULE 17 SUBPOENA**
Case No. CR 11-0573-JSW (NC)

1    **IT IS SO STIPULATED.**

2    Dated:  October 16, 2013                     KEKER & VAN NEST LLP

3

4                                          By:  */s/ Stuart L. Gasner*
                                                STUART L. GASNER
5                                               SIMONA A. AGNOLUCCI
                                                KATHERINE M. LOVETT
6
                                                Attorneys for Defendants WALTER LIEW and
7                                               USA PERFORMANCE TECHNOLOGY, INC.

8    Dated:  October 16, 2013                     GLYNN & FINLEY

9

10                                         By:  */s/ Clement S. Glynn*
                                                CLEMENT GLYNN
11                                              MORGAN LOPEZ
                                                Attorneys for E. I. DU PONT DE NEMOURS
12                                              AND COMPANY

13                              [PROPOSED] **ORDER**

14

15       Based on the foregoing stipulation, IT IS HEREBY ORDERED that the deadline for

16   DuPont's response to the Rule 17(c) subpoena is continued to October 25, 2013.  Defendants and

17   DuPont shall update the Court by no later than that date regarding the status of DuPont's
              The parties are HEREBY ADVISED to take note of the dates on which this Court will be
18   response.  unavailable in November and December in the event DuPont files a motion to quash.

19

20       **IT IS SO ORDERED.**

21

22   Dated:  October 21, 2013

23                                              JEFFREY S. WHITE
                                                United States District Judge

24

25

26

27

28

                                    3

787297.01