KEKER & VAN NEST LLP
STUART L. GASNER - #164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - #246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - #276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SUBMISSIONS**<br><br>Dept.:　　Hon. Jeffrey S. White<br>　　　　　Courtroom 11, 19th Floor |

Defendants Walter Liew, Robert Maegerle, and USA Performance Technology, Inc., on the one hand, and the United States, on the other hand, by and through their undersigned counsel, stipulate and agree as follows:

1.  The Court has scheduled the pretrial conference in this matter for December 15, 2013.

2.  The Court has ordered the parties to file their pretrial submissions by November 15, 2013.

3.  No later than November 15, 2013, the parties intend to submit a jointly signed proposed final pretrial order in accordance with paragraph 5 of the Court's Guidelines for Motions, Final Pretrial Conference, and Trial ("Guidelines"), which, in addition to the matters set forth in Northern District Criminal Local Rule 17.1-1(b), contains: (i) a brief description of the substance of the case; (ii) a joint exhibit list in numerical order, and (iii) each party's separate witness list for its case-in-chief witnesses.  No later than November 15, 2013, the parties also intend to submit jury instructions, a statement of the case, voir dire questions, trial briefs, and a list of exhibit objections in accordance with paragraphs 6(a) through (f) of the Guidelines.

4.  The parties currently are meeting and conferring about whether they will enter into any factual or evidentiary stipulations, including but not limited to stipulations regarding the accuracy of translations of Chinese documents and the authenticity of documents.  In light of the anticipated volume of exhibits, the parties will require significant time to review and analyze each other's proposed exhibits before entering into any stipulations.  Accordingly, the parties stipulate and agree that they will submit any stipulations to the Court no later than December 6, 2013.

5.  The government anticipates creating "summary exhibits" that summarize factual information and data contained in the parties' other exhibits.  The defense may prepare similar "summary exhibits."  The parties hereby stipulate and agree to exchange those summary exhibits on or before December 4, 2013, to exchange any objections to those summary exhibits before December 9, 2013, and to submit a list of summary exhibits and objections thereto to the Court no later than December 11, 2013.

6. The parties propose exchanging their opening motions in limine no later than November 15, 2013, exchanging oppositions no later than November 21, 2013, and submitting binders of the motions in limine and oppositions to the Court in accordance with paragraph 6(g) of the Court's Guidelines no later than November 22, 2013.

SO STIPULATED AND AGREED.

Dated: October 21, 2013                                KEKER & VAN NEST LLP

                                                       By:  */s/ Simona A. Agnolucci*
                                                            STUART L. GASNER
                                                            SIMONA A. AGNOLUCCI
                                                            KATHERINE M. LOVETT

                                                            Attorneys for Defendants
                                                            WALTER LIEW and USA PERFORMANCE
                                                            TECHNOLOGY, INC.

Dated: October 21, 2013                                MELINDA HAAG
                                                       UNITED STATES ATTORNEY

                                                       By:  */s/ John H. Hemann*
                                                            JOHN H. HEMANN
                                                            PETER B. AXELROD
                                                            Assistant United States Attorneys

Dated: October 21, 2013                                By:  */s/ Jerome J. Froelich, Jr.*
                                                            JEROME J. FROELICH, JR.

                                                            Attorney for Defendant
                                                            ROBERT J. MAEGERLE

# [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, it is hereby ordered as follows:

1. The parties shall submit binders of their motions in limine and oppositions thereto in accordance with paragraph 6(g) of the Court's Guidelines no later than November 22, 2013.

2. The parties shall submit a list of summary exhibits and objections thereto to the Court no later than December 11, 2013.

3. The parties shall submit any factual or evidentiary stipulations to the Court no later than December 6, 2013.

Dated: _____          _____
                                        Honorable Jeffrey S. White
                                        Judge, United States District Court