IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALTER LIEW, CHRISTINA LIEW, ROBERT MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>  Defendants.<br>_____ / | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER RE ADMINISTRATIVE MOTION TO SEAL EXHIBIT C TO LOVETT DECLARATION AND VACATING HEARINGS ON MOTIONS TO SEAL**<br><br>**(Docket Nos. 479 and 481)** |

Defendants have filed motions to seal exhibits to their motions to exclude expert testimony and noticed those motions for hearing on November 14, 2013. Administrative motions to seal do not require a hearing date. Accordingly, the Court VACATES the hearings on the motions to seal. The Court has considered the parties' papers regarding the motion to seal Exhibit C to the Declaration of Katherine M. Lovett, submitted in support of the motion to exclude the expert testimony of Robert Gibney. The parties request that the Court seal Exhibit C in its entirety. However, the Court concludes the request is not narrowly tailored. *See* N.D. Crim. L.R. 56-1(b).

Accordingly, the Court shall permit the Government one further and final opportunity to set forth the specific portions of that exhibit that contain sealable information. If the Government believes the exhibit is permeated with information that is sealable, it should identify such material with clarity.

//

//

The Government shall submit a revised declaration by no later than October 29, 2013.

**IT IS SO ORDERED.**

Dated: October 22, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE