IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, ROBERT J. MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendant. | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**SECOND ORDER OF PRODUCTION AND ORDER TO SHOW CAUSE AND ORDER RE FIRST ORDER OF PRODUCTION** |

The Court has received the second wave of production of documents produced by E.I. DuPont de Nemours and Company ("DuPont"), which are bates numbered DWL92-338. The Court HEREBY ORDERS that these documents shall be produced to Defendants on an *ex parte* basis, subject to the terms and conditions of the protective order issued by Magistrate Judge Cousins on September 17, 2013. Defendants may contact the Court's chambers at 415-522-4160 to pick up the documents.

The Court notes, however, that it will still require the parties to follow Criminal Local Rule 56-1 when filing documents under seal. The mere fact that a document is designated "Confidential" for purposes of discovery does not establish that it may be sealed.

It is FURTHER ORDERED that Defendants shall show cause in writing why they should not be required to produce these documents to the Government. Defendants' response

//

shall be due by no later than November 4, 2013.

The Court also notes that Defendants' response to the Order to Show Cause issued with respect to the first order of production was due on October 1, 2013. (*See* Docket No. 453.) The Court has not received any response from Defendants. The Court shall grant Defendants a **brief and final extension** to respond to that Order to Show Cause. Defendants shall file a response to the Court's Order to Show Cause by October 29, 2013.

**IT IS SO ORDERED.**

Dated: October 22, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2