MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-0573 ~~EMC~~ JSW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING UNITED STATES' EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ADMINSTRATIVE MOTION TO SEAL EXHIBIT C TO GASNER DECLARATION (DOCKET NO. 479) |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

      Pursuant to Criminal Local Rule 56-1, and the declaration of Assistant United States Attorney Peter B. Axelrod in support of request for additional time to respond to defendants' administrative motion to seal Exhibit C to Gasner Declaration (Docket No. 479), the Court hereby GRANTS the United States request for an extension of time to respond to defendants' administrative sealing motion.

      The Court ORDERS that the United States shall have until October 25, 2013 to file a declaration in response to defendant's sealing motion. The Court further ORDERS that the Clerk of the Court maintain Exhibit C to the Gasner Declaration under seal absent further order of the Court.

      In the future, the Government MUST file requests for extension in advance of the deadline by which a filing is due.

[~~PROPOSED~~] SEALING ORDER
CR 11-00573 JSW

The Court also requests that the Government make an actual motion to extend a deadline, rather than submitting only a declaration in support of a request.

IT IS SO ORDERED.

Date: October 22, 2013

JEFFREY S. WHITE
United States District Judge

[PROPOSED] SEALING ORDER
CR 11-00573 JSW