MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-0573 JSW |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIALS TO DEFENDANTS |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

    Pursuant to Criminal Local Rule Criminal Local Rule 47-3 and Federal Rule of Criminal Procedure 6(e), and based on the United States' *ex parte* motion, including the declaration of Assistant United States Attorney Peter B. Axelrod, the Court hereby GRANTS the United States *ex parte* motion authorizing production of grand jury materials to the defense in this criminal case.

    Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E), the Court hereby authorizes the disclosure of grand jury transcripts, exhibits, and any compulsion orders to the defendants in this

[PROPOSED] DISCLOSURE ORDER
CR 11-00573 JSW

1

criminal case.

　　　　IT IS SO ORDERED.

Date: October 24, 2013

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] DISCLOSURE ORDER
CR 11-00573 JSW

2