KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**PROOF OF SERVICE**<br><br>Date:     November 14, 2013<br>Time:    2:00 p.m.<br>Place:    Courtroom 11, 19th Floor<br>Dept.:    Hon. Jeffrey S. White |

1
PROOF OF SERVICE
788616.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **October 25, 2013**, I served the following document(s):

**Exhibit A to Declaration of Stuart L. Gasner in Support of Opposition to Motion to Exclude Expert Testimony of Paul A. Cooper**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

*Attorneys for United States:*

John H. Hemann / Peter B. Axelrod
United States Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
John.hemann@usdoj.gov
Peter.Axelrod@usdoj.gov

Executed on October 25, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Robert W. Thomas*
_____
Robert W. Thomas