MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0573 JSW |
| Plaintiff, | DECLARATION OF PETER B. AXELROD IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT C TO GASNER DECLARATION (DOCKET NO. 479) |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

I, Peter B. Axelrod, declare and state as follows:

1. I am an Assistant United States Attorney assigned to the prosecution of the above-caption matter.

2. I make this declaration in response to an administrative motion filed by defendants Walter Liew, Christina Liew, USA Performance Technology, Inc. (USAPTI), and Robert Maegerle to file under seal Exhibit C to the declaration of Stuart Gasner in support of defendants' motion to exclude expert testimony of Daniel Dayton. Docket No. 479. Exhibit C is an FBI report related to an interview of Daniel Dayton conducted on July 22, 2013.

3. Based on consultations with DuPont, I believe that the FBI report related to an interview of

Daniel Dayton may properly be unsealed and made a part of the public docket in this case, except that Mr. Dayton's home address should be redacted from the first two lines of the first page of the report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 25, 2013 in San Francisco, California.

MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
Assistant United States Attorney

AXELROD DECLARATION RE: SEALING
CR 11-0573 JSW