MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-0573 JSW |
| ) | |
| Plaintiff, ) | DECLARATION OF PETER B. AXELROD IN |
| ) | SUPPORT OF UNITED STATES' OPPOSITION |
| v. ) | TO DEFENDANTS' MOTIONS TO EXCLUDE |
| ) | EXPERT TESTIMONY OF DANIEL DAYTON, |
| WALTER LIEW; CHRISTINA LIEW; USA ) | JAMES FEINERMAN, AND ROBERT GIBNEY |
| PERFORMANCE TECHNOLOGY, INC.; ) | (DOCKET NO. 477, 480, 482) |
| AND ROBERT MAEGERLE, ) | |
| ) | |
| Defendants. ) | |

I, Peter B. Axelrod, declare and state as follows:

1.     I am an Assistant United States Attorney assigned to the prosecution of the above-caption matter.

2.     I make this declaration in support of the United States' opposition to defendants' motions to exclude the testimony of James Feinerman, Daniel Dayton, and Robert Gibney.

3.     Attached as Exhibit 1 to this declaration is a document entitled "Dayton Disclosure Statement, Exhibit A: Information Reviewed, August 5, 2013," that was provided to defense counsel on August 5, 2013.

4.     Attached as Exhibit 2 to this declaration is a document entitled "Documents Reviewed in

AXELROD DECLARATION RE: OPPOSITION TO MOTIONS TO EXCLUDE
CR 11-0573 JSW

1  Connection with Disclosure Statement of James V. Feinerman," which identifies information reviewed
2  by James Feinerman in conjunction with his expert disclosure statement.  Feinerman's expert disclosure
3  statement was provided to the defense on August 8, 2013.

4  5.   Attached as Exhibit 3 to this declaration is the curriculum vitae of Robert Gibney.

5  6.   I spoke to the Assistant U.S. Attorney and Department of Justice attorney who handled the Liou
6  case at trial.  They informed me that Mr. Akers was not noticed or qualified as an expert witness.  He
7  presented the testimony recited by the 5th Circuit in its opinion as percipient witness testimony.

8     I declare under penalty of perjury that the foregoing is true and correct to the best of my
9  knowledge and that this declaration was executed on October 25, 2013 in San Francisco, California.

MELINDA HAAG
United States Attorney

/S/
_____
PETER B. AXELROD
Assistant United States Attorney

AXELROD DECLARATION RE: OPPOSITION TO MOTIONS TO EXCLUDE
CR 11-0573 JSW