KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>  Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>[PROPOSED] ORDER GRANTING IN PART ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL EXHIBIT C TO THE DECLARATION OF STUART L. GASNER IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF DANIEL DAYTON<br><br>Date:   November 14, 2013<br>Time:   2:00 p.m.<br>Place:  Courtroom 11, 19th Floor<br>Dept.:  Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL
EXHIBIT C TO THE DECLARATION OF STUART L. GASNER IN SUPPORT OF MOTION TO
EXCLUDE EXPERT TESTIMONY OF DANIEL DAYTON
Case No. CR 11-0573-JSW (NC)

786445.01

As set forth in the Administrative Motion for an Order to Seal Exhibit C to the Declaration of Stuart L. Gasner in Support of Motion to Exclude Expert Testimony of Daniel Dayton, defendants have lodged provisionally under seal with the Court Exhibit C to the Declaration of Stuart L. Gasner in Support of Motion to Exclude Expert Testimony of Daniel Dayton. ~~For the reasons set forth in the motion and the declaration and for good cause appearing, Exhibit C to the Declaration of Stuart L. Gasner shall be filed under seal.~~

In accordance with paragraph 4 of the Protective Order, defendants' compliance with the government's designation of the redacted materials as "confidential" is not a waiver of Mr. Liew's right to challenge such designation and does not constitute a waiver of his right to contest that any or all portions of the redacted materials constitute "trade secret" information.

IT IS SO ORDERED. Based on the Declaration of Peter Axelrod filed on October 25, 2013 (Docket No. 510), the motion to seal is granted in part. The only material that may not be filed in the public record is Mr. Dayton's home address. Defendants shall file a redacted version of Exhibit C in the public re~~cord within five (5) days of this Order~~.

Dated: October 28, 2013

Honorable Jeffrey S. White
Judge, United States District Court

*/s/ Jeffrey S. White*

1

~~[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL EXHIBIT C TO THE DECLARATION OF STUART L. GASNER IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF DANIEL DAYTON~~
Case No. CR 11-0573-JSW (NC)

786445.01