KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>    Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>[PROPOSED] ORDER GRANTING IN PART ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL EXHIBIT C TO THE DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF ROBERT GIBNEY<br><br>Date: November 14, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 11, 19th Floor<br>Dept.: Hon. Jeffrey S. White |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL
EXHIBIT C TO THE DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF MOTION
TO EXCLUDE EXPERT TESTIMONY OF ROBERT GIBNEY
Case No. CR 11-0573-JSW (NC)

786412.01

1   As set forth in the Administrative Motion for an Order to Seal Exhibit C to the
2   Declaration of Katherine M. Lovett in Support of Motion to Exclude Expert Testimony of Robert
3   Gibney, defendants have lodged provisionally under seal with the Court Exhibit C to the
4   Declaration of Katherine Lovett in Support of Motion to Exclude Expert Testimony of Robert
5   Gibney. ~~For the reasons set forth in the motion and the declaration and for good cause appearing,~~
6   ~~Exhibit C to the Declaration of Katherine M. Lovett shall be filed under seal~~.
7   In accordance with paragraph 4 of the Protective Order, defendants' compliance with the
8   government's designation of the redacted materials as "confidential" is not a waiver of
9   Mr. Liew's right to challenge such designation and does not constitute a waiver of his right to
10  contest that any or all portions of the redacted materials constitute "trade secret" information.
11  IT IS SO ORDERED.

The Government has filed a more narrowly tailored redacted version of that Report, pursuant to the Court's Order dated October 22, 2013. The Court GRANTS the Government's request to file the document as redacted. Document No. 522-1 is DEEMED FILED as of the date of this Order.

12  Dated: October 29, 2013, 2013

Honorable Jeffrey S. White
Judge, United States District Court

*/s/ Jeffrey S. White*

---

1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER TO SEAL
EXHIBIT C TO THE DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF MOTION
TO EXCLUDE EXPERT TESTIMONY OF ROBERT GIBNEY**
Case No. CR 11-0573-JSW (NC)

786412.01