KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>　　　　Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DEFENDANTS' RESPONSE TO COURT'S OCTOBER 22, 2013 ORDER TO SHOW CAUSE RE DUPONT PRODUCTION**<br><br>Place:　　Courtroom 11, 19th Floor<br>Dept.:　　Hon. Jeffrey S. White |

On October 22, 2013, the Court ordered defendants to show cause in writing by November 4, 2013 why they should not be required to produce the documents Bates numbered DWL92-338 to the government. Dkt. 501. Defendants hereby notify the Court and government counsel that they have no objection to the production of those documents to the government. Defendants will produce the documents Bates numbered DWL92-338 to the government by November 4, 2013.

Moreover, for the Court's convenience, defendants note that, on September 30, 2013, they filed a responsive pleading to the Court's September 24, 2013 Order to Show Cause concerning DuPont's first production of documents, *see* Dkts. 453 and 464, and that defendants provided the documents Bates stamped DWL1-78 to the government on October 1, 2013.

Dated: November 4, 2013                    KEKER & VAN NEST LLP

                                           By: */s/ Stuart L. Gasner*
                                           STUART L. GASNER
                                           SIMONA A. AGNOLUCCI
                                           KATHERINE M. LOVETT

                                           Attorneys for Defendants WALTER LIEW and USA PERFORMANCE TECHNOLOGY, INC.

Dated: November 4, 2013                    By: */s/ Doron Weinberg*
                                           DORON WEINBERG

                                           Attorney for Defendant CHRISTINA LIEW

Dated: November 4, 2013                    By: */s/ Jerome F. Froelich, Jr.*
                                           JEROME J. FROELICH, JR.

                                           Attorney for Defendant ROBERT J. MAEGERLE

---

1
DEFENDANTS' RESPONSE TO COURT'S OCTOBER 22, 2013 ORDER TO SHOW CAUSE RE DUPONT PRODUCTION
Case No. CR 11-0573-JSW (NC)

789426.01