**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00573-1 JSW |
| Plaintiff, | No. CR 11-00573-2 JSW |
| | No. CR 11-00573-3 JSW |
| v. | No. CR 11-00573-4 JSW |
| WALTER LIEW, CHRISTINA LIEW, ROBERT J. MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC., | **ORDER DISCHARGING ORDERS TO SHOW CAUSE** |
| Defendant. | |

The Court has received the Defendants' response to the Court's Order to Show Cause dated October 22, 2013, in which they state that they have no objection to producing documents described in that Order to the Government. The Defendants also have responded to the Court's Order to Show Cause dated September 24, 2013 (Docket Nos. 464), in which they also stated they have no objection to producing documents described in that Order to the Government.

Accordingly, the Court DISCHARGES both Orders to Show Cause.

**IT IS SO ORDERED.**

Dated: November 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE