MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   Peter.Axelrod@usdoj.gov
   John.Hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573 JSW |
| Plaintiff, | NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL, RICHARD S. SCOTT, FOR THE UNITED STATES OF AMERICA |
| v. | |
| WALTER LIEW; CHRISTINA LIEW; USA PERFORMANCE TECHNOLOGY, INC.; AND ROBERT MAEGERLE, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that as of November 6, 2013, the Assistant United States Attorney (AUSA) whose name, address and telephone number is listed below is appearing as counsel for the government in addition to the current attorneys of record, AUSA John H. Hemann and Peter B. Axelrod.

                RICHARD S. SCOTT
                Trial Attorney, Counterespionage Section
                Department of Justice
                D.C. Bar No. 502455

600 E Street, N.W., 10th Floor
Washington, D.C.  20004
richard.s.scott@usdoj.gov
(202) 233-2263

DATED: November 6, 2013

    Respectfully submitted,

    MELINDA HAAG
    United States Attorney

    _____/s/_____
    PETER B. AXELROD
    JOHN H. HEMANN

NOTICE OF APPEARANCE
Case No. CR 11-0573 JSW