IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, ROBERT J. MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendant. | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**THIRD ORDER OF PRODUCTION AND ORDER TO SHOW CAUSE AND ORDER RE FIRST ORDER OF PRODUCTION** |

The Court has received the second wave of production of documents produced by E.I. DuPont de Nemours and Company ("DuPont"), which are bates numbered DWL357-5428. The Court HEREBY ORDERS that these documents shall be produced to Defendants on an *ex parte* basis, subject to the terms and conditions of the protective order issued by Magistrate Judge Cousins on September 17, 2013. Defendants may contact the Court's chambers at 415-522-4160 to arrange to pick up the documents.

The Court notes, however, that it will still require the parties to follow Criminal Local Rule 56-1 when filing documents under seal. The mere fact that a document is designated "Confidential" for purposes of discovery does not establish that it may be sealed.

It is FURTHER ORDERED that Defendants shall show cause in writing why they should not be required to produce these documents to the Government. Defendants' response

//

shall be due by no later than November 19, 2013.

**IT IS SO ORDERED.**

Dated: November 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE