IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, CHRISTINA LIEW, ROBERT J. MAEGERLE, and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendant. | No. CR 11-00573-1 JSW<br>No. CR 11-00573-2 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER DENYING AS MOOT MOTION TO EXCLUDE TESTIMONY OF PAUL A. COOPER AND VACATING HEARING ON MOTIONS TO EXCLUDE EXPERT TESTIMONY** |

The parties have filed a number of motions to exclude expert testimony, which are scheduled to be heard on November 14, 2013.

The issues relating to the Government's motion to exclude the testimony of Paul A. Cooper have been resolved. (*See* Docket No. 508-1, Declaration of Stuart L. Gasner, ¶¶ 2-5.) Accordingly, the Court DENIES that motion as moot. (Docket No. 487).

The Court VACATES the hearing on the remaining motions. The Court intends to resolve the motions on the papers. If, however, it has questions for the parties as to any motion, it shall address those questions at the pretrial conference scheduled for December 16, 2013.

**IT IS SO ORDERED.**

Dated: November 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE