1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
   JOHN H. HEMANN (CABN 165823)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6774
        FAX: (415) 436-7234
8       Peter.Axelrod@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,            )  CASE NO. CR 11-0573 JSW
                                         )
15       Plaintiff,                      )  UNITED STATES' RESPONSE TO ORDER TO
                                         )  SHOW CAUSE RE: MOTIONS TO SEAL
16    v.                                 )  (DOCKET NO. 540, 507, 511)
                                         )
17  WALTER LIEW; CHRISTINA LIEW; USA     )
    PERFORMANCE TECHNOLOGY, INC.;        )
18  AND ROBERT MAEGERLE,                 )
                                         )
19       Defendants.                     )
                                         )

20

21       The United States files this response to the Court's November 6, 2013 order to show cause why

22  defendants administrative motions to seal should not be denied.  Dkt. 540.

23       **The Redlined Cooper Report, Exhibit A to the Gasner Declaration (Dkt. 507)**

24       On October 25, 2013, defendants filed an administrative motion to seal Exhibit A to the

25  declaration of Stuart Gasner.  Dkt. 507.  Exhibit A to the Gasner declaration is a redlined version of the

26  report of defense TiO2 expert Paul A. Cooper.  Previously, the Court filed a redacted version of the

27  original (*e.g.*, not redlined) Cooper report in the public record pursuant to the government's earlier

28  submission.  Dkt. 522, 527.  Because the current motion concerns the same underlying report and issues,

1 | the United States incorporates its prior response. Dkt. 522.

2 |      The United States has consulted with DuPont regarding the redlined Cooper Report (Exhibit A to

3 | the Gasner Declaration) and submits a redacted version of that report as Exhibit 1 to this filing. The

4 | redactions are intended to prevent disclosure in the public record of proprietary DuPont information.

5 | The redactions generally fit into three categories: (1) citations from the Kuan Yin Basic Data Document,

6 | which is Trade Secret 5 in the Second Superseding Indictment; (2) citations from proprietary DuPont

7 | drawings; and (3) process-related citations from material previously prepared by DuPont employees

8 | Steve Taylor and Austin Reid related to this litigation. Therefore, the United States requests that the

9 | Court grant in part the administrative motion to file Exhibit A under seal by allowing the public filing of

10 | the attached redacted version of the report.

11 | **Exhibits C, D, and E to the Blais Declaration (Dkt. 511)**

12 |      The United States has reviewed Exhibits C, D, and E to the Blais Declaration (Dkt. 511) and has

13 | no objection to the filing of those exhibits in the public record, except that personal information, such as

14 | home address and passport numbers (*see* Ex. C and E), should be redacted pursuant to ECF

15 | requirements.

16 |

17 | DATED: November 14, 2013

18 |      Respectfully submitted,

19 |      MELINDA HAAG

20 |      United States Attorney

21 |      _____/s/_____

22 |      PETER B. AXELROD
JOHN H. HEMANN

23 |      Assistant United States Attorneys

24 |

25 |

26 |

27 |

28 |