UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALTER LIEW,<br>ROBERT J. MAEGERLE,<br>USA PERFORMANCE TECHNOLOGY, INC.,<br><br>    Defendant(s). | Case No. CR-11-573 JSW<br><br>**ORDER TO FURNISH DAILY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments for the sixteen (16) members of the jury in the above-entitled matter beginning **Tuesday, January 7, 2014**, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

IT IS SO ORDERED.

Dated: December 30, 2013

_____
JEFFREY S. WHITE
United States District Judge