UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Time in Court: 5 hours 59 minutes**

### CRIMINAL JURY TRIAL MINUTES

**JUDGE: JEFFREY S. WHITE**         **Court Reporter**: JoAnn Bryce / Katherine Sullivan

**DATE**: January 8, 2014                          Courtroom Deputy: Jennifer Ottolini

**CASE NO. CR-11-573 (01) (03) (04)   JSW**
**TITLE:  UNITED STATES OF AMERICA  v.   WALTER LIEW (IC) (01)**
                                                                       **ROBERT MAERGERLE (03)**
                                                                       **USA PERFORMANCE TECHNOLOGY, INC. (04)**

**COUNSEL FOR GOVERNMENT:**                  **COUNSEL FOR DEFENDANTS:**

John Hemann                                                      Stuart Gasner / Simona Agnolucci (01) (04)
Pete Axelrod                                                        Jerome Froelich (03)
Richard Scott

**PROCEEDINGS:**     **JURY TRIAL (Day 3)**

(SEE ATTACHED TRIAL LOG)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **DISTRICT JUDGE**: JEFFREY S. WHITE | **GOVERNMENT ATTORNEYS:** John Hemann<br>Pete Axelrod<br>Richard Scott | **DEFENSE ATTORNEYS**: Stuart Gasner / Simona Agnolucci (01) (04)<br>Jerome Froelich (03 |
|---|---|---|
| **TRIAL DATE:** January 8, 2014 | **REPORTER(S):** JoAnn Bryce / Katherine Sullivan | **Courtroom Deputy**: Jennifer Ottolini |

| GOVT. NO.: | DEFT NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:40 a.m. | | | Court convened.  All counsel are present.<br>Defendant Maegerle is present.<br>Defendant Liew is present in custody.<br>The jury is not present.<br>Court and counsel discuss matters outside the presence of the jury. |
| | | 8:00 a.m. | | | The jury is now present.<br>Opening statement on behalf of the Government is given to the jury by Mr. Hemann. |
| | | 9:05 a.m. | | | Opening statement on behalf of Defendant Liew is given to the jury by Mr. Gasner. |
| | | 9:45 a.m. | | | The jury is admonished.  Court is in recess. |
| | | 10:00 a.m. | | | Court convened.  All counsel are present.<br>Defendant Maegerle is present.<br>Defendant Liew is present in custody.<br>The jury is not  present.<br>Defendant Maegerle, through Mr. Froelich. moved for mistrial. |
| | | 10:02 a.m. | | | Motion denied. |
| | | 10:03 a.m. | | | The jury is now present.<br>Opening statement on behalf of Defendant Liew continued by Mr. Gasner. |
| | | 10:45 a.m. | | | Opening statement on behalf of Defendant Maegerle is given to the jury by Mr. Froelich. |

2

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**
**EXHIBIT and WITNESS LIST**
Continued

| GOVT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:22 a.m. | | | The jury is admonished and Court is in recess. |
| | | 11:43 a.m. | | | Court convened. All counsel are present. Defendant Maegerle is present. Defendant Liew is present in custody. The jury is present. The Government called **ERIC BOZMAN**, who was sworn and testified under direct examination by Mr. Axelrod. |
| | | 11:57 a.m. | | | Cross examination of **ERIC BOZMAN** by Mr. Gasner. |
| | 4000 | | X | | FBI 302 dated 7-21-11 |
| | | 12:46 p.m. | | | Re-direct examination of **ERIC BOZMAN** by Mr. Axelrod. |
| | | 12:49 p.m. | | | Witness is thanked and excused. The Government called **KIEU VU LEFEVRE,** who was sworn and testified under direct examination by Mr. Scott. |
| | | 12:57 p.m. | | | Cross examination of **KIEU VU LEFEVRE** by Ms. Lovett. |
| | | 12:58 p.m. | | | Witness is thanked and excused **KENNETH J. KARCH**, who was sworn and testified under direct examination of Mr. Axelrod. |
| | | 1:08 p.m. | | | Cross examination of **KENNETH J. KARCH** by Ms. Lovett. |
| 4001 | | | X | | Surveillance Report date 7-19-11 |
| | | 1:11 p.m. | | | Witness is thanked and excused. |
| | | 1:15 p.m. | | | The Court admonished the jury and court is in recess until January 9, 2014. |

3