UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Time in Court: 5 hours 11 minutes

## CRIMINAL JURY TRIAL MINUTES

| | |
|---|---|
| **JUDGE: JEFFREY S. WHITE** | **Court Reporter**: JoAnn Bryce / Katherine Sullivan |
| **DATE**: January 14, 2014 | **Courtroom Deputy**: Betty Lee |

**CASE NO. CR-11-573 (01) (03) (04) JSW**

**TITLE: UNITED STATES OF AMERICA v. WALTER LIEW (IC) (01)**

ROBERT MAERGERLE (03)

USA PERFORMANCE TECHNOLOGY, INC. (04)

| **COUNSEL FOR GOVERNMENT:** | **COUNSEL FOR DEFENDANTS:** |
|---|---|
| John Hemann | Stuart Gasner / Simona Agnolucci (01) (04) |
| Pete Axelrod | Jerome Froelich (03) |
| Richard Scott | |

**PROCEEDINGS:** JURY TRIAL (Day 6)

(SEE ATTACHED TRIAL LOG)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| DISTRICT JUDGE: JEFFREY S. WHITE | GOVERNMENT ATTORNEYS: John Hemann / Pete Axelrod / Richard Scott | DEFENSE ATTORNEYS: Stuart Gasner / Simona Agnolucci (01) (04) / Jerome Froelich (03) |
|---|---|---|
| **TRIAL DATE:** January 14, 2014 | **REPORTER(S):** JoAnn Bryce / Katherine Sullivan | **Courtroom Deputy:** Betty Lee |

| GOVT. NO.: | DEFT NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:40 a.m. | | | Court convened. All counsel are present. Defendant Maegerle is present. Defendant Liew is present in custody. Court and counsel discuss matters outside the presence of the jury. |
| | | 8:03 a.m. | | | The jury is now present. Defendant continued cross examination of witness **CYNTHIA HO** by Ms. Agnolucci. |
| | 1001 | | x | x | Hard drive (WD HDD), admitted for limited purpose |
| | 2829 | | x | x | Index of various folders of hard drive |
| | 701 | | x | x | Document entitled "Explanation to Roger on Legal Issues" |
| | 1009 | | x | | Metadata for Explanation to Roger on Legal Issues (did not moved to admit) |
| | 1008 | | x | x | Letter from Walter Liew to Roger on legal issues. Judge admonished jury that this exhibit is admitted for limited purpose only. |
| | 694 | | x | x | Document entitled "On legal issue with DuPont" Judge admonished jury that this exhibit is admitted for limited purpose only. |
| | 1006 | | x | x | Metadata for On legal issue with DuPont |
| | 393T | | x | | P. 0057 of Notebook; moved to admit; objected; not admitted |
| | 393 | | x | x | P. 0044 of Chinese Notebook |

2

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**
**EXHIBIT and WITNESS LIST**
Continued

| GOVT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | 393 | | x | x | P. 0045 of Chinese Notebook |
| | 393 | | x | x | P. 0046 of Chinese Notebook |
| | 393T | | x | x | P. 0043 of translation of Chinese Notebook |
| | 393 | | x | x | P. 0050 of Chinese Notebook |
| | 393T | | x | x | P. 0047 of translation of Chinese Notebook |
| | 1020 | | x | x | Metadata for TiO2 Letter Final Oct. 11, 2004 |
| | 1056 | | x | x | Oct. 10, 2004 Email from Changheliu2000 to W. Liew |
| | 1057 | | x | x | Translation of Oct. 10, 2004 Email from Changheliu2000 to W. Liew |
| | 1058 | | x | x | Attachment to Oct. 10, 2004 Email from Changhe Liu to W. Liew |
| | 1059 | | x | x | Translation of Attachment to Oct. 10, 2004 Email from Changhe Liu to W. Liew |
| | | 9:13 a.m. | | | Side bar conference held |
| | | 9:15 a.m. | | | Defendant continued cross examination of witness **CYNTHIA HO** by Ms. Agnolucci |
| | 1693 | | x | x | Photo log cover sheet |
| | 1694 | | x | x | Photo of Liew residence |
| | 1695 | | x | x | Photo of Liew residence |
| | 1696 | | x | x | Photo of Liew residence |
| | 1697 | | x | x | Photo of Liew residence |
| | 1698 | | x | x | Photo of Liew residence |
| | 1700 | | x | x | Photo of Liew residence |
| | | 9:35 a.m. | | | Break. The jury is admonished and Court is in recess. |
| | | 9:52 a.m. | | | Court reconvened. All counsel are present. Defendant Maegerle is present. Defendant Liew is present in custody. Defendant continued cross examination of witness **CYNTHIA HO** by Ms. Agnolucci. |
| 7 | | | x | | Edge Moor Plant Oxidation W/RPS System Drawing. Already admitted on 1/9/14 |

Case No.: **CR-11-573 (1)(3)(4) JSW**
Case Name: **UNITED STATES OF AMERICA v. WALTER LIEW, ET AL.,**
**EXHIBIT and WITNESS LIST**
Continued

| GOVT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | x | | Flow Sheet; already admitted on 1/9/14 |
| 289 289T | | | x | x | Document in Chinese, translated document entitled "Departments and Attendees for Meeting with DuPont in Chengdu on May 6th". |
| 369 369T | | | x | x | Document in Chinese, translated document entitled "Risks and Their Control as Regards Intellectual Property Rights in Pangang's 100,000-ton Titanium White by Ebullient Chlorination Project |
| 367 | | | x | | Email from W. Liew to R. Maegerle re: info on China Project (02/05/2004) |
| | | 11:30 a.m. | | | Break. The jury is admonished and Court is in recess. |
| | | 11:47 a.m. | | | Court reconvened. All counsel are present. Defendant Maegerle is present. Defendant Liew is present in custody. Defendant continued cross examination of witness **CYNTHIA HO** by Ms. Agnolucci. |
| 367 | | | x | x | Email from W. Liew to R. Maegerle re: info on China Project (02/05/2004); Judge admonished jury that this exhibit is admitted for limited purpose only. |
| | | 11:54 a.m. | | | Cross examination of witness **CYNTHIA HO** by Mr. Froelich |
| | | 12:15 p.m. | | | Government re-direct **CYNTHIA HO** by Mr. Hemann |
| 388 388T | | | x | x | Notes in Chinese, translated document entitled "China's TiO2 pigment market", etc. |
| | | 12:46 p.m. | | | **CYNTHIA HO** is thanked and excused. |
| | | 12:47 p.m. | | | The Government called witness **SHAO-CONG HU**; sworn and testified under direct examination by Mr. Axelrod. |
| | | 1:18 p.m. | | | **SHAO-CONG HU** is thanked and excused for today and directed to return at 8:00 a.m. on January 15, 2014. |
| | | 1:19 p.m. | | | The Court admonished the jury, jury is excused |
| | | 1:22 p.m. | | | Court and counsel discuss matters outside the presence of the jury. |
| | | 1:25 p.m. | | | Court is adjourned until tomorrow, January 15, 2014. |