KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
|---|---|
| Plaintiff, | **STIPULATED FACTS** |
| v. | |
| WALTER LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | |
| Defendants. | |

Defendants Walter Liew, USA Performance Technology, Inc., and Robert Maegerle (collectively, "Defendants") and the United States (collectively, "the parties"), by and through their undersigned counsel, stipulate and agree that the following facts are stipulated as true and correct:

## WALTER LIEW

1. Walter Liew was born in Malaysia in 1957. Walter Liew became a United States citizen in 1993.

2. Walter Liew graduated from National Taiwan University in 1980 with a B.S.E.E. degree, and earned a master's degree from the University of Oklahoma in E.E.

3. Walter Liew does not have any degree from Stanford University.

4. Walter Liew was the president and sole shareholder of LH Performance. He was president of Performance Group, Inc., and USA Performance Technology, Inc. Walter Liew and Christina Liew were the sole shareholders in Performance Group, Inc. and USA Performance Technology, Inc. and each owned 50% of those companies, except that in 2006 Christina Liew owned 100% of Performance Group.

5. The handwriting in the following Exhibits is Walter Liew's: 46 (pages 24, 50-51, 67, and 73 only); 204, 205, 207, 208 (all pages except 3-4, 9-16, and 33-35), 209 (all pages except 140), 211 (all pages except 3 and 128), 243, 244 (all pages except 4-7), 246, 247 (pages 3-7, 11-12, and portions of pages 1 and 18), 248, 249 (pages 17 and 31-32), 291, 296 (all pages except 7-50), 341, 356 (all pages except 6), 372, 373, 375, 388, 391, 393 (except pages 43-46 and 50 contain Walter Liew's handwriting as well as the handwriting of at least one other person who is not Christina Liew), 398, 418, 434, 492, 700, 705, 706 (only the bottom half of page 1), 714, 784, 811, 812, 874 (all pages except the first two pages), 875 (all pages except 1 and 4), 1130 (pages 2-64, 73-81, 84-85, 92, and part of 82), 1131 (pages 4-7, 10, 123, 124, 126, 127, 133, 141, 154-155, 159-162, 171-173, 175, 189, 213, 251, 260-262, 273-275, 292, 301-304, 312, 316, 318-319, 332, 360, 367, and part of page 2), 1132 (pages 27, 31, 35, 51, 63-65, and parts of page 2), 1133 (pages 3-17, 19, 25-76, 28-29, 31-44, 48-50, 52, and 54-60), 1134 (pages 10, 28, 34, 38-39, 53, 56, 100, and 131-132) 1262, 1263, 1270, 1273, 1340, 2040, 2441, 2036, and 2834.

6. The signatures and/or initials on the following Exhibits are Walter Liew's: 200 (Walter Liew's along with the signature of another), 308, 309, 310, 313, 315, 316, 317, 318, 319, 322, 337, 339, 340, 342, 366, 383, 389, 392, 414, 658 (signatures on pages 1-2, 14, and 29), 660 (pages 1, 4, 7, 10-11, 13, 15, 17, 20, 22, 29, 31, 33, 36-39, 40-44, 48, 50, 53, 58, 61, 64, 69, 73, 77, 82, 85, 87, and 89), 661, 662 (pages 1, 3, 5, 7, 9, 11, 13-16, 18, 20, 23, 25, 27, 29-30, 32, 34, 37, 39, 43, 45, 47, 50, 52-55, 59, 61, 63, 65, 67, 69, 71, 76, 79, 81, 86, 88-89, 92, 94, 96, 98, 101, 104, 106, 109, 113-115, 122, 124, 126, 128, 133-137, and 140), 664 (only the signatures on pages 1-2, 10, and 19), 668 (only signatures or initials on pages 1, 6, 12, 15, and 20), 670 (only signatures on pages 1 and 10), 671 (pages 26, 95, 104, 111, 120, 122, 127, 129, 131, 138, 140, 153, 155, 163, and 165; pages 91, 99, 121 and 154 contain the signature or initials of Walter Liew plus others persons), 673, 674 (pages 117, 122, 126, 130, and 135), 721, 782 (along with the signature of another individual), 783 (along with the signatures of other individuals), 786 (along with the signature of another individual), 819, 820, 833, and 835 (along with the signature of another individual). The following exhibits contain the signatures of both Walter Liew and Phillip Guan: 637-642, 655 (pages 4 and 13), 663 (pages 1 and 8), 666 (pages 4 and 10), and 672 (pages 1-3 and 15).

