KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>WALTER LIEW, CHRISTINA LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>                Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**NOTICE REGARDING DEFENSE THEORY OF THE CASE JURY INSTRUCTION**<br><br>Place:       Courtroom 11, 19th Floor<br><br>Dept.:       Hon. Jeffrey S. White |

In light of the Court's discussion at today's hearing as to the legal standard the Court would apply with respect to any suggested "theory of the defense" instruction, defendants Walter Liew and USAPTI have nothing further to add to the record.

Dated: February 14, 2014              KEKER & VAN NEST LLP

                                By:   */s/ Stuart L. Gasner*
                                      STUART L. GASNER
                                      SIMONA A. AGNOLUCCI
                                      KATHERINE M. LOVETT

                                      Attorneys for Defendants WALTER LIEW and
                                      USA PERFORMANCE TECHNOLOGY, INC.