KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0573-JSW (NC) |
| Plaintiff, | [~~PROPOSED~~] ORDER EXONERATING BOND |
| v. | |
| WALTER LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE, | Place:   Courtroom 11, 19th Floor |
| | Dept.:   Hon. Nathanael Cousins |
| Defendants. | |

1  Defendant Walter Liew having surrendered to the custody of the Bureau of Prisons as
2  directed;
3  IT IS HEREBY ORDERED that the bond in this matter is exonerated.
4  The Clerk of the Court for the Northern District of California is requested to reconvey the
5  sum of $80,000 which was posted in this matter.

7  Dated: __March 11, 2014__  _____
8  Honorable Nathanael Cousins
   Magistrate Judge, United States District Court

GRANTED
Judge Nathanael M. Cousins