United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LIEW, ROBERT MAEGERLE and USA PERFORMANCE TECHNOLOGY, INC.,<br><br>Defendants. | No. CR 11-00573-1 JSW<br>No. CR 11-00573-3 JSW<br>No. CR 11-00573-4 JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE SENTENCING** |

The Court has considered the motion for continuance of sentencing and request for an evidentiary hearing filed by Defendants Walter Liew and USA Performance Technology, Inc. (collectively "Defendants"). The Government has not filed an opposition to the motion within the time required.

The Court DENIES Defendants' request for an evidentiary hearing before the pre-sentencing investigation report is completed and before the parties file their sentencing memoranda. The parties are free to raise their arguments in support of and in opposition to the need for an evidentiary hearing in their sentencing memoranda.

The Court will, however, grant a brief continuance of the current sentencing date to afford the United States Probation Officer time to consider the materials submitted by Defendants and in light of the fact that the hearing on Defendants' post-trial motions is scheduled the week before sentencing.

Accordingly, the Court CONTINUES the sentencing from June 10, 2014 at 1:00 p.m. to June 24, 2014 at 1:00 p.m. If Counsel or the Probation Officer are not available on this date, the parties shall meet and confer and submit a stipulation and proposed order to continue the matter.

**IT IS SO ORDERED.**

Dated: May 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE