IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>WALTER LIEW, ROBERT MAEGERLE, AND USA PERFORMANCE TECHNOLOGY, INC.,<br><br>  Defendants.<br>_____ / | No. CR 11-00573 1, 3, 4 JSW<br><br>**ORDER VACATING HEARING ON POST-TRIAL MOTIONS, DIRECTING PARTIES TO SUBMIT EXHIBITS, ORDER TO SHOW CAUSE, AND ORDER DENYING AS MOOT MOTION TO WAIVE APPEARANCE** |

The Court has read and considered the renewed motions for judgment of acquittal and the motion for new trial filed by Defendants Walter Liew and USA Performance Technology, and it finds the motion suitable for disposition without oral argument. However, in order to assist the Court in resolving the Defendants' post-trial motions, the parties are HEREBY ORDERED to submit a joint binder to chambers containing copies of any exhibits they have cited in their briefs by no later than 10:00 a.m. on June 2, 2014.

On March 19, 2014, Defendant, Robert Maegerle ("Mr. Maegerle"), filed a renewed motion for judgment of acquittal and a motion for new trial. (Docket Nos. 819 and 821.) The parties stipulated to extend the briefing schedule on the post trial motions, but the Government did not oppose Mr. Maegerle's motions. Accordingly, the Government is HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than 10:00 a.m. on June 2, 2014, why the Court should not grant the motions as unopposed.

The Court VACATES the hearings scheduled for June 3, 2014 and it shall reset the hearing on Mr. Maegerle's motions if necessary, after it has considered the Government's

response to this Order to Show Cause. In light of this Order, the Court denies, as moot, Mr. Maegerle's motion to waive his appearance at the hearing. (Docket No. 836.)

**IT IS SO ORDERED.**

Dated: May 28, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE