KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALTER LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>            Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF DEFENDANTS' SENTENCING MEMORANDUM AND REQUEST FOR EVIDENTIARY HEARING AND OTHER RELIEF**<br><br>Place:   Courtroom 11, 19th Floor<br>Dept.:   Hon. Jeffrey S. White |

**PUBLIC REDACTED VERSION**

DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF DEFENDANTS' SENTENCING
MEMORANDUM AND REQUEST FOR EVIDENTIARY HEARING AND OTHER RELIEF
Case No. CR 11-0573-JSW (NC)

833322.01

I, KATHERINE M. LOVETT, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for defendants Walter Liew and USA Performance Technology, Inc. in the above-captioned action. I am admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as **Exhibits A-T** are true and correct copies of letters supporting the Defendant, Walter Liew. The following is a list of those letters:

| Exhibit Tab: | Letter of Support From: |
|---|---|
| A. | ▮ |
| B. | ▮ |
| C. | ▮ |
| D. | ▮ |
| E. | ▮ |
| F. | ▮ |
| G. | ▮ |
| H. | ▮ |
| I. | ▮ |
| J. | ▮ |
| K. | ▮ |
| L. | ▮ |
| M. | ▮ |
| N. | ▮ |
| O. | ▮ |
| P. | ▮ |
| Q. | ▮ |
| R. | ▮ |
| S. | ▮ |
| T. | ▮ |

3. Attached hereto as **Exhibit U** is a true and correct copy of the November 11, 2011 Federal Bureau of Investigation Interview Memorandum of Timothy Spitler.

1

DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF DEFENDANTS' SENTENCING
MEMORANDUM AND REQUEST FOR EVIDENTIARY HEARING AND OTHER RELIEF
Case No. CR 11-0573-JSW (NC)

833322.01

4. Attached hereto as **Exhibit V** is a true and correct copy of the Declaration of David R. Houston, dated April 18, 2014.

5. Attached hereto as **Exhibit W** is a true and correct copy of excerpts from the videotaped deposition of Thongchai Thongthawee, dated December 9, 2013. The videotaped deposition testimony was played in court for the jury on January 29, 2014.

6. Attached hereto as **Exhibit X** is a true and correct copy of the Declaration of Paul Cooper Regarding Sentencing of Walter Liew, dated April 24, 2014.

7. Attached hereto as **Exhibit Y** are true and correct copies of various photographs my colleague Christina Blais received from one of Walter Liew's nephews.

8. Attached hereto as **Exhibit Z** is a true and correct copy of a Bachelor of Science degree conferred by National Taiwan University on Lian Heen Liew on June 14, 1980.

9. Attached hereto as **Exhibit AA** is a true and correct copy of a Master of Science degree conferred on Lian Heen Liew on December 21, 1982.

10. Attached hereto as **Exhibit BB** is a true and correct copy of the U.S. Certificate of Naturalization for Christina Liew, dated November 25, 1997.

11. Attached hereto as **Exhibit CC** is a true and correct copy of 2001 Income Tax Returns for Walter and Christina Liew, Bates numbered H6-2001-000122.

12. Attached hereto as **Exhibit DD** is a true and correct copy of 2002 Income Tax Returns for Walter and Christina Liew, Bates numbered H6-2002_Tax_Returns-000001 - H6-2002_Tax_Returns-000020.

13. Attached hereto as **Exhibit EE** is a true and correct copy of 2003 Income Tax Returns for Walter and Christina Liew, Bates numbered H6-2003_Tax_Returns-000001 - H6-2003_Tax_Returns-000006.

//

//

//

2
DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF DEFENDANTS' SENTENCING
MEMORANDUM AND REQUEST FOR EVIDENTIARY HEARING AND OTHER RELIEF
Case No. CR 11-0573-JSW (NC)

833322.01

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct to the best of my knowledge, and that this declaration was executed on June 17,
3   2014, at San Francisco, California.

                                */s/ Katherine M. Lovett*
                                KATHERINE M. LOVETT

3
DECLARATION OF KATHERINE M. LOVETT IN SUPPORT OF DEFENDANTS' SENTENCING
MEMORANDUM AND REQUEST FOR EVIDENTIARY HEARING AND OTHER RELIEF
Case No. CR 11-0573-JSW (NC)

833322.01