# EXHIBIT A

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT B

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT C

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT D

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT E

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT F

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT G

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT H

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT I

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT J

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT K

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT L

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT M

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT N

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT O

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT P

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT Q

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT R

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT S

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT T

# FILED PROVISIONALLY UNDER SEAL

# EXHIBIT U

# FILED PROVISIONALLY UNDER SEAL