KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
KATHERINE M. LOVETT - # 276256
klovett@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants WALTER LIEW and
USA PERFORMANCE TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WALTER LIEW, USA PERFORMANCE TECHNOLOGY, INC., and ROBERT MAEGERLE,<br><br>        Defendants. | Case No. CR 11-0573-JSW (NC)<br><br>**EXHIBIT 2 TO DECLARATION OF STUART L. GASNER IN SUPPORT OF DEFENDANTS' RESPONSIVE SENTENCING MEMORANDUM**<br><br>Date:    July 10, 2014<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 2nd Floor<br>            1301 Clay Street, Oakland, CA<br>Dept.:   Hon. Jeffrey S. White |

EXHIBIT 2 TO DECLARATION OF STUART L. GASNER IN SUPPORT OF
DEFENDANTS' RESPONSIVE SENTENCING MEMORANDUM
Case No. CR 11-0573-JSW (NC)

837909

# EXHIBIT 2

① -TI SPITTER-
FBI Debrief 8-10-11

1) Kevin Phelan
2) Pete [Alred]
3) Discussion of [Footages] latter

Client can consult with counsel during meeting

Come May 1997
Met [Walter] in a public place

✸ Tickle Process is empty

✸ Processes in Teck Skill from 05 to next meeting with Walter was Amazing - Looked like Dupont plant in Drawings

✸ Bob is apparently thought to have provided technology that caused the rapid advancement between

CONFIDENTIAL

(1)

left Dupont in 97 after 14 yrs.
Had troubles w/ BHP
(Australian Company)
Dupont had E.P. Secrecy
Agree__

Was with BHP 2.5 yrs.
laid him off or spec.
his deal to another
Attns International
Same Work. Same.

Walthein approached in
1997 after Dupont. He
was working for BHP.
Def was in a restaurant
or Bar. Def had never
met him before.
They started talking.
They exchanged business
cards.
They came to APTF
Def 2x to visit.

Walter Liew asked Def to
attend meeting in SF
in Sept or Oct of that
year. 5 chinese nationals

CONFIDENTIAL                                          BH000115

(2)

Def showed Print of (Blue Print) process and told them the problems of production with that plant. Systems were always Breaking Down.

(Fatty Acids are not a Trade Secret See Encyclopedia article re Discussed)

Def was flown in ~~delegates~~ ~~before the Articles~~ ~~Past~~. Def identified certain of the Bldgs.

Def ~~gave Welly~~ a copy of the Plans. No controls for Process on Plans - Drawings are not worth much.

Def Did Sign Conf. Agreement with Dupont. We need Capacity

(3)

As of 2001 Walter had no projects going
Def had requested return of Drawings

Dec 30 2005 Def Daughter committed Suicide at 25 yrs of Age due to medical problems.

Walter alled [alleged] reasoned [?] learned of Death of Daughter and came to Reno. Walter gave Def gifts in regard to funeral

Def was offered a job by Walter [about] 2 weeks later.

After the crash of 2008 to Beginning of 2009,

(4)

AES was customer that walked and Def could tell business was going to get very bad. Chinese buyer company that Def is with in 2011 but it was apparent it was up for grabs before 2011.

Def called Walter in 09 or '10 to see if he had a job. Walter says he may.

Come to SanFran with [him] to talk to Walter and Chinese.

Def looked at Walter's Drawings and thought cantred [?] calculations were way off.

CONFIDENTIAL

BH000118

(5)

Tim was given by White Bindley to review.

Tim told Walter it would take 3 months to review and comment on its contents.

Def had in his possession training manuals from pre 1985 from Dupont.

He had 3 boxes y? thin of Def? Bocs from Def Dept — he ship? ? from Mexico to his house in approx 1987 — they stayed in his closet

CONFIDENTIAL                                                      BH000119