UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: July 10, 2014                           Time in Court: 2 hours 10 minutes

Case No.:  CR-11-573-01   JSW            Judge:  Jeffrey S. White

United States of America   v.   Walter Liew
                              Defendant
                              Present ( X  ) Not Present (  ) In-Custody ( X )


John Hemann / Peter Axelrod            Stuart Gasner / Simona Agnolucci
U.S. Attorney                          Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Diane Skillman
USPO: Jessica Goldsberry

PROCEEDINGS

REASON FOR HEARING: Sentencing Hearing

RESULT OF HEARING:

The Court resolved the objections to the Probation Report.

The defendant is committed to the Bureau of Prisons for a term of 180 months.  This term consists of 120 months on Counts 1 through 3 and 5 through 9, to run concurrently with one another; 60 months on Counts 10, 11, 13, 14, and 20 through 22, to run concurrently with one another but consecutively to Counts 1 through 3 and 5 through 9; 36 months on Counts 15 through 19, to run concurrently with all other counts; followed by 3 years of Supervised Release.  This term consists of 3 years on Counts 1 through 3, 5 through 14, and 20 through 22, and 1 year on Counts 15 through 19 all to run concurrently.  Obey all laws and the standard conditions of release and the following additional conditions:

1. Shall participate in a program of testing and treatment for alcohol abuse, as directed by the Probation Officer;
2. Shall abstain from the use of all alcoholic beverages;
3. Shall pay any restitution and special assessment that is imposed by this judgment;
4. Shall comply and cooperate with the IRS in a good-faith effort to pay any outstanding tax liability, to include any assessed penalty and interest;
5. Shall timely and accurately file all future income tax returns required by law during the term of supervision, unless an extension of time is granted by the IRS;
6. Shall not open any new line of credit and/or incur any new debt without the prior permission of the Probation Officer;
7. Shall provide the Probation Officer with access to any financial information, including tax returns, and shall authorize the Probation Officer to conduct credit checks and obtain copies of income tax returns;
8. Shall submit to search and seizure;
9. Shall cooperate in the collection of DNA, as directed by the Probation Officer;

CR-11-573-001 JSW
USA v. Walter Liew
July 10, 2014

10. Shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

$2000 Special Assessment, due immediately.
Fine waived.

**Restitution:**

The defendant is ordered to pay restitution in the amount of $511,667.82, which shall be due immediately - payable to the victims in the amounts set forth below:

| Victim: | Amount: | |
|---|---|---|
| DuPont | $367,679 | Joint and Severally |
| Stantec Consulting | $52,356 | not joint and severally |
| Law Offices of Michael Brook Carroll | $58,881.82 | not joint and severally |
| Adecco Engineering and Technical | $32,571 | not joint and severally |

**Forfeiture:**

The Court ordered forfeited to the United States a money judgment of $27,829,893.67 joint and severally with Co-Defendant USA Performance Technology, Inc.

The Court advised the defendant of his right to appeal.