UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-00573 JSW |
| Plaintiff, | [PROPOSED] ORDER OF FORFEITURE |
| v. | |
| WALTER LIEW and USA PERFORMANCE TECHNOLOGY, INC., | |
| Defendant(s). | |

Having considered the application for an order of forfeiture filed by the United States and the jury's verdict of guilty entered on March 05, 2014, and good cause appearing, and for the reasons stated on the record at the sentencing hearing,

IT IS HEREBY ORDERED that, a forfeiture money judgment in the amount of $27,829,893.67 shall be entered against defendants, jointly and severally, as the amount of illegal proceeds obtained directly and indirectly from the commission of the offense of conviction, and thus forfeitable to the United States pursuant to the provisions of Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

[PROPOSED] ORDER OF FORFEITURE
CR 11-0573 JSW                    1

1  IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the
2  forfeited property forthwith.
3  IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce this Order of
4  Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).
5  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of
6  Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and
7  shall be made part of the sentence and included in the judgment.
8  WHEREFORE, the United States respectfully requests that this Court enter an Order of
9  Forfeiture in the form of a money judgment in the amount of $27,829,893.67, pursuant to the provisions
10 of Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

IT IS SO ORDERED this  11th  day of  July , 2014.

_____
JEFFREY S. WHITE
United States District Judge

The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the money judgment ordered herein n and may order such payment in the future, but such future orders do not affect the Defendants' responsibility for the full amount of the money judgment owed.

[PROPOSED] ORDER OF FORFEITURE
CR 11-0573 JSW                                2