# Exhibit A

BP-8

May 5, 2020

Warden Justino
FCI Lompoc
Federal Correctional Institution
3600 Guard Rd
Lompoc, CA 93436

RE: Walter Liew (Reg. No.: 16050-111)
Application for Compassionate Release

Dear Warden Justino,

I, Walter Liew (Reg. No.: 16050-111) formally and respectfully request that the Bureau of Prisons (BOP) make a motion on my behalf to the honorable judge Jeffrey S. White requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A). This request is based on "extraordinary and compelling" circumstances presented by the COVID-19 pandemic. I am particularly susceptible to falling victim to the potentially-fatal effects of COVID-19 due to my advanced age (62 years old) and my underlying

medical conditions — glaucoma, vertigo, fatty liver, chronic arthritis and high cholesterol. I have served over 8 1/2 years (more than two-third) of my sentence with good conduct and without any incidence report. I have been working as an orderly with many years as the clerk for the unit orderlies. I am paying FRP monthly. I have completed RDAP program. I am an active member of the meditation group and I have been leading and teaching meditation at the chapel

Currently my release date is November 26, 2020 and I have an out date on June 4, 2020 to the half-way house in Oakland.

Thank you for your timely consideration of this request.

Respectfully submitted,

_Walter Liew_
Walter Liew (Reg. No. 16050-111)