UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>WALTER LIEW,<br>　　　　Defendant. | Case No. 11-cr-00573-JSW-1<br><br>**ORDER CONFIRMING RECEIPT OF RELEASE PLAN**<br><br>Re: Dkt. No. 1268 |

On June 15, 2020, the Court granted Mr. Liew's motion to reduce his sentence and ordered that Mr. Liew's sentence of imprisonment was modified to time served.

The Court also ordered that prior to Mr. Liew's release, the parties and the Probation Office shall finalize a viable release plan incorporating the above special conditions and confirm that Mr. Liew's proposed plan to be released to Mrs. Liew's residence remains viable. This plan should also include proposals for how Mr. Liew will support himself and how he will receive and pay for any medical treatment he may require.

On June 18, 2020, the Court received a report from the Probation Officer that the parties have confirmed a release plan. The Court concludes that condition of its order has been satisfied.

Therefore, Mr. Liew shall be released upon completion of the Court Ordered fourteen-day quarantine period and, as set forth in the June 15, 2020 Order, the remaining portion of Mr. Liew's original term of imprisonment is to be served as supervised release with the special conditions that Mr. Liew shall be subject to home confinement through November 26, 2020. This term shall be followed by the three-year term of supervised release as set forth in the Amended Judgment issued

//

//

1  on November 7, 2018 (Dkt. No. 1099), and all conditions of supervised release set forth therein.

2  **IT IS SO ORDERED.**

3  Dated: June 18, 2020

4  _____
5  JEFFREY S. WHITE
   United States District Judge