### OTHER INDIVIDUALS

7. Christina Liew was born on April 25, 1962 in the People's Republic of China. She married Walter Liew in the United States on October 8, 1991 and became a naturalized United States Citizen in 1997.

8. Ning Qiao is Christina Liew's brother and resides in the People's Republic of China.

9. Mu Qiao is Christina Liew's brother and resides in the People's Republic of China.

10. Li Rue is Christina Liew's sister-in-law and resides in the People's Republic of China.

11. Shu Hua Zuo is Christina Liew's mother.

12. Qiao Hua is Christina's father.

2

13.     Elaine Shu Peng Chin is Walter Liew's niece and resides in Singapore.

14.     Shirley Sue Lan Chin is Walter Liew's niece and resides in Singapore.

15.     The handwriting in the following exhibits is Christina Liew's: 247 (except for pages 3-7, 11-12, and portions of pages 1 and 18), 249 (except for pages 17 and 31-32), 377 (except for pages 17 and 18), 486 (except for pages 8-9, 13, and 22, 23), and 875 (pages 1 and 4).

16.     During the time relevant to this case, Timothy Spitler, a former DuPont employee, lived outside Reno, Nevada and worked for companies called BHP and AltairNano Technologies. He passed away prior to the trial of this case.

## DOCUMENTS

17.     Where it is stipulated that a document is "authentic under Fed. R. Evid. 901," that means that it is stipulated that the document is an accurate copy of a document obtained as indicated. The parties reserve all objections to the admissibility of such documents, including on foundation grounds.

18.     Where it is stated on the Joint Exhibit List that there is "no objection with a proper witness" to a document, that means that, subject to establishing a foundation, the document shall be admitted without objection during the testimony of a witness who testifies about the document, or on cross-examination within the scope of the direct examination.

19.     The documents identified on the Joint Exhibit List filed on January 6, 2014 as having been found at the Liew Residence, the Maegerle Residence, the USAPTI Office, the Bank of East Asia Safe Deposit Box, and the Rodeway Inn, by electronic device number starting with "SVE," were located in searches conducted by the FBI on July 19 and 20, 2011. The documents are authentic under Fed. R. Evid. 901. These documents may be offered during the testimony of any witness, even if the witness does not have personal knowledge that a certain document was located in a particular place.

### Emails

20.     Exhibits 12-14 and 123 are emails that were obtained by the FBI from the gmail.com accounts of the listed senders and recipients. The following exhibits also originate

from the gmail.com accounts of the listed senders and recipients: Exhibits 1728-1729, 1764, 1768, 1804-1805, 1893-1895, 1905-1906, 1927-1928, 1932-1933, 1935-1937, and 1943. These documents are authentic under Fed. R. Evid. 901.

21. Exhibits 37, 38, 64, 66-67, 69-72, 77-85, 87, 89-122, 124-126, 128-130, 175, 177, 326, 354, 374, 678-685, 698, 708, 717, and 803 are emails that were obtained by the FBI from the yahoo.com accounts of the listed senders and recipients. The account usapti.com was maintained by yahoo.com as a business account. Walter Liew had two yahoo.com accounts that were searched: wliew@usapti.com and waltliew@performanceusainc.com. Robert Maegerle had one yahoo.com account that was searched: r_maegerle@yahoo.com. The following exhibits are emails that were obtained by the FBI from the yahoo.com accounts of the listed senders and recipients or were collected under the direction of staff at Keker and Van Nest from Walter Liew's email account waltliew@yahoo.com: Exhibits 1024, 1054, 1056, 1058, 1077-1078, 1081, 1090-1093, 1096-1112, 1229, 1282-1284, 1388, 1508-1518, 1521-1522, 1533-1546, 1554-1557, 1576-1587, 1589, 1602-1604, 1608-1612, 1618, 1634-1636, 1638, 1644, 1646-1648, 1660-1661, 1713, 1716-1722, 1727, 1762-1763, 1765-1771, 1774-1776, 1781, 1784-1787, 1793-1795, 1796-1798, 1800, 1802-1803, 1806-1809, 1892, 1896-1897, 1902-1904, 1917-1918, 1929-1930, 1938-1942, 1944, 1948, 1950, 1958-1972, 1974, 1975, 2440, 2619, 2813-2814, 2838, 2869-2878, 2880-2884, 2887-2888, 2891, 2894, 2902, 2934-2935, 2945-2946, 2958, 2987, 3002, 3037, 3063, 3065, 3071-3072, 3074-3076, 3078-3086, 3088, 3091-3107, 3129, 3131-3132, 3166, and 3386-3389. These documents are authentic under Fed. R. Evid. 901.

22. Exhibit 1025 is a translation of Exhibit 1024. The parties do not stipulate as to the accuracy of the translation.

23. Exhibit 1055 is a translation of Exhibit 1054. The parties do not stipulate as to the accuracy of the translation.

24. Exhibit 1057 is a translation of Exhibit 1056. Exhibit 1059 is a translation of Exhibit 1058. Exhibit 1058 is the attachment to Exhibit 1056. The parties do not stipulate as to the accuracy of the translations.

25. Exhibit 1239 was located on the Internet at the Milepost1147.2.railfan.net web site. The document is authentic under Fed. R. Evid. 901.

26. Exhibit 1253 was located on the Internet at the www.randgpromotions.com web site. The document is authentic under Fed. R. Evid. 901.

27. Exhibits 264-266, 353, 454, 469, 471, 473, 476-478, 790, and 880-883 are emails that were obtained from Christina Liew's yahoo.com account. These documents are authentic under Fed. R. Evid. 901.

**Banking Records**

28. Exhibits 520-542, 545-573, 575, 584-630, 633-636, and 925-928 were obtained from the Mega International Bank. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

29. Exhibits 517-519 and 543 – 544 were obtained from the Cathay Bank. Exhibit 1704 is also from Cathay Bank. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

30. Exhibits 867 and 868 were obtained from Bank of China, New York. Exhibit 1712 is also from the Bank of China. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

31. Exhibit 877 was obtained from the Bank of East Asia. It is authentic under Fed. R. Evid. 901. It is admissible as a business record under Fed. R. Evid. 803(6).

32. Exhibits 574, 576-583, and 1702 were obtained from the California Pacific Bank. Exhibits 1871-1880 and 2021-2027 are California Pacific Bank records seized from the Liews' residence. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

33. Exhibit 632 was obtained from the East West Bank. Exhibits 1706-1711 are also from East West Bank. They are authentic under Fed. R. Evid. 901 and are admissible as a business record under Fed. R. Evid. 803(6).

34. Exhibits 805 and 1705 were obtained from Citibank. They are authentic under Fed. R. Evid. 901. It is admissible as a business record under Fed. R. Evid. 803(6).

35. Exhibit 804 was obtained from Wells Fargo Bank. It is authentic under Fed. R. Evid. 901. It is admissible as a business record under Fed. R. Evid. 803(6).

36. Exhibits 1147, 1703, 1839-1856 are from Bank of America. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

37. Exhibits 1881-1882 are Bank of America records seized from the USAPTI office. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

38. Exhibits 1857-1870 are from Ameritrade. They are authentic under Fed. R. Evid. 901. They are admissible as business records under Fed. R. Evid. 803(6).

**Other Business and Public Records**

39. Exhibits 161, 162, 257, 723, 773-775, 806, 842-859, 885-900, 910-915, 1139, and 3412 are records from the files of E.I. DuPont de Nemours and Company, Inc. Exhibits 1234, 1245-1247, 1257, 1261, 1275-1277, 1448-1451, and 2035 are from a DuPont website. Exhibits 1445 and 1446 are documents obtained from a Google search page and associated linked pdf from DuPont's web site. The records are authentic under Fed. R. Evid. 901.

40. Exhibit 284 was obtained from the Hilton Hotel. It is authentic under Fed. R. Evid. 901. It is admissible as a business record under Fed. R. Evid. 803(6).

41. Exhibits 506-511 are records of the United States Bankruptcy Court, Northern District of California. These records are authentic under Fed. R. Evid. 901. They are admissible as public records under Fed. R. Evid. 803(8). The parties agree that these documents are relevant and admissible.

42. Exhibits 637–654 are records of the Internal Revenue Service. These records are authentic under Fed. R. Evid. 901. The parties agree that these documents are relevant and admissible.

43. Exhibits 676 and 1256 are records obtained from the Clerk of Court for the Northern District of California. These documents are authentic under Fed. R. Evid. 901. The parties agree that these documens are relevant and admissible.

44. Exhibit 787 is a record obtained from the Gaylord Chemical Corporation. The document is authentic under Fed. R. Evid. 901.

45. Exhibits 1130-1134, 1211-1213, 1215, and 2830 are documents that were located at the USAPTI office in Oakland, but not seized during the searches. They were thereafter kept in storage, provided to Defendant Walter Liew and USAPTI's counsel at Keker and Van Nest, and then produced by Keker and Van Nest.

46. Exhibits 1520, 1548-1550, 2040-2042, 3182, 3183, and 3185-3217 were seized from the Liews' residence. They are authentic under Fed. R. Evid. 901.

47. Exhibit 3180 was seized from the Liews' residence. It is authentic under Fed. R. Evid. 901.

48. Exhibits 1140, 1223, 1227-1228, 1369, 1378, 1519, 1687, 1957, 2456, 2465, and 2466 were seized from the USAPTI office in Oakland. They are authentic under Fed. R. Evid. 901.

49. Exhibits 829, 2392, 2441-2455, 2458-2464, 2467-2469, 2470-2489, and 3167-3177 were seized from the USAPTI office in Oakland. They are authentic under Fed. R. Evid. 901.

50. Exhibit 1016 is from SVE034329. SVE034329 was seized from the Liews' residence. Exhibit 1016 is authentic under Fed. R. Evid. 901.

51. Exhibit 1000 is SVE034297 and is a forensic image of a server located at the USA Performance Technology office in Oakland.

52. Exhibit 2829 is an index of the folder directory from WD HDD SVE034294 (Exhibit 1001) from the safe deposit box at the Bank of East Asia. This hard drive also has the evidence number SVE034332. Exhibit 2829 is authentic under Fed. R. Evid. 901.

53. Exhibits 1249, 1254, 1255, and 1257-1261 are authentic under Fed. R. Evid. 901.

54. Exhibits 1235-1237 and 1956-1957 are authentic under Fed. R. Evid. 901.

55. Exhibits 694, 701, and 2624-2627 are from SVE034332. Exhibit 1006 contains the metadata for Exhibit 694. Exhibits 694, 701, and 2624-2627 are authentic under Fed. R. Evid. 901. Exhibit 1020 reflects the metadata for Exhibit 350.

56. Exhibits 1008, 1014, 1039, 1080, 2391, and 2594-2600 are from SVE034309. SVE034309 was seized from the USAPTI office in Oakland and is one of Walter Liew's computers. Exhibit 2595 references metadata and contains accurate information for the following categories: "file name," "author," "creation date," "last saved on," and "last saved by." Exhibit 1009 is the metadata for Exhibit 1008. Exhibit 1015 is the metadata for Exhibit 1014, and Exhibit 1015 contains accurate information for the following categories: "file name," "author," "creation date," "last saved on," and "last saved by." Exhibit 1041 is the metadata for Exhibit 1039 and Exhibit 1041 contains accurate information for the following categories: "file name," "author," "organization," "date created," "date last mod," and "last author." Exhibits 1008, 1009, 1014, 1039, 1080, 2391, 2594, and 2596-2600 are authentic under Fed. R. Evid. 901.

57. Exhibit 2601 is an accurate depiction of a subfolder directory from SVE034309.

SO STIPULATED AND AGREED.

Dated: January 14, 2014  
By: /s/ Stuart L. G.  
STUART L. GASNER  
SIMONA A. AGNOLUCCI  
KATHERINE M. LOVETT  

Attorneys for Defendants WALTER LIEW and USA PERFORMANCE TECHNOLOGY, INC

Dated: January 14, 2014  
By: /s/ Walter Liew  
WALTER LIEW

Dated: January 14, 2014  
By: /s/ Jerome J. Froelich, Jr.  
JEROME J. FROELICH, JR.  

Attorney for Defendant ROBERT J. MAEGERLE

Dated: January 14, 2014  
By: /s/ Robert Maegerle  
ROBERT MAEGERLE

9  
STIPULATED FACTS  
Case No. CR 11-0573-JSW (NC)

Dated: January 14, 2014

MELINDA HAAG
UNITED STATES ATTORNEY

By: _____
JOHN H. HEMANN
PETER B. AXELROD
Assistant United States Attorneys

RICHARD S. SCOTT
Trial Attorney